UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| John Scatchell, Sr., John Scatchell, Jr. | ) | |
| Plaintiffs, | ) ) ) | Case No.: 2018-CV-03989 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| Village of Melrose Park, an Illinois Municipal Corporation; Ronald M. Serpico; Sam Pitassi; Michael Castellan; Steven Rogowski; Board Of Fire and Police Commissioners of Melrose Park, Illinois, | ) ) ) ) ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | | Jury Trial Demanded |

## NOTICE OF MOTION

TO:    Jeffrey Fowler    jfowler@lanermuchin.com
           K. Austin Zimmer    zimmer@dlglawgroup.com
           Cynthia Grandfield    grandfield@dlglawgroup.com
           Timothy Woerner    woerner@dlglawgroup.com
           Michael Bersani    mbersani@hcbattorneys.com

      PLEASE TAKE NOTICE THAT ON February 1, 2019 at 10:30 a.m., I shall appear before the Honorable Judge Charles R. Norgle, Sr., Courtroom 2341, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and present the attached Plaintiff's Motion for Leave to File First Amended Complaint and for Leave to File Additional Appearance of Cass T. Casper, Esq. in the above-captioned matter.  A copy is included herewith.

                                                                          Respectfully submitted,

                                                                          JOHN SCATCHELL, SR.

                                                                          ***s/Gianna Scatchell***
                                                                          _____

                                                                          Plaintiffs' Attorney
                                                                          *Electronically filed on January 23, 2019*

                                                                                          Gianna R. Scatchell

LAW OFFICES OF GIANNA SCATCHELL<br>
Attorney for Plaintiffs<br>
360 W. Hubbard Street, 1404<br>
Chicago, Illinois 60654<br>
(312) 248-3303<br>
gia@lawfirm.gs

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing document and all attachments and supplements thereto were served upon counsel for Defendants noted below via this Court's CM/ECF filing system, and that such counsels are registered e-filers.

| | |
|---|---|
| Jeffrey Fowler | jfowler@lanermuchin.com |
| K. Austin Zimmer | zimmer@dlglawgroup.com |
| Cynthia Grandfield | grandfield@dlglawgroup.com |
| Timothy Woerner | woerner@dlglawgroup.com |
| Michael Bersani | mbersani@hcbattorneys.com |

*s/Gianna Scatchell*

*Electronically filed on January 23, 2019*