## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN SCATCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-3989 |
| | ) | |
| vs. | ) | |
| | ) | Honorable Charles R. Norgle, Sr |
| VILLAGE OF MELROSE PARK, | ) | |
| RONALD M SERPICO, SAM C. PITASSI, | ) | Honorable Michael T. Mason |
| MICHAEL CASTELLAN, and | ) | |
| STEVE ROGOWSKI | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**    See attached Certificate of Service.

**PLEASE TAKE NOTICE** that on **Friday,** the **17th** day of **January, 2020**, at **9:30 a.m.,** I shall appear before the Honorable Judge Charles R. Norgle, Sr., or anyone sitting in his stead, in the courtroom where he usually presides, Courtroom 2341 of the United States District Court, Northern District, Eastern Division, Everett McKinley Dirksen Bldg., 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Joint Motion for a HIPAA Qualified Protective Order,** a copy of which is attached hereto and herewith served upon you.

**s/ Michael D. Bersani**
MICHAEL D. BERSANI, ARDC No. 06200897
Attorney for Defendants Sam C. Pitassi,
  Michael Castellan and Steve Rogowski
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Rd., Ste. 195
Itasca, IL  60143-3156
Ph.:  630-773-4774; F:  630-773-4851
mbersani@hcbattorneys.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN SATCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-3989 |
| | ) | |
| vs. | ) | |
| | ) | Honorable Charles R. Norgle, Sr |
| VILLAGE OF MELROSE PARK, | ) | |
| RONALD M SERPICO, SAM C. PITASSI, | ) | Honorable Michael T. Mason |
| MICHAEL CASTELLAN, and | ) | |
| STEVE ROGOWSKI | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2020, I electronically filed the foregoing *Notice of Motion* with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

**TO:**   Gianna Rochelle Scatchell, 360 West Hubbard Street, Suite 1404, Chicago, IL 60654
312-248-3303; gia@lawfirm.gs

Cass T. Casper, Esq., TALON LAW, LLC, 105 West Madison Street, Suite 1350
Chicago, Il 60602; ctc@talonlaw.com

Jeffrey Fowler, LANER MUCHIN, LTD., 515 N. State Street #2800, Chicago, Illinois
60654; 312-467-9800;l jfowler@lanemuchin.com

K. Austin Zimmer, DEL GALDO LAW GROUP, 141 South Harlem Avenue, Berwyn,
IL 60402, 708-222-7000, zimmer@dlglawgroup.com

s/ Michael D. Bersani
MICHAEL D. BERSANI, ARDC No. 06200897
Attorney for Defendants Sam C. Pitassi,
 Michael Castellan and Steve Rogowski
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Rd., Ste. 195
Itasca, IL 60143-3156
Ph.: 630-773-4774; F: 630-773-4851
mbersani@hcbattorneys.com

2