IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## STANDING ORDER REGARDING CIVIL CASES

This order provides pertinent instructions to parties and counsel concerning recent events affecting cases before Judge Kness. On April 24, 2020, Chief Judge Rebecca R. Pallmeyer entered Third Amended General Order 20-0012. Paragraph Five of the Third Amended General Order provides that, "In any civil case (other than Social Security disability appeals, cases involving an unrepresented person in custody, and Multi-District Litigation tag-alongs) where no docket entry or order has been posted by the assigned judge since March 16, 2020, the parties shall file a joint written status report by May 18, 2020." Paragraph Fifteen of the Order further provides that "[t]his Third Amended General Order does not affect the authority of judges to enter orders in any civil or criminal cases." Because the Court is acutely aware that both the reassignment of cases to Judge Kness and the onset of the current public health emergency (and the resulting Court-wide scheduling orders) have created the potential for confusion with respect to various case-scheduling matters, the Court provides the following additional direction.

In any civil case (other than Social Security disability appeals, cases involving an unrepresented person in custody, and Multi-District Litigation tag-alongs) **filed before February 28, 2020** and later **reassigned** to Judge Kness, the parties shall, no later than May 18, 2020, confer, prepare, and file a joint status report. In preparing the joint status report, the parties must use the "Joint Status Report for Reassigned Cases" template available [here](#) on Judge Kness's Court webpage (look right in the middle of the page).

Like most rules, however, this one also has exceptions. EXCEPTION #1: Parties who have already filed a Joint Status Report before Judge Kness within the previous two months need not file a second report **unless** there have been material developments in the case that should be brought to the Court's attention. In construing this admittedly imprecise standard, parties and counsel unsure whether they should report recent case developments are encouraged to err on the side of filing an updated report. EXCEPTION #2: This order does not apply to cases filed and assigned to Judge Kness **on or after March 2, 2020**. For cases filed on or after March 2, 2020, the Court will in due course enter a separate minute order providing further instructions. With respect to motions, parties and counsel are highly encouraged to review Judge Kness's Court webpage for instructions concerning the Court's current (interim) motions policy, as well as instructions for contacting the courtroom deputy.

Finally, the Court thanks the parties and counsel for their continuing patience and professionalism during this challenging time.

SO ORDERED.  ENTERED: April 30, 2020

_____
JOHN F. KNESS
United States District Judge

2