## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

John Scatchell

                               Plaintiff,

v.                                                 Case No.: 1:18−cv−03989

                                                           Honorable John F. Kness

Village of Melrose Park, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2020:

      MINUTE entry before the Honorable John F. Kness: Pursuant to the Third Amended General Order dated April 24, 2020, the status hearing set for May 20, 2020 is stricken and will be reset as soon as practicable. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.