## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN SCATCHELL, SR., <br><br> Plaintiff, <br><br> v. <br><br> VILLAGE OF MELROSE PARK, an Illinois Municipal Corporation; RONALD M. SERPICO; SAM C. PITASSI; MICHAEL CASTELLAN; and STEVEN ROGOWSKI, <br><br> Defendants. | Case No. 18-cv-3989 <br><br> Judge John F. Kness |

## SCHEDULING ORDER

The Court has received the parties' "JOINT FRCP 26(F) REPORT," which contains a proposed discovery plan as required by Rule 26(f)(2). Based in part on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4). In setting this schedule, the Court is aware that the current circumstance of the COVID-19 public health emergency may require modification of the schedule upon motion of the parties.

| Event | Deadline |
|---|---|
| Mandatory Initial Discovery Responses | Complete, but subject to any required additional and ongoing disclosures |
| Amendment(s) to the pleadings | June 12, 2020 |
| Completion of Fact Discovery | August 14, 2020 |

| | |
|---|---|
| Disclosure of Plaintiff's Expert Report(s) | September 25, 2020 |
| Deposition of Plaintiff's Expert | October 26, 2020 |
| Disclosure of Defendant's Expert Report(s) | November 25, 2020 |
| Deposition of Defendant's Expert | December 23, 2020 |
| Dispositive Motions | February 1, 2021 |

SO ORDERED.

Date: May 6, 2020

                                              JOHN F. KNESS
                                              United States District Judge