**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

John Scatchell
                                             Plaintiff,

v.                                                                   Case No.: 1:18−cv−03989
                                                                             Honorable John F. Kness

Village of Melrose Park, et al.
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 6, 2020:

      MINUTE entry before the Honorable John F. Kness: Under LR 72.1, this matter is referred to the Magistrate Judge for supervision of discovery (including all future discovery−related motions), as well as a settlement conference if requested by the parties. The Magistrate Judge shall have authority to set or amend all deadlines for discovery. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.