

# United States District Court
# Northern District of Illinois

In the Matter of

John Scatchell                          Magistrate Judge Jeffrey Cummings

v.                            Case No. 18-CV-3989

Village of Melrose Park, et al.,

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Jeffrey Cummings, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge John F. Kness**

Date: Wednesday, May 6, 2020

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Jeffrey Cummings

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Wednesday, May 6, 2020

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- All Discovery Motions

- Discovery Supervision

- Settlement Conference

EXCEPTIONS OR ADDITIONS:
This matter is referred to Magistrate Judge Cummings for supervision of discovery (including all future discovery-related motions), as well as a settlement conference if requested by the parties. Magistrate Judge Cummings shall have authority to set or amend all deadlines for discovery.