**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

John Scatchell
                                   Plaintiff,

v.                                                                        Case No.: 1:18−cv−03989
                                                                         Honorable John F. Kness

Village of Melrose Park, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 11, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: This case has been referred for discovery supervision and a settlement conference. The District Court has entered a scheduling order [57] and fact discovery is set to close on 8/14/20. By 7/1/20, the parties shall file a joint status report setting forth (1) what discovery (both fact and expert) that remains; (2) whether they have fully resolved their prior dispute surrounding plaintiff's Rule 30(b)6) notice [58] and, if they have not, provide a statement regarding the parties' respective positions on the issue; and (3) whether they are interested in scheduling a settlement conference. If the parties are interested in scheduling a settlement conference, they should provide the dates in August and September during which they are mutually available for a remote video settlement conference. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.