# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Scatchell

                              Plaintiff,

v.                                                    Case No.: 1:18–cv–03989
                                                      Honorable John F. Kness

Village of Melrose Park, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2020:

        MINUTE entry before the Honorable John F. Kness: The Court sets the following briefing schedule on Plaintiff's motion for leave to file first amended complaint [63]: Defendants shall respond by 7/1/2020. No reply brief necessary. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.