## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Scatchell

                        Plaintiff,

v.                                                   Case No.: 1:18−cv−03989
                                                    Honorable John F. Kness

Village of Melrose Park, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed the parties' joint status report [66]. The parties shall work together to schedule the remaining fact depositions discussed in the report prior to the 8/14/20 fact discovery deadline. The parties continue to meet and confer regarding plaintiff's revised Rule 30(b)(6) notice. If the parties are unable to resolve their dispute, defendant's renewed motion to quash (limited to five pages) shall be filed by 7/14/20. Plaintiff's response (also limited to five pages) shall be filed by 7/21/20. The parties are not interested in a settlement conference at this time. The parties may contact the Courtroom Deputy if they wish to schedule a settlement conference at a later date. Telephonic status hearing for status on completion of fact discovery set for 8/18/20 at 10:45 a.m. The call−in number for the status hearing is (888) 684−8852 and the access code is 3997645. Members of the public and media will be able to call in to listen to this hearing. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.