
## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Scatchell

                Plaintiff,

v.                                                    Case No.: 1:18−cv−03989
                                                         Honorable John F. Kness

Village of Melrose Park, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2020:

      MINUTE entry before the Honorable John F. Kness: Plaintiff's unopposed motion for leave to file an amended complaint [63] is granted. In their joint response to the motion [65], Defendants suggest that the amended pleading be styled as the &quot;Second Amended Complaint," based on the Court's unrelated denials of Plaintiff's previous motions to amend (which were brought on different grounds from the current motion for leave to amend). In the interest of clarity, however, the Court finds that the amended pleading should be styled as the "Amended Complaint." Because Plaintiff's earlier motions to amend were denied, no amended pleading has yet been filed, and it would be confusing for the record to reflect otherwise. Accordingly, Plaintiff may file, as a separate docket entry, a pleading styled as an "Amended Complaint" within 72 hours. Defendants shall answer or otherwise plead in response to any amended complaint within 30 days of entry on the docket of the amended complaint. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.