UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

John Scatchell

          Plaintiff,

v.                                                      Case No.: 1:18−cv−03989
                                                      Honorable John F. Kness

Village of Melrose Park, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2020:

      MINUTE entry before the Honorable John F. Kness: Plaintiff's motion for leave to file a second amended complaint [74] is denied without prejudice. In the motion, Plaintiff has failed to comply with the Court's motions policy, which in relevant part states that "each motion must indicate whether it is agreed or opposed." If the motion is opposed, counsel "are directed to confer and attempt to reach agreement on a proposed schedule. Following that conference, the moving party must propose a briefing schedule in the motion or by email to proposed_order_kness@ilnd.uscourts.gov." Although the relevant docket entry suggests that the motion is opposed, the motion itself is silent as to whether it is agreed or opposed. Plaintiff has also failed to state whether the required conferral regarding a briefing schedule occurred, and the Court is not aware of having received a proposed briefing schedule. Plaintiff is directed to review the Court's motions policy, which is available on Judge Kness's webpage, and to take the required actions before refiling the motion for leave to amend. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.