UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

John Scatchell

                Plaintiff,

v.                                                       Case No.: 1:18−cv−03989
                                                           Honorable John F. Kness

Village of Melrose Park, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2020:

      MINUTE entry before the Honorable John F. Kness: Defendants' response to the motion for leave to file second amended complaint [78] is due by 8/31/2020; plaintiff's reply, if any, is due by 9/14/2020. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.