# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| John Scatchell, Sr., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 2018-CV-03989 |
| | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| Village of Melrose Park, an Illinois Municipal Corporation; Ronald M. Serpico; Sam C. Pitassi; Michael Castellan; and Steven Rogowski, | ) ) ) ) | Magistrate Judge Jeffrey Cummings |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF ADDRESS

TO: All counsel of record

    PLEASE TAKE NOTICE that the undersigned Attorneys for Plaintiff have changed addresses. All correspondence and notices in the case should now be sent to:

**CASS THOMAS CASPER, ESQ**
**GIANNA ROCHELLE SCATCHELL, ESQ.**
**DISPARTI LAW GROUP, P.A.**
**121 WEST WACKER DRIVE, SUITE 2300**
**CHICAGO, ILLINOIS 60601**

    Respectfully submitted,

    */s/ Cass T. Casper*
    */s/ Gianna R. Scatchell*
    _____

Cass T. Casper, Esq.
Gianna R. Scatchell, Esq.
DISPARTI LAW GROUP, P.A.
121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
Phone: (312) 506-5511
Fax: (312) 846-6363
Email: ccasper@dispartilaw.com
Email: gia@dispartilaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that he served the foregoing document on Defendant's counsel via this Court's CM/ECF filing system on October 6, 2020, and that such counsels are registered e-filers.