# AFFIDAVIT OF STEVEN ROGOWSKI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN SCATCHELL, )
)
Plaintiff, ) Case No. 18-cv-3989
)
vs. )
) Honorable John Kness
VILLAGE OF MELROSE PARK, )
RONALD M SERPICO, SAM C. PITASSI, )
MICHAEL CASTELLAN, and )
STEVE ROGOWSKI )
)
Defendants. )

## AFFIDAVIT

I, the affiant, STEVEN ROGOWSKI, having been first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could competently testify to the following.

1. I am employed by the Village of Melrose Park Police Department as the Deputy Chief of Police.

2. I did not attend any Fraternal Order of Police ("FOP") meetings in the Fall of 2016.

3. I have no knowledge of statements made by John Scatchell Sr., at any time, including at any FOP meetings, about the Kyll Lavalais residency order, grievance, or grievance arbitration.

4. I have no knowledge of any statements made by John Scatchell Sr., at any time, about or opposing race discrimination in the enforcement of the Village's ordinance mandating that officer establish residency in the Village limits.

5. John Scatchell has never expressed any personal viewpoint or opinion to me about or opposing race discrimination in the enforcement of the Village's ordinance mandating that officer establish residency in the Village limits, or about the Kyll Lavalais residency order, grievance, or grievance arbitration.

6. I did not know about Scatchell's January 5, 2017 or March 3, 2017 declaration or affidavit until I attended his deposition in 2019.

1

7. I did not attend the Melrose Park Pension Board meeting on April 17, 2017.

8. I never spoke with Scatchell about any statements he made at the Melrose Park Pension Board meeting about the transfer of Tony Caira's pension.

FURTHER AFFIANT SAYETH NOT.

                                                                           STEVEN ROGOWSKI

SUBSCRIBED and SWORN to before

me this 21st day of December, 2020.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MICHAEL D. BERSANI
Notary Public - State of Illinois
My Commission Expires 1/30/2022

2