# AFFIDAVIT OF
# MAYOR RONALD SERPICO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN SCATCHELL, | ) |
| Plaintiff, | ) Case No. 18-cv-3989 |
| vs. | ) |
| | ) Honorable John Kness |
| VILLAGE OF MELROSE PARK, RONALD M SERPICO, SAM C. PITASSI, MICHAEL CASTELLAN, and STEVE ROGOWSKI | ) ) ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## AFFIDAVIT

I, the affiant, Mayor RONALD M. SERPICO, having been first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could competently testify to the following.

1. I am the Mayor of the Village of Melrose Park.

2. I did not attend any FOP meetings in the Fall of 2016 (nor at any time during my tenure as Mayor).

3. I have no knowledge of statements made by John Scatchell Sr. at any time, including at any FOP meetings, relating to the Kyll Lavalais residency order, grievance, or grievance arbitration.

4. I have no knowledge of any statements made by John Scatchell Sr., at any time, about or opposing race discrimination in the enforcement of the Village's ordinance mandating that officer establish residency in the Village limits.

5. John Scatchell Sr. has never expressed any personal viewpoint or opinion to me about or opposing race discrimination in the enforcement of the Village's ordinance mandating

that officer establish residency in the Village limits, or about the Kyll Lavalais residency order, grievance, or grievance arbitration.

6. It was my intention in Fall 2016 to nominate John Scatchell Sr. for a promotion that would be effective until his anticipated retirement in January 2017, based on my conversation with him about his career plans.

7. When Scatchell Sr. inquired through counsel about an employment contract, I then believed that if Scatchell Sr. was promoted he would renege and would not retire in January 2017 as discussed.

8. I did not know about Scatchell Sr.'s January 5, 2017 or March 3, 2017 declaration or affidavit until after his deposition in 2019.

9. The Village does not have a practice or custom of discrimination based on sex or age. Further, the Village does not have a practice or custom of allowing retaliation against employees who complained of or supported complaints of employment discrimination.

FURTHER AFFIANT SAYETH NOT.

*[signature]*
Mayor RONALD M. SERPICO

SUBSCRIBED and SWORN to before me this 22 day of December, 2020.

*[signature]*
NOTARY PUBLIC

"OFFICIAL SEAL"
AMANDA C. EFTA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/26/2023