# CHRISTINE PIEMONTE
# TRANSCRIPT AND EXHIBITS

# In The Matter Of:

SCATCHELL  v. VILLAGE  OF  MELROSE  PARK

18 CV 03989

---

# Testimony of:

CHRISTINE PIEMONTE

August 12, 2020

---

Cynthia A. Pavesich & Associates
105 West Madison Street
Suite 1350
Chicago, Illinois 60602
(312) 214-1992
cagoodreporter@pavesich.com
www.pavesich.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

John Scatchell,                        )
                                       )
                    Plaintiff,         )
                                       )
        -vs-                           ) No. 2018-cv-03989
                                       )
Village of Melrose Park, an            )
Illinois Municipal                     )
Corporation; Ronald M.                 )
Serpico; Sam C. Pitassi;               )
Michael Castellan; and                 )
Steven Rogowski,                       )
                                       )
                    Defendants.        )

        The deposition of CHRISTINE PIEMONTE,
taken in the above-entitled case before Deborah
Janicek, a Certified Shorthand Reporter within and
for the State of Illinois, at 1000 North 25th
Street, Melrose Park, Illinois, on August 12th,
2020, at 10:10 o'clock a.m.

                                              Page 1

SCATCHELL v. VILLAGE OF MELROSE PARK   CHRISTINE PIEMONTE                    18 CV 03989

```
 1   A P E A R A N C E S:
 2       TALON LAW
 3       (105 West Madison Street, Suite 1350
 4       Chicago, IL  60602
 5       312-351-2478
 6       ctc@talonlaw.com), by:
 7       MR. CASS T. CASPER
 8           and
 9       LAW OFFICE OF GIANNA SCATCHELL
10       (360 West Hubbard Street, Suite 1404
11       Chicago, IL  60654
12       312-248-3303
13       gia@lawfirm.gs), by:
14       MS. GIANNA SCATCHELL,
15           on behalf of the Plaintiff;
16       LANER MUCHIN LTD.
17       (515 North State Street, 28th Floor
18       Chicago, IL  60654
19       312-467-9800
20       jfowler@lanermuchin.com), by:
21       JEFFREY S. FOWLER,
22           on behalf of Defendant
23           Village of Melrose Park;
24
```

                                                              Page  2

```
 1   A P P E A R A N C E S:  (Cont.)
 2       HERVAS CONDON & BERSANI PC
 3       (333 Pierce Road, Suite 195
 4       Itasca, IL  60143
 5       630-860-4343
 6       mbersani@hcbattorneys.com), by:
 7       MR. MICHAEL D. BERSANI,
 8           on behalf of Defendants
 9           Castellan, Pitassi, Rogowski;
10       DEL GALDO LAW GROUP
11       (1441 South Harlem Avenue
12       Berwyn, IL  60402
13       708-222-7000
14       woerner@dlglawgroup.com), by:
15       MR. TIMOTHY A. WOERNER,
16           on behalf of Defendant Serpico.
17   ALSO PRESENT:
18       MR. JOHN SCATCHELL, SR.
19       MR. MICHAEL CASTELLAN
20       MR. SAM PITASSI
21       MR. STEVEN ROGOWSKI
22       MS. CHRISTINA SABATER.
23
24
```

                                                              Page  3

```
 1                I-N-D-E-X
 2   Witness:                       Page
 3   Christine Piemonte
 4     Direct Examination by Mr. Casper      8
 5     Cross Examination by Mr. Fowler     140
 6     Redirect Exam by Mr. Casper     142
 7           EXHIBITS MARKED
 8   30(b)(6) Exhibit Nos.          Page
 9   1 - VMP employee handbook 1-27-20     33
10   2 - VMP employee handbook 7-1-18     42
11   3 - VMP handbook prior to 2018     47
12   4 - Employee manual updates     48
13     1-10-2000
14   5 - ADP report of VMP employees     92
15     Years 2015-2020
16   6 - ADP report          105
17   7 - VMP demographics          108
18   8 - Handwritten notes of witness     111
19           EXHIBIT REFERENCED
20   Castellan Exhibit No.          Page
21   4 - EEOC activity log          117
22
23
24
```

                                                              Page  4

```
 1       MR. CASPER:  Ready when you are.
 2   You ready, Ms. Piemonte?
 3       THE WITNESS:  Yes, I am.
 4       MR. CASPER:  Is it Piemonte?  How do I
 5   say it?
 6       THE WITNESS:  Piemonte.
 7       MR. CASPER:  Piemonte?
 8       THE WITNESS:  Um-hum.
 9       MR. CASPER:  When you're ready.
10       (The witness was duly sworn.)
11       MR. CASPER:  Good morning.  Will you
12   please state and spell your name for the court
13   reporter?
14       THE WITNESS:  Christine Piemonte,
15   C-h-r-i-s-t-i-n-e; Piemonte is P-i-e-m-o-n-t-e.
16       MR. CASPER:  Good morning,
17   Ms. Piemonte.  My name is Cass Casper.  I'm an
18   attorney -- one of the attorneys representing the
19   plaintiff, John Scatchell, Senior, in this matter.
20       Have you ever been deposed before in
21   your life --
22       THE WITNESS:  No, I have not.
23       MR. CASPER:  -- like we're --
24       MR. FOWLER:  Remember let me finish
```

                                                              Page  5

                                        2  (Pages 2 to 5)

```
 1    his questions --
 2          THE WITNESS:  Sorry.
 3          MR. FOWLER:  -- before you answer.
 4    Okay?
 5          THE WITNESS:  Sorry.
 6          MR. CASPER:  He beat me to the punch.
 7    There's just a few very simple rules:  Number one,
 8    generally -- generally you have to answer the
 9    questions that I pose to you.  There may be some
10    exceptions to that today.  Hopefully not -- not --
11    that won't come up too much.
12          Make sure that you and I don't talk
13    over each other because the transcript is really
14    what we're -- what today is all about and we want
15    her to have a clear reporting of what my question
16    was and what your answer was.
17          So what we just did there, let's try
18    not to do that.  And you'll probably forget it and
19    it's okay but let's just try to avoid it if we
20    can.
21          If you answer a question before I
22    finish, it can muck up the transcript and create a
23    problem as to what you're actually answering.  And
24    also you want to make sure that I finish my
```

Page 6

```
 1    question so that you know what I'm actually asking
 2    and you don't want to be guessing and providing an
 3    answer that might not be responsive.  You
 4    understand?
 5          THE WITNESS:  Yes.
 6          MR. CASPER:  Okay.  And you have to
 7    answer verbally, yes or no, not uh-huh or like you
 8    just did -- nodding your head.
 9          THE WITNESS:  No, I said yes.  I --
10    Maybe I better take this off.
11          MR. CASPER:  Okay.  That's fine.  So
12    just try to speak up so we can get a clear record.
13          If you need to take a break at any
14    time, I don't think this will be very long but
15    just let me know and we can take a quick break.
16    Okay?  Do you understand all these questions?
17          THE WITNESS:  Yes.
18          MR. CASPER:  All right.  Very good.
19          I ask this question to almost everyone
20    that I remember to ask it.  Are you under the
21    influence of anything that would prevent you from
22    testifying truthfully today?
23          THE WITNESS:  No.
24          MR. CASPER:  Is there any reason you
```

Page 7

```
 1    can think of why you cannot testify truthfully
 2    here today?
 3          THE WITNESS:  No.
 4          MR. CASPER:  Do you have any
 5    questions, before we get started, about the manner
 6    in which we're proceeding here?
 7          THE WITNESS:  No.
 8          MR. CASPER:  Okay.  So let me just get
 9    a few basic pieces of information.
10          CHRISTINE PIEMONTE,
11    called as a witness herein, having been first duly
12    sworn, was examined and testified as follows:
13          DIRECT EXAMINATION
14    BY MR. CASPER:
15      Q.   First of all, there was a deposition
16    notice that was sent out that led to your being
17    here today.  It was the Rule 30(b)(6) notice
18    listing certain topics.
19          Did you ever get a chance to review
20    this?
21      A.   The topics?  Yes.
22      Q.   Yes.  Okay.  So you're generally
23    familiar with the topics that we're going to be
24    talking about today, is that accurate?
```

Page 8

```
 1          MR. FOWLER:  Just to be clear, she's
 2    been designated as the Village representative for
 3    Topics 6 through 10.
 4          MR. CASPER:  Okay.  All right.  And
 5    the witness has been apprised of the nature of
 6    Topics 6 through 10?
 7          MR. FOWLER:  She has.
 8          MR. CASPER:  Okay.  All right.
 9    BY MR. CASPER:
10      Q.   So let me get some background
11    information and then I'm going to move to those
12    individual topics, number 6 through 10.  Okay?
13      A.   Okay.
14      Q.   So how are you currently employed?
15      A.   I'm the full time HR director.
16      Q.   With the Village of Melrose Park?
17      A.   Correct.
18      Q.   And how long has that been your job
19    title?
20      A.   November 3rd, 2014.
21      Q.   Did you hold any positions with the
22    Village of Melrose Park prior to November 3rd,
23    2014?
24      A.   No.
```

Page 9

3  (Pages 6 to 9)

```
 1      Q.   So your -- Just to be clear, your first
 2   position ever with the Village of Melrose Park was
 3   HR director and that began November 3rd, 2014.
 4      A.   Yes.
 5      Q.   Okay.  Have you held any positions in
 6   addition to that since November 3rd, 2014?
 7      A.   I'm the -- also the privacy officer.
 8           MR. FOWLER:  I'm sorry.  Say that one
 9   more time?
10           THE WITNESS:  Privacy officer.
11   BY MR. CASPER:
12      Q.   And is that the official title of that
13   position or is --
14      A.   It's an appointed position, yes.
15      Q.   And that's -- that's called privacy
16   officer?
17      A.   Yes.
18      Q.   All right.  And do you receive
19   compensation for that position in addition to the
20   compensation you receive as HR director?
21      A.   No.
22      Q.   How long have you held the privacy
23   officer appointed position?
24      A.   I don't recall --
```

Page 10

```
 1      Q.   Okay.
 2      A.   -- the exact year.
 3      Q.   So other than HR director and privacy
 4   officer, do you currently hold any other positions
 5   with the Village of Melrose Park?
 6      A.   No.
 7      Q.   Other than those two positions, have
 8   you ever held any other positions with the Village
 9   of Melrose Park?
10      A.   No.
11      Q.   All right.  And who appointed you the
12   privacy officer?
13      A.   The board of trustees.
14      Q.   All right.  And the HR director
15   position, do you consider that an appointed
16   position?
17      A.   No.
18      Q.   So you were -- there was a hiring
19   process that led to your obtaining that position?
20      A.   Yes.
21      Q.   Okay.  Just so I understand your
22   background, can you give me the general job duties
23   and functions of the HR director position?
24      A.   Well, I do new hire paperwork.  I'm
```

Page 11

```
 1   assigned to the payroll, enforce the policies.
 2           I handle all the benefits,
 3   disciplinary actions for the actual Village of
 4   Melrose Park.
 5      Q.   Anything else?
 6      A.   Geez, I could go on and on.
 7           Workmen's comp I handle in conjunction
 8   with my assistant.
 9      Q.   Anything else?
10      A.   Just enforcing policies and
11   procedures.
12      Q.   And the functions that you just
13   described, have those generally been the job duties
14   and functions of the HR director position since
15   you've held that position?
16      A.   Yes.
17      Q.   All right.  Now you also mentioned that
18   you're the privacy officer.
19           What job duties and functions does that
20   entail in addition to those we just talked about?
21      A.   Mainly keeping confidentiality.
22      Q.   As to what?
23      A.   Any Village -- you know, complaints;
24   health issues.
```

Page 12

```
 1      Q.   Is this as to Village employees or
 2   broader than that?
 3      A.   Village employees.
 4      Q.   Okay.  Does that encompass any
 5   responsibilities with respect to privacy for
 6   persons beyond Village employees?
 7      A.   No.
 8      Q.   Okay.  And do you work additional hours
 9   to perform the privacy officer functions or is that
10   subsumed under the time you spend as HR director?
11      A.   No.
12      Q.   No, what?
13      A.   No, I do not work any additional
14   hours.
15      Q.   All right.  So let's get to some of the
16   topics in issue here.
17           So Topic 6, we had -- you had been
18   designated as a witness to talk about -- I'll just
19   read it here:  Promotional and appointment
20   procedures for Village of Melrose Park deputy chief
21   since the time that Michael Castellan was appointed
22   as deputy chief according to VMP ordinance and
23   practice, including ordinance-based or
24   practice-based legal requirements for persons to be
```

Page 13

4  (Pages 10 to 13)

1  promoted to deputy chief, personnel or police board
2  certifications or appointments required for such
3  promotion, mayoral approval, board of trustees
4  approval, budgeting procedure for such
5  promotions/appointments and any other legal
6  requirements connected with promotion and
7  appointment of persons to deputy chief.
8       I just read that off of the notice.
9  You can look at the copy I have if you want.  Did
10 you --
11      **A.  I have a copy.**
12      Q.   Okay.  You've got a copy of that with
13 you?
14      **A.  Um-hum.**
15      Q.   So the upshot of this topic is that we
16 wanted to ask you about Village policies,
17 practices, procedures and the other matters noted
18 there relative to the appointment of persons to the
19 deputy chief of the police department.
20      Did you review anything today to help
21 you get up to speed on that topic?
22      **A.  Yes.**
23      Q.   Okay.  Did you review any documents to
24 do so?

Page 14

1      **A.  No.**
2      Q.   Okay.
3      **A.  Other than my notes I mean.**
4      Q.   All right.  And those notes, were
5  those -- there were some notes I believe you had
6  produced to us today.
7       Are those what you're talking about?
8      **A.  Mine, yes.**
9      Q.   Okay.  Other than those notes -- Other
10 than those notes, did you review anything to assist
11 you in testifying about this topic today?
12      **A.  No.**
13      Q.   Okay.  So I just want to ask you -- So
14 what has your involvement been in the promotion of
15 individuals -- Well, when I say "promotion," I mean
16 promotion or appointment.
17      Do you understand that verbiage I'm
18 using there?
19      **A.  Yes.**
20      Q.   Okay.  What has your involvement been,
21 if anything, in the selection of individuals for
22 deputy chief of the police department since you've
23 been here?
24      **A.  None.**

Page 15

1      Q.   Okay.  And can you describe for me,
2  within the structure of the Village, who would be
3  responsible for the selection of individuals to
4  deputy chief of the police department within the
5  Village?
6      **A.  The mayor.**
7      Q.   Okay.  And how long has that been the
8  case?
9      **A.  I only can speak to as long as I've
10 been here.**
11      **Since 2014.**
12      Q.   Right, and that -- All my questions are
13 just directed for as long as you've been here, not
14 prior to that.  Okay?
15      So to your knowledge, has anybody else
16 been responsible -- been involved in the selection
17 of individuals for promotion or appointment to
18 deputy chief other than the mayor?
19      **A.  No.**
20      Q.   All right.  Now what's your basis for
21 saying that that's the mayor's responsibility?
22      **A.  That's the procedure.  The mayor --
23 It's suggested by the mayor.**
24      Q.   Okay.  What's suggested by the mayor?

Page 16

1      **A.  Who should be selected for deputy
2  chief.**
3      Q.   And -- Okay.  Is this considered,
4  according to you, an appointment to this position
5  or is this a promotion to this position?
6      **A.  It is appointed.**
7      Q.   All right.  And since you've been here,
8  how many individuals have you known the Village to
9  appoint to deputy chief?
10      **A.  One.**
11      Q.   And who would that have been?
12      **A.  Steven Rogowski.**
13      Q.   Okay.  Are you familiar with the
14 Melrose Park Police Department right now?
15      **A.  Familiar how?**
16      Q.   Are you knowledgeable about who works
17 there?
18      **A.  Yes.**
19      Q.   All right.  And do you know how many
20 deputy chiefs currently -- right now as you sit
21 here today -- are working at the Melrose Park
22 Police Department?
23      **A.  One.**
24      Q.   And who would that be?

Page 17

5  (Pages 14 to 17)

1     A.   Steven Rogowski.
2     Q.   Okay.  And has there ever been more
3  than one deputy chief working at the police
4  department since you've been HR director?
5     A.   Yes.
6     Q.   Okay.  And what's the maximum number of
7  deputy chiefs there have been since you've been HR
8  director?
9     A.   Two.
10    Q.   And during what time period were there
11 two deputy chiefs?  Ballpark.
12    A.   2016, the end, and 2017.
13    Q.   All right.  So would that be the end of
14 2016 through 2017 there were two deputy chiefs or
15 do you mean something else?
16    A.   Correct.
17    Q.   All right.  Have there ever been more
18 than two deputy chiefs at the police department
19 since you've been HR director?
20    A.   No.
21    Q.   All right.  So -- And do you remember
22 who the two persons holding the deputy chief
23 positions were the end of 2016 through 2017?
24    A.   Yes.

Page 18

1  Steven Rogowski occupied prior to November of 2016?
2     A.   Lieutenant.
3     Q.   All right.  That would have been
4  lieutenant of the police department, is that
5  correct?
6     A.   Yes.
7     Q.   Okay.  And do you know what month and
8  year Michael Castellan first was appointed deputy
9  chief?
10    A.   2008.
11         I'm not sure of the month.
12    Q.   Okay.  2008 you said?
13    A.   I don't recall.
14         Can I check my notes?
15    Q.   Sure.  Go ahead.
16    A.   I wasn't here so . . .
17    Q.   Was it prior to your becoming HR
18 director --
19    A.   Yes.
20    Q.   -- that he was appointed?  Okay.
21    A.   It was April 28th of 2008.
22    Q.   All right.  And as -- Were you
23 consulted in any way by the mayor as to the
24 appointment of Steven Rogowski as deputy chief in

Page 20

1     Q.   Who were they?
2     A.   Michael Castellan and Steven Rogowski.
3     Q.   All right.  And were you yourself, as
4  HR director, involved in any way in the selection
5  of Michael Castellan for deputy chief during that
6  time frame?
7     A.   No.
8     Q.   Were you involved in any way, as HR
9  director, with the selection of Steven Rogowski for
10 deputy chief during that time period?
11    A.   No.
12    Q.   Do you know who was involved in the
13 selection of Steven Rogowski for deputy chief
14 during that time period?
15    A.   The mayor.
16    Q.   All right.  To your knowledge, was it
17 the mayor exclusively who was involved in that
18 decision?
19    A.   Yes.
20    Q.   And do you know the month and year that
21 Steven Rogowski was appointed deputy chief?
22    A.   I can't be exact.  I'm -- November, I
23 believe, of '16.
24    Q.   Okay.  And do you know what position

Page 19

1  November 2016?
2     A.   No.
3     Q.   Okay.  Now I know you weren't working
4  here when Michael Castellan was appointed deputy
5  chief but at anytime have you ever been consulted
6  by Mayor Serpico about Michael Castellan occupying
7  the deputy chief position here?
8     A.   No.
9     Q.   Okay.  The deputy chief position, does
10 this have to be -- Strike that.
11         The deputy chief appointment, does this
12 have to be renewed periodically?
13    A.   I believe every -- when the
14 appointments come up.  Every year.
15    Q.   Okay.  So is your answer that the
16 deputy chief appointments have to be renewed every
17 year?
18    A.   You know, I don't recall really.
19    Q.   Is there currently a chief or director
20 of the police department here in Melrose Park?
21    A.   Yes.
22    Q.   Okay.  Is it chief, director or both?
23    A.   Director.
24    Q.   All right.  And is that an appointed

Page 21

6  (Pages 18 to 21)

1  position?
2     **A.  Yes.**
3     Q.  What does that mean?  In your own
4  words, what does it mean that the director is an
5  appointed position here?
6     **A.  It is an appointment that's probably**
7  **suggested by the mayor and put in front of the**
8  **board of trustees and voted on.**
9     Q.  Okay.  And is that position, the
10  director of -- the director of police, is that
11  subject to renewal periodically?
12     **A.  Yes.**
13     Q.  And how often?
14     **A.  Every year.**
15     Q.  With that one I noticed you stated that
16  the director position is suggested by the mayor and
17  put to the board of trustees.  Was that your
18  testimony?
19     **A.  Yes.**
20     Q.  Okay.  Are the deputy chief
21  positions -- are those also suggested by the mayor
22  and put to the board of trustees or something else?
23     **A.  Yes.**
24     Q.  Yes, what?

Page 22

1     **A.  Yes, they are put -- suggested by the**
2  **mayor and put in front of the board of trustees.**
3     Q.  Okay.  And what's the basis for that
4  procedure occurring here in Melrose Park?
5     MR. FOWLER:  Objection to form.
6     I don't understand what you're asking,
7  Cass.
8     MR. CASPER:  Let me rephrase the
9  question.
10  BY MR. CASPER:
11     Q.  Is there some legal requirement that
12  you're aware of that the deputy chief positions
13  must be suggested by the mayor and then put to the
14  board of trustees?
15     **A.  They just need to be a certified**
16  **police officer.**
17     Q.  Okay.  Are you familiar with the
18  Melrose Park ordinances?
19     **A.  Some.**
20     Q.  Okay.  Are you familiar with the
21  Melrose Park ordinances as they apply to
22  appointment of individuals to the deputy chief
23  positions?
24     **A.  In -- Can you rephrase it?  What do**

Page 23

1  you mean -- Familiar how?
2     Q.  Well, are you aware if there are
3  ordinances that govern that process?
4     **A.  Yes, there are.**
5     Q.  Have you reviewed those prior to today?
6     **A.  Very little.**
7     Q.  Okay.  Did you review any ordinances
8  relative to appointment and promotion procedures as
9  part of preparation for today?
10     **A.  Yes.**
11     Q.  Which ordinances did you review, if you
12  recall?
13     **A.  They would be the ordinance for**
14  **Michael Castellan and Deputy Chief Rogowski**
15  **from --**
16     Q.  And may I see what you're referring to?
17        (The document was tendered.)
18     MR. CASPER:  All right.  Okay.  That's
19  not what I thought.  That's fine.
20  BY MR. CASPER:
21     Q.  So before we get to that, were you
22  personally involved in any part of the selection
23  process for Steven Rogowski to be appointed deputy
24  chief in November 2016?

Page 24

1     **A.  No.**
2     Q.  Were you consulted in any way?
3     **A.  No.**
4     Q.  And speaking as a representative of the
5  Village, is it your testimony that that selection
6  was made by Mayor Serpico?
7     **A.  Yes.**
8     Q.  Okay.  Speaking as a representative of
9  the Village, was there anybody else who was
10  involved actually in the selection of Steven
11  Rogowski to deputy chief in November 2016?
12     **A.  No.**
13     Q.  Okay.  And to your knowledge, was John
14  Scatchell, Senior at any point considered for
15  deputy chief in 2016?
16     **A.  Yes.**
17     Q.  Okay.  What's your basis for knowing
18  that today as a representative of the Village?
19     **A.  Hearsay around -- I don't talk -- The**
20  **police station stuff is mostly handled at the**
21  **police station so . . .**
22     Q.  Okay.  What do you mean the police
23  station stuff?
24     **A.  Things -- the Village -- The HR**

Page 25

7  (Pages 22 to 25)

```
 1    department has very little input as far as the
 2    things that go on at the police station as far as
 3    promotions, hires and et cetera.
 4        Q.    Okay.  Why -- Well, why is that?  Why
 5    is it that -- Strike that question.
 6             So is it your testimony that there's
 7    some separation between the HR office at the
 8    Village and the police department?
 9        A.    As far as they are governed by the
10    collective bargaining agreement.
11        Q.    Okay.  So as the HR director, do you
12    have any involvement in the promotional process
13    within the Melrose Park Police Department?
14        A.    No.
15        Q.    Okay.  So just -- you know, an officer
16    is going to be promoted to sergeant.  As HR
17    director, do you have any involvement in that part
18    of the promotion process?
19             MR. FOWLER:  Objection to scope.
20    Beyond the scope of the 30(b)(6).
21             You can answer.
22             MR. CASPER:  You can answer.
23    BY THE WITNESS:
24        A.    The only involvement I have is I
```
                                                    Page 26

```
 1        Q.    Who would that be?
 2        A.    The HR assistant.
 3        Q.    Oh, is that someone in your office?
 4        A.    Yes.
 5        Q.    Okay.  Other than that -- Well, who's
 6    that individual?
 7        A.    The HR assistant?
 8        Q.    Yeah, who is that?
 9        A.    Dina Serpico.
10        Q.    Okay.  Well, other than that
11    individual, is there anyone else at the Village of
12    Melrose Park who performs functions similar to
13    those that you perform as HR director?
14        A.    No.
15        Q.    Okay.  And are you involved, as HR
16    director, with the promulgation of any EEO -- by
17    which I mean equal employment opportunity --
18    policies for the Village of Melrose Park?
19        A.    In writing them?
20        Q.    You tell me.
21        A.    I'm in charge of enforcing them.
22        Q.    Okay.  Well, do you have any
23    involvement in writing EEO policies for the Village
24    of Melrose Park?
```
                                                    Page 28

```
 1    receive a letter from the Chief stating the person
 2    has been promoted and I change their pay in the
 3    payroll system.
 4    BY MR. CASPER:
 5        Q.    Okay.  And do you have -- And your
 6    testimony would be the same for any of the
 7    promotions within the ranks in the police
 8    department, including to lieutenant, is that
 9    correct?
10        A.    Yes.
11        Q.    Okay.  How else is your -- Strike that
12    question.
13             Does the Village of Melrose Park have
14    an HR department internal within the police
15    department?
16        A.    No.
17        Q.    Okay.  So you're the only HR director
18    within the Village of Melrose Park.
19        A.    Correct.
20        Q.    All right.  And is there anyone else in
21    the Village of Melrose Park who's performing
22    functions similar to your job functions as HR
23    director?
24        A.    Yes.
```
                                                    Page 27

```
 1        A.    No.
 2        Q.    Do you know who or what company does
 3    that?
 4        A.    Our legal office.
 5        Q.    Is that someone in house with the
 6    Village or an outside firm or something else?
 7        A.    Outside firm.
 8        Q.    Do you know what firm?
 9        A.    Del Galdo Law Office.
10        Q.    How long, to your knowledge, has Del
11    Galdo Law Office been writing such policies?
12        A.    2014 when I started.
13        Q.    Okay.  Is it possibly prior to that but
14    that's the extent of your knowledge?
15        A.    Yes.
16        Q.    Okay.  Are you involved in writing any
17    policies for the Village of Melrose Park?
18             MR. FOWLER:  Objection to scope.
19             You can answer.
20             MR. CASPER:  This would -- I'm kind of
21    going into Topic 7 here a little bit and I think
22    this would be within that scope.  But you can
23    answer.
24
```
                                                    Page 29

SCATCHELL  v. VILLAGE OF MELROSE PARK  CHRISTINE PIEMONTE                    18 CV 03989

```
 1   BY THE WITNESS:
 2       A.   Not in the policies stated in your
 3   questions.
 4   BY MR. CASPER:
 5       Q.   Okay.  And -- So is there a separate
 6   set of policies governing equal employment
 7   opportunity matters that governs Village employees
 8   from police officers?
 9       A.   No.
10       Q.   Okay.  Now -- So in other words, is
11   there one equal employment opportunity policy that
12   governs Village employees as well as employees of
13   the police department?
14       A.   In the employee handbook, yes.
15       Q.   Okay.  Are there any policies outside
16   of the employee handbook that govern officers in
17   the police department relative to EEO matters?
18       A.   Not that I recall.
19       Q.   Are there any policies outside of those
20   contained in the employee handbook governing police
21   officers relative to discrimination, harassment and
22   retaliation?
23           MR. FOWLER:  Again objection to scope.
24           The topic that she's prepared for is
```
                                              Page 30

```
 1   BY MR. CASPER:
 2       Q.   Okay.  Now -- Hang on a second.
 3           (Pause.)
 4           MR. CASPER:  Mr. Fowler, do you know
 5   which one is the most -- is this one --
 6           MR. FOWLER:  The bottom one is the
 7   most recent.
 8           MR. CASPER:  Okay.  All right.  Do you
 9   want to mark this as 1?
10           Okay.  Jeff, do you have a preference
11   how to mark these, 30(b)(6) 1 or Piemonte 1?
12           MR. FOWLER:  Whichever you prefer.
13           MR. CASPER:  Let's do Piemonte 1.
14           (The document was thereupon marked
15           Piemonte Exhibit No. 1, for
16           identification, as of
17           08/12/2020.)
18           (The document was tendered.)
19   BY MR. CASPER
20       Q.   All right.  I'm showing you what's been
21   marked as Piemonte 1.
22           Can you identify this document after
23   reviewing it?
24       A.   The Village of Melrose Park --
```
                                              Page 32

```
 1   the Village handbook expressly excluding police
 2   department policies.  She's prepared to talk about
 3   the Village policies outside the police
 4   department.
 5           MR. CASPER:  Right.
 6           MR. FOWLER:  To the extent that she's
 7   answering in the negative regarding police
 8   department policies, she's testifying as an
 9   individual and not as the Village representative.
10           MR. CASPER:  Okay.
11           You can answer.
12           MR. FOWLER:  You need the question
13   read back?
14           THE WITNESS:  Yes, please.
15           MR. CASPER:  Can you read the question
16   back?
17           THE REPORTER:  Question: "Are there
18   any policies outside of those contained in the
19   employee handbook governing police officers
20   relative to discrimination, harassment and
21   retaliation?"
22   BY THE WITNESS:
23       A.   Not that I can recall.
24
```
                                              Page 31

```
 1           MR. FOWLER:  This.
 2   BY THE WITNESS:
 3       A.   -- handbook.
 4           MR. CASPER:  What?
 5           (Pause.)
 6           MR. CASPER:  I'm going to strike
 7   the -- calling that Piemonte 1 and just call it
 8   30(b)(6) Exhibit 1.  Okay?
 9   BY MR. CASPER:
10       Q.   All right.  Can you identify 30(b)(6)
11   Exhibit 1 after reviewing it?
12       A.   The employee handbook.
13           MR. FOWLER:  Let's hand this back to
14   the court reporter so she can change that.
15           THE WITNESS:  Okay.
16           (The document was tendered.)
17           (The document was thereupon
18           re-marked 30(b)(6) Exhibit No. 1,
19           for identification, as of
20           08/12/2020.)
21           (The document was tendered.)
22   BY MR. CASPER:
23       Q.   All right.  I think you just put away
24   the exhibit we're looking at.
```
                                              Page 33

                                    9  (Pages 30 to 33)

```
 1          The question was can you identify
 2  30(b)(6) Exhibit 1 after reviewing it?
 3      A.   The Village of Melrose Park handbook.
 4      Q.   All right.  And is this effective any
 5  particular date?
 6      A.   January 27th, 2020.
 7      Q.   All right.  And is this a true and
 8  accurate and complete copy of the Village of
 9  Melrose Park employee handbook as of that date?
10      A.   Yes.
11      Q.   All right.  And is there a policy in
12  this handbook anywhere governing discrimination,
13  harassment and retaliation?
14      A.   Yes.
15      Q.   Okay.  Can you direct me to where that
16  would be?
17      A.   That would be Page 4, Section 2.5.
18      Q.   And how far does this carry over?  Is
19  it all the way up to 2.6 on Page 6?
20      A.   Yes.
21           Well, the end of Page 5, yes.
22      Q.   All right.  So is Section 2.5 -- is
23  that the complete -- I'm calling this EEO policy.
24  Do you understand what I mean by that?
```
                                           Page 34

```
 1      A.   Yes, there's an EEO policy.
 2      Q.   Okay.  Is this the only EEO policy,
 3  this Section 2.5, contained in this handbook?
 4      A.   There is an EEO policy that is on
 5  Page 3.
 6      Q.   All right.  And what -- what are you
 7  referring to on Page 3?
 8      A.   It's Section 2.1.
 9      Q.   All right.  And what's the difference
10  between Section 2.1 and Section 2.5?
11      A.   Well, the EE -- EOE policy is equal
12  opportunity employment disclosure policy and
13  Section 2.5 is the harassment and complaint
14  policy.
15      Q.   Okay.  Are -- is section -- Okay.  So
16  Sections 2.1 and 2.5 -- are these the only
17  provisions in this handbook governing
18  discrimination, harassment and retaliation?
19           MR. FOWLER:  Make sure you take a look
20  through it.
21           (Pause.)
22  BY THE WITNESS:
23      A.   We have Section 2.4.  That's
24  commitment to diversity.
```
                                           Page 35

```
 1  BY MR. CASPER:
 2      Q.   Okay.  So 2.1, 2.4, 2.5.
 3           Are there any other provisions in this
 4  handbook that relate to discrimination, retaliation
 5  and harassment?
 6      A.   No.
 7      Q.   Okay.  Now outside of this handbook --
 8  and I'm trying to respect -- stay within the notice
 9  topic here.
10           Outside of this Village of Melrose Park
11  handbook Sections 2.1, 2.4 and 2.5, are there any
12  other policies of the Village of Melrose Park that
13  pertain to harassment, discrimination or
14  retaliation to your knowledge?
15           MR. FOWLER:  You mean currently?  I'm
16  confused.
17           MR. CASPER:  Currently.
18           MR. FOWLER:  You mean currently in
19  effect and excluding the police department?
20           MR. CASPER:  Yes, currently in effect
21  and excluding the police department.
22  BY THE WITNESS:
23      A.   No.
24
```
                                           Page 36

```
 1  BY MR. CASPER:
 2      Q.   Okay.  So in other words, if I have
 3  30(b)(6) Exhibit 1, this would be -- is it correct
 4  to say that this contains all of Melrose Park's
 5  policy, excluding the police department, on
 6  discrimination, harassment or retaliation?
 7      A.   Yes.
 8      Q.   Okay.  There's not some other document
 9  labeled Standard Operating Procedure 1, for
10  example, governing discrimination and harassment?
11      A.   Not that I'm aware of.
12      Q.   Okay.  Now does this Village of Melrose
13  Park handbook that's 30(b)(6) Exhibit 1 -- does
14  this apply to Melrose Park Police Department
15  employees?
16      A.   It does.  However the collective
17  bargaining agreement would be first, SOP second
18  and whatever is not covered in those two then
19  defaults to the employee handbook for the Village
20  of Melrose Park.
21      Q.   Okay.  And is there any other Village
22  department that has its own set of SOPs other than
23  the police department?
24      A.   Not that I'm aware of.
```
                                           Page 37

                                    10  (Pages 34 to 37)

1      Q.   Okay.  And does the police
2  department -- So since you testified to that, does
3  the police department have its own set of standard
4  operating procedures?
5      A.   Yes.
6      Q.   Okay.  And I'm not going to ask you
7  anything about the content of those, but do you
8  know where -- like where those standard operating
9  procedures come from?
10     A.   No.
11     Q.   Okay.  And do you know why the Village
12 of Melrose Park has a separate set of standard
13 operating procedures for the police department but
14 not for other Village employees?
15          MR. FOWLER:  Objection to scope.
16          You can answer if you can.
17 BY THE WITNESS:
18     A.   No.
19 BY MR. CASPER:
20     Q.   Okay.  Are you involved, as Village HR
21 director, in administering the policies set forth
22 in 30(b)(6) Exhibit 1?
23     A.   Yes.
24     Q.   Okay.  And are you responsible for

Page 38

1  police department or not -- who's accused of sexual
2  harassment, is that something that should be
3  brought to your attention?
4      A.   Yes.
5      Q.   Okay.  And is that a part of your
6  responsibility stemming from your oversight of the
7  policies in 30(b)(6) Exhibit 1?
8      A.   Yes.
9      Q.   Okay.  And do you have any
10 responsibility, as HR director, to administer the
11 standard operating procedures that are in effect in
12 the Village of Melrose Park Police Department?
13     A.   No.
14     Q.   Do you know whose area of
15 responsibility that falls within?
16          MR. FOWLER:  Objection to scope.
17          You can answer if you can.
18 BY THE WITNESS:
19     A.   No.
20 BY MR. CASPER:
21     Q.   Okay.  So do you have any
22 responsibility to ensure employees of the Village
23 police department comply with the standard
24 operating procedures of the police department?

Page 40

1  ensuring that employees of the Village comply with
2  the policies in 30(b)(6) Exhibit 1?
3      A.   Yes.
4      Q.   Okay.  What is the nature of your
5  responsibility to make -- to ensuring the Village
6  employees comply with the policies in 30(b)(6)
7  Exhibit 1?
8      **A.   Well, normally -- I shouldn't say I'm**
9  **the sole person that does that but supervisors --**
10 **you know, if there's an issue, supervisors notify**
11 **me and I more or less enforce the policies.**
12     Q.   Okay.  So if you receive notification
13 that a non police department employee of the
14 Village is accused of, let's just say sexual
15 harassment -- okay -- would that be an issue that
16 would come -- that should be brought to your
17 attention?
18     A.   Yes.
19     Q.   Okay.  Now if a police officer in the
20 Village of Melrose Park Police Department were
21 accused of, say, sexual harassment, is that
22 something that should be brought to your attention?
23     A.   Yes.
24     Q.   Okay.  So any Village employee --

Page 39

1          MR. FOWLER:  Objection to scope.
2          You can answer if you can.
3  BY THE WITNESS:
4      A.   No.
5  BY MR. CASPER:
6      Q.   Okay.  Do you know whose area of
7  responsibility that is?
8          MR. FOWLER:  Objection to scope.
9          You can answer.
10 BY THE WITNESS:
11     **A.   Chief and the deputy chief.**
12 BY MR. CASPER:
13     Q.   Okay.  What's your basis for saying
14 that that responsibility falls within the chief and
15 deputy chief of the police department?
16     **A.   Because I would -- The entire police**
17 **department falls under the responsibility of the**
18 **chief and the deputy chief.**
19     Q.   Okay.  So let me ask you the question
20 this way:  Are there any Village of Melrose Park
21 policies that you are responsible for ensuring
22 compliance with other than those contained in the
23 handbook at 30(b)(6) Exhibit 1?
24          MR. FOWLER:  And you mean currently?

Page 41

11  (Pages 38 to 41)

1     MR. CASPER: Currently.
2   BY THE WITNESS:
3     A.  No.
4   BY MR. CASPER:
5     Q.  Okay.  Since 2017, have there been any
6   policies you've been responsible -- as HR
7   director -- to ensure employee compliance with
8   other than those contained in the employee
9   handbook?
10    A.  Are you saying the update?
11        Can you rephrase that question,
12  please?
13    Q.  Let me -- yeah, let me show you -- Let
14  me withdraw that question and I'm going to show you
15  another document marked 30(b)(6) Exhibit 2.
16    MR. CASPER: If you want to mark that?
17        (The document was thereupon marked
18        30(b)(6) Exhibit No. 2, for
19        identification, as of
20        08/12/2020.)
21        (The document was tendered.)
22  BY MR. CASPER:
23    Q.  And can you identify 30(b)(6) Exhibit 2
24  after reviewing it, Ms. Piemonte?

                                              Page 42

1     A.  The Village of Melrose Park employee
2   handbook.
3     Q.  All right.  And is this a different
4   version from Exhibit 1?
5     A.  Yes.
6     Q.  All right.  How so?
7     A.  There was an amendment made to the
8   harassment involving elected Village officials.
9     Q.  Okay.  And can you direct me to
10  where -- Well, we'll talk about that in a second.
11        Where is the discrimination and
12  harassment language contained in Exhibit 2?
13    A.  Section 2.4, 2.5.
14    Q.  What about 2.1?
15    A.  That's the EEO, yes.
16    Q.  Okay.
17    A.  EOE.
18    Q.  So a moment ago you'd identified
19  Sections 2.1, 2.4 and 2.5 as containing the
20  Village's policies currently relative to EEO and
21  discrimination and harassment.
22        Those are the same sections that govern
23  those topics in the 2018 manual at Exhibit 2.
24  Would you agree with that?

                                              Page 43

1     A.  Yes.
2     Q.  All right.  Can you tell me what's --
3   if you know -- what's different between Exhibit 2
4   and Exhibit 1?  By which I mean why were they
5   updated and if there's language that was changed,
6   can you direct me to what that would be?
7     MR. FOWLER: Objection.  Asked and
8   answered.
9         You can go ahead and do it again.
10  BY THE WITNESS:
11    A.  The change was on Page No. 5 under the
12  Complaint -- right beneath the Complaint
13  procedure, Reporting procedures for elected
14  officials.  It's underlined in the --
15  BY MR. CASPER:
16    Q.  Are you referring to Exhibit 1?
17    A.  Yes.
18    Q.  Okay.  So it's Exhibit --
19    A.  It's underlined on Page 5.
20    Q.  All right.  There we go.  So if I go to
21  Page 5 of Exhibit 1, the entire section titled
22  Reporting procedures for elected officials, as you
23  indicate that's underlined, that's what was added
24  to the handbook between 2018 and 2020.

                                              Page 44

1     A.  Correct.
2     Q.  Okay.  Was there anything else that was
3   changed between 2018 and 2020 in the handbooks?
4     A.  No.
5     Q.  And it appears that the 2020 change is
6   just relative to -- as I read it -- sexual
7   harassment, is that correct?
8     A.  Yes.
9     Q.  All right.  So there weren't any
10  updates between 2018 and 2020 -- updates or changes
11  relative to race-based harassment.  Is that true?
12    A.  Sorry.  I have to find my glasses.
13  Sorry.  It's taking me a minute to . . .
14    Q.  That's okay.
15        (Pause.)
16    THE WITNESS: I'm just checking if
17  there's any changes.
18    MR. CASPER: Take your time.
19        (Pause.)
20  BY THE WITNESS:
21    A.  No.
22  BY MR. CASPER:
23    Q.  All right.  And there weren't any
24  updates between 2018 and 2020 relative to

                                              Page 45

                              12  (Pages 42 to 45)

Page 46

```
 1   retaliation for protected activity.  By which I
 2   mean filing complaints, charges, that kind of
 3   thing, were there?
 4       A.   No.
 5       Q.   Okay.  And were you consulted at all by
 6   anyone about the change in sexual harassment policy
 7   between 2018 and 2020 that's reflected in these
 8   Exhibits 1 and 2?
 9       A.   No.
10       Q.   Okay.  Do you know who, by title or
11   position, was involved in that policy change?
12       A.   There were two attorneys at Del
13   Galdo's law office -- Matt Jones and Julie Diemer.
14       Q.   So that update in the Village handbook
15   relative to sexual harassment was something that
16   the legal office of Del Galdo took care of, is that
17   correct?
18       A.   Correct.
19       Q.   All right.  Was anybody in your office
20   involved in that update?
21       A.   No.
22       Q.   Okay.  To your knowledge, was anybody
23   in your office consulted in any way about that
24   update?
```

Page 48

```
 1       A.   Yes.
 2       Q.   All right.  So in other words, other
 3   than the changes we're about to get to in a second,
 4   were there any other changes made to Exhibit 3
 5   between 1999 and 2018?
 6           MR. FOWLER:  Objection.  Form.
 7           She can't know when you say what other
 8   changes we're going to get into in a second.
 9           MR. CASPER:  All right.  Good point.
10   This is -- I'm sorry.  This is confusing but --
11   Strike that question.
12           I'm also going to mark this document
13   Exhibit -- 30(b)(6) Exhibit 4.
14           (The document was thereupon marked
15            30(b)(6) Exhibit No. 4, for
16            identification, as of
17            08/12/2020.)
18           (The document was tendered.)
19   BY MR. CASPER:
20       Q.   All right.  So do you have 30(b)(6)
21   Exhibits 3 and 4 in front of you?
22       A.   Yes.
23       Q.   And what is 30(b)(6) Exhibit 4?
24       A.   Exhibit 4 is a letter from the
```

Page 47

```
 1       A.   No.
 2       Q.   All right.  Now bear with me.
 3           MR. CASPER:  Off the record for a
 4   second.
 5           (Discussion was had off the record.)
 6           MR. CASPER:  Back on.
 7           I'm going to show you what's been
 8   marked as 30(b)(6) Exhibit 3.
 9           If you want to mark that?
10           (The document was thereupon marked
11            30(b)(6) Exhibit No. 3, for
12            identification, as of
13            08/12/2020.)
14           (The document was tendered.)
15   BY MR. CASPER:
16       Q.   All right.  Can you tell me what
17   30(b)(6) Exhibit 3 is after reviewing it?
18       A.   The Village of Melrose Park handbook.
19       Q.   All right.  And I understand that there
20   are going to be some changes made to that that
21   we'll get to that in a second.  But Exhibit 3, is
22   this a copy of the Village of Melrose Park handbook
23   that existed prior to the 2018 version we were
24   looking at as Exhibit 2?
```

Page 49

```
 1   previous human resources director with updates to
 2   the employee handbook of 1999.
 3       Q.   Okay.  So Exhibit 3 -- When was
 4   Exhibit 4 issued?
 5       A.   January 10th of 2000.
 6       Q.   Okay.  So if you take Exhibit 3 and
 7   Exhibit 4, is it correct to say that these two
 8   exhibits comprise the Village of Melrose Park
 9   employee handbook between 2000 and 2018?
10       A.   Yes.
11       Q.   Okay.  So there weren't any other
12   changes made to the Village of Melrose Park
13   employee handbook between 2000, as reflected in
14   Exhibit 4, and the handbook version we have at
15   Exhibit 2?
16       A.   I can only state from 2014 to '18.
17       Q.   Okay.  And can you -- Okay.  So between
18   the four exhibits that you have in front of you,
19   can you -- is one of those the employee handbook
20   that you were utilizing in 2014, '15, '16, '17 and
21   '18?
22       A.   Yes.
23       Q.   Which one -- Which document is that by
24   exhibit number?
```

13  (Pages 46 to 49)

SCATCHELL  v. VILLAGE OF MELROSE PARK   CHRISTINE PIEMONTE                    18 CV 03989

1      A.   That would be Exhibit 3.
2      Q.   All right.  Exhibit 3 plus the
3  supplement in Exhibit 4?
4      A.   Yes.
5      Q.   Okay.  So there wasn't some other
6  version of the handbook that you were utilizing
7  between 2014 and 2018 other than what's in
8  Exhibits 3 and 4.
9      A.   No.
10     Q.   Okay.  And in Exhibit 3, can you direct
11  me to where the discrimination and harassment
12  policy language would be?
13     A.   The EEO would be Section 100.3.
14     Q.   That's -- Is that the document Bates
15  stamped 4098 in the numbers at the bottom?
16     A.   Oh, I'm sorry.  I'm looking at mine.
17     Q.   Do you mind referring to the actual --
18     A.   Yes.
19     Q.   The exhibit the court reporter gave
20  you?
21     A.   4098.
22     Q.   All right.  And what is at Page 4098 of
23  Exhibit 3?
24     A.   And 100.4.  So it would be 4099.

                                      Page 50

1      Q.   Okay.  And Pages 4098 and 4099, are
2  these the EEO and harassment discrimination
3  policies that were in effect for the Village
4  between 2014 and the update in 2018?
5      A.   Yes.
6      Q.   Were there any other policies governing
7  such topics between 2014 and 2018 for the Village?
8          MR. FOWLER:  And again excluding the
9  SOPs of the police department.
10  BY THE WITNESS:
11     A.   No.
12  BY MR. CASPER:
13     Q.   I'm excluding the SOPs of the police
14  department.
15     A.   No.
16     Q.   Your answer is no?
17     A.   Yes.
18     Q.   All right.  So in other words, just for
19  clarity, Pages 4098 and 4099 constitute the entire
20  Village of Melrose Park EEO and sexual and other
21  unlawful harassment policies in effect other than
22  those in the police department for 2014 to 2018.
23     A.   Yes.
24     Q.   Okay.  It's a long way to get there but

                                      Page 51

1  that's where I wanted to go.
2      A.   Sorry.
3      Q.   And between 2014 and 2018 -- I just
4  want to be clear.  For that time period, did you
5  have any responsibility, as HR director, to
6  administer the police department's SOPs?
7      A.   No.
8      Q.   Okay.  Did you ever review the police
9  department's SOPs relative to discrimination and
10  harassment between 2014 and 2018?
11     A.   No.
12     Q.   And between the years 2014 to 2018, was
13  there someone in your office who was charged with
14  overseeing the police department's SOPs related to
15  discrimination and harassment?
16     A.   No.
17     Q.   And in those years, '14 to '18, what
18  person, by title or appointed position, was
19  responsible for administering those police
20  department SOPs relative to discrimination and
21  harassment?
22          MR. FOWLER:  Objection to scope.
23          You can answer if you can.
24

                                      Page 52

1  BY THE WITNESS:
2      A.   I don't know.
3  BY MR. CASPER:
4      Q.   You don't know?
5      A.   No.
6      Q.   And -- Just a second.
7          (Pause.)
8  BY MR. CASPER:
9      Q.   One of the topics -- This is Topic 7
10  we're really talking about right now.  And Topic 7
11  and Topic 8, these are about the EEO and harassment
12  policies.  Okay?
13          One of the components of the topic was
14  the Village's response in investigation protocol
15  when it receives a complaint about discrimination
16  and harassment.  Okay?
17          So I'm not trying to ask you about a
18  specific case right now but have you received any
19  complaints about discrimination or harassment as
20  human resources director between 2014 and 2018?
21     A.   Yes.
22     Q.   Can you put a number on approximately
23  how many such complaints you received in that time
24  frame?

                                      Page 53

                                    14  (Pages 50 to 53)

| | |
|---|---|
| 1    A.   I don't recall. | 1    A.   Informal. |
| 2    Q.   Okay.  Is it hundreds or less than | 2    Q.   Informal.  Okay. |
| 3  that? | 3         What is a formal complaint? |
| 4    A.   Less than that. | 4    A.   A formal complaint, the complaint is |
| 5    Q.   Okay.  Could you put a range on the | 5  received.  It is then sent to the legal office and |
| 6  number you may have received?  Like less than five | 6  the insurance company. |
| 7  or something more than that? | 7    Q.   All right.  And is that informal versus |
| 8    A.   Less than five. | 8  formal split, is that written anywhere in Village |
| 9    Q.   Okay.  So as you sit here today, you | 9  of Melrose Park policy? |
| 10  can say that you received less than five | 10    A.   No. |
| 11  discrimination or harassment complaints between | 11    Q.   So where did that split between |
| 12  2014 and 2018. | 12  formal and informal treatment of these complaints |
| 13    A.   I would say so, yes. | 13  come from? |
| 14    Q.   Okay.  And were you responsible for | 14    A.   It's combined in the harassment |
| 15  investigating such complaints after receiving them? | 15  policy.  It says formal or informal. |
| 16    A.   Depends. | 16    Q.   All right.  Is this formal -- |
| 17    Q.   Okay.  What did that depend on? | 17    A.   It's not in writing. |
| 18    A.   Whether it was formal or informal. | 18    Q.   All right.  So when you say it's |
| 19    Q.   And that's -- Okay. | 19  combined in the harassment policy, what's your |
| 20         MR. BERSANI:  I'm sorry.  I didn't hear | 20  basis for saying that? |
| 21  that. | 21    A.   Well, if you look at Exhibit 1 and you |
| 22         THE WITNESS:  Depends whether it was | 22  look at the Complaint procedure -- I'm sorry.  It |
| 23  formal or informal. | 23  is not split up in there. |
| 24         MR. BERSANI:  Thank you. | 24         (Pause.) |
| Page 54 | Page 56 |

| | |
|---|---|
| 1  BY MR. CASPER: | 1  BY MR. CASPER: |
| 2    Q.   Okay.  And what's the meaning of that | 2    Q.   Okay.  So is that -- |
| 3  distinction, informal versus formal as you're using | 3    A.   I take that back.  It's not in here. |
| 4  it? | 4  I'm confusing it with your question. |
| 5    A.   Well, it -- it all depends.  Depends | 5    Q.   Okay.  So my -- my question was -- just |
| 6  on who the person -- informal would either -- If | 6  so we're clear -- where, in writing right now, is |
| 7  you want me to walk you through the process, that | 7  there the informal complaint versus formal |
| 8  would be -- | 8  complaint distinction when it comes to harassment |
| 9    Q.   That's -- That's really where I'm | 9  and discrimination? |
| 10  going. | 10    A.   There's nothing in writing. |
| 11    A.   Okay. | 11    Q.   Okay.  And then you were referring to |
| 12    Q.   So if you would like to do that right | 12  Exhibit 1, which is the 2020 policy. |
| 13  now, go ahead. | 13         Is that distinction, informal versus |
| 14    A.   Informal, it is usually either | 14  formal -- is that spelled out anywhere in |
| 15  reported to HR or to a supervisor, manager -- | 15  Exhibit 3, which would be the policy or the |
| 16  whoever an employee feels comfortable making their | 16  handbook in effect up until 2018? |
| 17  complaint to. | 17    A.   No. |
| 18         If it comes to myself, I take the | 18    Q.   All right.  And -- So when you just |
| 19  employee's complaint.  I would bring it to the | 19  testified that there's -- complaints are treated |
| 20  chief or the deputy chief's attention and the | 20  differently based upon them being formal or |
| 21  complaint would be handled at the police station. | 21  informal, if it's not written out anywhere, where |
| 22    Q.   That's -- | 22  does that distinction come from? |
| 23    A.   Investigated at the police station. | 23    A.   Well, what we consider informal is if |
| 24    Q.   That's in the case of a formal? | 24  an employee reports a complaint.  That would be |
| Page 55 | Page 57 |

Page 58

```
 1    informal.
 2         A formal complaint we would get from
 3    the EEOC.
 4         Q.   Okay.  And that distinction between
 5    informal and formal, is that written anywhere or is
 6    this just --
 7         A.   No.
 8         Q.   Okay.  And do you know how many
 9    complaints -- or how many charges you've received
10    from the EEOC against the Village of Melrose Park
11    since 2014?
12         A.   No.
13         Q.   Any?
14         A.   I don't recall.
15         Q.   If you -- If the Village of Melrose
16    Park does receive an EEOC charge, does that go to
17    your office?
18         A.   Depends.
19         Q.   Depends on what?
20         A.   Where the -- they send it.
21              Sometimes they send it to the police
22    station.  Sometimes they send it to the address
23    here.
24         Q.   All right.  And is there any -- in
```

Page 58

Page 59

```
 1    writing anywhere -- Strike that question.  Sorry.
 2              Between 2014 to 2018, was there
 3    anywhere in writing notifying employees of where
 4    they should make a complaint of discrimination or
 5    harassment to?
 6         A.   It is in the handbook.
 7         Q.   All right.  And would that be the same
 8    two pages we've been looking at, 4098 and 4099, of
 9    Exhibit 3?
10         A.   That's the complaint procedure.
11         Q.   All right.  And where -- where is that
12    complaint procedure on those two pages?
13         A.   For Exhibit 1?
14         Q.   No, exhibit -- Let's use Exhibit 3.
15         A.   It is under page -- Section 100:4under
16    Sexual and other unlawful harassment, Paragraph 3.
17         Q.   All right.  So that state -- well, what
18    can -- Can you state what -- in what part of that
19    paragraph you're referring to the complaint
20    procedure?
21         A.   Any employee who wants to report an
22    incident of sexual or other unlawful harassment
23    should promptly report the matter to his or her
24    supervisor.
```

Page 59

Page 60

```
 1              If the supervisor is unavailable or
 2    the employee believes it would be inappropriate to
 3    contact that person, the employee should
 4    immediately contact the human resources director
 5    or any other member of the management.
 6         Q.   All right.  And then the next paragraph
 7    after that beginning Any supervisor, can you read
 8    that first sentence?
 9         A.   Any supervisor or manager who becomes
10    aware of possible sexual or other unlawful
11    harassment should promptly advise the human
12    resources department or any other member of
13    management who will handle the matter in a timely
14    and confidential manner.
15         Q.   Now I notice that these two paragraphs,
16    they just refer to sexual or other unlawful
17    harassment.  You agree with that?
18         A.   Yes.
19         Q.   Now what about someone who's
20    experiencing discrimination?
21              Would these two paragraphs apply to
22    that?
23         A.   It is under the EEO policy.
24         Q.   Okay.
```

Page 60

Page 61

```
 1         A.   Section 100:3.
 2         Q.   So that's the prior page, Page 4099, of
 3    Exhibit 3?
 4         A.   Yes.
 5         Q.   Okay.  And where on that page do we see
 6    a reporting procedure relative to --
 7         A.   The bottom paragraph.
 8         Q.   Relative to discrimination.
 9              The bottom paragraph?
10         A.   Yes.
11         Q.   Okay.  And --
12         A.   Did you want me to read it?
13         Q.   I do.
14         A.   Any employee with questions or
15    concerns about any type of discrimination in the
16    workplace are encouraged to bring these issues to
17    the attention of their supervisor or to human
18    resources.
19         Q.   All right.  And in 2018, were employees
20    being provided any kind of training relative to the
21    policy on Page 4098 of Exhibit 3?
22              MR. FOWLER:  Objection to scope.
23              You can answer if you can.
24              MR. CASPER:  You can answer.
```

Page 61

16  (Pages 58 to 61)

```
 1        That's the page we were just looking
 2   at.
 3        THE WITNESS:  Yeah.
 4        Oh, sorry.  I have the wrong --
 5        MR. CASPER:  Here.  Let's just back up
 6   a second.
 7   BY MR. CASPER:
 8        Q.   Just to make this easier, I'm just
 9   looking at Exhibit 3.  Can you take that and put
10   that in front of you?
11        A.   Sorry.
12        Q.   And Page 4098 is the Bates stamped
13   number on the bottom right.
14        A.   Sorry.
15        Q.   Okay.  Are you there?
16        A.   Yes.
17        Q.   Okay.  Just -- If you just want to keep
18   this in front of you?
19        We were talking about the last -- the
20   bottom paragraph.  My question was are employees
21   provided any kind of yearly training about this
22   document, 4098?
23        MR. FOWLER:  And again objection to
24   scope.
```
Page 62

```
 1        What's the expectation about where such
 2   an employee is supposed to report that
 3   discrimination under this language?
 4        A.   It says a supervisor and if it is the
 5   supervisor, they should report it to human
 6   resources.
 7        Q.   Okay.  But it doesn't say that in here,
 8   does it?  It just says to bring these issues to the
 9   attention of their supervisor or to human
10   resources, right?
11        A.   Yes.
12        Q.   Is there anything in writing about
13   specifically what to do in the circumstance where
14   an -- it is a supervisor who is in fact doing the
15   alleged discrimination?
16        I mean I know this says supervisor or
17   to human resources but is there anything that
18   spells out a reporting procedure for that
19   circumstance more specifically than this?
20        A.   In this handbook, no.
21        Q.   In anywhere else for the Village,
22   unrelated to the police department, is there such
23   language written anywhere?
24        MR. FOWLER:  Are you asking since 2018
```
Page 64

```
 1        You can answer if you can.
 2   BY THE WITNESS:
 3        A.   I'm not sure what year we started, but
 4   every couple years we do harassment training.
 5   BY MR. CASPER:
 6        Q.   Okay.  And is that something employees
 7   are required to take online, in person or some
 8   other means?
 9        A.   In person.
10        Q.   Okay.  Do you remember the last year
11   that was administered?
12        A.   I don't recall.
13        Q.   All right.  And so this paragraph on
14   Page 4098, is this the only language about how
15   employees are supposed to report discrimination if
16   they experience it?
17        MR. FOWLER:  And again you're
18   excluding the SOPs in the police department?
19        MR. CASPER:  Yes.
20   BY THE WITNESS:
21        A.   Yes.
22   BY MR. CASPER:
23        Q.   Now what if the discrimination is
24   coming from the employee's supervisor?
```
Page 63

```
 1   or limited to this time period?
 2        MR. CASPER:  Limited to 2014 to 2018.
 3   BY THE WITNESS:
 4        A.   No, not that I can recall.
 5   BY MR. CASPER:
 6        Q.   Has any such policy been enacted since
 7   2018?
 8        MR. FOWLER:  You want her to look at
 9   the 2018 and the 2020 handbooks?
10        MR. CASPER:  Okay.  Why don't we do
11   that.
12   BY THE WITNESS:
13        A.   I think the only change was -- The
14   only difference I could see is it says or any
15   other member of management with whom you feel
16   comfortable.
17   BY MR. CASPER:
18        Q.   All right.  And what document are you
19   referring to with that?  Is that Exhibit 1,
20   Exhibit 2?
21        A.   This is Exhibit 2.
22        Q.   All right.  And where is that change on
23   Exhibit 2?
24        A.   Underneath the Complaint procedure.
```
Page 65

17  (Pages 62 to 65)

```
 1      Q.  Is this --
 2      A.  The first paragraph.
 3      Q.  Is this Page 3466?
 4      A.  Yes.
 5          3467. I'm sorry.
 6      Q.  All right.  So I think before -- and I
 7  don't want to misquote your testimony.  But I think
 8  before I'd asked you if there was any differences
 9  between -- Strike that question.  We don't need to
10  ask that.
11          Okay.  So effective July 2018,
12  according to Exhibit 2, the -- did the complaint
13  procedure -- with respect to unlawful
14  discrimination experienced by an employee -- change
15  in any way with respect to who they're required to
16  report it to?
17      A.  Between 18 -- Exhibit 1 and 2?
18      Q.  Well, no.  This would be between
19  Exhibits 3 and 2; going from pre 2018 to July 2018.
20          (Pause.)
21  BY MR. CASPER:
22      Q.  You know, I can make this question a
23  little more streamlined.  Why don't I do that.
24  Let's do it this way.
```

Page 66

```
 1          In Exhibit 3, which is the pre 2018
 2  policy, we just read the paragraph that states any
 3  employee with questions or concerns about any type
 4  of discrimination in the workplace are encouraged
 5  to bring these issues to the attention of their
 6  supervisor or to human resources.
 7          Do you recall going over that a moment
 8  ago?
 9      A.  Yes.
10      Q.  Okay.  Now if we go -- fast forward
11  ahead to Exhibit 2, this is the 2000 -- July 1st,
12  2018 handbook.  The language appears to change to
13  any employee who believes he or she has been
14  subject to or a witness to illegal discrimination,
15  including sexual or other forms of unlawful
16  harassment, is requested and encouraged to make a
17  complaint.  You may complain directly to your
18  immediate supervisor or department manager, the
19  director of human resources or any other member of
20  management with whom you feel comfortable bringing
21  such a complaint.  That's on Page 3467 of
22  Exhibit 2 -- that language I just read.
23          Are you familiar with that?
24      A.  Yes.
```

Page 67

```
 1      Q.  Okay.  Now you agree with me that
 2  between -- that prior to July 1st, 2018 and after
 3  July 1st, 2018, the complaint procedure language
 4  changed to that that I just read on Page 3467,
 5  correct?
 6      A.  Yes.
 7      Q.  Do you know why that language changed
 8  between Exhibit 3 and Exhibit 2?
 9      A.  No.
10      Q.  Were you consulted in any way about
11  that language changing?
12      A.  No.
13      Q.  Do you -- Did you give any input about
14  that language changing?
15      A.  No.
16      Q.  Do you know why that language was
17  changed?
18      A.  No.
19      Q.  So the pre July 1st, 2018 language just
20  stated that employees were encouraged to bring
21  discrimination issues to the attention of their
22  supervisor or to human resources.  And then that
23  expanded to supervisor, department manager, the
24  director of human resources or any other member of
```

Page 68

```
 1  management with whom you feel comfortable bringing
 2  such a complaint.
 3          Is it your testimony you don't have any
 4  knowledge as to why that language was expanded?
 5      A.  Correct.
 6      Q.  Did you ever investigate any complaints
 7  of discrimination made by John Scatchell, Senior,
 8  the plaintiff in this case?
 9          MR. FOWLER:  Objection to scope.
10          You can answer.
11  BY THE WITNESS:
12      A.  No.
13  BY MR. CASPER:
14      Q.  Were any such complaints of
15  discrimination ever brought to your attention in
16  the years 2017 or 2018?
17          MR. FOWLER:  Objection to scope.
18          You can answer if you can.
19          MR. CASPER:  For the record, I think
20  this is within the scope of complaint, response,
21  protocol and investigations of formal or informal
22  complaints.
23          Anyway, you can answer.
24
```

Page 69

18  (Pages 66 to 69)

```
 1   BY THE WITNESS:
 2       A.  I don't recall --
 3   BY MR. CASPER:
 4       Q.  And --
 5       A.  -- the years.
 6       Q.  Did you ever have any involvement in
 7   investigating any such complaints of discrimination
 8   or harassment filed by John Scatchell, Senior in
 9   2017 or 2018?
10       A.  No.
11       Q.  Were you ever consulted about any such
12   complaints?
13       A.  No.
14       Q.  Were you ever given any records in 2017
15   or 2018 pertaining to such complaints made by John
16   Scatchell, Senior?
17       A.  I don't recall the year.
18       Q.  Okay.  Was there a year where you were
19   given records pertaining to such complaints filed
20   by John Scatchell, Senior?
21       A.  Yes.
22       Q.  What year were you first given such
23   records?
24       A.  I don't recall.
```
Page 70

```
 1       A.  Yes.
 2       Q.  What kinds of records were they?
 3       A.  I don't recall specifically.
 4       Q.  Did you undertake any investigation
 5   into the subject matter of those records after
 6   receiving them?
 7       A.  No.
 8       Q.  Did you do anything with those records
 9   after receiving them?
10       A.  Put them in a file.
11       Q.  Where is that file located?
12       A.  Upstairs in the human resources
13   department.
14       Q.  Are they still there?
15       A.  Yes.
16       Q.  What's the nature of these documents
17   you're referring to?
18       A.  I don't recall.
19       Q.  And have you produced them to an
20   attorney for production in this case?
21       A.  Actually the attorney produced them to
22   me.
23       Q.  Okay.  And have you ever been asked to
24   produce those to anyone since?
```
Page 72

```
 1       Q.  Do you remember by whom you were given
 2   such records?
 3       A.  Actually from our legal office.
 4       Q.  Okay.  And was that sometime after --
 5   Strike that question.
 6           Okay.  Were you ever asked to conduct
 7   any investigation, relative to those complaints,
 8   after being given them by the legal office?
 9       A.  No.
10       Q.  Did you ever undertake, on your own, to
11   conduct any such investigations?
12       A.  No.
13       Q.  What did you do with those complaints
14   after receiving them from the legal office?
15           MR. FOWLER:  Objection.  Form.
16           You said complaints earlier.  She
17   said -- You asked about documents.
18           MR. CASPER:  Let me rephrase the
19   question.
20   BY MR. CASPER:
21       Q.  What was the nature of the material you
22   were given by the legal office as it pertains to
23   John Scatchell, Senior?  Were they records of some
24   kind?
```
Page 71

```
 1       A.  I don't recall.
 2       Q.  And did you assign anyone in your
 3   office to investigate the subject matter of those
 4   documents?
 5       A.  In my office?  No.
 6       Q.  Outside of your office, did you assign
 7   anyone to investigate the subject matter of those
 8   documents?
 9       A.  No.
10       Q.  And did you ever interview John
11   Scatchell, Senior relative to the subject matter of
12   those documents?
13       A.  No.
14       Q.  Did you ever interview John Scatchell,
15   Senior relative to any complaints of discrimination
16   or harassment that he made?
17       A.  No.
18       Q.  Did you ever assign anyone in your
19   office to do so?
20       A.  No.
21       Q.  What about -- We've been talking about
22   discrimination and harassment.
23           What about retaliation for a Village
24   employee filing -- filing a charge of
```
Page 73

19  (Pages 70 to 73)

1    discrimination or reporting discrimination?  Is
2    that prohibited by Village policy?
3       A.   Yes.
4       Q.   Okay.  And where's the anti -- I'm
5    going to call it -- Strike that.
6            Where's the anti-retaliation policy in
7    effect in Melrose Park?  Is it in the handbook
8    somewhere?
9       A.   Yes.
10      Q.   And --
11      A.   It's not a separate policy.
12      Q.   Okay.  So is it the same policies we
13   were just looking at before?
14      A.   It's combined in the complaint
15   procedure policy.
16      Q.   Okay.  So if we look at Exhibit 3,
17   which is the pre July 1st, 2018 handbook, is the
18   anti-retaliation policy language also contained at
19   Pages 4098 and 4099?
20      A.   In the last paragraph in -- at 4098.
21   Employees can raise concern and make reports
22   without fear of reprisal.
23      Q.   And is that the only language in this
24   handbook in effect at this time governing

Page 74

1    anti-retaliation?
2       A.   In Section 100:4, Page 4099.
3       Q.   What about that?
4       A.   It is in there as well.
5       Q.   Where is it in there?
6       A.   Oh, I'm sorry.  It's the bottom --
7    last sentence in the third paragraph.
8       Q.   And that says what?
9       A.   Employees can raise concerns and make
10   reports without fear of reprisal.
11      Q.   Okay.  So other than the two identified
12   sentences on Pages 4098 and 4099 on Exhibit 3, is
13   there any other anti-retaliation language contained
14   in this employee handbook?
15      A.   No.
16      Q.   All right.  And then if we move forward
17   from there back to Exhibit 2, which is the handbook
18   effective July 1st, 2018, where is the
19   anti-retaliation language contained in that
20   handbook?
21      A.   In the second paragraph under the
22   Complaint procedure, Page 4 -- 3467.
23      Q.   Can you read that for me, please?  I'm
24   not sure what you're referring to.

Page 75

1       A.   Sure.
2            No retaliation or other adverse action
3    will be taken against an employee for making a
4    complaint or report of discrimination or
5    harassment or for asking -- for assisting in the
6    investigation of any such complaint or report.
7       Q.   All right.  And were you ever involved
8    in writing that anti-retaliation language that we
9    just referenced?
10      A.   No.
11      Q.   Were you involved in writing any of the
12   anti-retaliation language we reference in
13   Exhibit 3, the pre 2018 policy?
14      A.   No.
15      Q.   Were you ever consulted about drafting
16   such language?
17      A.   No.
18      Q.   Do you know why that language was
19   expanded between Exhibit 3 and Exhibit 2?
20      A.   No.
21      Q.   Did you ever investigate any complaints
22   of retaliation filed by John Scatchell, Senior
23   relative to -- Well, that's my question.
24           Did you ever investigate any complaints

Page 76

1    of retaliation filed by John Scatchell, Senior in
2    2017 or 2018?
3       A.   No.
4       Q.   What about after that, in 2019 or 2020?
5       A.   No.
6       Q.   Did you assign anyone under you to
7    conduct any such investigation about a complaint of
8    retaliation from John Scatchell, Senior?
9       A.   No.
10      Q.   In 2017 and '18, did you ever learn
11   that John Scatchell, Senior -- whether or not he
12   had filed any complaints alleging retaliation?
13      A.   I don't recall the year.
14      Q.   Okay.  So at some year you did become
15   aware that John Scatchell, Senior filed a complaint
16   relative to retaliation?
17      A.   Yes.
18      Q.   How did you become aware of that?
19      A.   The legal office had sent us copies of
20   the --
21           MR. FOWLER:  He asked how, so it's
22   legal office.
23           MR. CASPER:  Okay.
24

Page 77

20  (Pages 74 to 77)

BY MR. CASPER:
1
2      Q.   And did you do anything after being so
3   advised by the legal office?
4      A.   No.
5      Q.   Did you do anything to investigate the
6   complaint of retaliation you'd been advised about
7   from the legal office?
8      A.   No.
9      Q.   Did you direct anyone under your
10  supervision to investigate such a complaint?
11     A.   No.
12     Q.   Why not?
13     A.   I don't investigate for the police
14  department.
15     Q.   Okay.  Do you know who does?  Strike
16  that question.
17          As human resources director for Melrose
18  Park, is it your testimony that you do not conduct
19  investigations of complaints of retaliation filed
20  by police department members?
21     A.   Yes.
22     Q.   Okay.  Do you know, by title or
23  position, who does do such investigations?
24     A.   As I stated earlier, they are sent to

Page 78

1   the legal office and then to our insurance
2   company.
3      Q.   Okay.  So if a police department member
4   files -- or -- or -- Strike that question.
5          If a police department member wishes to
6   complain informally about retaliation, is that an
7   allegation that you would investigate, as human
8   resources director, if it were reported to you?
9      A.   No.
10     Q.   If a Village employee who's not a
11  police department member believes that they are the
12  victim of retaliation, is that something your
13  office would investigate if it was reported to you?
14     A.   Yes.
15     Q.   Okay.  And that's my question next --
16  is why is there this difference in treatment
17  between victim -- alleged victims of retaliation
18  who are Village employees from victims of alleged
19  retaliation who are police department employees?
20          MR. FOWLER:  Objection to scope.
21          You can answer if you can.
22  BY THE WITNESS:
23     A.   I can't answer that.
24

Page 80

1   our legal office.
2      Q.   How do you know that?
3      A.   They are received either -- As I said,
4   depends where they're received.  They're received
5   at the police station or at the Village and we
6   send them off to the legal office.
7      Q.   Is this the case with all retaliation
8   complaints received from members of the Melrose
9   Park Police Department?
10     A.   Any complaints.
11     Q.   Wait a second.  I'm getting confused
12  now.
13          So you just stated a moment ago, I
14  believe, that if it's a retaliation complaint from
15  the police department you do not investigate that.
16     A.   Right.
17     Q.   Is that your testimony?
18     A.   Yes.
19     Q.   Okay.  Now you seem to be saying that
20  any complaints are not -- of retaliation -- are not
21  investigated by your office.
22     A.   I'm sorry.  Your specific -- No, any
23  complaints, period.
24          Formal complaints, as I stated, go to

Page 79

1   BY MR. CASPER:
2      Q.   Okay.
3          MR. FOWLER:  Cass, you've been going
4   about an hour and a half.  Is it a good time to
5   take a break?
6          MR. CASPER:  Sure.  Yeah, we can take
7   a break.
8          (Whereupon a recess was taken.)
9          MR. CASPER:  Are you ready?
10         THE WITNESS:  Yes.
11         MR. CASPER:  Okay.
12         Can you read back my last question?
13         THE REPORTER:  Question:  "And that's
14  my question next -- is why is there this
15  difference in treatment between victim -- alleged
16  victims of retaliation who are Village employees
17  from victims of alleged retaliation who are police
18  department employees?"
19         There was an objection to scope.
20         Answer:  "I can't answer that."
21  BY MR. CASPER:
22     Q.   All right.  And did you hear the last
23  question now as it was read back?
24     A.   Yes.

Page 81

21  (Pages 78 to 81)

| | |
|---|---|
| 1    Q.  Okay.  And then was your answer I can't<br>2  answer that?<br>3    **A.  Yes.**<br>4    Q.  Is that because you don't know the<br>5  answer to that or --<br>6    **A.  I do not know.**<br>7    Q.  Do you know how long there's been a<br>8  difference in treatment between investigations of<br>9  retaliation by police department members versus non<br>10  police department Village employees?<br>11    **A.  No.**<br>12    Q.  And let's -- backing up a second.<br>13      The Village of Melrose Park Police<br>14  Department, is that a subsidiary body of the<br>15  Village of Melrose Park as a village?<br>16      MR. FOWLER:  Objection.  Form.<br>17      If you understand it, you can answer.<br>18      Are you asking whether it has any kind<br>19  of separate legal existence?<br>20      MR. CASPER:  That's what I'm asking.<br>21  BY THE WITNESS:<br>22    **A.  No.**<br>23  BY MR. CASPER:<br>24    Q.  Okay.  So the Village of Melrose Park<br><br>Page 82 | 1  trying to get at.  Let me just ask this.  Strike<br>2  that question.  Let me ask this in a totally<br>3  different way.<br>4  BY MR. CASPER:<br>5    Q.  The Village of Melrose Park has certain<br>6  elected officials in it.  Do you agree with that?<br>7    **A.  Yes.**<br>8    Q.  Can you list what those would be in<br>9  general?<br>10    **A.  What -- The elected officials?**<br>11    Q.  Yes.<br>12    **A.  Their names or their titles?**<br>13    Q.  The titles.<br>14    **A.  There is trustee, plan, personnel**<br>15  **committee and -- oh, my God, I can't -- finance**<br>16  **committee I believe.**<br>17    Q.  Those are elected positions?<br>18    **A.  The elected officials?**<br>19    Q.  Yes.<br>20    **A.  Or are you talking like the treasurer?**<br>21  **We have the treasurer, the clerk.**<br>22      MR. FOWLER:  Objection to scope<br>23  BY THE WITNESS:<br>24    **A.  Are you saying the board of trustees**<br><br>Page 84 |
| 1  Police Department is -- has the same legal status,<br>2  for example, as the Village clerk or the fire<br>3  department or the public works department.  Would<br>4  you agree with that characterization?<br>5      MR. FOWLER:  Objection to form in the<br>6  sense it . . .<br>7      You can answer if you can.<br>8      THE WITNESS:  Can you repeat it again?<br>9  I'm sorry.<br>10      MR. CASPER:  Can you read the question<br>11  back?<br>12      THE REPORTER:  Question: "So the<br>13  Village of Melrose Park Police Department is --<br>14  has the same legal status, for example, as the<br>15  Village clerk or the fire department or the public<br>16  works department.  Would you agree with that<br>17  characterization?"<br>18      MR. FOWLER:  Cass, can I suggest you<br>19  reask the question without using the Village clerk<br>20  as an example?<br>21      MR. CASPER:  Okay.<br>22      MR. FOWLER:  I think that's an elected<br>23  position.<br>24      MR. CASPER:  Okay.  I know what I'm<br><br>Page 83 | 1  or --<br>2  BY MR. CASPER:<br>3    Q.  Yeah, we're getting way afield here.<br>4      What I'm just trying to get at is is<br>5  there some reason that you're aware of why the<br>6  police department has its own procedure for<br>7  reporting discrimination and harassment from the<br>8  Village?<br>9    **A.  No.**<br>10    Q.  Okay.<br>11    **A.  I don't know.**<br>12    Q.  But there is a separate reporting<br>13  procedure for such matters at the police department<br>14  from the Village.  Do you agree with that?<br>15    **A.  Yes.**<br>16    Q.  And you don't know why that is.<br>17    **A.  No.**<br>18    Q.  And you don't know how long there's<br>19  been a separate reporting procedure for the police<br>20  department members as opposed to Village employees?<br>21    **A.  No, I do not.**<br>22    Q.  Have you ever worked for any other<br>23  municipal governments?<br>24    **A.  No.**<br><br>Page 85 |

22  (Pages 82 to 85)

1      Q.   And the Village policy with respect to
2  discrimination, harassment and retaliation, are
3  Village employees who become aware -- emphasis
4  aware -- of discrimination, harassment or
5  retaliation, are they expected to report that?
6      A.   Yes.
7      Q.   And to whom are they expected to report
8  such matters if they become aware of it?
9      **A.   To either human resources, their**
10 **supervisor or anyone else they feel comfortable**
11 **speaking to in a managerial position.**
12     Q.   And is that -- Okay.  And why is that
13 the Village policy with respect to reporting of
14 discrimination, harassment or retaliation of which
15 Village employees become aware?
16         MR. FOWLER:  Objection to scope.
17         You can answer if you can.
18 BY THE WITNESS:
19     **A.   It's the way it's written in the**
20 **handbook.**
21 BY MR. CASPER:
22     Q.   Okay.  And employees who become aware
23 of discrimination, harassment or retaliation who do
24 not report same to any of the individuals you

Page 86

1  listed, are they violating Village of Melrose Park
2  policy by not reporting that?
3      A.   Yes.
4      Q.   How so?
5      **A.   They're asked to report it.  They --**
6  **Well, I suppose it's not an actual violation.**
7  **They're asked to report it.**
8      Q.   And would they be violating Village
9  policy by not reporting their knowledge of
10 discrimination, retaliation or harassment?
11     **A.   They would not be.**
12     Q.   Have you ever been involved -- All
13 right.  That's fine.
14         And to your knowledge, members of the
15 Melrose Park Police Department who become aware of
16 discrimination, harassment or retaliation, are they
17 also required to report same if they become aware
18 of it?
19     **A.   They --**
20         MR. FOWLER:  Objection to scope.
21         You can answer if you can.
22 BY THE WITNESS:
23     **A.   They are asked to.  They are not --**
24 **you know, demanded to.**

Page 87

BY MR. CASPER:
2      Q.   Is that, if you know, a part of the
3  police department SOPs that asks them to report
4  such matters or is that a part of the Village
5  policy?
6          MR. FOWLER:  Objection to scope.
7          You can answer if you can.
8  BY THE WITNESS:
9      **A.   I don't know.**
10 BY MR. CASPER:
11     Q.   Are you saying you don't know the
12 answer to that because the question is directed to
13 the police department policy?
14     **A.   Correct.**
15     Q.   Okay.  And that's -- I know we've been
16 over this but that's because you don't administer
17 those SOPs.
18     **A.   Correct.**
19     Q.   Okay.  Can you at least give me this
20 much?  Like what is the name of the policies at the
21 police department that you do not administer as
22 human resources director?  By which I mean is SOP
23 the correct term for those?
24     **A.   Yes.**

Page 88

1      Q.   Okay.  Are there any other police
2  department policies you're aware of that you're not
3  charged with administering as HR director?
4      **A.   Well, they do have their collective**
5  **bargaining agreement that they follow that I'm not**
6  **in charge of.**
7      Q.   Okay.  So other than the collective
8  bargaining agreement and what we're calling the
9  SOPs of the police department, are you aware of any
10 other policies of the police department that you
11 are not charged with administering as human
12 resources director of the Village?
13     **A.   No, I am unaware of any.**
14     Q.   And I'm only talking at a very general
15 level.  Like we've referenced SOPs, the CBA.  Some
16 police departments will have general orders.
17         Are you aware of any such item at the
18 Melrose Park Police Department?
19     **A.   No, I am not.**
20     Q.   Okay.  So in other words, the universe
21 of policies and procedures at the Melrose Park
22 Police Department that you're aware of but don't
23 administer is the SOPs and the collective
24 bargaining agreement.

Page 89

23  (Pages 86 to 89)

| | |
|---|---|
| 1    **A.**   Yes. | 1   BY MR. CASPER: |
| 2    **Q.**   Okay. But other than those two | 2    **Q.**   Okay. I think we can get away from all |
| 3 classifications of documents, is it true that | 3 that for the -- at least for the time being; |
| 4 you're responsible for administering all other | 4 hopefully, for good. |
| 5 policies in effect at Melrose Park? | 5      I'm going to direct your attention to |
| 6    **A.**   **The employee handbook.** | 6 Topic 9, which is about the racial composition of |
| 7    **Q.**   Other than the police department CBA | 7 Melrose Park. I understand -- Did you produce some |
| 8 and SOPs which we've just been talking about, are | 8 documents today relative to this topic to your |
| 9 there any other policies relating to | 9 counsel? |
| 10 discrimination, harassment or retaliation at | 10      MR. FOWLER: Not today, but she's |
| 11 Melrose Park that you are not charged with | 11 produced documents and we've produced them to you. |
| 12 administering? | 12      MR. CASPER: Okay. |
| 13    **A.**   No. | 13      Can we -- May we mark this Exhibit -- |
| 14    **Q.**   Okay. So a concrete example of that | 14 30(b)(6) Exhibit 5? |
| 15 question would be does the fire department at | 15      (The document was thereupon marked |
| 16 Melrose Park -- Is there a fire department here? | 16      30(b)(6) Exhibit No. 5, for |
| 17    **A.**   Yes. | 17      identification, as of |
| 18    **Q.**   Do they have their own set of SOPs that | 18      08/12/2020.) |
| 19 you are not responsible to administer? | 19      MR. FOWLER: Let's try and use this |
| 20    **A.**   **I don't know.** | 20 one. |
| 21    **Q.**   Okay. What about public works? | 21 BY MR. CASPER: |
| 22      Do they have their own set of SOPs that | 22    **Q.**   Okay. Looking at 30(b)(6) Exhibit 5 -- |
| 23 you are not responsible to administer? | 23 and these are Bates range 4317 and they should be |
| 24    **A.**   **No, they do not.** | 24 up through 4365. |
|                 Page 90 |                 Page 92 |
| 1    **Q.**   Okay. Does the fire department, if you | 1      Can you identity these documents after |
| 2 know -- if you know -- have an SOP governing | 2 reviewing them? |
| 3 discrimination, harassment or retaliation? | 3    **A.**   **Identify it?** |
| 4    **A.**   **I don't know.** | 4    **Q.**   Yeah, what they are. |
| 5    **Q.**   Do any of the -- how do you -- How do | 5    **A.**   **It is a report written -- I mean a --** |
| 6 you phrase these different bodies within Melrose | 6 **I'm sorry -- a report run from our ADP payroll** |
| 7 Park -- the police department, public works, the | 7 **system reporting the EEO status.** |
| 8 fire? Do you call them departments? | 8    **Q.**   And EEO status of who in general? |
| 9    **A.**   Yes. | 9    **A.**   **All Village employees.** |
| 10    **Q.**   Okay. Do you consider them to be their | 10    **Q.**   Okay. And there were several different |
| 11 own departments here in Melrose Park? | 11 reports run as part of this and I think they were |
| 12    **A.**   Yes. | 12 broken down by year -- 2015, 2016, '17, '18, '19 |
| 13    **Q.**   Do you consider them -- As human | 13 and '20, is that accurate? |
| 14 resources director, do you consider them to be part | 14    **A.**   Yes. |
| 15 of the Village of Melrose Park? | 15    **Q.**   Okay. Do you want to just page through |
| 16    **A.**   Yes. | 16 the way I've stapled these together and can you |
| 17    **Q.**   Okay. Is there any elected official | 17 confirm that these are the EEO reports from ADP for |
| 18 here in Melrose Park that you do not consider to be | 18 Village employees for the years 2015 through 2020? |
| 19 part of the Village of Melrose Park as a village? | 19      MR. FOWLER: Do you want her to |
| 20 I'm only asking if you know but . . . | 20 compare this with her own document or -- |
| 21      MR. FOWLER: Scope. | 21      MR. CASPER: If you want. I printed |
| 22      You can answer. | 22 this out literally from what you sent me so . . . |
| 23 BY THE WITNESS: | 23 BY THE WITNESS: |
| 24    **A.**   No. | 24    **A.**   **Oh, okay. You have them all attached.** |
|                 Page 91 |                 Page 93 |

BY MR. CASPER:
Q.   Yes.
A.   **Because some of them are upside down.**
Q.   All right.
MR. FOWLER:  So just to be clear,
Exhibit 5 is the ADP reports for all years that we
produced.
MR. CASPER:  Yes, that's correct.  I
just stapled them in order by year.
BY THE WITNESS:
A.   Yes, these --
MR. CASPER:  And if anything is upside
down, it was -- I don't know.  It's just the way
it printed.
BY THE WITNESS:
A.   **Yes, these are the reports I produced.**
BY MR. CASPER:
Q.   Okay.  And did you produce these
reports?
A.   **Well, I ran them out of ADP.**
Q.   Okay.  And then you provided them to
your counsel?
A.   Yes.
Q.   And there's certain handwritten

Page 94

notations on the top of these reports.  For
example, on Page 1 -- or Page 4317 of Exhibit 5,
there's a handwritten note at the top, 2015-385.
Total eight-African Americans.
Do you see that?
A.   Yes.
Q.   Is that your notation?
A.   Yes.
Q.   What is the meaning of that?
A.   **The year, the number of total**
**employees and, of that total, how many are African**
**American.**
Q.   Okay.  So for Page 4317 -- and this
carries on to Page 4324.
That page range, is that the entire
Village of Melrose Park employee roster for 2015?
A.   Yes.
Q.   Okay.  And you totaled the number of
employees in that year and came up with 385, is
that correct?
A.   Yes.
Q.   That's why you wrote 385 on the first
page?
A.   Yes.

Page 95

Q.   And then you determined that there were
eight African American employees employed by the
Village of Melrose Park that year based on this
report, is that correct?
A.   Yes.
Q.   Does this include the police
department?
A.   **Yes.  If you look to the right, it**
**says all the titles.**
Q.   Okay.  So this -- In other words, this
includes, for the year 2015, every single employee
who would have worked for Melrose Park in 2015.
A.   **It should, yes.**
Q.   Okay.
(Pause.)
BY MR. CASPER:
Q.   Okay.  Well, in any event, if you carry
on from the 2015 report, it looks like 2016 starts
on Page 4325 where you wrote 2016 at the top, is
that accurate?
A.   Yes.
Q.   All right.  And then you again tallied
the total number of employees and came up with --
it cut off a bit.  It looks like you came up with

Page 96

around 346 total employees?
A.   Yes.
Q.   And then the tally was eight African
American within that?
A.   Yes.
Q.   And then if you carry on to 2017, which
begins on Page 4333, do you agree that that's the
start of the 2017 report?
A.   Yes.
Q.   And then you again did a tally and it
looks like there were eight African American
employees employed by Melrose Park in the year
2017, is that correct?
A.   Yes.
Q.   All right.  And you came up with that
number of African American employees just by -- I
don't know -- going through the roster and
hand-counting for each year?
A.   Yes.
Q.   Okay.  And then you did the same thing
for 2018, which begins I think on Page 4341?
A.   Yes.
Q.   And you came up with seven African
American employees employed by Melrose Park in 2018

Page 97

25  (Pages 94 to 97)

1    based on that report, is that correct?
2         A.   Yes.
3         Q.   And then 2019 begins on Page 4350.
4         Can you confirm that?
5         A.   Yes.
6         Q.   And there were six African American
7    employees employed by the Village that year based
8    on your --
9         A.   Yes.
10        Q.   -- examination of the roster, is that
11   correct?
12        A.   Yes.
13        Q.   And that's out of approximately -- for
14   the year 2019 -- 315 total employees, correct?
15        A.   I can't really see my writing.
16        MR. FOWLER:  Since that's cut off, if
17   you want to look at your original just to refresh
18   your recollection?
19        MR. BERSANI:  Yeah, I was going to say
20   my copy -- the total numbers for each of the years
21   is cut off.  Maybe you can clarify that?
22   BY THE WITNESS:
23        A.   I'm sorry, you said '19?
24

*Page 98*

1    BY MR. CASPER:
2         Q.   Yeah, 2019.
3         A.   375 total.
4         Q.   Okay.  And then there were --
5         A.   Six African American.
6         Q.   Okay.  And then if you look at
7    Page 4359 of this exhibit, this is the year 2020
8    employee roster, is that correct?
9         A.   Yes.
10        Q.   Okay.  And there were only five African
11   American employees employed by Melrose Park --
12   well, 2020 so far based on this roster, is that
13   correct?
14        A.   Yes.
15        Q.   Okay.  And these records -- and I don't
16   care really about the cut-off handwritten portion.
17        MR. BERSANI:  I do if that's my copy.
18        MR. CASPER:  What?
19        MR. BERSANI:  I'll just state for the
20   record ours is cut off so . . .
21        MR. CASPER:  All right.
22        MS. SCATCHELL:  That's how we got it
23   from Jeff.
24        MR. CASPER:  All right.  Well . . .

*Page 99*

1    BY MR. CASPER:
2         Q.   All right.  Getting away from the
3    handwritten comments, just the printed portions of
4    30(b)(6) Exhibit 5 --
5         A.   Okay.
6         Q.   -- you obtained these just by printing
7    them out from the ADP system here at Melrose Park?
8         A.   Correct.
9         Q.   Okay.  And you didn't alter these
10   records in any way before printing them off of that
11   system, did you?
12        A.   I did delete the -- because the board
13   of trustees -- because they held three separate
14   positions, I did eliminate the duplicates so we
15   can get an accurate of actual how many people.
16        Q.   All right.  So how many -- how many
17   names did you delete from these records then before
18   producing them?
19        A.   There were -- let me see -- I believe
20   about 12.
21        Q.   But other than those names that you
22   deleted, these are true and accurate --
23        A.   Yes.
24        Q.   -- records?

*Page 100*

1         A.   If a person held more than one
2    position within the year, they also were on the
3    report twice.
4         Q.   Okay.
5         A.   Such as someone transferred.  They
6    were on the report twice so I just eliminated the
7    duplicates.
8         Q.   In any event, any of the duplicate
9    names that you eliminated, did that affect the
10   overall employee number count that you tallied?
11        A.   Well, it would delete them off my
12   total so --
13        Q.   Okay.
14        A.   -- I totaled after deletion.
15        Q.   All right.  I just -- My co-counsel had
16   pointed out that John Scatchell, Senior does not
17   appear on Page 4323, which would be the 2015
18   report?
19        A.   Yes.
20        Oh, John A. Scatchell.  Let's see.
21        Q.   Is there a reason he does not appear on
22   that report?
23        A.   He may have inadvertently got -- you
24   know, accidentally got deleted because of a

*Page 101*

1   duplicate name is the only thing I could --
2       Q.   All right.
3       A.   -- say.
4           It was purely an accident.
5       Q.   Okay.  But -- All right.  That's fine.
6           (Pause.)
7   BY MR. CASPER:
8       Q.   On the face of this report, I notice --
9   under the Status column -- and we can just stick
10  with -- Well, why don't we go to page -- Page 4357?
11          I notice there's some names with the
12  designation Active written in the third column to
13  the right.  What is that designation?
14      A.   They're active on the payroll system.
15      Q.   So what does that mean, they're still
16  working here?
17      A.   Yes.
18      Q.   All right.  And then like, for example,
19  Austin Smith, he's listed as terminated on that --.
20      A.   She.
21      Q.   Okay.  She's listed as terminated on
22  that page.
23          What does that word terminated mean
24  here for purposes of this report?

*Page 102*

1       A.   They are no longer currently working.
2       Q.   Okay.  And is that -- does that mean
3   for any reason such as fired?  Resigned?  Died?  Or
4   is that not currently working for some other
5   reason?
6       A.   It's a general termination.  The
7   system will ask you if it's voluntary or
8   involuntary.
9           Termination doesn't necessarily mean
10  they were terminated, just that they're -- they
11  are no longer employed.
12      Q.   Okay.
13      A.   We started making a difference
14  because -- Well, that's -- that's all I'm going to
15  say.
16      Q.   You were going to say you started
17  making a difference because of what?
18      A.   I wasn't always in control of the ADP
19  system and when 1095-Cs came into play, we had to
20  make some additions to people being retired
21  because they still needed to show up in the system
22  even though they weren't currently working so that
23  a 1095-C would be produced for the taxes at the
24  end of the year.

*Page 103*

1       Q.   And that was going to be my next
2   question I think.
3           So on Page 4357, we have Dave Stenberg.
4   His designation is retired for purposes of this
5   report.
6       A.   Yes.
7       Q.   What does that designation mean for
8   purposes of this report?
9       A.   That he retired.
10      Q.   Literally like he hit the retirement
11  age and --
12      A.   Yes.
13      Q.   -- and left employment or resigned for
14  some other reason?
15      A.   He retired.
16      Q.   Okay.
17      A.   The status Retired was not always in
18  the ADP system.  We just recently programmed that.
19      Q.   Okay.  And then the column over to the
20  far right of Page 4357, does that list these
21  individuals' job titles?
22      A.   Job title description.
23      Q.   All right.  And then the Date at the
24  second column, is that their hire date?

*Page 104*

1       A.   Yes.
2       Q.   All right.  We can put that exhibit to
3   the side.
4           I'm going to show you what's 30(b)(6)
5   Exhibit 6.
6           (The document was thereupon marked
7           30(b)(6) Exhibit No. 6, for
8           identification, as of
9           08/12/2020.)
10          (The document was tendered.)
11          THE WITNESS:  These were not accurate.
12  That's why he got rid of them.
13          MR. CASPER:  Hang on one second.
14          (Pause.)
15  BY MR. CASPER:
16      Q.   All right.  After reviewing 30(b)(6)
17  Exhibit 6, can you identify what these documents
18  are?  And they're Bates range 4166 through 4190.
19      A.   Yes, these were also reports generated
20  out of ADP.  This was a report that ADP
21  automatically had in their system so we initially
22  ran this report.
23      Q.   Okay.  When you say you initially ran
24  this report, was that for purposes of this

*Page 105*

27  (Pages 102 to 105)

deposition?

A.  Yes.

Q.  Okay.  And then why do we have these two different reports between the one in Exhibit 5 and the one in Exhibit 6?

A.  Because after reviewing, there was inaccurate information.

There were some retirees that were on here that, as I stated, were still in ADP for points of 1095-Cs and I believe we still had some duplicates in here.

It wasn't -- It didn't seem to be capturing all the employees.

Q.  All right.  So in other words, is this -- Exhibit 6, is this a report that you printed out just for purposes of today's deposition?

A.  Yes.

Q.  And the same with Exhibit 5?

A.  Yes.

Q.  And you printed out Exhibit 5 because you believe that that was a more comprehensive and accurate report of the employees here at Melrose Park?

A.  Yes.

Q.  Okay.  So Exhibit 6, did you print this out first and then determine it was inaccurate?

A.  Yes.

Q.  All right.  Did you do any tallying of total numbers of employees based on Exhibit 6 after you obtained it?

A.  No.

Q.  Okay.  Did you review exhibit -- the report in Exhibit 6 for total number of employees who are African American employed by Melrose Park after printing this out?

A.  No.

Q.  Okay.  So is it fair to say that you obtained Exhibit 6, determined it was not accurate and comprehensive and then put it aside and started using Exhibit 5?

A.  Yes.

Q.  Okay.  And then -- So your employee totals as handwritten on Exhibit 5, as well as African American -- number of African Americans, that's based on your review of Exhibit 5.

A.  Yes.

Q.  Okay.

MR. FOWLER:  And just to be clear now for the record, Exhibit 6 was produced only because it fell within what was requested in the notice of deposition.

MR. CASPER:  Got you.  Thank you.

BY MR. CASPER:

Q.  Now I'm going to show you what we're going to mark as Exhibit -- 30(b)(6) Exhibit 7.

(The document was thereupon marked 30(b)(6) Exhibit No. 7, for identification, as of 08/12/2020.)

(The document was tendered.)

BY MR. CASPER:

Q.  And did you produce 30(b)(6) Exhibit 7 as part of your preparation for today?

A.  Yes.

Q.  And for the record, this is Bates stamped 4191 through 4205.

Why did you produce these documents as part of your preparation for today?

A.  Because it seemed within the scope of No. 9.

Q.  Okay.  And did you review Exhibit 7

prior to testifying today?

A.  Yes.

Q.  For what purpose?

A.  So that I would know the population and how many black or African American population.

Q.  And where -- How many black or African American population?

A.  The population of black or African American.

Q.  Is that within Melrose Park?

A.  yes.

Q.  And where did you go to print off --

A.  On the Website listed on the bottom of the page.

Q.  World Population --

MR. FOWLER:  Remember, let him finish his questions.

THE WITNESS:  Okay.

BY MR. CASPER:

Q.  Okay.  And that's worldpopulationreview.com?  That's where you got all of these documents in Exhibit 7?

A.  Actually my assistant got them for me,

```
 1    but, yes.
 2         Q.   Okay.  And you're using these documents
 3    as a basis for concluding what the current Melrose
 4    Park population is?
 5              MR. FOWLER:  Objection.  Form.
 6         You can answer if you can.
 7    BY THE WITNESS:
 8         A.   This I believe was based on the census
 9    from 2010.
10              The census for 2020 has not been
11    completed yet.
12    BY MR. CASPER:
13         Q.   Okay.  And you also used these
14    documents to determine roughly what the African
15    American population here is in Melrose Park?
16              MR. FOWLER:  Objection.
17    BY THE WITNESS:
18         A.   Yes.
19    BY MR. CASPER:
20         Q.   Based upon the 2020 census?
21              MR. FOWLER:  Objection.  Form.
22         You can answer if you can.
23    BY THE WITNESS:
24         A.   Yes.
                                        Page 110
```

```
 1         A.   Just the documents that we produced.
 2         Q.   All right.  And would that be the
 3    documents -- some of the documents we've marked as
 4    exhibits?
 5         A.   Yes.
 6         Q.   Any other documents that we haven't
 7    marked as exhibits that you reviewed in taking
 8    these notes?
 9         A.   Just the -- the resolution for the
10    superseder in the 2017 --
11         Q.   Resolution --
12         A.   -- resolution.
13         Q.   -- for the superseder, is that
14    pertaining to the appointments of two deputy
15    chiefs?
16         A.   Yes.
17         Q.   Okay.  I'll get to that in a second.  I
18    just want to make sure I can read everything on
19    this Exhibit 8.
20              The first line, can you just read that
21    out for me so I know what it says?
22         A.   The procedure suggested by the mayor
23    and brought in front of the board.
24         Q.   All right.  And what is that referring
                                        Page 112
```

```
 1    BY MR. CASPER:
 2         Q.   Okay.  And -- All right.  You can put
 3    that aside.
 4              Now you also produced some handwritten
 5    notes today.  If we can mark these as Exhibit 8?
 6         A.   Um-hum.  Yes.
 7              (The document was thereupon marked
 8               30(b)(6) Exhibit No. 8, for
 9               identification, as of
10               08/12/2020.)
11              (The document was tendered.)
12    BY MR. CASPER:
13         Q.   Are these -- This is a double-sided
14    document.
15              Are these all your notes on here?
16         A.   Yes.
17         Q.   And you took these notes as part of
18    preparation for today?
19         A.   Yes.
20         Q.   Why did you do so?
21         A.   So I would remember what some of the
22    answers were for my question.
23         Q.   And did you review anything while you
24    were taking these notes?
                                        Page 111
```

```
 1    to?
 2         A.   The appointments and promotions of
 3    deputy chief.
 4         Q.   Okay.
 5         A.   The procedure.
 6         Q.   And when you wrote suggested by mayor,
 7    brought in front of the board, were you referring
 8    to any document or other matter when you wrote
 9    that?
10         A.   No.
11         Q.   All right.  And to what are you
12    referring when you wrote that?
13         A.   The procedure.
14         Q.   Okay.  Is that the procedure for
15    appointments of individuals to deputy chief?
16         A.   Yes.
17         Q.   Does it refer to anything beyond that?
18         A.   No.
19         Q.   All right.  And below that it says
20    requirements-certified police officer.  Did I read
21    that right?
22         A.   Yes.
23         Q.   And then below that there's a starred
24    entry.  Is that a star on the left hand --
                                        Page 113
```

29  (Pages 110 to 113)

1    A.   Yes.
2    Q.   And then it says No procedure for what?
3    A.   Individual decision.
4         And I don't recall why I wrote that.
5    Q.   Do you recall to what topic that
6  brings us here today you wrote that about?
7    A.   No.
8    Q.   All right.  And then below that you've
9  got a note 2016-
10        Can you read what it says after that?
11   A.   We're able to adjust within the
12 current budget because the difference was not
13 significant.  It was only for one month.
14   Q.   Do you remember what you were referring
15 to when you wrote that?
16   A.   Yes.
17   Q.   What?
18   A.   It was a question in the budget
19 about -- regarding the budget in number 6; the
20 budget procedures.
21   Q.   Okay.  And then below that on your
22 notes, you've got 2017 and I can't read what it
23 says to the right of that.
24   A.   Superseder covered the resolution for

Page 114

1  the appointments of two deputy chiefs.
2    Q.   Is this a budget-related note?
3    A.   Yes.
4    Q.   And then below that you wrote -- some
5  of this I can't read either.
6         It says what after the number 7?
7    A.   Depends on formal, informal.
8    Q.   And then below that it says what?
9    A.   Informal, HR/supervisor, investigated.
10 If warranted discipline.
11   Q.   And then below that it says what?
12   A.   Formal, reported, legal and insurance.
13   Q.   And what are you -- what are you
14 referring when you wrote these notes?
15   A.   The complaint procedures.
16   Q.   Were you referring to any particular
17 kind of complaint?
18   A.   The ones that are listed in the
19 document that you gave us.  So as far as
20 discrimination, EEOC, harassment, et cetera.
21   Q.   All right.  So based on your notes
22 here, HR/supervisor, when you wrote investigated,
23 what -- to what were you referring with respect to
24 the discrimination -- to the complaints of

Page 115

1  discrimination and harassment?
2    A.   That the informal is reported to
3  either HR/the supervisor.  It's investigated and,
4  if warranted, there's discipline.
5    Q.   Okay.  And that would be for all
6  Village employees or all Village employees outside
7  of the police department?
8    A.   Both.
9    Q.   All right.  I thought you said before
10 that you, as the HR director, would not investigate
11 complaints of discrimination, harassment or
12 retaliation coming from police department members.
13   A.   It doesn't say I investigated.  It
14 just says it's investigated.
15   Q.   Okay.  But just to be clear then, as HR
16 director, you do not investigate complaints of
17 discrimination, harassment or retaliation from
18 police department members, is that correct?
19   A.   Correct.
20   Q.   So this note here, that doesn't change
21 your testimony in that respect at all, does it?
22   A.   No.
23   Q.   Okay.  Now at the bottom of this
24 Exhibit 8, this is where I really can't read this.

Page 116

1  It says A and then can you read what it says after
2  that?
3    A.   Draft.  It says To Vaselli 4-18-17.
4  Revised from Julie Diemer 5-19-17.  5-24-18 the
5  board.  Effective 7-1 of '18.
6         And then it lists the board members,
7  Abruzzo, Anguiano, Prignano, Nicotera, Taconi and
8  Mota.
9    Q.   And why did you list the board members
10 down at the bottom of this page?
11   A.   In case you asked.
12   Q.   Well, no, I know, but like what was the
13 relevance of listing those individuals to the note
14 prior to that?
15   A.   Because you asked -- where am I.
16 Because you asked individuals who receive,
17 evaluate and make decisions.
18   Q.   Okay.  That's fine.
19        Switching gears here for a second.  I
20 want to show you what's been previously marked as
21 Castellan Exhibit 4.
22        (The document was tendered.)
23 BY MR. CASPER:
24   Q.   Have you ever seen this document prior

Page 117

30  (Pages 114 to 117)

```
 1   to today?
 2       A.  No.
 3       Q.  And this -- Have you seen documents
 4   like this before, by which I mean EEOC activity
 5   logs?
 6       A.  No.
 7       Q.  All right.  And then directing your
 8   attention to the second page, which is marked
 9   Plaintiff's Document Production 4, it indicates
10   that -- I'm sorry.
11           Go to the very last page, Plaintiff's
12   Document Production 5.  It indicates that a charge
13   of discrimination was uploaded to this system
14   around October 20th, 2017.
15       A.  Yes.
16       Q.  Do you recall, as HR director, ever
17   receiving notice of an EEOC charge filed by John
18   Scatchell, Senior around September or October
19   of 2017?
20       A.  I don't recall the date.
21       Q.  Okay.  Do you recall, at some point,
22   receiving notice of such a charge being filed by
23   John Scatchell, Senior?
24       A.  Yes.
```

                                        Page 118

```
 1       Q.  And does this document anywhere refresh
 2   your recollection of approximately when you
 3   received notice of such fact?
 4       A.  No.
 5       Q.  All right.  When EEOC charges are in
 6   fact filed against the Village, are you aware --
 7   Strike that question.
 8           Are you aware of any EEOC charges
 9   having been filed against the Village since you
10   became HR director?
11       A.  Yes.
12       Q.  All right.  And would you, as a matter
13   of practice, receive notification that such charges
14   were filed as HR director?
15       A.  A copy, yes.
16       Q.  Okay.  And is that the expectation,
17   that you will receive a copy of EEOC charges when
18   they're filed against the Village as HR director?
19       A.  Yes.
20       Q.  And to your knowledge, have there ever
21   been any EEOC charges filed by Village employees
22   that you did not receive notice of as HR director?
23       A.  Yes.
24       Q.  Can you give me -- Can you list out
```

                                        Page 119

```
 1   which charges those would be?
 2       A.  It would be the one from John
 3   Scatchell.
 4       Q.  Okay.  You're saying that you never
 5   received notice that John Scatchell, Senior
 6   received -- or filed an EEOC charge against the
 7   Village?
 8       A.  Not initially, no.
 9       Q.  Okay.  And do you recall when you first
10   did receive notice of such fact?
11       A.  I believe it was around a year later
12   after the charges were filed.
13       Q.  All right.  Do you know why you did not
14   receive notice of John Scatchell, Senior filing a
15   charge of discrimination against the Village until
16   around a year after it was filed?
17       A.  Well, it was delivered to the police
18   department and, at the time, we had a secretary in
19   the legal department and HR.  So somewhere between
20   the police department and the interoffice mail, it
21   didn't make it to my department.
22       Q.  All right.  And who was the secretary
23   in the police department that you're referring to
24   when you made that statement?
```

                                        Page 120

```
 1       A.  Constance Spatafora.
 2       Q.  Is she still here?
 3       A.  Yes.
 4       Q.  All right.  What's her job title now?
 5       A.  She's an admin -- a clerk.
 6       Q.  All right.  And do you know what was
 7   happening with this EEOC charge prior to it leaving
 8   Constance Spatafora's hand?
 9       A.  No, I was unaware of it.
10       Q.  Okay.  And were you consulted at all
11   about that EEOC charge being filed prior to your
12   receiving it through Constance Spatafora?
13           MR. FOWLER:  Objection.  Form.
14           You can answer if you can.
15   BY THE WITNESS:
16       A.  I was not involved, no.  I was asked
17   if I was -- if I received it.
18   BY MR. CASPER:
19       Q.  Okay.  And how did you -- how did you
20   first receive that EEOC charge?  Was it through
21   interoffice mail, hand delivery, some other means?
22       A.  I believe it was from the legal
23   office.
24       Q.  Okay.  Do you recall approximately when
```

                                        Page 121

1   you received the charge from the legal office?
2       **A.   As I stated, about a year later after**
3   **it was charged.**
4       Q.   Okay.  And do you recall who gave it to
5   you specifically?  By name or title?
6       **A.   No, I do not.**
7       Q.   And what did you do with it after
8   receiving it?
9       **A.   I sent it to the insurance company.**
10      Q.   What insurance company was that?
11      **A.   That would be -- At the time Mesirow**
12  **Financial or Alliant.  I can't -- They switched**
13  **names so I'm not sure which it was at the time.**
14      Q.   Did you do anything with that charge
15  after you received it other than transferring it to
16  the insurance company?
17      **A.   Put it in a file.**
18      Q.   What file?
19      **A.   A file in my legal cabinet.**
20      Q.   Did you read the charge before filing
21  it away?
22      **A.   No.**
23      Q.   Did you do any investigation of the
24  charge before filing it away?

Page 122

1       **Spatafora was in the legal office.  They were**
2   **either sent to me by E-mail from her or E-mail**
3   **from the police department.**
4       Q.   All right.  So in other words, if there
5   was an EEOC charge filed by a police department
6   member, you would receive it by E-mail from the
7   police department?  Is that what you're saying?
8       **A.   Usually it would be from the legal**
9   **secretary.**
10      Q.   Do you remember the names of any of the
11  other individuals who filed those other EEOC
12  charges?
13      **A.   Over the years?**
14      Q.   Yes.
15      **A.   Yes.**
16          MR. FOWLER:  Objection.  Scope.
17          You can answer.
18  BY THE WITNESS:
19      **A.   Yes, I do.**
20  BY MR. CASPER:
21      Q.   Can you list them?
22      **A.   I know Lesley Shinkel was one.**
23      **I really only remember Lesley.  I'm**
24  **sorry.**

Page 124

1       **A.   No.**
2       Q.   Why not?
3       **A.   Because it's not mine to look into.**
4       Q.   Whose would it have been to look into?
5       **A.   That would be the -- the legal team**
6   **because it's a formal charge.**
7       Q.   Now I believe you said that this was
8   the only EEOC charge that was filed that did not
9   come to your attention right away.  Was that your
10  testimony?
11      **A.   To my recollection, yes.**
12      Q.   So there were other EEOC charges that
13  were filed, since you've been HR director, that did
14  come to your attention right away, is that correct?
15      **A.   Yes.**
16      Q.   Approximately how many?
17      **A.   I don't recall.**
18      Q.   More than 10?
19      **A.   No.**
20      Q.   All right.  And is it -- When those
21  other charges other than the Scatchell, Senior
22  charge were filed, how was it that they were
23  brought to your attention after being filed?
24      **A.   They were given to -- Well, Connie**

Page 123

1       Q.   Okay.  But there were others; you just
2   can't remember their specific names right now?
3       **A.   Yes.**
4       Q.   And all of the others, is it your
5   testimony that you received notice of them directly
6   after they were being received?
7       **A.   Yes.**
8       Q.   And I guess I'm still trying to
9   understand why it was that you didn't-- that that
10  protocol wasn't followed with respect to the
11  Scatchell, Senior charge.
12      **A.   We were wondering that, too.**
13      Q.   Well, can you --
14      **A.   It was lost in trans -- in the**
15  **transfer.**
16      **We assumed it went to the legal office**
17  **and then she failed to forward it to myself.**
18      Q.   Who's that she?  Is that Connie
19  Spatafora?
20      **A.   Constance Spatafora, yes.**
21      Q.   Okay.  And did you ever inquire of
22  Constance Spatafora why that charge was not
23  forwarded to you?
24      **A.   She had no recollection of the charge.**

Page 125

32  (Pages 122 to 125)

1    Q.   All right.  And -- And where was she
2  keeping it?
3        MR. FOWLER:  Objection to form and
4  scope.
5        You can answer if you can.
6  BY THE WITNESS:
7    A.   I don't know.
8  BY MR. CASPER:
9    Q.   Did you ask her?
10   A.   No.
11   Q.   Did she give it to anyone, to your
12 knowledge?
13   A.   As I said, she didn't recall receiving
14 it.
15   Q.   All right.  Well, if she didn't recall
16 receiving it -- But she's the one who gave you the
17 Scatchell, Senior charge, right?
18   A.   No, I said that's who should have
19 given it to me.
20   Q.   Well, who actually gave you the
21 Scatchell, Senior charge?
22   A.   The legal office.
23   Q.   Okay.  I thought you said Connie
24 Spatafora gave it to you.

                                        Page 126

1  physically got the charge, from the legal office,
2  in or around October 2018?
3    A.   I really don't recall.
4    Q.   This document doesn't refresh your
5  recollection in any way as to when you received the
6  charge?
7    A.   No.
8    Q.   And did you do any investigation into
9  why there was such a delay in your receiving the
10 charge?
11       MR. FOWLER:  Objection.  Form.
12       You can answer.
13 BY THE WITNESS:
14   A.   I did as I stated -- asked Constance
15 Spatafora if she received it because we did not.
16 BY MR. CASPER:
17   Q.   Okay.  And why is it -- If the usual
18 practice would be for you to get the EEOC charge
19 first, do you know why this particular John
20 Scatchell, Senior charge went to the legal office
21 first?
22   A.   No, I do not.
23   Q.   Did you ever investigate that question?
24   A.   As I said, we looked in -- we asked

                                        Page 128

1        It was the legal office.
2    A.   No, that was -- you asked me the
3  procedure.
4    Q.   Okay.
5    A.   And that would normally have been the
6  procedure then.
7    Q.   Who from the legal office gave you the
8  Scatchell, Senior charge?
9    A.   I don't recall.
10   Q.   Was this Del Galdo?  Laner Muchin?
11 Someone else?
12   A.   I believe it was Del Galdo's office.
13   Q.   And you don't remember who from Del
14 Galdo's office gave you the Scatchell, Senior
15 charge?
16   A.   No, I do not.
17   Q.   Okay.  And then you said it was about a
18 year after -- after the charge was filed that it
19 was first given to you by the legal office?
20   A.   Yes.
21   Q.   Okay.  So if we look at Castellan
22 Exhibit 4, this -- if this says -- which it does --
23 that the charge was filed in or around
24 October 2017, is it fair to say you first

                                        Page 127

1  Constance Spatafora if she had ever seen it
2  because it did not come to me so we didn't know
3  where it went.
4    Q.   Okay.  And just to complete I think
5  this line of questioning, you didn't do anything
6  with the charge after receiving it beyond filing it
7  away.
8    A.   I forwarded it to the insurance
9  company.
10   Q.   And forwarding it to the insurance
11 company and filing it away, you didn't do anything
12 with that charge beyond that, is that correct?
13   A.   Correct.
14   Q.   And you didn't -- Was John Scatchell,
15 Senior still working here at Melrose Park at the
16 time you received it?
17   A.   I don't recall.
18   Q.   Okay.  All right.  Do you recall how
19 you transmitted that charge to the insurance
20 company after you received it?  By fax?  E-mail?
21 Some other means?
22   A.   I don't recall.
23   Q.   What's the way you usually transmit it
24 to the insurance company?

                                        Page 129

                        33  (Pages 126 to 129)

SCATCHELL  v. VILLAGE OF MELROSE PARK   CHRISTINE PIEMONTE                18 CV 03989

| | |
|---|---|
| 1  A.  Usually I scan it to the insurance | 1  or that's the date -- |
| 2  company via E-mail. | 2  Q.  I'm looking at the entry 11-21-2017 |
| 3  Q.  So scan it in an E-mail? | 3  where it says Respondent on the first page. |
| 4  A.  Um-hum. | 4  A.  The only person that I know logged in |
| 5  Q.  Any reason you did not scan an E-mail | 5  was attorney Cynthia Grandfield.  I'm assuming |
| 6  to the insurance company this time? | 6  you're meaning the EEOC Website. |
| 7  A.  I did once I received it. | 7  Q.  Right.  Okay. |
| 8  Q.  But specifically any reason to believe | 8  Why do you identify Cynthia Grandfield |
| 9  you did not scan and E-mail the charge to the | 9  as someone who logs into the EEOC Website? |
| 10  insurance company, in this instance, after | 10  A.  That's the document I was produced. |
| 11  receiving it? | 11  MR. FOWLER:  And just to be clear, |
| 12  A.  After I received it, I did scan it to | 12  this is one where it is rife with implicating the |
| 13  them. | 13  attorney-client privilege. |
| 14  Q.  Okay.  Do you remember who the contact | 14  We have provided a document to you |
| 15  was -- | 15  that provides a summary in response to Topic |
| 16  A.  I believe. | 16  No. 10.  The witness is prepared to testify as to |
| 17  Q.  -- at the insurance company who you | 17  the specifics of that document but you have the |
| 18  scanned that charge to after receiving it? | 18  information. |
| 19  A.  I believe Michael Alisha and probably | 19  MR. CASPER:  Okay.  Are you -- Can you |
| 20  his assistant, Elizabeth Straham. | 20  read the question back? |
| 21  Q.  If we asked you to produce a copy of | 21  THE REPORTER:  Question: "Why do you |
| 22  that E-mail transmitting it to the insurance | 22  identify Cynthia Grandfield as someone who logs |
| 23  company after today, could you produce it? | 23  into the EEOC Website?" |
| 24  MR. FOWLER:  Objection.  Form. | 24 |
| Page 130 | Page 132 |

| | |
|---|---|
| 1  You can answer if you can. | 1  BY THE WITNESS: |
| 2  BY THE WITNESS: | 2  A.  She is the attorney, I was told, |
| 3  A.  I don't know.  I'd have to look in the | 3  logged into the website. |
| 4  file. | 4  BY MR. CASPER: |
| 5  BY MR. CASPER: | 5  Q.  Okay. |
| 6  Q.  Looking at Castellan Exhibit 4 still, | 6  MR. FOWLER:  Don't go any farther than |
| 7  do you know who -- what -- For example on Page 1, | 7  that. |
| 8  it says Respondent by 11-21-2017 and then it says | 8  MR. CASPER:  It seems the witness has |
| 9  Respondent logged in. | 9  a document in front of her. |
| 10  Do you know if Respondent is referring | 10  Is that something you're intending to |
| 11  to the Village of Melrose Park? | 11  produce to us here or have you produced that? |
| 12  MR. FOWLER:  Objection.  Form. | 12  MR. FOWLER:  We have produced it. |
| 13  She said she's never seen the document | 13  MR. CASPER:  May I see what she's got |
| 14  before or anything like it. | 14  in front of her? |
| 15  MR. CASPER:  All right. | 15  (The document was tendered.) |
| 16  MR. FOWLER:  You can answer if you | 16  MS. SCATCHELL:  What's the Bates stamp |
| 17  can. | 17  on that? |
| 18  BY MR. CASPER: | 18  MR. FOWLER:  I don't know offhand. |
| 19  Q.  Can you answer that question? | 19  MR. CASPER:  Jeff, I don't think I saw |
| 20  A.  Can you repeat the question?  I'm | 20  this either, actually. |
| 21  sorry. | 21  MR. FOWLER:  I certainly -- I did not |
| 22  Q.  The question is do you know to whom | 22  bring all of our production.  I'm skimming through |
| 23  Respondent refers to on this document? | 23  a subset. |
| 24  A.  Is this the accurate date on 12-1-17 | 24  MR. CASPER:  Was this just -- |
| Page 131 | Page 133 |

34  (Pages 130 to 133)

SCATCHELL  v. VILLAGE OF MELROSE PARK   CHRISTINE PIEMONTE                    18 CV 03989

1          MR. FOWLER:  It was certainly one that
2   we intended to do and, as I recall, it was more
3   than a week ago.  It was two weeks.
4          MR. CASPER:  I'm not doubting you but
5   I haven't seen this and this is rather momentous.
6          I mean I know it's only one page but
7   this is kind of something that we've been looking
8   for for awhile and I have not seen this.  But
9   anyway . . .
10         MS. SCATCHELL:  Was there other --
11         MR. CASPER:  Can we go off the record
12  for a second?
13         (Discussion was had off the record.)
14         (Whereupon a recess was taken.)
15         MR. FOWLER:  We are, at least
16  temporarily, withdrawing the document we've just
17  been referencing.
18         There's a concern from counsel for the
19  individual defendants that it includes information
20  that's protected by the attorney-client privilege
21  and so we are going to withdraw it until we
22  collectively have had an opportunity to consider
23  and resolve that issue.
24         MR. CASPER:  All right.

                                        Page 134

1          I also would object to continuing the
2   deposition for anything other than Topic No. 10.
3          If you have anything other than Topic
4   No. 10, you've got to do it now but for Topic
5   No. 10, I certainly understand where you're coming
6   from; that we will have to revisit that issue once
7   we resolve the privilege issue.
8          MR. CASPER:  No, I think -- I mean
9   that's -- I'm not -- We're done with the
10  questioning as it pertains to anything beyond
11  Topic No. 10 but as to that topic -- and this
12  includes what I was referencing as to Castellan
13  Exhibit 4.  We need to continue the deposition to
14  a later date.
15         MR. FOWLER:  Well, not with respect to
16  Castellan Exhibit 4.  She's testified that she's
17  never seen that document.
18         MR. CASPER:  Well, to the extent that
19  the questioning relates to the pre break matters
20  we were discussing with this witness on Topic
21  No. 10, we need to continue the deposition.
22         MR. FOWLER:  I will represent to
23  you -- and the Village will stipulate -- that the
24  person who accessed the portal, which is the key

                                        Page 136

1          MR. BERSANI:  And I agree with that
2   summation by counsel.
3          MR. CASPER:  Unfortunately, we had
4   somewhat of a similar discussion -- that that's
5   obviously somewhat of a momentous document and we
6   have not seen that -- and I am not attributing any
7   issues on your end to non disclosure.
8          We need to actually continue this
9   deposition because that may trigger followups and
10  we have -- also have to look into the -- if we are
11  entitled to access any of the E-mails referenced
12  in there, which I don't know yet.
13         We have to continue this deposition.
14         MR. FOWLER:  Well, two things:  Number
15  one I'm going to object to any other scope
16  other -- Let me say it this way:  The Village and
17  Cynthia Grandfield and the Del Galdo law firm
18  worked on trying to prepare information to respond
19  to Topic No. 10.  I would say that this witness
20  has no information other than what was included in
21  the document that was prepared for her to respond
22  to Topic No. 10 and so -- I mean we can discuss
23  later whether or not to resume the deposition and
24  what context.

                                        Page 135

1   topic for number 10, was Cynthia Grandfield at the
2   Del Galdo law firm.  Cynthia Grandfield is an
3   attorney who was representing the Village and
4   responding to that.
5          MR. CASPER:  All right.
6          MR. FOWLER:  So that part of the
7   information you have.  Whether you want it in a
8   sworn fashion we can talk about when we talk
9   about -- after we've had an opportunity to address
10  the document that I've just withdrawn.
11         MR. CASPER:  All right.  So --
12         MR. BERSANI:  And let -- I'm sorry.  I
13  can wait if you're --
14         MR. CASPER:  No, go ahead.
15         MR. BERSANI:  No, I was -- I was going
16  to join counsel's statements and objections.
17         And I just want to state, for the
18  record, I had not received or ever reviewed the
19  document that was just clawed back from you.  And
20  my concern is that it does reference
21  communications -- potential communications between
22  the attorney for the Village and specifically
23  Director Pitassi.  And so that's my objection
24  that -- as to why it should be clawed back and

                                        Page 137

                              35  (Pages 134 to 137)

```
 1    needs to be reviewed and assessed as to whether --
 2    the basic attorney-client privilege.
 3         MR. CASPER:  All right.  So then --
 4         MR. WOERNER:  And just to be clear,
 5    counsel for Mayor Serpico is joining them in that
 6    position as well.
 7         MR. CASPER:  All right.  So then to
 8    that extent, we are done with the deposition of
 9    the 30(b)(6) to the extent of Ms. Piemonte's
10    testimony on all of the topics except for Topic
11    No. 10 which, based on our colloquy just now,
12    we're continuing.
13         Hang on.
14         (Pause.)
15         MR. CASPER:  All right.  As co-counsel
16    indicated, we may perhaps need to discuss, in
17    addition to our discussion about the privilege
18    issues, if there's a more appropriate 30(b)(6)
19    person for Topic No. 10 in light of what's come
20    up.
21         We can talk about it.
22         MR. FOWLER:  All right.
23         I have a couple clarification followup
24    from -- on Topics 6 through 9 that I'm going to do
```

                                              Page 138

```
 1    now so that we don't have to have an issue with
 2    recalling this witness potentially.
 3         So if you're finished, then I'll do
 4    mine.
 5         MR. CASPER:  Not quite.
 6         Before the break, not knowing where
 7    this was going and based on your representation
 8    that you had produced this to us, we photographed
 9    that document but now --
10         MR. FOWLER:  I would ask you to delete
11    that.
12         MR. CASPER:  All right.  I'm deleting
13    my photograph of that right now and instructing
14    everyone at this table to do the same.
15         How do I delete this?  How do I delete
16    this?  I don't even know how to do it.
17         (Pause.)
18         MR. FOWLER:  So just to be clear, I
19    accept counsel's representation that everybody at
20    defense counsel table will make all efforts to
21    delete the photo from any portable devices,
22    including deleting them from the deleted items
23    folder so that the photos are permanently deleted
24    from those devices.
```

                                              Page 139

```
 1         MR. BERSANI:  You're talking about
 2    plaintiff's counsel's table.
 3         MR. FOWLER:  From plaintiff's counsel.
 4    I'm sorry.
 5         MR. CASPER:  I agree to that just with
 6    the caveat I'm trying to do -- I can't --
 7    literally can't do it but I -- Yes, I consent to
 8    that.  I will not look at it.  I'm trying to
 9    delete it.
10         MS. SCATCHELL:  It's a live photo so
11    it's not allowing us to do it how it normally
12    would be done.  And I don't have WiFi so I can't
13    even Google it so . . .
14         MR. FOWLER:  All right.
15         MR. CASPER:  Okay.  All right.
16         MR. FOWLER:  Do you have anything
17    else?
18         MR. CASPER:  No.
19         CROSS EXAMINATION
20    BY MR. FOWLER:
21      Q.  Ms. Piemonte, just to be clear, you
22    mentioned the process for appointing someone to
23    deputy chief.  You said that that initiates with
24    the mayor selecting who --
```

                                              Page 140

```
 1      A.  Yes.
 2      Q.  What exactly is the process once the
 3    mayor decides who he wants to recommend?
 4      A.  It is presented in front of the board
 5    of trustees and voted on.
 6      Q.  And voted on by who?
 7      A.  The board of trustees.
 8      Q.  Does the mayor have a vote in that?
 9      A.  No.
10      Q.  And with respect to John Scatchell,
11    Senior, are you aware of any informal complaints of
12    discrimination from John Scatchell, Senior?
13      A.  No.
14      Q.  You talked about the process for
15    investigating complaints at the police department.
16         Does the fire department also have a
17    collective bargaining agreement?
18      A.  Yes.
19      Q.  Is your involvement with the police
20    department the same as with the fire department?
21      A.  Yes.
22         MR. FOWLER:  That's all I have.
23         MR. BERSANI:  I don't have anything.
24         MR. WOERNER:  Nothing further.
```

                                              Page 141

                              36  (Pages 138 to 141)

SCATCHELL v. VILLAGE OF MELROSE PARK  CHRISTINE PIEMONTE                18 CV 03989

---

1      MR. FOWLER:  Anything based on that?
2              REDIRECT EXAMINATION
3   BY MR. CASPER:
4      Q.   Just based on that, have you ever known
5   the board of trustees to decline to vote in favor
6   of a proposed or suggested appointee from Mayor
7   Serpico?
8              MR. FOWLER:  Objection.  Form.  Scope.
9          You can answer if you can.
10  BY THE WITNESS:
11     **A.   I do not know.**
12  BY MR. CASPER:
13     Q.   Okay.  In other words, is it your
14  knowledge that the board of trustees has always
15  voted in favor of Mayor Serpico's proposed
16  appointees?
17     **A.   I don't --**
18             MR. FOWLER:  Objection.  Form.
19         You can answer if you can.
20             MR. CASPER:  You can answer.
21  BY THE WITNESS:
22     **A.   I don't know.**
23  BY MR. CASPER:
24     Q.   Is that answer I don't know of an

                                          Page 142

---

1   instance where the board of trustees has ever
2   declined to confirm a mayoral appointment from
3   Serpico?
4      **A.   Yes.**
5      Q.   Okay.
6              MR. CASPER:  All right.  Nothing else
7   based on that.
8              MR. FOWLER:  Mike?
9              MR. BERSANI:  No.
10             MR. WOERNER:  Nothing.
11             MR. FOWLER:  All right.  We'll reserve
12  signature.
13         (AND FURTHER DEPONENT SAITH NOT.)
14
15
16
17
18
19
20
21
22
23
24

                                          Page 143

---

1          IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
2                   EASTERN DIVISION
3
     John Scatchell,          )
4                             )
               Plaintiff,     )
5                             )
     -vs-              ) No. 2018-cv-03989
6                             )
     Village of Melrose Park, an  )
7    Illinois Municipal        )
     Corporation; Ronald M.    )
8    Serpico; Sam C. Pitassi;  )
     Michael Castellan; and    )
9    Steven Rogowski,          )
                              )
10             Defendants.  )
11
12     I hereby certify that I have read the
13  foregoing transcript of my deposition given on
14  8-12-20 at the time and place aforesaid and I do
15  again subscribe and make oath that the same is a
16  true, correct and complete transcript of my
17  deposition given as aforesaid, with corrections,
18  if any, appearing on the attached correction
19  sheet(s).
20  _____ correction sheets attached.
21
     _____
             CHRISTINE PIEMONTE
22
23  SUBSCRIBED AND SWORN to
     before me this _____ day of
24  _____, A.D., 2020

                                          Page 144

---

1   STATE OF ILLINOIS )
                      ) SS:
2   COUNTY OF C O O K )
3
4          I, Deborah Janicek, Certified
5   Shorthand Reporter and Notary Public in and for
6   the County of Cook and State of Illinois, do
7   hereby certify that CHRISTINE PIEMONTE was first
8   duly sworn by me to testify the truth, the whole
9   truth and nothing but the truth, and that the
10  above deposition was recorded stenographically by
11  me and was reduced to typewriting under my
12  personal direction.
13         I further certify that the foregoing
14  transcript of the said deposition is a true,
15  correct and complete record of the testimony given
16  by the said witness at the time and place
17  specified herein before.
18         I further certify that I am not a
19  relative, employee, attorney or counsel of any of
20  the parties, nor a relative or employee of such
21  attorney or counsel, or financially interested
22  directly or indirectly in this action.
23
24

                                          Page 145

---

                          37  (Pages 142 to 145)

SCATCHELL  v. VILLAGE OF MELROSE PARK   CHRISTINE PIEMONTE                    18 CV 03989

```
 1          In witness whereof, I have hereunto
 2     set my hand and affixed my seal of office at
 3     Chicago, Illinois, this _____ day of September,
 4     A.D., 2020.
 5                   _____
 6          Deborah Janicek
            Certified Shorthand Reporter
 7          License No. 084-003352
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 146

**A**

**A.D** 144:24
146:4
**a.m** 1:17
**able** 114:11
**above-entitled**
1:13
**Abruzzo** 117:7
**accept** 139:19
**access** 135:11
**accessed** 136:24
**accident** 102:4
**accidentally**
101:24
**accurate** 8:24
34:8 93:13
96:20 100:15
100:22 105:11
106:23 107:15
131:24
**accused** 39:14
39:21 40:1
**action** 76:2
145:22
**actions** 12:3
**active** 102:12,14
**activity** 4:21
46:1 118:4
**actual** 12:3
50:17 87:6
100:15
**added** 44:23
**addition** 10:6,19
12:20 138:17
**additional** 13:8
13:13
**additions** 103:20
**address** 58:22
137:9
**adjust** 114:11
**admin** 121:5
**administer**
40:10 52:6
88:16,21 89:23
90:19,23
**administered**
63:11

**administering**
38:21 52:19
89:3,11 90:4
90:12
**ADP** 4:14,16
93:6,17 94:6
94:20 100:7
103:18 104:18
105:20,20
106:9
**adverse** 76:2
**advise** 60:11
**advised** 78:3,6
**affect** 101:9
**affixed** 146:2
**afield** 85:3
**aforesaid** 144:14
144:17
**African** 95:11
96:2 97:3,11
97:16,23 98:6
99:5,10 107:11
107:21,21
109:5,6,8
110:14
**age** 104:11
**ago** 43:18 67:8
79:13 134:3
**agree** 43:24
60:17 68:1
83:4,16 84:6
85:14 97:7
135:1 140:5
**agreement** 26:10
37:17 89:5,8
89:24 141:17
**ahead** 20:15
44:9 55:13
67:11 137:14
**Alisha** 130:19
**allegation** 80:7
**alleged** 64:15
80:17,18 81:15
81:17
**alleging** 77:12
**Alliant** 122:12
**allowing** 140:11

**alter** 100:9
**amendment**
43:7
**American** 95:12
96:2 97:4,11
97:16,24 98:6
99:5,11 107:11
107:21 109:5,7
109:9 110:15
**Americans** 95:4
107:21
**Anguiano** 117:7
**answer** 6:3,8,16
6:21 7:3,7
21:15 26:21,22
29:19,23 31:11
38:16 40:17
41:2,9 51:16
52:23 61:23,24
63:1 69:10,18
69:23 80:21,23
81:20,20 82:1
82:2,5,17 83:7
86:17 87:21
88:7,12 91:22
110:6,22
121:14 124:17
126:5 128:12
131:1,16,19
142:9,19,20,24
**answered** 44:8
**answering** 6:23
31:7
**answers** 111:22
**anti** 74:4
**anti-retaliation**
74:6,18 75:1
75:13,19 76:8
76:12
**anybody** 16:15
25:9 46:19,22
**anytime** 21:5
**anyway** 69:23
134:9
**appear** 101:17
101:21
**appearing**

144:18
**appears** 45:5
67:12
**apply** 23:21
37:14 60:21
**appoint** 17:9
**appointed** 10:14
10:23 11:11,15
13:21 17:6
19:21 20:8,20
21:4,22 22:5
24:23 52:18
**appointee** 142:6
**appointees**
142:16
**appointing**
140:22
**appointment**
13:19 14:7,18
15:16 16:17
17:4 20:24
21:11 22:6
23:22 24:8
143:2
**appointments**
14:2 21:14,16
112:14 113:2
113:15 115:1
**apprised** 9:5
**appropriate**
138:18
**approval** 14:3,4
**approximately**
53:22 98:13
119:2 121:24
123:16
**April** 20:21
**area** 40:14 41:6
**aside** 107:16
111:3
**asked** 44:7 66:8
71:6,17 72:23
77:21 87:5,7
87:23 117:11
117:15,16
121:16 127:2
128:14,24

130:21
**asking** 7:1 23:6
64:24 76:5
82:18,20 91:20
**asks** 88:3
**assessed** 138:1
**assign** 73:2,6,18
77:6
**assigned** 12:1
**assist** 15:10
**assistant** 12:8
28:2,7 109:24
130:20
**assisting** 76:5
**assumed** 125:16
**assuming** 132:5
**attached** 93:24
144:18,20
**attention** 39:17
39:22 40:3
55:20 61:17
64:9 67:5
68:21 69:15
92:5 118:8
123:9,14,23
**attorney** 5:18
72:20,21 132:5
133:2 137:3,22
145:19,21
**attorney-client**
132:13 134:20
138:2
**attorneys** 5:18
46:12
**attributing**
135:6
**August** 1:16
**Austin** 102:19
**automatically**
105:21
**Avenue** 3:11
**avoid** 6:19
**aware** 23:12
24:2 37:11,24
60:10 77:15,18
85:5 86:3,4,8
86:15,22 87:15

87:17 89:2,9
89:17,22 119:6
119:8 141:11
**awhile** 134:8

**B**

**back** 31:13,16
33:13 47:6
57:3 62:5
75:17 81:12,23
83:11 132:20
137:19,24
**background**
9:10 11:22
**backing** 82:12
**Ballpark** 18:11
**bargaining**
26:10 37:17
89:5,8,24
141:17
**based** 57:20 96:3
98:1,7 99:12
107:6,22 110:8
110:20 115:21
138:11 139:7
142:1,4 143:7
**basic** 8:9 138:2
**basis** 16:20 23:3
25:17 41:13
56:20 110:3
**Bates** 50:14
62:12 92:23
105:18 108:18
133:16
**bear** 47:2
**beat** 6:6
**becoming** 20:17
**began** 10:3
**beginning** 60:7
**begins** 97:7,21
98:3
**behalf** 2:15,22
3:8,16
**believe** 15:5
19:23 21:13
79:14 84:16
100:19 106:10

106:22 110:8
120:11 121:22
123:7 127:12
130:8,16,19
**believes** 60:2
67:13 80:11
**beneath** 44:12
**benefits** 12:2
**BERSANI** 3:2,7
54:20,24 98:19
99:17,19 135:1
137:12,15
140:1 141:23
143:9
**Berwyn** 3:12
**better** 7:10
**beyond** 13:6
26:20 113:17
129:6,12
136:10
**bit** 29:21 96:24
**black** 109:5,6,8
**board** 11:13
14:1,3 22:8,17
22:22 23:2,14
84:24 100:12
112:23 113:7
117:5,6,9
141:4,7 142:5
142:14 143:1
**bodies** 91:6
**body** 82:14
**bottom** 32:6
50:15 61:7,9
62:13,20 75:6
109:14 116:23
117:10
**break** 7:13,15
81:5,7 136:19
139:6
**bring** 55:19
61:16 64:8
67:5 68:20
133:22
**bringing** 67:20
69:1
**brings** 114:6

**broader** 13:2
**broken** 93:12
**brought** 39:16
39:22 40:3
69:15 112:23
113:7 123:23
**budget** 114:12
114:18,19,20
**budget-related**
115:2
**budgeting** 14:4

**C**

**C** 1:8 2:1 3:1
144:8 145:2
**C-h-r-i-s-t-i-n-e**
5:15
**cabinet** 122:19
**call** 33:7 74:5
91:8
**called** 8:11 10:15
**calling** 33:7
34:23 89:8
**capturing**
106:13
**care** 46:16 99:16
**carries** 95:14
**carry** 34:18
96:17 97:6
**case** 1:13 16:8
53:18 55:24
69:8 72:20
79:7 117:11
**Casper** 2:7 4:4,6
5:1,4,7,9,11,16
5:17,23 6:6 7:6
7:11,18,24 8:4
8:8,14 9:4,8,9
10:11 23:8,10
24:18,20 26:22
27:4 29:20
30:4 31:5,10
31:15 32:1,4,8
32:13,19 33:4
33:6,9,22 36:1
36:17,20 37:1
38:19 40:20

41:5,12 42:1,4
42:16,22 44:15
45:18,22 47:3
47:6,15 48:9
48:19 51:12
53:3,8 55:1
57:1 61:24
62:5,7 63:5,19
63:22 65:2,5
65:10,17 66:21
69:13,19 70:3
71:18,20 77:23
78:1 81:1,6,9
81:11,21 82:20
82:23 83:10,21
83:24 84:4
85:2 86:21
88:1,10 92:1
92:12,21 93:21
94:1,8,12,17
96:16 99:1,18
99:21,24 100:1
102:7 105:13
105:15 108:5,6
108:14 109:20
110:12,19
111:1,12
117:23 121:18
124:20 126:8
128:16 131:5
131:15,18
132:19 133:4,8
133:13,19,24
134:4,11,24
135:3 136:8,18
137:5,11,14
138:3,7,15
139:5,12 140:5
140:15,18
142:3,12,20,23
143:6
**Cass** 2:7 5:17
23:7 81:3
83:18
**Castellan** 1:8 3:9
3:19 4:20
13:21 19:2,5

20:8 21:4,6
24:14 117:21
127:21 131:6
136:12,16
144:8
**caveat** 140:6
**CBA** 89:15 90:7
**census** 110:8,10
110:20
**certain** 8:18 84:5
94:24
**certainly** 133:21
134:1 136:5
**certifications**
14:2
**certified** 1:14
23:15 145:4
146:6
**certify** 144:12
145:7,13,18
**cetera** 26:3
115:20
**chance** 8:19
**change** 27:2
33:14 44:11
45:5 46:6,11
65:13,22 66:14
67:12 116:20
**changed** 44:5
45:3 68:4,7,17
**changes** 45:10
45:17 47:20
48:3,4,8 49:12
**changing** 68:11
68:14
**characterization**
83:4,17
**charge** 28:21
58:16 73:24
89:6 118:12,17
118:22 120:6
120:15 121:7
121:11,20
122:1,14,20,24
123:6,8,22
124:5 125:11
125:22,24

126:17,21
127:8,15,18,23
128:1,6,10,18
128:20 129:6
129:12,19
130:9,18
**charged** 52:13
89:3,11 90:11
122:3
**charges** 46:2
58:9 119:5,8
119:13,17,21
120:1,12
123:12,21
124:12
**check** 20:14
**checking** 45:16
**Chicago** 2:4,11
2:18 146:3
**chief** 13:20,22
14:1,7,19
15:22 16:4,18
17:2,9 18:3,22
19:5,10,13,21
20:9,24 21:5,7
21:9,11,16,19
21:22 22:20
23:12,22 24:14
24:24 25:11,15
27:1 41:11,11
41:14,15,18,18
55:20 113:3,15
140:23
**chief's** 55:20
**chiefs** 17:20 18:7
18:11,14,18
112:15 115:1
**CHRISTINA**
3:22
**Christine** 1:12
4:3 5:14 8:10
144:21 145:7
**circumstance**
64:13,19
**clarification**
138:23
**clarify** 98:21

**clarity** 51:19
**classifications**
90:3
**clawed** 137:19
137:24
**clear** 6:15 7:12
9:1 10:1 52:4
57:6 94:5
108:1 116:15
132:11 138:4
139:18 140:21
**clerk** 83:2,15,19
84:21 121:5
**co-counsel**
101:15 138:15
**collective** 26:10
37:16 89:4,7
89:23 141:17
**collectively**
134:22
**colloquy** 138:11
**column** 102:9,12
104:19,24
**combined** 56:14
56:19 74:14
**come** 6:11 21:14
38:9 39:16
56:13 57:22
123:9,14 129:2
138:19
**comes** 55:18
57:8
**comfortable**
55:16 65:16
67:20 69:1
86:10
**coming** 63:24
116:12 136:5
**comments** 100:3
**commitment**
35:24
**committee** 84:15
84:16
**communicatio...**
137:21,21
**comp** 12:7
**company** 29:2

56:6 80:2
122:9,10,16
129:9,11,20,24
130:2,6,10,17
130:23
**compare** 93:20
**compensation**
10:19,20
**complain** 67:17
80:6
**complaint** 35:13
44:12,12 53:15
55:17,19,21
56:3,4,4,22
57:7,8,24 58:2
59:4,10,12,19
65:24 66:12
67:17,21 68:3
69:2,20 74:14
75:22 76:4,6
77:7,15 78:6
78:10 79:14
115:15,17
**complaints**
12:23 46:2
53:19,23 54:11
54:15 56:12
57:19 58:9
69:6,14,22
70:7,12,15,19
71:7,13,16
73:15 76:21,24
77:12 78:19
79:8,10,20,23
79:24 115:24
116:11,16
141:11,15
**complete** 34:8
34:23 129:4
144:16 145:15
**completed**
110:11
**compliance**
41:22 42:7
**comply** 39:1,6
40:23
**components**

53:13
**composition**
92:6
**comprehensive**
106:22 107:16
**comprise** 49:8
**concern** 74:21
134:18 137:20
**concerns** 61:15
67:3 75:9
**concluding**
110:3
**concrete** 90:14
**CONDON** 3:2
**conduct** 71:6,11
77:7 78:18
**confidential**
60:14
**confidentiality**
12:21
**confirm** 93:17
98:4 143:2
**confused** 36:16
79:11
**confusing** 48:10
57:4
**conjunction**
12:7
**connected** 14:6
**Connie** 123:24
125:18 126:23
**consent** 140:7
**consider** 11:15
57:23 91:10,13
91:14,18
134:22
**considered** 17:3
25:14
**Constance** 121:1
121:8,12
125:20,22
128:14 129:1
**constitute** 51:19
**consulted** 20:23
21:5 25:2 46:5
46:23 68:10
70:11 76:15

121:10
**Cont** 3:1
**contact** 60:3,4
130:14
**contained** 30:20
31:18 35:3
41:22 42:8
43:12 74:18
75:13,19
**containing** 43:19
**contains** 37:4
**content** 38:7
**context** 135:24
**continue** 135:8
135:13 136:13
136:21
**continuing**
136:1 138:12
**control** 103:18
**Cook** 145:6
**copies** 77:19
**copy** 14:9,11,12
34:8 47:22
98:20 99:17
119:15,17
130:21
**Corporation** 1:7
144:7
**correct** 9:17
18:16 20:5
27:9,19 37:3
45:1,7 46:17
46:18 49:7
68:5 69:5
88:14,18,23
94:8 95:20
96:4 97:13
98:1,11,14
99:8,13 100:8
116:18,19
123:14 129:12
129:13 144:16
145:15
**correction**
144:18,20
**corrections**
144:17

SCATCHELL v. VILLAGE OF MELROSE PARK  CHRISTINE PIEMONTE

18 CV 03989

Page 150

counsel 92:9
94:22 134:18
135:2 138:5
139:20 140:3
145:19,21
counsel's 137:16
139:19 140:2
count 101:10
County 145:2,6
couple 63:4
138:23
court 1:1 5:12
33:14 50:19
144:1
covered 37:18
114:24
create 6:22
Cross 4:5 140:19
ctc@talonlaw....
2:6
current 110:3
114:12
currently 9:14
11:4 17:20
21:19 36:15,17
36:18,20 41:24
42:1 43:20
103:1,4,22
cut 96:24 98:16
98:21 99:20
cut-off 99:16
Cynthia 132:5,8
132:22 135:17
137:1,2

**D**

D 3:7
date 34:5,9
104:23,24
118:20 131:24
132:1 136:14
Dave 104:3
day 144:23
146:3
Deborah 1:13
145:4 146:6
decides 141:3

decision 19:18
114:3
decisions 117:17
decline 142:5
declined 143:2
defaults 37:19
Defendant 2:22
3:16
defendants 1:10
3:8 134:19
144:10
defense 139:20
Del 3:10 29:9,10
46:12,16
127:10,12,13
135:17 137:2
delay 128:9
delete 100:12,17
101:11 139:10
139:15,15,21
140:9
deleted 100:22
101:24 139:22
139:23
deleting 139:12
139:22
deletion 101:14
delivered 120:17
delivery 121:21
demanded 87:24
demographics
4:17
department
14:19 15:22
16:4 17:14,22
18:4,18 20:4
21:20 26:1,8
26:13 27:8,14
27:15 30:13,17
31:2,4,8 36:19
36:21 37:5,14
37:22,23 38:2
38:3,13 39:13
39:20 40:1,12
40:23,24 41:15
41:17 51:9,14
51:22 52:20

60:12 63:18
64:22 67:18
68:23 72:13
78:14,20 79:9
79:15 80:3,5
80:11,19 81:18
82:9,10,14
83:1,3,3,13,15
83:16 85:6,13
85:20 87:15
88:3,13,21
89:2,9,10,18
89:22 90:7,15
90:16 91:1,7
96:7 116:7,12
116:18 120:18
120:19,20,21
120:23 124:3,5
124:7 141:15
141:16,20,20
department's
52:6,9,14
departments
89:16 91:8,11
depend 54:17
depends 54:16
54:22 55:5,5
58:18,19 79:4
115:7
DEPONENT
143:13
deposed 5:20
deposition 1:12
8:15 106:1,17
108:4 135:9,13
135:23 136:2
136:13,21
138:8 144:13
144:17 145:10
145:14
deputy 13:20,22
14:1,7,19
15:22 16:4,18
17:1,9,20 18:3
18:7,11,14,18
18:22 19:5,10
19:13,21 20:8

20:24 21:4,7,9
21:11,16 22:20
23:12,22 24:14
24:23 25:11,15
41:11,15,18
55:20 112:14
113:3,15 115:1
140:23
describe 16:1
described 12:13
description
104:22
designated 9:2
13:18
designation
102:12,13
104:4,7
determine 107:3
110:14
determined 96:1
107:15
devices 139:21
139:24
didn't-- 125:9
Died 103:3
Diemer 46:13
117:4
difference 35:9
65:14 80:16
81:15 82:8
103:13,17
114:12
differences 66:8
different 43:3
44:3 84:3 91:6
93:10 106:4
differently 57:20
Dina 28:9
direct 4:4 8:13
34:15 43:9
44:6 50:10
78:9 92:5
directed 16:13
88:12
directing 118:7
direction 145:12
directly 67:17

125:5 145:22
director 9:15
10:3,20 11:3
11:14,23 12:14
13:10 18:4,8
18:19 19:4,9
20:18 21:19,22
21:23 22:4,10
22:10,16 26:11
26:17 27:17,23
28:13,16 38:21
40:10 42:7
49:1 52:5
53:20 60:4
67:19 68:24
78:17 80:8
88:22 89:3,12
91:14 116:10
116:16 118:16
119:10,14,18
119:22 123:13
137:23
disciplinary
12:3
discipline
115:10 116:4
disclosure 35:12
135:7
discrimination
30:21 31:20
34:12 35:18
36:4,13 37:6
37:10 43:11,21
50:11 51:2
52:9,15,20
53:15,19 54:11
57:9 59:4
60:20 61:8,15
63:15,23 64:3
64:15 66:14
67:4,14 68:21
69:7,15 70:7
73:15,22 74:1
74:1 76:4 85:7
86:2,4,14,23
87:10,16 90:10
91:3 115:20,24

SCATCHELL  v. VILLAGE OF MELROSE PARK   CHRISTINE PIEMONTE                          18 CV 03989

Page 151

116:1,11,17
118:13 120:15
141:12
**discuss** 135:22
138:16
**discussing**
136:20
**discussion** 47:5
134:13 135:4
138:17
**distinction** 55:3
57:8,13,22
58:4
**DISTRICT** 1:1
1:1 144:1,1
**diversity** 35:24
**DIVISION** 1:2
144:2
**document** 24:17
32:14,18,22
33:16,17,21
37:8 42:15,17
42:21 47:10,14
48:12,14,18
49:23 50:14
62:22 65:18
92:15 93:20
105:6,10 108:9
108:13 111:7
111:11,14
113:8 115:19
117:22,24
118:9,12 119:1
128:4 131:13
131:23 132:10
132:14,17
133:9,15
134:16 135:5
135:21 136:17
137:10,19
139:9
**documents**
14:23 71:17
72:16 73:4,8
73:12 90:3
92:8,11 93:1
105:17 108:20

109:23 110:2
110:14 112:1,3
112:3,6 118:3
**doing** 64:14
**double-sided**
111:13
**doubting** 134:4
**Draft** 117:3
**drafting** 76:15
**duly** 5:10 8:11
145:8
**duplicate** 101:8
102:1
**duplicates**
100:14 101:7
106:11
**duties** 11:22
12:13,19

――――――――――
**E**
――――――――――
**E** 2:1,1 3:1,1
**E-mail** 124:2,2,6
129:20 130:2,3
130:5,9,22
**E-mails** 135:11
**earlier** 71:16
78:24
**easier** 62:8
**EASTERN** 1:2
144:2
**EE** 35:11
**EEO** 28:16,23
30:17 34:23
35:1,2,4 43:15
43:20 50:13
51:2,20 53:11
60:23 93:7,8
93:17
**EEOC** 4:21 58:3
58:10,16
115:20 118:4
118:17 119:5,8
119:17,21
120:6 121:7,11
121:20 123:8
123:12 124:5
124:11 128:18

132:6,9,23
**effect** 36:19,20
40:11 51:3,21
57:16 74:7,24
90:5
**effective** 34:4
66:11 75:18
117:5
**efforts** 139:20
**eight** 96:2 97:3
97:11
**eight-African**
95:4
**either** 55:6,14
79:3 86:9
115:5 116:3
124:2 133:20
**elected** 43:8
44:13,22 83:22
84:6,10,17,18
91:17
**eliminate** 100:14
**eliminated** 101:6
101:9
**Elizabeth**
130:20
**emphasis** 86:3
**employed** 9:14
96:2 97:12,24
98:7 99:11
103:11 107:11
**employee** 4:9,10
4:12 30:14,16
30:20 31:19
33:12 34:9
37:19 39:13,24
42:7,8 43:1
49:2,9,13,19
55:16 57:24
59:21 60:2,3
61:14 64:2
66:14 67:3,13
73:24 75:14
76:3 80:10
90:6 95:16
96:11 99:8
101:10 107:19

145:19,20
**employee's**
55:19 63:24
**employees** 4:14
13:1,3,6 30:7
30:12,12 37:15
38:14 39:1,6
40:22 59:3
61:19 62:20
63:6,15 68:20
74:21 75:9
80:18,19 81:16
81:18 82:10
85:20 86:3,15
86:22 93:9,18
95:11,19 96:2
96:23 97:1,12
97:16,24 98:7
98:14 99:11
106:13,23
107:6,10 116:6
116:6 119:21
**employment**
28:17 30:6,11
35:12 104:13
**enacted** 65:6
**encompass** 13:4
**encouraged**
61:16 67:4,16
68:20
**enforce** 12:1
39:11
**enforcing** 12:10
28:21
**ensure** 40:22
42:7
**ensuring** 39:1,5
41:21
**entail** 12:20
**entire** 41:16
44:21 51:19
95:15
**entitled** 135:11
**entry** 113:24
132:2
**EOE** 35:11
43:17

**equal** 28:17 30:6
30:11 35:11
**et** 26:3 115:20
**evaluate** 117:17
**event** 96:17
101:8
**everybody**
139:19
**exact** 11:2 19:22
**exactly** 141:2
**Exam** 4:6
**examination** 4:4
4:5 8:13 98:10
140:19 142:2
**examined** 8:12
**example** 37:10
83:2,14,20
90:14 95:2
102:18 131:7
**exceptions** 6:10
**excluding** 31:1
36:19,21 37:5
51:8,13 63:18
**exclusively**
19:17
**exhibit** 4:8,19,20
32:15 33:8,11
33:18,24 34:2
37:3,13 38:22
39:2,7 40:7
41:23 42:15,18
42:23 43:4,12
43:23 44:3,4
44:16,18,21
47:8,11,17,21
47:24 48:4,13
48:13,15,23,24
49:3,4,6,7,14
49:15,24 50:1
50:2,3,10,19
50:23 56:21
57:12,15 59:9
59:13,14,14
61:3,21 62:9
65:19,20,21,23
66:12,17 67:1
67:11,22 68:8

68:8 74:16
75:12,17 76:13
76:19,19 92:13
92:14,16,22
94:6 95:2 99:7
100:4 105:2,5
105:7,17 106:4
106:5,15,19,21
107:2,6,9,10
107:15,17,20
107:22 108:2,8
108:8,10,15,24
109:23 111:5,8
112:19 116:24
117:21 127:22
131:6 136:13
136:16
**exhibits** 4:7 46:8
48:21 49:8,18
50:8 66:19
112:4,7
**existed** 47:23
**existence** 82:19
**expanded** 68:23
69:4 76:19
**expectation** 64:1
119:16
**expected** 86:5,7
**experience**
63:16
**experienced**
66:14
**experiencing**
60:20
**expressly** 31:1
**extent** 29:14
31:6 136:18
138:8,9

**F**

**face** 102:8
**fact** 64:14 119:3
119:6 120:10
**failed** 125:17
**fair** 107:14
127:24
**falls** 40:15 41:14

41:17
**familiar** 8:23
17:13,15 23:17
23:20 24:1
67:23
**far** 26:1,2,9
34:18 99:12
104:20 115:19
**farther** 133:6
**fashion** 137:8
**fast** 67:10
**favor** 142:5,15
**fax** 129:20
**fear** 74:22 75:10
**feel** 65:15 67:20
69:1 86:10
**feels** 55:16
**fell** 108:3
**file** 72:10,11
122:17,18,19
131:4
**filed** 70:8,19
76:22 77:1,12
77:15 78:19
118:17,22
119:6,9,14,18
119:21 120:6
120:12,16
121:11 123:8
123:13,22,23
124:5,11
127:18,23
**files** 80:4
**filing** 46:2 73:24
73:24 120:14
122:20,24
129:6,11
**finance** 84:15
**Financial** 122:12
**financially**
145:21
**find** 45:12
**fine** 7:11 24:19
87:13 102:5
117:18
**finish** 5:24 6:22
6:24 109:17

**finished** 139:3
**fire** 83:2,15
90:15,16 91:1
91:8 141:16,20
**fired** 103:3
**firm** 29:6,7,8
135:17 137:2
**first** 8:11,15
10:1 20:8
37:17 60:8
66:2 70:22
95:22 107:3
112:20 120:9
121:20 127:19
127:24 128:19
128:21 132:3
145:7
**five** 54:6,8,10
99:10
**Floor** 2:17
**folder** 139:23
**follow** 89:5
**followed** 125:10
**follows** 8:12
**followup** 138:23
**followups** 135:9
**foregoing**
144:13 145:13
**forget** 6:18
**form** 23:5 48:6
71:15 82:16
83:5 110:5,21
121:13 126:3
128:11 130:24
131:12 142:8
142:18
**formal** 54:18,23
55:3,24 56:3,4
56:8,12,15,16
57:7,14,20
58:2,5 69:21
79:24 115:7,12
123:6
**forms** 67:15
**forth** 38:21
**forward** 67:10
75:16 125:17

**forwarded**
125:23 129:8
**forwarding**
129:10
**four** 49:18
**Fowler** 2:21 4:5
5:24 6:3 9:1,7
10:8 23:5
26:19 29:18
30:23 31:6,12
32:4,6,12 33:1
33:13 35:19
36:15,18 38:15
40:16 41:1,8
41:24 44:7
48:6 51:8
52:22 61:22
62:23 63:17
64:24 65:8
69:9,17 71:15
77:21 80:20
81:3 82:16
83:5,18,22
84:22 86:16
87:20 88:6
91:21 92:10,19
93:19 94:5
98:16 108:1
109:17 110:5
110:16,21
121:13 124:16
126:3 128:11
130:24 131:12
131:16 132:11
133:6,12,18,21
134:1,15
135:14 136:15
136:22 137:6
138:22 139:10
139:18 140:3
140:14,16,20
141:22 142:1,8
142:18 143:8
143:11
**frame** 19:6
53:24
**front** 22:7 23:2

48:21 49:18
62:10,18
112:23 113:7
133:9,14 141:4
**full** 9:15
**functions** 11:23
12:12,14,19
13:9 27:22,22
28:12
**further** 141:24
143:13 145:13
145:18

**G**

**Galdo** 3:10 29:9
29:11 46:16
127:10 135:17
137:2
**Galdo's** 46:13
127:12,14
**gears** 117:19
**Geez** 12:6
**general** 11:22
84:9 89:14,16
93:8 103:6
**generally** 6:8,8
8:22 12:13
**generated**
105:19
**getting** 79:11
85:3 100:2
**gia@lawfirm.gs**
2:13
**GIANNA** 2:9,14
**give** 11:22 68:13
88:19 119:24
126:11
**given** 70:14,19
70:22 71:1,8
71:22 123:24
126:19 127:19
144:13,17
145:15
**glasses** 45:12
**go** 12:6 20:15
26:2 44:9,20
44:20 52:1

55:13 58:16
67:10 79:24
102:10 109:13
118:11 133:6
134:11 137:14
**God** 84:15
**going** 8:23 9:11
26:16 29:21
33:6 38:6
42:14 47:7,20
48:8,12 55:10
66:19 67:7
74:5 81:3 92:5
97:17 98:19
103:14,16
104:1 105:4
108:7,8 134:21
135:15 137:15
138:24 139:7
**good** 5:11,16
7:18 48:9 81:4
92:4
**Google** 140:13
**govern** 24:3
30:16 43:22
**governed** 26:9
**governing** 30:6
30:20 31:19
34:12 35:17
37:10 51:6
74:24 91:2
**governments**
85:23
**governs** 30:7,12
**Grandfield**
132:5,8,22
135:17 137:1,2
**GROUP** 3:10
**guess** 125:8
**guessing** 7:2

**H**

**half** 81:4
**hand** 33:13
113:24 121:8
121:21 146:2
**hand-counting**

97:18
**handbook** 4:9,10
4:11 30:14,16
30:20 31:1,19
33:3,12 34:3,9
34:12 35:3,17
36:4,7,11
37:13,19 41:23
42:9 43:2
44:24 46:14
47:18,22 49:2
49:9,13,14,19
50:6 57:16
59:6 64:20
67:12 74:7,17
74:24 75:14,17
75:20 86:20
90:6
**handbooks** 45:3
65:9
**handle** 12:2,7
60:13
**handled** 25:20
55:21
**handwritten**
4:18 94:24
95:3 99:16
100:3 107:20
111:4
**Hang** 32:2
105:13 138:13
**happening** 121:7
**harassment**
30:21 31:20
34:13 35:13,18
36:5,13 37:6
37:10 39:15,21
40:2 43:8,12
43:21 45:7,11
46:6,15 50:11
51:2,21 52:10
52:15,21 53:11
53:16,19 54:11
56:14,19 57:8
59:5,16,22
60:11,17 63:4
67:16 70:8

73:16,22 76:5
85:7 86:2,4,14
86:23 87:10,16
90:10 91:3
115:20 116:1
116:11,17
**Harlem** 3:11
**head** 7:8
**health** 12:24
**hear** 54:20 81:22
**Hearsay** 25:19
**held** 10:5,22
11:8 12:15
100:13 101:1
**help** 14:20
**hereunto** 146:1
**HERVAS** 3:2
**hire** 11:24
104:24
**hires** 26:3
**hiring** 11:18
**hit** 104:10
**hold** 9:21 11:4
**holding** 18:22
**hopefully** 6:10
92:4
**hour** 81:4
**hours** 13:8,14
**house** 29:5
**HR** 9:15 10:3,20
11:3,14,23
12:14 13:10
18:4,7,19 19:4
19:8 20:17
25:24 26:7,11
26:16 27:14,17
27:22 28:2,7
28:13,15 38:20
40:10 42:6
52:5 55:15
89:3 116:10,15
118:16 119:10
119:14,18,22
120:19 123:13
**HR/supervisor**
115:9,22
**HR/the** 116:3

**Hubbard** 2:10
**human** 49:1
53:20 60:4,11
61:17 64:5,9
64:17 67:6,19
68:22,24 72:12
78:17 80:7
86:9 88:22
89:11 91:13
**hundreds** 54:2

**I**

**I-N-D-E-X** 4:1
**identification**
32:16 33:19
42:19 47:12
48:16 92:17
105:8 108:11
111:9
**identified** 43:18
75:11
**identify** 32:22
33:10 34:1
42:23 93:3
105:17 132:8
132:22
**identity** 93:1
**IL** 2:4,11,18 3:4
3:12
**illegal** 67:14
**Illinois** 1:1,7,15
1:16 144:1,7
145:1,6 146:3
**immediate** 67:18
**immediately**
60:4
**implicating**
132:12
**inaccurate** 106:7
107:3
**inadvertently**
101:23
**inappropriate**
60:2
**incident** 59:22
**include** 96:6
**included** 135:20

**includes** 96:11
134:19 136:12
**including** 13:23
27:8 67:15
139:22
**indicate** 44:23
**indicated** 138:16
**indicates** 118:9
118:12
**indirectly**
145:22
**individual** 9:12
28:6,11 31:9
114:3 134:19
**individuals**
15:15,21 16:3
16:17 17:8
23:22 86:24
113:15 117:13
117:16 124:11
**individuals'**
104:21
**influence** 7:21
**informal** 54:18
54:23 55:3,6
55:14 56:1,2,7
56:12,15 57:7
57:13,21,23
58:1,5 69:21
115:7,9 116:2
141:11
**informally** 80:6
**information** 8:9
9:11 106:7
132:18 134:19
135:18,20
137:7
**initially** 105:21
105:23 120:8
**initiates** 140:23
**input** 26:1 68:13
**inquire** 125:21
**instance** 130:10
143:1
**instructing**
139:13
**insurance** 56:6

SCATCHELL v. VILLAGE OF MELROSE PARK   CHRISTINE PIEMONTE                    18 CV 03989

80:1 115:12
122:9,10,16
129:8,10,19,24
130:1,6,10,17
130:22
**intended** 134:2
**intending**
133:10
**interested**
145:21
**internal** 27:14
**interoffice**
120:20 121:21
**interview** 73:10
73:14
**investigate** 69:6
73:3,7 76:21
76:24 78:5,10
78:13 79:15
80:7,13 116:10
116:16 128:23
**investigated**
55:23 79:21
115:9,22 116:3
116:13,14
**investigating**
54:15 70:7
141:15
**investigation**
53:14 71:7
72:4 76:6 77:7
122:23 128:8
**investigations**
69:21 71:11
78:19,23 82:8
**involuntary**
103:8
**involved** 16:16
19:4,8,12,17
24:22 25:10
28:15 29:16
38:20 46:11,20
76:7,11 87:12
121:16
**involvement**
15:14,20 26:12
26:17,24 28:23

70:6 141:19
**involving** 43:8
**issue** 13:16
39:10,15
134:23 136:6,7
139:1
**issued** 49:4
**issues** 12:24
61:16 64:8
67:5 68:21
135:7 138:18
**Itasca** 3:4
**item** 89:17
**items** 139:22

**J**

**Janicek** 1:14
145:4 146:6
**January** 34:6
49:5
**Jeff** 32:10 99:23
133:19
**JEFFREY** 2:21
**jfowler@laner...**
2:20
**job** 9:18 11:22
12:13,19 27:22
104:21,22
121:4
**John** 1:3 3:18
5:19 25:13
69:7 70:8,15
70:20 71:23
73:10,14 76:22
77:1,8,11,15
101:16,20
118:17,23
120:2,5,14
128:19 129:14
141:10,12
144:3
**join** 137:16
**joining** 138:5
**Jones** 46:13
**Julie** 46:13
117:4
**July** 66:11,19

67:11 68:2,3
68:19 74:17
75:18

**K**

**K** 145:2
**keep** 62:17
**keeping** 12:21
126:2
**key** 136:24
**kind** 29:20 46:2
61:20 62:21
71:24 82:18
115:17 134:7
**kinds** 72:2
**know** 7:1,15
12:23 17:19
19:12,20,24
20:7 21:3,18
26:15 29:2,8
32:4 38:8,11
39:10 40:14
41:6 44:3
46:10 48:7
53:2,4 58:8
64:16 66:22
68:7,16 76:18
78:15,22 79:2
82:4,6,7 83:24
85:11,16,18
87:24 88:2,9
88:11,15 90:20
91:2,2,4,20
94:13 97:17
101:24 109:4
112:21 117:12
120:13 121:6
124:22 126:7
128:19 129:2
131:3,7,10,22
132:4 133:18
134:6 135:12
139:16 142:11
142:22,24
**knowing** 25:17
139:6
**knowledge**

16:15 19:16
25:13 29:10,14
36:14 46:22
69:4 87:9,14
119:20 126:12
142:14
**knowledgeable**
17:16
**known** 17:8
142:4

**L**

**labeled** 37:9
**Laner** 2:16
127:10
**language** 43:12
44:5 50:12
63:14 64:3,23
67:12,22 68:3
68:7,11,14,16
68:19 69:4
74:18,23 75:13
75:19 76:8,12
76:16,18
**law** 2:2,9 3:10
29:9,11 46:13
135:17 137:2
**learn** 77:10
**leaving** 121:7
**led** 8:16 11:19
**left** 104:13
113:24
**legal** 13:24 14:5
23:11 29:4
46:16 56:5
71:3,8,14,22
77:19,22 78:3
78:7 79:1,6
80:1 82:19
83:1,14 115:12
120:19 121:22
122:1,19 123:5
124:1,8 125:16
126:22 127:1,7
127:19 128:1
128:20
**Lesley** 124:22,23

**let's** 6:17,19
13:15 32:13
33:13 39:14
59:14 62:5
66:24 82:12
92:19 101:20
**letter** 27:1 48:24
**level** 89:15
**License** 146:7
**lieutenant** 20:2,4
27:8
**life** 5:21
**light** 138:19
**limited** 65:1,2
**line** 112:20
129:5
**list** 84:8 104:20
117:9 119:24
124:21
**listed** 87:1
102:19,21
109:14 115:18
**listing** 8:18
117:13
**lists** 117:6
**literally** 93:22
104:10 140:7
**little** 24:6 26:1
29:21 66:23
**live** 140:10
**located** 72:11
**log** 4:21
**logged** 131:9
132:4 133:3
**logs** 118:5 132:9
132:22
**long** 7:14 9:18
10:22 16:7,9
16:13 29:10
51:24 82:7
85:18
**longer** 103:1,11
**look** 14:9 35:19
56:21,22 65:8
74:16 96:8
98:17 99:6
123:3,4 127:21

131:3 135:10
140:8
**looked** 128:24
**looking** 33:24
47:24 50:16
59:8 62:1,9
74:13 92:22
131:6 132:2
134:7
**looks** 96:18,24
97:11
**lost** 125:14

──────────

**M**

**M** 1:7 144:7
**Madison** 2:3
**mail** 120:20
121:21
**making** 55:16
76:3 103:13,17
**management**
60:5,13 65:15
67:20 69:1
**manager** 55:15
60:9 67:18
68:23
**managerial**
86:11
**manner** 8:5
60:14
**manual** 4:12
43:23
**mark** 32:9,11
42:16 47:9
48:12 92:13
108:8 111:5
**marked** 4:7
32:14,21 42:15
42:17 47:8,10
48:14 92:15
105:6 108:9
111:7 112:3,7
117:20 118:8
**material** 71:21
**Matt** 46:13
**matter** 5:19
59:23 60:13

72:5 73:3,7,11
113:8 119:12
**matters** 14:17
30:7,17 85:13
86:8 88:4
136:19
**maximum** 18:6
**mayor** 16:6,18
16:22,23,24
19:15,17 20:23
21:6 22:7,16
22:21 23:2,13
25:6 112:22
113:6 138:5
140:24 141:3,8
142:6,15
**mayor's** 16:21
**mayoral** 14:3
143:2
**mbersani@hc...**
3:6
**mean** 15:3,15
18:15 22:3,4
24:1 25:22
28:17 34:24
36:15,18 41:24
44:4 46:2
64:16 88:22
93:5 102:15,23
103:2,9 104:7
118:4 134:6
135:22 136:8
**meaning** 55:2
95:9 132:6
**means** 63:8
121:21 129:21
**Melrose** 1:6,16
2:23 9:16,22
10:2 11:5,9
12:4 13:20
17:14,21 21:20
23:4,18,21
26:13 27:13,18
27:21 28:12,18
28:24 29:17
32:24 34:3,9
36:10,12 37:4

37:12,14,20
38:12 39:20
40:12 41:20
43:1 47:18,22
49:8,12 51:20
56:9 58:10,15
74:7 78:17
79:8 82:13,15
82:24 83:13
84:5 87:1,15
89:18,21 90:5
90:11,16 91:6
91:11,15,18,19
92:7 95:16
96:3,12 97:12
97:24 99:11
100:7 106:23
107:11 109:10
110:3,15
129:15 131:11
144:6
**member** 60:5,12
65:15 67:19
68:24 80:3,5
80:11 124:6
**members** 78:20
79:8 82:9
85:20 87:14
116:12,18
117:6,9
**mentioned** 12:17
140:22
**Mesirow** 122:11
**Michael** 1:8 3:7
3:19 13:21
19:2,5 20:8
21:4,6 24:14
130:19 144:8
**Mike** 143:8
**mind** 50:17
**mine** 15:8 50:16
123:3 139:4
**minute** 45:13
**misquote** 66:7
**moment** 43:18
67:7 79:13
**momentous**

134:5 135:5
**month** 19:20
20:7,11 114:13
**morning** 5:11,16
**Mota** 117:8
**move** 9:11 75:16
**Muchin** 2:16
127:10
**muck** 6:22
**municipal** 1:7
85:23 144:7

──────────

**N**

**N** 2:1 3:1
**name** 5:12,17
88:20 102:1
122:5
**names** 84:12
100:17,21
101:9 102:11
122:13 124:10
125:2
**nature** 9:5 39:4
71:21 72:16
**necessarily**
103:9
**need** 7:13 23:15
31:12 66:9
135:8 136:13
136:21 138:16
**needed** 103:21
**needs** 138:1
**negative** 31:7
**never** 120:4
131:13 136:17
**new** 11:24
**Nicotera** 117:7
**nodding** 7:8
**non** 39:13 82:9
135:7
**normally** 39:8
127:5 140:11
**North** 1:15 2:17
**NORTHERN**
1:1 144:1
**Nos** 4:8
**Notary** 145:5

**notation** 95:7
**notations** 95:1
**note** 95:3 114:9
115:2 116:20
117:13
**noted** 14:17
**notes** 4:18 15:3,4
15:5,9,10
20:14 111:5,15
111:17,24
112:8 114:22
115:14,21
**notice** 8:16,17
14:8 36:8
60:15 102:8,11
108:4 118:17
118:22 119:3
119:22 120:5
120:10,14
125:5
**noticed** 22:15
**notification**
39:12 119:13
**notify** 39:10
**notifying** 59:3
**November** 9:20
9:22 10:3,6
19:22 20:1
21:1 24:24
25:11
**number** 6:7 9:12
18:6 49:24
53:22 54:6
62:13 95:10,18
96:23 97:16
101:10 107:10
107:21 114:19
115:6 135:14
137:1
**numbers** 50:15
98:20 107:6

──────────

**O**

**O** 145:2,2
**o'clock** 1:17
**oath** 144:15
**object** 135:15

SCATCHELL v. VILLAGE OF MELROSE PARK  CHRISTINE PIEMONTE

18 CV 03989

136:1
**objection** 23:5
26:19 29:18
30:23 38:15
40:16 41:1,8
44:7 48:6
52:22 61:22
62:23 69:9,17
71:15 80:20
81:19 82:16
83:5 84:22
86:16 87:20
88:6 110:5,16
110:21 121:13
124:16 126:3
128:11 130:24
131:12 137:23
142:8,18
**objections**
137:16
**obtained** 100:6
107:7,15
**obtaining** 11:19
**obviously** 135:5
**occupied** 20:1
**occupying** 21:6
**occurring** 23:4
**October** 118:14
118:18 127:24
128:2
**offhand** 133:18
**office** 2:9 26:7
28:3 29:4,9,11
46:13,16,19,23
52:13 56:5
58:17 71:3,8
71:14,22 73:3
73:5,6,19
77:19,22 78:3
78:7 79:1,6,21
80:1,13 121:23
122:1 124:1
125:16 126:22
127:1,7,12,14
127:19 128:1
128:20 146:2
**officer** 10:7,10

10:16,23 11:4
11:12 12:18
13:9 23:16
26:15 39:19
113:20
**officers** 30:8,16
30:21 31:19
**official** 10:12
91:17
**officials** 43:8
44:14,22 84:6
84:10,18
**oh** 28:3 50:16
62:4 75:6
84:15 93:24
101:20
**okay** 6:4,19 7:6
7:11,16 8:8,22
9:4,8,12,13
10:5 11:1,21
13:4,8 14:12
14:23 15:2,9
15:13,20 16:1
16:7,14,24
17:3,13 18:2,6
19:24 20:7,12
20:20 21:3,9
21:15,22 22:9
22:20 23:3,17
23:20 24:7,18
25:8,13,17,22
26:4,11,15
27:5,11,17
28:5,10,15,22
29:13,16 30:5
30:10,15 31:10
32:2,8,10 33:8
33:15 34:15
35:2,15,15
36:2,7 37:2,8
37:12,21 38:1
38:6,11,20,24
39:4,12,15,19
39:24 40:5,9
40:21 41:6,13
41:19 42:5
43:9,16 44:18

45:2,14 46:5
46:10,22 49:3
49:6,11,17,17
50:5,10 51:1
51:24 52:8
53:12,16 54:2
54:5,9,14,17
54:19 55:2,11
56:2,11 57:2,5
57:11 58:4,8
60:24 61:5,11
62:15,17 63:6
63:10 64:7
65:10 66:11
67:10 68:1
70:18 71:4,6
72:23 74:4,12
74:16 75:11
77:14,23 78:15
78:22 79:19
80:3,15 81:2
81:11 82:1,24
83:21,24 85:10
86:12,22 88:15
88:19 89:1,7
89:20 90:2,14
90:21 91:1,10
91:17 92:2,12
92:22 93:10,15
93:24 94:18,21
95:13,18 96:10
96:14,17 97:20
99:4,6,10,15
100:5,9 101:4
101:13 102:5
102:21 103:2
103:12 104:16
104:19 105:23
106:3 107:2,9
107:14,19,24
108:24 109:19
109:21 110:2
110:13 111:2
112:17 113:4
113:14 114:21
116:5,15,23
117:18 118:21

119:16 120:4,9
121:10,19,24
122:4 125:1,21
126:23 127:4
127:17,21
128:17 129:4
129:18 130:14
132:7,19 133:5
140:15 142:13
143:5
**once** 130:7 136:6
141:2
**ones** 115:18
**online** 63:7
**operating** 37:9
38:4,8,13
40:11,24
**opportunity**
28:17 30:7,11
35:12 134:22
137:9
**opposed** 85:20
**order** 94:9
**orders** 89:16
**ordinance** 13:22
24:13
**ordinance-bas...**
13:23
**ordinances**
23:18,21 24:3
24:7,11
**original** 98:17
**outside** 29:6,7
30:15,19 31:3
31:18 36:7,10
73:6 116:6
**overall** 101:10
**overseeing** 52:14
**oversight** 40:6

_____
      **P**
_____

**P** 2:1 3:1,1
**P-i-e-m-o-n-t-e**
5:15
**page** 4:2,8,20
34:17,19,21
35:5,7 44:11

44:19,21 50:22
59:15 61:2,2,5
61:21 62:1,12
63:14 66:3
67:21 68:4
75:2,22 93:15
95:2,2,13,14
95:15,23 96:19
97:7,21 98:3
99:7 101:17
102:10,10,22
104:3,20
109:15 117:10
118:8,11 131:7
132:3 134:6
**pages** 51:1,19
59:8,12 74:19
75:12
**paperwork**
11:24
**paragraph**
59:16,19 60:6
61:7,9 62:20
63:13 66:2
67:2 74:20
75:7,21
**paragraphs**
60:15,21
**Park** 1:6,16 2:23
9:16,22 10:2
11:5,9 12:4
13:20 17:14,21
21:20 23:4,18
23:21 26:13
27:13,18,21
28:12,18,24
29:17 32:24
34:3,9 36:10
36:12 37:13,14
37:20 38:12
39:20 40:12
41:20 43:1
47:18,22 49:8
49:12 51:20
56:9 58:10,16
74:7 78:18
79:9 82:13,15

SCATCHELL v. VILLAGE OF MELROSE PARK CHRISTINE PIEMONTE      18 CV 03989

Page 157

82:24 83:13
84:5 87:1,15
89:18,21 90:5
90:11,16 91:7
91:11,15,18,19
92:7 95:16
96:3,12 97:12
97:24 99:11
100:7 106:24
107:11 109:10
110:4,15
129:15 131:11
144:6
**Park's** 37:4
**part** 24:9,22
26:17 40:5
59:18 88:2,4
91:14,19 93:11
108:16,21
111:17 137:6
**particular** 34:5
115:16 128:19
**parties** 145:20
**Pause** 32:3 33:5
35:21 45:15,19
53:7 56:24
66:20 96:15
102:6 105:14
138:14 139:17
**pay** 27:2
**payroll** 12:1
27:3 93:6
102:14
**PC** 3:2
**people** 100:15
103:20
**perform** 13:9
28:13
**performing**
27:21
**performs** 28:12
**period** 18:10
19:10,14 52:4
65:1 79:23
**periodically**
21:12 22:11
**permanently**

139:23
**person** 27:1 39:9
52:18 55:6
60:3 63:7,9
101:1 132:4
136:24 138:19
**personal** 145:12
**personally** 24:22
**personnel** 14:1
84:14
**persons** 13:6,24
14:7,18 18:22
**pertain** 36:13
**pertaining** 70:15
70:19 112:14
**pertains** 71:22
136:10
**photo** 139:21
140:10
**photograph**
139:13
**photographed**
139:8
**photos** 139:23
**phrase** 91:6
**physically** 128:1
**pieces** 8:9
**Piemonte** 1:12
4:3 5:2,4,6,7
5:14,15,17
8:10 32:11,13
32:15,21 33:7
42:24 140:21
144:21 145:7
**Piemonte's**
138:9
**Pierce** 3:3
**Pitassi** 1:8 3:9
3:20 137:23
144:8
**place** 144:14
145:16
**plaintiff** 1:4 2:15
5:19 69:8
144:4
**plaintiff's** 118:9
118:11 140:2,3

**plan** 84:14
**play** 103:19
**please** 5:12
31:14 42:12
75:23
**plus** 50:2
**point** 25:14 48:9
118:21
**pointed** 101:16
**points** 106:10
**police** 14:1,19
15:22 16:4
17:14,22 18:3
18:18 20:4
21:20 22:10
23:16 25:20,21
25:22 26:2,8
26:13 27:7,14
30:8,13,17,20
31:1,3,7,19
36:19,21 37:5
37:14,23 38:1
38:3,13 39:13
39:19,20 40:1
40:12,23,24
41:15,16 51:9
51:13,22 52:6
52:8,14,19
55:21,23 58:21
63:18 64:22
78:13,20 79:5
79:9,15 80:3,5
80:11,19 81:17
82:9,10,13
83:1,13 85:6
85:13,19 87:15
88:3,13,21
89:1,9,10,16
89:18,22 90:7
91:7 96:6
113:20 116:7
116:12,18
120:17,20,23
124:3,5,7
141:15,19
**policies** 12:1,10
14:16 28:18,23

29:11,17 30:2
30:6,15,19
31:2,3,8,18
36:12 38:21
39:2,6,11 40:7
41:21 42:6
43:20 51:3,6
51:21 53:12
74:12 88:20
89:2,10,21
90:5,9
**policy** 30:11
34:11,23 35:1
35:2,4,11,12
35:14 37:5
46:6,11 50:12
56:9,15,19
57:12,15 60:23
61:21 65:6
67:2 74:2,6,11
74:15,18 76:13
86:1,13 87:2,9
88:5,13
**population**
109:4,5,7,8,16
110:4,15
**portable** 139:21
**portal** 136:24
**portion** 99:16
**portions** 100:3
**pose** 6:9
**position** 10:2,13
10:14,19,23
11:15,16,19,23
12:14,15 17:4
17:5 19:24
21:7,9 22:1,5,9
22:16 46:11
52:18 78:23
83:23 86:11
101:2 138:6
**positions** 9:21
10:5 11:4,7,8
18:23 22:21
23:12,23 84:17
100:14
**possible** 60:10

**possibly** 29:13
**potential** 137:21
**potentially**
139:2
**practice** 13:23
119:13 128:18
**practice-based**
13:24
**practices** 14:17
**pre** 66:19 67:1
68:19 74:17
76:13 136:19
**prefer** 32:12
**preference**
32:10
**preparation**
24:9 108:16,21
111:18
**prepare** 135:18
**prepared** 30:24
31:2 132:16
135:21
**PRESENT** 3:17
**presented** 141:4
**prevent** 7:21
**previous** 49:1
**previously**
117:20
**Prignano** 117:7
**print** 107:2
109:13
**printed** 93:21
94:14 100:3
106:16,21
**printing** 100:6
100:10 107:12
**prior** 4:11 9:22
16:14 20:1,17
24:5 29:13
47:23 61:2
68:2 109:1
117:14,24
121:7,11
**privacy** 10:7,10
10:15,22 11:3
11:12 12:18
13:5,9

SCATCHELL v. VILLAGE OF MELROSE PARK  CHRISTINE PIEMONTE

18 CV 03989

Page 158

privilege 132:13
134:20 136:7
138:2,17
probably 6:18
22:6 130:19
problem 6:23
procedure 14:4
16:22 23:4
37:9 44:13
56:22 59:10,12
59:20 61:6
64:18 65:24
66:13 68:3
74:15 75:22
85:6,13,19
112:22 113:5
113:13,14
114:2 127:3,6
procedures
12:11 13:20
14:17 24:8
38:4,9,13
40:11,24 44:13
44:22 89:21
114:20 115:15
proceeding 8:6
process 11:19
24:3,23 26:12
26:18 55:7
140:22 141:2
141:14
produce 72:24
92:7 94:18
108:15,20
130:21,23
133:11
produced 15:6
72:19,21 92:11
92:11 94:7,16
103:23 108:2
111:4 112:1
132:10 133:11
133:12 139:8
producing
100:18
production
72:20 118:9,12

133:22
programmed
104:18
prohibited 74:2
promoted 14:1
26:16 27:2
promotion 14:3
14:6 15:14,15
15:16 16:17
17:5 24:8
26:18
promotional
13:19 26:12
promotions 26:3
27:7 113:2
promotions/ap...
14:5
promptly 59:23
60:11
promulgation
28:16
proposed 142:6
142:15
protected 46:1
134:20
protocol 53:14
69:21 125:10
provided 61:20
62:21 94:21
132:14
provides 132:15
providing 7:2
provisions 35:17
36:3
public 83:3,15
90:21 91:7
145:5
punch 6:6
purely 102:4
purpose 109:3
purposes 102:24
104:4,8 105:24
106:16
put 22:7,17,22
23:1,2,13
33:23 53:22
54:5 62:9

72:10 105:2
107:16 111:2
122:17

**Q**

question 6:15,21
7:1,19 23:9
26:5 27:12
31:12,15,17
34:1 41:19
42:11,14 48:11
57:4,5 59:1
62:20 66:9,22
71:5,19 76:23
78:16 80:4,15
81:12,13,14,23
83:10,12,19
84:2 88:12
90:15 104:2
111:22 114:18
119:7 128:23
131:19,20,22
132:20,21
questioning
129:5 136:10
136:19
questions 6:1,9
7:16 8:5 16:12
30:3 61:14
67:3 109:18
quick 7:15
quite 139:5

**R**

R 2:1 3:1
race-based
45:11
racial 92:6
raise 74:21 75:9
ran 94:20 105:22
105:23
range 54:5 92:23
95:15 105:18
ranks 27:7
re-marked
33:18
read 13:19 14:8

31:13,15 45:6
60:7 61:12
67:2,22 68:4
75:23 81:12,23
83:10 112:18
112:20 113:20
114:10,22
115:5 116:24
117:1 122:20
132:20 144:12
ready 5:1,2,9
81:9
really 6:13 21:18
53:10 55:9
98:15 99:16
116:24 124:23
128:3
reask 83:19
reason 7:24 85:5
101:21 103:3,5
104:14 130:5,8
recall 10:24
20:13 21:18
24:12 30:18
31:23 54:1
58:14 63:12
65:4 67:7 70:2
70:17,24 72:3
72:18 73:1
77:13 114:4,5
118:16,20,21
120:9 121:24
122:4 123:17
126:13,15
127:9 128:3
129:17,18,22
134:2
recalling 139:2
receive 10:18,20
27:1 39:12
58:16 117:16
119:13,17,22
120:10,14
121:20 124:6
received 53:18
53:23 54:6,10
56:5 58:9 79:3

79:4,4,8 119:3
120:5,6 121:17
122:1,15 125:5
125:6 128:5,15
129:16,20
130:7,12
137:18
receives 53:15
receiving 54:15
71:14 72:6,9
118:17,22
121:12 122:8
126:13,16
128:9 129:6
130:11,18
recess 81:8
134:14
recollection
98:18 119:2
123:11 125:24
128:5
recommend
141:3
record 7:12 47:3
47:5 69:19
99:20 108:2,18
134:11,13
137:18 145:15
recorded 145:10
records 70:14,19
70:23 71:2,23
72:2,5,8 99:15
100:10,17,24
Redirect 4:6
142:2
reduced 145:11
refer 60:16
113:17
reference 76:12
137:20
referenced 4:19
76:9 89:15
135:11
referencing
134:17 136:12
referring 24:16
35:7 44:16

SCATCHELL  v.  VILLAGE OF MELROSE PARK   CHRISTINE PIEMONTE

18 CV 03989

Page 159

50:17 57:11
59:19 65:19
72:17 75:24
112:24 113:7
113:12 114:14
115:14,16,23
120:23 131:10
**refers** 131:23
**reflected** 46:7
49:13
**refresh** 98:17
119:1 128:4
**regarding** 31:7
114:19
**relate** 36:4
**related** 52:14
**relates** 136:19
**relating** 90:9
**relative** 14:18
24:8 30:17,21
31:20 43:20
45:6,11,24
46:15 52:9,20
61:6,8,20 71:7
73:11,15 76:23
77:16 92:8
145:19,20
**relevance**
117:13
**remember** 5:24
7:20 18:21
63:10 71:1
109:17 111:21
114:14 124:10
124:23 125:2
127:13 130:14
**renewal** 22:11
**renewed** 21:12
21:16
**repeat** 83:8
131:20
**rephrase** 23:8,24
42:11 71:18
**report** 4:14,16
59:21,23 63:15
64:2,5 66:16
76:4,6 86:5,7

86:24 87:5,7
87:17 88:3
93:5,6 94:6,18
97:8 98:1
101:3,6,18,22
102:8,24 104:5
104:8 105:20
105:22,24
106:15,23
107:10
**reported** 55:15
80:8,13 115:12
116:2
**reporter** 1:14
5:13 31:17
33:14 50:19
81:13 83:12
132:21 145:5
146:6
**reporting** 6:15
44:13,22 61:6
64:18 74:1
85:7,12,19
86:13 87:2,9
93:7
**reports** 57:24
74:21 75:10
93:11,17 94:6
94:16,19 95:1
105:19 106:4
**represent**
136:22
**representation**
139:7,19
**representative**
9:2 25:4,8,18
31:9
**representing**
5:18 137:3
**reprisal** 74:22
75:10
**requested** 67:16
108:3
**required** 14:2
63:7 66:15
87:17
**requirement**

23:11
**requirements**
13:24 14:6
**requirements-...**
113:20
**reserve** 143:11
**resigned** 103:3
104:13
**resolution** 112:9
112:11,12
114:24
**resolve** 134:23
136:7
**resources** 49:1
53:20 60:4,12
61:18 64:6,10
64:17 67:6,19
68:22,24 72:12
78:17 80:8
86:9 88:22
89:12 91:14
**respect** 13:5
36:8 66:13,15
86:1,13 115:23
116:21 125:10
136:15 141:10
**respond** 135:18
135:21
**Respondent**
131:8,9,10,23
132:3
**responding**
137:4
**response** 53:14
69:20 132:15
**responsibilities**
13:5
**responsibility**
16:21 39:5
40:6,10,15,22
41:7,14,17
52:5
**responsible** 16:3
16:16 38:24
41:21 42:6
52:19 54:14
90:4,19,23

**responsive** 7:3
**resume** 135:23
**retaliation** 30:22
31:21 34:13
35:18 36:4,14
37:6 46:1
73:23 76:2,22
77:1,8,12,16
78:6,19 79:7
79:14,20 80:6
80:12,17,19
81:16,17 82:9
86:2,5,14,23
87:10,16 90:10
91:3 116:12,17
**retired** 103:20
104:4,9,15,17
**retirees** 106:8
**retirement**
104:10
**review** 8:19
14:20,23 15:10
24:7,11 52:8
107:9,22
108:24 111:23
**reviewed** 24:5
112:7 137:18
138:1
**reviewing** 32:23
33:11 34:2
42:24 47:17
93:2 105:16
106:6
**Revised** 117:4
**revisit** 136:6
**rid** 105:12
**rife** 132:12
**right** 7:18 9:4,8
10:18 11:11,14
12:17 13:15
15:4 16:12,20
17:7,14,19,20
18:13,17,21
19:3,16 20:3
20:22 21:24
24:18 27:20
31:5 32:8,20

33:10,23 34:4
34:7,11,22
35:6,9 43:3,6
44:2,12,20
45:9,23 46:19
47:2,16,19
48:2,9,20 50:2
50:22 51:18
53:10,18 55:12
56:7,16,18
57:6,18 58:24
59:7,11,17
60:6 61:19
62:13 63:13
64:10 65:18,22
66:6 75:16
76:7 79:16
81:22 87:13
94:4 96:8,22
97:15 99:21,24
100:2,16
101:15 102:2,5
102:13,18
104:20,23
105:2,16
106:14 107:5
111:2 112:2,24
113:11,19,21
114:8,23
115:21 116:9
118:7 119:5,12
120:13,22
121:4,6 123:9
123:14,20
124:4 125:2
126:1,15,17
129:18 131:15
132:7 134:24
137:5,11 138:3
138:7,15,22
139:12,13
140:14,15
143:6,11
**Road** 3:3
**Rogowski** 1:9
3:9,21 17:12
18:1 19:2,9,13

SCATCHELL v. VILLAGE OF MELROSE PARK   CHRISTINE PIEMONTE   18 CV 03989

19:21 20:1,24
24:14,23 25:11
144:9
**Ronald** 1:7
144:7
**roster** 95:16
97:17 98:10
99:8,12
**roughly** 110:14
**Rule** 8:17
**rules** 6:7
**run** 93:6,11

**S**

**S** 2:1,21 3:1
**SABATER** 3:22
**SAITH** 143:13
**Sam** 1:8 3:20
144:8
**saw** 133:19
**saying** 16:21
41:13 42:10
56:20 79:19
84:24 88:11
120:4 124:7
**says** 56:15 64:4
64:8,16 65:14
75:8 96:9
112:21 113:19
114:2,10,23
115:6,8,11
116:14 117:1,1
117:3 127:22
131:8,8 132:3
**scan** 130:1,3,5,9
130:12
**scanned** 130:18
**Scatchell** 1:3 2:9
2:14 3:18 5:19
25:14 69:7
70:8,16,20
71:23 73:11,14
76:22 77:1,8
77:11,15 99:22
101:16,20
118:18,23
120:3,5,14

123:21 125:11
126:17,21
127:8,14
128:20 129:14
133:16 134:10
140:10 141:10
141:12 144:3
**scope** 26:19,20
29:18,22 30:23
38:15 40:16
41:1,8 52:22
61:22 62:24
69:9,17,20
80:20 81:19
84:22 86:16
87:20 88:6
91:21 108:22
124:16 126:4
135:15 142:8
**seal** 146:2
**second** 32:2
37:17 43:10
47:4,21 48:3,8
53:6 62:6
75:21 79:11
82:12 104:24
105:13 112:17
117:19 118:8
134:12
**secretary** 120:18
120:22 124:9
**section** 34:17,22
35:3,8,10,10
35:13,15,23
43:13 44:21
50:13 59:15
61:1 75:2
**sections** 35:16
36:11 43:19,22
**see** 24:16 61:5
65:14 95:5
98:15 100:19
101:20 133:13
**seen** 117:24
118:3 129:1
131:13 134:5,8
135:6 136:17

**selected** 17:1
**selecting** 140:24
**selection** 15:21
16:3,16 19:4,9
19:13 24:22
25:5,10
**send** 58:20,21,22
79:6
**Senior** 5:19
25:14 69:7
70:8,16,20
71:23 73:11,15
76:22 77:1,8
77:11,15
101:16 118:18
118:23 120:5
120:14 123:21
125:11 126:17
126:21 127:8
127:14 128:20
129:15 141:11
141:12
**sense** 83:6
**sent** 8:16 56:5
77:19 78:24
93:22 122:9
124:2
**sentence** 60:8
75:7
**sentences** 75:12
**separate** 30:5
38:12 74:11
82:19 85:12,19
100:13
**separation** 26:7
**September**
118:18 146:3
**sergeant** 26:16
**Serpico** 1:8 3:16
21:6 25:6 28:9
138:5 142:7
143:3 144:8
**Serpico's** 142:15
**set** 30:6 37:22
38:3,12,21
90:18,22 146:2
**seven** 97:23

**sexual** 39:14,21
40:1 45:6 46:6
46:15 51:20
59:16,22 60:1
60:16 67:15
**sheet(s)** 144:19
**sheets** 144:20
**Shinkel** 124:22
**Shorthand** 1:14
145:5 146:6
**show** 42:13,14
47:7 103:21
105:4 108:7
117:20
**showing** 32:20
**side** 105:3
**signature** 143:12
**significant**
114:13
**similar** 27:22
28:12 135:4
**simple** 6:7
**single** 96:11
**sit** 17:20 54:9
**six** 98:6 99:5
**skimming**
133:22
**Smith** 102:19
**sole** 39:9
**somewhat** 135:4
135:5
**SOP** 37:17 88:22
91:2
**SOPs** 37:22 51:9
51:13 52:6,9
52:14,20 63:18
88:3,17 89:9
89:15,23 90:8
90:18,22
**sorry** 6:2,5 10:8
45:12,13 48:10
50:16 52:2
54:20 56:22
59:1 62:4,11
62:14 66:5
75:6 79:22
83:9 93:6

**98**:23 118:10
124:24 131:21
137:12 140:4
**South** 3:11
**Spatafora** 121:1
121:12 124:1
125:19,20,22
126:24 128:15
129:1
**Spatafora's**
121:8
**speak** 7:12 16:9
**speaking** 25:4,8
86:11
**specific** 53:18
79:22 125:2
**specifically**
64:13,19 72:3
122:5 130:8
137:22
**specifics** 132:17
**specified** 145:17
**speed** 14:21
**spell** 5:12
**spelled** 57:14
**spells** 64:18
**spend** 13:10
**split** 56:8,11,23
**SR** 3:18
**SS** 145:1
**stamp** 133:16
**stamped** 50:15
62:12 108:19
**standard** 37:9
38:3,8,12
40:11,23
**stapled** 93:16
94:9
**star** 113:24
**starred** 113:23
**start** 97:8
**started** 8:5 29:12
63:3 103:13,16
107:16
**starts** 96:18
**state** 1:15 2:17
5:12 49:16

SCATCHELL v. VILLAGE OF MELROSE PARK CHRISTINE PIEMONTE 18 CV 03989

Page 161

59:17,18 99:19
137:17 145:1,6
stated 22:15
30:2 68:20
78:24 79:13,24
106:9 122:2
128:14
statement
120:24
statements
137:16
states 1:1 67:2
144:1
stating 27:1
station 25:20,21
25:23 26:2
55:21,23 58:22
79:5
status 83:1,14
93:7,8 102:9
104:17
stay 36:8
stemming 40:6
Stenberg 104:3
stenographica...
145:10
Steven 1:9 3:21
17:12 18:1
19:2,9,13,21
20:1,24 24:23
25:10 144:9
stick 102:9
stipulate 136:23
Straham 130:20
streamlined
66:23
Street 1:16 2:3
2:10,17
strike 21:10 26:5
27:11 33:6
48:11 59:1
66:9 71:5 74:5
78:15 80:4
84:1 119:7
structure 16:2
stuff 25:20,23
subject 22:11

67:14 72:5
73:3,7,11
subscribe
144:15
SUBSCRIBED
144:23
subset 133:23
subsidiary 82:14
subsumed 13:10
suggest 83:18
suggested 16:23
16:24 22:7,16
22:21 23:1,13
112:22 113:6
142:6
Suite 2:3,10 3:3
summary
132:15
summation
135:2
superseder
112:10,13
114:24
supervision
78:10
supervisor 55:15
59:24 60:1,7,9
61:17 63:24
64:4,5,9,14,16
67:6,18 68:22
68:23 86:10
116:3
supervisors 39:9
39:10
supplement 50:3
suppose 87:6
supposed 63:15
64:2
sure 6:12,24
20:11,15 35:19
63:3 75:24
76:1 81:6
112:18 122:13
switched 122:12
Switching
117:19
sworn 5:10 8:12

137:8 144:23
145:8
system 27:3 93:7
100:7,11
102:14 103:7
103:19,21
104:18 105:21
118:13

**T**

T 2:7
table 139:14,20
140:2
Taconi 117:7
take 7:10,13,15
35:19 45:18
49:6 55:18
57:3 62:9 63:7
81:5,6
taken 1:13 76:3
81:8 134:14
talk 6:12 13:18
25:19 31:2
43:10 137:8,8
138:21
talked 12:20
141:14
talking 8:24
15:7 53:10
62:19 73:21
84:20 89:14
90:8 140:1
tallied 96:22
101:10
tally 97:3,10
tallying 107:5
TALON 2:2
taxes 103:23
team 123:5
tell 28:20 44:2
47:16
temporarily
134:16
tendered 24:17
32:18 33:16,21
42:21 47:14
48:18 105:10

108:13 111:11
117:22 133:15
term 88:23
terminated
102:19,21,23
103:10
termination
103:6,9
testified 8:12
38:2 57:19
136:16
testify 8:1
132:16 145:8
testifying 7:22
15:11 31:8
109:1
testimony 22:18
25:5 26:6 27:6
66:7 69:3
78:18 79:17
116:21 123:10
125:5 138:10
145:15
Thank 54:24
108:5
thing 46:3 97:20
102:1
things 25:24
26:2 135:14
think 7:14 8:1
29:21 33:23
65:13 66:6,7
69:19 83:22
92:2 93:11
97:21 104:2
129:4 133:19
136:8
third 75:7
102:12
thought 24:19
116:9 126:23
three 100:13
time 7:14 9:15
10:9 13:10,21
18:10 19:6,10
19:14 45:18
52:4 53:23

65:1 74:24
81:4 92:3
120:18 122:11
122:13 129:16
130:6 144:14
145:16
timely 60:13
TIMOTHY 3:15
title 9:19 10:12
46:10 52:18
78:22 104:22
121:4 122:5
titled 44:21
titles 84:12,13
96:9 104:21
today 6:10,14
7:22 8:2,17,24
14:20 15:6,11
17:21 24:5,9
25:18 54:9
92:8,10 108:16
108:21 109:1
111:5,18 114:6
118:1 130:23
today's 106:16
told 133:2
top 95:1,3 96:19
topic 13:17
14:15,21 15:11
29:21 30:24
36:9 53:9,10
53:11,13 92:6
92:8 114:5
132:15 135:19
135:22 136:2,3
136:4,11,11,20
137:1 138:10
138:19
topics 8:18,21,23
9:3,6,12 13:16
43:23 51:7
53:9 138:10,24
total 95:4,10,11
96:23 97:1
98:14,20 99:3
101:12 107:6
107:10

SCATCHELL v. VILLAGE OF MELROSE PARK   CHRISTINE PIEMONTE                    18 CV 03989

totaled 95:18
  101:14
totally 84:2
totals 107:20
training 61:20
  62:21 63:4
trans 125:14
transcript 6:13
  6:22 144:13,16
  145:14
transfer 125:15
transferred
  101:5
transferring
  122:15
transmit 129:23
transmitted
  129:19
transmitting
  130:22
treasurer 84:20
  84:21
treated 57:19
treatment 56:12
  80:16 81:15
  82:8
trigger 135:9
true 34:7 45:11
  90:3 100:22
  144:16 145:14
trustee 84:14
trustees 11:13
  14:3 22:8,17
  22:22 23:2,14
  84:24 100:13
  141:5,7 142:5
  142:14 143:1
truth 145:8,9,9
truthfully 7:22
  8:1
try 6:17,19 7:12
  92:19
trying 36:8
  53:17 84:1
  85:4 125:8
  135:18 140:6,8
twice 101:3,6

two 11:7 18:9,11
  18:14,18,22
  37:18 46:12
  49:7 59:8,12
  60:15,21 75:11
  90:2 106:4
  112:14 115:1
  134:3 135:14
type 61:15 67:3
typewriting
  145:11

———————
U
uh-huh 7:7
Um-hum 5:8
  14:14 111:6
  130:4
unavailable 60:1
unaware 89:13
  121:9
underlined
  44:14,19,23
Underneath
  65:24
understand 7:4
  7:16 11:21
  15:17 23:6
  34:24 47:19
  82:17 92:7
  125:9 136:5
undertake 71:10
  72:4
Unfortunately
  135:3
UNITED 1:1
  144:1
universe 89:20
unlawful 51:21
  59:16,22 60:10
  60:16 66:13
  67:15
unrelated 64:22
update 42:10
  46:14,20,24
  51:4
updated 44:5
updates 4:12

45:10,10,24
  49:1
uploaded 118:13
upshot 14:15
upside 94:3,12
Upstairs 72:12
use 59:14 92:19
usual 128:17
usually 55:14
  124:8 129:23
  130:1
utilizing 49:20
  50:6

———————
V
Vaselli 117:3
verbally 7:7
verbiage 15:17
version 43:4
  47:23 49:14
  50:6
versus 55:3 56:7
  57:7,13 82:9
victim 80:12,17
  81:15
victims 80:17,18
  81:16,17
village 1:6 2:23
  9:2,16,22 10:2
  11:5,8 12:3,23
  13:1,3,6,20
  14:16 16:2,5
  17:8 25:5,9,18
  25:24 26:8
  27:13,18,21
  28:11,18,23
  29:6,17 30:7
  30:12 31:1,3,9
  32:24 34:3,8
  36:10,12 37:12
  37:19,21 38:11
  38:14,20 39:1
  39:5,14,20,24
  40:12,22 41:20
  43:1,8 46:14
  47:18,22 49:8
  49:12 51:3,7

51:20 56:8
  58:10,15 64:21
  73:23 74:2
  79:5 80:10,18
  81:16 82:10,13
  82:15,15,24
  83:2,13,15,19
  84:5 85:8,14
  85:20 86:1,3
  86:13,15 87:1
  87:8 88:4
  89:12 91:15,19
  91:19 93:9,18
  95:16 96:3
  98:7 116:6,6
  119:6,9,18,21
  120:7,15
  131:11 135:16
  136:23 137:3
  137:22 144:6
Village's 43:20
  53:14
violating 87:1,8
violation 87:6
VMP 4:9,10,11
  4:14,17 13:22
voluntary 103:7
vote 141:8 142:5
voted 22:8 141:5
  141:6 142:15
vs- 1:5 144:5

———————
W
wait 79:11
  137:13
walk 55:7
want 6:14,24 7:2
  14:9 15:13
  32:9 42:16
  47:9 52:4 55:7
  61:12 62:17
  65:8 66:7
  93:15,19,21
  98:17 112:18
  117:20 137:7
  137:17
wanted 14:16

52:1
wants 59:21
  141:3
warranted
  115:10 116:4
wasn't 20:16
  50:5 103:18
  106:12 125:10
way 19:4,8 20:23
  25:2 34:19
  41:20 46:23
  51:24 66:15,24
  68:10 84:3
  85:3 86:19
  93:16 94:13
  100:10 128:5
  129:23 135:16
we'll 43:10 47:21
  143:11
we're 5:23 6:14
  8:6,23 33:24
  48:3,8 53:10
  57:6 85:3 89:8
  108:7 114:11
  136:9 138:12
we've 59:8 73:21
  88:15 89:15
  90:8 92:11
  112:3 134:7,16
  137:9
website 109:14
  132:6,9,23
  133:3
week 134:3
weeks 134:3
went 125:16
  128:20 129:3
weren't 21:3
  45:9,23 49:11
  103:22
West 2:3,10
whereof 146:1
Whichever
  32:12
WiFi 140:12
wishes 80:5
withdraw 42:14

SCATCHELL v. VILLAGE OF MELROSE PARK   CHRISTINE PIEMONTE

18 CV 03989

134:21
**withdrawing**
134:16
**withdrawn**
137:10
**witness** 4:2,18
5:3,6,8,10,14
5:22 6:2,5 7:5
7:9,17,23 8:3,7
8:11 9:5 10:10
13:18 26:23
30:1 31:14,22
33:2,15 35:22
36:22 38:17
40:18 41:3,10
42:2 44:10
45:16,20 51:10
53:1 54:22
62:3 63:2,20
65:3,12 67:14
69:11 70:1
80:22 81:10
82:21 83:8
84:23 86:18
87:22 88:8
91:23 93:23
94:10,15 98:22
105:11 109:19
110:7,17,23
121:15 124:18
126:6 128:13
131:2 132:16
133:1,8 135:19
136:20 139:2
142:10,21
145:16 146:1
**WOERNER**
3:15 138:4
141:24 143:10
**woerner@dlgl...**
3:14
**wondering**
125:12
**word** 102:23
**words** 22:4
30:10 37:2
48:2 51:18

89:20 96:10
106:14 124:4
142:13
**work** 13:8,13
**worked** 85:22
96:12 135:18
**working** 17:21
18:3 21:3
102:16 103:1,4
103:22 129:15
**Workmen's** 12:7
**workplace** 61:16
67:4
**works** 17:16
83:3,16 90:21
91:7
**World** 109:16
**worldpopulati...**
109:22
**writing** 28:19,23
29:11,16 56:17
57:6,10 59:1,3
64:12 76:8,11
98:15
**written** 56:8
57:21 58:5
64:23 86:19
93:5 102:12
**wrong** 62:4
**wrote** 95:22
96:19 113:6,8
113:12 114:4,6
114:15 115:4
115:14,22

**X**

**Y**

**yeah** 28:8 42:13
62:3 81:6 85:3
93:4 98:19
99:2
**year** 11:2 19:20
20:8 21:14,17
22:14 63:3,10
70:17,18,22
77:13,14 93:12

94:9 95:10,19
96:3,11 97:12
97:18 98:7,14
99:7 101:2
103:24 120:11
120:16 122:2
127:18
**yearly** 62:21
**years** 4:15 52:12
52:17 63:4
69:16 70:5
93:18 94:6
98:20 124:13

**Z**

**0**

**08/12/2020**
32:17 33:20
42:20 47:13
48:17 92:18
105:9 108:12
111:10
**084-003352**
146:7

**1**

**1** 4:9 32:9,11,11
32:13,15,21
33:7,8,11,18
34:2 37:3,9,13
38:22 39:2,7
40:7 41:23
43:4 44:4,16
44:21 46:8
56:21 57:12
59:13 65:19
66:17 95:2
131:7
**1-10-2000** 4:13
**1-27-20** 4:9
**10** 9:3,6,12
123:18 132:16
135:19,22
136:2,4,5,11
136:21 137:1
138:11,19
**10:10** 1:17

**100.3** 50:13
**100.4** 50:24
**100:3** 61:1
**100:4** 75:2
**100:4under**
59:15
**1000** 1:15
**105** 2:3 4:16
**108** 4:17
**1095-C** 103:23
**1095-Cs** 103:19
106:10
**10th** 49:5
**11-21-2017**
131:8 132:2
**111** 4:18
**117** 4:21
**12** 100:20
**12-1-17** 131:24
**12th** 1:16
**1350** 2:3
**14** 52:17
**140** 4:5
**1404** 2:10
**142** 4:6
**1441** 3:11
**15** 49:20
**16** 19:23 49:20
**17** 49:20 93:12
**18** 49:16,21
52:17 66:17
77:10 93:12
117:5
**19** 93:12 98:23
**195** 3:3
**1999** 48:5 49:2
**1st** 67:11 68:2,3
68:19 74:17
75:18

**2**

**2** 4:10 42:15,18
42:23 43:12,23
44:3 46:8
47:24 49:15
65:20,21,23
66:12,17,19

67:11,22 68:8
75:17 76:19
**2.1** 35:8,10,16
36:2,11 43:14
43:19
**2.4** 35:23 36:2,11
43:13,19
**2.5** 34:17,22 35:3
35:10,13,16
36:2,11 43:13
43:19
**2.6** 34:19
**20** 93:13
**2000** 49:5,9,13
67:11
**2008** 20:10,12,21
**2010** 110:9
**2014** 9:20,23
10:3,6 16:11
29:12 49:16,20
50:7 51:4,7,22
52:3,10,12
53:20 54:12
58:11 59:2
65:2
**2015** 93:12,18
95:16 96:11,12
96:18 101:17
**2015-2020** 4:15
**2015-385** 95:3
**2016** 18:12,14,23
20:1 21:1
24:24 25:11,15
93:12 96:18,19
**2016-** 114:9
**2017** 18:12,14,23
42:5 69:16
70:9,14 77:2
77:10 97:6,8
97:13 112:10
114:22 118:14
118:19 127:24
**2018** 4:11 43:23
44:24 45:3,10
45:24 46:7
47:23 48:5
49:9 50:7 51:4

SCATCHELL v. VILLAGE OF MELROSE PARK CHRISTINE PIEMONTE

18 CV 03989

Page 164

51:7,22 52:3
52:10,12 53:20
54:12 57:16
59:2 61:19
64:24 65:2,7,9
66:11,19,19
67:1,12 68:2,3
68:19 69:16
70:9,15 74:17
75:18 76:13
77:2 97:21,24
128:2
**2018-cv-03989**
1:5 144:5
**2019** 77:4 98:3
98:14 99:2
**2020** 1:17 34:6
44:24 45:3,5
45:10,24 46:7
57:12 65:9
77:4 93:18
99:7,12 110:10
110:20 144:24
146:4
**20th** 118:14
**25th** 1:15
**27th** 34:6
**28th** 2:17 20:21

─────────
**3**
**3** 4:11 35:5,7
47:8,11,17,21
48:4,21 49:3,6
50:1,2,8,10,23
57:15 59:9,14
59:16 61:3,21
62:9 66:19
67:1 68:8
74:16 75:12
76:13,19
**30(b)(6)** 4:8 8:17
26:20 32:11
33:8,10,18
34:2 37:3,13
38:22 39:2,6
40:7 41:23
42:15,18,23

47:8,11,17
48:13,15,20,23
92:14,16,22
100:4 105:4,7
105:16 108:8
108:10,15
111:8 138:9,18
**312-248-3303**
2:12
**312-351-2478**
2:5
**312-467-9800**
2:19
**315** 98:14
**33** 4:9
**333** 3:3
**346** 97:1
**3466** 66:3
**3467** 66:5 67:21
68:4 75:22
**360** 2:10
**375** 99:3
**385** 95:19,22
**3rd** 9:20,22 10:3
10:6

─────────
**4**
**4** 4:12,21 34:17
48:13,15,21,23
48:24 49:4,7
49:14 50:3,8
75:22 117:21
118:9 127:22
131:6 136:13
136:16
**4-18-17** 117:3
**4098** 50:15,21,22
51:1,19 59:8
61:21 62:12,22
63:14 74:19,20
75:12
**4099** 50:24 51:1
51:19 59:8
61:2 74:19
75:2,12
**4166** 105:18
**4190** 105:18

**4191** 108:19
**42** 4:10
**4205** 108:19
**4317** 92:23 95:2
95:13
**4323** 101:17
**4324** 95:14
**4325** 96:19
**4333** 97:7
**4341** 97:21
**4350** 98:3
**4357** 102:10
104:3,20
**4359** 99:7
**4365** 92:24
**47** 4:11
**48** 4:12

─────────
**5**
**5** 4:14 34:21
44:11,19,21
92:14,16,22
94:6 95:2
100:4 106:4,19
106:21 107:17
107:20,22
118:12
**5-19-17** 117:4
**5-24-18** 117:4
**515** 2:17

─────────
**6**
**6** 4:16 9:3,6,12
13:17 34:19
105:5,7,17
106:5,15 107:2
107:6,10,15
108:2 114:19
138:24
**60143** 3:4
**60402** 3:12
**60602** 2:4
**60654** 2:11,18
**630-860-4343**
3:5

─────────
**7**
**7** 4:17 29:21

53:9,10 108:8
108:10,15,24
109:23 115:6
**7-1** 117:5
**7-1-18** 4:10
**708-222-7000**
3:13

─────────
**8**
**8** 4:4,18 53:11
111:5,8 112:19
116:24
**8-12-20** 144:14

─────────
**9**
**9** 92:6 108:23
138:24
**92** 4:14



# Village of Melrose Park
## Ronald M. Serpico, Mayor

# EMPLOYEE HANDBOOK

## THIS VERSION EFFECTIVE JANUARY 27, 2020.

This Handbook supersedes and replaces all other previously-issued handbooks.



# TABLE OF CONTENTS

## SECTION 1.0  INTRODUCTION

1.1  Welcome from the Village Mayor _____ 1

1.2  Purpose and Applicability _____ 2

1.3  Employment at Will _____ 2

## SECTION 2.0 EMPLOYMENT POLICIES

2.1  Equal Opportunity Employer _____ 3

2.2  Reasonable Accommodations for Individuals with Disabilities _____ 3

2.3  Reasonable Accommodations for Conditions Related to Pregnancy ____ 3

2.4  Commitment to Diversity _____ 4

2.5  Harassment and Complaint Procedure _____ 4

2.6  Open Door Communication Policy _____ 5

2.7  Confidential Information _____ 6

2.8  Residency Requirement _____ 6

2.9  Job Postings _____ 6

2.10 Applications _____ 7

2.11 Immigration and Reform Act _____ 7

2.12 Background Checks _____ 7

2.13 Initial Orientation Period _____ 7

2.14 Promotions and Transfers _____ 8

2.15 Employment Classifications _____ 9

## SECTION 3.0 WORKPLACE RULES AND GUIDELINES

3.1  Attendance _____ 9

3.2  Personal Conduct _____ 10

3.3 Dress and Grooming _____ 11

3.4 Solicitations and Distributions _____ 12

3.5 Personal Phone Calls _____ 12

3.6 Workplace Technology _____ 12

3.7 Social Media Policy _____ 13

3.8 Disciplinary Action _____ 15

3.9 Separation of Employment _____ 16

## SECTION 4.0 HOURS AND WAGES

4.1 Work Week and Hours of Work _____ 16

4.2 Meals and Rest Breaks _____ 16

4.3 Payroll _____ 17

4.4 Recording Time _____ 17

4.5 Overtime for Non-Exempt Employees _____ 17

## SECTION 5.0 PAID TIME OFF AND LEAVES OF ABSENCE

5.1 Vacation _____ 18

5.2 Personal Days _____ 19

5.3 Sick Days _____ 19

5.4 Procedures for Unscheduled Absences Due to Illness _____ 20

5.5 Family and Medical Leave Of Absence ("FMLA") Policy _____ 20

5.6 Personal Leaves of Absence _____ 27

5.7 Bereavement Leave _____ 28

5.8 Jury Duty Leave _____ 28

5.9 Voting Leave _____ 29

5.10 Leave for Nursing Mothers _____ 29

5.11 Leave Under the Illinois School Visitation Rights Act _____ 29

5.12 Leave for Elected Officials _____ 29

5.13  Leave Under the Victims Economic Safety and Security Act _____ 29

5.14  Military Leave _____ 30

5.15  Holidays _____ 32


**SECTION 6.0 EMPLOYEE BENEFITS**

6.1  Available Benefits _____ 33

6.2  Medical/Dental Insurance _____ 33

6.3  Medical Benefits Continuation _____ 33

6.4  Disability Insurance _____ 34

6.5  Accidental Death or Dismemberment _____ 34

6.6  Illinois Municipal Retirement Fund _____ 34

6.7  Retiree Medical Benefits _____ 34

6.8  EAP Program _____ 34

6.9  Workers' Compensation _____ 36

6.10  Social Security _____ 36


**SECTION 7.0 SAFETY IN THE WORKPLACE**

7.1  General Safety Policy _____ 36

7.2  Alcohol and Substance Abuse Policy _____ 39

7.3  Smoke-Free Workplace _____ 43


**ACKNOWLEDGEMENT AND RECEIPT** _____ 44

# 1. INTRODUCTION

## 1.1 <u>Welcome from the Village Mayor</u>

On behalf of our residents, I want to say thank you for choosing a career as an employee of the Village of Melrose Park (referred to herein as the "Village" or "Melrose Park").

The Melrose Park Employee Handbook ("Employee Handbook" or "Handbook") was created to convey important information regarding your employment with the Village. Please carefully review all of the information provided in this Handbook and familiarize yourself with our Village policies, programs, and benefits.

I strongly believe that an informed Village employee who knows what is expected of him or her and what he or she can expect in return ensures better morale, a friendlier workplace, and a fairer approach to management – employee relations.

Together, we have made great strides in making Melrose Park a place where people want to move to and not from. However, there is much more work to be done.

Once again, I am glad you have chosen to be part of the Melrose Park team, which is making surrounding municipalities sit up and take notice of the excellent and innovative work being done here.


Sincerely,


Ronald M. Serpico

Village Mayor

## 1.2   Purpose and Applicability

The primary purpose of this Handbook is to provide a general overview of the work rules, policies, procedures, and benefits covering Melrose Park employees. This Handbook is not an exhaustive list of every workplace rule and policy for every circumstance or context. Rather, this Handbook is meant to serve as a guide to employees for commonly raised questions. From time to time, the Village may add, modify, supplement, rescind, or revise any provision in this Handbook or the policies, practices, benefits, and procedures on which they are based. When changes are made to the policies and guidelines contained in this Handbook, the Village will endeavor to communicate them in a timely fashion. No provision of this Handbook establishes a contract (express or implied), a promise of continued employment, or any other obligation on the part of the Village.

This Handbook is not a substitute for the terms of any medical, pension, or other benefit plan. If there is at any time a conflict between this Handbook and the terms of such a benefit plan, the terms of the benefit plan and not this Handbook will control. If you are in a position covered by a collective bargaining agreement, the policies and procedures contained in the collective bargaining agreement will apply in the event they differ from the policies and procedures contained in this Handbook. This Handbook does not supersede a collective bargaining agreement or any other contract for employment. To the extent anything in this Handbook conflicts with contractual obligations or state or federal laws or regulations, those obligations and laws or regulations will prevail.

Since there may be some subjects that have not been anticipated, we ask that any unanswered questions be brought to the attention of your supervisor or to the Human Resources Department.

You are responsible for reading and understanding the contents of this Handbook, and we suggest you keep it in a safe and convenient place for accessibility.

## 1.3   Employment at Will

Unless otherwise provided for in a collective bargaining agreement or written employment contract, your employment with the Village is on an at-will basis. This means that your employment has no definite term and either you or the Village may terminate the employment relationship at any time, for any lawful reason, with or without cause or notice. Nothing in this Handbook modifies your at-will relationship with the Village.

Please be advised that no supervisor, manager, or representative of the Village other than the mayor (with the approval of the Board of Trustees of the Village of Melrose Park where required by law) has the authority to enter into any agreement with any individual for employment for any specified period of time or to make any promises or commitments contrary to the foregoing. Further, any such employment agreement will not be enforceable unless the agreement is in writing and signed both by you and the mayor. This policy supersedes any other communication, assurance, or promise which may have been made to you at any time, whether oral or written, with regard to your employment.

## 2. <u>EMPLOYMENT POLICIES</u>

### 2.1    <u>Equal Opportunity Employer</u>

The Village of Melrose Park is an Equal Opportunity Employer and does not discriminate in employment opportunities or practices on the basis of race, color, religion, sex, gender, national origin, age, marital status, sexual orientation, medical condition, disability status, sexual orientation, gender identity or expression, protected veteran status, or any other characteristic protected by federal, state or local law.

If you believe you have been subjected to any form of unlawful discrimination, you should provide a written complaint to the Human Resources Department. The Village will conduct a prompt and thorough investigation and try and resolve the situation. If it is determined that unlawful discrimination has occurred, the Village will take appropriate action. The Village will not retaliate against you for complaining of discrimination and will not knowingly permit retaliation by any Village employees.

### 2.2    <u>Reasonable Accommodations for Individuals with Disabilities</u>

To ensure equal employment opportunities to qualified individuals with a disability, the Village will make reasonable accommodations for the known disability of an otherwise qualified individual, unless undue hardship would result. Employees or applicants who may require an accommodation to perform the essential functions of their positions should contact the Human Resources Department. Once the Human Resources Department has been contacted, the employee and Human Resources can discuss what accommodations are available and appropriate. If an accommodation is reasonable and will not impose undue hardship, the accommodation will be made.

Examples of possible accommodations include restructuring a position by redistributing marginal functions that an individual cannot perform because of a disability, reassigning a non-occupationally injured employee with a disability to an equivalent existing vacancy for which he or she is qualified, or providing modified scheduling.

### 2.3    <u>Reasonable Accommodations for Conditions Related to Pregnancy</u>

The Village will not discriminate or retaliate against a job applicant or employee affected by pregnancy, childbirth, or medical or common conditions related to pregnancy or childbirth. Otherwise qualified individuals who require an accommodation to perform the essential functions of their positions due to any medical or common condition related to pregnancy or childbirth should contact the Human Resources Department. Reasonable accommodations that do not impose undue hardship on the Village will be made.

### 2.4    <u>Commitment to Diversity</u>

Melrose Park is committed to maintaining a workplace in which all employees have an opportunity to participate and contribute to the success of the Village and are valued for their skills, experience, and unique perspectives. This commitment is embodied in Village policy and the way we operate.

## 2.5 Harassment and Complaint Procedure

Harassment based on such factors as race, color, ancestry, national origin, gender, sex, sexual orientation, gender identity, marital status, religion, age, disability, veteran status, or any other characteristic protected by local, state or federal law is prohibited.

It is the Village's policy to provide a work environment free of sexual and other harassment. To that end, harassment of Village employees by management, supervisors, coworkers, or nonemployees who are in the workplace is absolutely prohibited. Employees' interactions at any time during or outside of work have a direct impact on their working relationships. Further, any retaliation against an individual who has complained about sexual or other harassment or retaliation against individuals for cooperating with an investigation of a harassment complaint is similarly unlawful and will not be tolerated. The Village of Melrose Park will take all steps necessary to prevent and eliminate unlawful harassment.

**Definition of Unlawful Harassment**. "Unlawful harassment" is conduct that has the purpose or effect of creating an intimidating, hostile, or offensive work environment; has the purpose or effect of substantially and unreasonably interfering with an individual's work performance; or otherwise adversely affects an individual's employment opportunities because of the individual's membership in a protected class.

Unlawful harassment includes, but is not limited to, slurs; jokes; pranks; innuendo; comments; written or graphic material; stereotyping; or other threatening, hostile, or intimidating acts based on race, color, ancestry, national origin, gender, sex, sexual orientation, marital status, religion, age, disability, veteran status, or other characteristics protected by local, state, or federal law.

**Definition of Sexual Harassment.** "Sexual Harassment" is harassment in the workplace, or other professional or social situations, involving the making of unwanted sexual advances or obscene remarks.

Other sexually oriented conduct, whether intended or not, that is unwelcome and has the effect of creating a work environment that is hostile, offensive, intimidating, or humiliating to workers may also constitute sexual harassment.

While it is not possible to list all those additional circumstances that may constitute sexual harassment, the following are some examples of conduct that, if unwelcome, may constitute sexual harassment depending on the totality of the circumstances, including the severity of the conduct and its pervasiveness:

- Unwanted sexual advances, whether they involve physical touching or not;
- Sexual epithets, jokes, written or oral references to sexual conduct, gossip regarding one's sex life, comments about an individual's body, and/or comments about an individual's sexual activity;

4 | P a g e

- Displaying sexually suggestive objects, or pictures; and
- Unwelcome leering, whistling, brushing up against the body, sexual gestures, or suggestive or insulting comments.

All employees should take special note that, as stated above, retaliation against an individual who has complained about sexual harassment and retaliation against individuals for cooperating with an investigation of a sexual harassment complaint is unlawful and will not be tolerated.

**Complaint Procedure**

Any employee who believes he or she has been subject to or witnessed illegal discrimination, including sexual or other forms of unlawful harassment, is requested and encouraged to make a complaint. You may complain directly to your immediate supervisor or department manager, the Director of Human Resources, or any other member of management with whom you feel comfortable bringing such a complaint.

No retaliation or other adverse action will be taken against an employee for making a complaint or report of discrimination or harassment or for assisting in the investigation of any such complaint or report. Any suspected retaliation or intimidation should be reported immediately to one of the persons identified above. All complaints will be investigated promptly and with regard for confidentiality. If the investigation confirms conduct contrary to this policy has occurred, the Village will take immediate appropriate corrective action, including discipline up to and including immediate termination.

**<u>Reporting Procedures for Elected Officials</u>**

<u>An elected official who either observes another elected official engage in sexual harassment or believes themselves to be the object of sexual harassment by another elected official may report such conduct for independent review to the Village Attorney. If the Village Attorney believes a conflict exists which prevents her or him from conducting an independent review, the Village Attorney must notify the Village Board of Trustees of such conflict. Upon receiving notification of the conflict, the Village Board of Trustees shall authorize the engagement of outside legal counsel to conduct the review.</u>

<u>The Village Attorney or other outside legal counsel shall conduct an independent review of the allegations and provide any findings to the corporate authorities of the Village. Any documents, communications or other records created pursuant to the review shall remain confidential, subject to attorney-client privilege, and will not be disclosed unless such disclosure is authorized by resolution with the concurrence of a majority of all members then holding office on the Village Board of Trustees, or as otherwise required by applicable local, State or federal law.</u>

<u>Such records shall also be presumed as exempt from disclosure under the Freedom of Information Act, to the extent it is applicable.</u>

## 2.6     Open Door Communication Policy

We believe free and open communications between personnel at all organizational levels within the Village of Melrose Park is in the best interests of both the Village and individual employees. If you have a problem, suggestion, or question regarding your job or working conditions, the Village encourages you to voice your concerns openly and directly to your supervisor/manager. However, if you feel it is not appropriate to contact your supervisor/manager or if you feel the issue has not been addressed, you may bring the issue to your Department Head. If a problem or complaint cannot be resolved within your department, or if you feel the circumstances warrant, you may seek guidance from the Human Resources Department. The Village values your input, and you should feel free to raise issues of concern, in good faith, without fear of retaliation. The Village will maintain confidentiality whenever possible and appropriate.

## 2.7     Confidential Information

The protection of confidential information is vital to the interests and success of the Village of Melrose Park. Confidential information in this context refers to any information that may not be obtained pursuant to the Illinois Freedom of Information Act (5 ILCS 140/1 et seq.). The Village prohibits employees from directly or indirectly disclosing or using confidential information except as required by law or in the performance their official duties and responsibilities.

An employee who improperly uses or discloses confidential information will be subject to disciplinary action up to and including termination of employment and legal action, even if he or she does not actually benefit from the disclosed information.

All inquiries from the media must be referred to Mack Communications.

## 2.8     Residency Requirement

The Village has adopted a residency requirement that is stated in Chapter 2.52 of the Village of Melrose Park Municipal Code. Any failure to comply with the Village's residency requirement shall be grounds for termination.

## 2.9     Job Postings

The Village of Melrose Park provides employees an opportunity to indicate their interest in open positions and to advance within the Village according to their job skills and experience. In general, notices of all regular, full-time and part-time positions are posted, although the Village reserves its discretionary right not to post a particular opening. Job postings will be posted on the employee bulletin board and will include the date of the posting, job title, department, job summary, essential duties, and qualifications (required skills and abilities).

To be eligible for an open position, employees must have a satisfactory performance record and have completed the initial orientation period. Employees who have a written warning on file or are on suspension or probation are not eligible to apply for posted positions. Eligible employees should only apply for those posted jobs for which they possess the required skills and qualifications.

To apply for an open position, employees should submit an internal job application to the Human Resources Department listing their job-related skills and accomplishments, including their current experience with the Village of Melrose Park.

## 2.10 Applications

The Village only will accept applications for employment when specific positions are available. All such applications shall be retained by Human Resources and shall be considered for employment for a period of one (1) year.

Prospective employees must complete and sign an application in order to be considered for an open position. The Village relies upon the accuracy of information contained in the employment application, as well as the accuracy of other data presented throughout the hiring process and employment. Any misrepresentations, falsifications, or material omissions in any of this information or data may result in the Village of Melrose Park's exclusion of the individual from further consideration or, if the person has been hired, termination of employment.

## 2.11 Immigration and Reform Act

The Village will only hire those persons legally eligible to work in the United States. Documents that prove both identity and authorization to work must be provided to the Village within the first three (3) days of employment. All employees not able to establish identity and authorization to work will not be able to work until accepted documents are presented to the Village. It will be the responsibility of the employee to provide current documents upon their expiration. All changes in status also must be reported to the Human Resources Department.

## 2.12 Background Check

All job candidates will be subject to a background check to verify information on their job application and throughout the hiring process. Information that is job-related may include but is not limited to employment, education, social security number and references. All information received will be kept confidential. Hiring managers will be notified of any information that adversely affects the hiring of an applicant.

## 2.13 Initial Orientation Period

New employees will attend a New Employee Orientation session in the Human Resources Department on or near their first day of employment. The primary purpose of this orientation is to acquaint new employees with the Village's benefits, policies and procedures. The new employee will meet with a representative from Human Resources and complete all necessary forms for payroll, personnel records and insurance coverage.

Upon completion of the orientation session, the employee will be trained. The training will include the employee's working hours, breaks and lunch, a tour of the facilities, and safety requirements. Questions are encouraged and welcomed.

All new employees must complete an orientation period of ninety (90) days. This is intended as a period of learning adjustment and an opportunity for the Village to evaluate the new employee's

suitability. This is not a guarantee of ninety (90) days of employment. As always, employment may be terminated by either party at any time and for any reason during this period.

During this orientation period, the new employee is expected to meet or exceed the established performance standards for new employees in that position and to learn and observe standard procedures and work rules. The end of an orientation period does not in any way restrict the Village's authority to discharge, discipline, or transfer the employee.

### 2.14    Promotions and Transfers

Job vacancies may be posted on bulletin boards located throughout the building at the Village's discretion. Village policy is to promote and train from within, whenever practical. Promotion or transfer from one position to another shall be based on such job-related factors as ability, job performance, attendance, education, and the needs of the Village.

As business and staffing needs require, employees may be asked to accept a permanent or temporary transfer to another position. Employees also may apply for a transfer or promotion to a vacant position by completing an internal job application. Employees must indicate the specific position in which they are interested.

When moved into the new position, the employee shall serve the customary ninety (90)-day orientation period during which he or she may receive assistance in learning the new job. When transferred to a comparable position, the employee will continue to receive the same rate of pay. If he or she is transferred to a job that has a pay rate higher than that of the original position, the employee's rate of pay may be adjusted to the appropriate rate for the new position. Upon satisfactory completion of the orientation period, he may be reinstated to the former job without prejudice or loss of any rights or privileges (if that original position or its equivalent is available).

No employee will be permitted to bid for a promotion to a new position until he or she has completed the initial ninety (90)-day orientation period. This requirement permits an employee to become somewhat skilled and knowledgeable in one area before taking on additional responsibilities and reduces the disruption within departments that may be caused by excessive reassignment of employees.

### 2.15    Employment Classifications

The Village classifies employees under defined categories so that employees understand their employment status and benefit eligibility. These classifications do not guarantee employment for any specified period of time. If you have any questions or concerns regarding your classification, you should contact the Human Resources Department.

1. **Full-Time Employees:** Full-time employees are those who are regularly scheduled to work at least 30 hours per week, including vacation time and sick leave, and are not expected to be seasonal.

2. **Part-Time Employees:** Part-time employees are those who are regularly scheduled to work fewer than 30 hours per week and are not expected to be seasonal.

3. **Seasonal Employees:** Seasonal employees are those who are hired for a position with an annual employment period of 6 months or less around the same time of year. Seasonal employees can be scheduled to work more than 30 hours per week. Seasonal employees are not eligible for benefits unless otherwise provided by law or Village policy.

4. **Exempt Employees:** Exempt employees are exempt from the overtime provisions of the Fair Labor Standards Act and applicable state law because their job duties and salary meet the exemption requirements of the law. Exempt employees are paid a salary and are not required to be paid overtime for work performed beyond forty hours in a workweek. Exempt employees are not required to record the hours they work.

5. **Nonexempt Employees:** Nonexempt employees do not meet the exemption tests under the Fair Labor Standards Act and applicable state law and are paid overtime for hours worked over 40 in a workweek. Nonexempt employees can be paid a salary or an hourly rate and are required to record the hours they work.

## 3. WORKPLACE RULES AND GUIDELINES

### 3.1 Attendance

Regular attendance is the employee's personal responsibility. An unsatisfactory attendance record may affect an employee's advancement, merit increases, and continuance on the job. Failing to comply with the Village's attendance policies may lead to disciplinary action up to and including termination.

All calls should be placed to the employee's supervisor/manager at least one (1) hour before the start of a shift or up to thirty (30) minutes after. If the call is not received within that period of time, it may be considered a "no call." The employee must call the supervisor/manager promptly on the first day of absence and every day thereafter unless the supervisor/manager instructs the employee otherwise.

Should the employee's immediate supervisor/manager be unavailable, an absent employee is to speak with the Human Resources Department. At no time should voicemail be used to report any absences.

An "absence" for purposes of this policy is the failure to report for work or failure to remain at work as scheduled. It does not include authorized absences for holidays, vacations, or approved leaves of absences. Employees who fail to call in for three (3) consecutive workdays to report an absence shall be considered to have voluntarily resigned from their employment with the Village.

Workdays are considered consecutive even when broken by normal non-working days such as holidays or weekends.

All sworn personnel of the Police and Fire Departments are regulated by and must be in compliance with the policies of the Board of Police and Fire Commissioners. Rules of conduct, disciplinary matters and procedures, and the promulgated Rules and Regulations of the Melrose Park Police and Fire Departments shall be as stated in the Commission Policies and Departmental Rules and Regulations.

## 3.2 **Personal Conduct**

Employees are required to conduct themselves in a professional manner at all times. Each employee has an obligation to refrain from activities that conflict or interfere with Village operations. A non-exhaustive list of common-sense expectations for employee conduct is stated below.

- Employees must take no action or work in any manner that may cause injury to themselves or their fellow employees.

- Employees must not do anything to interfere with the work of other employees.

- Employees must treat other employees with courtesy and respect.

- Verbal and/or physical confrontations of any kind are not acceptable and are subject to disciplinary action up to and including termination.

- Abusive language and threatening gestures toward other employees will not be tolerated.

- Employees must refrain from using profanity of any kind.

- Gambling of any kind or bookmaking on Village premises is prohibited.

- Drinking alcoholic beverages on Village premises is prohibited.

- Posting or showing obscene drawings or photographs, or using sexually-oriented language including accessing or transmitting pictures or drawings from or through the Internet will be considered sexual harassment and will be dealt with under the Village's sexual harassment policy.

- No gifts will be accepted by any employee from a vendor or client.

- Personal phone calls, e-mail messages, or other non-work-related activities during working hours are generally prohibited.

- All employees are expected to have a positive attitude and foster collegiality in the workplace.

- Insubordination, dishonestly, or failing to follow rules of any kind will not be tolerated.

- Employees are expected to be punctual, careful, and efficient at all times.

- Employees must not smoke, eat, or drink in prohibited areas.

The above are just some examples of common-sense rules that Village employees are required to follow. The Village retains the right to determine whether an employee's conduct, under a given set of circumstances, violates this policy. Failing to act in accordance with Village expectations may lead to disciplinary action up to and including termination.

## 3.3    Dress and Grooming

The Village of Melrose Park expects its employees to dress and maintain personal grooming in a manner that projects a business-like professional image. It is the responsibility of each employee to adhere to this policy.

Office employees are expected to minimally dress in "business casual" attire. Business casual attire generally includes slacks, skirts, open-neck collared shirts, polo shirts, sweaters, or blouses. Jeans may be worn on Fridays only. If an employee's position requires that he or she wear a uniform, the employee must keep the uniform clean and in good repair.

The following are some examples of clothing that is always unacceptable:

- Athletic shoes, sneakers, flip-flops, and slippers;
- Exercise clothing, warm-up suits, wind suits;
- Sweatshirts or sweatpants;
- Mini-skirts and spaghetti-strap dresses;
- Crop tops, halter tops, midriff tops, tank tops, and tops with bare shoulders;
- Short shorts, Bermuda shorts; or
- Torn or faded clothing.

In addition to the above, any other clothing deemed inappropriate by your supervisor/manager should not be worn. Attire outside of the acceptable guidelines is not permitted, and supervisors and managers will strictly enforce the dress code. If you are in doubt at any time about appropriate dress, follow the standard business attire guidelines or ask your supervisor/manager. Non-compliance may require a trip back home, without pay, before you may begin your workday.

Consult your supervisor/manager or Human Resources if you have any questions as to what constitutes appropriate attire.

## 3.4    Solicitations and Distributions

Solicitations for contributions, sale of merchandise, circulation of petitions, solicitations for membership in clubs or organizations, and all other forms of solicitation, including the distribution of handbills, flyers, or other similar materials, by or from Village employees, during working time is prohibited. "Working time" for purposes of this policy means those times during the workday

when employees are required to be engaged in work-related tasks and does not include time before or after the workday, authorized break times, or meal times. All solicitations and distributions will be limited to non-working areas.

Solicitations or distributions of any kind by non-employees is prohibited: (i) during the working time of any employee receiving the solicitations or distributions; (ii) at any time in areas not open to the public or in public areas where such activity is inconsistent with the intended or normal use of the area; or (iii) in a manner that disturbs working employees.

## 3.5    Personal Phone Calls

The Village telephones are principally for work-related purposes. It is recognized that some personal telephone calls may be necessary. However, personal telephone calls should be kept brief and should only be made during non-working time and in non-working places whenever possible.

If a supervisor believes an employee is abusing this privilege, the employee may be subject to discipline up to and including termination.

## 3.6    Workplace Technology

Voicemail, computers, e-mail, and the Internet are provided to employees solely for work-related functions. Use of these systems will be randomly monitored and may be inspected without notice. Employees should not expect privacy in the use of these systems and the Village may override personal codes and passwords at any time. The installation and/or use of computer games or other non-work-related programs will not be allowed.

Employees may access only those files or programs that they have permission to enter, and any unauthorized viewing, duplication, dissemination, removal, damage, or alteration of files, computer systems, or programs, or other employer property or the improper use of such information is prohibited.

Use of computer equipment, Internet, e-mail, and voicemail for gambling of any kind or bookmaking is prohibited.

Use of computer equipment, Internet, e-mail, and voicemail must at all times comply with the Village's EEO, harassment, and other policies.

Employees who improperly use computer equipment or disclose any confidential information obtained from the use of Village computer equipment will be subject to disciplinary action up to an including termination of employment.

## 3.7    Social Media Policy

At the Village of Melrose Park we understand that social media can be a fun and rewarding way to share your life and opinions with family, friends, and co-workers. However, use of social media also presents certain risks and carries with it certain responsibilities. To help you in making responsible choices, we have established these guidelines for appropriate use of social media. This policy applies to all Village employees.

**Guidelines**

In the rapidly expanding world of electronic communication, "social media" can mean many things. Social media includes all means of communicating or posting information or content of any sort on the Internet, including to your own or someone else's web log or blog, journal or diary, personal web site, social networking (Facebook, Instagram, Twitter) or affinity web sites, web bulletin board or a chat room, whether or not associated or affiliated with the Village. Ultimately, you are solely responsible for what you post online. Before creating or commenting on online content, consider some of the risks and rewards that are involved. Conduct which adversely affects your job performance, the performance of fellow employees, or otherwise adversely affects people who work on behalf of the Village of Melrose Park may result in disciplinary action up to and including termination.

**Know and follow the rules**

Carefully read these guidelines and the Village's policies on sexual and other unlawful harassment. Inappropriate postings that may include discriminatory remarks, harassment, and threats of violence or similar inappropriate or unlawful conduct will not be tolerated and may subject you to disciplinary action up to and including termination.

**Be respectful**

Always be fair and courteous to fellow employees or people who work on behalf of the Village of Melrose Park. Also, keep in mind that you may be more likely to resolve work-related complaints by speaking directly with your co-workers or by utilizing our Open Door Policy than by posting complaints to a social media outlet. Nevertheless, if you decide to post complaints or criticism, avoid using statements, photographs, video, or audio that reasonably could be viewed as malicious, obscene, and threatening or intimidating, that disparage members, or employees, or that might constitute harassment or bullying. Examples of such conduct might include offensive posts meant to intentionally harm someone's reputation or posts that could contribute to a hostile work environment on the basis of race, sex, disability, religion, or any other status protected by law or Village policy.

**Be honest and accurate**

Make sure you are always honest and accurate when posting information or news, and if you make a mistake, correct it quickly. Be open about any previous posts you have altered. Remember that the Internet archives almost everything; therefore, even deleted postings can be searched. Never post any information or rumors that you know to be false.

**Post only appropriate and respectful content**

- Maintain the confidentiality of private or confidential information. Do not post internal reports, policies, procedures, or other internal communications.

- Express only your personal opinions. Never represent yourself as a spokesperson for the Village of Melrose Park. If the Village is a subject of the content you are creating, be clear and open about the fact that you are an employee and make it clear that your views do not represent those of the Village or people working on behalf of the Village. If you do publish a blog or post online related to the work you do or subjects associated with the Village, make it clear that you are not speaking on behalf of the Village. Consider including a disclaimer such as: "The postings on this site are my own and do not necessarily reflect the views of the Village of Melrose Park."

**Using social media at work**

Refrain from using social media while on work time or on equipment we provide, unless it is work-related as authorized by your manager or consistent with the Workplace Technology Policy. Do not use Village email addresses to register on social networks, blogs, or other online tools utilized for personal use.

**Retaliation is prohibited**

The Village prohibits taking negative action against any employee for reporting a possible deviation from this policy or for cooperating in an investigation. Any employee who retaliates against another employee for reporting a possible deviation from this policy or for cooperating in an investigation will be subject to disciplinary action up to and including termination.

**Media contacts**

Employees should not speak to the media on the Village's behalf without contacting the Human Resources Department. All media inquiries should be directed to the Human Resources Department.

**3.8    Disciplinary Action**

While we hope and expect the need for disciplinary action will be rare, when employees fail to meet Village expectations, we will not hesitate to take appropriate action. Depending on the circumstances, the appropriate level of action may be a final warning, suspension or, in some cases, termination of employment.

The Village's corrective action process normally includes the three (3) steps listed below. However, the Village reserves the right to make decisions based on an individual case-by-case basis.

1. **Verbal Warning:** The first step in the Village's corrective action process is usually a verbal warning.

2. **Written Warning:** If the employee does not satisfy expectations after receiving the verbal warning, then the employee may receive a written warning in which the

supervisor/manager will specify his expectations and a given time frame in which the employee must make improvements.

3. **Final Written Warning:** If the employee still fails to satisfy expectations after receiving a written warning, the employee may receive a final warning or may be terminated.

If an employee's performance or conduct improves after being given a written warning, the employee will be advised that any further unacceptable conduct within a six (6) month period will result in the employee automatically being placed on final written warning. Any employee under written warning does not qualify for promotion or transfer to another position, nor does the employee qualify for a merit increase. All documentation regarding disciplinary actions will be placed in the employee's personnel file.

While the Village strives to enforce its policies consistently, it is generally not obligated to follow any disciplinary or grievance procedure and, depending on the circumstances, may elect to discipline or terminate an employee without prior warning or procedure. If you are covered by a collective bargaining agreement, then you are subject to the disciplinary or grievance procedures contained in your collective bargaining agreement.

### 3.9 <u>Separation of Employment</u>

Separation of employment is an inevitable part of personnel activity within any organization, and many of the reasons for separation are routine. Below are some of the most common circumstances under which employment is separated:

- **Resignation** – An employee may elect to resign or leave the Village voluntarily through mutual agreement. The employee should submit a written resignation to the Human Resources Department at least ten (10) working days in advance of the employee's anticipated last day in order to leave in good standing. The written resignation will become part of the employee's permanent personnel file, and leaving the Village without proper notice may make the employee ineligible for re-employment. Resignation may also occur when an employee is absent for three (3) consecutive workdays without properly calling in except in cases when an emergency precludes the employee from calling in.
- **Termination/Discharge** – An employee may be terminated from his or her employment with the Village. Termination may be with or without cause and with or without notice.
- **Layoff/Reduction in Force** – From time to time, it may be necessary for the Village or any department within the Village to restructure its programs and services in response to changing demands or other circumstances. In such situations, the Village may be required to reduce its workforce.

## 4. <u>HOURS AND WAGES</u>

### 4.1 <u>Work Week and Hours of Work</u>

- **Office Hours:** Office hours are Monday through Friday 9:00 a.m. to 5:00 p.m. Individual work schedules may vary depending on the needs of each department.

- **Public Works Hours:** Normal work hours are Monday through Friday 8:00 a.m. to 4:00 p.m. with the exception of summer schedules of Monday through Friday 7:00 a.m. to 3:00 p.m. Individual work schedules may vary depending on the needs of each department.

## 4.2    Meal and Rest Breaks

Employees who work 7 1/2 continuous hours or more shall be given a one (1) hour lunch period and two (2) fifteen (15) minute break periods. Lunch and break periods are determined by the employee's supervisor/manager. Lunch periods are required to be taken within the first five (5) hours of an employee's workday. If an employee chooses to not take a break and/or a lunch period, no additional compensation will be awarded.

If you are covered by a collective bargaining agreement, your meal and rest breaks may be governed by the terms and conditions of the collective bargaining agreement.

## 4.3    Payroll

Paychecks will be distributed on the 5th (paid through the 1st) and the 20th (paid through the 15th) of each month. If a payday falls on a Saturday, distribution will take place on the previous workday. If a payday falls on Sunday, distribution will take place on the following Monday. A paycheck will be given only to the employee to whom it is issued unless prior written approval has been pre-arranged.

For terminated employees, a paycheck will be issued on the regularly scheduled pay date following the date of termination. A separate check for accrued vacation time will be issued on the following regularly scheduled pay date after termination. If an employee is not at work on the day that checks are distributed, the employee may contact the Human Resources Department to arrange pick-up of the check. No checks will be distributed earlier than the scheduled paydays. No exceptions will be made.

All required deductions, such as for federal, state, and local taxes and all authorized voluntary deductions, such as for health insurance contributions, will be withheld automatically from employees' paychecks. All employees should routinely examine every paycheck and immediately report any inaccuracies to the Human Resources Department.

## 4.4    Recording Time

If you are classified as a non-exempt employee, you are required to record the time you begin and end your workday as well as the beginning and ending time of each meal period or departure from work for personal reasons by punching a time card. Time cards should record the actual hours worked. Exceptions from your normal regularly scheduled hours must be initialed by your supervisor/manager. No one other than you is allowed to punch your time card. Violators will be subject to disciplinary action up to and including termination.

## 4.5    Overtime for Non-Exempt Employees

Workloads and deadlines sometimes require additional employee time. Employees are therefore expected to be adaptable and willing to work additional hours when necessary for the successful completion of a project.

If you are a non-exempt employee, you may qualify for overtime pay for any time worked in excess of forty (40) hours in a workweek. Overtime will be paid at the rate established by law or Village policy. All overtime must be authorized in advance by your supervisor/manager. Non-exempt employees are not to work before, beyond, or outside their standard hours unless authorized by their immediate supervisor/manager.

Overtime pay will be reflected on the paycheck issued on the next scheduled pay date immediately following receipt of the weekly time cards/sheets. Any time not actually worked, such as sick days and personal days, will not be counted as time worked for overtime calculation purposes.

For nonexempt and hourly employees, overtime is paid at one and one-half times (1.5x) the regular rate of pay for hours actually worked over forty (40) in a workweek. The Village may permit non-exempt and hourly employees to earn double their regular rate of pay for any overtime worked on Sundays.

## 5. <u>PAID TIME OFF AND LEAVES OF ABSENCE</u>

### 5.1 <u>Vacation</u>

Vacation time is earned based on regular hours worked Vacation will not accrue while an employee is on a leave of absence or short-term disability, unless otherwise required by law. Vacation that has not yet accrued may not be used.

The following schedule for vacation time will be applicable for regular, full-time employees. Part-time employees are not eligible for vacation days.

- Employees hired between January 1st and June 30th will earn five (5) vacation days to be taken in the last six (6) months of the current year. As of January 1st, the employee will be eligible for ten (10) days of vacation.
- Employees hired between July 1st and December 31st will earn five (5) vacation days to be taken the following year.
- Employees with more than one (1) year of full-time service through four (4) years of service will receive ten (10) days of vacation as of January 1st.
- Employees with more than five (5) years of full-time service through ten (10) years of service will receive fifteen (15) days of vacation as of January 1st.
- Employees with more than ten (10) years of full-time service through twenty (20) years of service will receive twenty (20) days of vacation as of January 1st.

Vacation accrues on a prorated basis. The "vacation year" for employees is the twelve-month period following the anniversary of the date of hire. For example, the "vacation year" for an employee with a hire date of April 15 would be April 15 through April 14 of the following year. Employees may accrue the maximum paid vacation based on the years of service indicated

above. However, at no time may an employee's total accumulated vacation exceed their annual allowance. Carrying over any amount in excess of the annual allowance is not allowed at any time during the year.

An employee must receive the written approval of his or her supervisor/manager before taking a vacation as far in advance as possible with a minimum of 72 hours advanced notice. Vacations longer than two (2) weeks can be arranged; however, this must be requested and approved several months in advance.

Vacation time may be denied at certain periods due to workload and the number of employees requesting the same vacation days. Unused vacation time will not be carried over to subsequent years.

Unused and accrued vacation time will be paid when an employee terminates employment with the Village, pursuant to applicable law. Vacation pay will be paid on or before the Village's next regular payday after the last day of employment.

Vacation will not be granted via phone when calling in to report an absence.

## 5.2    Personal Days

Regular full-time employees who have worked for the Village for at least one (1) year earn four (4) personal days at the beginning of each calendar year. Regular full-time employees who have worked for the Village less than one (1) year shall accrue one personal day for every three (3) months worked.

## 5.3    Sick Days

Sick days are granted to regular full-time employees and may be used either for absence due to an illness, injury, or medical appointment of the employee or for an illness, injury, or medical appointment of the employee's child, spouse, sibling, parent, mother-in-law, father-in-law, grandchild, grandparent, or stepparent for reasonable periods of time as the employee's attendance may be necessary.

Regular full-time employees who have worked for the Village for at least (1) year earn six (6) sick days at the beginning of each calendar year. Regular full-time employees who have worked for the Village less than one (1) year shall accrue one (1) sick day for every two (2) months worked but are not eligible to take a sick day until the first day after the completion of the third month of employment. Sick days can be taken only to the extent that they are accrued. Sick days will not accrue while an employee is on a leave of absence or short-term disability.

Accrued sick days may be carried over to subsequent years. No more than thirty (30) sick days can be accumulated at any time. Sick days will not be paid upon termination or retirement of employment. Sick days may not be used as an extension of vacation or personal time.

### 5.4    Procedures for Unscheduled Absences Due to Illness

For any unscheduled absence due to illness, employees must call their supervisor/manager promptly on the first day of illness and everyday thereafter, unless the supervisor/manager instructs the employee otherwise. In cases of extended illness lasting three (3) or more consecutive days, a doctor's authorization stating the number of days the employee is to remain off work must be submitted to the Human Resources Department. Employees shall be required to provide a medical release prior to returning to work. Failure to provide such a release prior to returning to work may result in loss of pay for the day(s) in question.

All calls should be placed to the employee's supervisor/manager at least one hour before the start of a shift or up to thirty (30) minutes after the start of the shift. If the call is not received within that period of time, it may be considered a "no call." Three (3) consecutive days of failing to call or appear at work will be considered a voluntary resignation.

Should an employee's immediate supervisor/manager be unavailable, an employee is to speak with the department assistant, another supervisor/manager, or to the Human Resources Department. The voicemail system must never be used to report an absence.

### 5.5    Family and Medical Leave Of Absence ("FMLA") Policy

1.   If you have been employed by the Village of Melrose Park for at least twelve (12) months (with no break in service of seven (7) or more years, except if such break in service is related to (a) USERRA covered military obligations and/or (b) as otherwise provided in a collective bargaining agreement or other written agreement, if applicable), and have worked at least 1,250 hours during the 12-month period preceding the start of the leave, and you work at or report to a work site which has fifty (50) or more Village of Melrose Park employees within a 75-mile radius of that work site, you are eligible for up to a total of twelve (12) workweeks of unpaid leave during any rolling twelve (12) month period for one or more of the following reasons:

   a.    Because of the birth of your child and in order to care for such child (within 12 months after the birth of the child);

   b.    Because of the placement of a child with you for adoption or foster care (within 12 months of the placement of the child);

   c.    In order to care for your spouse, child, or parents if they have a "serious health condition;"

   d.    Because of a "serious health condition" that makes you unable to perform the functions of your job; or

   e.    Because of any "qualifying exigency" (as defined by the Secretary of Labor) arising out of the fact that your spouse, child, or parent is on active duty (or has been notified of an impending call or order to active duty) in the Armed Forces (retired member only), National Guard or Reserves in support of a contingency operation.

2. <u>Serious Health Condition</u>. For purposes of this policy, "serious health condition" means an illness, injury, impairment or physical or mental condition that involves one of the following:

    a.    <u>Hospital Care</u>. Inpatient care in a hospital, hospice or residential medical care facility, including any period of incapacity relating to the same condition;

    b.    <u>Absence Plus Treatment</u>. A period of incapacity of more than three full consecutive calendar days (including any subsequent treatment or period of incapacity relating to the same condition), that also involves either: (1) treatment two (2) or more times (within 30 days and provided the first visit takes place within seven (7) days of the first day of incapacity) by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services under orders of, or on referral by, a health care provider; or (2) treatment by a health care provider on at least one occasion which results in a regimen of continuing treatment under the supervision of the health care provider (first visit to health care provider must take place within seven (7) days of the first day of incapacity);

    c.    <u>Pregnancy</u>. Any period of incapacity due to pregnancy, or for prenatal care;

    d.    <u>Chronic Conditions Requiring Treatment</u>. A chronic condition which: requires at least two (2) periodic visits for treatment per year by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider; which condition continues over an extended period of time; and may cause episodic rather than a continuing period of incapacity;

    e.    <u>Permanent/Long-term Conditions Requiring Supervision</u>. A period of incapacity which is permanent or long-term due to a condition for which treatment may be effective. The employee or family member must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider;

    f.    <u>Multiple Treatments (non-chronic conditions)</u>. Any period of incapacity to receive multiple treatment (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for restorative surgery after an accident or other injury, or for a condition that would likely result in a period of incapacity of more than three (3) full consecutive calendar days in the absence of medical intervention or treatment.

3. <u>Qualifying Exigency Leave</u>. If you are an eligible employee (as defined above), you are entitled to take up to twelve (12) weeks of unpaid FMLA leave for any qualifying exigency arising out of the fact that a covered military member is on active duty or called to active duty status. The leave described in this paragraph is available during a 12-month rolling period, and may be taken on an intermittent or reduced leave schedule basis. You will be required to provide a copy of the covered military member's active duty orders or other documentation issued by the military that indicates that the military member is on active duty or call to active duty status in support of a contingency operation and the dates of the covered military member's active duty service. Eligible employees may take all twelve

(12) weeks of his/her FMLA leave entitlement as qualifying exigency leave or the employee may take a combination of twelve (12) weeks of leave for both qualifying exigency leave and leave for a serious health condition (as defined above).

With respect to a Qualifying Exigency Leave:

    a.    A "covered military member" means your spouse, son, daughter, son, or parent who is on active duty or called to active duty status.

    b.    A "qualifying exigency" includes the following broad categories: (a) short notice deployment; (b) military events and related activities; (c) childcare and school activities; (d) financial and legal arrangements; (e) counseling; (f) rest and recuperation; (g) post deployment activities, including reintegration activities, for a period of 90 days following the termination of active duty status; and, (h) additional categories that are agreed to by the employer and employee within this phrase.

    c.    The phrase "son or daughter" is defined as your biological, adopted, or foster child, stepchild, legal ward, or child for whom you stood in loco parentis, of any age for qualifying exigency leave, who is on active duty or called to active duty status who is of any age. (Note: This definition is different from other sections of this FMLA policy).

    d.    A "parent" means a biological, adoptive, step or foster father or mother, or any other individual who stood in loco parentis to you when you were a son or daughter but it does not included "parents in law".

    4.    <u>Military Caregiver Leave.</u> If you have been employed by the Village of Melrose Park for at least twelve (12) months and have worked at least 1,250 hours during the 12-month period preceding the start of the leave, and you work at or report to a work site which has fifty (50) or more Village of Melrose Park employees within a 75-mile radius of that work site, and you are a spouse, child (of any age for military caregiver leave), parent or next of kin of a Covered Service member, as defined below, you are entitled to a total of twenty-six (26) workweeks of unpaid leave during a single 12-month period to care for the Covered Service member (including twelve (12) workweeks for any other FMLA qualifying reason). The leave described in this paragraph shall only be available during a single 12-month period beginning as of the date the leave commences and ending 12 months after that date (and any unused amounts are forfeited). Military Caregiver Leave may be permitted more than once if necessary to care for a different Covered Service member (or the same Service member with multiple or subsequent injuries or illnesses) up to a combined total of twenty six (26) workweeks in a twelve (12) month period. However, your total available leave time in any single 12-month period generally may not exceed a combined total of twenty-six (26) workweeks (including FMLA time off taken for any other reason); except as provided under the FMLA regulations. You will be required to timely submit the completed paperwork provided to you and available from our Human Resources Department as a condition of receiving approved Military Caregiver Leave; except as provided

under the FMLA regulations. NOTE: the 12 month computation period for this type of leave differs from the other types of FMLA leave.

With respect to Military Caregiver FMLA Leave:

a. A "Covered Service member" means a member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation, or therapy from an injury or illness occurring in the line of active duty and/or during active duty, who is otherwise in outpatient status, or is otherwise on the *temporary* disability retired list, for a serious injury or illness.

b. "Outpatient status" means the status of a member of the Armed Forces assigned to a military medical treatment facility as an outpatient or a unit established for the purpose of providing command and control of members of the Armed Forces receiving medical care as outpatients.

c. "Next of kin" means the nearest blood relative of that individual (regardless of age) other than an employee's spouse, son or daughter. You are required to provide confirmation of the relationship upon request. The Service member may designate the blood relative who is considered his/her next of kin; otherwise, the following order generally will apply: blood relatives granted custody by law, brother/sister, grandparents, aunts/uncles, and then first cousins.

d. "Serious injury or illness" means an injury or illness incurred by the Service member in the line of duty on active duty in the Armed Forces that may render the Service member medically unfit to perform the duties of the member's office, grade, rank or rating.

5. <u>Spouses Employed by the Village of Melrose Park.</u> If your spouse also works for the Village of Melrose Park and you both become eligible for a leave under paragraphs 1a. or 1b. above, or for the care of a sick parent under paragraph 1c. above, the two of you together will be limited to a combined total of twelve (12) workweeks of leave in any rolling 12-month period. In addition, if you and your spouse both become eligible for a leave under the Military Caregiver Family Leave provision above or under a combination of the Service member Family Leave provision, paragraphs 1a., 1.b. and 1e. above, or to care for your parent with a serious health condition, the two of you together generally will be limited to a combined total of twenty-six (26) workweeks of leave in any single 12-month period, but if the leave taken by you and your spouse includes leave described in paragraphs 1a. through 1e. above, that leave shall be limited to a combined total of twelve (12) workweeks of leave in any rolling 12-month period.

6. <u>Medical Certification.</u> Any request for a leave under paragraphs 1c., 1d. or under the Service member Family Leave provision above must be supported by certification issued by the applicable health care provider or the Department of Defense. You are required to submit this information on the forms provided to you and available from the Human Resources Manager or on the Invitational Travel Orders or Authorizations provided to you by the Department of Defense.

You will be required to submit a new medical certification form for each leave year for a medical condition(s) that last longer than one year. Additionally, you are required to submit a

recertification of an ongoing condition every six (6) months in connection with an absence where the duration of the condition is described as "lifetime" or "unknown".

At its discretion, the Village of Melrose Park may require a second medical opinion and periodic recertification to support the continuation of a leave or under paragraphs 1.c. and 1.d. (except as otherwise provided by the Department of Labor). If the 1st and 2nd opinions differ, a 3rd opinion can be obtained from a health care provider jointly approved by both you and the Village of Melrose Park (unless you accept the second opinion as determinative).

7.    Intermittent Leave.    If certified as medically necessary for the serious health condition of either you or your spouse, child or parent (Paragraphs 1c and 1d, above), or to care for a Covered Service member if you are a spouse, child, parent or next of kin to the Covered Service member (Paragraph 3, above), leave may be taken on an intermittent or reduced leave schedule. Intermittent leave also may be taken if you qualify for leave because of a qualifying exigency as described in Paragraph 1e, above, subject to the submission of a certification prescribed by the Secretary of Labor. If leave is requested on an intermittent basis, however, the Village of Melrose Park may require that you transfer temporarily to an alternative position which better accommodates recurring periods of absence or to a part-time schedule, provided that the position offers equivalent pay and benefits.

8.    Light Duty Work Assignments.    While voluntarily performing in a light duty capacity while on FMLA leave, that time does not count against your 12 week FMLA allotment. In effect, your right to restoration is held in abeyance during the period of time that you are performing in a light duty capacity (or until the end of the applicable 12 month FMLA leave year if longer).

9.    Notification and Reporting Requirements.    All requests for leaves of absence must be submitted to your supervisor or the Human Resources Manager at least thirty (30) days in advance of the start of the leave, except when the leave is due to an emergency or is otherwise not foreseeable. If the leave is not foreseeable, you must provide notice as soon as "practicable," which generally means either the same day or the next business day that you learn of the need for leave, in the absence of any unusual circumstances. A delay in submitting an FMLA leave request may result in a loss of FMLA protections and/or a delay of the start of your leave. Your supervisor will forward the request to the Human Resources Manager for approval.

You must respond to our questions relative to your leave request so that we can determine if the leave qualifies for FMLA protection; failure to do so may result in loss or delay of FMLA protections. If you are seeking leave due to an FMLA-qualifying reason for which the Village of Melrose Park has previously granted you FMLA-protected leave, *you must specifically reference the qualifying reason or need for FMLA leave at the time of your request to be away from work.* It is not sufficient to simply "call in sick" without providing additional information which would reasonably cause the Village of Melrose Park to believe your absence/time away from work may qualify as an FMLA qualifying event. In all cases in which you are seeking leave under this policy, you shall provide such notice to the Village of Melrose Park consistent with the Village of Melrose Park's established call-in procedures so long as no unusual circumstances prevent you from doing so. Failure to comply with the call-in procedures may result in a delay or denial of FMLA protected leave.

You must make an effort to schedule a leave so as not to disrupt business operations. During the leave, you may be required to report periodically on your status and your intention to return to work. Any extension of time for your leave of absence must be requested in writing prior to your scheduled date of return to work, together with written documentation to support the extension. Your failure to either return to work on the scheduled date of return or to apply in writing for an extension prior to that date will be considered to be a resignation of employment effective as of the last date of the approved leave. Employees on leaves for their own serious health condition must provide fitness-for-duty releases from their health care provider before they will be permitted to return to work. Your maximum time on a leave of absence, all types combined, and including all extensions, cannot exceed a total of twelve (12) weeks in a rolling twelve month period, unless you are a spouse, child, parent, or next of kin on leave to care for a Covered Service member, in which case your leave can last for up to twenty-six (26) workweeks in a single twelve (12) month period.

An Employee shall not be granted a leave of absence for the purpose of seeking or taking employment elsewhere or operating a private business. Unauthorized work while on a leave of absence will result in disciplinary action, up to and including discharge.

A leave of absence will not affect the continuity of your employment. Your original date of employment remains the same for seniority purposes. However, you will not accrue any benefits during the period you are on a leave.

10.     Employee Benefits During Family and Medical Leave of Absence. You will be permitted to maintain health and dental insurance coverage for the duration of the leave under the same conditions coverage would have been provided if you had remained actively at work. However, you must make arrangements for the continuation of and payment of insurance premiums before you go on leave status. If you do not return to work after the leave, or if you fail to pay your portion of the premiums, you will be required, under certain circumstances, to reimburse the Village of Melrose Park for the costs and expenses associated with insuring you during the leave.

11.     Return From a Family and Medical Leave. If you return from your leave on or before being absent for twelve (12) workweeks in a rolling twelve (12) month period or twenty-six (26) workweeks during a single twelve (12) month period if you took a leave under the Service member Family Leave provision, you will be restored to the same or to an equivalent position to the one you held when the leave started. Of course, you have no greater right to reinstatement or to other benefits and conditions of employment than if you had been continuously employed during the FMLA leave period. In determining whether a position is "equivalent" we would look at whether the position had substantially similar terms and conditions of employment and whether the position entails similar duties, skills, efforts, responsibilities, authority, privileges and status. The alternative position should be at the same worksite or a nearby worksite with a similar work schedule. However, the employee does not need to be reinstated in a position with the same job title or in the same physical office or cubicle as the prior position.

If the leave was due to your own serious health condition, you will be required to submit a fitness-for-duty certification from your health care provider in accordance with our normal policies and practices applicable to other leaves of absence, certifying that you are able to resume work and perform the essential functions of the job (either with or without a reasonable accommodation).

A list of the essential job functions will be made available to you for compliance with this requirement prior to the Village of Melrose Park designating your leave as FMLA leave. If a reasonable job safety concern exists, you also may be required to provide a fitness for duty certification up to once every 30 days before returning from an intermittent or reduced schedule FMLA leave related to your own serious health condition. Generally, a returning employee will be permitted to return to work within two (2) business days of the Village of Melrose Park's receipt of a valid fitness for duty release.

If you fail to return to work at the expiration of your approved Family and Medical Leave, it will be considered to be a resignation of your employment with us. Likewise, an employee on FMLA leave who provides notice of their intent not to return to work upon expiration of a leave will lose their entitlement to FMLA leave and related benefits.

12.  Key Employees.  Certain highly compensated key employees may be denied reinstatement when necessary to prevent "substantial and grievous economic injury" to the Village of Melrose Park's operations. A "key" employee is a salaried Employee who is among the highest paid 10% of Employees at that location, or any location within a 75-mile radius. Employees will be notified of their status as a key employee, when applicable, after they request a Family and Medical Leave.

13.  Coordination with Other Policies.  You must substitute any accrued paid vacation days, personal time, and sick days (if you otherwise qualify) for unpaid leave under this policy, and any such paid time off must be taken concurrently with your Family and Medical Leave. If you otherwise qualify for disability pay, you will collect it at the same time you are on unpaid Family and Medical Leave.

Further, if you otherwise qualify for any other type of leave of absence, you must take that leave at the same time as you are taking your Family and Medical Leave. All time missed from work that qualifies for both Family and Medical Leave, and for workers' compensation, will be counted toward your Family and Medical Leave. To receive any type of paid time off benefit while on FMLA leave, you are required to meet the Village of Melrose Park's conditions for taking the paid leave (although the Village of Melrose Park may in its discretion waive any procedural requirement for the paid leave in appropriate circumstances).

14.  Anti-Retaliation Provisions.  Be assured that no retaliation will be taken or tolerated against any employee who exercises his/her rights under our FMLA policy. If you feel that you have been the victim of any discrimination or retaliation under this Policy, you are encouraged to contact Village's Human Resources Department so that the matter can be promptly investigated and remedied as appropriate.

## 5.6    Personal Leaves of Absence

A personal leave of absence for purposes of this policy is defined as an unpaid leave of absence from work that is not otherwise covered by law or any other Village policy. The employee must have been employed by the Village full-time for at least one (1) year to be eligible for a personal leave of absence. The employee must also have exhausted all other applicable leave, vacation time, and other time off.

Requests for personal leave must be made in writing to the Human Resources Department as far in advance as possible and are subject to management approval. Some circumstances that may be taken into consideration in making the decision to grant or deny requests for personal leave include:

- The starting and ending date of the requested personal leave;
- The length of time the employee has been employed with the Village;
- The reason(s) for the requested leave, including the necessity of missing work;
- The reasonableness of the amount of time requested;
- The workload and requirements of the employee's position; and
- The attendance and performance record of the employee.

Personal leaves may be granted up to thirty (30) days in any calendar year. If the employee does not return to work on a mutually agreed-upon day, the employee may be subject to disciplinary action up to and including termination.

## 5.7    Bereavement Leave

Up to three (3) consecutive days of leave with pay may be granted to regular full-time employees in the event of the death of an immediate family member, provided the days requested fall on the employee's regularly scheduled workdays. Immediate family (including in-laws) shall be interpreted to mean parents, grandparents, brothers, sisters, children, and spouse. One (1) day of leave with pay may be taken for extended family members such as uncles, aunts and cousins.

Paid bereavement leave is for the purpose of attending the decedent's funeral and includes such related events as the wake or visitation. The Village may require reasonable documentation to support any requested bereavement leave, which may include a death certificate, a published obituary notice, or written verification of death, burial, or memorial services from a mortuary, funeral home, burial society, crematorium, religious institution, or government agency.

In accordance with the Illinois Child Bereavement Leave Act (820 ILCS 154/1 et seq.), employees who are "eligible" for leave under the Family and Medical Leave Act of 1993 (29 U.S.C. § 2601 et seq.) shall be entitled to ten (10) workdays of unpaid bereavement leave to attend the funeral (or alternative to a funeral) of the employee's child, make arrangements necessitated by the death of the child, or grieve the death of the child. For purposes of this policy, an employee's "child" shall be defined as the employee's son or daughter who is the biological, adopted, or foster child, a stepchild, a legal ward, or a child of a person standing in *loco parentis*. This leave must be completed within 60 days after the date on which the employee receives notice of the death of the child. In the event of the death of more than one child in a 12-month period, an eligible employee is entitled to up to six (6) weeks of child bereavement leave during the 12-month period. The Village will not discriminate or retaliate against employees who take this leave.

Employees may elect to substitute paid time off (e.g. vacation and personal days) for unpaid time off in addition to the paid time off allowed under this bereavement policy as set forth above. However, nothing in this policy shall be interpreted as increasing the total amount of time off available to an employee under the Family and Medical Leave Act or any other Village policy.

Eligible employees are required to notify their supervisor/manager and the Human Resources Department at least 48 hours in advance of their intention to take bereavement leave unless doing so is not reasonable or practicable.

## 5.8 Jury Duty Leave

The Village will grant a paid leave of absence to full-time employees who are selected for jury duty or have been subpoenaed as a witness in a court of law. Part-time employees will be granted an unpaid leave of absence for jury duty. Full-time Village employees on jury duty will be compensated at their full regular rate of pay and need not reimburse the Village for pay received for jury service. In return for this compensation, the employee is expected to report for work when not in court or when excused early. To be eligible for paid leave under this policy, the employee must provide proof of the number of days served by submitting a copy of the summons or subpoena and other relevant documentation to the employee's supervisor/manager or the Human Resources Department.

## 5.9 Voting Leave

The Village will allow employees a two (2) hour leave of absence from work to vote in a general or special election or at any election at which propositions are submitted to a popular vote in the event the employee's working hours begin less than two (2) hours after the opening of the polls and end less than two (2) hours before the closing of the polls. An employee's supervisor/manager may specify the hours in which an employee may take this leave. All requests for voting leave must be made to the employee's supervisor/manager prior to the date the leave is taken.

## 5.10 Leave for Nursing Mothers

In accordance with the Nursing Mothers in the Workplace Act (820 ILCS 260/1 et seq.), the Village will provide reasonable unpaid break time each day to an employee who needs to express breast milk for her infant child. The break time must, if possible, run concurrently with any break time already provided to the employee. The Village will also make reasonable efforts to provide a room or other location, in close proximity to the work area, other than a toilet stall, where an employee can express her milk in privacy.

## 5.11 Leave Under the Illinois School Visitation Rights Act

In accordance with the Illinois School Visitation Rights Act (20 ILCS 147/1 et seq.), the Village will allow employees up to eight (8) hours of unpaid leave per school year, with no more than four (4) hours being taken in one day, to attend school conferences or classroom activities related to the employee's child if the conference or classroom activities cannot be scheduled during nonworking hours. Employees are only entitled to leave under this policy if they have exhausted all accrued vacation leave, personal leave, and any other leave that may be used other than sick leave and disability leave. Employees must provide their supervisors/mangers with a written request for leave at least seven (7) days in advance of when the leave is to be taken, except for emergency situations in which case at least twenty-four (24) hours' notice shall be required. The

Village will make reasonable efforts to accommodate an employee who wishes to make up any time missed after taking leave under this policy.

### 5.12    Leave For Elected Officials

In accordance with the Illinois Time Off for Official Meetings Act (50 ILCS 115/1 et seq.), the Village will allow any employee who is an elected official of a unit of local government or school district unpaid leave from work to attend an official meeting of a public body to which the employee has been elected, plus any necessary travel time. Employees wishing to take leave under this policy must provide their supervisors/managers with least twenty-four (24) hours' advanced notice.

### 5.13    Leave Under the Victims Economic Safety and Security Act

The Victims Economic Safety and Security Act (VESSA) grants up to 12 weeks of leave in any 12-month period for employees who are victims of domestic or sexual violence or who have a family or household member who is a victim of domestic or sexual violence. Employees seeking to use leave under VESSA are required to provide the Village with least 48 hours' notice of their intention to take leave unless doing so is not practicable. For more information, please contact the Human Resources Department.

### 5.14    Military Leave

The Village shall comply with all current state and federal laws regarding military leave, including but not limited to the United States Employment and Reemployment Rights Act (USERRA), the State of Illinois Local Government Employee Benefits Continuation Act (50 ILCS 140), and the State of Illinois Military Leave of Absence Act (5 ILCS 325). To the extent anything herein conflicts with contractual obligations or state or federal laws or regulations, those obligations and laws or regulations will prevail.

To the extent required by applicable law, the Village shall grant leave from employment to eligible full-time and part-time employees who are members of any active or reserve component of the Armed Services, the Illinois Naval Militia, or the National Guard of any state for any period actively spent in military service, whether voluntary or involuntary, including basic training, annual training, and special or advanced training.

**Notice to the Village**

The Village requires advance notice of military leave, unless military necessity prevents such notice or it is otherwise impossible or unreasonable. Unless otherwise provided by law, such leave shall not exceed a cumulative period of five (5) years.

Except as provided for herein, military leave shall be uncompensated. Employees on military leave may use paid time off, including vacation and personal time, but are not required to do so.

**Health Benefits During Military Leave of Absence**

Employees who are on military leave in excess of 31 days may elect to continue their Village health insurance coverage for up to 24 months. Upon return from military leave, employees shall be entitled to reinstatement of Village health insurance benefits. Employees who take military leave shall not suffer loss of seniority or any other benefits previously accrued.

## Military Leave For Training Purposes

A  Employees who are members of any reserve component of the United States Armed Forces or of any reserve component of the Illinois State Militia, shall be granted leave for any period actively spent in military service, including:
1.  Basic training;
2.  Special or advanced training, whether or not with the state, and whether or not voluntary;
3.  Annual training; and
4.  Any other training or duty required by the United States Armed Forces.

B  During leaves for annual training, full-time employees who are in the Reserves shall continue to receive their regular compensation.

C  During leaves for basic training, for up to 60 days of special or advanced training, and for any other training or duty required by the United States Armed Forces, full-time employees who are in the Reserves shall receive their compensation as a Village employee minus the amount of their base pay for military activities if their daily rate of compensation for military activities is less than their daily rate of compensation as a full-time Village employee. Calculations under this section shall be made in accordance with applicable law.

D  During leaves for basic training, full-time employees who are in the Reserves shall continue to accrue seniority and other applicable benefits.

## Employees in the Reserves Who Are Called to Active Duty

Employees who are members of any reserve component of the United States Armed Services, including the Illinois National Guard, and who are mobilized to active military duty as a result of an order of the President of the United States, shall continue to receive their compensation as Village employees for the duration of their active military service, as well as any health insurance and other benefits they were receiving or accruing at the time they were mobilized to active military duty minus the amount of their base pay for military service.

## Returning from Military Leave

Employees wishing to return to their employment with the Village following military leave must report back to work or make a request for reemployment within the timeframe set by law. Employees who have been on leave for less than 31 days must report for work by the beginning of the first regularly scheduled work day that would fall 8 hours after the employee returns home from the place of military service. Employees who have been on leave for 31 – 180 days must

make a request for reemployment no later than 14 days following the completion of their military service. Employees who have been on leave for more than 180 days must make a request for reemployment within 90 days following the completion of their military service. If, due to no fault of the employee, timely reporting back to work would be impossible or unreasonable, the employee must report back to work as soon as possible, unless otherwise provided for by law. An employee's failure to timely report for work or make a request for reemployment may be grounds for the denial of reinstatement and may result in discipline up to and including termination.

### 5.15   Holidays

Full-time employees will be entitled to the following paid holidays **after** sixty (60) continuous days of full-time employment.

New Year's Day

Martin Luther King, Jr. Day

Presidents' Day

Good Friday

Memorial Day

Independence Day

Labor Day

Columbus Day

Veterans' Day

Thanksgiving Day

Day after Thanksgiving

Christmas Eve (1/2 day, Noon – 5:00P.M.)

Christmas Day

New Year's Eve (1/2 day, Noon – 5:00P.M.)

When a holiday falls on a Saturday, the preceding Friday generally will be recognized as the holiday. A holiday falling on a Sunday generally will be celebrated on the following Monday. In order to be paid for a holiday, an employee **must be at work** on the workday before and after the holiday. If a vacation was scheduled before and/or after the holiday, the employee will be paid for that holiday. Should the employee be absent, or if he or she did not work an eight (8) hour shift for any other reason on either of those two (2) days, he or she will be required to submit an acceptable written reason for the absence to his or her supervisor/manager for approval. Failure to do so will result in loss of pay for the holiday.

A paid holiday occurring during an employee's scheduled vacation will not be considered a vacation.

Full-time, regular, non-exempt employees are paid for one (1) eight (8) hour day per holiday.

Non-exempt employees required to work on a holiday because of the nature of their duties will be paid at the **regular** hourly rates of pay for all non-overtime hours required to be worked on the holiday. Employees who are required to work on a holiday will receive a floating holiday to be used at a later date.

The Village recognizes that some employees may wish to observe, as periods of worship or commemoration, certain days not included in the Village's holiday schedule. Such employees may use accrued vacation days or other approved time off to address these circumstances.

# 6. <u>EMPLOYEE BENEFITS</u>

## 6.1    <u>Available Benefits</u>

The Village of Melrose Park currently provides its employees with major medical insurance, dental and optical insurance, life insurance, short and long-term disability insurance, as well as a pension plan.

For specific questions regarding eligibility and further clarification of any of these benefits, employees should refer to the applicable plan documents which can be obtained from the Human Resources Department. All benefits are subject to change and/or revocation unless otherwise required by law.

## 6.2    <u>Medical/Dental Insurance</u>

Full-time employees and retirees are eligible to participate in the Village of Melrose Park's health insurance plans, currently through Blue Cross/Blue Shield of Illinois. The Village offers an HMO plan for medical and a PPO plan for dental. An employee is eligible the first of the month following thirty (30) days of employment.

The health insurance plan is provided at a 3% cost to the employee and to retirees, however is subject to change.

Comprehensive major medical coverage is available to eligible employees of the Village of Melrose Park. This plan provides for usual and customary hospital and surgical coverage as well as extended outpatient medical expenses.

Employees should refer to the plan documents for more information regarding benefits including annual deductible, co-payment schedules, pre-certification requirements, and maximum out-of-pocket expenses.

## 6.3    <u>Medical Benefits Continuation</u>

The Federal Consolidation Omnibus Budget Reconciliation Act (COBRA) gives employees and their qualified beneficiaries the opportunity to continue health insurance coverage under the Village's health plans when a "qualified event" would normally result in the loss of eligibility. Some common qualifying events are resignation, termination of employment, death of an employee, a reduction in an employee's hours, an employee's divorce or legal separation, and a dependent child no longer meeting eligibility requirements.

Under COBRA, the employee or beneficiary pays the full cost of coverage at the Village of Melrose Park's group rate plus an administrative fee. The Village provides each eligible employee with a written notice describing rights granted under COBRA when the employee becomes eligible for coverage under the health plan. The notice contains important information about the employee's rights and obligations.

### 6.4    Disability Insurance

Employees enrolled in the Illinois Municipal Retirement Fund (IMRF) are also eligible for IMRF temporary, total, and permanent disability benefits as described in the plan information available through the Village's Human Resources Department.

### 6.5    Accidental Death and Dismemberment

The IMRF plan provides eligible employees a life insurance benefit. Refer to the plan document for more information regarding eligibility and coverage afforded by this employee benefit.

For more information regarding these individual insurance programs, please refer to the plan document received at the time of application for insurance. Any questions should be directed to Human Resources.

### 6.6    Illinois Municipal Retirement Fund (IMRF)

The Village of Melrose Park's pension plan is governed by the Illinois Municipal Retirement Fund (IMRF). Employees contribute four and a half percent (4 - ½%) of their salary, three and three-quarters percent (3-3/4%) for their pension and three-quarters of a percent (3/4%) for a surviving spouse pension. Contributions are tax-deferred. Employer contributions, which make up most of the pension costs for the members who reach retirement, are not credited.

For more information regarding eligibility and enrollment periods, please consult the Illinois Municipal Retirement Fund Summary Plan description, which can be obtained from the Human Resources Department.

### 6.7    Retiree Medical Benefits

Employees hired after August 1, 1999 will be eligible to retire with full medical benefits when the employee's age plus his or her consecutive years of service with the Village of Melrose Park equals or exceeds seventy-five (75). Medicare eligible retirees will be entitled to Medicare supplemental benefits only.

### 6.8    EAP Program

The Village of Melrose Park recognizes that a wide range of illnesses and problems can have an effect on an employee's health, well-being and job performance. These illnesses and problems may include alcoholism, drug dependence, emotional or psychiatric illnesses, marital and/or family discord, stress disorders, legal difficulties, and/or financial problems.

The Village of Melrose Park believes that it is in the best interests of the employee, the employee's family, and the Village of Melrose Park to provide an Employee Assistance Program (EAP) to help with such illnesses and problems by providing confidential and professional assessment, short-term counseling, and/or referral services. It is the policy of the Village of Melrose Park, therefore, to handle such problems within the following framework:

A  The Village recognizes that human problems can be treated successfully if identified in the early stages and referral is made to appropriate resources. This applies to whether the problem is physical illness, mental or emotional illness, financial problems, marital or family distress, alcoholism, drug abuse, stress, legal problems, or other concerns.

B. Employees who have a problem are encouraged to voluntarily seek assistance on a confidential basis by calling EAP staff directly at 1-800-786-2948. Family and/or fellow workers also may suggest an employee contact the EAP.

C. When an employee's job performance or attendance is unsatisfactory and the employee is unwilling to correct the situation either alone or with normal supervisory assistance, this is an indication that there may be some cause outside the realm of his or her job responsibilities which is the basis of his or her problem.

D. If illness or personal problems are the cause of unsatisfactory job performance, both the employee and management will have access to the EAP's professional services which are designed to help resolve such problems in an effective and confidential manner.

E. An employee's unsatisfactory job performance will be handled according to established progressive disciplinary procedures. The implementation of EAP will not require or result in any special regulations, privileges or exemptions from the standard administrative practice applicable to job performance requirements.

F. If any employee's job performance continues to suffer despite usual supervisory intervention, the supervisor/manager is expected to recommend the person seek professional assistance from EAP staff. An employee may choose to accept or refuse the recommendation for EAP assessment; similarly EAP recommendations for treatment may be accepted or rejected. Employees may not be disciplined solely for non-compliance with recommendations made for or by the EAP. Continued poor work performance will be handled through customary progressive disciplinary procedures.

G. If a referral for treatment is made and accepted, such treatment may be covered according to the healthcare insurance program chosen by the employee. Any necessary time off from work would be handled according to existing policies. Employees are assured that their continued employment and opportunities for promotion will not be jeopardized by utilizing the employee service.

H. All EAP records and discussions will remain confidential between the employee and the EAP staff unless the employee authorizes disclosure or as otherwise required by law.

I. Because employee work performance can be affected by the problems of an employee's spouse or other dependents, the program is available to the dependent family members of employees as well.

J. Because crisis situations may occur during non-working hours, a 24-hour, seven-day-a-week crisis telephone number is available for employees and their families. The number is 1-800-786-2948.

## 6.9   Workers' Compensation

The Village maintains its own Workers' Compensation insurance. This insurance covers injury or illness that requires medical, surgical, or hospital treatment sustained because of, and during the course of, employment. Injured employees may be eligible for applicable benefits as provided under Illinois law.

Employees who are injured during working hours at the Village immediately must report the accident to their supervisors/managers and obtain the appropriate medical care, if necessary. It is important that an official report of the accident be initiated, even if the injury does not seem to warrant medical attention at the time. Copies of Illness/Injury Reports can be obtained from supervisors/managers.

An injured employee immediately must secure a letter from a physician stating any inability to perform normal duties including beginning and ending dates of any/all restrictions. The employee must continue to provide documentation from the attending physician pertaining to his or her progress. Failure to report an injury immediately is considered a violation of the Village's work rules. Unless otherwise provided by law or contract, the Village reserves the right to have the employee see a physician of the Village's choice to determine the continuation of benefits.

## 6.10   Social Security

Unless otherwise provided by law, all Village employees are covered by Social Security. Under the provisions of the Federal Old Age Benefits Act, both the employer and the employee are taxed on an equal percentage basis to provide an employee with Social Security benefits at retirement or in the event of total disability as determined by the Social Security Administration.

# 7.  SAFETY IN THE WORKPLACE

## 7.1   General Safety Policy

All employees are required to exercise common sense while on the job and observe the following rules concerning safety. The best protection against injury is a safety conscious work attitude on the part of all employees. A supervisor/manager should be notified immediately of any potentially dangerous conditions existing in any area of the Village.

Emergency numbers are posted in conspicuous areas throughout the Village's buildings.

**First Aid Kit**

First aid kits can be found in several locations throughout the Village's buildings. All employees should familiarize themselves with these locations so they know where to go if the need for first aid arises.

**Building Security**

Due to the classified nature of some work performed within the Village of Melrose Park, and for the protection and personal safety of all personnel, the Village employs the following safeguards and security measures at all our buildings:

- Access to specific restricted areas within the Village will be through supervisor/manager approval only.
- Doors and cabinets where confidential information or valuables are stored are to be kept securely locked whenever employees are not in attendance.

**Reporting Injuries/Accidents**

Employees who suffer work-related injuries or illnesses on the job must report them to their supervisor/manager immediately. Failure to do so will result in disciplinary action up to and including termination.

Employees returning to work must provide certification from a physician indicating they will be able to work satisfactorily and safely. Employees who fail to return to work after receiving medical clearance may be discharged. In certain cases, the Village will offer reasonable accommodations to returning injured or sick employees.

**Physical Limitations**

Should an employee develop any physical limitations, it must be reported to his or her supervisor/manager in writing (physician's note) and this will be placed in the employee's medical file. If a physical restriction prevents an employee from returning to work, he or she will not be allowed to work until proper release by the physician is received in writing. All medical notes/certificates stating restrictions must have a beginning and an end date pertaining to these restricted duties. Restrictions must be specific. In all cases, the rate of pay will be determined by the particular job the employee is performing.

**Emergency Exiting**

When a fire alarm sounds, all employees will leave the building immediately. Exiting plans are posted throughout the Village buildings. Please familiarize yourself with the plan in your building/work area so you will know where to go in the event that the need arises.

**Use and Handling of Village Vehicles and Equipment**

In using Village vehicles or personal vehicles for Village business, employees must keep in mind the fact that they are representatives of the Village government and that their conduct in adhering

to the rules of safety and courtesy on the road is a reflection, for better or worse, on the Village. Thus, it is imperative that such employees abide by these rules and customs with the highest degree of exactitude. When driving Village vehicles, personnel are required to wear seat belts at all times. Any fines incurred by an employee while operating a Village vehicle due to traffic or parking regulations shall be the responsibility of the employee, and all fines or monies shall be paid by the employee. No one under the age of eighteen (18) will be permitted to operate a Village-owned vehicle during the course and scope of employment.

Any incident involving the use of a Village-owned vehicle while working, whether or not it results in an injury to any person or damage to any vehicle or property and regardless of who is at fault, must be reported immediately to the employee's supervisor/manager.

Village vehicles, equipment, supplies, tools, and uniforms shall not be used for personal or unauthorized purposes. **No Village-owned vehicle is to be taken home overnight, with the exception of designated department heads on 24-hour call.**

Employees shall be responsible for the proper care and use of Village vehicles, equipment, supplies, tools, and uniforms. Accidents, breakdowns, or malfunctions of any equipment should be reported to the employee's immediate supervisor on the day of the occurrence so that repairs may be made.

**Uniforms – Protective Gear**

Employees are responsible for the uniforms supplied by the Village. Uniforms provided for the employees shall be worn only during working hours or for conducting official Village business outside working hours. Uniforms may be worn to or from work, unless department rules specify otherwise, but are not to be worn during any personal activity other than defined in this section, unless authorized by the department head.

Each employee is expected to dress appropriately for the job they are performing. In setting dress standards, supervisors should consider these factors:

- The nature of the work;
- Safety considerations; and
- The nature of the employee's public content.

When necessary, safety shoes, work boots, safety glasses, gloves, and safety vests must be worn. When an employee's dress does not comply with established standards, the normal responses should be to discuss the matter with the employee. If the abuse continues, the supervisor may initiate disciplinary action.

Employees must make every effort to take proper care of their uniforms. Damaged and/or lost uniforms must be reported immediately to the employee's immediate supervisor.

If an employee violates this section, the employee may be held liable to the Village for any claims, costs, or damages arising out of or resulting from the use, operation, or possession of Village equipment.

## 7.2    Alcohol and Substance Abuse Policy

The Village of Melrose Park recognizes that drug and alcohol abuse are pervasive in our society. The Village further recognizes that the workplace is not exempt from the use and abuse of such substances.

The use and misuse of alcohol and drugs by Village employees is contrary to a drug-free workplace. The use of these substances increases the potential for accidents, absenteeism, substandard performance, turnover, misconduct, poor employee morale, damage to property, injury to the public and/or other employees, or degradation of trust in the Village to efficiently provide service to its citizens. All employees shall be subject to random drug and alcohol testing pursuant to procedures set forth below. Therefore, the following Alcohol and Substance Abuse Policy is adopted, effective August 1, 1999.

All employees of the Village of Melrose Park shall be governed by the principles of a drug-free workforce and workplace, and employees:

- shall not be under the influence of alcohol, illegal drugs, or other dangerous substances while performing their assigned duties or while "on call" for duty;

- shall not use, distribute, sell, or possess illegal drugs;

- shall not use alcohol or other dangerous substances during working hours, during breaks or meal periods, when scheduled to return to work, or when subject to being called to work;

- shall not possess, store, or transport alcohol or illegal drugs while on Village premises, at Village work locations, or in Village vehicles or equipment; and

- shall not sell, distribute, dispense, or transfer alcohol, illegal drugs, or prescription drugs and medications to any other employee or to any person while on duty or acting in an official capacity.

All employees are governed by these requirements and should be aware that violations will result in disciplinary action up to and including termination of employment.

Definitions:

- Drug: A drug is any non-prescribed controlled substance that the employee is not authorized to possess or consume by law, including any controlled substance listed in 720 ILCS 570 et seq., known as the Controlled Substances Act, and 720 ILCS 550 et seq., known as the Cannabis Control Act, for which the employee does not have a current prescription. This also includes the improper use of prescription drugs and any "designer drugs" which have adverse effects on perception, judgment, memory, or coordination. Only

the person for whom a prescription drug is issued can bring that medication on Village premises. Employees must use prescription drugs only in the manner, combination, and quantity prescribed.

- Alcohol: Includes any distilled spirits, wine, malt beverages, or other intoxicating liquors.

- Drug/Alcohol Test: Any chemical, biological, or physical instrumental analysis administered for the purpose of determining the presence or absence of alcohol or a drug or its metabolites.

- Reasonable Suspicion: Reasonable suspicion shall be defined as a belief based on specific facts and reasonable inferences that the employee is under the influence of drugs or alcohol, or is in the possession of or selling drugs and alcohol. Circumstances which may constitute a basis for determining reasonable suspicion may include, but are not limited to:

    - A pattern of abnormal or erratic behavior.

    - A noticeable change in work performance.

    - Direct observation of drug or alcohol use.

    - Presence of physical symptoms of drug or alcohol use (glassy or bloodshot eyes, slurred speech, poor coordination, or the odor of an alcoholic beverage on/or about the person or breath of the employee).

    - A work-related accident caused by the employee which, when in conjunction with any of the items listed above, results in any personal injury to the employee or others or damage to Village property.


- Employee: Any individual hired by the Village to work for wages or salary, excluding any and all independent contractors.

- Driver: Any employee who operates a Village vehicle. This includes, but is not limited to: full-time, regularly employed drivers, casual, intermittent or occasional drivers, leased drivers and independent, owner-operated contractors who are either directly employed by or under lease to the Village or who operate a vehicle at the direction of or with the consent of the Village.

- Safety Sensitive Position: Police or Fire Department personnel, both civilian and sworn.

- Conviction: A finding of guilt, including a plea of no lo contendere, or imposition of sentence, or both, by any judicial body charged with determining violations of the federal or state criminal drug statutes.

The employee Assistance Program (EAP) of the Village of Melrose Park is available to employees who desire to seek help for an alcohol, drug, or substance abuse problem. Contact with the EAP can be made directly through Human Resources.

**Voluntary Referral**

An employee may desire to come forward on a self-initiated basis to seek help for an alcohol or drug abuse problem and to voluntarily resolve that problem. Employees are encouraged to do so before they are found in violation of this policy.

Any employee voluntarily seeking assistance for a problem involving illegal drug use or alcohol may avail himself or herself of this help once during the employee's tenure with the Village.

The employee will not be subject to disciplinary action for voluntarily coming forward for help. However, an employee will not escape discipline by requesting such assistance after being requested to take an alcohol and/or drug test violating Village policies and rules of conduct. Voluntary requests for help will be kept confidential.

**Positive Referral**

Any positive drug/alcohol test shall cause the employee to be referred to the Village's Employee Assistance Program (EAP) for substance abuse treatment evaluation. The employee must comply with all EAP recommendations and sign a release of information allowing the EAP to disclose to the Village such compliance. The EAP may recommend the employee return to work after the employee provides a negative drug screen and the EAP is satisfied with compliance with recommendation. The employee may also be subjected to one year of follow-up drug testing on random dates selected by the Village.

**Other Testing Conditions**

Anyone in a supervisory position shall have the right to require any employee under his or her supervision to submit to drug or alcohol testing when reasonable suspicion exists that the employee is in violation of any of the provisions as set forth in this directive. The supervisory person will provide written notice to the employee of the order to submit to drug or alcohol testing and make arrangements for transportation to the testing facility. The order will be signed by the supervisory person requiring the test as well as Human Resources and will further state the specific facts and the inferences leading to the reasonable suspicion to order such a test. The employee shall complete the test within one (1) hour of issuance of order. After submitting to the drug and/or alcohol testing, the employee will not be allowed to return to work pending the results of the drug test.

Any employee may be required to submit to drug or alcohol testing as a condition of the promotional process, initial employment, or during a change in job assignment without the requirement of reasonable suspicion.

The Village will require post-accident drug and breath alcohol testing for any employee involved in any accident with a Village vehicle. The test must be conducted within 2 – 4 hours of the accident.

## Random Testing

All employees as defined in this policy will be included as a part of a group from which they will be selected randomly by a third party computer for substance abuse testing. Random testing will occur quarterly, with approximately 20% of the employees being tested.

## Positive Test Results

If the employee tests positive on both the initial and confirmatory tests for drugs or alcohol, the employee shall be subject to disciplinary action which can lead to discharge from employment. However, when the employee is taking prescription medication in conformity with the lawful direction of the prescribing physician or a non-prescription medication in conformity with the manufacturer's specified dosage and the employee has notified the Village of the use of the prescription or non-prescription medication before any laboratory test is performed, a positive test consistent with the ingredients of such medication shall not constitute cause for discipline. (the Village will require an employee to provide evidence that any prescription medication has been lawfully prescribed by a physician, as well as information from the physician on any potential side effects).

Any positive drug/alcohol test shall cause the employee to be immediately removed from driving or any other safety-sensitive function. Any positive drug/alcohol test shall cause the employee to be referred to the SAP (Substance Abuse Professional) for substance abuse treatment evaluation. Any subsequent positive tests will result in immediate termination.

## Refusal to provide a hair, blood, breath, or urine specimen

An employee's refusal to provide a hair, urine, breath or blood specimen for laboratory testing when requested by the Village shall constitute cause for disciplinary action. If an employee is physically unable to provide a hair or urine specimen, the Village may request a blood specimen for laboratory testing.

## Tampering with or substitution of a specimen

Intentionally tampering with, causing another person to tamper with, diluting, substituting for, or causing another person to substitute for a urine and/or blood specimen, whether the employee's own specimen or another employee's specimen, shall constitute cause for termination of any employee who engages in such activity.

## Drug-related felony or misdemeanor conviction

The conviction of any employee for any felony or misdemeanor involving the illegal possession, sale, use, or distribution of a drug shall constitute cause for disciplinary action which can lead to

discharge, whether or not such felony occurred on or off duty. Such convictions must be reported to the Human Resources Department within five (5) working days. In deciding appropriate action, the Village will consider the nature of the charges, the sentence, the employee's job assignment, the employee's record with the Village, any adverse impact of the employee's conviction on the public trust in the ability of the Village to carry out its responsibilities, and any other relevant factors.

**Test Results**

Test results will be reviewed to determine whether or not there is any indication of a controlled substance or alcohol abuse. If there is any evidence of a positive result, the employee will be given an opportunity to discuss the results and provide documentation of leally prescribed medication. The results will be maintained in a secure location with controlled access by the designated Human Resources Representative. The results will not be released to any unauthorized party without written consent by the employee.

### 7.3 <u>Smoke-Free Workplace</u>

Smoking is not allowed in Village buildings or vehicles at any time. "Smoking" includes the use of any tobacco products, electronic smoking devices, and e-cigarettes containing nicotine cartridges.

For the health, well-being, and safety of all employees, the Village allows smoking only in the designated areas **(15 feet away from entrances and exits)** during scheduled breaks and lunches.

# VILLAGE OF MELROSE PARK EMPLOYEE HANDBOOK

## ACKNOWLEDGEMENT AND RECEIPT

By signing below, I acknowledge that I have received a copy of the Village of Melrose Park Employee Handbook and understand that it is my responsibility to read and become familiar with its contents. I further understand that it is my responsibility to ask questions of my immediate supervisor/manager or the Human Resources Department if I do not understand any of the information contained in the Handbook and that I am required to abide by and observe all of the information and rules, policies, and procedures explained therein.

I acknowledge that nothing in the Handbook constitutes a contract or promise of employment and that unless I am covered by a collective bargaining agreement or have a written employment contract with the Village providing otherwise, my employment at the Village of Melrose Park is at will, which means that the employment relationship can be terminated at any time by me or the Village for any reason with or without cause or notice.

I agree to abide by and observe all of the information and rules, policies, and procedures set forth in the Handbook. I understand that the Village's rules, policies, and procedures may be changed from time to time, with or without notice, and that this Handbook supersedes and replaces any and all prior Handbooks.

_____

Print Name

_____

Signature

_____

Date Signed



# Village of Melrose Park
## Ronald M. Serpico, Mayor

# EMPLOYEE HANDBOOK

## THIS VERSION EFFECTIVE JULY 1, 2018.

This Handbook supersedes and replaces all other previously-issued handbooks.



VMP-JJS 3461

*a.*   TABLE OF CONTENTS

SECTION 1.0  INTRODUCTION
  1.1  Welcome from the Village Mayor     1
  1.2  Purpose and Applicability     2
  1.3  Employment at Will  2

SECTION 2.0 EMPLOYMENT POLICIES
  2.1  Equal Opportunity Employer 3
  2.2  Reasonable Accommodations for Individuals with Disabilities     3
  2.3  Reasonable Accommodations for Conditions Related to Pregnancy 3
  2.4  Commitment to Diversity     4
  2.5  Harassment and Complaint Procedure     4
  2.6  Open Door Communication Policy   5
  2.7  Confidential Information     6
  2.8  Residency Requirement     6
  2.9  Job Postings   6
  2.10 Applications    7
  2.11 Immigration and Reform Act 7
  2.12 Background Checks   7
  2.13 Initial Orientation Period     7
  2.14 Promotions and Transfers     8
  2.15 Employment Classifications  9

SECTION 3.0 WORKPLACE RULES AND GUIDELINES
  3.1  Attendance    9
  3.2  Personal Conduct     10
  3.3  Dress and Grooming  11
  3.4  Solicitations and Distributions     12
  3.5  Personal Phone Calls 12
  3.6  Workplace Technology     12
  3.7  Social Media Policy   13
  3.8  Disciplinary Action    15
  3.9  Separation of Employment    16

**SECTION 4.0 HOURS AND WAGES**
  4.1  Work Week and Hours of Work 16
  4.2  Meals and Rest Breaks   16
  4.3  Payroll    17
  4.4  Recording Time  17
  4.5  Overtime for Non-Exempt Employees   17

SECTION 5.0 PAID TIME OFF AND LEAVES OF ABSENCE
  5.1  Vacation  18
  5.2  Personal Days     19
  5.3  Sick Days     19

VMP-JJS 3462

5.4  Procedures for Unscheduled Absences Due to Illness   20
5.5  Family and Medical Leave Of Absence ("FMLA") Policy       20
5.6  Personal Leaves of Absence       27
5.7  Bereavement Leave       28
5.8  Jury Duty Leave 28
5.9  Voting Leave    29
5.10 Leave for Nursing Mothers       29
5.11 Leave Under the Illinois School Visitation Rights Act 29
5.12 Leave for Elected Officials       29
5.13 Leave Under the Victims Economic Safety and Security Act  29
5.14 Military Leave   30
5.15 Holidays 32

## SECTION 6.0 EMPLOYEE BENEFITS

6.1  Available Benefits      33
6.2  Medical/Dental Insurance       33
6.3  Medical Benefits Continuation        33
6.4  Disability Insurance   34
6.5  Accidental Death or Dismemberment34
6.6  Illinois Municipal Retirement Fund   34
6.7  Retiree Medical Benefits       34
6.8  EAP Program 34
6.9  Workers' Compensation        36
6.10 Social Security         36

## SECTION 7.0 SAFETY IN THE WORKPLACE

7.1  General Safety Policy 36
7.2  Alcohol and Substance Abuse Policy 39
7.3  Smoke-Free Workplace        43

## ACKNOWLEDGEMENT AND RECEIPT       44

VMP-JJS 3463

# 1. INTRODUCTION

## 1.1 Welcome from the Village Mayor

On behalf of our residents, I want to say thank you for choosing a career as an employee of the Village of Melrose Park (referred to herein as the "Village" or "Melrose Park").

The Melrose Park Employee Handbook ("Employee Handbook" or "Handbook") was created to convey important information regarding your employment with the Village. Please carefully review all of the information provided in this Handbook and familiarize yourself with our Village policies, programs, and benefits.

I strongly believe that an informed Village employee who knows what is expected of him or her and what he or she can expect in return ensures better morale, a friendlier workplace, and a fairer approach to management – employee relations.

Together, we have made great strides in making Melrose Park a place where people want to move to and not from. However, there is much more work to be done.

Once again, I am glad you have chosen to be part of the Melrose Park team, which is making surrounding municipalities sit up and take notice of the excellent and innovative work being done here.

Sincerely,

Ronald M. Serpico
Village Mayor

## 1.2 Purpose and Applicability

The primary purpose of this Handbook is to provide a general overview of the work rules, policies, procedures, and benefits covering Melrose Park employees. This Handbook is not an exhaustive list of every workplace rule and policy for every circumstance or context. Rather, this Handbook is meant to serve as a guide to employees for commonly raised questions. From time to time, the Village may add, modify, supplement, rescind, or revise any provision in this Handbook or the policies, practices, benefits, and procedures on which they are based. When changes are made to the policies and guidelines contained in this Handbook, the Village will endeavor to communicate them in a timely fashion. No provision of this Handbook establishes a contract (express or implied), a promise of continued employment, or any other obligation on the part of the Village.

This Handbook is not a substitute for the terms of any medical, pension, or other benefit plan. If there is at any time a conflict between this Handbook and the terms of such a benefit plan, the terms of the benefit plan and not this Handbook will control. If you are in a position covered by a collective bargaining agreement, the policies and procedures contained in the collective bargaining agreement will apply in the event they differ from the policies and procedures contained in this Handbook. This Handbook does not supersede a collective bargaining agreement or any other contract for employment. To the extent anything in this Handbook

VMP-JJS 3464

conflicts with contractual obligations or state or federal laws or regulations, those obligations and laws or regulations will prevail.

Since there may be some subjects that have not been anticipated, we ask that any unanswered questions be brought to the attention of your supervisor or to the Human Resources Department. You are responsible for reading and understanding the contents of this Handbook, and we suggest you keep it in a safe and convenient place for accessibility.

## 1.3    Employment at Will

Unless otherwise provided for in a collective bargaining agreement or written employment contract, your employment with the Village is on an at-will basis. This means that your employment has no definite term and either you or the Village may terminate the employment relationship at any time, for any lawful reason, with or without cause or notice. Nothing in this Handbook modifies your at-will relationship with the Village.

Please be advised that no supervisor, manager, or representative of the Village other than the mayor (with the approval of the Board of Trustees of the Village of Melrose Park where required by law) has the authority to enter into any agreement with any individual for employment for any specified period of time or to make any promises or commitments contrary to the foregoing. Further, any such employment agreement will not be enforceable unless the agreement is in writing and signed both by you and the mayor. This policy supersedes any other communication, assurance, or promise which may have been made to you at any time, whether oral or written, with regard to your employment.

# 2.  EMPLOYMENT POLICIES

## 2.1    Equal Opportunity Employer

The Village of Melrose Park is an Equal Opportunity Employer and does not discriminate in employment opportunities or practices on the basis of race, color, religion, sex, gender, national origin, age, marital status, sexual orientation, medical condition, disability status, sexual orientation, gender identity or expression, protected veteran status, or any other characteristic protected by federal, state or local law.

If you believe you have been subjected to any form of unlawful discrimination, you should provide a written complaint to the Human Resources Department. The Village will conduct a prompt and thorough investigation and try and resolve the situation. If it is determined that unlawful discrimination has occurred, the Village will take appropriate action. The Village will not retaliate against you for complaining of discrimination and will not knowingly permit retaliation by any Village employees.

## 2.2    Reasonable Accommodations for Individuals with Disabilities

To ensure equal employment opportunities to qualified individuals with a disability, the Village will make reasonable accommodations for the known disability of an otherwise qualified individual, unless undue hardship would result. Employees or applicants who may require an accommodation to perform the essential functions of their positions should contact the Human Resources Department. Once the Human Resources Department has been contacted, the employee and Human Resources can discuss what accommodations are available and appropriate. If an accommodation is reasonable and will not impose undue hardship, the accommodation will be made.

Examples of possible accommodations include restructuring a position by redistributing marginal functions that an individual cannot perform because of a disability, reassigning a non-occupationally injured employee with a disability to an equivalent existing vacancy for which he or she is qualified, or providing modified scheduling.

2 | P a g e

### 2.3 Reasonable Accommodations for Conditions Related to Pregnancy

The Village will not discriminate or retaliate against a job applicant or employee affected by pregnancy, childbirth, or medical or common conditions related to pregnancy or childbirth. Otherwise qualified individuals who require an accommodation to perform the essential functions of their positions due to any medical or common condition related to pregnancy or childbirth should contact the Human Resources Department. Reasonable accommodations that do not impose undue hardship on the Village will be made.

### 2.4 Commitment to Diversity

Melrose Park is committed to maintaining a workplace in which all employees have an opportunity to participate and contribute to the success of the Village and are valued for their skills, experience, and unique perspectives. This commitment is embodied in Village policy and the way we operate.

### 2.5 Harassment and Complaint Procedure

Harassment based on such factors as race, color, ancestry, national origin, gender, sex, sexual orientation, gender identity, marital status, religion, age, disability, veteran status, or any other characteristic protected by local, state or federal law is prohibited.

It is the Village's policy to provide a work environment free of sexual and other harassment. To that end, harassment of Village employees by management, supervisors, coworkers, or nonemployees who are in the workplace is absolutely prohibited. Employees' interactions at any time during or outside of work have a direct impact on their working relationships. Further, any retaliation against an individual who has complained about sexual or other harassment or retaliation against individuals for cooperating with an investigation of a harassment complaint is similarly unlawful and will not be tolerated. The Village of Melrose Park will take all steps necessary to prevent and eliminate unlawful harassment.

**Definition of Unlawful Harassment.** "Unlawful harassment" is conduct that has the purpose or effect of creating an intimidating, hostile, or offensive work environment; has the purpose or effect of substantially and unreasonably interfering with an individual's work performance; or otherwise adversely affects an individual's employment opportunities because of the individual's membership in a protected class.

Unlawful harassment includes, but is not limited to, slurs; jokes; pranks; innuendo; comments; written or graphic material; stereotyping; or other threatening, hostile, or intimidating acts based on race, color, ancestry, national origin, gender, sex, sexual orientation, marital status, religion, age, disability, veteran status, or other characteristics protected by local, state, or federal law.

**Definition of Sexual Harassment.** "Sexual Harassment" is harassment in the workplace, or other professional or social situations, involving the making of unwanted sexual advances or obscene remarks.

Other sexually oriented conduct, whether intended or not, that is unwelcome and has the effect of creating a work environment that is hostile, offensive, intimidating, or humiliating to workers may also constitute sexual harassment.

While it is not possible to list all those additional circumstances that may constitute sexual harassment, the following are some examples of conduct that, if unwelcome, may constitute sexual harassment depending on the totality of the circumstances, including the severity of the conduct and its pervasiveness:

- Unwanted sexual advances, whether they involve physical touching or not;
- Sexual epithets, jokes, written or oral references to sexual conduct, gossip regarding one's sex life, comments about an individual's body, and/or comments about an individual's sexual activity;

3 | P a g e

- Displaying sexually suggestive objects, or pictures; and
- Unwelcome leering, whistling, brushing up against the body, sexual gestures, or suggestive or insulting comments.

All employees should take special note that, as stated above, retaliation against an individual who has complained about sexual harassment and retaliation against individuals for cooperating with an investigation of a sexual harassment complaint is unlawful and will not be tolerated.

**Complaint Procedure**

Any employee who believes he or she has been subject to or witnessed illegal discrimination, including sexual or other forms of unlawful harassment, is requested and encouraged to make a complaint. You may complain directly to your immediate supervisor or department manager, the Director of Human Resources, or any other member of management with whom you feel comfortable bringing such a complaint.

No retaliation or other adverse action will be taken against an employee for making a complaint or report of discrimination or harassment or for assisting in the investigation of any such complaint or report. Any suspected retaliation or intimidation should be reported immediately to one of the persons identified above. All complaints will be investigated promptly and with regard for confidentiality. If the investigation confirms conduct contrary to this policy has occurred, the Village will take immediate appropriate corrective action, including discipline up to and including immediate termination.

**2.6    Open Door Communication Policy**

We believe free and open communications between personnel at all organizational levels within the Village of Melrose Park is in the best interests of both the Village and individual employees. If you have a problem, suggestion, or question regarding your job or working conditions, the Village encourages you to voice your concerns openly and directly to your supervisor/manager. However, if you feel it is not appropriate to contact your supervisor/manager or if you feel the issue has not been addressed, you may bring the issue to your Department Head. If a problem or complaint cannot be resolved within your department, or if you feel the circumstances warrant, you may seek guidance from the Human Resources Department. The Village values your input, and you should feel free to raise issues of concern, in good faith, without fear of retaliation. The Village will maintain confidentiality whenever possible and appropriate.

**2.7    Confidential Information**

The protection of confidential information is vital to the interests and success of the Village of Melrose Park. Confidential information in this context refers to any information that may not be obtained pursuant to the Illinois Freedom of Information Act (5 ILCS 140/1 et seq.). The Village prohibits employees from directly or indirectly disclosing or using confidential information except as required by law or in the performance their official duties and responsibilities.

An employee who improperly uses or discloses confidential information will be subject to disciplinary action up to and including termination of employment and legal action, even if he or she does not actually benefit from the disclosed information.

All inquiries from the media must be referred to Mack Communications.

**2.8    Residency Requirement**

The Village has adopted a residency requirement that is stated in Chapter 2.52 of the Village of Melrose Park Municipal Code. Any failure to comply with the Village's residency requirement shall be grounds for termination.

**2.9    Job Postings**

The Village of Melrose Park provides employees an opportunity to indicate their interest in open positions and to advance within the Village according to their job skills and experience. In

4 | P a g e

VMP-JJS 3467

general, notices of all regular, full-time and part-time positions are posted, although the Village reserves its discretionary right not to post a particular opening. Job postings will be posted on the employee bulletin board and will include the date of the posting, job title, department, job summary, essential duties, and qualifications (required skills and abilities).

To be eligible for an open position, employees must have a satisfactory performance record and have completed the initial orientation period. Employees who have a written warning on file or are on suspension or probation are not eligible to apply for posted positions. Eligible employees should only apply for those posted jobs for which they possess the required skills and qualifications.

To apply for an open position, employees should submit an internal job application to the Human Resources Department listing their job-related skills and accomplishments, including their current experience with the Village of Melrose Park.

### 2.10 Applications

The Village only will accept applications for employment when specific positions are available. All such applications shall be retained by Human Resources and shall be considered for employment for a period of one (1) year.

Prospective employees must complete and sign an application in order to be considered for an open position. The Village relies upon the accuracy of information contained in the employment application, as well as the accuracy of other data presented throughout the hiring process and employment. Any misrepresentations, falsifications, or material omissions in any of this information or data may result in the Village of Melrose Park's exclusion of the individual from further consideration or, if the person has been hired, termination of employment.

### 2.11 Immigration and Reform Act

The Village will only hire those persons legally eligible to work in the United States. Documents that prove both identity and authorization to work must be provided to the Village within the first three (3) days of employment. All employees not able to establish identity and authorization to work will not be able to work until accepted documents are presented to the Village. It will be the responsibility of the employee to provide current documents upon their expiration. All changes in status also must be reported to the Human Resources Department.

### 2.12 Background Check

All job candidates will be subject to a background check to verify information on their job application and throughout the hiring process. Information that is job-related may include but is not limited to employment, education, social security number and references. All information received will be kept confidential. Hiring managers will be notified of any information that adversely affects the hiring of an applicant.

### 2.13 Initial Orientation Period

New employees will attend a New Employee Orientation session in the Human Resources Department on or near their first day of employment. The primary purpose of this orientation is to acquaint new employees with the Village's benefits, policies and procedures. The new employee will meet with a representative from Human Resources and complete all necessary forms for payroll, personnel records and insurance coverage.

Upon completion of the orientation session, the employee will be trained. The training will include the employee's working hours, breaks and lunch, a tour of the facilities, and safety requirements. Questions are encouraged and welcomed.

All new employees must complete an orientation period of ninety (90) days. This is intended as a period of learning adjustment and an opportunity for the Village to evaluate the new employee's

VMP-JJS 3468

suitability. This is not a guarantee of ninety (90) days of employment. As always, employment may be terminated by either party at any time and for any reason during this period.

During this orientation period, the new employee is expected to meet or exceed the established performance standards for new employees in that position and to learn and observe standard procedures and work rules. The end of an orientation period does not in any way restrict the Village's authority to discharge, discipline, or transfer the employee.

**2.14    Promotions and Transfers**

Job vacancies may be posted on bulletin boards located throughout the building at the Village's discretion. Village policy is to promote and train from within, whenever practical. Promotion or transfer from one position to another shall be based on such job-related factors as ability, job performance, attendance, education, and the needs of the Village.

As business and staffing needs require, employees may be asked to accept a permanent or temporary transfer to another position. Employees also may apply for a transfer or promotion to a vacant position by completing an internal job application. Employees must indicate the specific position in which they are interested.

When moved into the new position, the employee shall serve the customary ninety (90)-day orientation period during which he or she may receive assistance in learning the new job. When transferred to a comparable position, the employee will continue to receive the same rate of pay. If he or she is transferred to a job that has a pay rate higher than that of the original position, the employee's rate of pay may be adjusted to the appropriate rate for the new position. Upon satisfactory completion of the orientation period, he may be reinstated to the former job without prejudice or loss of any rights or privileges (if that original position or its equivalent is available).

No employee will be permitted to bid for a promotion to a new position until he or she has completed the initial ninety (90)-day orientation period. This requirement permits an employee to become somewhat skilled and knowledgeable in one area before taking on additional responsibilities and reduces the disruption within departments that may be caused by excessive reassignment of employees.

**2.15    Employment Classifications**

The Village classifies employees under defined categories so that employees understand their employment status and benefit eligibility. These classifications do not guarantee employment for any specified period of time. If you have any questions or concerns regarding your classification, you should contact the Human Resources Department.

1.  **Full-Time Employees:** Full-time employees are those who are regularly scheduled to work at least 30 hours per week, including vacation time and sick leave, and are not expected to be seasonal.

2.  **Part-Time Employees:** Part-time employees are those who are regularly scheduled to work fewer than 30 hours per week and are not expected to be seasonal.

3.  **Seasonal Employees:** Seasonal employees are those who are hired for a position with an annual employment period of 6 months or less around the same time of year. Seasonal employees can be scheduled to work more than 30 hours per week. Seasonal employees are not eligible for benefits unless otherwise provided by law or Village policy.

VMP-JJS 3469

4. **Exempt Employees:** Exempt employees are exempt from the overtime provisions of the Fair Labor Standards Act and applicable state law because their job duties and salary meet the exemption requirements of the law. Exempt employees are paid a salary and are not required to be paid overtime for work performed beyond forty hours in a workweek. Exempt employees are not required to record the hours they work.

5. **Nonexempt Employees:** Nonexempt employees do not meet the exemption tests under the Fair Labor Standards Act and applicable state law and are paid overtime for hours worked over 40 in a workweek. Nonexempt employees can be paid a salary or an hourly rate and are required to record the hours they work.

## 3. WORKPLACE RULES AND GUIDELINES

### 3.1 Attendance

Regular attendance is the employee's personal responsibility. An unsatisfactory attendance record may affect an employee's advancement, merit increases, and continuance on the job. Failing to comply with the Village's attendance policies may lead to disciplinary action up to and including termination.

All calls should be placed to the employee's supervisor/manager at least one (1) hour before the start of a shift or up to thirty (30) minutes after. If the call is not received within that period of time, it may be considered a "no call." The employee must call the supervisor/manager promptly on the first day of absence and every day thereafter unless the supervisor/manager instructs the employee otherwise.

Should the employee's immediate supervisor/manager be unavailable, an absent employee is to speak with the Human Resources Department. At no time should voicemail be used to report any absences.

An "absence" for purposes of this policy is the failure to report for work or failure to remain at work as scheduled. It does not include authorized absences for holidays, vacations, or approved leaves of absences. Employees who fail to call in for three (3) consecutive workdays to report an absence shall be considered to have voluntarily resigned from their employment with the Village. Workdays are considered consecutive even when broken by normal non-working days such as holidays or weekends.

All sworn personnel of the Police and Fire Departments are regulated by and must be in compliance with the policies of the Board of Police and Fire Commissioners. Rules of conduct, disciplinary matters and procedures, and the promulgated Rules and Regulations of the Melrose Park Police and Fire Departments shall be as stated in the Commission Policies and Departmental Rules and Regulations.

### 3.2 Personal Conduct

Employees are required to conduct themselves in a professional manner at all times. Each employee has an obligation to refrain from activities that conflict or interfere with Village operations. A non-exhaustive list of common-sense expectations for employee conduct is stated below.

- Employees must take no action or work in any manner that may cause injury to themselves or their fellow employees.
- Employees must not do anything to interfere with the work of other employees.
- Employees must treat other employees with courtesy and respect.

7 | P a g e

- Verbal and/or physical confrontations of any kind are not acceptable and are subject to disciplinary action up to and including termination.
- Abusive language and threatening gestures toward other employees will not be tolerated.
- Employees must refrain from using profanity of any kind.
- Gambling of any kind or bookmaking on Village premises is prohibited.
- Drinking alcoholic beverages on Village premises is prohibited.
- Posting or showing obscene drawings or photographs, or using sexually-oriented language including accessing or transmitting pictures or drawings from or through the Internet will be considered sexual harassment and will be dealt with under the Village's sexual harassment policy.
- No gifts will be accepted by any employee from a vendor or client.
- Personal phone calls, e-mail messages, or other non-work-related activities during working hours are generally prohibited.
- All employees are expected to have a positive attitude and foster collegiality in the workplace.
- Insubordination, dishonestly, or failing to follow rules of any kind will not be tolerated.
- Employees are expected to be punctual, careful, and efficient at all times.
- Employees must not smoke, eat, or drink in prohibited areas.

The above are just some examples of common-sense rules that Village employees are required to follow. The Village retains the right to determine whether an employee's conduct, under a given set of circumstances, violates this policy. Failing to act in accordance with Village expectations may lead to disciplinary action up to and including termination.

### 3.3 Dress and Grooming

The Village of Melrose Park expects its employees to dress and maintain personal grooming in a manner that projects a business-like professional image. It is the responsibility of each employee to adhere to this policy.

Office employees are expected to minimally dress in "business casual" attire. Business casual attire generally includes slacks, skirts, open-neck collared shirts, polo shirts, sweaters, or blouses. Jeans may be worn on Fridays only. If an employee's position requires that he or she wear a uniform, the employee must keep the uniform clean and in good repair.

The following are some examples of clothing that is always unacceptable:

- Athletic shoes, sneakers, flip-flops, and slippers;
- Exercise clothing, warm-up suits, wind suits;
- Sweatshirts or sweatpants;
- Mini-skirts and spaghetti-strap dresses;
- Crop tops, halter tops, midriff tops, tank tops, and tops with bare shoulders;
- Short shorts, Bermuda shorts; or
- Torn or faded clothing.

In addition to the above, any other clothing deemed inappropriate by your supervisor/manager should not be worn. Attire outside of the acceptable guidelines is not permitted, and supervisors and managers will strictly enforce the dress code. If you are in doubt at any time about appropriate dress, follow the standard business attire guidelines or ask your supervisor/manager. Non-compliance may require a trip back home, without pay, before you may begin your workday.

VMP-JJS 3471

Consult your supervisor/manager or Human Resources if you have any questions as to what constitutes appropriate attire.

### 3.4 Solicitations and Distributions

Solicitations for contributions, sale of merchandise, circulation of petitions, solicitations for membership in clubs or organizations, and all other forms of solicitation, including the distribution of handbills, flyers, or other similar materials, by or from Village employees, during working time is prohibited. "Working time" for purposes of this policy means those times during the workday when employees are required to be engaged in work-related tasks and does not include time before or after the workday, authorized break times, or meal times. All solicitations and distributions will be limited to non-working areas.

Solicitations or distributions of any kind by non-employees is prohibited: (i) during the working time of any employee receiving the solicitations or distributions; (ii) at any time in areas not open to the public or in public areas where such activity is inconsistent with the intended or normal use of the area; or (iii) in a manner that disturbs working employees.

### 3.5 Personal Phone Calls

The Village telephones are principally for work-related  purposes. It is recognized that some personal telephone calls may be necessary. However, personal telephone calls should be kept brief and should only be made during non-working time and in non-working places whenever possible.

If a supervisor believes an employee is abusing this privilege, the employee may be subject to discipline up to and including termination.

### 3.6 Workplace Technology

Voicemail, computers, e-mail, and the Internet are provided to employees solely for work-related functions. Use of these systems will be randomly monitored and may be inspected without notice. Employees should not expect privacy in the use of these systems and the Village may override personal codes and passwords at any time. The installation and/or use of computer games or other non-work-related programs will not be allowed.

Employees may access only those files or programs that they have permission to enter, and any unauthorized viewing, duplication, dissemination, removal, damage, or alteration of files, computer systems, or programs, or other employer property or the improper use of such information is prohibited.

Use of computer equipment, Internet, e-mail, and voicemail for gambling of any kind or bookmaking is prohibited.

Use of computer equipment, Internet, e-mail, and voicemail must at all times comply with the Village's EEO, harassment, and other policies.

Employees who improperly use computer equipment or disclose any confidential information obtained from the use of Village computer equipment will be subject to disciplinary action up to an including termination of employment.

### 3.7 Social Media Policy

At the Village of Melrose Park we understand that social media can be a fun and rewarding way to share your life and opinions with family, friends, and co-workers. However, use of social media also presents certain risks and carries with it certain responsibilities. To help you in making responsible choices, we have established these guidelines for appropriate use of social media. This policy applies to all Village employees.

**Guidelines**

VMP-JJS 3472

In the rapidly expanding world of electronic communication, "social media" can mean many things. Social media includes all means of communicating or posting information or content of any sort on the Internet, including to your own or someone else's web log or blog, journal or diary, personal web site, social networking (Facebook, Instagram, Twitter) or affinity web sites, web bulletin board or a chat room, whether or not associated or affiliated with the Village. Ultimately, you are solely responsible for what you post online. Before creating or commenting on online content, consider some of the risks and rewards that are involved. Conduct which adversely affects your job performance, the performance of fellow employees, or otherwise adversely affects people who work on behalf of the Village of Melrose Park may result in disciplinary action up to and including termination.

**Know and follow the rules**

Carefully read these guidelines and the Village's policies on sexual and other unlawful harassment. Inappropriate postings that may include discriminatory remarks, harassment, and threats of violence or similar inappropriate or unlawful conduct will not be tolerated and may subject you to disciplinary action up to and including termination.


**Be respectful**

Always be fair and courteous to fellow employees or people who work on behalf of the Village of Melrose Park. Also, keep in mind that you may be more likely to resolve work-related complaints by speaking directly with your co-workers or by utilizing our Open Door Policy than by posting complaints to a social media outlet. Nevertheless, if you decide to post complaints or criticism, avoid using statements, photographs, video, or audio that reasonably could be viewed as malicious, obscene, and threatening or intimidating, that disparage members, or employees, or that might constitute harassment or bullying. Examples of such conduct might include offensive posts meant to intentionally harm someone's reputation or posts that could contribute to a hostile work environment on the basis of race, sex, disability, religion, or any other status protected by law or Village policy.

**Be honest and accurate**

Make sure you are always honest and accurate when posting information or news, and if you make a mistake, correct it quickly. Be open about any previous posts you have altered. Remember that the Internet archives almost everything; therefore, even deleted postings can be searched. Never post any information or rumors that you know to be false.

**Post only appropriate and respectful content**

- Maintain the confidentiality of private or confidential information. Do not post internal reports, policies, procedures, or other internal communications.
- Express only your personal opinions. Never represent yourself as a spokesperson for the Village of Melrose Park. If the Village is a subject of the content you are creating, be clear and open about the fact that you are an employee and make it clear that your views do not represent those of the Village or people working on behalf of the Village. If you do publish a blog or post online related to the work you do or subjects associated with the Village, make it clear that you are not speaking on behalf of the Village. Consider including a disclaimer such as: "The postings on this site are my own and do not necessarily reflect the views of the Village of Melrose Park."

**Using social media at work**

Refrain from using social media while on work time or on equipment we provide, unless it is work-related as authorized by your manager or consistent with the Workplace Technology

VMP-JJS 3473

Policy. Do not use Village email addresses to register on social networks, blogs, or other online tools utilized for personal use.

**Retaliation is prohibited**
The Village prohibits taking negative action against any employee for reporting a possible deviation from this policy or for cooperating in an investigation. Any employee who retaliates against another employee for reporting a possible deviation from this policy or for cooperating in an investigation will be subject to disciplinary action up to and including termination.
**Media contacts**
Employees should not speak to the media on the Village's behalf without contacting the Human Resources Department. All media inquiries should be directed to the Human Resources Department.

## 3.8    Disciplinary Action

While we hope and expect the need for disciplinary action will be rare, when employees fail to meet Village expectations, we will not hesitate to take appropriate action. Depending on the circumstances, the appropriate level of action may be a final warning, suspension or, in some cases, termination of employment.

The Village's corrective action process normally includes the three (3) steps listed below. However, the Village reserves the right to make decisions based on an individual case-by-case basis.

1. **Verbal Warning:** The first step in the Village's corrective action process is usually a verbal warning.
2. **Written Warning:** If the employee does not satisfy expectations after receiving the verbal warning, then the employee may receive a written warning in which the supervisor/manager will specify his expectations and a given time frame in which the employee must make improvements.
3. **Final Written Warning:** If the employee still fails to satisfy expectations after receiving a written warning, the employee may receive a final warning or may be terminated.

If an employee's performance or conduct improves after being given a written warning, the employee will be advised that any further unacceptable conduct within a six (6) month period will result in the employee automatically being placed on final written warning. Any employee under written warning does not qualify for promotion or transfer to another position, nor does the employee qualify for a merit increase. All documentation regarding disciplinary actions will be placed in the employee's personnel file.

While the Village strives to enforce its policies consistently, it is generally not obligated to follow any disciplinary or grievance procedure and, depending on the circumstances, may elect to discipline or terminate an employee without prior warning or procedure. If you are covered by a collective bargaining agreement, then you are subject to the disciplinary or grievance procedures contained in your collective bargaining agreement.

## 3.9    Separation of Employment

Separation of employment is an inevitable part of personnel activity within any organization, and many of the reasons for separation are routine. Below are some of the most common circumstances under which employment is separated:

- **Resignation** – An employee may elect to resign or leave the Village voluntarily through mutual agreement. The employee should submit a written resignation to the Human Resources Department at least ten (10) working days in advance of the employee's anticipated last day in order to leave in good standing. The written resignation will

VMP-JJS 3474

become part of the employee's permanent personnel file, and leaving the Village without proper notice may make the employee ineligible for re-employment. Resignation may also occur when an employee is absent for three (3) consecutive workdays without properly calling in except in cases when an emergency precludes the employee from calling in.

- **Termination/Discharge** – An employee may be terminated from his or her employment with the Village. Termination may be with or without cause and with or without notice.
- **Layoff/Reduction in Force** – From time to time, it may be necessary for the Village or any department within the Village to restructure its programs and services in response to changing demands or other circumstances. In such situations, the Village may be required to reduce its workforce.

# 4. HOURS AND WAGES

### 4.1    Work Week and Hours of Work

- **Office Hours:** Office hours are Monday through Friday 9:00 a.m. to 5:00 p.m. Individual work schedules may vary depending on the needs of each department.
- **Public Works Hours:** Normal work hours are Monday through Friday 8:00 a.m. to 4:00 p.m. with the exception of summer schedules of Monday through Friday 7:00 a.m. to 3:00 p.m. Individual work schedules may vary depending on the needs of each department.

### 4.2    Meal and Rest Breaks

Employees who work 7 1/2 continuous hours or more shall be given a one (1) hour lunch period and two (2) fifteen (15) minute break periods. Lunch and break periods are determined by the employee's supervisor/manager. Lunch periods are required to be taken within the first five (5) hours of an employee's workday. If an employee chooses to not take a break and/or a lunch period, no additional compensation will be awarded.

If you are covered by a collective bargaining agreement, your meal and rest breaks may be governed by the terms and conditions of the collective bargaining agreement.

### 4.3    Payroll

Paychecks will be distributed on the 5th (paid through the 1st) and the 20th (paid through the 15th) of each month. If a payday falls on a Saturday, distribution will take place on the previous workday. If a payday falls on Sunday, distribution will take place on the following Monday. A paycheck will be given only to the employee to whom it is issued unless prior written approval has been pre-arranged.

For terminated employees, a paycheck will be issued on the regularly scheduled pay date following the date of termination. A separate check for accrued vacation time will be issued on the following regularly scheduled pay date after termination. If an employee is not at work on the day that checks are distributed, the employee may contact the Human Resources Department to arrange pick-up of the check. No checks will be distributed earlier than the scheduled paydays. No exceptions will be made.

All required deductions, such as for federal, state, and local taxes and all authorized voluntary deductions, such as for health insurance contributions, will be withheld automatically from employees' paychecks. All employees should routinely examine every paycheck and immediately report any inaccuracies to the Human Resources Department.

### 4.4    Recording Time

If you are classified as a non-exempt employee, you are required to record the time you begin and end your workday as well as the beginning and ending time of each meal period or departure

VMP-JJS 3475

from work for personal reasons by punching a time card. Time cards should record the actual hours worked. Exceptions from your normal regularly scheduled hours must be initialed by your supervisor/manager. No one other than you is allowed to punch your time card. Violators will be subject to disciplinary action up to and including termination.

### 4.5 Overtime for Non-Exempt Employees

Workloads and deadlines sometimes require additional employee time. Employees are therefore expected to be adaptable and willing to work additional hours when necessary for the successful completion of a project.

If you are a non-exempt employee, you may qualify for overtime pay for any time worked in excess of forty (40) hours in a workweek. Overtime will be paid at the rate established by law or Village policy. All overtime must be authorized in advance by your supervisor/manager. Non-exempt employees are not to work before, beyond, or outside their standard hours unless authorized by their immediate supervisor/manager.

Overtime pay will be reflected on the paycheck issued on the next scheduled pay date immediately following receipt of the weekly time cards/sheets. Any time not actually worked, such as sick days and personal days, will not be counted as time worked for overtime calculation purposes.

For nonexempt and hourly employees, overtime is paid at one and one-half times (1.5x) the regular rate of pay for hours actually worked over forty (40) in a workweek. The Village may permit non-exempt and hourly employees to earn double their regular rate of pay for any overtime worked on Sundays.

## 5. PAID TIME OFF AND LEAVES OF ABSENCE

### 5.1 Vacation

Vacation time is earned based on regular hours worked Vacation will not accrue while an employee is on a leave of absence or short-term disability, unless otherwise required by law. Vacation that has not yet accrued may not be used.

The following schedule for vacation time will be applicable for regular, full-time employees. Part-time employees are not eligible for vacation days.

- Employees hired between January 1st and June 30th will earn five (5) vacation days to be taken in the last six (6) months of the current year. As of January 1st, the employee will be eligible for ten (10) days of vacation.
- Employees hired between July 1st and December 31st will earn five (5) vacation days to be taken the following year.
- Employees with more than one (1) year of full-time service through four (4) years of service will receive ten (10) days of vacation as of January 1st.
- Employees with more than five (5) years of full-time service through ten (10) years of service will receive fifteen (15) days of vacation as of January 1st.
- Employees with more than ten (10) years of full-time service through twenty (20) years of service will receive twenty (20) days of vacation as of January 1st.

Vacation accrues on a prorated basis. The "vacation year" for employees is the twelve-month period following the anniversary of the date of hire. For example, the "vacation year" for an employee with a hire date of April 15 would be April 15 through April 14 of the following year. Employees may accrue the maximum paid vacation based on the years of service indicated above. However, at no time may an employee's total accumulated vacation exceed their annual allowance. Carrying over any amount in excess of the annual allowance is not allowed at any time during the year.

13 | P a g e

VMP-JJS 3476

An employee must receive the written approval of his or her supervisor/manager before taking a vacation as far in advance as possible with a minimum of 72 hours advanced notice. Vacations longer than two (2) weeks can be arranged; however, this must be requested and approved several months in advance.

Vacation time may be denied at certain periods due to workload and the number of employees requesting the same vacation days. Unused vacation time will not be carried over to subsequent years.

Unused and accrued vacation time will be paid when an employee terminates employment with the Village, pursuant to applicable law. Vacation pay will be paid on or before the Village's next regular payday after the last day of employment.

Vacation will not be granted via phone when calling in to report an absence.

**5.2    Personal Days**

Regular full-time employees who have worked for the Village for at least one (1) year earn four (4) personal days at the beginning of each calendar year. Regular full-time employees who have worked for the Village less than one (1) year shall accrue one personal day for every three (3) months worked.

**5.3    Sick Days**

Sick days are granted to regular full-time employees and may be used either for absence due to an illness, injury, or medical appointment of the employee or for an illness, injury, or medical appointment of the employee's child, spouse, sibling, parent, mother-in-law, father-in-law, grandchild, grandparent, or stepparent for reasonable periods of time as the employee's attendance may be necessary.

Regular full-time employees who have worked for the Village for at least (1) year earn six (6) sick days at the beginning of each calendar year. Regular full-time employees who have worked for the Village less than one (1) year shall accrue one (1) sick day for every two (2) months worked but are not eligible to take a sick day until the first day after the completion of the third month of employment. Sick days can be taken only to the extent that they are accrued. Sick days will not accrue while an employee is on a leave of absence or short-term disability.

Accrued sick days may be carried over to subsequent years. No more than thirty (30) sick days can be accumulated at any time. Sick days will not be paid upon termination or retirement of employment. Sick days may not be used as an extension of vacation or personal time.

**5.4    Procedures for Unscheduled Absences Due to Illness**

For any unscheduled absence due to illness, employees must call their supervisor/manager promptly on the first day of illness and everyday thereafter, unless the supervisor/manager instructs the employee otherwise. In cases of extended illness lasting three (3) or more consecutive days, a doctor's authorization stating the number of days the employee is to remain off work must be submitted to the Human Resources Department. Employees shall be required to provide a medical release prior to returning to work. Failure to provide such a release prior to returning to work may result in loss of pay for the day(s) in question.

All calls should be placed to the employee's supervisor/manager at least one hour before the start of a shift or up to thirty (30) minutes after the start of the shift. If the call is not received within that period of time, it may be considered a "no call." Three (3) consecutive days of failing to call or appear at work will be considered a voluntary resignation.

VMP-JJS 3477

Should an employee's immediate supervisor/manager be unavailable, an employee is to speak with the department assistant, another supervisor/manager, or to the Human Resources Department. The voicemail system must never be used to report an absence.

## 5.5    **Family and Medical Leave Of Absence ("FMLA") Policy**

1. If you have been employed by the Village of Melrose Park for at least twelve (12) months (with no break in service of seven (7) or more years, except if such break in service is related to (a) USERRA covered military obligations and/or (b) as otherwise provided in a collective bargaining agreement or other written agreement, if applicable), and have worked at least 1,250 hours during the 12-month period preceding the start of the leave, and you work at or report to a work site which has fifty (50) or more Village of Melrose Park employees within a 75-mile radius of that work site, you are eligible for up to a total of twelve (12) workweeks of unpaid leave during any rolling twelve (12) month period for one or more of the following reasons:

   1. Because of the birth of your child and in order to care for such child (within 12 months after the birth of the child);
   2. Because of the placement of a child with you for adoption or foster care (within 12 months of the placement of the child);
   3. In order to care for your spouse, child, or parents if they have a "serious health condition;"
   4. Because of a "serious health condition" that makes you unable to perform the functions of your job; or
   5. Because of any "qualifying exigency" (as defined by the Secretary of Labor) arising out of the fact that your spouse, child, or parent is on active duty (or has been notified of an impending call or order to active duty) in the Armed Forces (retired member only), National Guard or Reserves in support of a contingency operation.

2. <u>Serious Health Condition</u>. For purposes of this policy, "serious health condition" means an illness, injury, impairment or physical or mental condition that involves one of the following:

   1. <u>Hospital Care</u>. Inpatient care in a hospital, hospice or residential medical care facility, including any period of incapacity relating to the same condition;
   2. <u>Absence Plus Treatment</u>. A period of incapacity of more than three full consecutive calendar days (including any subsequent treatment or period of incapacity relating to the same condition), that also involves either: (1) treatment two (2) or more times (within 30 days and provided the first visit takes place within seven (7) days of the first day of incapacity) by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services under orders of, or on referral by, a health care provider; or (2) treatment by a health care provider on at least one occasion which results in a regimen of continuing treatment under the supervision of the health care provider (first visit to health care provider must take place within seven (7) days of the first day of incapacity);
   3. <u>Pregnancy</u>. Any period of incapacity due to pregnancy, or for prenatal care;
   4. <u>Chronic Conditions Requiring Treatment</u>. A chronic condition which: requires at least two (2) periodic visits for treatment per year by a health care provider, or by

15 | P a g e

a nurse or physician's assistant under direct supervision of a health care provider; which condition continues over an extended period of time; and may cause episodic rather than a continuing period of incapacity;

5. <u>Permanent/Long-term Conditions Requiring Supervision.</u> A period of incapacity which is permanent or long-term due to a condition for which treatment may be effective. The employee or family member must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider;

6. <u>Multiple Treatments (non-chronic conditions).</u> Any period of incapacity to receive multiple treatment (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for restorative surgery after an accident or other injury, or for a condition that would likely result in a period of incapacity of more than three (3) full consecutive calendar days in the absence of medical intervention or treatment.

3. <u>Qualifying Exigency Leave.</u> If you are an eligible employee (as defined above), you are entitled to take up to twelve (12) weeks of unpaid FMLA leave for any qualifying exigency arising out of the fact that a covered military member is on active duty or called to active duty status. The leave described in this paragraph is available during a 12-month rolling period, and may be taken on an intermittent or reduced leave schedule basis. You will be required to provide a copy of the covered military member's active duty orders or other documentation issued by the military that indicates that the military member is on active duty or call to active duty status in support of a contingency operation and the dates of the covered military member's active duty service. Eligible employees may take all twelve (12) weeks of his/her FMLA leave entitlement as qualifying exigency leave or the employee may take a combination of twelve (12) weeks of leave for both qualifying exigency leave and leave for a serious health condition (as defined above).

With respect to a Qualifying Exigency Leave:

1. A "covered military member" means your spouse, son, daughter, son, or parent who is on active duty or called to active duty status.
2. A "qualifying exigency" includes the following broad categories: (a) short notice deployment; (b) military events and related activities; (c) childcare and school activities; (d) financial and legal arrangements; (e) counseling; (f) rest and recuperation; (g) post deployment activities, including reintegration activities, for a period of 90 days following the termination of active duty status; and, (h) additional categories that are agreed to by the employer and employee within this phrase.
3. The phrase "son or daughter" is defined as your biological, adopted, or foster child, stepchild, legal ward, or child for whom you stood in loco parentis, of any age for qualifying exigency leave, who is on active duty or called to active duty status who is of any age. (Note: This definition is different from other sections of this FMLA policy).

16 | P a g e

4. A "parent" means a biological, adoptive, step or foster father or mother, or any other individual who stood in loco parentis to you when you were a son or daughter but it does not included "parents in law".

4. <u>Military Caregiver Leave</u>. If you have been employed by the Village of Melrose Park for at least twelve (12) months and have worked at least 1,250 hours during the 12-month period preceding the start of the leave, and you work at or report to a work site which has fifty (50) or more Village of Melrose Park employees within a 75-mile radius of that work site, and you are a spouse, child (of any age for military caregiver leave), parent or next of kin of a Covered Service member, as defined below, you are entitled to a total of twenty-six (26) workweeks of unpaid leave during a single 12-month period to care for the Covered Service member (including twelve (12) workweeks for any other FMLA qualifying reason). The leave described in this paragraph shall only be available during a single 12-month period beginning as of the date the leave commences and ending 12 months after that date (and any unused amounts are forfeited). Military Caregiver Leave may be permitted more than once if necessary to care for a different Covered Service member (or the same Service member with multiple or subsequent injuries or illnesses) up to a combined total of twenty six (26) workweeks in a twelve (12) month period. However, your total available leave time in any single 12-month period generally may not exceed a combined total of twenty-six (26) workweeks (including FMLA time off taken for any other reason); except as provided under the FMLA regulations. You will be required to timely submit the completed paperwork provided to you and available from our Human Resources Department as a condition of receiving approved Military Caregiver Leave; except as provided under the FMLA regulations. NOTE: the 12 month computation period for this type of leave differs from the other types of FMLA leave.

With respect to Military Caregiver FMLA Leave:

1. A "Covered Service member" means a member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation, or therapy from an injury or illness occurring in the line of active duty and/or during active duty, who is otherwise in outpatient status, or is otherwise on the *temporary* disability retired list, for a serious injury or illness.

2. "Outpatient status" means the status of a member of the Armed Forces assigned to a military medical treatment facility as an outpatient or a unit established for the purpose of providing command and control of members of the Armed Forces receiving medical care as outpatients.

3. "Next of kin" means the nearest blood relative of that individual (regardless of age) other than an employee's spouse, son or daughter. You are required to provide confirmation of the relationship upon request. The Service member may designate the blood relative who is considered his/her next of kin; otherwise, the following order generally will apply: blood relatives granted custody by law, brother/sister, grandparents, aunts/uncles, and then first cousins.

4. "Serious injury or illness" means an injury or illness incurred by the Service member in the line of duty on active duty in the Armed Forces that may render the

17 | P a g e

VMP-JJS 3480

Service member medically unfit to perform the duties of the member's office, grade, rank or rating.

5.   Spouses Employed by the Village of Melrose Park.  If your spouse also works for the Village of Melrose Park and you both become eligible for a leave under paragraphs 1a. or 1b. above, or for the care of a sick parent under paragraph 1c. above, the two of you together will be limited to a combined total of twelve (12) workweeks of leave in any rolling 12-month period. In addition, if you and your spouse both become eligible for a leave under the Military Caregiver Family Leave provision above or under a combination of the Service member Family Leave provision, paragraphs 1a., 1.b. and 1e. above, or to care for your parent with a serious health condition, the two of you together generally will be limited to a combined total of twenty-six (26) workweeks of leave in any single 12-month period, but if the leave taken by you and your spouse includes leave described in paragraphs 1a. through 1e. above, that leave shall be limited to a combined total of twelve (12) workweeks of leave in any rolling 12-month period.

6.   Medical Certification.  Any request for a leave under paragraphs 1c., 1d. or under the Service member Family Leave provision above must be supported by certification issued by the applicable health care provider or the Department of Defense.  You are required to submit this information on the forms provided to you and available from the Human Resources Manager or on the Invitational Travel Orders or Authorizations provided to you by the Department of Defense.

You will be required to submit a new medical certification form for each leave year for a medical condition(s) that last longer than one year.  Additionally, you are required to submit a recertification of an ongoing condition every six (6) months in connection with an absence where the duration of the condition is described as "lifetime" or "unknown".

At its discretion, the Village of Melrose Park may require a second medical opinion and periodic recertification to support the continuation of a leave or under paragraphs 1.c. and 1.d. (except as otherwise provided by the Department of Labor).  If the 1st and 2nd opinions differ, a 3rd opinion can be obtained from a health care provider jointly approved by both you and the Village of Melrose Park (unless you accept the second opinion as determinative).

7.   Intermittent Leave.  If certified as medically necessary for the serious health condition of either you or your spouse, child or parent (Paragraphs 1c and 1d, above), or to care for a Covered Service member if you are a spouse, child, parent or next of kin to the Covered Service member (Paragraph 3, above), leave may be taken on an intermittent or reduced leave schedule.  Intermittent leave also may be taken if you qualify for leave because of a qualifying exigency as described in Paragraph 1e, above, subject to the submission of a certification prescribed by the Secretary of Labor.  If leave is requested on an intermittent basis, however, the Village of Melrose Park may require that you transfer temporarily to an alternative position which better accommodates recurring periods of absence or to a part-time schedule, provided that the position offers equivalent pay and benefits.

8.   Light Duty Work Assignments.  While voluntarily performing in a light duty capacity while on FMLA leave, that time does not count against your 12 week FMLA allotment. In effect, your right to restoration is held in abeyance during the period of time that you are

18 | P a g e

VMP-JJS 3481

performing in a light duty capacity (or until the end of the applicable 12 month FMLA leave year if longer).

        9.    <u>Notification and Reporting Requirements</u>. All requests for leaves of absence must be submitted to your supervisor or the Human Resources Manager at least thirty (30) days in advance of the start of the leave, except when the leave is due to an emergency or is otherwise not foreseeable. If the leave is not foreseeable, you must provide notice as soon as "practicable," which generally means either the same day or the next business day that you learn of the need for leave, in the absence of any unusual circumstances. A delay in submitting an FMLA leave request may result in a loss of FMLA protections and/or a delay of the start of your leave. Your supervisor will forward the request to the Human Resources Manager for approval.

        You must respond to our questions relative to your leave request so that we can determine if the leave qualifies for FMLA protection; failure to do so may result in loss or delay of FMLA protections. If you are seeking leave due to an FMLA-qualifying reason for which the Village of Melrose Park has previously granted you FMLA-protected leave, *you must specifically reference the qualifying reason or need for FMLA leave at the time of your request to be away from work.* It is not sufficient to simply "call in sick" without providing additional information which would reasonably cause the Village of Melrose Park to believe your absence/time away from work may qualify as an FMLA qualifying event. In all cases in which you are seeking leave under this policy, you shall provide such notice to the Village of Melrose Park consistent with the Village of Melrose Park's established call-in procedures so long as no unusual circumstances prevent you from doing so. Failure to comply with the call-in procedures may result in a delay or denial of FMLA protected leave.

        You must make an effort to schedule a leave so as not to disrupt business operations. During the leave, you may be required to report periodically on your status and your intention to return to work. Any extension of time for your leave of absence must be requested in writing prior to your scheduled date of return to work, together with written documentation to support the extension. Your failure to either return to work on the scheduled date of return or to apply in writing for an extension prior to that date will be considered to be a resignation of employment effective as of the last date of the approved leave. Employees on leaves for their own serious health condition must provide fitness-for-duty releases from their health care provider before they will be permitted to return to work. Your maximum time on a leave of absence, all types combined, and including all extensions, cannot exceed a total of twelve (12) weeks in a rolling twelve month period, unless you are a spouse, child, parent, or next of kin on leave to care for a Covered Service member, in which case your leave can last for up to twenty-six (26) workweeks in a single twelve (12) month period.

        An Employee shall not be granted a leave of absence for the purpose of seeking or taking employment elsewhere or operating a private business. Unauthorized work while on a leave of absence will result in disciplinary action, up to and including discharge.

        A leave of absence will not affect the continuity of your employment. Your original date of employment remains the same for seniority purposes. However, you will not accrue any benefits during the period you are on a leave.

VMP-JJS 3482

10. <u>Employee Benefits During Family and Medical Leave of Absence</u>. You will be permitted to maintain health and dental insurance coverage for the duration of the leave under the same conditions coverage would have been provided if you had remained actively at work. However, you must make arrangements for the continuation of and payment of insurance premiums before you go on leave status. If you do not return to work after the leave, or if you fail to pay your portion of the premiums, you will be required, under certain circumstances, to reimburse the Village of Melrose Park for the costs and expenses associated with insuring you during the leave.

11. <u>Return From a Family and Medical Leave</u>. If you return from your leave on or before being absent for twelve (12) workweeks in a rolling twelve (12) month period or twenty-six (26) workweeks during a single twelve (12) month period if you took a leave under the Service member Family Leave provision, you will be restored to the same or to an equivalent position to the one you held when the leave started. Of course, you have no greater right to reinstatement or to other benefits and conditions of employment than if you had been continuously employed during the FMLA leave period. In determining whether a position is "equivalent" we would look at whether the position had substantially similar terms and conditions of employment and whether the position entails similar duties, skills, efforts, responsibilities, authority, privileges and status. The alternative position should be at the same worksite or a nearby worksite with a similar work schedule. However, the employee does not need to be reinstated in a position with the same job title or in the same physical office or cubicle as the prior position.

If the leave was due to your own serious health condition, you will be required to submit a fitness-for-duty certification from your health care provider in accordance with our normal policies and practices applicable to other leaves of absence, certifying that you are able to resume work and perform the essential functions of the job (either with or without a reasonable accommodation). A list of the essential job functions will be made available to you for compliance with this requirement prior to the Village of Melrose Park designating your leave as FMLA leave. If a reasonable job safety concern exists, you also may be required to provide a fitness for duty certification up to once every 30 days before returning from an intermittent or reduced schedule FMLA leave related to your own serious health condition. Generally, a returning employee will be permitted to return to work within two (2) business days of the Village of Melrose Park's receipt of a valid fitness for duty release.

If you fail to return to work at the expiration of your approved Family and Medical Leave, it will be considered to be a resignation of your employment with us. Likewise, an employee on FMLA leave who provides notice of their intent not to return to work upon expiration of a leave will lose their entitlement to FMLA leave and related benefits.

12. <u>Key Employees</u>. Certain highly compensated key employees may be denied reinstatement when necessary to prevent "substantial and grievous economic injury" to the Village of Melrose Park's operations. A "key" employee is a salaried Employee who is among the highest paid 10% of Employees at that location, or any location within a 75-mile radius. Employees will be notified of their status as a key employee, when applicable, after they request a Family and Medical Leave.

20 | P a g e

VMP-JJS 3483

13. <u>Coordination with Other Policies</u>. You must substitute any accrued paid vacation days, personal time, and sick days (if you otherwise qualify) for <u>unpaid</u> leave under this policy, and any such paid time off must be taken concurrently with your Family and Medical Leave. If you otherwise qualify for disability pay, you will collect it at the same time you are on unpaid Family and Medical Leave.

Further, if you otherwise qualify for any other type of leave of absence, you must take that leave at the same time as you are taking your Family and Medical Leave. All time missed from work that qualifies for both Family and Medical Leave, and for workers' compensation, will be counted toward your Family and Medical Leave. To receive any type of paid time off benefit while on FMLA leave, you are required to meet the Village of Melrose Park's conditions for taking the paid leave (although the Village of Melrose Park may in its discretion waive any procedural requirement for the paid leave in appropriate circumstances).

14. <u>Anti-Retaliation Provisions</u>. Be assured that no retaliation will be taken or tolerated against any employee who exercises his/her rights under our FMLA policy. If you feel that you have been the victim of any discrimination or retaliation under this Policy, you are encouraged to contact Village's Human Resources Department so that the matter can be promptly investigated and remedied as appropriate.

## 5.6     Personal Leaves of Absence

A personal leave of absence for purposes of this policy is defined as an unpaid leave of absence from work that is not otherwise covered by law or any other Village policy. The employee must have been employed by the Village full-time for at least one (1) year to be eligible for a personal leave of absence. The employee must also have exhausted all other applicable leave, vacation time, and other time off.

Requests for personal leave must be made in writing to the Human Resources Department as far in advance as possible and are subject to management approval. Some circumstances that may be taken into consideration in making the decision to grant or deny requests for personal leave include:

- The starting and ending date of the requested personal leave;
- The length of time the employee has been employed with the Village;
- The reason(s) for the requested leave, including the necessity of missing work;
- The reasonableness of the amount of time requested;
- The workload and requirements of the employee's position; and
- The attendance and performance record of the employee.

Personal leaves may be granted up to thirty (30) days in any calendar year. If the employee does not return to work on a mutually agreed-upon day, the employee may be subject to disciplinary action up to and including termination.

## 5.7     Bereavement Leave

Up to three (3) consecutive days of leave with pay may be granted to regular full-time employees in the event of the death of an immediate family member, provided the days requested fall on the employee's regularly scheduled workdays. Immediate family (including in-laws) shall be interpreted to mean parents, grandparents, brothers, sisters, children, and spouse. One (1) day of leave with pay may be taken for extended family members such as uncles, aunts and cousins.

Paid bereavement leave is for the purpose of attending the decedent's funeral and includes such related events as the wake or visitation. The Village may require reasonable documentation to

VMP-JJS 3484

support any requested bereavement leave, which may include a death certificate, a published obituary notice, or written verification of death, burial, or memorial services from a mortuary, funeral home, burial society, crematorium, religious institution, or government agency.

In accordance with the Illinois Child Bereavement Leave Act (820 ILCS 154/1 et seq.), employees who are "eligible" for leave under the Family and Medical Leave Act of 1993 (29 U.S.C. § 2601 et seq.) shall be entitled to ten (10) workdays of unpaid bereavement leave to attend the funeral (or alternative to a funeral) of the employee's child, make arrangements necessitated by the death of the child, or grieve the death of the child. For purposes of this policy, an employee's "child" shall be defined as the employee's son or daughter who is the biological, adopted, or foster child, a stepchild, a legal ward, or a child of a person standing in *loco parentis*. This leave must be completed within 60 days after the date on which the employee receives notice of the death of the child. In the event of the death of more than one child in a 12-month period, an eligible employee is entitled to up to six (6) weeks of child bereavement leave during the 12-month period. The Village will not discriminate or retaliate against employees who take this leave.

Employees may elect to substitute paid time off (e.g. vacation and personal days) for unpaid time off in addition to the paid time off allowed under this bereavement policy as set forth above. However, nothing in this policy shall be interpreted as increasing the total amount of time off available to an employee under the Family and Medical Leave Act or any other Village policy.

Eligible employees are required to notify their supervisor/manager and the Human Resources Department at least 48 hours in advance of their intention to take bereavement leave unless doing so is not reasonable or practicable.

### 5.8 Jury Duty Leave
The Village will grant a paid leave of absence to full-time employees who are selected for jury duty or have been subpoenaed as a witness in a court of law. Part-time employees will be granted an unpaid leave of absence for jury duty. Full-time Village employees on jury duty will be compensated at their full regular rate of pay and need not reimburse the Village for pay received for jury service. In return for this compensation, the employee is expected to report for work when not in court or when excused early. To be eligible for paid leave under this policy, the employee must provide proof of the number of days served by submitting a copy of the summons or subpoena and other relevant documentation to the employee's supervisor/manager or the Human Resources Department.

### 5.9 Voting Leave
The Village will allow employees a two (2) hour leave of absence from work to vote in a general or special election or at any election at which propositions are submitted to a popular vote in the event the employee's working hours begin less than two (2) hours after the opening of the polls and end less than two (2) hours before the closing of the polls. An employee's supervisor/manager may specify the hours in which an employee may take this leave. All requests for voting leave must be made to the employee's supervisor/manager prior to the date the leave is taken.

### 5.10 Leave for Nursing Mothers
In accordance with the Nursing Mothers in the Workplace Act (820 ILCS 260/1 et seq.), the Village will provide reasonable unpaid break time each day to an employee who needs to express breast milk for her infant child. The break time must, if possible, run concurrently with any break time already provided to the employee. The Village will also make reasonable efforts to provide

VMP-JJS 3485

a room or other location, in close proximity to the work area, other than a toilet stall, where an employee can express her milk in privacy.

### 5.11 Leave Under the Illinois School Visitation Rights Act

In accordance with the Illinois School Visitation Rights Act (20 ILCS 147/1 et seq.), the Village will allow employees up to eight (8) hours of unpaid leave per school year, with no more than four (4) hours being taken in one day, to attend school conferences or classroom activities related to the employee's child if the conference or classroom activities cannot be scheduled during nonworking hours. Employees are only entitled to leave under this policy if they have exhausted all accrued vacation leave, personal leave, and any other leave that may be used other than sick leave and disability leave. Employees must provide their supervisors/mangers with a written request for leave at least seven (7) days in advance of when the leave is to be taken, except for emergency situations in which case at least twenty-four (24) hours' notice shall be required. The Village will make reasonable efforts to accommodate an employee who wishes to make up any time missed after taking leave under this policy.

### 5.12 Leave For Elected Officials

In accordance with the Illinois Time Off for Official Meetings Act (50 ILCS 115/1 et seq.), the Village will allow any employee who is an elected official of a unit of local government or school district unpaid leave from work to attend an official meeting of a public body to which the employee has been elected, plus any necessary travel time. Employees wishing to take leave under this policy must provide their supervisors/managers with least twenty-four (24) hours' advanced notice.

### 5.13 Leave Under the Victims Economic Safety and Security Act

The Victims Economic Safety and Security Act (VESSA) grants up to 12 weeks of leave in any 12-month period for employees who are victims of domestic or sexual violence or who have a family or household member who is a victim of domestic or sexual violence. Employees seeking to use leave under VESSA are required to provide the Village with least 48 hours' notice of their intention to take leave unless doing so is not practicable. For more information, please contact the Human Resources Department.

### 5.14 Military Leave

The Village shall comply with all current state and federal laws regarding military leave, including but not limited to the United States Employment and Reemployment Rights Act (USERRA), the State of Illinois Local Government Employee Benefits Continuation Act (50 ILCS 140), and the State of Illinois Military Leave of Absence Act (5 ILCS 325). To the extent anything herein conflicts with contractual obligations or state or federal laws or regulations, those obligations and laws or regulations will prevail.

To the extent required by applicable law, the Village shall grant leave from employment to eligible full-time and part-time employees who are members of any active or reserve component of the Armed Services, the Illinois Naval Militia, or the National Guard of any state for any period actively spent in military service, whether voluntary or involuntary, including basic training, annual training, and special or advanced training.

**Notice to the Village**

The Village requires advance notice of military leave, unless military necessity prevents such notice or it is otherwise impossible or unreasonable. Unless otherwise provided by law, such leave shall not exceed a cumulative period of five (5) years.

Except as provided for herein, military leave shall be uncompensated. Employees on military leave may use paid time off, including vacation and personal time, but are not required to do so.

**Health Benefits During Military Leave of Absence**

23 | P a g e

Employees who are on military leave in excess of 31 days may elect to continue their Village health insurance coverage for up to 24 months. Upon return from military leave, employees shall be entitled to reinstatement of Village health insurance benefits. Employees who take military leave shall not suffer loss of seniority or any other benefits previously accrued.

**Military Leave For Training Purposes**

A   Employees who are members of any reserve component of the United States Armed Forces or of any reserve component of the Illinois State Militia, shall be granted leave for any period actively spent in military service, including:

1.   Basic training;
2.   Special or advanced training, whether or not with the state, and whether or not voluntary;
3.   Annual training; and
4.   Any other training or duty required by the United States Armed Forces.

B   During leaves for annual training, full-time employees who are in the Reserves shall continue to receive their regular compensation.

C   During leaves for basic training, for up to 60 days of special or advanced training, and for any other training or duty required by the United States Armed Forces, full-time employees who are in the Reserves shall receive their compensation as a Village employee minus the amount of their base pay for military activities if their daily rate of compensation for military activities is less than their daily rate of compensation as a full-time Village employee. Calculations under this section shall be made in accordance with applicable law.

D   During leaves for basic training, full-time employees who are in the Reserves shall continue to accrue seniority and other applicable benefits.

**Employees in the Reserves Who Are Called to Active Duty**

Employees who are members of any reserve component of the United States Armed Services, including the Illinois National Guard, and who are mobilized to active military duty as a result of an order of the President of the United States, shall continue to receive their compensation as Village employees for the duration of their active military service, as well as any health insurance and other benefits they were receiving or accruing at the time they were mobilized to active military duty minus the amount of their base pay for military service.

**Returning from Military Leave**

Employees wishing to return to their employment with the Village following military leave must report back to work or make a request for reemployment within the timeframe set by law. Employees who have been on leave for less than 31 days must report for work by the beginning of the first regularly scheduled work day that would fall 8 hours after the employee returns home from the place of military service. Employees who have been on leave for 31 – 180 days must make a request for reemployment no later than 14 days following the completion of their military service. Employees who have been on leave for more than 180 days must make a request for reemployment within 90 days following the completion of their military service. If, due to no fault of the employee, timely reporting back to work would be impossible or unreasonable, the employee must report back to work as soon as possible, unless otherwise provided for by law. An employee's failure to timely report for work or make a request for reemployment may be grounds for the denial of reinstatement and may result in discipline up to and including termination.

VMP-JJS 3487

### 5.15   Holidays

Full-time employees will be entitled to the following paid holidays **after** sixty (60) continuous days of full-time employment.

New Year's Day
Martin Luther King, Jr. Day
Presidents' Day
Good Friday
Memorial Day
Independence Day
Labor Day
Columbus Day
Veterans' Day
Thanksgiving Day
Day after Thanksgiving
Christmas Eve (1/2 day, Noon – 5:00P.M.)
Christmas Day
New Year's Eve (1/2 day, Noon – 5:00P.M.)

When a holiday falls on a Saturday, the preceding Friday generally will be recognized as the holiday. A holiday falling on a Sunday generally will be celebrated on the following Monday. In order to be paid for a holiday, an employee **must be at work** on the workday before and after the holiday. If a vacation was scheduled before and/or after the holiday, the employee will be paid for that holiday. Should the employee be absent, or if he or she did not work an eight (8) hour shift for any other reason on either of those two (2) days, he or she will be required to submit an acceptable written reason for the absence to his or her supervisor/manager for approval. Failure to do so will result in loss of pay for the holiday.

A paid holiday occurring during an employee's scheduled vacation will not be considered a vacation.

Full-time, regular, non-exempt employees are paid for one (1) eight (8) hour day per holiday.

Non-exempt employees required to work on a holiday because of the nature of their duties will be paid at the **regular** hourly rates of pay for all non-overtime hours required to be worked on the holiday. Employees who are required to work on a holiday will receive a floating holiday to be used at a later date.

The Village recognizes that some employees may wish to observe, as periods of worship or commemoration, certain days not included in the Village's holiday schedule. Such employees may use accrued vacation days or other approved time off to address these circumstances.

## 6.  EMPLOYEE BENEFITS

### 6.1   Available Benefits

The Village of Melrose Park currently provides its employees with major medical insurance, dental and optical insurance, life insurance, short and long-term disability insurance, as well as a pension plan.

For specific questions regarding eligibility and further clarification of any of these benefits, employees should refer to the applicable plan documents which can be obtained from the Human Resources Department. All benefits are subject to change and/or revocation unless otherwise required by law.

### 6.2   Medical/Dental Insurance

VMP-JJS 3488

Full-time employees and retirees are eligible to participate in the Village of Melrose Park's health insurance plans, currently through Blue Cross/Blue Shield of Illinois. The Village offers an HMO plan for medical and a PPO plan for dental. An employee is eligible the first of the month following thirty (30) days of employment.

The health insurance plan is provided at a 3% cost to the employee and to retirees, however is subject to change.

Comprehensive major medical coverage is available to eligible employees of the Village of Melrose Park. This plan provides for usual and customary hospital and surgical coverage as well as extended outpatient medical expenses.

Employees should refer to the plan documents for more information regarding benefits including annual deductible, co-payment schedules, pre-certification requirements, and maximum out-of-pocket expenses.

### 6.3    Medical Benefits Continuation

The Federal Consolidation Omnibus Budget Reconciliation Act (COBRA) gives employees and their qualified beneficiaries the opportunity to continue health insurance coverage under the Village's health plans when a "qualified event" would normally result in the loss of eligibility. Some common qualifying events are resignation, termination of employment, death of an employee, a reduction in an employee's hours, an employee's divorce or legal separation, and a dependent child no longer meeting eligibility requirements.

Under COBRA, the employee or beneficiary pays the full cost of coverage at the Village of Melrose Park's group rate plus an administrative fee. The Village provides each eligible employee with a written notice describing rights granted under COBRA when the employee becomes eligible for coverage under the health plan. The notice contains important information about the employee's rights and obligations.

### 6.4    Disability Insurance

Employees enrolled in the Illinois Municipal Retirement Fund (IMRF) are also eligible for IMRF temporary, total, and permanent disability benefits as described in the plan information available through the Village's Human Resources Department.

### 6.5    Accidental Death and Dismemberment

The IMRF plan provides eligible employees a life insurance benefit. Refer to the plan document for more information regarding eligibility and coverage afforded by this employee benefit.

For more information regarding these individual insurance programs, please refer to the plan document received at the time of application for insurance. Any questions should be directed to Human Resources.

### 6.6    Illinois Municipal Retirement Fund (IMRF)

The Village of Melrose Park's pension plan is governed by the Illinois Municipal Retirement Fund (IMRF). Employees contribute four and a half percent (4 - ½%) of their salary, three and three-quarters percent (3-3/4%) for their pension and three-quarters of a percent (3/4%) for a surviving spouse pension. Contributions are tax-deferred. Employer contributions, which make up most of the pension costs for the members who reach retirement, are not credited.

For more information regarding eligibility and enrollment periods, please consult the Illinois Municipal Retirement Fund Summary Plan description, which can be obtained from the Human Resources Department.

### 6.7    Retiree Medical Benefits

Employees hired after August 1, 1999 will be eligible to retire with full medical benefits when the employee's age plus his or her consecutive years of service with the Village of Melrose Park

VMP-JJS 3489

equals or exceeds seventy-five (75). Medicare eligible retirees will be entitled to Medicare supplemental benefits only.

## 6.8 EAP Program

The Village of Melrose Park recognizes that a wide range of illnesses and problems can have an effect on an employee's health, well-being and job performance. These illnesses and problems may include alcoholism, drug dependence, emotional or psychiatric illnesses, marital and/or family discord, stress disorders, legal difficulties, and/or financial problems.

The Village of Melrose Park believes that it is in the best interests of the employee, the employee's family, and the Village of Melrose Park to provide an Employee Assistance Program (EAP) to help with such illnesses and problems by providing confidential and professional assessment, short-term counseling, and/or referral services. It is the policy of the Village of Melrose Park, therefore, to handle such problems within the following framework:

A   The Village recognizes that human problems can be treated successfully if identified in the early stages and referral is made to appropriate resources. This applies to whether the problem is physical illness, mental or emotional illness, financial problems, marital or family distress, alcoholism, drug abuse, stress, legal problems, or other concerns.

B.   Employees who have a problem are encouraged to voluntarily seek assistance on a confidential basis by calling EAP staff directly at 1-800-786-2948. Family and/or fellow workers also may suggest an employee contact the EAP.

C.   When an employee's job performance or attendance is unsatisfactory and the employee is unwilling to correct the situation either alone or with normal supervisory assistance, this is an indication that there may be some cause outside the realm of his or her job responsibilities which is the basis of his or her problem.

D.   If illness or personal problems are the cause of unsatisfactory job performance, both the employee and management will have access to the EAP's professional services which are designed to help resolve such problems in an effective and confidential manner.

E.   An employee's unsatisfactory job performance will be handled according to established progressive disciplinary procedures. The implementation of EAP will not require or result in any special regulations, privileges or exemptions from the standard administrative practice applicable to job performance requirements.

F.   If any employee's job performance continues to suffer despite usual supervisory intervention, the supervisor/manager is expected to recommend the person seek professional assistance from EAP staff. An employee may choose to accept or refuse the recommendation for EAP assessment; similarly EAP recommendations for treatment may be accepted or rejected. Employees may not be disciplined solely for non-compliance with recommendations made for or by the EAP. Continued poor work performance will be handled through customary progressive disciplinary procedures.

G.   If a referral for treatment is made and accepted, such treatment may be covered according to the healthcare insurance program chosen by the employee. Any necessary time off from work would be handled according to existing policies. Employees are assured that their continued employment and opportunities for promotion will not be jeopardized by utilizing the employee service.

H.   All EAP records and discussions will remain confidential between the employee and the EAP staff unless the employee authorizes disclosure or as otherwise required by law.

VMP-JJS 3490

I. Because employee work performance can be affected by the problems of an employee's spouse or other dependents, the program is available to the dependent family members of employees as well.

J. Because crisis situations may occur during non-working hours, a 24-hour, seven-day-a-week crisis telephone number is available for employees and their families. The number is 1-800-786-2948.

## 6.9 Workers' Compensation

The Village maintains its own Workers' Compensation insurance. This insurance covers injury or illness that requires medical, surgical, or hospital treatment sustained because of, and during the course of, employment. Injured employees may be eligible for applicable benefits as provided under Illinois law.

Employees who are injured during working hours at the Village immediately must report the accident to their supervisors/managers and obtain the appropriate medical care, if necessary. It is important that an official report of the accident be initiated, even if the injury does not seem to warrant medical attention at the time. Copies of Illness/Injury Reports can be obtained from supervisors/managers.

An injured employee immediately must secure a letter from a physician stating any inability to perform normal duties including beginning and ending dates of any/all restrictions. The employee must continue to provide documentation from the attending physician pertaining to his or her progress. Failure to report an injury immediately is considered a violation of the Village's work rules. Unless otherwise provided by law or contract, the Village reserves the right to have the employee see a physician of the Village's choice to determine the continuation of benefits.

## 6.10 Social Security

Unless otherwise provided by law, all Village employees are covered by Social Security. Under the provisions of the Federal Old Age Benefits Act, both the employer and the employee are taxed on an equal percentage basis to provide an employee with Social Security benefits at retirement or in the event of total disability as determined by the Social Security Administration.

# 7. SAFETY IN THE WORKPLACE

## 7.1 General Safety Policy

All employees are required to exercise common sense while on the job and observe the following rules concerning safety. The best protection against injury is a safety conscious work attitude on the part of all employees. A supervisor/manager should be notified immediately of any potentially dangerous conditions existing in any area of the Village.

Emergency numbers are posted in conspicuous areas throughout the Village's buildings.

**First Aid Kit**

First aid kits can be found in several locations throughout the Village's buildings. All employees should familiarize themselves with these locations so they know where to go if the need for first aid arises.

**Building Security**

Due to the classified nature of some work performed within the Village of Melrose Park, and for the protection and personal safety of all personnel, the Village employs the following safeguards and security measures at all our buildings:

- Access to specific restricted areas within the Village will be through supervisor/manager approval only.
- Doors and cabinets where confidential information or valuables are stored are to be kept securely locked whenever employees are not in attendance.

28 | P a g e

**Reporting Injuries/Accidents**

Employees who suffer work-related injuries or illnesses on the job must report them to their supervisor/manager immediately. Failure to do so will result in disciplinary action up to and including termination.

Employees returning to work must provide certification from a physician indicating they will be able to work satisfactorily and safely. Employees who fail to return to work after receiving medical clearance may be discharged. In certain cases, the Village will offer reasonable accommodations to returning injured or sick employees.

**Physical Limitations**

Should an employee develop any physical limitations, it must be reported to his or her supervisor/manager in writing (physician's note) and this will be placed in the employee's medical file. If a physical restriction prevents an employee from returning to work, he or she will not be allowed to work until proper release by the physician is received in writing. All medical notes/certificates stating restrictions must have a beginning and an end date pertaining to these restricted duties. Restrictions must be specific. In all cases, the rate of pay will be determined by the particular job the employee is performing.

**Emergency Exiting**

When a fire alarm sounds, all employees will leave the building immediately. Exiting plans are posted throughout the Village buildings. Please familiarize yourself with the plan in your building/work area so you will know where to go in the event that the need arises.

**Use and Handling of Village Vehicles and Equipment**

In using Village vehicles or personal vehicles for Village business, employees must keep in mind the fact that they are representatives of the Village government and that their conduct in adhering to the rules of safety and courtesy on the road is a reflection, for better or worse, on the Village. Thus, it is imperative that such employees abide by these rules and customs with the highest degree of exactitude. When driving Village vehicles, personnel are required to wear seat belts at all times. Any fines incurred by an employee while operating a Village vehicle due to traffic or parking regulations shall be the responsibility of the employee, and all fines or monies shall be paid by the employee. No one under the age of eighteen (18) will be permitted to operate a Village-owned vehicle during the course and scope of employment.

Any incident involving the use of a Village-owned vehicle while working, whether or not it results in an injury to any person or damage to any vehicle or property and regardless of who is at fault, must be reported immediately to the employee's supervisor/manager.

Village vehicles, equipment, supplies, tools, and uniforms shall not be used for personal or unauthorized purposes. **No Village-owned vehicle is to be taken home overnight, with the exception of designated department heads on 24-hour call.**

Employees shall be responsible for the proper care and use of Village vehicles, equipment, supplies, tools, and uniforms. Accidents, breakdowns, or malfunctions of any equipment should be reported to the employee's immediate supervisor on the day of the occurrence so that repairs may be made.

**Uniforms – Protective Gear**

Employees are responsible for the uniforms supplied by the Village. Uniforms provided for the employees shall be worn only during working hours or for conducting official Village business outside working hours. Uniforms may be worn to or from work, unless department rules specify otherwise, but are not to be worn during any personal activity other than defined in this section, unless authorized by the department head.

VMP-JJS 3492

Each employee is expected to dress appropriately for the job they are performing. In setting dress standards, supervisors should consider these factors:

- The nature of the work;
- Safety considerations; and
- The nature of the employee's public content.

When necessary, safety shoes, work boots, safety glasses, gloves, and safety vests must be worn. When an employee's dress does not comply with established standards, the normal responses should be to discuss the matter with the employee. If the abuse continues, the supervisor may initiate disciplinary action.

Employees must make every effort to take proper care of their uniforms. Damaged and/or lost uniforms must be reported immediately to the employee's immediate supervisor.

If an employee violates this section, the employee may be held liable to the Village for any claims, costs, or damages arising out of or resulting from the use, operation, or possession of Village equipment.

## 7.2    Alcohol and Substance Abuse Policy

The Village of Melrose Park recognizes that drug and alcohol abuse are pervasive in our society. The Village further recognizes that the workplace is not exempt from the use and abuse of such substances.

The use and misuse of alcohol and drugs by Village employees is contrary to a drug-free workplace. The use of these substances increases the potential for accidents, absenteeism, substandard performance, turnover, misconduct, poor employee morale, damage to property, injury to the public and/or other employees, or degradation of trust in the Village to efficiently provide service to its citizens. All employees shall be subject to random drug and alcohol testing pursuant to procedures set forth below. Therefore, the following Alcohol and Substance Abuse Policy is adopted, effective August 1, 1999.

All employees of the Village of Melrose Park shall be governed by the principles of a drug-free workforce and workplace, and employees:

- shall not be under the influence of alcohol, illegal drugs, or other dangerous substances while performing their assigned duties or while "on call" for duty;
- shall not use, distribute, sell, or possess illegal drugs;
- shall not use alcohol or other dangerous substances during working hours, during breaks or meal periods, when scheduled to return to work, or when subject to being called to work;
- shall not possess, store, or transport alcohol or illegal drugs while on Village premises, at Village work locations, or in Village vehicles or equipment; and
- shall not sell, distribute, dispense, or transfer alcohol, illegal drugs, or prescription drugs and medications to any other employee or to any person while on duty or acting in an official capacity.

All employees are governed by these requirements and should be aware that violations will result in disciplinary action up to and including termination of employment.

Definitions:

- Drug: A drug is any non-prescribed controlled substance that the employee is not authorized to possess or consume by law, including any controlled substance listed in 720 ILCS 570 et seq., known as the Controlled Substances Act, and 720 ILCS 550 et seq., known as the Cannabis Control Act, for which the employee does not have a current prescription. This also includes the improper use of prescription drugs and any "designer

30 | P a g e

VMP-JJS 3493

drugs" which have adverse effects on perception, judgment, memory, or coordination. Only the person for whom a prescription drug is issued can bring that medication on Village premises. Employees must use prescription drugs only in the manner, combination, and quantity prescribed.

- Alcohol: Includes any distilled spirits, wine, malt beverages, or other intoxicating liquors.
- Drug/Alcohol Test: Any chemical, biological, or physical instrumental analysis administered for the purpose of determining the presence or absence of alcohol or a drug or its metabolites.
- Reasonable Suspicion: Reasonable suspicion shall be defined as a belief based on specific facts and reasonable inferences that the employee is under the influence of drugs or alcohol, or is in the possession of or selling drugs and alcohol. Circumstances which may constitute a basis for determining reasonable suspicion may include, but are not limited to:
  - A pattern of abnormal or erratic behavior.
  - A noticeable change in work performance.
  - Direct observation of drug or alcohol use.
  - Presence of physical symptoms of drug or alcohol use (glassy or bloodshot eyes, slurred speech, poor coordination, or the odor of an alcoholic beverage on/or about the person or breath of the employee).
  - A work-related accident caused by the employee which, when in conjunction with any of the items listed above, results in any personal injury to the employee or others or damage to Village property.

- Employee: Any individual hired by the Village to work for wages or salary, excluding any and all independent contractors.
- Driver: Any employee who operates a Village vehicle. This includes, but is not limited to: full-time, regularly employed drivers, casual, intermittent or occasional drivers, leased drivers and independent, owner-operated contractors who are either directly employed by or under lease to the Village or who operate a vehicle at the direction of or with the consent of the Village.
- Safety Sensitive Position: Police or Fire Department personnel, both civilian and sworn.
- Conviction: A finding of guilt, including a plea of no lo contendere, or imposition of sentence, or both, by any judicial body charged with determining violations of the federal or state criminal drug statutes.

The employee Assistance Program (EAP) of the Village of Melrose Park is available to employees who desire to seek help for an alcohol, drug, or substance abuse problem. Contact with the EAP can be made directly through Human Resources.

**Voluntary Referral**

An employee may desire to come forward on a self-initiated basis to seek help for an alcohol or drug abuse problem and to voluntarily resolve that problem. Employees are encouraged to do so before they are found in violation of this policy.
Any employee voluntarily seeking assistance for a problem involving illegal drug use or alcohol may avail himself or herself of this help once during the employee's tenure with the Village.

VMP-JJS 3494

The employee will not be subject to disciplinary action for voluntarily coming forward for help. However, an employee will not escape discipline by requesting such assistance after being requested to take an alcohol and/or drug test violating Village policies and rules of conduct. Voluntary requests for help will be kept confidential.

**Positive Referral**

Any positive drug/alcohol test shall cause the employee to be referred to the Village's Employee Assistance Program (EAP) for substance abuse treatment evaluation. The employee must comply with all EAP recommendations and sign a release of information allowing the EAP to disclose to the Village such compliance. The EAP may recommend the employee return to work after the employee provides a negative drug screen and the EAP is satisfied with compliance with recommendation. The employee may also be subjected to one year of follow-up drug testing on random dates selected by the Village.

**Other Testing Conditions**

Anyone in a supervisory position shall have the right to require any employee under his or her supervision to submit to drug or alcohol testing when reasonable suspicion exists that the employee is in violation of any of the provisions as set forth in this directive. The supervisory person will provide written notice to the employee of the order to submit to drug or alcohol testing and make arrangements for transportation to the testing facility. The order will be signed by the supervisory person requiring the test as well as Human Resources and will further state the specific facts and the inferences leading to the reasonable suspicion to order such a test. The employee shall complete the test within one (1) hour of issuance of order. After submitting to the drug and/or alcohol testing, the employee will not be allowed to return to work pending the results of the drug test.

Any employee may be required to submit to drug or alcohol testing as a condition of the promotional process, initial employment, or during a change in job assignment without the requirement of reasonable suspicion.

The Village will require post-accident drug and breath alcohol testing for any employee involved in any accident with a Village vehicle. The test must be conducted within 2 – 4 hours of the accident.

**Random Testing**

All employees as defined in this policy will be included as a part of a group from which they will be selected randomly by a third party computer for substance abuse testing. Random testing will occur quarterly, with approximately 20% of the employees being tested.

**Positive Test Results**

If the employee tests positive on both the initial and confirmatory tests for drugs or alcohol, the employee shall be subject to disciplinary action which can lead to discharge from employment. However, when the employee is taking prescription medication in conformity with the lawful direction of the prescribing physician or a non-prescription medication in conformity with the manufacturer's specified dosage and the employee has notified the Village of the use of the prescription or non-prescription medication before any laboratory test is performed, a positive test consistent with the ingredients of such medication shall not constitute cause for discipline. (the Village will require an employee to provide evidence that any prescription medication has been lawfully prescribed by a physician, as well as information from the physician on any potential side effects).

Any positive drug/alcohol test shall cause the employee to be immediately removed from driving or any other safety-sensitive function. Any positive drug/alcohol test shall cause the employee to

VMP-JJS 3495

be referred to the SAP (Substance Abuse Professional) for substance abuse treatment evaluation. Any subsequent positive tests will result in immediate termination.

**Refusal to provide a hair, blood, breath, or urine specimen**

An employee's refusal to provide a hair, urine, breath or blood specimen for laboratory testing when requested by the Village shall constitute cause for disciplinary action. If an employee is physically unable to provide a hair or urine specimen, the Village may request a blood specimen for laboratory testing.

**Tampering with or substitution of a specimen**

Intentionally tampering with, causing another person to tamper with, diluting, substituting for, or causing another person to substitute for a urine and/or blood specimen, whether the employee's own specimen or another employee's specimen, shall constitute cause for termination of any employee who engages in such activity.

**Drug-related felony or misdemeanor conviction**

The conviction of any employee for any felony or misdemeanor involving the illegal possession, sale, use, or distribution of a drug shall constitute cause for disciplinary action which can lead to discharge, whether or not such felony occurred on or off duty. Such convictions must be reported to the Human Resources Department within five (5) working days. In deciding appropriate action, the Village will consider the nature of the charges, the sentence, the employee's job assignment, the employee's record with the Village, any adverse impact of the employee's conviction on the public trust in the ability of the Village to carry out its responsibilities, and any other relevant factors.

**Test Results**

Test results will be reviewed to determine whether or not there is any indication of a controlled substance or alcohol abuse. If there is any evidence of a positive result, the employee will be given an opportunity to discuss the results and provide documentation of leally prescribed medication. The results will be maintained in a secure location with controlled access by the designated Human Resources Representative. The results will not be released to any unauthorized party without written consent by the employee.

**7.3    Smoke-Free Workplace**

Smoking is not allowed in Village buildings or vehicles at any time. "Smoking" includes the use of any tobacco products, electronic smoking devices, and e-cigarettes containing nicotine cartridges.

For the health, well-being, and safety of all employees, the Village allows smoking only in the designated areas **(15 feet away from entrances and exits)** during scheduled breaks and lunches.

# VILLAGE OF MELROSE PARK EMPLOYEE HANDBOOK
## ACKNOWLEDGEMENT AND RECEIPT

By signing below, I acknowledge that I have received a copy of the Village of Melrose Park Employee Handbook and understand that it is my responsibility to read and become familiar with its contents. I further understand that it is my responsibility to ask questions of my immediate supervisor/manager or the Human Resources Department if I do not understand any of the

VMP-JJS 3496

information contained in the Handbook and that I am required to abide by and observe all of the information and rules, policies, and procedures explained therein.

I acknowledge that nothing in the Handbook constitutes a contract or promise of employment and that unless I am covered by a collective bargaining agreement or have a written employment contract with the Village providing otherwise, my employment at the Village of Melrose Park is at will, which means that the employment relationship can be terminated at any time by me or the Village for any reason with or without cause or notice.

I agree to abide by and observe all of the information and rules, policies, and procedures set forth in the Handbook. I understand that the Village's rules, policies, and procedures may be changed from time to time, with or without notice, and that this Handbook supersedes and replaces any and all prior Handbooks.


_____
Print Name

_____
Signature

_____
Date Signed

VMP-JJS 3497



Ronald M. Serpico
**1YOR**

Barbara Jasinski
**CLERK**

- **TRUSTEES** -

Cathy Cossident Italia    Fred Lamb    John Conteduca
Carlotta "Lollie" Ariola    Joe McMillan    Ruben Lomeli

August 1, 1999

On behalf of our residents, I want to say thank you for choosing a career as a Melrose Park Village employee.

You hold in your hands the first personnel manual in Melrose Park's history to be distributed to every village employee. A professional personnel consulting firm working many months with Melrose Park elected officials, department heads and village employees developed the guidelines and pertinent information on the following pages. Please take a few moments to read this manual and familiarize yourself with our Village policies, programs and benefits.

I strongly believe an informed village employee who knows what is expected of him and her and what he or she can expect in return ensures better morale, a friendlier workplace, and a fairer approach to management – employee relations.

Together, we have made great strides in making Melrose Park a Village people want to move into and not from. However, there is much more work to be done.

Once again, I am glad you have chosen to be part of the Melrose Park team who is making surrounding municipalities sit up and take notice of the excellent and innovative work being done here.

Sincerely,

Ronald M. Serpico
Mayor

EXHIBIT
#3.0
30 6 6
8-12-20

**VILLAGE OF MELROSE PARK**
**EMPLOYEE MANUAL**

August 1, 1999

## TABLE OF CONTENTS

**INTRODUCTION** ... 100
    Welcome from the Mayor ... 100
    Introduction ... 100:2
    Equal Employment Opportunity ... 100:3
    Sexual and Other Unlawful Harassment ... 100:4
    Open Door Communication Policy ... 100:5
    Alcohol and Substance Abuse Policy ... 100:6
    Employee Assistance Program Policy ... 100:11

**EMPLOYMENT** ... 200
    Job Postings ... 200:1
    Applications ... 200:1
    Immigration & Reform Act ... 200:2
    Background Check ... 200:2
    Initial Orientation Period ... 200:2
    Attendance ... 200:3
    Promotions & Transfers ... 200:4
    Performance Evaluation ... 200:4
    Disciplinary Action ... 200:5
    Termination ... 200:5

**EMPLOYEE BENEFITS** ... 300
    Disclosure of Benefits ... 300:1
    Medical Insurance ... 300:1
    Medical Benefits Continuation ... 300:1
    Disability Insurance ... 300:2
    Accidental Death ... 300:2
    Illinois Municipal Retirement Fund ... 300:2
    Required Benefits ... 300:3
    Personal Days ... 300:3
    Vacation ... 300:4
    Holidays ... 300:5
    Sick Days ... 300:6
    Family and Medical Leave of Absence ... 300:7
    Personal Leave of Absence ... 300:8
    Bereavement ... 300:8
    Jury Duty ... 300:8
    Military Leave ... 300:9

VMP-JJS 004088

# VILLAGE OF MELROSE PARK
## EMPLOYEE MANUAL

### TABLE OF CONTENTS (CONT.)

PAYROLL PRACTICES .......... 400
  Payroll Administration .......... 400:1
  Time Cards .......... 400:1
  Overtime .......... 400:1

PERSONAL CONDUCT .......... 500
  Village Property .......... 500:1
  Village Vehicles .......... 500:2
  Confidentiality .......... 500:2
  Personal Appearance .......... 500:2
  Solicitations .......... 500:3
  Personal Phone Calls .......... 500:3
  Workplace Technology Policy .......... 500:4

SAFETY .......... 600
  First Aid Kit .......... 600:1
  Building Security .......... 600:1
  Reporting Injuries / Accidents .......... 600:1
  Physical Limitations .......... 600:1
  Emergency Exiting .......... 600:2
  Use and Handling of Village Vehicles & Equipment .......... 600:2

APPENDIX .......... 700

EMPLOYEE'S RECORDS .......... 800

VMP-JJS 004089

**The Village of Melrose Park**                                                                    **100:2**

## INTRODUCTION

Welcome to the Village of Melrose Park. It is with pleasure that the Village of Melrose Park presents this Employee Manual to its employees. The primary purpose of this Manual is to introduce new employees to the work rules, policies, procedures and benefit plans covering Melrose Park Village employees. In addition, it is intended to serve as a reference for employees currently employed.

**All Village of Melrose Park employees are employed on an at-will basis, which means either the employer or the employee may at any time terminate employment for any or no reason, with or without cause.**

**This employee manual is not intended to create a contract of employment between the Village of Melrose Park and any employee of the Village and in no way shall be construed as creating such a contract.**

The purpose of the Village of Melrose Park Employee Manual is to convey to employees the personnel procedures pertaining to their employment. As changes occur in Village policies and/or procedures, this handbook will be amended accordingly, notification will be posted, and updated sections will be provided periodically to employees.

In cases where an employee is covered by a collective bargaining agreement (contract), and/or is subject to the Rules of the Board of Fire and Police Commissioners (Rules) and a conflict exists between the applicable provisions of the contract or the Rules and the Manual, the contract or the Rule will prevail. If the Contract or the Rules are silent on a particular subject covered by the Manual, the Personnel Manual shall prevail. The Manual does not supersede State or Federal law covering matters of employment.

Since there may be some subjects that have not been anticipated, we ask that any unanswered questions be brought to the attention of your supervisor or manager and/or to Human Resources.

The Employee Handbook is considered Village property and can be recalled at any time for changes to be made. We suggest that you keep the handbook in a safe and convenient place for accessibility.

**The Village of Melrose Park**                                                   **100:3**

## EQUAL EMPLOYMENT OPPORTUNITY

The Village of Melrose Park is an Equal Opportunity Employer. In order to provide equal employment and advancement opportunities to all individuals, employment decisions at the Village will be based on job-related qualifications: ability, skills, performance, and other business considerations. The Village of Melrose Park does not discriminate in employment opportunities or practices on the basis of race, color, religion, sex, national origin , age, disability, or any other characteristic protected by federal, state, or local law.

The Village of Melrose Park will make reasonable accommodations for qualified individuals with known disabilities unless doing so would result in an undue hardship. This policy governs all aspects of employment, including job selection, job assignment, compensation, discipline, termination, and access to benefits and training.

Responsibility for providing equal opportunity exists with the Village of Melrose Park management and employees of the Village. Human Resources will have the ultimate responsibility for the on-going implementation of an Equal Opportunity policy for all employees and applicants of the Village.

Any employee with questions or concerns about any type of discrimination in the workplace are encouraged to bring these issues to the attention of their supervisor or to Human Resources. Employees can raise concerns and make reports without fear of reprisal. Anyone found to be engaging in any type of unlawful discrimination will be subject to disciplinary action, up to and including termination of employment.

VMP-JJS 004098

**The Village of Melrose Park**                                                                 100:4

## SEXUAL AND OTHER UNLAWFUL HARASSMENT

The Village of Melrose Park is committed to providing a work environment that is free of discrimination and unlawful harassment. Actions, words, jokes, or comments based on an individual's sex, race, ethnicity, age, religion, or any other legally protected characteristic will not be tolerated. As an example, sexual harassment (both overt and subtle) is a form of employee misconduct that is demeaning to another person, undermines the integrity of the employment relationship, and is strictly prohibited.

The Village of Melrose Park will not tolerate any form of sexual harassment. Sexual harassment includes but is not limited to unwelcome sexual advances, verbal or physical conduct of a sexual nature, visual forms of a sexual nature (i.e. signs, posters, pictures, etc.) or requests for sexual favors. Because the Village of Melrose Park's strong disapproval of offensive or inappropriate sexual behavior, all personnel must avoid any action or conduct that could be viewed as harassing conduct, including unwelcome sexual advances, requests for sexual acts or favors, and other verbal or physical conduct of a harassing nature.

Any employee who wants to report an incident of sexual or other unlawful harassment should promptly report the matter to his or her supervisor. If the supervisor is unavailable or the employee believes it would be inappropriate to contact that person, the employee should immediately contact the Human Resources Department or any other member of the management. Employees can raise concerns and make reports without fear of reprisal.

Any supervisor or manager who becomes aware of possible sexual or other unlawful harassment should promptly advise the Human Resources Department or any other member of management who will handle the matter in a timely and confidential manner. All complaints will be promptly investigated. All personnel should be aware that the privacy of the complaining employee and of the person accused of harassment will be kept confidential to the extent possible under the circumstances.

Anyone engaging in sexual or other unlawful discrimination will be subject to disciplinary action, up to and including termination of employment.

**The Village of Melrose Park**                                                    100:5

## "OPEN DOOR" COMMUNICATION POLICY

Free and open communications between personnel at all organizational levels within the Village of Melrose Park is in the best interest of both the Village and the individual employee. Village policy in regard to communications from employees is referred to as the "OPEN DOOR" since the underlying principle is for all employees to be able to express their matters of concern at any time.

Despite constant and sincere effort to maintain good working relationships, occasional misunderstandings and other reasons for dissatisfaction or complaint may arise in the Village, just as in a group of people working together. Therefore, so those problems can be resolved promptly and in the fairest manner, you are encouraged to follow the steps below:

1. In general, the discussion of problems or complaints should start with your immediate supervisor. In most instances, problems or complaints will be resolved at this level.
2. If your immediate supervisor cannot resolve a problem or complaint, you are encouraged to arrange to meet with the next level of supervision. This step may be taken if for some reason you are unwilling to discuss your problem or complaint with your immediate supervisor.
3. If a problem or complaint cannot be resolved within your department or if you feel the circumstances warrant, you may seek assistance and guidance from the Human Resources Department.

Please be assured that there is a strong commitment from management that reprisal or pressure should not result from communicating your problems or complaints.

## SUGGESTIONS

Ideas, improvements and constructive suggestions presented to management by an employee are welcomed at any time. Should a suggestion prove worthy, it will be utilized based on the Village's sole and exclusive discretion. The suggestion will be noted in the employee file.

# ALCOHOL AND SUBSTANCE ABUSE POLICY

The Village of Melrose Park recognizes that drug and alcohol abuse are pervasive in our society. The Village further recognizes that the workplace is not exempt from the use or abuse of such substances.

The use and misuse of alcohol and drugs by the Village of Melrose Park's employees is contrary to a drug free workplace. The use of these substances increases the potential for accidents, absenteeism, substandard performance, turnover, misconduct, poor employee morale, damage to property, injury to the public and/or other employees, or degradation of trust in the Village to efficiently service its citizens. All employees shall be subject to random drug and alcohol testing pursuant to procedures set forth below. Therefore, the following Alcohol and Substance Abuse Policy is adopted, effective August 1, 1999.

All employees of the Village of Melrose Park shall be governed by the principles of a drug-free workforce and workplace, and employees:

- shall not be under the influence of alcohol, illegal drugs or other dangerous substances while performing their assigned duties or while "on call" for duty;
- shall not use, distribute, sell, or possess illegal drugs;
- shall not use alcohol or other dangerous substances during working hours, during breaks or meal periods, when scheduled to return to work or when subject to being called to work;
- shall not possess, store or transport alcohol or illegal drugs while on Village premises, at Village work locations or in Village vehicles or equipment;
- shall not sell, distribute, dispense or transfer alcohol, illegal drugs or prescription drugs and medications to any other employee or to any person while on duty or acting in an official capacity.

All employees are governed by these requirements and should be aware that violations will result in disciplinary action, up to and including termination.

Definitions:

- Drug: A drug is any non-prescribed controlled substance that the employee is not authorized to possess or consume by law. This also includes the improper use of prescription drugs. Only the person for whom a prescription drug is issued can bring that medication on Village premises. Employees must use prescription drugs only in the manner, combination and quantity prescribed.

- Alcohol: Includes any distilled spirits, wine, malt beverages or other intoxicating liquors.

VMP-JJS 004101

100:7

- Drug/Alcohol Test: Any chemical, biological or physical instrumental analysis administered for the purpose of determining the presence or absence of alcohol or a drug or its metabolites.

- Reasonable Suspicion: Reasonable suspicion shall be defined as a belief based on specific facts and reasonable inferences that the employee is under the influence of drugs or alcohol, is using drugs or alcohol, or is in the possession of or selling drugs and alcohol. Circumstances which may constitute a basis for determining reasonable suspicion may include, but are not limited to:

  - A pattern of abnormal or erratic behavior.
  - A noticeable change in work performance.
  - Direct observation of drug or alcohol use.
  - Presence of physical symptoms of drug or alcohol use (glassy or blood shot eyes, slurred speech, poor coordination or the odor of an alcoholic beverage on/or about the person or breath of the employee).
  - A work-related accident caused by the employee which, when in conjunction with any of the items listed above, results in any personal injury to the employee or others or damage to Village property.

- Employee: Any individual hired by the Village to work for wages or salary, excluding any and all independent contractors.

- Driver: Any employee who operates a Village vehicle. This includes, but is not limited to: full-time, regularly employed drivers, casual, intermittent or occasional drivers, leased drivers and independent, owner-operator contractors who are either directly employed by or under lease to the Village or who operate a vehicle at the direction of or with the consent of the Village.

- Safety Sensitive Position: Police and Fire department personnel, both civilian and sworn.

- Conviction: A finding of guilt, including a plea of nolo contendre, or imposition of sentence, or both, by any judicial body charged with determining violations of the Federal or State criminal drug statutes.

VMP-JJS 004102

100:8

## EMPLOYEE ASSISTANCE PROGRAM

The Employee Assistance Program (EAP) of the Village of Melrose Park is available to employees who desire to seek help for an alcohol, drug, or substance abuse problem. Contact with the EAP can be made directly or through Human Resources.

### VOLUNTARY REFERRAL

An employee may desire to come forward on a self-initiated basis to seek help for an alcohol or drug abuse problem and to voluntarily resolve that problem. Employees are encouraged to do so before they are found in violation of this policy.

Any employee voluntarily seeking assistance for a problem involving illegal drug use or alcohol may avail themselves of this help once during the employee's tenure with the Village.

The employee will not be subject to disciplinary action for voluntarily coming forward for help. However, an employee will not escape discipline by requesting such assistance after being requested to take an alcohol and/or drug test violating Village policies and rules of conduct. Voluntary requests for help will be kept confidential.

### POSITIVE REFERRAL

Any positive drug/alcohol test shall cause the employee to be referred to the Village's Employee Assistance Program (EAP) for substance abuse treatment evaluation. The employee must comply with all EAP recommendations and sign a release of information allowing the EAP to disclose to the Village such compliance. The EAP may recommend the employee return-to-work after the employee provides a negative drug screen and the EAP is satisfied with compliance with recommendation.

## OTHER TESTING CONDITIONS

Anyone in a supervisory position shall have the right to require any employee under their supervision to submit to drug or alcohol testing when reasonable suspicion exists that the employee is in violation of any of the provisions as set forth in this directive. The supervisory person will provide written notice to the employee of the order to submit to drug or alcohol testing and make arrangements for transportation to the testing facility. The order will be signed by the supervisory person requiring the test as well as Human Resources and will further state the specific facts and the inferences leading to the reasonable suspicion to order such a test. The employee shall complete the test within one (1) hour of issuance of the order.

Any employee may be required to submit to drug or alcohol testing as a condition of the promotional process, initial employment, or during a change in job assignment without the requirement of reasonable suspicion.

The Village will require post-accident drug and breath alcohol testing for any employee involved in any accident with a Village vehicle. The test must be conducted within 2 –4 hours after the accident.

RANDOM TESTING

All employees as defined in this policy will be included as a part of a group from which will be randomly selected by a third party computer for substance abuse testing. Random testing will occur quarterly, with approximately 20% of the employees tested.

DISCIPLINE

Positive Test Results

Where the employee tests positive on both the initial and confirmatory tests for drugs or alcohol, the employee shall be subject to disciplinary action which can lead to discharge. However, when the employee is taking prescription medication in conformity with the lawful direction of the prescribing physician or a non-prescription medication in conformity with the manufacturer's specified dosage and the employee has notified the Village of the use of the prescription or non-prescription medication before any laboratory test is performed, a positive test consistent with the ingredients of such medication shall not constitute cause for discipline. (The Village will require an employee to provide evidence that any prescription medication has been lawfully prescribed by a physician, as well as information from the physician on any potential side effects.)

Any positive drug/alcohol test shall cause the employee to be immediately removed from driving or any other safety-sensitive function. Any positive drug/alcohol test shall cause the employee to be referred to the Village's Employee Assistance Program (EAP) for substance abuse treatment evaluation. Any subsequent positive tests will result in immediate termination.

REFUSAL TO PROVIDE A BLOOD, BREATH OR URINE SPECIMEN

An employee's refusal to provide a urine, breath or blood specimen for laboratory testing when requested by the Village shall constitute cause for disciplinary action. If an employee is physically unable to provide a urine specimen, the Village may request a blood specimen for laboratory testing.

VMP-JJS 004104

**100:10**

## TAMPERING WITH OR SUBSTITUTION OF A SPECIMEN

Intentionally tampering with, causing another person to tamper with, diluting, substituting for, or causing another person to substitute for a urine and/or blood specimen, whether the employee's own specimen or another employee's specimen, shall constitute cause for termination of any employee who engages in such activity.

## DRUG-RELATED FELONY OR MISDEMEANOR CONVICTION

The conviction of an employee for any felony or misdemeanor involving the illegal possession, sale, use or distribution of a drug shall constitute cause for disciplinary action which can lead to discharge, whether or not such felony occurred on or off duty. Such convictions must be reported to the Human Resource Department within five (5) working days. In deciding appropriate action, the Village will consider the nature of the charges, the sentence, the employee's job assignment, the employee's record with the Village, any adverse impact of the employee's conviction on the public trust in the ability of the Village to carry out its responsibility, and any other relevant factors.

## TEST RESULTS

Test results will be reviewed to determine whether there is any indication of a controlled substance or alcohol abuse. If there is any evidence of a positive result, the employee will be given an opportunity to discuss the results and provide documentation of legally prescribed medication. The results will be maintained in a secure location with controlled access by the designated Human Resources Representative. The results will not be released to any unauthorized party without written consent by the employee.

## EMPLOYEE ASSISTANCE PROGRAM
## STATEMENT OF POLICY

The Village of Melrose Park recognizes that a wide range of illnesses and problems can have an effect on an employee's health, well-being and job performance. These illnesses and problems may include alcoholism, drug dependence, emotional or psychiatric illnesses, marital and/or family discord, stress disorders, legal difficulties and/or financial problems.

The Village of Melrose Park believes that it is in the best interest of the employee, the employee's family, and the Village of Melrose Park to provide an Employee Assistance Program (EAP) to help with such illnesses and problems by providing confidential and professional assessment, short-term counseling, and/or referral services. It is the policy of the Village of Melrose, therefore, to handle such problems within the following framework:

1.  The Village recognizes that human problems can be successfully treated if identified in the early stages and referral is made to appropriate resources. This applies whether the problem is a physical illness, mental or emotional illness, financial problems, marital or family distress, alcoholism, drug abuse, stress, legal problem, or other concern.

2.  Employees who have a problem are encouraged to voluntarily seek assistance on a confidential basis by directly calling EAP staff at 1-800-456-6327. Family and/or fellow workers may also suggest an employee contact the EAP.

3.  When an employee's job performance or attendance is unsatisfactory and the employee is unwilling to correct the situation either alone or with normal supervisory assistance, this is an indication that there may be some cause outside the realm of his or her job responsibilities which is the basis of his or her problem.

4.  If illness or personal problems are the cause of unsatisfactory job performance, both the employee and management will have access to the EAP's professional services which are designed to help resolve such problems in an effective and confidential manner.

5.  Employee' unsatisfactory job performance will be handled according to established progressive disciplinary procedures. The implementation of EAP will not require or result in any special regulations, privileges or exemptions from the standard administrative practice applicable to job performance requirements.

6. If any employee's job performance continues to suffer despite usual supervisory intervention, the supervisor/manager is expected to recommend the person seek professional assistance from EAP staff. An employee may choose to accept or refuse the recommendation for EAP assessment; similarly EAP recommendations for treatment may be accepted or rejected Employees may not be disciplined solely for non-compliance with recommendations made for or by the EAP.. Continued poor work performance will be handled through customary progressive disciplinary procedures.

7. If a referral for treatment is made and accepted, such treatment may be covered according to the healthcare insurance program chosen by the employee. Any necessary time off from work would be handled according to existing policies.

8. Employees are assured that their continued employment and opportunities for promotion will not be jeopardized by utilizing this employee service.

9. All EAP records and discussions will remain confidential between the employee and the EAP staff unless the employee authorizes disclosure, or as otherwise required by law. EAP records will not be included as a part of the employee's personnel file. EAP records are owned by Perspectives, Ltd.

10. Since employee work performance can be affected by the problems of an employee's spouse or other dependents, the program is available to the dependent family members of employees as well.

11. Because crisis situations may occur during non-working hours, a 24-hour seven-days-a-week crisis telephone number is available for employees and their families. The number is 1-800-456-6327.

# EMPLOYMENT

The Village of Melrose Park is an equal opportunity employer and selects a qualified individual for the job based upon job-related criteria or ability to fulfill job description/specification regardless of race, color, creed, gender, national origin, age, disability, marital status or any other protected status under Federal, State and Local law. All hired employees must be either an U.S. citizen or authorized to work in the United States.

## Job Postings

The Village of Melrose Park provides employees an opportunity to indicate their interest in open positions and advance within the Village according to their job skills and experience. In general, notices of all regular, full-time and part-time positions are posted, although the Village reserves its discretionary right to not post a particular opening. Job postings will be posted on the employee bulletin board and will include the date of the posting, job title, department, job summary, essential duties, and qualifications (required skills and abilities).

To be eligible for an open position, employees must have performed satisfactorily and have completed the initial orientation period. Employees who have a written warning on file or are on suspension or probation are not eligible to apply for posted positions. Eligible employees can only apply for those posted jobs for which they possess the required skills and qualifications.

To apply for an open position, employees should submit an internal job application to Human Resources listing job-related skills and accomplishments including their current experience with the Village of Melrose Park.

## Applications

The Village will only accept applications for employment when specific positions are available. All such applications shall be retained by Human Resources and shall be considered for employment for a period of one (1) year.

Prospective employees must complete and sign an application in order to be considered for an open position. The Village relies upon the accuracy of information contained in the employment application, as well as accuracy of other data presented throughout the hiring process and employment. Any misrepresentations, falsifications, or material omissions in any of this information or data may result in the Village of Melrose Park's exclusion of the individual from further consideration, or if the person has been hired, termination of employment.

**Immigration & Reform Act**

Documents that prove both identity and authorization to work must be provided to the Village within the first three (3) days of employment. All employees not able to establish identity and authorization to work will not be able to work until accepted documents are presented to the Village. It will be the responsibility of the employee presenting documents with the expiration dates to provide current documents upon its expiration. All changes in status must also be reported to a supervisor/manager.

**Background Check**

All job candidates will be subject to a background check to verify information obtained on the application and throughout the hiring process. Information that is job-related may include but is not limited to, employment, education, social security number, and references. All information received will be kept confidential. Hiring managers will be notified of any information, which adversely impacts the hiring of an applicant.

### Initial Orientation Period

New employees will attend a new employee orientation session in Human Resources on or near the first day of employment. The primary purpose of this orientation is to acquaint new employees with the Village's benefits, policies and procedures. The new employee will meet with Human Resources to complete all necessary forms for payroll, personnel records, and insurance coverage.

Upon completion of the orientation session, the supervisor will begin training the employee. The training will include the working hours, breaks, and lunch, a tour of the facilities, and safety requirements. Questions directed to a supervisor are encouraged and welcomed.

All new employees must complete a orientation period of ninety (90) days. This is intended as a period of learning adjustment and an opportunity for the Village to evaluate the new employee's suitability. This is not a guarantee of ninety (90) days employment. As always, employment may be terminated by either party at any time and for any reason during this period.

During this orientation period, the new employee is expected to meet or exceed the established performance standards for new employees in that position and to learn and observe standard procedures and work rules. The end of an orientation period does not in any way restrict the Village's authority to discharge, discipline or transfer the employee.

VMP-JJS 004109

## ATTENDANCE

Regular attendance is the employee's personal responsibility. An unsatisfactory attendance record may affect an employee's advancement, merit increases, and continuance on the job. Conduct, as such but not limited to that described below, will lead to disciplinary action, up to and including termination.

An absent employee has the responsibility to personally contact his manager/supervisor within thirty (30) minutes after the start of a scheduled workday. Those employees holding positions which require a backup worker must contact their supervisor/manager at least two (2) hours before the start of a shift. If the call is not received within that period of time, it will be considered a "no call". The employee must call the supervisor/manager promptly on the first day of absence and every day thereafter unless the supervisor/manager instructs the employee otherwise. Should the immediate supervisor/manager be unavailable, an employee is to speak with Human Resources. At no time should voice mail be used to report any absences.

Attendance should be tracked and recorded on an occurrence basis. An occurrence is defined as any period of time in which an employee is not present on a scheduled workday. Absence from work for one or more consecutive days for the same reason is to be is to be considered one occurrence. Absence (other than for approved leaves such as jury duty, military duty, or FMLA) is the failure to report for work or failure to remain at work as scheduled. An employee who fails to call in for three (3) consecutive days to report an absence shall be considered to have voluntarily terminated employment with the Village.

All sworn personnel of the Police or Fire Departments are regulated by and must be in compliance with the policies of the Board of Police and Fire Commissioners. Rules of conduct, disciplinary matters and procedures, and the promulgated Rules and Regulations of the Melrose Park Police and Fire Departments shall be as stated in the Commission Policies and Departmental Rules and Regulations.

**Hourly Employees**

All hourly employees must be at their workstation at the start of their shift and after break and lunch periods. Lunch and break periods are determined by the supervisor/manager. Each hourly employee is allowed a one-half (1/2) hour lunch period and two (2) fifteen (15)-minute paid break periods when working an eight (8) hour shift.

**Salaried Employees**
The normal workweek is five eight (8)-hour days, Monday through Friday. Department supervisor/managers may schedule additional time when necessary to meet Village needs.

## Promotions and Transfers

Job vacancies may be posted on bulletin boards located throughout the building at the Village's discretion. Village policy is to promote and train from within, whenever practical. Promotion or transfer from one position to another shall be based on such job-related factors as ability, job performance, attendance, education, and the needs of the Village.

As business and staffing needs require, employees may be asked to accept a permanent or temporary transfer to another position. Employees may also apply for a transfer or promotion to a vacant position to their supervisor/manager by completing an internal job application. Employees must indicate the specific position in which they are interested.

When moved into the new position, the employee shall serve the customary ninety (90)-day orientation period during which he may receive assistance in learning the new job. When transferred to a comparable position, the employee will continue to receive the same rate of pay. If he is transferred to a job that has a pay rate higher than that of the original position, the employee's rate of pay may be adjusted to the appropriate rate for the new position upon satisfactory completion of the specified orientation period. If the transferred/promoted employee proves incapable of holding the new position upon completion of the orientation period, he may be reinstated to the former job without prejudice or loss of any rights or privileges (if that original position or its equivalent is available).

No employee will be permitted to bid for a promotion to a new position until he has completed the initial ninety (90)-day orientation period. This requirement permits an employee to become somewhat skilled and knowledgeable in one area before taking on additional responsibilities and also reduces the disruption within departments that may be caused by excessive reassignment of employees.

## Performance Evaluation

The Village of Melrose Park recognizes the need to communicate, measure and reward performance. Supervisors are strongly encouraged to discuss job performance and goals on an informal day-to-day basis. The Village strives to conduct a performance evaluation after the ninety (90)-day orientation period. This evaluation allows the supervisor and the employee to discuss the responsibilities and performance requirements of the new position.
Additional performance evaluations are conducted to provide both supervisors and employees the opportunity to discuss job tasks, identify areas for development, encourage and recognize strengths and discuss positive, purposeful approaches for meeting goals. Performance evaluations are scheduled approximately every twelve (12) months, coinciding generally with the anniversary of the employee's original date of hire.

## Disciplinary Action

Disciplinary action is applicable and appropriate for most of the situations a manager faces on a regular basis. However, in some cases involving serious misconduct or breach of duty such disciplinary action would not be warranted. The appropriate level of action may be a final warning, suspension, or, in some cases, termination of employment. Cases of serious misconduct should be carefully investigated prior to any termination or suspension.

The Village's corrective action process normally includes three (3) steps. However, the Village reserves the right to make decisions based on an individual case-by-case basis.

1. **Verbal Warning**
2. **Written Warning:** If the employee does not satisfy expectations after receiving the verbal warning, then the employee may receive a written warning in which the manager/supervisor will specify his expectations and a given time-frame in which the employee must make improvements of change.
3. **Final Written Warning:** If the employee still fails to satisfy expectations after receiving a written warning, the employee may receive a final warning or may be terminated.

If an employee's performance or conduct improves sufficiently to be removed from the written warning, the employee will be advised that occurrence of the performance deficiency of unacceptable conduct within a six (6) month period will result in the employee again being placed on final written warning. Any employee under final or written warning does not qualify for promotion or transfer to another position, nor does the employee qualify for a merit increase. All documentation regarding the disciplinary action will be placed in the employee's personnel file.

## Termination

Termination of employment is an inevitable part of personnel activity within any organization, and many of the reasons for termination are routine. Below are some of the most common circumstances under which employment is terminated:

- Resignation – voluntary termination initiated by the employee
- Discharge – involuntary employment termination initiated by the Village
- Layoff – involuntary employment termination initiated by the Village for nondisciplinary reasons

Since employment with the Village of Melrose Park is based on mutual consent, both the employee and the Village have the right to terminate employment at will, with or without cause, at any time. Employees should be aware that no representative of management has the authority to make any verbal or written statement creating an employment contract. Nothing contained herein shall be construed to constitute a contract of employment, either expressed or implied, nor shall anything contained here be construed to modify the employment-at-will relationship between the Village and its employees.

VMP-JJS 004112

**Abandonment of Position:** Failure of an employee to notify the supervisor/manager of an absence for a period of three (3) consecutive days will be considered a voluntary quit.

**Exit Interview**

Human Resources may schedule an exit interview at the time of employment termination. The exit interview gives the employee the opportunity to discuss his views concerning the resignation, continuation of benefits, and to identify areas within the Village where policies and benefits may be improved.

**Return of Village Property**
After receiving the resignation notice, the supervisor/manager will require the return of all Village property such as keys, manuals, equipment, identification cards, etc. on the last day of employment.

**The Village of Melrose Park**                                            300:1

## BENEFITS

### Disclosure of Benefits

The Village of Melrose Park provides its employees with major medical insurance, dental and optical insurance, life insurance, short and long-term disability as well as a pension plan attributable to one's employment. To protect the interests of all plan participants and beneficiaries in such benefits, the Village provides full disclosure with respect to the operation and administration of all employee benefit plans.

For specific questions regarding eligibility and further clarification of any of these benefits programs, refer to the plan documents.

### Medical Insurance

All full-time employees (a person scheduled to work 40 hours per week and who is on the permanent payroll) and retirees are eligible to participate in the Village of Melrose Park's insurance policy, currently through BlueCross BlueShield of Illinois. The Village offers both PPO and HMO plans. Medicare eligible retirees must have Medicare as their primary insurance and the Village plan as secondary. An employee is eligible the first of the month following thirty (30) days of employment.

The health insurance plan is provided at no cost to the employee or their dependents.

Comprehensive Major Medical coverage is available to eligible employees of the Village of Melrose Park. This plan provides for usual and customary hospital and surgical coverage as well as extended outpatient medical expense. This plan provides for usual and customary hospital and surgical coverage as well as extended outpatient medical expense. The plan additionally includes a prescription plan co-payment of $15.00 per brand name prescription for PPO and $10.00 for HMO, with generic prescription co-payment of $10.00 for PPO and $5.00 for HMO.

Refer to the plan document for more information regarding benefits including annual deductible, co-payment schedules, pre-certification requirements, and maximum out-of-pocket expenses.

### Medical Benefits Continuation

The federal Consolidated Omnibus Budget Reconciliation Act (COBRA) gives employees and their qualified beneficiaries the opportunity to continue health insurance coverage under the Village's health plan when a "qualifying event" would normally result in the loss of eligibility. Some common qualifying events are resignation, termination of employment, or death of an employee, a reduction in an employee's hours, an employee's divorce or legal separation and a dependent child no longer meeting eligibility requirements.

VMP-JJS 004114

Benefits                                                                    300:2

Under COBRA, the employee or beneficiary pays the full cost of coverage at the Village of Melrose Park's group rate plus an administrative fee. The Village provides each eligible employee with a written notice describing rights granted under COBRA when the employee becomes eligible for coverage under the health plan. The notice contains important information about the employee's rights and obligations.

### Disability Insurance

Employees enrolled in the Illinois Municipal Retirement Fund (IMRF) are also eligible for IMRF temporary and total and permanent disability benefits as described in the plan information available through the Village's Human Resources Department.

### Accidental Death and Disbursement

The IMRF plan provides eligible employees a life insurance benefit. Refer to the plan document for more information regarding eligibility and coverage afforded by this employee benefit.

For more information regarding these individual insurance programs, please refer to the plan document received at the time of application for insurance. Any questions should be directed to Human Resources.

## ILLINOIS MUNICIPAL RETIREMENT FUND (IMRF)

The Village of Melrose Park's pension plan is governed by the Illinois Municipal Retirement Fund (IMRF). Employees contribute four and a half percent (4-1/2%) of their salary, three and three-quarter percent (3-3/4%) for their pension and three-quarter percent (3/4%) for a surviving spouse pension. Contributions are tax deferred. Employer contributions, which make up most of the pension costs for the members who reach retirement, are not credited to the employee's account.

For more information regarding eligibility and enrollment periods, please consult the Illinois Municipal Retirement Fund Summary Plan Description available in your Human Resources office.

### Retiree Medical Benefits

Employees hired after August 1, 1999 will be eligible to retire with full medical benefits when the employee's age plus their consecutive years of service with the Village of Melrose Park equals or exceeds seventy-five (75). Medicare eligible retirees will be entitled to Medicare supplemental- benefits only, which excludes dental and optical benefits.

VMP-JJS 004115

## REQUIRED BENEFITS

The Village of Melrose Park operates under the provisions of the Workers' Compensation Act which provides for medical expenses and partial salary compensation for claims incurred while the employee is actively at work.

The salary compensation is equal to two-thirds (2/3) of the gross average weekly salary subject to certain legal guidelines, maximums, and minimums. These benefits are not paid for the first three (3) working days off work following the accident unless the disability extends to fourteen (14) or more calendar days.

In addition, the employee will receive compensation for all reasonable and necessary medical care including doctors, hospitals, and emergency treatment for first aid.

Employees who are injured during working hours at the Village must **immediately** report the accident to their supervisor/manager and obtain the appropriate medical care if necessary. It is important that an official report of the accident be initiated, even if the injury does not seem to warrant medical attention at the time. Copies of Illness/Injury Reports can be obtained from your supervisor/manager.

An injured employee must immediately secure a letter from a physician stating any inability to perform normal duties including beginning and ending dates of any/all restrictions. The employee must continue to provide documentation from the attending physician pertaining to his progress. Failure to report an injury immediately is considered a violation of the Village's work rules. In all cases, the Village reserves the right to have the employee see a physician of the Village's choice to determine the continuation of benefits.

## SOCIAL SECURITY

All employees are covered by Social Security. Under the provisions of the Federal Old Age Benefits Act, Both the employer and the employee are taxed on an equal percentage basis to provide an employee with Social Security benefits at retirement or in the event of total disability as determined by the Social Security Administration.

VMP-JJS 004116

## VACATIONS

Vacation time is earned based on regular hours worked. Vacation will not accrue while an employee is on Family and Medical Leave of Absence, military leave of absence, or short-term disability.

The following schedule for vacation time will be applicable for regular full-time employees. Part-time employees are not eligible for vacation days.

- Employees hired between January 1st through June 30th will earn five (5) vacation days to be taken in the last six (6) months of the current year. As of January 1st, the employee will be eligible for ten (10) days vacation.

- Employees hired between July 1st and December 31st will earn five (5) vacation days to be taken the following year.

- Employees with more than one (1) year of full-time service through four (4) years of service will receive ten (10) days of vacation as of January 1st.

- Employees with more than five (5) years of full-time service through ten (10) years of service will receive fifteen (15) days of vacation as of January 1st.

- Employees with more than ten (10) years of full-time service through twenty (20) years of service will receive twenty (20) days of vacation as of January 1st.

**Use of Vacation**

It is mandatory for an employee to receive the written approval of his/her supervisor/ manager before taking a vacation. Vacations longer than two (2) weeks can be arranged, however this must be requested and approved several months in advance. Vacation time may be denied at certain periods due to workload and the number of employees requesting same vacation days. **Unused vacation time will not be carried over to subsequent years.**

Unused and accrued vacation time will be paid when an employee terminates employment with the Village. Vacation pay will be paid in the pay period subsequent to the last day of employment.

Vacation will not be granted via phone when calling in to report absence.

VMP-JJS 004117

Benefits                                                                                  300:5

## HOLIDAYS

Full time employees will be entitled to the following paid holidays **after** sixty (60) continuous days of full-time employment:

New Year's  Day
Presidents Day
Memorial Day
Independence Day
Labor Day
Columbus Day
Thanksgiving Day
Day after Thanksgiving
Christmas Eve (1/2 day, Noon – 5:00PM)
Christmas Day
New Year's Eve (1/2 day, Noon – 5:00PM)
Employee's Personal Birthday

When a holiday falls on a Saturday, the Friday preceding will generally be recognized as the holiday.  A holiday falling on Sunday will generally be celebrated on the Monday following.

To be paid for a holiday, an employee **must be at work** on the workday before and after the holiday.  If a vacation day was scheduled before and/or after the holiday, he will be paid for that holiday.  Should he be absent, or did not work an eight (8) hour shift for any other reason on either of those two (2) days, he will be required to submit an acceptable written reason for the absence to his supervisor/manager for approval.  Failure to provide such evidence will result in loss of pay for the holiday.

A paid holiday occurring during an employee's scheduled vacation will not be considered a vacation .

Full-time, regular non-exempt employees are paid for one (1), eight (8) hour day per holiday.

Subject to management approval, non-exempt employees required to work on a holiday because of the nature of their duties will be paid at the **regular** hourly rate of pay for all hours required to be worked on the holiday.  In addition, the employee will receive a floating holiday to be used at a later date.

The Village recognizes that some employees may wish to observe, as periods of worship or commemoration, certain days not included in the Village's holiday schedule. Accordingly, such an employee may do so, upon giving prior notice to his manager and provided that such absence does not result in undue hardship in the conduct of Village business.  In doing so, employees may use accrued days of paid sick days or vacation.

VMP-JJS 004118

## SICK DAYS

Sick days are granted specifically for illness or to allow an employee to conduct personal business, such as doctor's appointments, house closings, non-covered funerals, and children's illnesses; to observe any recognized but unscheduled religious holiday(s) of the employee's faith if such observance reasonably requires such leave. Sick days will not accrue while an employee is on Family and Medical Leave of Absence, military leave of absence or short-term disability.

A total of six (6) sick days per calendar year are allowed for each employee who has been working with the Village for more than one (1) year. New employees can accrue sick days (based upon one-half day per month for a total of six (6) per year) but are not eligible to take a sick day until after the completion of the third month of employment as of the first of the following month. Sick days can be taken only to the extent that they are accrued. Additional time required must either be taken without pay or vacation days may be used. In the event all sick and vacation days have been used, the employees will take any additional days without pay. In the event of extended illness, the employee may apply for short-term disability.

Accrued sick days may be carried over to subsequent years. No more than 30 sick days can be accumulated at any time. **Sick days will not be paid upon termination of employment.**

**Procedures to be followed for any unscheduled absence:**

The employee must call the supervisor promptly on the first day of illness and every day thereafter unless the supervisor instructs the employee otherwise. In cases of extended illness lasting three or more consecutive days, a doctor's authorization stating the number of days the employee is to remain off work must be submitted to Human Resources, and the employee will be given an "OK To Return to Work" form from their Department head. Failure to present a physician's statement will result in loss of pay for the day(s) in question.

All calls should be placed to the supervisor/manager at least two (2) hours before the start of a shift. If the call is not received within that period of time, it may be considered a "no call". Three (3) consecutive days of failure to call or appear at work will be considered a voluntary quit.

Should the immediate supervisor/manager be unavailable, an employee is to speak with the department assistant or another supervisor/manager or to Human Resources. The voice mail system must **never** be used to report an absence.

VMP-JJS 004119

## FAMILY AND MEDICAL LEAVE OF ABSENCE

Employees eligible for FMLA are those who have worked for the Village for at least one year and for 1,250 hours over the previous twelve (12) months. Those covered under the FMLA are entitled to up to twelve (12) weeks of unpaid leave during a rolling twelve (12) month period because of the employee's own serious health condition that renders the employee unable to perform his job, or in order for the employee to care for a newborn child, newly-adopted child, or child placed for foster care or to care for a parent (not parent-in-law), spouse, or child (who is under 18 years of age or incapable of self care due to a disability).

An eligible employee must direct his or her request for FMLA leave to Human Resources and will be required to complete a "Request for Family/Medical Leave" form at that time. If the need for leave is foreseeable, the employee must provide the Village with at least thirty (30) calendar days advance notice prior to the expected start of the leave. If thirty (30) days advance written notice is not possible, the employee must provide the Village with as much advance written notice as possible, ordinarily within one or two business days of when the need for leave becomes known to the employee. If required notice is not provided, the Village may delay the start of the leave to the extent of any required notice period.

The employee is required to provide physician certification that a serious medical condition exists, either in the case of the employee or the employee's family member. The Village has the right to deny leave until the medical certification is provided. In the event of the employee's serious health condition, he must use all accrued personal days. If the employee has no such days accrued, he may elect to use accrued vacation days or go unpaid. In the event of a family member's serious health condition, the employee may elect to use accrued vacation days, personal days, or go unpaid. Intermittent or reduced leave (short work days or work weeks) is allowed if medically necessary to care for a seriously ill parent, spouse or child, or for the employee's own illness.

When an employee takes a leave under FMLA, all insurance benefits will remain in force so long as the employee pays the employee's portion for coverage. Arrangements for payment are to be made through Human Resources if the employee desires this coverage to remain in force. Failure of the employee to remit the amount due within the current month will result in cancellation of this coverage. Should the employee fail to return to active employment following the twelve (12) weeks, all insurance will terminate unless the employee notifies the employer that his serious medical condition continues, he has been approved for unpaid personal leave, or he has opted for continuation of benefits under COBRA.

Sick days or vacation days will not accrue during this period of absence but will resume upon the employee's return to work on a regular basis.

Benefits                                                                                        300:8

**FMLA (cont.)**

An employee returning from family or medical leave under FMLA will be reinstated to his own position, or an equivalent position with equivalent employment benefits, pay and other terms and conditions of employment. In the case of medical leave for an employee's own serious illness, medical certification stating the employee is able to return to work must be provided. Failure of an employee to return upon doctor's release may result in employment termination.

## PERSONAL LEAVE OF ABSENCE

A personal leave of absence is defined as an unpaid absence from work for reasons other than personal illness or disability. The employee must have been employed by the Village full-time for one year to be eligible for a personal leave.

Requests for personal leave must be made in writing as far in advance as possible, submitted to Human Resources, and are subject to management approval. Requests must include the following information:

- Starting and ending date of the personal leave
- Reason for the leave of absence
- Length of employment with the Village

Management and Human Resources considers the circumstances in each individual request and decides whether or not the absence is to be approved. Some circumstances in making the decisions are:

- The reason for the absence, including the necessity for work time being used
- The reasonableness of the amount of time requested
- The workload and requirements of the position
- The attendance and performance record of the employee

Personal leaves may be granted up to thirty (30) days in any calendar year, If the employee does not return to work on the day agreed, the employee be subject to disciplinary action up to and including termination.

## BEREAVEMENT

Up to two (2) consecutive days leave with pay may be granted to full-time employees in the event of death of an **immediate family member**, providing the days fall on the employee's regularly scheduled workdays. This leave is for the purpose of attending the funeral and includes such related events as the wake or visitation. The employee may be requested to present some type of notice such as an obituary, prayer card, etc. as verification for the paid time off. Immediate family (including in-laws) shall be interpreted to mean parents, grandparents, brothers, sisters, children and spouse.

## JURY DUTY

A regular employee who is summoned and reports for jury duty or has been subpoenaed as a witness, may be granted special leave to fulfill such duty upon proper notification to his supervisor/manager. Village employees on jury duty will be compensated at their full regular salary and need not reimburse the Village for pay received for jury service. In return for this compensation, the employee is expected to report for work when not in court or when excused early. The employee must provide proof of the number of days served by submitting a copy of the summons or subpoena to the supervisor/manager.

## MILITARY LEAVE

An employee who is a member of the Armed Forces Reserve or National Guard unit will be granted leave up to fifteen (15) calendar days to fulfill such summer camp duty. The Village will not compensate the employee for pay during such a period of absence. If the unit is called for special duty, leave will be granted to fulfill such duty as required. Within ninety (90) days following the completion of special duty, the employee must notify his supervisor/manager of his availability to return to work. The Village will reinstate the employee at the same or equivalent position and benefits.

The Village of Melrose Park                                                          400:1

## PAYROLL ADMINISTRATION

### PAY DAYS

Checks will be distributed to the employees on the 5th (paid through the 1st) and the 20th (paid through the 15th) of the month. If payday falls on a Saturday, distribution will take place on the previous workday. If the payday falls on a Sunday, distribution will take place on Monday. A paycheck will be given only to the employee to whom it is issued unless prior written approval has been pre-arranged.

For terminated employees, a paycheck will be issued on the regularly scheduled pay date following the date of termination. A separate check for accrued vacation time will be issued on the following regularly scheduled pay date after termination. If an employee is not at work on the day that checks are distributed, the employee may contact Human Resources to arrange pick-up of the check. **No checks will be distributed earlier than the scheduled paydays. No exceptions will be made.**

### TIME CARDS

Time cards will be furnished to each non-exempt employee. Each employee must record the time at which he begins and ends the workday by punching his time card. Time cards should record the actual hours worked. Exceptions from normal hours must be initialed by your supervisor/manager. **No one other than yourself is allowed to punch your card. Violators will be subject to disciplinary action up to and including termination.**

### OVERTIME

Workloads and deadlines sometimes require additional employee time. Employees are, therefore, expected to be adaptable and willing to work additional hours when necessary for the successful completion of a project.

- Non-exempt employees are not to work before, beyond or outside their standard hours unless authorized by their immediate supervisor/manager.
- **Exempt (salaried) employees do not earn overtime or compensable time.**

Overtime pay will be reflected on the paycheck issued on the next scheduled pay date immediately following receipt of the weekly time cards/sheets. Holidays, sick days and vacation days will **not** be counted as time worked for overtime calculation purposes. These days are an interruption of the regular scheduled forty (40) hour work week. If an employee works on Saturday during a week in which a paid or unpaid day off was

PAYROLL                                          400:2

**OVERTIME (cont.)**

incurred, he has not actually worked the forty (40) hours. In that case he will receive straight-time for the hours worked on Saturday.

For non-exempt employees, overtime is paid at one and one-half (1.5x) times the regular rate of pay for hours actually worked over forty (40) in a workweek. Non-exempt employees earn double time for Sundays worked.

VMP-JJS 004124

**The Village of Melrose Park**                                                    500:1

## PERSONAL CONDUCT

Employees are required to conduct themselves in an appropriate manner. Each employee has an obligation to refrain from activities, which conflict or interfere with Village operations. Verbal and/or physical confrontations of any kind are not acceptable as professional conduct expected of Village personnel.

- Employees must take no action or work in any manner that may cause injury to themselves or their fellow employees.
- Employees must not do anything to interfere with other employees' abilities to get their own work done.
- Employees must treat other employees with courtesy and respect.
- Verbal and/or physical confrontations of any kind are not acceptable and are subject to disciplinary action up to and including termination.
- Abusive language and threatening gestures toward other employees will not be tolerated.
- Gambling of any kind or bookmaking on Village premises is prohibited.
- Drinking alcoholic beverages on Village premises is prohibited.
- Posting or showing obscene drawings or photographs, or using sexually oriented language including accessing or transmitting pictures or drawings from or through the internet will be considered sexual harassment and will be dealt with under the Village's sexual harassment policy.
- No gifts will be accepted by any employee from a vendor, client or resident.

## VILLAGE PROPERTY

The Village objective is to maintain the highest ethical standards and to tolerate no practices that compromise the principals of honest business conduct. By so doing, it protects not only the Village name, but also each employee's reputation as well.

Any employee who handles Village money in any form, deals with the public, uses Village property or is entrusted with its care, drives a Village vehicle or prepares Village records is required to protect that property and to report any suspicious acts.

Certain printed matter and especially computer software is subject to copyright laws or licensing arrangements. All employees are required to respect the rights conferred by such laws and arrangements and refrain from making unauthorized copies of such material.

Village property including telephones, computer, Village car, facilities or any equipment must be used by current employees for the sole purpose of conducting Village business.

## VILLAGE VEHICLES

**No employee will be permitted to use Village vehicles for personal use.**
It is a policy of this Village that all authorized employees driving a Village vehicle maintain a clear driving record and have a valid driver's license with them when driving a Village vehicle. An authorized employee is defined as an individual 18 years of age or over who has a clear motor vehicle report. All authorized drivers are responsible for returning vehicles to their respective locations at the end of each day. **No employee is permitted to take Village vehicles home overnight, with the exception of designated department heads on 24 hour call.**

## CONFIDENTIALITY

The protection of confidential business information is vital to the interests of the Village of Melrose Park. Such confidential information includes, but is not limited to, the following examples:

- Residents lists and information
- Employee compensation and employment data
- Financial information
- Pending projects and proposals

Employees who improperly use or disclose confidential Village information will be subject to disciplinary action, up to and including termination of employment, even if they do not actually benefit from the disclosed information.

## PERSONAL APPEARANCE

It is the policy of the Village of Melrose Park to expect employees to dress and maintain personal grooming in a manner that creates a favorable impression to customers and visitors while maintaining a professional atmosphere. It is the primary responsibility of each employee and their supervisor to adhere to and support the intent of this policy.

## OFFICE

**Business Casual** is generally considered acceptable and is generally defined as slacks, skirts, open-neck collar shirts, polo shirts, sweaters or blouses.

Consult your supervisor or Human Resources if you have questions as to what constitutes appropriate attire.

## SMOKING

For the health, well being and safety of all employees, the Village of Melrose Park allows smoking only in the designated areas during scheduled breaks and lunches.

## SOLICITATIONS

It is the policy of the Village of Melrose Park that employees and non-employees shall not be permitted to solicit sales, goods, services or contributions for any purposes on Village premises without the authorization of Human Resources or management. Solicitation for contributions, sale of merchandise, circulation of petitions, solicitations for membership in clubs or organizations, and all other forms of solicitation during working hours is prohibited. Working time does not include time before starting or after ending times, authorized break times or meal times. All solicitations pertaining to the sale of goods within the facility will be limited to non-working areas. Solicitation or distribution of literature of any kind by non-employees is prohibited at all times on Village property.

The posting of notices or signs or writing in any form on Village property, including bulletin boards, or removing approved notices without specific approval is also prohibited.

## PERSONAL PHONE CALLS

The Village maintains its telephone facilities for business purposes. It is recognized that some personal telephone calls are necessary. Employees are allowed to make reasonable numbers of personal phone calls. They should be kept as brief as possible to avoid interfering with their normal work or with business use of the telephones.

If a supervisor believes an employee is abusing this privilege, the matter should be processed under the disciplinary system with an informal warning as the first step.

January 1, 2000

500:4

The Village of Melrose Park

# WORKPLACE TECHNOLOGY POLICY

Voice mail, computers, e-mail, and the Internet are provided to the employee solely for business use and are to be used only to perform Village business related functions. Use of these systems will be randomly monitored and may be inspected without notice. Employees should not expect privacy in the use of these systems, and the employer can override all personal codes and passwords at any time. The installation and/or use of computer games will not be allowed.

Employees may access only those files or programs that they have permission to enter, and any unauthorized viewing, duplication, dissemination, removal, damage or alteration of files, computer systems or programs or other employer property, or the improper use of such information, is strictly prohibited.

Use of computer equipment, Internet, e-mail and voice mail for gambling of any kind or bookmaking is prohibited.

Use of computer equipment, Internet, e-mail and voice mail must at all times comply with the Village's EEO, harassment and other policies.

Employees who improperly use computer equipment or disclose any confidential Village information obtained from the use of Village computer equipment will be subject to disciplinary action, up to and including termination of employment.

**The Village of Melrose Park**                                                                 600:1

## SAFETY IN THE WORKPLACE

Employee safety is one of the Village of Melrose Park's major concerns. All employees are encouraged to exercise common sense while on the job and observe the following rules concerning safety. The best protection against injury is a safety conscious work attitude on the part of all employees. A supervisor/manager should be notified immediately of any potentially dangerous conditions existing in any area of the Village. Emergency numbers are posted in conspicuous areas throughout the Village's buildings.

### FIRST AID KIT

First aid kits can be found in several locations throughout the Village's buildings. All employees should familiarize themselves with these locations so they know where to go if the need for first aid arises.

### BUILDING SECURITY

Due to the classified nature of some work performed within the Village of Melrose Park, and for the protection and personal safety of all personnel, the Village employs the following safeguards and security measures at our buildings:
- Access to specific restricted areas within the village will be through supervisor/manager approval only.
- Doors and cabinets where confidential information or valuables are stored are to be kept securely locked whenever the individual employees are not in attendance.

### REPORTING INJURIES/ACCIDENTS

Employees who suffer work-related injuries or illnesses on the job must report them immediately to their supervisor/manager. Failure to do so will result in disciplinary action.

Employees returning to work must provide certification from a physician indicating they will be able to work satisfactorily and safely. Employees who fail to return to work after receiving medical clearance may be discharged. In certain cases, the Village may offer modified duty on a temporary basis to returning injured or sick employees.

### PHYSICAL LIMITATIONS

Should an employee develop any physical limitations, it must be reported to his supervisor/manager in writing (physician's note) and this will be placed in the employee's medical file. If a physical restriction prevents an employee from returning to work, he will not be allowed to return to work until a proper release by the physician is

## PHYSICAL LIMITATIONS (cont.)

received in writing. All medical notes/certificates stating restrictions must have a beginning and end date to restricted duties. Restrictions must be specific. In all cases, the rate of pay will be determined by the particular job the employee is performing.

## EMERGENCY EXITING

When a fire alarm sounds all employees will immediately leave the building. Exiting plans are posted throughout the Village buildings. Please familiarize yourself with the plan in your building /work area so that you will know where to go in the event that the need arises.

## USE AND HANDLING OF VILLAGE VEHICLES & EQUIPMENT

In using Village vehicles or personal vehicles for Village business, employees must keep in mind the fact that they are representatives of the Village government and that their conduct in adhering to the rules of safety and courtesy on the road is a reflection, for good or bad, on the Village. Thus, it is imperative that such employees abide by these rules and customs with the highest degree of exactitude. When driving Village vehicles, personnel are required to wear seat belts at all times. Any fines incurred by an employee while operating a Village vehicle due to traffic or parking regulations shall be the responsibility of the employee and all fines or monies shall be paid by the employee. No one under the age of eighteen (18) will be permitted to operate a Village owned vehicle during the course and scope of employment.

Any incident involving the use of a Village owned vehicle while working, whether or not it results in an injury to any person or damage to any vehicle or property, and regardless of who is at fault, must be reported immediately to the manager.

Village vehicles, equipment, supplies, tools, and uniforms shall not be used for private or unauthorized purposes. **No Village owned vehicle is to be taken home overnight, with the exception of designated department heads on 24 hour call.**

Employees shall be responsible for the proper care and use of Village vehicles, equipment, supplies, tools and uniforms. Accidents, breakdowns or malfunctions of any equipment should be reported to the employee's immediate supervisor on the day of occurrence so that repairs may be made.

VMP-JJS 004129

Safety                                                                   600.3

## UNIFORMS

Employees are responsible for the uniforms supplied by the Village. Uniforms provided for the employees shall be worn only during working hours, or for conducting official Village business outside working hours. Uniforms may be worn to or from work, unless department rules specify otherwise, but are not to worn during any personal activity other than defined in this section, unless authorized by the department head.

Each employee is expected to dress appropriately for the job they are performing. In setting dress standards, supervisors should consider these factors:
- The nature of the work
- Safety considerations
- The nature of the employee's public contact

When necessary, safety shoes, work boots, safety glasses, gloves, safety vests must be worn. When an employee's dress does not comply with established standards, the normal response should be to discuss the matter with the employee. If the abuse continues, the supervisor may initiate disciplinary action.

Employees must make every effort to take proper care of their uniforms. Damaged and/or lost uniforms must be reported immediately to the employee's immediate supervisor.

If an employee violates this section, the employee may be held liable to the Village for any claims, costs or damages arising out of or resulting from the use, operation or possession of Village epuipment.

VMP-JJS 00431



Ronald M. Serpico
**MAYOR**

Barbara Jasinski
**CLERK**

## Village of Melrose Park

**- TRUSTEES -**

Cathy Cossident Italia    Fred Lamb    John Conteduca
Carlotta "Lollie" Ariola    Joe McMillan    Ruben Lomeli

To:     All Employees

From:    Jackie McMillan, Human Resources

Date:    January 10, 2000

Subject:   Employee Manual Updates

Effective January 1, 2000, the Employee Manual is being amended to reflect the following changes:

- ➢ Four (4) personal days (including your personal birthday)
- ➢ Employee's Personal Birthday removed from the Holiday list and is now included under Personal Days.
- ➢ Jeans and leggings will not be allowed during working hours
- ➢ Addition of a Workplace Technology Policy

Attached you will find replacement pages for your Employee Manual. Please remove and discard the table of contents and replace it with the new table of contents. Remove and discard pages 300:3, 300:5 and 500:2 and replace them with the new pages provided. Insert page 500:4 following page 500:3 in the Personal Conduct section.

If you have any questions regarding these changes and/or additions, you can reach me at extension 139.

Cc:   Ronald M. Serpico, Village President
      Carlotta "Lollie" Ariola, Village Trustee
      John Conteduca, Village Trustee
      Cathleen Italia, Village Trustee
      Fred Lamb, Village Trustee
      Ruben Lomeli, Village Trustee
      Joseph McMillan, Village Trustee



EXHIBIT
# 4
30 b 6
8-12-20

Avenue • Melrose Park, Illinois • 60160 • 708-343-4000

VMP-JJS 004132

**VILLAGE OF MELROSE PARK**
**EMPLOYEE MANUAL**

August 1, 1999

## TABLE OF CONTENTS

**INTRODUCTION** — 100

| | |
|---|---|
| | 100 |
| Welcome from the Mayor | 100:2 |
| Introduction | 100:3 |
| Equal Employment Opportunity | 100:4 |
| Sexual and Other Unlawful Harassment | 100:5 |
| Open Door Communication Policy | 100:6 |
| Alcohol and Substance Abuse Policy | 100:11 |
| Employee Assistance Program Policy | |

**EMPLOYMENT** — 200

| | |
|---|---|
| Job Postings | 200:1 |
| Applications | 200:1 |
| Immigration & Reform Act | 200:2 |
| Background Check | 200:2 |
| Initial Orientation Period | 200:2 |
| Attendance | 200:3 |
| Promotions & Transfers | 200:4 |
| Performance Evaluation | 200:4 |
| Disciplinary Action | 200:5 |
| Termination | 200:5 |

**EMPLOYEE BENEFITS** — 300

| | |
|---|---|
| Disclosure of Benefits | 300:1 |
| Medical Insurance | 300:1 |
| Medical Benefits Continuation | 300:1 |
| Disability Insurance | 300:2 |
| Accidental Death | 300:2 |
| Illinois Municipal Retirement Fund | 300:2 |
| Required Benefits | 300:3 |
| Personal Days | 300:3 |
| Vacation | 300:4 |
| Holidays | 300:5 |
| Sick Days | 300:6 |
| Family and Medical Leave of Absence | 300:7 |
| Personal Leave of Absence | 300:8 |
| Bereavement | 300:8 |
| Jury Duty | 300:8 |
| Military Leave | 300:9 |

VMP-JJS 004133

**VILLAGE OF MELROSE PARK**
**EMPLOYEE MANUAL**

### TABLE OF CONTENTS (CONT.)

**PAYROLL PRACTICES**  400
    Payroll Administration  400:1
    Time Cards  400:1
    Overtime  400:1

**PERSONAL CONDUCT**  500
    Village Property  500:1
    Village Vehicles  500:2
    Confidentiality  500:2
    Personal Appearance  500:2
    Solicitations  500:3
    Personal Phone Calls  500:3
    Workplace Technology Policy  500:4

**SAFETY**  600
    First Aid Kit  600:1
    Building Security  600:1
    Reporting Injuries / Accidents  600:1
    Physical Limitations  600:1
    Emergency Exiting  600:2
    Use and Handling of Village Vehicles & Equipment  600:2

**APPENDIX**  700

**EMPLOYEE'S RECORDS**  800

VMP-JJS 004134

## REQUIRED BENEFITS

The Village of Melrose Park operates under the provisions of the Workers' Compensation Act which provides for medical expenses and partial salary compensation for claims incurred while the employee is actively at work.

The salary compensation is equal to two-thirds (2/3) of the gross average weekly salary subject to certain legal guidelines, maximums, and minimums. These benefits are not paid for the first three (3) working days off work following the accident unless the disability extends to fourteen (14) or more calendar days.

In addition, the employee will receive compensation for all reasonable and necessary medical care including doctors, hospitals, and emergency treatment for first aid.

Employees who are injured during working hours at the Village must **immediately** report the accident to their supervisor/manager and obtain the appropriate medical care if necessary. It is important that an official report of the accident be initiated, even if the injury does not seem to warrant medical attention at the time. Copies of Illness/Injury Reports can be obtained from your supervisor/manager.

An injured employee must immediately secure a letter from a physician stating any inability to perform normal duties including beginning and ending dates of any/all restrictions. The employee must continue to provide documentation from the attending physician pertaining to his progress. Failure to report an injury immediately is considered a violation of the Village's work rules. In all cases, the Village reserves the right to have the employee see a physician of the Village's choice to determine the continuation of benefits.

## SOCIAL SECURITY

All employees are covered by Social Security. Under the provisions of the Federal Old Age Benefits Act, Both the employer and the employee are taxed on an equal percentage basis to provide an employee with Social Security benefits at retirement or in the event of total disability as determined by the Social Security Administration.

## PERSONAL DAYS

A total of four (4) personal days are allowed for each employee who has been working for the Village for more than one (1) year. New employees can accrue personal days (based upon one (1) day per three (3) months of employment for a total of four (4) per year). This includes the employee's personal birthday.

01/01/2000

VMP-JJS 004135

Benefits                                                                                      300:5

## HOLIDAYS

Full time employees will be entitled to the following paid holidays after sixty (60) continuous days of full-time employment:

> New Year's Day
> Presidents Day
> Memorial Day
> Independence Day
> Labor Day
> Columbus Day
> Thanksgiving Day
> Day after Thanksgiving
> Christmas Eve (1/2 day, Noon – 5:00PM)
> Christmas Day
> New Year's Eve (1/2 day, Noon – 5:00PM)

When a holiday falls on a Saturday, the Friday preceding will generally be recognized as the holiday. A holiday falling on Sunday will generally be celebrated on the Monday following.

To be paid for a holiday, an employee **must be at work** on the workday before and after the holiday. If a vacation day was scheduled before and/or after the holiday, he will be paid for that holiday. Should he be absent, or did not work an eight (8) hour shift for any other reason on either of those two (2) days, he will be required to submit an acceptable written reason for the absence to his supervisor/manager for approval. Failure to provide such evidence will result in loss of pay for the holiday.

A paid holiday occurring during an employee's scheduled vacation will not be considered a vacation.

Full-time, regular non-exempt employees are paid for one (1), eight (8) hour day per holiday.

Subject to management approval, non-exempt employees required to work on a holiday because of the nature of their duties will be paid at the **regular** hourly rate of pay for all hours required to be worked on the holiday. In addition, the employee will receive a floating holiday to be used at a later date.

The Village recognizes that some employees may wish to observe, as periods of worship or commemoration, certain days not included in the Village's holiday schedule. Accordingly, such an employee may do so, upon giving prior notice to his manager and provided that such absence does not result in undue hardship in the conduct of Village business. In doing so, employees may use accrued days of paid sick days or vacation.

VMP-JJS 004136

## VILLAGE VEHICLES

**No employee will be permitted to use Village vehicles for personal use.**
It is a policy of this Village that all authorized employees driving a Village vehicle maintain a clear driving record and have a valid driver's license with them when driving a Village vehicle. An authorized employee is defined as an individual 18 years of age or over who has a clear motor vehicle report. All authorized drivers are responsible for returning vehicles to their respective locations at the end of each day. **No employee is permitted to take Village vehicles home overnight, with the exception of designated department heads on 24 hour call.**

## CONFIDENTIALITY

The protection of confidential business information is vital to the interests of the Village of Melrose Park. Such confidential information includes, but is not limited to, the following examples:

- Residents lists and information
- Employee compensation and employment data
- Financial information
- Pending projects and proposals

Employees who improperly use or disclose confidential Village information will be subject to disciplinary action, up to and including termination of employment, even if they do not actually benefit from the disclosed information.

## PERSONAL APPEARANCE

It is the policy of the Village of Melrose Park to expect employees to dress and maintain personal grooming in a manner that creates a favorable impression to customers and visitors while maintaining a professional atmosphere. It is the primary responsibility of each employee and their supervisor to adhere to and support the intent of this policy.

## OFFICE

**Business Casual is generally considered acceptable and is generally defined as slacks, skirts, open-neck collar shirts, polo shirts, sweaters or blouses. Jeans and leggings are not appropriate and will not be considered acceptable during working hours.** 1/1/2000

Consult your supervisor or Human Resources if you have questions as to what constitutes appropriate attire.

VMP-JJS 004137

January 1, 2000

The Village of Melrose Park                                              500:4

## WORKPLACE TECHNOLOGY POLICY

Voice mail, computers, e-mail, and the Internet are provided to the employee solely for business use and are to be used **only** to perform Village business related functions. Use of these systems will be randomly monitored and may be inspected without notice. Employees should not expect privacy in the use of these systems, and the employer can override all personal codes and passwords at any time. The installation and/or use of computer games will not be allowed.

Employees may access only those files or programs that they have permission to enter, and any unauthorized viewing, duplication, dissemination, removal, damage or alteration of files, computer systems or programs or other employer property, or the improper use of such information, is strictly prohibited.

Use of computer equipment, Internet, e-mail and voice mail for gambling of any kind or bookmaking is prohibited.

Use of computer equipment, Internet, e-mail and voice mail must at all times comply with the Village's EEO, harassment and other policies.

Employees who improperly use computer equipment or disclose any confidential Village information obtained from the use of Village computer equipment will be subject to disciplinary action, up to and including termination of employment.

*2015 - 385 total*
*8 - African Amer.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Start Date** | 01/01/2015 | | | | | |
| **End Date** | 12/31/2015 | | | | | |
| **Employment Profile -** | Effective as of 08/07/2020 | | | | | |
| **Payroll Name** | **Hire Date** | **Status** | **Gender** | **Ethnicity** | **Race Description** | **Job Title Description** |
| Aguilar, Ramona | 08/16/2014 | Terminated | Female | Hispanic or Latino | | Security Special Projects |
| Aguirre, Jose A | 06/01/2004 | Active | Male | Hispanic or Latino | | Maintenance |
| Aguirre, Sergio | 05/01/2011 | Active | Male | Hispanic or Latino | | CHAIRMAN |
| Alcala, Raul | 11/21/2005 | Active | Male | Hispanic or Latino | | Maintenance |
| Anguiano, Jaime | 03/10/2008 | Active | Male | Hispanic or Latino | | LIAISON YOUTH COMMISSION |
| Anguiano, Lorena | 08/20/2007 | Active | Female | Hispanic or Latino | | CLERK |
| Anguiano, San J | 02/01/2005 | Terminated | Female | Hispanic or Latino | | Hispanic Liaison |
| Aponte, Miguel | 03/04/1985 | Retired | Male | Hispanic or Latino | | S&W FOREMAN |
| Arellano, Celia | 01/02/1990 | Active | Female | Hispanic or Latino | | COMMUNICATIONS SUPV. |
| Arevalos, Gabriel | 07/12/2004 | Terminated | Male | Hispanic or Latino | | LABORER |
| Castro, Carlos | 07/27/2015 | Terminated | Male | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Castro, Claudia | 08/01/2015 | Terminated | Female | Hispanic or Latino | | Pining Zning member |
| Chavez, Fernando | 05/07/2008 | Active | Male | Hispanic or Latino | | Fleet Controller II |
| Chavez, Israel | 07/01/1997 | Active | Male | Hispanic or Latino | | CODE ENFORCE INSP. |
| Diaz, Marisela | 07/01/2014 | Terminated | Female | Hispanic or Latino | | Receptionist |
| Espinosa, Gil-Vincent | 04/01/2001 | Retired | Male | Hispanic or Latino | | POLICEMAN |
| Figueroa, Anthony | 06/01/2003 | Terminated | Male | Hispanic or Latino | | Firefighter |
| Figueroa, George | 06/16/2014 | Terminated | Male | Hispanic or Latino | | Security Special Projects |
| Flores III, Luis A | 10/01/2012 | Active | Male | Hispanic or Latino | | Police Tactical |
| Flores, Santos | 06/22/2005 | Active | Male | Hispanic or Latino | | Foreman Sewer/Water |
| Gutierrez, Eric | 06/01/2015 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Gutierrez, Leticia A | 09/02/2014 | Terminated | Female | Hispanic or Latino | | HISPANIC COMMUNICATION DIRECTOR |
| Gutierrez, Rocky | 05/01/2012 | Active | Male | Hispanic or Latino | | Firefighter |
| Guzman, Angel | 06/19/2007 | Terminated | Male | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Guzman, Eddie | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICE LIEUTENANT |
| Guzman, Juan F | 04/05/2007 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Hernandez, Lorena S | 06/24/2009 | Terminated | Female | Hispanic or Latino | | Camp Fun |
| Lomeli, Leticia | 06/01/2001 | Leave | Female | Hispanic or Latino | | CLERK |
| Lomeli, Sergio | 03/16/2015 | Terminated | Male | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Lopez, Maria Teresa | 07/16/2011 | Terminated | Female | Hispanic or Latino | | CROSSING GUARD |
| Lozano, Everardo B | 04/17/2006 | Active | Male | Hispanic or Latino | | Forman Landscaping |
| Macias, Jesse | 02/01/2013 | Active | Male | Hispanic or Latino | | Asst. Chamber of Commerce |
| Macias, Judith De La Mora | 05/16/2013 | Active | Female | Hispanic or Latino | | DIR HISPANIC BUS DEV & HIS SENIOR SER |
| Marrero, Nelson | 03/01/2014 | Terminated | Male | Hispanic or Latino | | Security Special Projects |
| Martinez, Jose-Miguel | 07/01/2014 | Terminated | Male | Hispanic or Latino | | Maintenance |
| Migliore, Vito | 10/01/1999 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Montes, Gandolfa | 01/26/1987 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Montoya, Mario | 02/15/2000 | Active | Male | Hispanic or Latino | | YOUTH BRD. MEMBER |
| Montoya, Pedro | 07/07/2014 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Mota, Arturo | 05/01/2003 | Active | Male | Hispanic or Latino | | PERSONNEL COMMITTEE |
| Mota, Nora | 10/24/2013 | Terminated | Female | Hispanic or Latino | | LIBRARY ASSISTANT |
| Mota, Victoria Marie | 06/10/2014 | Terminated | Female | Hispanic or Latino | | Camp Fun |
| Mota, Vivian M | 09/02/2014 | Terminated | Female | Hispanic or Latino | | LIBRARY PAGE |
| Negron, Phillip | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Nicosia, Elisa | 05/20/2013 | Active | Female | Hispanic or Latino | | CSO OFFICER |
| Orona, Vito | 07/08/2011 | Terminated | Male | Hispanic or Latino | | Security Special Projects |
| Orozco, Eric | 07/20/2015 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Orozco, Gloria I | 05/01/2014 | Active | Female | Hispanic or Latino | | Operator front desk |
| Ortega, Rigoberto | 09/18/2000 | Active | Male | Hispanic or Latino | | Machine Operator |
| Ortiz, Jessica | 07/07/2014 | Active | Female | Hispanic or Latino | | POLICE WOMAN |

EXHIBIT
#5 ud
30 b 6
8-12-20

VMP-JJS 004317

| Perez, Ernesto F | 09/26/2012 | Terminated | Male | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Perez, Lizet R | 06/08/2005 | Active | Female | Hispanic or Latino | | ASS'T SUPERVISOR |
| Rañores, Vanessa A | 05/01/2014 | Active | Female | Hispanic or Latino | | Pining Zning member |
| Recinos, Michael | 04/07/1997 | Retired | Male | Hispanic or Latino | | POLICEMAN |
| Reyes, Jose L | 04/02/2007 | Active | Male | Hispanic or Latino | | LABORER |
| Reynoso, Christian | 12/10/2014 | Terminated | Male | Hispanic or Latino | | LIBRARY ASSISTANT |
| Rodriguez, Alfonso | 04/01/2001 | Active | Male | Hispanic or Latino | | Sergeant |
| Rodriguez, Bernardino | 09/18/2000 | Active | Male | Hispanic or Latino | | LABORER |
| Rodriguez, Jacqueline | 07/06/2015 | Terminated | Female | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Rodriguez, Raul | 07/01/1999 | Active | Male | Hispanic or Latino | | Administrative Division Commander |
| Rojas, Carlos E | 06/01/2006 | Active | Male | Hispanic or Latino | | HISPANIC COMMUNICATION DIRECTOR |
| Rojas, Feliciano | 03/16/2008 | Retired | Male | Hispanic or Latino | | Maintenance |
| Ruiz, Yesinia | 11/24/2014 | Terminated . | Female | Hispanic or Latino | | LIBRARY CIRC. CLERK |
| Salgado, Juan | 11/03/2015 | Terminated | Male | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Sanchez, Cid | 05/31/2006 | Active | Male | Hispanic or Latino | | INSPECTOR |
| Sanchez, Jessica | 07/17/2013 | Active | Female | Hispanic or Latino | | Camp Fun |
| Simental, Leticia | 03/25/2015 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Soto, Juan C | 04/06/2010 | Terminated | Male | Hispanic or Latino | | LABORER |
| Tapia, Carmen | 06/09/1997 | Active | Female | Hispanic or Latino | | YOUTH BRD. MEMBER |
| Tejeda, Cesar | 06/30/2014 | Terminated | Male | Hispanic or Latino | | LABORER |
| Tejeda, Jesus Jr. | 04/01/2005 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Terrones, Josh | 05/09/2003 | Active | Male | Hispanic or Latino | | LABORER |
| Terrones, Marlene | 05/19/1998 | Active | Female | Hispanic or Latino | | DEPUTY REGISTRAR |
| Trujillo, Veronica | 01/05/2006 | Active | Female | Hispanic or Latino | | Circulation assistant |
| Urrutia, Eliza | 03/19/2001 | Active | Female | Hispanic or Latino · | | RECORDS CLERK |
| Vargas, Isidro | 06/23/2003 | Active | Male | Hispanic or Latino | | Assistant Superintendant |
| Vargas, Martha P. | 06/15/1999 | Active | Female | Hispanic or Latino | | CLERK |
| Vazquez, Rosita | 12/27/2001 | Active | Female | Hispanic or Latino | | WATER BILL CLERK |
| Velasquez, Orlando | 06/03/2013 | Terminated | Male | Hispanic or Latino | | INSPECTOR |
| Velazquez, Jose | 07/07/2014 | Active | Male | Hispanic or Latino | | POLICE DETECTIVE |
| Villanueva, Jose | 06/09/1997 | Active | Male | Hispanic or Latino | | Foreman Street |
| Villegas, Luis | 10/16/1989 | Active | Male | Hispanic or Latino | | S&W FOREMAN |
| Fogg, Chane | 04/01/2005 | Active | Male | Not Hispanic or Latino | Asian | POLICEMAN |
| Han, Jong Yoon | 01/03/2012 | Terminated | Male | Not Hispanic or Latino | Asian | INSTRUCTOR |
| Javald, Jawahir | 05/01/2014 | Terminated | Female | Not Hispanic or Latino | Asian | adult service librar |
| Baker, Wilma J | 08/22/2008 | Active | Female | Not Hispanic or Latino | Black or African American | CROSSING GUARD |
| Gregory, Julia M | 04/19/2007 | Active | Female | Not Hispanic or Latino | Black or African American | Ass't Reference |
| Hart, Cynthia L | 11/09/2004 | Terminated | Female | Not Hispanic or Latino | Black or African American | CROSSING GUARD |
| Lavalais, Kyll | 06/01/1992 | Retired | Male | Not Hispanic or Latino | Black or African American | POLICE LIEUTENANT |
| Portee Jr., Cecil | 10/09/1989 | Active | Male | Not Hispanic or Latino | Black or African American | STREET DRIVER LABOR |
| Walls, Alisha | 08/19/2014 | Terminated | Female | Not Hispanic or Latino | Black or African American | LIBRARY PAGE |
| Williams, Angela D. | 08/11/1997 | Terminated | Female | Not Hispanic or Latino | Black or African American | DESK OFFICER |
| Williams, Carl | 09/16/2008 | Active | Male | Not Hispanic or Latino | Black or African American | AUXILIARY POLICE |
| Islami, Florim | 09/15/1995 | Active | Male | Not Hispanic or Latino | Two or more races | FIRE CAPTAIN |
| Abello, Carmelo | 01/11/1993 | Terminated | Male | Not Hispanic or Latino | White | Lead Utility Locator |
| Abruzzo, Anthony | 05/01/2009 | Active | Male | Not Hispanic or Latino | White | Finance Committee |
| Acey, Kenneth | 03/01/1993 | Retired | Male | Not Hispanic or Latino | White | Firefighter |
| Adams, Daniel J. | 05/01/2001 | Active | Male | Not Hispanic or Latino | White | Building Inspector |
| Aiardo, Aaron | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Alfano, Maria | 12/06/1982 | Retired | Female | Not Hispanic or Latino | White | CROSSING GUARD |
| Aliasi, Gilso | 01/16/2003 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Amabile, John | 09/01/1999 | Terminated | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Amabile, John Joseph | 06/01/2015 | Active | Male | Not Hispanic or Latino | White | Police Tactical |
| Andersen, Eric | 08/01/2006 | Active | Male | Not Hispanic or Latino | White | Firefighter |

| | | | | | | |
|---|---|---|---|---|---|---|
| Anzaldi Sr, Robert | 10/23/2007 | Terminated | Male | Not Hispanic or Latino | White | TRAFFIC ENFORCEMENTADMINIST |
| Anzaldi, Robert S | 10/01/2013 | Active | Male | Not Hispanic or Latino | White | POLICE DETECTIVE |
| Barone, Anthony M. | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Barone, Michael | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Barone, Nello | 04/07/1997 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Bartemio, Leonard J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Police Tactical |
| Battaglia, Richard | 05/01/2001 | Terminated | Male | Not Hispanic or Latino | White | Ass't Dir Community Development |
| Battisto, John | 10/05/1982 | Retired | Male | Not Hispanic or Latino | White | S&W DRIVER LABORER |
| Beltrame, Michael | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Beltrame, Richard | 06/01/1981 | Terminated | Male | Not Hispanic or Latino | White | FIRE DEPT. CHIEF |
| Bianchi, William | 03/17/2011 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Bianco, Kimberly | 03/10/2014 | Terminated | Female | Not Hispanic or Latino | White | LIBRARY PAGE |
| Blumberg, Steve | 03/13/1987 | Retired | Male | Not Hispanic or Latino | White | S&W LABORER |
| Bond, Shawn R. | 09/01/2001 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Borrego Jr., David A | 04/01/2005 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Brandon, Charles | 03/01/2013 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Cacciatore, Eugene J. | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Calabria, Robert | 05/01/1989 | Active | Male | Not Hispanic or Latino | White | Computer Technician |
| Camaci, Salvatore | 12/15/2014 | Terminated | Male | Not Hispanic or Latino | White | Landscaping Laborer |
| Campanelli, Frank J | 02/16/2005 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Campanelli, William | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | Ass't Chief |
| Campo, Marco | 07/01/2012 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Cannici, John P. | 06/01/2000 | Terminated | Male | Not Hispanic or Latino | White | Firefighter |
| Capra, Carl J | 06/01/2003 | Active | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Caputo, Michael A. | 06/01/1997 | Active | Male | Not Hispanic or Latino | White | CHAIRMAN |
| Carey, Brian W | 09/01/2003 | Active | Male | Not Hispanic or Latino | White | PROSECUTOR |
| Carlini, Michael J | 09/16/2003 | Terminated | Male | Not Hispanic or Latino | White | INSPECTOR |
| Carpanzano, Frank A | 06/02/2008 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Carpanzano, Michael | 01/16/1992 | Active | Male | Not Hispanic or Latino | White | S&W SUPERTINTEND |
| Carparelli, Dominic Joseph | 06/02/2014 | Active | Male | Not Hispanic or Latino | White | SUMMER STREET DEPT. |
| Casale, Robert | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Castellan, Michael A. | 07/15/1983 | Active | Male | Not Hispanic or Latino | White | Dir of Licensing and Enforcement |
| Castellan, Michael A. | 07/15/1983 | Retired | Male | Not Hispanic or Latino | White | PD Deputy Chief |
| Catizone, Anthony | 09/12/2000 | Terminated | Male | Not Hispanic or Latino | White | Dial-A-Ride Operator |
| Cernauske, James | 06/15/1974 | Active | Male | Not Hispanic or Latino | White | Safety Director |
| Cernauske, Jason E | 02/16/2005 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Cervone Jr, John | 03/16/2011 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Cervone, John G. | 05/01/2001 | Active | Male | Not Hispanic or Latino | White | Plning Zning member |
| Cesarini, Angelo | 09/17/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Chiappetta, Sam J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Police Tactical Lieutenant |
| Ciancio, Frank John | 06/18/2015 | Terminated | Male | Not Hispanic or Latino | White | SUMMER HELP |
| Ciancio, Rosalba | 05/02/2010 | Active | Female | Not Hispanic or Latino | White | LIBRARY PAGE |
| Ciancio, Sam | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Cimino, Anthony | 06/01/2015 | Leave | Male | Not Hispanic or Latino | White | PURCHASING DIRECTOR |
| Cimino, Theresa | 05/01/1980 | Terminated | Female | Not Hispanic or Latino | White | Circulation Tech |
| Claypool, Cynthia M | 08/23/2010 | Terminated | Female | Not Hispanic or Latino | White | CROSSING GUARD |
| Coco, Edward L. | 06/09/1997 | Active | Male | Not Hispanic or Latino | White | Spec Ass't to Mayor |
| Consalvo, Cynthia | 11/01/2013 | Active | Female | Not Hispanic or Latino | White | Youth Staff |
| Cortina, Diana M | 04/03/2006 | Terminated | Female | Not Hispanic or Latino | White | Operator front desk |
| Cucci, Marcia | 10/01/1997 | Retired | Female | Not Hispanic or Latino | White | Records Supervisor |
| Cuellar, Krystyna L | 12/03/2012 | Terminated | Female | Not Hispanic or Latino | White | CLERK |
| Cusumano, Charles F | 06/26/2006 | Terminated | Male | Not Hispanic or Latino | White | Maintenance |
| Dalitto, Richie R | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Damico, Lisa | 04/01/2012 | Active | Female | Not Hispanic or Latino | White | PROSECUTOR |

| Damron, Vaughn S. | 04/05/2007 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
|---|---|---|---|---|---|---|
| Datoli II, Anthony J. | 04/01/2001 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Datoli, Angelo | 09/01/2015 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Decarlo Jr, Michael D | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Dejulius, Alex | 01/01/2012 | Deceased | Male | Not Hispanic or Latino | White | COMMUNITY JOBS LIAISON |
| Delpercio, James P. | 02/15/2001 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Demaria, James A. | 05/22/2006 | Active | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Demaria, Joseph E. | 05/22/2006 | Terminated | Male | Not Hispanic or Latino | White | Maintenance |
| Devita, Michael | 09/18/2000 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Di Fazio, Victor | 08/11/1997 | Terminated | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Difazio, Dominic L | 06/01/2003 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Digenova, Vincenzo | 02/01/2007 | Retired | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Dimaio, Dino B. | 08/10/1987 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Dindia, Frank Anthony | 05/22/2008 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Dindia, Patricia A. | 03/02/1998 | Active | Female | Not Hispanic or Latino | White | SECRETARY TO THE MAYOR |
| Dindia, Salvatore N | 10/02/2009 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| DiVenere, Joseph Michael | 06/02/2014 | Terminated | Male | Not Hispanic or Latino | White | CLERK |
| Dote, Carl R | 12/01/2012 | Active | Male | Not Hispanic or Latino | White | DESK |
| Egizio, Angelo B. | 05/01/2007 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Eleuteri, Michael | 10/01/1996 | Active | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Eleuteri, Peter | 06/01/1996 | Active | Male | Not Hispanic or Latino | White | COORDINATOR ECONOMIC DEV |
| Esposito, Mary E | 07/16/2004 | Terminated | Female | Not Hispanic or Latino | White | Circulation Tech |
| Esposito, Pasquale | 06/01/1997 | Active | Male | Not Hispanic or Latino | White | Secretary |
| Farmer, Darrell | 08/02/1999 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Farmer, Tony | 05/01/2013 | Terminated | Male | Not Hispanic or Latino | White | Security Special Projects |
| Fatta, Louis V | 07/01/2014 | Active | Male | Not Hispanic or Latino | White | Director of Security |
| Felske, Linda Carol | 08/19/2009 | Active | Female | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Ferolo, George D. | 09/14/2002 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Fioccola, Pasquale | 02/23/2004 | Terminated | Male | Not Hispanic or Latino | White | Firefighter |
| Flanagan, Margaret M | 08/18/2005 | Active | Female | Not Hispanic or Latino | White | DIRECTOR LIBRARY |
| Frey, Michael | 07/01/1979 | Active | Male | Not Hispanic or Latino | White | Driver/Laborer |
| Gibson, Adam G | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Giglio, Frank A | 06/15/2006 | Terminated | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Giglio, Frank G | 06/16/2008 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Giordano, Barbara | 11/01/1980 | Retired | Female | Not Hispanic or Latino | White | DIRECTOR LIBRARY |
| Giovenco, James | 08/01/2013 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Giuffre, John | 06/01/1987 | Retired | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Graziani, Lido A. | 07/01/1999 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Graziano, Salvador | 12/12/2011 | Terminated | Male | Not Hispanic or Latino | White | LIBRARY PAGE |
| Greco, Anthony G. | 03/01/1999 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Green, Nicholas G | 01/04/2013 | Active | Male | Not Hispanic or Latino | White | LIBRARY PAGE |
| Greifelt, Kenneth | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Gucciardo, David | 04/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Guzzo, Frank | 09/23/2002 | Active | Male | Not Hispanic or Latino | White | Plning Zning member |
| Gvist, Brian | 07/07/1997 | Retired | Male | Not Hispanic or Latino | White | Police Investigator |
| Harty, Mark | 03/01/2002 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Hilgenberg, David | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Hopkins, Rose | 09/22/2014 | Terminated | Female | Not Hispanic or Latino | White | Youth Service Ass't |
| Humpf, Stephen F | 06/01/2007 | Active | Male | Not Hispanic or Latino | White | Foreman Street |
| Hutchinson, Alvin G | 10/20/2012 | Terminated | Male | Not Hispanic or Latino | White | Operator front desk |
| Iannelli, Anthony | 11/10/2014 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Iannelli, Armando | 03/10/2003 | Active | Male | Not Hispanic or Latino | White | SUPT. MECH/ELEC |
| Iannelli, Sabato | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | MECHANIC |
| Iannelli, Sabino | 04/16/2015 | Active | Male | Not Hispanic or Latino | White | LABORER |

| | | | | | | |
|---|---|---|---|---|---|---|
| Iosco, Denise | 08/01/1997 | Active | Female | Not Hispanic or Latino | White | TREASURER |
| Italia, Cathleen | 05/01/1997 | Terminated | Female | Not Hispanic or Latino | White | Finance Committee |
| Jarecki, Brian | 04/01/2001 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Julian, Mary | 04/24/2006 | Retired | Female | Not Hispanic or Latino | White | SPECIAL PROJECTS |
| Kalnicky, Charles | 06/05/2001 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Karabatsos, Elaine | 05/01/2001 | Terminated | Female | Not Hispanic or Latino | White | TRIP COORDINATOR |
| Karabatsos, James | 09/15/1995 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Keir, Margaret | 11/24/2014 | Terminated | Female | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Klugger, Kathy | 07/07/1997 | Retired | Female | Not Hispanic or Latino | White | CLERK |
| Klugger, Nick M. | 05/01/2002 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Klugger, Richard W. | 05/01/2005 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Kohut, Robert W | 10/12/2008 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Korsch, Chris W | 01/09/2006 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Krawczyk, Ashlee | 12/05/2011 | Terminated | Female | Not Hispanic or Latino | White | LIBRARY PAGE |
| Krefft, Barbara | 08/04/2000 | Retired | Female | Not Hispanic or Latino | White | PURCHASING DIRECTOR |
| Lagioia, Michael | 09/23/2002 | Active | Male | Not Hispanic or Latino | White | ASST. SUPT. S&W |
| LaGioia, Sandra F | 11/17/2014 | Active | Female | Not Hispanic or Latino | White | ACCTS. PAYABLE CLRK |
| Laino, Jojette | 03/01/1995 | Active | Female | Not Hispanic or Latino | White | SECRETARY TO POLICE CHIEF |
| LaMontagna, Pat | 05/01/2014 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Lascola, Orlando | 04/07/1997 | Active | Male | Not Hispanic or Latino | White | Police Juvenille Officer |
| LeGal, Guy | 04/01/2014 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Legittino, Marisa | 01/17/2011 | Terminated | Female | Not Hispanic or Latino | White | Youth Service Ass't |
| Leverenz, Ted | 12/01/2007 | Deceased | Male | Not Hispanic or Latino | White | Water Shed |
| Lichtenberger, Scot R. | 11/01/2002 | Terminated | Male | Not Hispanic or Latino | White | Foreman Street |
| Lichter, Michael | 05/08/1995 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Loochtan, Joseph A | 12/14/2006 | Terminated | Male | Not Hispanic or Latino | White | CUSTOMER SERVICE OFFICER |
| Loochtan, Mark | 08/01/2003 | Terminated | Male | Not Hispanic or Latino | White | POLICE DETECTIVE |
| Lorenzo Jr, Sebastian | 08/28/2007 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Lorenzo, Sebastian | 04/01/2000 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Loresch, Anthony J | 02/23/2004 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Lullo, John P | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Macino, Vito | 11/01/1987 | Retired | Male | Not Hispanic or Latino | White | Firefighter |
| Maiello Gluecklich, Cynthia | 11/24/1986 | Terminated | Female | Not Hispanic or Latino | White | DIRECTOR LIBRARY |
| Maiello, Nunzio | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Manzo, Gennaro | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE DETECTIVE |
| Manzo, Jeannette | 08/01/2012 | Terminated | Female | Not Hispanic or Latino | White | CROSSING GUARD |
| Manzo, Rosanna | 06/08/2015 | Terminated | Female | Not Hispanic or Latino | White | Camp Fun |
| Marchetti, Michael | 05/21/2015 | Active | Male | Not Hispanic or Latino | White | HEALTH INSPECTOR |
| Marella, Nancy | 02/15/1980 | Active | Female | Not Hispanic or Latino | White | SECRETARY BLDG CMSR |
| Marella, Peter | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Mariani, Roger | 09/15/1995 | Retired | Male | Not Hispanic or Latino | White | Firefighter |
| Marine, Gary M | 06/09/2003 | Active | Male | Not Hispanic or Latino | White | DIR OF PUBLIC WORKS |
| Matarrese, Frank | 12/01/1999 | Active | Male | Not Hispanic or Latino | White | Youth Supervisor |
| McMillan, Jennifer L | 01/26/2005 | Terminated | Female | Not Hispanic or Latino | White | Dial-A-Ride Operator |
| Menolascino, John A | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Mentone, Ronald J | 05/16/2013 | Active | Male | Not Hispanic or Latino | White | ASS'T PROSECUTOR |
| Misasi, Frank E | 01/02/2013 | Terminated | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Modugno, Carla | 04/24/2000 | Active | Female | Not Hispanic or Latino | White | Circulation Tech |
| Modugno, John | 05/01/2001 | Active | Male | Not Hispanic or Latino | White | YOUTH BRD. MEMBER |
| Morella, Steven | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | Ass't Chief |
| Moss, Devon T | 04/01/2005 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Murphy, Frank J | 03/01/2014 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Nardella, Robert V. | 06/02/2003 | Terminated | Male | Not Hispanic or Latino | White | INSPECTOR |
| Nardiello, Diana M. | 11/01/2002 | Active | Female | Not Hispanic or Latino | White | Sr. Accounts Payable Clerk |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nardiello, Frank | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Nardiello, Theresa | 06/18/2007 | Active | Female | Not Hispanic or Latino | White | YOUTH COMM. SUPV. |
| Natale, Dennis | 03/16/2008 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Nocita, Frank S. | 12/13/2002 | Terminated | Male | Not Hispanic or Latino | White | Railroad Safety Offi |
| Nocita, Phillip J. | 10/01/1998 | Active | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Nocita, Phillip P | 04/05/2007 | Active | Male | Not Hispanic or Latino | White | Sergeant |
| Nocita, Rosemary A. | 11/25/1997 | Terminated | Female | Not Hispanic or Latino | White | PAYROLL |
| Nowicki, James | 05/01/1987 | Retired | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Oldenburg, John | 06/01/1987 | Terminated | Male | Not Hispanic or Latino | White | Firefighter |
| Olson, Douglas | 09/01/1977 | Active | Male | Not Hispanic or Latino | White | Director fo Strategic Initiatives BusDe |
| Olson, Thomas | 10/25/1977 | Active | Male | Not Hispanic or Latino | White | YOUTH COMM. SUPV. |
| Otmaskin, Mark | 03/16/2011 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Padula, Joseph | 11/01/1987 | Retired | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Palermo, Francesco | 09/16/2007 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Palermo, Mario | 10/01/2004 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Panico III, Louis | 04/01/2007 | Terminated | Male | Not Hispanic or Latino | White | COMPTROLLER |
| Panico, Joseph | 12/01/2011 | Active | Male | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Panuncialman, Nicholas | 06/10/2013 | Active | Male | Not Hispanic or Latino | White | SUMMER STREET DEPT. |
| Panzani, Joseph | 01/05/2015 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Paolantonio, John J | 05/01/2003 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Paolantonio, Mary Ann | 05/01/1997 | Active | Female | Not Hispanic or Latino | White | Village Clerk |
| Pesce, Steve | 01/09/2006 | Active | Male | Not Hispanic or Latino | White | Police Tactical SGT |
| Piemonte, Christine | 11/03/2014 | Active | Female | Not Hispanic or Latino | White | Director of Human Resources |
| Piemonte, Kathleen M | 10/08/2012 | Terminated | Female | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Piemonte, Larry | 09/24/2001 | Retired | Male | Not Hispanic or Latino | White | INSPECTOR |
| Pieranunzi, Frank | 05/16/2015 | Active | Male | Not Hispanic or Latino | White | SPECIAL PROJECTS |
| Pilati, Dominic R. | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Pitassi, Sam | 07/01/1974 | Terminated | Male | Not Hispanic or Latino | White | POLICE DEPT. CHIEF |
| Pitassi, Sam J | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Pones Jr., Anthony | 11/15/1974 | Leave | Male | Not Hispanic or Latino | White | INSPECTOR |
| Pope, Frank | 08/11/1997 | Active | Male | Not Hispanic or Latino | White | PL To Brd Trustees |
| Pope, Frank John | 06/01/2009 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Posner, Justin | 08/01/2014 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Potamianos, William G. | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Powers, Donna M | 08/01/2008 | Active | Female | Not Hispanic or Latino | White | Asst. Deputy Director |
| Pretzie, Rocco | 04/01/2005 | Retired | Male | Not Hispanic or Latino | White | POLICEMAN |
| Prignano, Anthony C | 11/16/2004 | Terminated | Male | Not Hispanic or Latino | White | LIBRARY MAINTENANCE |
| Prignano, Anthony J. | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | PERSONNEL COMMITTEE |
| Principe, James G. | 08/25/1997 | Terminated | Male | Not Hispanic or Latino | White | IT Director |
| Provenzano, James | 04/01/1996 | Retired | Male | Not Hispanic or Latino | White | STREET SUPERINTEND. |
| Pulkownik, Pete | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Raffaelli, Anthony | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Raffaelli, Claudia | 03/02/2009 | Active | Female | Not Hispanic or Latino | White | CODE ENFORCEMENT SEC |
| Ranieri, Barbara | 05/01/1993 | Terminated | Female | Not Hispanic or Latino | White | CODE ENFORCEMENT SEC |
| Ranieri, Luigi B | 05/01/2007 | Active | Male | Not Hispanic or Latino | White | Fleet Controller I |
| Rauzi, Mark J | 08/25/2009 | Active | Male | Not Hispanic or Latino | White | FIRE POLICE COMMISSIONER |
| Reicher, Thomas | 01/01/1986 | Terminated | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Ricciardi, Dante | 09/08/2014 | Terminated | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Rich, Bill | 04/04/1987 | Active | Male | Not Hispanic or Latino | White | CIVIC CENTER MAINT. |
| Richter, Daniel | 02/01/2008 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Rieger, Mark | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Rinella, Charles | 04/07/1997 | Terminated | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Rogowski, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino | White | PD Deputy Chief |
| Rosa, Joseph P | 02/03/2005 | Active | Male | Not Hispanic or Latino | White | Operator Senior Building |

VMP-JJS 004322

| Name | Date | Status | Gender | Ethnicity | Race | Job Title |
|---|---|---|---|---|---|---|
| Sabatino, Anthony | 07/01/2003 | Active | Male | Not Hispanic or Latino | White | INSPECTOR |
| Saether, Terry N | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Salvi, Gregory | 09/26/1997 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Sansone, Dominique | 06/17/2013 | Active | Female | Not Hispanic or Latino | White | POLICEMAN |
| Sansone, James | 04/02/2007 | Terminated | Male | Not Hispanic or Latino | White | LIBRARY CIRC. CLERK |
| Sami, Wesley | 07/07/2014 | Active | Male | Not Hispanic or Latino | White | PLUMBING INSPECTOR |
| Santore, Ralph | 08/11/1997 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Savaglio, Denise | 08/08/2005 | Terminated | Female | Not Hispanic or Latino | White | Combined Plan/Zoning |
| Savozzi, Stefano | 03/01/2002 | Active | Male | Not Hispanic or Latino | White | Circulation Tech |
| Scanio, Salvatore | 09/16/1995 | Retired | Male | Not Hispanic or Latino | White | Firefighter |
| Scarpelli, Giuseppe A | 07/01/2013 | Active | Male | Not Hispanic or Latino | White | Asst Chief |
| Scatchell, John A | 01/07/2013 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Scavone, Patrick | 11/16/1984 | Terminated | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Schillinger, John E. | 03/01/1999 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Schwartz, Philip | 10/16/1992 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Schwartz, Stephanie | 06/01/1991 | Active | Female | Not Hispanic or Latino | White | DIRECTOR ESPS |
| Scudiero, Aldo | 04/16/2011 | Terminated | Male | Not Hispanic or Latino | White | ADMINISTRATION ESPS |
| Scudiero, Alex A | 01/21/2004 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Scudiero, Anthony | 05/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICE DEPT MIS MANAGER |
| Scudiero, Frank | 09/16/1995 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Scudiero, Michael J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Sepe, Frank M | 02/01/2007 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Serpico, Michael V. | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Serpico, Ronald | 05/01/1997 | Active | Male | Not Hispanic or Latino | White | FIRE INSPECTOR |
| Serpico, Terry | 10/01/1988 | Active | Male | Not Hispanic or Latino | White | MAYOR |
| Severino, Helen | 02/02/2015 | Deceased | Female | Not Hispanic or Latino | White | Civic Center Manager |
| Sgobba, John S. | 08/16/2002 | Active | Male | Not Hispanic or Latino | White | LIBRARY CIRC. CLERK |
| Shankle, Leslie | 03/01/1999 | Active | Female | Not Hispanic or Latino | White | LABORER |
| Shawaluk, Richard W. | 05/01/1988 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Shute, Thomas | 01/20/2004 | Active | Male | Not Hispanic or Latino | White | MID METRO TIFF |
| Sicuro Jr, Michael N. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Operator front desk |
| Simurdiak, Svetlana | 01/23/2013 | Terminated | Female | Not Hispanic or Latino | White | Director Community Development |
| Skeens, Vivian | 10/01/2012 | Active | Female | Not Hispanic or Latino | White | CROSSING GUARD |
| Sommesi, Danny | 02/21/2014 | Active | Male | Not Hispanic or Latino | White | POLICE WOMAN |
| Soroe, Ralph | 06/01/1989 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Spata, Ronald C | 10/01/2014 | Active | Male | Not Hispanic or Latino | White | BLDG. COMMISSIONER |
| Spatafora, Constance | 03/02/2004 | Active | Female | Not Hispanic or Latino | White | CLERK |
| Spatafora, Nikole | 10/01/2012 | Active | Female | Not Hispanic or Latino | White | POLICE WOMAN |
| Stenberg, Dave A. | 04/16/1998 | Retired | Male | Not Hispanic or Latino | White | LABORER |
| Sullo, Giovanni | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Sullo, Marco L | 07/07/2014 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Szepi, William R | 05/02/2012 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Taconi, Mary Frances | 05/01/2007 | Active | Female | Not Hispanic or Latino | White | CUSTOMER SERVICE OFFICER |
| Taddeo, August R | 09/17/1999 | Terminated | Female | Not Hispanic or Latino | White | PERSONNEL COMMITTEE |
| Taralio, Beth Ann | 05/23/2005 | Active | Female | Not Hispanic or Latino | White | Firefighter |
| Thull, Scott | 09/11/1995 | Retired | Male | Not Hispanic or Latino | White | Secretary |
| Treffers, William P. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Tropea, Giuseppe | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | Police Juvenile Officer |
| Tropea, Salvatore | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Ufe, Timothy | 02/16/2003 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Urso, Frank | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Urso, Joseph | 05/08/1995 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Vaccaro, Dionisio L. | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Vandyke, Christopher | 11/07/2002 | Active | Male | Not Hispanic or Latino | White | Foreman Sewer/Water |

| | | | | | | |
|---|---|---|---|---|---|---|
| VanDyke, Kathryn | 10/15/2015 | Terminated | Female | Not Hispanic or Latino | White | LIBRARY PAGE |
| Vayda, Gregory S | 08/17/2009 | Active | Male | Not Hispanic or Latino | White | INSPECTOR |
| Venute, Rocco | 03/01/1999 | Retired | Male | Not Hispanic or Latino | White | POLICEMAN |
| Verde, David J. | 06/01/1999 | Retired | Male | Not Hispanic or Latino | White | Firefighter |
| Verde, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Wallace, Earl | 10/01/2014 | Active | Male | Not Hispanic or Latino | White | RECORDS CLERK |
| White, Christopher | 07/20/2015 | Terminated | Male | Not Hispanic or Latino | White | SPECIAL PROJECTS |
| Wojcik, Ann Marie | 01/04/2013 | Active | Female | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Wrosch, James | 06/01/1987 | Active | Male | Not Hispanic or Latino | White | Ass't Chief |
| Wrosch, Jason | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Wurtz, Vincent A | 06/01/2003 | Active | Male | Not Hispanic or Latino | White | Firefighter |

2016 - 314 Total
8 - African Amer

| | | | | | | |
|---|---|---|---|---|---|---|
| Start Date | 01/01/2016 | | | | | |
| End Date | 12/31/2016 | | | | | |
| Employment Profile - | Effective as of 08/07/2020 | | | | | |
| Payroll Name | Hire Date | Status | Gender | Ethnicity | Race Description | Job Title Description |
| Aguirre, Jose A | 06/01/2004 | Active | Male | Hispanic or Latino | | Maintenance |
| Aguirre, Sergio | 05/01/2011 | Active | Male | Hispanic or Latino | | CHAIRMAN |
| Alcala, Raul | 11/21/2005 | Active | Male | Hispanic or Latino | | Maintenance |
| Anguiano, Jaime | 03/10/2008 | Active | Male | Hispanic or Latino | | TRUSTEE |
| Anguiano, Juana | 01/16/2013 | Terminated | Female | Hispanic or Latino | | Youth Commission |
| Anguiano, Lorena | 08/20/2007 | Active | Female | Hispanic or Latino | | CLERK |
| Anguiano, San J | 02/01/2005 | Terminated | Female | Hispanic or Latino | | Hispanic Liaison |
| Aponte, Miguel | 03/04/1985 | Retired | Male | Hispanic or Latino | | S&W FOREMAN |
| Arellano, Celia | 01/02/1990 | Active | Female | Hispanic or Latino | | COMMUNICATIONS SUPV. |
| Arevalos, Gabriel | 07/12/2004 | Terminated | Male | Hispanic or Latino | | LABORER |
| Ayala-Flores, Jynette | 04/18/2016 | Terminated | Female | Hispanic or Latino | | LIBRARY ASSISTANT |
| Bank Acc# 05357103, First Merit | 07/31/2015 | Terminated | Male | | | |
| Bucio, Ericka | 03/01/2016 | Terminated | Female | Hispanic or Latino | | INSTRUCTOR |
| Casillas, Hector | 12/12/2016 | Active | Male | Hispanic or Latino | | LABORER |
| Casillas, Sally | 10/17/2016 | Terminated | Female | Hispanic or Latino | | Receptionist |
| Castro, Carlos | 07/27/2015 | Terminated | Male | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Castro, Claudia | 08/01/2015 | Terminated | Female | Hispanic or Latino | | Plning Zning member |
| Chavez, Fernando | 05/07/2008 | Active | Male | Hispanic or Latino | | Fleet Controller II |
| Chavez, Israel | 07/01/1997 | Active | Male | Hispanic or Latino | | CODE ENFORCE INSP. |
| Diaz, Marisela | 07/01/2014 | Terminated | Female | Hispanic or Latino | | Receptionist |
| Espinosa, Gil-Vincent | 04/01/2001 | Retired | Male | Hispanic or Latino | | POLICEMAN |
| Figueroa, Anthony | 06/01/2003 | Terminated | Male | Hispanic or Latino | | Firefighter |
| Figueroa, George | 06/16/2014 | Terminated | Male | Hispanic or Latino | | Security Special Projects |
| Flores III, Luis A | 10/01/2012 | Active | Male | Hispanic or Latino | | Police Tactical |
| Flores, Santos | 06/22/2005 | Active | Male | Hispanic or Latino | | Foreman Sewer/Water |
| Godinez, Epigmenio | 05/23/2016 | Active | Male | Hispanic or Latino | | Maintenance |
| Gutierrez, Eric | 06/01/2015 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Gutierrez, Leticia A | 09/02/2014 | Terminated | Female | Hispanic or Latino | | HISPANIC COMMUNICATION DIRECTOR |
| Gutierrez, Rocky | 05/01/2012 | Active | Male | Hispanic or Latino | | Firefighter |
| Guzman, Eddie | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICE LIEUTENANT |
| Guzman, Juan F | 04/05/2007 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Lomeli, Leticia | 06/01/2001 | Leave | Female | Hispanic or Latino | | CLERK |
| Lomeli, Ruben | 07/11/2016 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Lomeli, Sergio | 03/16/2015 | Terminated | Male | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Lopez, Maria Teresa | 07/16/2011 | Terminated | Female | Hispanic or Latino | | CROSSING GUARD |
| Lozano, Everardo B | 04/17/2006 | Active | Male | Hispanic or Latino | | Forman Landscaping |
| Macias, Jesse | 02/01/2013 | Active | Male | Hispanic or Latino | | Asst. Chamber of Commerce |
| Macias, Judith De La Mora | 05/16/2013 | Active | Female | Hispanic or Latino | | DIR HISPANIC BUS DEV & HIS SENIOR SER |
| Marrero, Nelson | 03/01/2014 | Terminated | Male | Hispanic or Latino | | Security Special Projects |
| Martinez, Dalila | 03/07/2016 | Terminated | Female | Hispanic or Latino | | Receptionist |
| Martinez, Jose-Miguel | 07/01/2014 | Terminated | Male | Hispanic or Latino | | Maintenance |
| Migliore, Vito | 10/01/1999 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Montes, Gandolfa | 01/26/1987 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Montoya, Mario | 02/15/2000 | Active | Male | Hispanic or Latino | | YOUTH BRD. MEMBER |
| Montoya, Pedro | 07/07/2014 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Mota, Arturo | 05/01/2003 | Active | Male | Hispanic or Latino | | TRUSTEE |
| Mota, Nora | 10/24/2013 | Terminated | Female | Hispanic or Latino | | LIBRARY ASSISTANT |
| Mota, Vivian M | 09/02/2014 | Terminated | Female | Hispanic or Latino | | LIBRARY PAGE |
| Negron, Phillip | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Nicosia, Elisa | 05/20/2013 | Active | Female | Hispanic or Latino | | CSO OFFICER |

VMP-JJS 004325

| | | | | | |
|---|---|---|---|---|---|
| Ojeda, Blanca | 09/10/2016 | Terminated | Female | Hispanic or Latino | Teacher-CID |
| Orona, Vito | 07/08/2011 | Terminated | Male | Hispanic or Latino | Security Special Projects |
| Orozco, Eric | 07/20/2015 | Active | Male | Hispanic or Latino | POLICEMAN |
| Orozco, Gloria I | 05/01/2014 | Active | Female | Hispanic or Latino | Operator front desk |
| Orozco, Stephanie | 07/05/2016 | Terminated | Female | Hispanic or Latino | CUSTOMER SERVICE OFFICER |
| Ortega, Rigoberto | 09/18/2000 | Active | Male | Hispanic or Latino | Machine Operator |
| Ortiz, Jessica | 07/07/2014 | Active | Female | Hispanic or Latino | POLICE WOMAN |
| Perez, Lizet R | 06/06/2005 | Active | Female | Hispanic or Latino | ASS'T SUPERVISOR |
| Raflores, Vanessa A | 05/01/2014 | Active | Female | Hispanic or Latino | Plning Zning member |
| Recinos, Michael | 04/07/1997 | Retired | Male | Hispanic or Latino | POLICEMAN |
| Reyes, Jose L | 04/02/2007 | Active | Male | Hispanic or Latino | LABORER |
| Rodriguez, Alfonso | 04/01/2001 | Active | Male | Hispanic or Latino | Sergeant |
| Rodriguez, Alyana | 09/01/2016 | Active | Female | Hispanic or Latino | CLERK |
| Rodriguez, Bernardino | 09/18/2000 | Active | Male | Hispanic or Latino | LABORER |
| Rodriguez, Raul | 07/01/1999 | Active | Male | Hispanic or Latino | Administrative Division Commander |
| Rojas, Carlos E | 06/01/2006 | Active | Male | Hispanic or Latino | HISPANIC COMMUNICATION DIRECTOR |
| Rojas, Feliciano | 03/16/2008 | Retired | Male | Hispanic or Latino | Maintenance |
| Ruiz, Yesinia | 11/24/2014 | Terminated | Female | Hispanic or Latino | LIBRARY CIRC. CLERK |
| Salgaldo, Juan | 11/03/2015 | Terminated | Male | Hispanic or Latino | CUSTOMER SERVICE OFFICER |
| Sanchez, Cid | 05/31/2006 | Active | Male | Hispanic or Latino | INSPECTOR |
| Sanchez, Daniel A | 04/23/2016 | Terminated | Male | Hispanic or Latino | CUSTOMER SERVICE OFFICER |
| Sanchez, Jessica | 07/17/2013 | Active | Female | Hispanic or Latino | Camp Fun |
| Simental, Leticia | 03/25/2015 | Active | Female | Hispanic or Latino | CROSSING GUARD |
| Soto, Juan C | 04/06/2010 | Terminated | Male | Hispanic or Latino | LABORER |
| Tapia, Carmen | 06/09/1997 | Active | Female | Hispanic or Latino | YOUTH BRD. MEMBER |
| Tejeda, Cesar | 06/30/2014 | Terminated | Male | Hispanic or Latino | LABORER |
| Tejeda, Jesus Jr. | 04/01/2005 | Active | Male | Hispanic or Latino | POLICEMAN |
| Terrones, Josh | 06/09/2003 | Active | Male | Hispanic or Latino | LABORER |
| Terrones, Marlene | 05/19/1998 | Active | Female | Hispanic or Latino | DEPUTY REGISTRAR |
| Trujillo, Veronica | 01/05/2006 | Active | Female | Hispanic or Latino | Circulation assistant |
| Urrutia, Eliza | 03/19/2001 | Active | Female | Hispanic or Latino | RECORDS CLERK |
| Vargas, Isidro | 06/23/2003 | Active | Male | Hispanic or Latino | Assistant Superintendent |
| Vargas, Martha P. | 06/15/1999 | Active | Female | Hispanic or Latino | CLERK |
| Vazquez, Rosita | 12/27/2001 | Active | Female | Hispanic or Latino | WATER BILL CLERK |
| Velasquez, Orlando | 06/03/2013 | Terminated | Male | Hispanic or Latino | INSPECTOR |
| Velazquez, Jose | 07/07/2014 | Active | Male | Hispanic or Latino | POLICE DETECTIVE |
| Villanueva, Jose | 06/09/1997 | Active | Male | Hispanic or Latino | Foreman Street |
| Villegas, Luis | 10/16/1989 | Active | Male | Hispanic or Latino | S&W FOREMAN |
| Williams, Helen | 09/01/2016 | Terminated | Female | | CROSSING GUARD |
| Fogg, Chane | 04/01/2005 | Active | Male | Not Hispanic or Latino Asian | POLICEMAN |
| Han, Jong Yoon | 01/03/2012 | Terminated | Male | Not Hispanic or Latino Asian | INSTRUCTOR |
| Baker, Wilma J | 08/22/2008 | Active | Female | Not Hispanic or Latino Black or African American | CROSSING GUARD |
| Gregory, Julia M | 04/19/2007 | Active | Female | Not Hispanic or Latino Black or African American | Ass't Reference |
| Hart, Cynthia L | 11/09/2004 | Terminated | Female | Not Hispanic or Latino Black or African American | CROSSING GUARD |
| Lavalais, Kyil | 06/01/1992 | Retired | Male | Not Hispanic or Latino Black or African American | POLICE LIEUTENANT |
| Portee Jr., Cecil | 10/09/1989 | Active | Male | Not Hispanic or Latino Black or African American | STREET DRIVER LABOR |
| Walls, Alisha | 08/19/2014 | Terminated | Female | Not Hispanic or Latino Black or African American | LIBRARY PAGE |
| Williams, Angela D. | 08/11/1997 | Terminated | Female | Not Hispanic or Latino Black or African American | DESK OFFICER |
| Williams, Carl | 09/16/2008 | Active | Male | Not Hispanic or Latino Black or African American | AUXILIARY POLICE |
| Alsouri, Ibrahim | 10/07/2016 | Terminated | Male | Not Hispanic or Latino Two or more races | CROSSING GUARD |
| Islami, Florim | 09/15/1995 | Active | Male | Not Hispanic or Latino Two or more races | FIRE CAPTAIN |
| Abello, Carmelo | 01/11/1993 | Terminated | Male | Not Hispanic or Latino White | Lead Utility Locator |
| Abruzzo, Anthony | 05/01/2009 | Active | Male | Not Hispanic or Latino White | TRUSTEE |
| Acey, Kenneth | 03/01/1993 | Retired | Male | Not Hispanic or Latino White | Firefighter |

VMP-JJS 004326

| Name | Date | Status | Sex | Race | Title |
|---|---|---|---|---|---|
| Adams, Daniel J. | 05/01/2001 | Active | Male | Not Hispanic or Latino White | Building Inspector |
| Aiardo, Aaron | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Alfano, Maria | 12/06/1982 | Retired | Female | Not Hispanic or Latino White | CROSSING GUARD |
| Aliasi, Gilso | 01/16/2003 | Active | Male | Not Hispanic or Latino White | LABORER |
| Alibhal, Michael | 06/06/2016 | Terminated | Male | Not Hispanic or Latino White | SUMMER STREET DEPT. |
| Amabile, John | 09/01/1999 | Terminated | Male | Not Hispanic or Latino White | CODE ENFORCE INSP. |
| Amabile, John Joseph | 06/01/2015 | Active | Male | Not Hispanic or Latino White | Police Tactical |
| Andersen, Eric | 08/01/2006 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Anzaldi Sr, Robert | 10/23/2007 | Terminated | Male | Not Hispanic or Latino White | TRAFFIC ENFORCEMENT ADMINISTRATOR |
| Anzaldi, Robert S | 10/01/2013 | Active | Male | Not Hispanic or Latino White | POLICE DETECTIVE |
| Barone, Anthony M. | 02/01/2000 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Barone, Michael | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Barone, Nello | 04/07/1997 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Bartemio, Leonard J. | 04/01/2003 | Active | Male | Not Hispanic or Latino White | Police Tactical |
| Battaglia, Richard | 05/01/2001 | Terminated | Male | Not Hispanic or Latino White | Ass't Dir Community Development |
| Battisto, John | 10/05/1982 | Retired | Male | Not Hispanic or Latino White | S&W DRIVER LABORER |
| Beltrame, Michael | 06/01/1999 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Beltrame, Richard | 06/01/1981 | Active | Male | Not Hispanic or Latino White | FIRE DEPT. CHIEF |
| Bianchi, William | 03/17/2011 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Bianchi, William | 03/17/2011 | Terminated | Male | Not Hispanic or Latino White | CUSTOMER SERVICE OFFICER |
| Bianco, Kimberly | 03/10/2014 | Terminated | Female | Not Hispanic or Latino White | LIBRARY PAGE |
| Blumberg, Steve | 03/13/1987 | Retired | Male | Not Hispanic or Latino White | S&W LABORER |
| Bond, Shawn R. | 09/01/2001 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Borrego Jr., David A | 04/01/2005 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Brandon, Charles | 03/01/2013 | Active | Male | Not Hispanic or Latino White | Security Special Projects |
| Cacciatore, Eugene J. | 07/07/1997 | Active | Male | Not Hispanic or Latino White | POLICE SERGEANT |
| Caira, Peter | 12/01/2016 | Active | Male | Not Hispanic or Latino White | Special Assistant to Police Chief |
| Calabria, Robert | 05/01/1989 | Active | Male | Not Hispanic or Latino White | Computer Technician |
| Camaci, Giovanni | 01/18/2016 | Active | Male | Not Hispanic or Latino White | LABORER |
| Camaci, Salvatore | 12/15/2014 | Terminated | Male | Not Hispanic or Latino White | Landscaping Laborer |
| Campanelli, Frank J | 02/16/2005 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Campanelli, William | 03/01/1993 | Active | Male | Not Hispanic or Latino White | Ass't Chief |
| Campo, Marco | 07/01/2012 | Active | Male | Not Hispanic or Latino White | RiverWoods Security |
| Cannici, John P. | 06/01/2000 | Terminated | Male | Not Hispanic or Latino White | Firefighter |
| Capece, Francesco | 12/05/2016 | Active | Male | Not Hispanic or Latino White | LABORER |
| Cappello III, Joseph | 12/11/2016 | Deceased | Male | Not Hispanic or Latino White | AUXILIARY POLICE |
| Capra, Carl J | 06/01/2003 | Active | Male | Not Hispanic or Latino White | CODE ENFORCE INSP. |
| Caputo, Michael A. | 05/01/1997 | Active | Male | Not Hispanic or Latino White | CHAIRMAN |
| Carey, Brian W | 09/01/2003 | Active | Male | Not Hispanic or Latino White | PROSECUTOR |
| Carpanzano, Frank A | 06/02/2008 | Active | Male | Not Hispanic or Latino White | LABORER |
| Carpanzano, Michael | 01/16/1992 | Active | Male | Not Hispanic or Latino White | S&W SUPERTINTEND |
| Carparelli, Dominic Joseph | 06/02/2014 | Active | Male | Not Hispanic or Latino White | SUMMER STREET DEPT. |
| Casale, Robert | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Castellan, Giovanni | 07/11/2016 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Castellan, Michael A. | 07/15/1983 | Active | Male | Not Hispanic or Latino White | Dir of Licensing and Enforcement |
| Cernauske, James | 06/15/1974 | Active | Male | Not Hispanic or Latino White | Safety Director |
| Cernauske, Jason E | 02/16/2005 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Cervone Jr, John | 03/16/2011 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Cervone, John G. | 05/01/2001 | Active | Male | Not Hispanic or Latino White | Plning Znng member |
| Cesarini, Angelo | 09/17/1999 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Chiappetta, Sam J. | 04/01/2003 | Active | Male | Not Hispanic or Latino White | Police Tactical Lieutenant |
| Ciancio, Rosalba | 05/02/2010 | Active | Female | Not Hispanic or Latino White | LIBRARY PAGE |
| Ciancio, Rose | 01/06/2016 | Active | Female | Not Hispanic or Latino White | LIBRARY CIRC. CLERK |
| Ciancio, Sam | 02/01/2000 | Active | Male | Not Hispanic or Latino White | FIRE CAPTAIN |

VMP-JJS 004327

| | | | | | |
|---|---|---|---|---|---|
| Cimino, Anthony | 06/01/2015 | Leave | Male | Not Hispanic or Latino White | PURCHASING DIRECTOR |
| Coco, Edward L. | 06/09/1997 | Active | Male | Not Hispanic or Latino White | Spec Ass't to Mayor |
| Cozzi, Joseph | 06/01/2015 | Terminated | Male | Not Hispanic or Latino White | SUMMER STREET DEPT. |
| Cushion, Lawrence A | 02/22/2016 | Active | Male | Not Hispanic or Latino White | Maintenance |
| Cusumano, Charles F | 08/26/2006 | Terminated | Male | Not Hispanic or Latino White | Maintenance |
| Dalitto, Richie R | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Damico, Lisa | 04/01/2012 | Active | Female | Not Hispanic or Latino White | PROSECUTOR |
| Damron, Vaughn S. | 04/05/2007 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Datoli II, Anthony J. | 04/01/2001 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Datoli, Angelo | 09/01/2015 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Decarlo Jr, Michael D | 04/01/2005 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| DeCarlo, Anthony | 01/19/2016 | Active | Male | Not Hispanic or Latino White | Firefighter |
| DeCarlo, Joseph | 06/20/2016 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Dejulius, Alex | 01/01/2012 | Deceased | Male | Not Hispanic or Latino White | COMMUNITY JOBS LIAISON |
| Delpercio, James P. | 02/15/2001 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Demaria, James A. | 05/22/2006 | Active | Male | Not Hispanic or Latino White | MINI-BUS DRIVER |
| Devita, Michael | 09/18/2000 | Active | Male | Not Hispanic or Latino White | LABORER |
| Di Fazio, Peggy | 05/27/1997 | Active | Female | Not Hispanic or Latino White | DIR. SPEC. EVENTS |
| Di Fazio, Victor | 08/11/1997 | Terminated | Male | Not Hispanic or Latino White | RiverWoods Security |
| Difazio, Dominic L | 06/01/2003 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Digenova, Vincenzo | 02/01/2007 | Retired | Male | Not Hispanic or Latino White | RiverWoods Security |
| Dimaio, Dino B. | 08/10/1987 | Active | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Dindia, Frank Anthony | 05/22/2008 | Active | Male | Not Hispanic or Latino White | LABORER |
| Dindia, Patricia A. | 03/02/1998 | Active | Female | Not Hispanic or Latino White | SECRETARY TO THE MAYOR |
| Dindia, Salvatore N | 10/02/2009 | Active | Male | Not Hispanic or Latino White | RiverWoods Security |
| Dollar, Alyssa | 07/11/2016 | Terminated | Female | Not Hispanic or Latino White | POLICE WOMAN |
| Dote, Carl R | 12/01/2012 | Active | Male | Not Hispanic or Latino White | DESK |
| Egizio, Angelo B. | 05/01/2007 | Active | Male | Not Hispanic or Latino White | LABORER |
| Eleuteri, Michael | 10/01/1996 | Active | Male | Not Hispanic or Latino White | MINI-BUS DRIVER |
| Eleuteri, Peter | 06/01/1996 | Active | Male | Not Hispanic or Latino White | COORDINATOR ECONOMIC DEVELOPMENT |
| Esposito, Pasquale | 06/01/1997 | Active | Male | Not Hispanic or Latino White | Secretary |
| Farmer, Darrell | 08/02/1999 | Active | Male | Not Hispanic or Latino White | AUXILIARY POLICE |
| Farmer, Tony | 05/01/2013 | Terminated | Male | Not Hispanic or Latino White | Security Special Projects |
| Fatta, Louis V | 07/01/2014 | Active | Male | Not Hispanic or Latino White | Director of Security |
| Felske, Linda Carol | 08/19/2009 | Active | Female | Not Hispanic or Latino White | LIBRARY ASSISTANT |
| Ferolo, George D. | 09/14/2002 | Active | Male | Not Hispanic or Latino White | AUXILIARY POLICE |
| Fioccola, Pasquale | 02/23/2004 | Terminated | Male | Not Hispanic or Latino White | Firefighter |
| Flanagan, Margaret M | 08/18/2005 | Active | Female | Not Hispanic or Latino White | DIRECTOR LIBRARY |
| Frey, Michael | 07/01/1979 | Active | Male | Not Hispanic or Latino White | Driver/Laborer |
| Gibbs, Andrew | 08/15/2016 | Active | Male | Not Hispanic or Latino White | MIS TECH SUPPORT |
| Gibson, Adam G | 04/01/2005 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Giglio, Frank A | 06/15/2006 | Terminated | Male | Not Hispanic or Latino White | RiverWoods Security |
| Giglio, Frank G | 06/16/2008 | Active | Male | Not Hispanic or Latino White | RiverWoods Security |
| Giordano, Barbara | 11/01/1980 | Retired | Female | Not Hispanic or Latino White | DIRECTOR LIBRARY |
| Giovenco, James | 08/01/2013 | Active | Male | Not Hispanic or Latino White | Maintenance |
| Giuffre, John | 06/01/1987 | Retired | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Graziani, Lido A. | 07/01/1999 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Graziano, Salvador | 12/12/2011 | Terminated | Male | Not Hispanic or Latino White | LIBRARY PAGE |
| Greco, Anthony G. | 03/01/1999 | Active | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Green, Nicholas G | 01/04/2013 | Active | Male | Not Hispanic or Latino White | LIBRARY PAGE |
| Greifelt, Kenneth | 03/01/1993 | Active | Male | Not Hispanic or Latino White | FIRE CAPTAIN |
| Gucciardo, David | 04/07/1997 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Guzzo, Frank | 09/23/2002 | Active | Male | Not Hispanic or Latino White | Plning Zning member |
| Gvist, Brian | 07/07/1997 | Retired | Male | Not Hispanic or Latino White | Police Investigator |

| Harty, Mark | 03/01/2002 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Hilgenberg, David | 07/07/1997 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Hopkins, Rose | 09/22/2014 | Terminated | Female | Not Hispanic or Latino White | Youth Service Ass't |
| Humpf, Stephen F | 06/01/2007 | Active | Male | Not Hispanic or Latino White | Foreman Street |
| Hutchinson, Alvin G | 10/20/2012 | Terminated | Male | Not Hispanic or Latino White | Operator front desk |
| Iannelli, Anthony | 11/10/2014 | Active | Male | Not Hispanic or Latino White | Maintenance |
| Iannelli, Armando | 03/10/2003 | Active | Male | Not Hispanic or Latino White | SUPT. MECH/ELEC |
| Iannelli, Sabato | 08/01/2002 | Active | Male | Not Hispanic or Latino White | MECHANIC |
| Iannelli, Sabino | 04/16/2015 | Active | Male | Not Hispanic or Latino White | LABORER |
| Iosco, Denise | 08/01/1997 | Active | Female | Not Hispanic or Latino White | TREASURER |
| Italla, Cathleen | 05/01/1997 | Terminated | Female | Not Hispanic or Latino White | TRUSTEE |
| Jarecki, Brian | 04/01/2001 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Julian, Mary | 04/24/2006 | Retired | Female | Not Hispanic or Latino White | SPECIAL PROJECTS |
| Kalnicky, Charles | 06/05/2001 | Active | Male | Not Hispanic or Latino White | LABORER |
| Karabatsos, Elaine | 05/01/2001 | Terminated | Female | Not Hispanic or Latino White | TRIP COORDINATOR |
| Karabatsos, James | 09/15/1995 | Active | Male | Not Hispanic or Latino White | FIRE CAPTAIN |
| Kay, Michael | 05/19/2016 | Active | Male | Not Hispanic or Latino White | Security Special Projects |
| Keir, Margaret | 11/24/2014 | Terminated | Female | Not Hispanic or Latino White | LIBRARY ASSISTANT |
| Klugger, Kathy | 07/07/1997 | Retired | Female | Not Hispanic or Latino White | CLERK |
| Klugger, Nick M. | 05/01/2002 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Klugger, Richard W. | 05/01/2005 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Kohut, Robert W | 10/12/2008 | Active | Male | Not Hispanic or Latino White | RiverWoods Security |
| Korsch, Chris W | 01/09/2006 | Active | Male | Not Hispanic or Latino White | POLICE SERGEANT |
| Krawczyk, Ashlee | 12/05/2011 | Terminated | Female | Not Hispanic or Latino White | LIBRARY PAGE |
| Krefft, Barbara | 08/04/2000 | Retired | Female | Not Hispanic or Latino White | PURCHASING DIRECTOR |
| Lagiola, Michael | 09/23/2002 | Active | Male | Not Hispanic or Latino White | ASST. SUPT. S&W |
| LaGioia, Sandra F | 11/17/2014 | Active | Female | Not Hispanic or Latino White | ACCTS. PAYABLE CLRK |
| Laino, Jojette | 03/01/1995 | Active | Female | Not Hispanic or Latino White | SECRETARY TO POLICE CHIEF |
| LaMontagna, Pat | 05/01/2014 | Active | Male | Not Hispanic or Latino White | Maintenance |
| Lascola, Orlando | 04/07/1997 | Active | Male | Not Hispanic or Latino White | Police Juvenille Officer |
| LeGal, Guy | 04/01/2014 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Legittino, Marisa | 01/17/2011 | Terminated | Female | Not Hispanic or Latino White | Youth Service Ass't |
| Leverenz, Ted | 12/01/2007 | Deceased | Male | Not Hispanic or Latino White | Water Shed |
| Lichtenberger, Scot R. | 11/01/2002 | Terminated | Male | Not Hispanic or Latino White | Foreman Street |
| Lichter, Michael | 05/08/1995 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Loiacono, Anthony | 02/09/2016 | Terminated | Male | Not Hispanic or Latino White | RiverWoods Security |
| Loochtan, Joseph A | 12/14/2006 | Terminated | Male | Not Hispanic or Latino White | CUSTOMER SERVICE OFFICER |
| Loochtan, Mark | 08/01/2003 | Terminated | Male | Not Hispanic or Latino White | POLICE DETECTIVE |
| Lorenzo Jr, Sebastian | 08/28/2007 | Active | Male | Not Hispanic or Latino White | AUXILIARY POLICE |
| Lorenzo, Sebastian | 04/01/2000 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Loresch, Anthony J | 02/23/2004 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Lozano, Betheel | 06/06/2016 | Terminated | Female | Not Hispanic or Latino White | Camp Fun |
| Lullo, John P | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Macino, Vito | 11/01/1987 | Retired | Male | Not Hispanic or Latino White | Firefighter |
| Maiello Gluecklich, Cynthia | 11/24/1986 | Terminated | Female | Not Hispanic or Latino White | DIRECTOR LIBRARY |
| Maiello, Nunzio | 03/01/1993 | Active | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Manzo, Gennaro | 07/07/1997 | Active | Male | Not Hispanic or Latino White | POLICE DETECTIVE |
| Manzo, Rosanna | 06/08/2015 | Terminated | Female | Not Hispanic or Latino White | Camp Fun |
| Marchetti, Michael | 05/21/2015 | Active | Male | Not Hispanic or Latino White | HEALTH INSPECTOR |
| Marella, Nancy | 02/15/1980 | Active | Female | Not Hispanic or Latino White | SECRETARY BLDG CMSR |
| Marella, Peter | 03/01/1993 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Mariani, Roger | 09/15/1995 | Retired | Male | Not Hispanic or Latino White | Firefighter |
| Marine, Gary M | 06/09/2003 | Active | Male | Not Hispanic or Latino White | DIR OF PUBLIC WORKS |
| Matarrese, Frank | 12/01/1999 | Active | Male | Not Hispanic or Latino White | Youth Supervisor |

VMP-JJS 004329

| McMillan, Jennifer L | 01/26/2005 | Terminated | Female | Not Hispanic or Latino White | Dial-A-Ride Operator |
| Menolascino, John A | 10/01/2012 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Mentone, Ronald J | 05/16/2013 | Active | Male | Not Hispanic or Latino White | ASS'T PROSECUTOR |
| Misasi, Frank E | 01/02/2013 | Terminated | Male | Not Hispanic or Latino White | MINI-BUS DRIVER |
| Modugno, John | 05/01/2001 | Active | Male | Not Hispanic or Latino White | YOUTH BRD. MEMBER |
| Morella, Steven | 03/01/1993 | Active | Male | Not Hispanic or Latino White | Ass't Chief |
| Moss, Devon T | 04/01/2005 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Murphy, Frank J | 03/01/2014 | Active | Male | Not Hispanic or Latino White | Security Special Projects |
| Napier Jr, Arthur | 08/26/2013 | Terminated | Male | Not Hispanic or Latino White | Security Special Projects |
| Nardella, Robert V. | 06/02/2003 | Terminated | Male | Not Hispanic or Latino White | INSPECTOR |
| Nardiello, Diana M. | 11/01/2002 | Active | Female | Not Hispanic or Latino White | Sr. Accounts Payable Clerk |
| Nardiello, Frank | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Nardiello, Theresa | 06/18/2007 | Active | Female | Not Hispanic or Latino White | YOUTH COMM. SUPV. |
| Natale, Dennis | 03/16/2008 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Nicholas, Vincent | 01/23/2016 | Terminated | Male | Not Hispanic or Latino White | RiverWoods Security |
| Nicotera, Louis | 10/01/2016 | Active | Male | Not Hispanic or Latino White | TRUSTEE |
| Nocita, Frank S. | 12/13/2002 | Terminated | Male | Not Hispanic or Latino White | Railroad Safety Offi |
| Nocita, Phillip J. | 10/01/1996 | Active | Male | Not Hispanic or Latino White | CODE ENFORCE INSP. |
| Nocita, Phillip P | 04/05/2007 | Active | Male | Not Hispanic or Latino White | Sergeant |
| Nocita, Rosemary A. | 11/25/1997 | Terminated | Female | Not Hispanic or Latino White | PAYROLL |
| Nowicki, James | 05/01/1987 | Retired | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Olson, Douglas | 09/01/1977 | Active | Male | Not Hispanic or Latino White | Director fo Strategic Initiatives BusDev |
| Olson, Thomas | 10/25/1977 | Active | Male | Not Hispanic or Latino White | YOUTH COMM. SUPV. |
| Otmaskin, Mark | 03/16/2011 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Padula, Joseph | 11/01/1987 | Retired | Male | Not Hispanic or Latino White | FIRE CAPTAIN |
| Palermo, Francesco | 09/16/2007 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Palermo, Mario | 10/01/2004 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Panico III, Louis | 04/01/2007 | Terminated | Male | Not Hispanic or Latino White | COMPTROLLER |
| Panico, Joseph | 12/01/2011 | Active | Male | Not Hispanic or Latino White | LIBRARY ASSISTANT |
| Panunclaiman, Nicholas | 06/10/2013 | Active | Male | Not Hispanic or Latino White | SUMMER STREET DEPT. |
| Panzani, Joseph | 01/05/2015 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Paolantonio, John J | 05/01/2003 | Active | Male | Not Hispanic or Latino White | Maintenance |
| Paolantonio, Mary Ann | 05/01/1997 | Active | Female | Not Hispanic or Latino White | Village Clerk |
| Pesce, Steve | 01/09/2006 | Active | Male | Not Hispanic or Latino White | Police Tactical SGT |
| Piemonte, Christine | 11/03/2014 | Active | Female | Not Hispanic or Latino White | Director of Human Resources |
| Piemonte, Kathleen M | 10/08/2012 | Terminated | Female | Not Hispanic or Latino White | LIBRARY ASSISTANT |
| Pieranunzi, Frank | 05/16/2015 | Active | Male | Not Hispanic or Latino White | SPECIAL PROJECTS |
| Pilati, Dominic R. | 03/01/2003 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Pitassi, Sam | 07/01/1974 | Active | Male | Not Hispanic or Latino White | POLICE DEPT. CHIEF |
| Pitassi, Sam J | 10/01/2012 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Pones Jr., Anthony | 11/16/1974 | Leave | Male | Not Hispanic or Latino White | INSPECTOR |
| Pope, Frank | 08/11/1997 | Active | Male | Not Hispanic or Latino White | PL To Brd Trustees |
| Pope, Frank John | 06/01/2009 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Posner, Justin | 08/01/2014 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Potamianos, William G. | 04/01/2005 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Powers, Donna M | 08/01/2008 | Active | Female | Not Hispanic or Latino White | Asst. Deputy Director |
| Pretzie, Rocco | 04/01/2005 | Retired | Male | Not Hispanic or Latino White | POLICEMAN |
| Prignano, Anthony C | 11/16/2004 | Terminated | Male | Not Hispanic or Latino White | LIBRARY MAINTENANCE |
| Prignano, Anthony J. | 08/01/2002 | Active | Male | Not Hispanic or Latino White | TRUSTEE |
| Principe, James G. | 08/25/1997 | Terminated | Male | Not Hispanic or Latino White | IT Director |
| Provenzano, James | 04/01/1996 | Retired | Male | Not Hispanic or Latino White | STREET SUPERINTEND. |
| Pulkownik, Pete | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Raffaelli, Anthony | 06/01/1999 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Raffaelli, Claudia | 03/02/2009 | Active | Female | Not Hispanic or Latino White | CODE ENFORCEMENT SEC |

VMP-JJS 004330

| Ranieri, Barbara | 05/01/1993 | Terminated | Female | Not Hispanic or Latino White | CODE ENFORCEMENT SEC |
| Ranieri, Luigi B | 05/01/2007 | Active | Male | Not Hispanic or Latino White | Fleet Controller I |
| Rauzi, Mark J | 08/25/2009 | Active | Male | Not Hispanic or Latino White | FIRE POLICE COMMISSIONER |
| Ricciardi, Dante | 09/06/2014 | Terminated | Male | Not Hispanic or Latino White | RiverWoods Security |
| Rich, Bill | 04/04/1987 | Active | Male | Not Hispanic or Latino White | CIVIC CENTER MAINT. |
| Richter, Daniel | 02/01/2008 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Rieger, Mark | 07/07/1997 | Active | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Rinella, Charles | 04/07/1997 | Terminated | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Rogowski, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino White | PD Deputy Chief |
| Rosa, Joseph P | 02/03/2005 | Active | Male | Not Hispanic or Latino White | Operator Senior Building |
| Sabatino, Anthony | 07/01/2003 | Active | Male | Not Hispanic or Latino White | INSPECTOR |
| Saether, Terry N | 05/01/2012 | Active | Male | Not Hispanic or Latino White | LABORER |
| Sansone, Dominique | 06/17/2013 | Active | Female | Not Hispanic or Latino White | LIBRARY CIRC. CLERK |
| Sansone, James | 04/02/2007 | Terminated | Male | Not Hispanic or Latino White | PLUMBING INSPECTOR |
| Sarni, Wesley | 07/07/2014 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Sartore, Ralph | 08/11/1997 | Terminated | Male | Not Hispanic or Latino White | Combined Plan/Zoning |
| Savaglio, Denise | 06/06/2005 | Terminated | Female | Not Hispanic or Latino White | Circulation Tech |
| Saviozzi, Stefano | 03/01/2002 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Scanio, Salvatore | 09/15/1995 | Retired | Male | Not Hispanic or Latino White | Ass't Chief |
| Scarpelli, Giuseppe A | 07/01/2013 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Scatchell, John A | 01/07/2013 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Schiller, James | 07/11/2016 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Schillinger, John E. | 03/01/1999 | Active | Male | Not Hispanic or Latino White | POLICE SERGEANT |
| Schwartz, Philip | 10/15/1992 | Active | Male | Not Hispanic or Latino White | DIRECTOR ESPS |
| Schwartz, Stephanie | 06/01/1991 | Active | Female | Not Hispanic or Latino White | ADMINISTRATION ESPS |
| Scudiero, Aldo | 04/16/2011 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Scudiero, Alex A | 01/21/2004 | Active | Male | Not Hispanic or Latino White | POLICE DEPT MIS MANAGER |
| Scudiero, Anthony | 05/01/2005 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Scudiero, Frank | 09/15/1995 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Scudiero, Michael J. | 04/01/2003 | Active | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Sepe, Frank M | 02/01/2007 | Active | Male | Not Hispanic or Latino White | CODE ENFORCE INSP. |
| Serpico, Dina | 09/26/2016 | Active | Female | Not Hispanic or Latino White | Human Resources Assistant |
| Serpico, Michael V. | 03/01/2003 | Active | Male | Not Hispanic or Latino White | FIRE INSPECTOR |
| Serpico, Ralph J | 01/06/2016 | Active | Male | Not Hispanic or Latino White | Security Special Projects |
| Serpico, Ronald | 05/01/1997 | Active | Male | Not Hispanic or Latino White | MAYOR |
| Serpico, Terry | 10/01/1988 | Active | Male | Not Hispanic or Latino White | Civic Center Manager |
| Severino, Helen | 02/02/2015 | Deceased | Female | Not Hispanic or Latino White | LIBRARY CIRC. CLERK |
| Sgobba, John S. | 06/10/2002 | Active | Male | Not Hispanic or Latino White | LABORER |
| Shankle, Leslie | 03/01/1999 | Active | Female | Not Hispanic or Latino White | POLICE SERGEANT |
| Shawaluk, Richard W. | 05/01/1998 | Active | Male | Not Hispanic or Latino White | MID METRO TIFF |
| Shute, Thomas | 01/20/2004 | Active | Male | Not Hispanic or Latino White | Operator front desk |
| Sicuro Jr, Michael N. | 04/01/2003 | Active | Male | Not Hispanic or Latino White | Director Community Development |
| Simurdiak, Svetlana | 01/23/2013 | Terminated | Female | Not Hispanic or Latino White | CROSSING GUARD |
| Skeens, Vivian | 10/01/2012 | Active | Female | Not Hispanic or Latino White | POLICE WOMAN |
| Sommesi, Danny | 02/21/2014 | Active | Male | Not Hispanic or Latino White | LABORER |
| Sorce, Ralph | 06/01/1989 | Active | Male | Not Hispanic or Latino White | BLDG. COMMISSIONER |
| Spata, Ronald C | 10/01/2014 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Spatafora, Constance | 03/02/2004 | Active | Female | Not Hispanic or Latino White | CLERK |
| Spatafora, Nikole | 10/01/2012 | Active | Female | Not Hispanic or Latino White | POLICE WOMAN |
| Stenberg, Dave A. | 04/16/1998 | Retired | Male | Not Hispanic or Latino White | LABORER |
| Stoner, Erin | 05/16/2016 | Terminated | Female | Not Hispanic or Latino White | LIBRARY ASSISTANT |
| Sullo, Giovanni | 10/01/2012 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Sullo, Marco L | 07/07/2014 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Taconi, Mary Frances | 05/01/2007 | Active | Female | Not Hispanic or Latino White | TRUSTEE |

| | | | | | |
|---|---|---|---|---|---|
| Taddeo, August R. | 09/17/1999 | Terminated | Male | Not Hispanic or Latino White | Firefighter |
| Tarallo, Beth Ann | 05/23/2005 | Active | Female | Not Hispanic or Latino White | Secretary |
| Thull, Scott | 09/11/1995 | Retired | Male | Not Hispanic or Latino White | POLICEMAN |
| Treffens, William P. | 04/01/2003 | Active | Male | Not Hispanic or Latino White | Police Juvenille Officer |
| Tropea, Giuseppe | 03/01/2003 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Tropea, Salvatore | 04/01/2005 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Ude, Timothy | 02/16/2005 | Terminated | Male | Not Hispanic or.Latino White | Firefighter |
| Urso, Frank | 06/01/1999 | Active | Male | Not Hispanic or Latino White | FIRE INSPECTOR |
| Urso, Joseph | 05/08/1995 | Active | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Vaccaro, Dionisio L. | 02/01/2000 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Vandyke, Christopher | 11/07/2002 | Active | Male | Not Hispanic or Latino White | Foreman Sewer/Water |
| Vayda, Gregory S | 08/17/2009 | Active | Male | Not Hispanic or Latino White | INSPECTOR |
| Venute, Rocco | 03/01/1999 | Retired | Male | Not Hispanic or Latino White | POLICEMAN |
| Verde, David J. | 06/01/1999 | Retired | Male | Not Hispanic or Latino White | Firefighter |
| Verde, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Wallace, Earl | 10/01/2014 | Active | Male | Not Hispanic or Latino White | RECORDS CLERK |
| White, Christopher | 07/20/2015 | Terminated | Male | Not Hispanic or Latino White | SPECIAL PROJECTS |
| Wojcik, Ann Marie | 01/04/2013 | Active | Female | Not Hispanic or Latino White . | LIBRARY ASSISTANT |
| Wrosch, James | 06/01/1987 | Active | Male | Not Hispanic or Latino White | Ass't Chief |
| Wrosch, Jason | 06/01/1999 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Wurtz, Vincent A | 06/01/2003 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Young, Jerrid | 04/15/2016 | Terminated | Male | Not Hispanic or Latino White | LIBRARY ASSISTANT |

VMP-JJS 004332

Start Date 01/01/2017
End Date 12/31/2017
Employment Profile - Eff Effective as of 08/07/2020

| Payroll Name | Hire Date | Status | Gender | Ethnicity | Race Description | Job Title Description |
|---|---|---|---|---|---|---|
| Aguirre, Jose A | 05/01/2004 | Active | Male | Hispanic or Latino | | Maintenance |
| Aguirre, Sergio | 05/01/2011 | Active | Male | Hispanic or Latino | | CHAIRMAN |
| Alcala, Raul | 11/21/2005 | Active | Male | Hispanic or Latino | | Maintenance |
| Anguiano, Jaime | 03/10/2008 | Active | Male | Hispanic or Latino | | TRUSTEE |
| Anguiano, Juana | 01/16/2013 | Terminated | Female | Hispanic or Latino | | Youth Commission |
| Anguiano, Lorena | 08/20/2001 | Active | Female | Hispanic or Latino | | CLERK |
| Aponte, Miguel | 03/04/1985 | Retired | Male | Hispanic or Latino | | S&W FOREMAN |
| Arellano, Celia | 01/02/1990- | Active | Female | Hispanic or Latino | | COMMUNICATIONS SUPV. |
| Ayala-Flores, Jynette | 04/18/2016 | Active | Female | Hispanic or Latino | | LIBRARY ASSISTANT |
| Bardusch, Eric | 05/01/2017 | Terminated | Not Specified | Hispanic or Latino | | RiverWoods Security |
| Bucio, Ericka | 03/01/2016 | Terminated | Female | Hispanic or Latino | | INSTRUCTOR |
| Casillas, Hector | 12/12/2016 | Active | Male | Hispanic or Latino | | LABORER |
| Casillas, Sally | 10/17/2016 | Terminated | Female | Hispanic or Latino | | Receptionist |
| Casto, Claudia | 08/01/2015 | Active | Female | Hispanic or Latino | | Plning Zning member |
| Chavez, Fernando | 05/07/2008 | Active | Male | Hispanic or Latino | | Fleet Controller II |
| Chavez, Israel | 07/01/1997 | Active | Male | Hispanic or Latino | | CODE ENFORCE INSP. |
| Cordero-Andrade, Elizabeth | 02/14/2017 | Active | Female | Hispanic or Latino | | Plning Zning member |
| Espinosa, Gil-Vincent | 04/01/2001 | Retired | Male | Hispanic or Latino | | POLICEMAN |
| Figueroa, Anthony | 09/01/2003 | Terminated | Male | Hispanic or Latino | | Firefighter |
| Figueroa, George | 06/16/2014 | Active | Male | Hispanic or Latino | | Security Special Projects |
| Flores III, Luis A | 10/01/2012 | Active | Male | Hispanic or Latino | | Police Tactical |
| Flores, Santos | 06/22/2005 | Active | Male | Hispanic or Latino | | Foreman Sewer/Water |
| Garcia Gomez, Natalia | 02/02/2017 | Terminated | Female | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Godinez, Epigmenio | 05/23/2016 | Active | Male | Hispanic or Latino | | Maintenance |
| Gonzalez, George | 10/01/2017 | Active | Male | Hispanic or Latino | | Security Special Projects |
| Gutierrez, Eric | 09/01/2015 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Gutierrez, Leticia A | 09/02/2014 | Terminated | Female | Hispanic or Latino | | HISPANIC COMMUNICATION DIREC |
| Gutierrez, Rocky | 05/01/2012 | Active | Male | Hispanic or Latino | | Firefighter |
| Guzman, Eddie | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICE LIEUTENANT |
| Guzman, Juan F | 04/05/2007 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Juan, Jeffrey O. | 10/01/1999 | Terminated | Male | Hispanic or Latino | | POLICEMAN |
| Lomeli, Leticia | 06/01/2001 | Leave | Female | Hispanic or Latino | | POLICE DETECTIVE |
| Lomeli, Ruben | 07/11/2016 | Active | Male | Hispanic or Latino | | CLERK |
| Lorenzo III, Sebastian | 06/07/2017 | Terminated | Male | Hispanic or Latino | | POLICEMAN |
| Lozano, Everardo B | 04/17/2006 | Active | Male | Hispanic or Latino | | Intern |
| Macias, Jesse | 02/01/2013 | Active | Male | Hispanic or Latino | | Forman Landscaping |
| Macias, Judith De La Mora | 05/16/2013 | Active | Female | Hispanic or Latino | | Asst. Chamber of Commerce |
| Migliore, Vito | 10/01/1999 | Active | Male | Hispanic or Latino | | DIR HISPANIC BUS DEV & HIS SENI |
| Montes, Gandofa | 01/26/1987 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Montoya, Mario | 02/15/2000 | Active | Male | Hispanic or Latino | | CROSSING GUARD |
| Montoya, Pedro | 07/07/2014 | Active | Male | Hispanic or Latino | | YOUTH BRD. MEMBER |
| Mota, Arturo | 05/01/2003 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Mota, Nora | 10/24/2013 | Active | Female | Hispanic or Latino | | TRUSTEE |
| Mota, Vivian M | 09/02/2014 | Terminated | Female | Hispanic or Latino | | LIBRARY ASSISTANT |
| Negron, Phillip | 04/01/2003 | Active | Male | Hispanic or Latino | | LIBRARY PAGE |
| Nicosia, Elisa | 05/20/2013 | Active | Female | Hispanic or Latino | | CSO OFFICER |
| Ojeda, Blanca | 09/10/2016 | Active | Female | Hispanic or Latino | | Teacher-CID |
| Orona, Vito | 07/08/2011 | Terminated | Male | Hispanic or Latino | | Security Special Projects |
| Orozco, Eric | 07/20/2015 | Terminated | Male | Hispanic or Latino | | POLICEMAN |

2011 - 310 total
8 - African Amer.

VMP-JJS 004333

| | | | | | |
|---|---|---|---|---|---|
| Orozco, Gloria I | 05/01/2014 | Active | Female | Hispanic or Latino | Operator front desk |
| Orozco, Stephanie | 07/05/2016 | Terminated | Female | Hispanic or Latino | CUSTOMER SERVICE OFFICER |
| Ortega, Rigoberto | 09/18/2000 | Active | Male | Hispanic or Latino | Machine Operator |
| Ortiz, Jessica | 07/07/2014 | Active | Female | Hispanic or Latino | POLICE WOMAN |
| Pacheco, Jose | 06/12/2017 | Terminated | Male | | SUMMER STREET DEPT. |
| Perez, Lizet R | 06/06/2005 | Active | Female | Hispanic or Latino | ASS'T SUPERVISOR |
| Pocica, John | 01/24/2017 | Terminated | Male | | RiverWoods Security |
| Raflores, Vanessa A | 05/01/2014 | Active | Female | Hispanic or Latino | Plning Zning member |
| Recinos, Michael | 04/07/1997 | Retired | Male | Hispanic or Latino | POLICEMAN |
| Reyes, Jose L | 04/02/2007 | Active | Male | Hispanic or Latino | LABORER |
| Rodriguez, Alfonso | 04/01/2001 | Active | Male | Hispanic or Latino | Sergeant |
| Rodriguez, Alyana | 09/01/2016 | Active | Female | Hispanic or Latino | CLERK |
| Rodriguez, Bernardino | 09/18/2000 | Active | Male | Hispanic or Latino | LABORER |
| Rodriguez, Raul | 07/01/1999 | Active | Male | Hispanic or Latino | Administrative Division Commander |
| Rojas, Carlos E | 06/01/2006 | Active | Male | Hispanic or Latino | HISPANIC COMMUNICATION DIREC |
| Rojas, Feliciano | 03/16/2008 | Retired | Male | Hispanic or Latino | Maintenance |
| Ruiz, Yesinia | 11/24/2014 | Terminated | Female | Hispanic or Latino | LIBRARY CIRC. CLERK |
| Salgaldo, Juan | 11/03/2015 | Terminated | Male | Hispanic or Latino | CUSTOMER SERVICE OFFICER |
| Sanchez, Cid | 05/31/2006 | Active | Male | Hispanic or Latino | INSPECTOR |
| Sanchez, Daniel A | 04/23/2016 | Terminated | Male | Hispanic or Latino | CUSTOMER SERVICE OFFICER |
| Sanchez, Jessica | 07/17/2013 | Active | Female | Hispanic or Latino | Camp Fun |
| Simental, Leticia | 03/25/2015 | Active | Female | Hispanic or Latino | CROSSING GUARD |
| Soto, Juan C | 04/06/2010 | Terminated | Male | Hispanic or Latino | LABORER |
| Tapia, Carmen | 06/09/1997 | Active | Female | Hispanic or Latino | YOUTH BRD. MEMBER |
| Tejeda, Jesus Jr. | 04/01/2005 | Active | Male | Hispanic or Latino | POLICEMAN |
| Terrones, Josh | 06/09/2003 | Active | Male | Hispanic or Latino | LABORER |
| Terrones, Marlene | 05/19/1998 | Active | Female | Hispanic or Latino | DEPUTY REGISTRAR |
| Trujillo, Veronica | 01/05/2006 | Active | Female | Hispanic or Latino | Circulation assistant |
| Urrutia, Eliza | 03/19/2001 | Active | Female | Hispanic or Latino | RECORDS CLERK |
| Vargas, Isidro | 06/23/2003 | Active | Male | Hispanic or Latino | Assistant Superintendant |
| Vargas, Martha P. | 06/15/1999 | Active | Female | Hispanic or Latino | CLERK |
| Vazquez, Rosita | 12/27/2001 | Active | Female | Hispanic or Latino | WATER BILL CLERK |
| Velasquez, Orlando | 06/03/2013 | Terminated | Male | Hispanic or Latino | INSPECTOR |
| Velasquez, Jose | 07/07/2014 | Active | Male | Hispanic or Latino | POLICE DETECTIVE |
| Villanueva, Jose | 06/09/1997 | Active | Male | Hispanic or Latino | Foreman Street |
| Villegas, Luis | 10/16/1989 | Active | Male | Hispanic or Latino | S&W FOREMAN |
| Fogg, Chane | 04/01/2005 | Active | Male | Not Hispanic or Latino Asian | POLICEMAN |
| Baker, Wilma J | 08/22/2008 | Active | Female | Not Hispanic or Latino Black or African American | CROSSING GUARD |
| Gregory, Julia M | 04/19/2007 | Active | Female | Not Hispanic or Latino Black or African American | Ass't Reference |
| Hart, Cynthia L | 11/09/2004 | Terminated | Female | Not Hispanic or Latino Black or African American | CROSSING GUARD |
| Lavalais, Kyll | 06/01/1992 | Retired | Male | Not Hispanic or Latino Black or African American | POLICE LIEUTENANT |
| Portee Jr., Cecil | 10/09/1989 | Active | Male | Not Hispanic or Latino Black or African American | STREET DRIVER LABOR |
| Walls, Alisha | 08/19/2014 | Terminated | Female | Not Hispanic or Latino Black or African American | LIBRARY PAGE |
| Williams, Angela D. | 08/11/1997 | Terminated | Female | Not Hispanic or Latino Black or African American | DESK OFFICER |
| Williams, Carl | 09/16/2008 | Active | Male | Not Hispanic or Latino Black or African American | AUXILIARY POLICE |
| Boonma, Burton | 09/16/2017 | Active | Male | Not Hispanic or Latino Native Hawaiian or Other I | Firefighter |
| Alsouri, Ibrahim | 10/07/2016 | Terminated | Male | Not Hispanic or Latino Two or more races | CROSSING GUARD |
| Islami, Florim | 09/15/1995 | Active | Male | Not Hispanic or Latino Two or more races | FIRE CAPTAIN |
| Valenta, Andjelko | 02/01/2017 | Terminated | Male | Not Hispanic or Latino Two or more races | RiverWoods Security |
| Abello, Carmelo | 01/11/1993 | Terminated | Male | Not Hispanic or Latino White | Lead Utility Locator |
| Abruzzo, Anthony | 05/01/2009 | Active | Male | Not Hispanic or Latino White | TRUSTEE |
| Adams, Daniel J. | 05/01/2001 | Active | Male | Not Hispanic or Latino White | Building Inspector |
| Alardo, Aaron | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Alfano, Maria | 12/06/1982 | Retired | Female | Not Hispanic or Latino White | CROSSING GUARD |

| Name | Date | Status | Gender | Ethnicity | Position |
|---|---|---|---|---|---|
| Aliasi, Gilso | 01/16/2003 | Active | Male | Not Hispanic or Latino White | LABORER |
| Amabile, John | 09/01/1999 | Terminated | Male | Not Hispanic or Latino White | CODE ENFORCE INSP. |
| Amabile, John Joseph | 06/01/2015 | Active | Male | Not Hispanic or Latino White | Police Tactical |
| Andersen, Eric | 08/01/2006 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Anzaldi, Robert S | 10/01/2013 | Active | Male | Not Hispanic or Latino White | POLICE DETECTIVE |
| Barone, Anthony M. | 02/01/2000 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Barone, Michael | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Barone, Nello | 04/07/1997 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Bartemio, Leonard J. | 04/01/2003 | Active | Male | Not Hispanic or Latino White | Police Tactical |
| Battaglia, Richard | 05/01/2001 | Terminated | Male | Not Hispanic or Latino White | Ass't Dir Community Development |
| Battisto, John | 10/05/1982 | Retired | Male | Not Hispanic or Latino White | S&W DRIVER LABORER |
| Beltrame, Michael | 06/01/1999 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Beltrame, Richard | 06/01/1981 | Active | Male | Not Hispanic or Latino White | FIRE DEPT. CHIEF |
| Bianchi, William | 03/17/2011 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Bianco, Kimberly | 03/10/2014 | Terminated | Female | Not Hispanic or Latino White | LIBRARY PAGE |
| Blumberg, Steve | 03/13/1987 | Retired | Male | Not Hispanic or Latino White | S&W LABORER |
| Bond, Shawn R. | 09/01/2001 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Brandon, Charles | 03/01/2013 | Active | Male | Not Hispanic or Latino White | Security Special Projects |
| Cacciatore, Eugene J. | 07/07/1997 | Active | Male | Not Hispanic or Latino White | POLICE SERGEANT |
| Caira, Peter | 12/01/2016 | Active | Male | Not Hispanic or Latino White | Special Assistant to Police Chief |
| Calabria, Robert | 05/01/1989 | Active | Male | Not Hispanic or Latino White | Computer Technician |
| Camaci, Giovanni | 01/18/2016 | Active | Male | Not Hispanic or Latino White | LABORER |
| Campanelli, Frank J | 02/16/2005 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Campanelli, William | 03/01/1993 | Active | Male | Not Hispanic or Latino White | Ass't Chief |
| Campo, Marco | 07/01/2012 | Active | Male | Not Hispanic or Latino White | RiverWoods Security |
| Capece, Francesco | 12/05/2016 | Active | Male | Not Hispanic or Latino White | LABORER |
| Cappello III, Joseph | 12/11/2016 | Deceased | Male | Not Hispanic or Latino White | AUXILIARY POLICE |
| Capra, Carl J | 06/01/2003 | Active | Male | Not Hispanic or Latino White | CODE ENFORCE INSP. |
| Caputo, Michael A. | 06/01/1997 | Active | Male | Not Hispanic or Latino White | CHAIRMAN |
| Carey, Brian W | 09/01/2003 | Active | Male | Not Hispanic or Latino White | PROSECUTOR |
| Carpanzano, Frank A | 06/02/2008 | Active | Male | Not Hispanic or Latino White | LABORER |
| Carpanzano, Michael | 01/16/1992 | Active | Male | Not Hispanic or Latino White | S&W SUPERTINTEND |
| Carpanzano, Michael S | 06/06/2016 | Terminated | Male | Not Hispanic or Latino White | SUMMER HELP |
| Carparelli, Dominic Joseph | 06/02/2014 | Terminated | Male | Not Hispanic or Latino White | SUMMER STREET DEPT. |
| Casale, Robert | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Castellan, Giovanni | 07/11/2016 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Castellan, Michael A. | 07/15/1983 | Active | Male | Not Hispanic or Latino White | Dir of Licensing and Enforcement |
| Cernauske, James | 06/15/1974 | Active | Male | Not Hispanic or Latino White | Safety Director |
| Cernauske, Jason E | 02/16/2005 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Cervone Jr, John | 03/16/2011 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Cervone, John G. | 05/01/2001 | Active | Male | Not Hispanic or Latino White | Plning Zning member |
| Cesarini, Angelo | 09/17/1999 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Chiappetta, Sam J. | 04/01/2003 | Active | Male | Not Hispanic or Latino White | Police Tactical Lieutenant |
| Ciancio, Rosalba | 05/02/2010 | Active | Female | Not Hispanic or Latino White | LIBRARY PAGE |
| Ciancio, Rose | 01/06/2016 | Active | Female | Not Hispanic or Latino White | LIBRARY CIRC. CLERK |
| Ciancio, Sam | 02/01/2000 | Active | Male | Not Hispanic or Latino White | FIRE CAPTAIN |
| Cimino, Anthony | 06/01/2015 | Leave | Male | Not Hispanic or Latino White | PURCHASING DIRECTOR |
| Coco, Edward L. | 06/09/1997 | Active | Male | Not Hispanic or Latino White | Spec Ass't to Mayor |
| Coduti, James J | 07/24/2017 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Coduti, James J | 07/24/2017 | Terminated | Male | Not Hispanic or Latino White | AUXILIARY POLICE |
| Cushion, Lawrence A | 02/22/2016 | Active | Male | Not Hispanic or Latino White | Maintenance |
| Cusumano, Charles F | 06/26/2006 | Terminated | Male | Not Hispanic or Latino White | Maintenance |
| Dalitto, Richie R | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Damico, Lisa | 04/01/2012 | Active | Female | Not Hispanic or Latino White | PROSECUTOR |

| | | | | | |
|---|---|---|---|---|---|
| Damron, Vaughn S. | 04/05/2007 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Datoli, Angelo | 09/01/2015 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Decarlo Jr, Michael D | 04/01/2005 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| DeCarlo, Anthony | 01/19/2016 | Active | Male | Not Hispanic or Latino White | Firefighter |
| DeCarlo, Joseph | 06/20/2016 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Dejulius, Alex | 01/01/2012 | Deceased | Male | Not Hispanic or Latino White | COMMUNITY JOBS LIAISON |
| Delpercio, James P. | 02/15/2001 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Demaria, James A. | 05/22/2006 | Active | Male | Not Hispanic or Latino White | MINI-BUS DRIVER |
| Devita, Michael | 09/18/2000 | Active | Male | Not Hispanic or Latino White | LABORER |
| Di Fazio, Peggy | 05/27/1997 | Active | Female | Not Hispanic or Latino White | DIR. SPEC. EVENTS |
| Di Fazio, Victor | 08/11/1997 | Terminated | Male | Not Hispanic or Latino White | RiverWoods Security |
| Difazio, Dominic L | 06/01/2003 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Digenova, Vincenzo | 02/01/2007 | Retired | Male | Not Hispanic or Latino White | RiverWoods Security |
| Dimaio, Dino B. | 08/10/1987 | Active | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Dindia, Frank Anthony | 05/22/2008 | Active | Male | Not Hispanic or Latino White | LABORER |
| Dindia, Patricia A. | 03/02/1998 | Active | Female | Not Hispanic or Latino White | SECRETARY TO THE MAYOR |
| Dindia, Salvatore N | 10/02/2009 | Active | Male | Not Hispanic or Latino White | RiverWoods Security |
| Dollar, Alyssa | 07/11/2016 | Terminated | Female | Not Hispanic or Latino White | POLICE WOMAN |
| Dote, Carl R | 12/01/2012 | Active | Male | Not Hispanic or Latino White | DESK |
| Egizio, Angelo B. | 05/01/2007 | Active | Male | Not Hispanic or Latino White | LABORER |
| Eleuteri, Michael | 10/01/1996 | Active | Male | Not Hispanic or Latino White | MINI-BUS DRIVER |
| Eleuteri, Peter | 06/01/1996 | Active | Male | Not Hispanic or Latino White | COORDINATOR ECONOMIC DEVE |
| Esposito, Pasquale | 06/01/1997 | Active | Male | Not Hispanic or Latino White | Secretary |
| Farmer, Darrell | 08/02/1999 | Active | Male | Not Hispanic or Latino White | AUXILIARY POLICE |
| Fatta, Louis V | 07/01/2014 | Active | Male | Not Hispanic or Latino White | Director of Security |
| Felske, Linda Carol | 08/19/2009 | Active | Female | Not Hispanic or Latino White | LIBRARY ASSISTANT |
| Ferolo, George D. | 09/14/2002 | Active | Male | Not Hispanic or Latino White | AUXILIARY POLICE |
| Fioccola, Pasquale | 02/23/2004 | Terminated | Male | Not Hispanic or Latino White | Firefighter |
| Fiore, Nicholas | 09/16/2017 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Flanagan, Margaret M | 08/18/2005 | Active | Female | Not Hispanic or Latino White | DIRECTOR LIBRARY |
| Frey, Michael | 07/01/1979 | Active | Male | Not Hispanic or Latino White | Driver/Laborer |
| Frulla, Richard | 09/16/2017 | Active | Female | Not Hispanic or Latino White | RiverWoods Security |
| Gibbs, Andrew | 08/15/2016 | Active | Male | Not Hispanic or Latino White | MIS TECH SUPPORT |
| Gibson, Adam G | 04/01/2005 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Giglio, Frank A | 06/15/2006 | Terminated | Male | Not Hispanic or Latino White | RiverWoods Security |
| Giglio, Frank G | 06/16/2008 | Active | Male | Not Hispanic or Latino White | RiverWoods Security |
| Giovenco, James | 08/01/2013 | Active | Male | Not Hispanic or Latino White | Maintenance |
| Giuffre, John | 06/01/1987 | Retired | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Graziani, Lido A. | 07/01/1999 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Greco, Anthony G. | 03/01/1999 | Active | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Green, Nicholas G | 01/04/2013 | Active | Male | Not Hispanic or Latino White | LIBRARY PAGE |
| Greifelt, Kenneth | 03/01/1993 | Active | Male | Not Hispanic or Latino White | FIRE CAPTAIN |
| Gucciardo, David | 04/07/1997 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Guzzo, Frank | 09/23/2002 | Active | Male | Not Hispanic or Latino White | Pining Zning member |
| Gvist, Brian | 07/07/1997 | Retired | Male | Not Hispanic or Latino White | Police Investigator |
| Harty, Mark | 03/01/2002 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Hilgenberg, David | 07/07/1997 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Humpf, Stephen F | 06/01/2007 | Active | Male | Not Hispanic or Latino White | Foreman Street |
| Hutchinson, Alvin G | 10/20/2012 | Terminated | Male | Not Hispanic or Latino White | Operator front desk |
| Iannelli, Anthony | 11/10/2014 | Active | Male | Not Hispanic or Latino White | Maintenance |
| Iannelli, Armando | 03/10/2003 | Active | Male | Not Hispanic or Latino White | SUPT. MECH/ELEC |
| Iannelli, Sabato | 08/01/2002 | Active | Male | Not Hispanic or Latino White | MECHANIC |
| Iannelli, Sabino | 04/16/2015 | Active | Male | Not Hispanic or Latino White | LABORER |
| Iosco, Denise | 08/01/1997 | Active | Female | Not Hispanic or Latino White | TREASURER |

| Name | Date | Status | Gender | Race | Title |
|---|---|---|---|---|---|
| Jarecki, Brian | 04/01/2001 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Julian, Mary | 04/24/2006 | Retired | Female | Not Hispanic or Latino White | SPECIAL PROJECTS |
| Kalnicky, Charles | 05/05/2001 | Retired | Male | Not Hispanic or Latino White | LABORER |
| Karabatsos, Elaine | 05/01/2001 | Terminated | Female | Not Hispanic or Latino White | TRIP COORDINATOR |
| Karabatsos, James | 09/15/1995 | Active | Male | Not Hispanic or Latino White | FIRE CAPTAIN |
| Kay, Michael | 05/19/2016 | Active | Male | Not Hispanic or Latino White | Security Special Projects |
| Klugger, Kathy | 07/07/1997 | Retired | Female | Not Hispanic or Latino White | CLERK |
| Klugger, Nick M. | 05/01/2002 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Klugger, Richard W. | 05/01/2005 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Kohut, Robert W | 10/12/2008 | Active | Male | Not Hispanic or Latino White | RiverWoods Security |
| Korsch, Chris W | 01/09/2006 | Active | Male | Not Hispanic or Latino White | Not Hispanic or Latino White |
| Krawczyk, Ashlee | 12/05/2011 | Terminated | Female | Not Hispanic or Latino White | POLICE SERGEANT |
| Kreft, Barbara | 08/04/2000 | Retired | Female | Not Hispanic or Latino White | LIBRARY PAGE |
| Laglola, Michael | 09/23/2002 | Active | Male | Not Hispanic or Latino White | PURCHASING DIRECTOR |
| LaGlola, Sandra F | 11/17/2014 | Active | Female | Not Hispanic or Latino White | ASST. SUPT. S&W |
| LaGlola, Vincent Anthony | 06/02/2014 | Active | Male | Not Hispanic or Latino White | ACCTS. PAYABLE CLRK |
| Laino, Jolette | 03/01/1995 | Active | Female | Not Hispanic or Latino White | LABORER |
| LaMontagna, Pat | 05/01/2014 | Active | Male | Not Hispanic or Latino White | SECRETARY TO POLICE CHIEF |
| Lascola, Orlando | 04/07/1997 | Active | Male | Not Hispanic or Latino White | Maintenance |
| LeGal, Guy | 04/01/2014 | Active | Male | Not Hispanic or Latino White | Police Juvenile Officer |
| Leverenz, Ted | 12/01/2007 | Deceased | Male | Not Hispanic or Latino White | Water Shed |
| Lichter, Michael | 05/08/1995 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Locothan, Joseph A | 12/14/2008 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Lorenzo Jr, Sebastian | 08/28/2007 | Active | Male | Not Hispanic or Latino White | CUSTOMER SERVICE OFFICER |
| Lorenzo, Sebastian | 04/01/2000 | Active | Male | Not Hispanic or Latino White | AUXILIARY POLICE |
| Loresch, Anthony J | 02/23/2004 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Lozano, Betheel | 06/06/2016 | Terminated | Female | Not Hispanic or Latino White | Firefighter |
| Lullo, John P | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Camp Fun |
| Macino, Vito | 11/01/1987 | Retired | Male | Not Hispanic or Latino White | Firefighter |
| Malello Glueckdich, Cynthia | 11/24/1986 | Terminated | Female | Not Hispanic or Latino White | Firefighter |
| Malello, Nunzio | 03/01/1993 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Manzo, Genaro | 07/07/1997 | Active | Male | Not Hispanic or Latino White | DIRECTOR LIBRARY |
| Manzo, Rosanna | 06/08/2015 | Terminated | Female | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Marchetti, Michael | 05/21/2015 | Active | Male | Not Hispanic or Latino White | POLICE DETECTIVE |
| Marella, Nancy | 02/15/1980 | Active | Female | Not Hispanic or Latino White | Camp Fun |
| Marella, Peter | 03/01/1993 | Active | Male | Not Hispanic or Latino White | HEALTH INSPECTOR |
| Mariani, Roger | 09/15/1995 | Retired | Male | Not Hispanic or Latino White | SECRETARY BLDG CMSR |
| Marinte, Gary M | 08/09/2003 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Matarrese, Frank | 12/01/1999 | Active | Male | Not Hispanic or Latino White | DIR OF PUBLIC WORKS |
| McMillan, Jennifer L | 01/26/2005 | Terminated | Female | Not Hispanic or Latino White | Youth Supervisor |
| Mendascino, John A | 10/01/2012 | Active | Male | Not Hispanic or Latino White | Dial-A-Ride Operator |
| Mentone, Ronald J | 05/16/2013 | Active | Male | Not Hispanic or Latino White | ASST PROSECUTOR |
| Misasi, Frank E | 01/02/2013 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Modugno, John | 05/01/2001 | Active | Male | Not Hispanic or Latino White | MIN-BUS DRIVER |
| Morella, Steven | 03/01/1993 | Active | Male | Not Hispanic or Latino White | YOUTH BRD. MEMBER |
| Moss, Devon T | 04/01/2005 | Active | Male | Not Hispanic or Latino White | Asst Chief |
| Murphy, Frank J | 03/01/2014 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Napier Jr, Arthur | 08/28/2013 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Nardiello, Diana M. | 11/01/2012 | Active | Female | Not Hispanic or Latino White | POLICEMAN |
| Nardiello, Frank | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Security Special Projects |
| Nardiello, Theresa | 06/18/2007 | Active | Female | Not Hispanic or Latino White | Security Special Projects |
| Natale, Dennis | 03/16/2008 | Active | Male | Not Hispanic or Latino White | Sr. Accounts Payable Clerk |
| Nicholas, Vincent | 01/23/2016 | Terminated | Male | Not Hispanic or Latino White | YOUTH COMM. SUPV. |
| Nicotera, Louis | 10/01/2016 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| | | | | | RiverWoods Security |
| | | | | | TRUSTEE |

VMP-JJS 004337

| Name | Date | Status | Sex | Ethnicity | Title |
|------|------|--------|-----|-----------|-------|
| Nocita, Frank S. | 12/13/2002 | Terminated | Male | Not Hispanic or Latino White | Railroad Safety Offi |
| Nocita, Phillip J. | 10/01/1998 | Active | Male | Not Hispanic or Latino White | CODE ENFORCE INSP. |
| Nocita, Phillip P | 04/05/2007 | Active | Male | Not Hispanic or Latino White | Sergeant |
| Nowicki, James | 05/01/1987 | Retired | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Olson, Douglas | 09/01/1977 | Active | Male | Not Hispanic or Latino White | Director fo Strategic Initiatives BusDe |
| Olson, Thomas | 10/25/1977 | Active | Male | Not Hispanic or Latino White | YOUTH COMM. SUPV. |
| Otmaskin, Mark | 03/16/2011 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Padula, Joseph | 11/01/1987 | Retired | Male | Not Hispanic or Latino White | FIRE CAPTAIN |
| Palermo, Francesco | 09/16/2007 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Palermo, Mario | 10/01/2004 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Panico III, Louis | 04/01/2007 | Terminated | Male | Not Hispanic or Latino White | COMPTROLLER |
| Panico, Joseph | 12/01/2011 | Active | Male | Not Hispanic or Latino White | LIBRARY ASSISTANT |
| Panuncialman, Nicholas | 06/10/2013 | Active | Male | Not Hispanic or Latino White | SUMMER STREET DEPT. |
| Panzani, Joseph | 01/05/2015 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Paolantonio, John J | 05/01/2003 | Active | Male | Not Hispanic or Latino White | Maintenance |
| Paolantonio, Mary Ann | 05/01/1997 | Active | Female | Not Hispanic or Latino White | Village Clerk |
| Passarella III, John | 03/06/2017 | Terminated | Male | Not Hispanic or Latino White | Landscaping Laborer |
| Pesce, Steve | 01/09/2006 | Active | Male | Not Hispanic or Latino White | Police Tactical SGT |
| Piemonte, Christine | 11/03/2014 | Active | Female | Not Hispanic or Latino White | Director of Human Resources |
| Piemonte, Kathleen M | 10/08/2012 | Terminated | Female | Not Hispanic or Latino White | LIBRARY ASSISTANT |
| Pieranunzi, Frank | 05/16/2015 | Active | Male | Not Hispanic or Latino White | SPECIAL PROJECTS |
| Pilati, Dominic R. | 03/01/2003 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Pitassi, Sam | 07/01/1974 | Active | Male | Not Hispanic or Latino White | POLICE DEPT. CHIEF |
| Pitassi, Sam J | 10/01/2012 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Pones Jr., Anthony | 11/15/1974 | Leave | Male | Not Hispanic or Latino White | INSPECTOR |
| Pope, Frank | 08/11/1997 | Active | Male | Not Hispanic or Latino White | PL To Brd Trustees |
| Pope, Frank John | 06/01/2009 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Posner, Justin | 08/01/2014 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Potamianos, William G. | 04/01/2005 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Powers, Donna M | 08/01/2008 | Active | Female | Not Hispanic or Latino White | Asst. Deputy Director |
| Pretzie, Rocco | 04/01/2005 | Retired | Male | Not Hispanic or Latino White | POLICEMAN |
| Prignano, Anthony C | 11/16/2004 | Terminated | Male | Not Hispanic or Latino White | LIBRARY MAINTENANCE |
| Prignano, Anthony J. | 08/01/2002 | Active | Male | Not Hispanic or Latino White | TRUSTEE |
| Principe, James G. | 08/25/1997 | Terminated | Male | Not Hispanic or Latino White | IT Director |
| Provenzano, James | 04/01/1996 | Retired | Male | Not Hispanic or Latino White | STREET SUPERINTEND. |
| Puccio, Thomas | 03/18/2017 | Terminated | Male | Not Hispanic or Latino White | Security Special Projects |
| Pulkownik, Pete | 05/01/2012 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Raffaelli, Anthony | 06/01/1999 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Raffaelli, Claudia | 03/02/2009 | Active | Female | Not Hispanic or Latino White | CODE ENFORCEMENT SEC |
| Ranieri, Barbara | 05/01/1993 | Terminated | Female | Not Hispanic or Latino White | CODE ENFORCEMENT SEC |
| Ranieri, Luigi B | 05/01/2007 | Active | Male | Not Hispanic or Latino White | Fleet Controller I |
| Rauzi, Mark J | 08/25/2009 | Active | Male | Not Hispanic or Latino White | FIRE POLICE COMMISSIONER |
| Ricciardi, Dante | 09/06/2014 | Terminated | Male | Not Hispanic or Latino White | RiverWoods Security |
| Rich, Bill | 04/04/1987 | Active | Male | Not Hispanic or Latino White | CIVIC CENTER MAINT. |
| Richter, Daniel | 02/01/2008 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Rieger, Mark | 07/07/1997 | Active | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Rinella, Charles | 04/07/1997 | Terminated | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Rogowski, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino White | PD Deputy Chief |
| Rosa, Joseph P | 02/03/2005 | Active | Male | Not Hispanic or Latino White | Operator Senior Building |
| Sabatino, Anthony | 07/01/2003 | Active | Male | Not Hispanic or Latino White | INSPECTOR |
| Saether, Terry N | 05/01/2012 | Active | Male | Not Hispanic or Latino White | LABORER |
| Sansone, Dominique | 06/17/2013 | Active | Female | Not Hispanic or Latino White | LIBRARY CIRC. CLERK |
| Sansone, James | 04/02/2007 | Terminated | Male | Not Hispanic or Latino White | PLUMBING INSPECTOR |
| Sarni, Wesley | 07/07/2014 | Active | Male | Not Hispanic or Latino White | POLICEMAN |

| | | | | | |
|---|---|---|---|---|---|
| Sartore, Ralph | 08/11/1997 | Terminated | Male | Not Hispanic or Latino White | Combined Plan/Zoning |
| Savaglio, Denise | 06/06/2005 | Terminated | Female | Not Hispanic or Latino White | Circulation Tech |
| Saviozzi, Stefano | 03/01/2002 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Scanio, Salvatore | 09/15/1995 | Retired | Male | Not Hispanic or Latino White | Ass't Chief |
| Scarpelli, Giuseppe A | 07/01/2013 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Scatchell, John A | 01/07/2013 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Schiller, James | 07/11/2016 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Schillinger, John E. | 03/01/1999 | Active | Male | Not Hispanic or Latino White | POLICE SERGEANT |
| Schwartz, Philip | 10/15/1992 | Active | Male | Not Hispanic or Latino White | DIRECTOR ESPS |
| Schwartz, Stephanie | 06/01/1991 | Active | Female | Not Hispanic or Latino White | ADMINISTRATION ESPS |
| Scudiero, Aldo | 04/16/2011 | Terminated | Male | Not Hispanic or Latino White | POLICEMAN |
| Scudiero, Alex A | 01/21/2004 | Active | Male | Not Hispanic or Latino White | POLICE DEPT MIS MANAGER |
| Scudiero, Anthony | 05/01/2005 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Scudiero, Frank | 09/15/1995 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Scudiero, Michael J. | 04/01/2003 | Active | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Sepe, Frank M | 02/01/2007 | Active | Male | Not Hispanic or Latino White | CODE ENFORCE INSP. |
| Serpico, Dina | 09/26/2016 | Active | Female | Not Hispanic or Latino White | Human Resources Assistant |
| Serpico, Michael V. | 03/01/2003 | Active | Male | Not Hispanic or Latino White | FIRE INSPECTOR |
| Serpico, Raffaele J | 06/16/2016 | Terminated | Male | Not Hispanic or Latino White | SUMMER HELP |
| Serpico, Ralph J | 01/06/2016 | Active | Male | Not Hispanic or Latino White | Security Special Projects |
| Serpico, Ronald | 05/01/1997 | Active | Male | Not Hispanic or Latino White | MAYOR |
| Serpico, Terry | 10/01/1988 | Active | Male | Not Hispanic or Latino White | Civic Center Manager |
| Severino, Helen | 02/02/2015 | Deceased | Female | Not Hispanic or Latino White | LIBRARY CIRC. CLERK |
| Sgobba, John S. | 06/10/2002 | Active | Male | Not Hispanic or Latino White | LABORER |
| Shankle, Leslie | 03/01/1999 | Active | Female | Not Hispanic or Latino White | POLICE SERGEANT |
| Shawaluk, Richard W. | 05/01/1998 | Active | Male | Not Hispanic or Latino White | MID METRO TIFF |
| Shute, Thomas | 01/20/2004 | Active | Male | Not Hispanic or Latino White | Operator front desk |
| Sicuro Jr, Michael N. | 04/01/2003 | Active | Male | Not Hispanic or Latino White | Director Community Development |
| Skeens, Vivian | 10/01/2012 | Active | Female | Not Hispanic or Latino White | POLICE WOMAN |
| Sommesi, Danny | 02/21/2014 | Active | Male | Not Hispanic or Latino White | LABORER |
| Sorce, Ralph | 06/01/1989 | Active | Male | Not Hispanic or Latino White | BLDG. COMMISSIONER |
| Spata, Ronald C | 10/01/2014 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Spatafora, Constance | 03/02/2004 | Active | Female | Not Hispanic or Latino White | CLERK |
| Spatafora, Nikole | 10/01/2012 | Active | Female | Not Hispanic or Latino White | POLICE WOMAN |
| Stenberg, Dave A. | 04/16/1998 | Retired | Male | Not Hispanic or Latino White | LABORER |
| Stoner, Erin | 05/16/2016 | Terminated | Female | Not Hispanic or Latino White | LIBRARY ASSISTANT |
| Sullo, Giovanni | 10/01/2012 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Sullo, Marco L | 07/07/2014 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Taconi, Mary Frances | 05/01/2007 | Active | Female | Not Hispanic or Latino White | TRUSTEE |
| Taddeo, August R. | 09/17/1999 | Terminated | Male | Not Hispanic or Latino White | Firefighter |
| Tarallo, Beth Ann | 05/23/2005 | Active | Female | Not Hispanic or Latino White | Secretary |
| Thull, Scott | 09/11/1995 | Retired | Male | Not Hispanic or Latino White | POLICEMAN |
| Treffens, William P. | 04/01/2003 | Active | Male | Not Hispanic or Latino White | Police Juvenile Officer |
| Tropea, Giuseppe | 03/01/2003 | Active | Male | Not Hispanic or Latino White | FIRE LIEUTENANT |
| Tropea, Salvatore | 04/01/2005 | Active | Male | Not Hispanic or Latino White | POLICEMAN |
| Ude, Timothy | 02/16/2005 | Terminated | Male | Not Hispanic or Latino White | Firefighter |
| Urso, Frank | 06/01/1999 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Urso, Joseph | 05/08/1995 | Active | Male | Not Hispanic or Latino White | POLICE LIEUTENANT |
| Vaccaro, Dionisio L. | 02/01/2000 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Vandyke, Christopher | 11/07/2002 | Active | Male | Not Hispanic or Latino White | Foreman Sewer/Water |
| Vayda, Gregory S | 08/17/2009 | Active | Male | Not Hispanic or Latino White | INSPECTOR |
| Venute, Rocco | 03/01/1999 | Retired | Male | Not Hispanic or Latino White | POLICEMAN |
| Verde, David  J. | 06/01/1999 | Retired | Male | Not Hispanic or Latino White | Firefighter |
| Verde, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino White | POLICEMAN |

VMP-JJS 004339

| | | | | | |
|---|---|---|---|---|---|
| Wallace, Earl | 10/01/2014 | Active | Male | Not Hispanic or Latino White | RECORDS CLERK |
| Wojcik, Ann Marie | 01/04/2013 | Active | Female | Not Hispanic or Latino White | LIBRARY ASSISTANT |
| Wrosch, James | 06/01/1987 | Active | Male | Not Hispanic or Latino White | Ass't Chief |
| Wrosch, Jason | 06/01/1999 | Active | Male | Not Hispanic or Latino White | Firefighter |
| Wurtz, Vincent A | 06/01/2003 | Active | Male | Not Hispanic or Latino White | Firefighter |

VMP-JJS 004340

*(handwritten)* 2018: 58 Total
7 African Amer

| | | | | | | |
|---|---|---|---|---|---|---|
| Start Date | 01/01/2018 | | | | | |
| End Date | 12/31/2018 | | | | | |
| Employment Profile - | Effective as of 08/07/2020 | | | | | |
| Payroll Name | Hire Date | Status | Gender | Ethnicity | Race Description | Job Title Description |
| Anguiano, Jaime | 03/10/2008 | Active | Male | Hispanic or Latino | | TRUSTEE |
| Mota, Arturo | 05/01/2003 | Active | Male | Hispanic or Latino | | TRUSTEE |
| Anguiano, Jaime | 03/10/2008 | Active | Male | Hispanic or Latino | | PERSONNEL COMMITTEE |
| Mota, Arturo | 05/01/2003 | Active | Male | Hispanic or Latino | | PERSONNEL COMMITTEE |
| Chavez, Israel | 07/01/1997 | Active | Male | Hispanic or Latino | | CODE ENFORCE INSP. |
| Sanchez, Cid | 05/31/2006 | Active | Male | Hispanic or Latino | | INSPECTOR |
| Vargas, Martha P. | 06/15/1999 | Active | Female | Hispanic or Latino | | CLERK |
| Casillas, Hector | 12/12/2016 | Active | Male | Hispanic or Latino | | LABORER |
| Terrones, Josh | 06/09/2003 | Active | Male | Hispanic or Latino | | LABORER |
| Vargas, Isidro | 06/23/2003 | Active | Male | Hispanic or Latino | | Assistant Superintendant |
| Anguiano, Jaime | 03/10/2008 | Active | Male | Hispanic or Latino | | LIAISON YOUTH COMMISSION |
| Mota, Arturo | 05/01/2003 | Active | Male | Hispanic or Latino | | PERSONNEL COMMITTEE |
| Aguirre, Sergio | 05/01/2011 | Active | Male | Hispanic or Latino | | CHAIRMAN |
| Castro, Claudia | 08/01/2015 | Terminated | Female | Hispanic or Latino | | Plning Zning member |
| Cordero-Andrade, Elizabeth | 02/14/2017 | Active | Female | Hispanic or Latino | | Plning Zning member |
| Raflores, Vanessa A | 05/01/2014 | Active | Female | Hispanic or Latino | | Plning Zning member |
| Lomeli, Leticia | 06/01/2001 | Leave | Female | Hispanic or Latino | | CLERK |
| Macias, Jesse | 02/01/2013 | Active | Male | Hispanic or Latino | | Asst. Chamber of Commerce |
| Rojas, Carlos E | 06/01/2006 | Active | Male | Hispanic or Latino | | HISPANIC COMMUNICATION DIREC |
| Soto, Jessica | 03/16/2018 | Active | Female | Hispanic or Latino | | CLERK |
| Terrones, Marlene | 05/19/1998 | Active | Female | Hispanic or Latino | | DEPUTY REGISTRAR |
| Montoya, Mario | 02/15/2000 | Active | Male | Hispanic or Latino | | YOUTH BRD. MEMBER |
| Tapia, Carmen | 06/09/1997 | Active | Female | Hispanic or Latino | | YOUTH BRD. MEMBER |
| Sanchez, Jessica | 07/17/2013 | Active | Female | Hispanic or Latino | | Camp Fun |
| Gutierrez, Leticia A | 09/02/2014 | Terminated | Female | Hispanic or Latino | | HISPANIC COMMUNICATION DIREC |
| Macias, Judith De La Mora | 05/16/2013 | Active | Female | Hispanic or Latino | | DIR HISPANIC BUS DEV & HIS SENI |
| Ojeda, Blanca | 09/10/2016 | Terminated | Female | Hispanic or Latino | | Teacher-CID |
| Rojas, Feliciano | 03/16/2008 | Retired | Male | Hispanic or Latino | | Maintenance |
| Flores-III, Luis A | 10/01/2012 | Active | Male | Hispanic or Latino | | Police Tactical |
| Gutierrez, Eric | 06/01/2015 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Guzman, Eddie | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICE LIEUTENANT |
| Guzman, Juan F | 04/05/2007 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Lomeli, Ruben | 07/11/2016 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Migliore, Vito | 10/01/1999 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Montoya, Pedro | 07/07/2014 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Negron, Phillip | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Orozco, Eric | 07/20/2015 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Ortiz, Jessica | 07/07/2014 | Active | Female | Hispanic or Latino | | POLICE WOMAN |
| Recinos, Michael | 04/07/1997 | Retired | Male | Hispanic or Latino | | POLICEMAN |
| Rodriguez, Alfonso | 04/01/2001 | Active | Male | Hispanic or Latino | | Sergeant |
| Rodriguez, Raul | 07/01/1999 | Active | Male | Hispanic or Latino | | Administrative Division Commander |
| Tejeda, Jesus Jr. | 04/01/2005 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Velazquez, Jose | 07/07/2014 | Active | Male | Hispanic or Latino | | POLICE DETECTIVE |
| Montes, Gandolfa | 01/26/1987 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Simental, Leticia | 03/25/2015 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Arellano, Celia | 01/02/1990 | Active | Female | Hispanic or Latino | | COMMUNICATIONS SUPV. |
| Garcia Gomez, Natalia | 02/02/2017 | Terminated | Female | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Nicosia, Elisa | 05/20/2013 | Active | Female | Hispanic or Latino | | CSO OFFICER |
| Orozco, Eric | 07/20/2015 | Terminated | Male | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Rodriguez, Alyana | 09/01/2016 | Active | Female | Hispanic or Latino | | CLERK |

VMP-JJS 004341

| Name | Date | Status | Sex | Ethnicity | Race | Position |
|---|---|---|---|---|---|---|
| Rodriguez, Dolores | 05/15/2018 | Terminated | Female | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Salgaldo, Juan | 11/03/2015 | Terminated | Male | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Sanchez, Daniel A | 04/23/2016 | Terminated | Male | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Solis, Mayra | 10/24/2018 | Terminated | Female | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Valle, Suleima | 08/01/2018 | Active | Female | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Urrutia, Eliza | 03/19/2001 | Active | Female | Hispanic or Latino | | RECORDS CLERK |
| Gutierrez, Rocky | 05/01/2012 | Active | Male | Hispanic or Latino | | Firefighter |
| Mota, Nora | 10/24/2013 | Terminated | Female | Hispanic or Latino | | LIBRARY ASSISTANT |
| Perez, Lizet R | 06/06/2005 | Active | Female | Hispanic or Latino | | ASS'T SUPERVISOR |
| Trujillo, Veronica | 01/05/2006 | Active | Female | Hispanic or Latino | | Circulation assistant |
| Mota, Vivian M | 09/02/2014 | Terminated | Female | Hispanic or Latino | | LIBRARY PAGE |
| Godinez, Epigmenio | 05/23/2016 | Active | Male | Hispanic or Latino | | Maintenance |
| Boy, Ruben | 03/16/2018 | Active | Male | Hispanic or Latino | | Security Special Projects |
| Chavez, Fernando | 05/07/2008 | Active | Male | Hispanic or Latino | | Fleet Controller II |
| Gonzalez, George | 10/01/2017 | Active | Male | Hispanic or Latino | | Security Special Projects |
| Ochoa, Gerardo | 04/02/2018 | Active | Male | Hispanic or Latino | | LABORER |
| Ortega, Rigoberto | 09/18/2000 | Active | Male | Hispanic or Latino | | Machine Operator |
| Reyes, Jose L | 04/02/2007 | Active | Male | Hispanic or Latino | | LABORER |
| Villanueva, Jose | 06/09/1997 | Active | Male | Hispanic or Latino | | Foreman Street |
| Alcala, Raul | 11/21/2005 | Active | Male | Hispanic or Latino | | Maintenance |
| Vazquez, Rosita | 12/27/2001 | Active | Female | Hispanic or Latino | | WATER BILL CLERK |
| Aponte, Miguel | 03/04/1985 | Retired | Male | Hispanic or Latino | | S&W FOREMAN |
| Dorantes, Eugenio | 04/23/2018 | Active | Male | Hispanic or Latino | | LANDSCAPER |
| Flores, Santos | 06/22/2005 | Active | Male | Hispanic or Latino | | Foreman Sewer/Water |
| Lozano, Everardo B | 04/17/2006 | Active | Male | Hispanic or Latino | | Forman Landscaping |
| Medina, Gustavo | 06/12/2017 | Terminated | Male | Hispanic or Latino | | LANDSCAPER |
| Rodriguez, Bernardino | 09/18/2000 | Active | Male | Hispanic or Latino | | LABORER |
| Soto, Juan C | 04/06/2010 | Terminated | Male | Hispanic or Latino | | LABORER |
| Villegas, Luis | 10/16/1989 | Active | Male | Hispanic or Latino | | S&W FOREMAN |
| Torres, Cristian | 06/12/2017 | Terminated | Male | Hispanic or Latino | | SUMMER HELP |
| Watts, Brandon | 07/02/2018 | Terminated | Male | | | SUMMER HELP |
| Anguiano, Lorena | 08/20/2007 | Active | Female | Hispanic or Latino | | CLERK |
| Aguirre, Jose A | 06/01/2004 | Active | Male | Hispanic or Latino | | Maintenance |
| Bucio, Ericka | 03/01/2016 | Terminated | Female | Hispanic or Latino | | INSTRUCTOR |
| Orozco, Gloria I | 05/01/2014 | Active | Female | Hispanic or Latino | | Operator front desk |
| Fogg, Chane | 04/01/2005 | Active | Male | Not Hispanic or Latino | Asian | POLICEMAN |
| Lavalais, Kyil | 06/01/1992 | Retired | Male | Not Hispanic or Latino | Black or African American | POLICE LIEUTENANT |
| Baker, Wilma J | 08/22/2008 | Active | Female | Not Hispanic or Latino | Black or African American | CROSSING GUARD |
| Hart, Cynthia L | 11/09/2004 | Terminated | Female | Not Hispanic or Latino | Black or African American | CROSSING GUARD |
| Williams, Angela D. | 08/11/1997 | Terminated | Female | Not Hispanic or Latino | Black or African American | DESK OFFICER |
| Williams, Carl | 09/16/2008 | Active | Male | Not Hispanic or Latino | Black or African American | AUXILIARY POLICE |
| Gregory, Julia M | 04/19/2007 | Active | Female | Not Hispanic or Latino | Black or African American | Ass't Reference |
| Portee Jr., Cecil | 10/09/1989 | Active | Male | Not Hispanic or Latino | Black or African American | STREET DRIVER LABOR |
| Boonma, Burton | 09/16/2017 | Active | Male | Not Hispanic or Latino | Native Hawaiian or Other Pac | Firefighter |
| Alsouri, Ibrahim | 10/07/2016 | Terminated | Male | Not Hispanic or Latino | Two or more races | CROSSING GUARD |
| Morrocco, George | 09/17/2018 | Terminated | Male | Not Hispanic or Latino | Two or more races | CROSSING GUARD |
| Islami, Florim | 09/15/1995 | Active | Male | Not Hispanic or Latino | Two or more races | FIRE CAPTAIN |
| Serpico, Ronald | 05/01/1997 | Active | Male | Not Hispanic or Latino | White | MAYOR |
| Abruzzo, Anthony | 05/01/2009 | Active | Male | Not Hispanic or Latino | White | TRUSTEE |
| Nicotera, Louis | 10/01/2016 | Active | Male | Not Hispanic or Latino | White | TRUSTEE |
| Prignano, Anthony J. | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | TRUSTEE |
| Taconi, Mary Frances | 05/01/2007 | Active | Female | Not Hispanic or Latino | White | TRUSTEE |
| Paolantonio, Mary Ann | 05/01/1997 | Active | Female | Not Hispanic or Latino | White | Village Clerk |
| Iosco, Denise | 08/01/1997 | Active | Female | Not Hispanic or Latino | White | TREASURER |

VMP-JJS 004342

| | | | | | | |
|---|---|---|---|---|---|---|
| Carey, Brian W | 09/01/2003 | Active | Male | Not Hispanic or Latino | White | PROSECUTOR |
| Damico, Lisa | 04/01/2012 | Active | Female | Not Hispanic or Latino | White | PROSECUTOR |
| Mentone, Ronald J | 05/16/2013 | Active | Male | Not Hispanic or Latino | White | ASS'T PROSECUTOR |
| Abruzzo, Anthony | 05/01/2009 | Active | Male | Not Hispanic or Latino | White | Finance Committee |
| Nicotera, Louis | 10/01/2016 | Active | Male | Not Hispanic or Latino | White | Finance Committee |
| Taconi, Mary Frances | 05/01/2007 | Active | Female | Not Hispanic or Latino | White | PERSONNEL COMMITTEE |
| Prignano, Anthony J. | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | PERSONNEL COMMITTEE |
| Taconi, Mary Frances | 05/01/2007 | Active | Female | Not Hispanic or Latino | White | Senior Citizen Hsing |
| Adams, Daniel J. | 05/01/2001 | Active | Male | Not Hispanic or Latino | White | Building Inspector |
| Capra, Carl J | 06/01/2003 | Active | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Castellan, Michael A. | 07/15/1983 | Active | Male | Not Hispanic or Latino | White | Dir of Licensing and Enforcement |
| Iannelli, Michael | 06/01/2017 | Active | Male | Not Hispanic or Latino | White | CLERK |
| Marchetti, Michael | 05/21/2015 | Active | Male | Not Hispanic or Latino | White | HEALTH INSPECTOR |
| Nocita, Phillip J. | 10/01/1998 | Active | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Pones Jr., Anthony | 11/15/1974 | Leave | Male | Not Hispanic or Latino | White | INSPECTOR |
| Raffaelli, Claudia | 03/02/2009 | Active | Female | Not Hispanic or Latino | White | CODE ENFORCEMENT SEC |
| Ranieri, Barbara | 05/01/1993 | Terminated | Female | Not Hispanic or Latino | White | CODE ENFORCEMENT SEC |
| Sabatino, Anthony | 07/01/2003 | Active | Male | Not Hispanic or Latino | White | INSPECTOR |
| Sepe, Frank M | 02/01/2007 | Active | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Sorce, Ralph | 06/01/1989 | Active | Male | Not Hispanic or Latino | White | BLDG. COMMISSIONER |
| Spatafora, Constance | 03/02/2004 | Active | Female | Not Hispanic or Latino | White | CLERK |
| Vayda, Gregory S | 08/17/2009 | Active | Male | Not Hispanic or Latino | White | INSPECTOR |
| Iannelli, Armando | 03/10/2003 | Active | Male | Not Hispanic or Latino | White | SUPT. MECH/ELEC |
| LaMontagna, Pat | 05/01/2014 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Serpico, Ronald | 05/01/1997 | Active | Male | Not Hispanic or Latino | White | LIQUOR COMMISSIONER |
| Abruzzo, Anthony | 05/01/2009 | Active | Male | Not Hispanic or Latino | White | Zoning Liaison |
| Nicotera, Louis | 10/01/2016 | Active | Male | Not Hispanic or Latino | White | Planning |
| Pope, Frank | 08/11/1997 | Active | Male | Not Hispanic or Latino | White | PL To Brd Trustees |
| Prignano, Anthony J. | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | Zoning Liaison |
| Caputo, Michael A. | 06/01/1997 | Active | Male | Not Hispanic or Latino | White | CHAIRMAN |
| Esposito, Pasquale | 06/01/1997 | Active | Male | Not Hispanic or Latino | White | Secretary |
| Rauzi, Mark J | 08/25/2009 | Active | Male | Not Hispanic or Latino | White | FIRE POLICE COMMISSIONER |
| Cervone, John G. | 05/01/2001 | Active | Male | Not Hispanic or Latino | White | Plning Zning member |
| Guzzo, Frank | 09/23/2002 | Active | Male | Not Hispanic or Latino | White | Plning Zning member |
| Klugger, Richard | 02/01/2018 | Active | Male | Not Hispanic or Latino | White | PLAN BRD MEMBER |
| Bazbaz, Isaac | 10/01/2018 | Active | Male | Not Hispanic or Latino | White | Chamber of Commerce |
| Cernauske, James | 08/15/1974 | Active | Male | Not Hispanic or Latino | White | Safety Director |
| Cimino, Anthony | 05/01/2015 | Leave | Male | Not Hispanic or Latino | White | PURCHASING DIRECTOR |
| Coco, Edward L. | 06/09/1997 | Active | Male | Not Hispanic or Latino | White | Spec Ass't to Mayor |
| Dindia, Patricia A. | 03/02/1998 | Active | Female | Not Hispanic or Latino | White | SECRETARY TO THE MAYOR |
| Eleuteri, Peter | 06/01/1996 | Active | Male | Not Hispanic or Latino | White | COORDINATOR ECONOMIC DEVE |
| Julian, Mary | 04/24/2006 | Retired | Female | Not Hispanic or Latino | White | SPECIAL PROJECTS |
| Klugger, Kathy | 07/07/1997 | Retired | Female | Not Hispanic or Latino | White | CLERK |
| Kreft, Barbara | 08/04/2000 | Retired | Female | Not Hispanic or Latino | White | PURCHASING DIRECTOR |
| LaGioia, Sandra F | 11/17/2014 | Active | Female | Not Hispanic or Latino | White | ACCTS. PAYABLE CLRK |
| Nardiello, Diana M. | 11/01/2002 | Active | Female | Not Hispanic or Latino | White | Sr. Accounts Payable Clerk |
| Olson, Douglas | 09/01/1977 | Active | Male | Not Hispanic or Latino | White | Director fo Strategic Initiatives Bus |
| Panico III, Louis | 04/01/2007 | Terminated | Male | Not Hispanic or Latino | White | COMPTROLLER |
| Piemonte, Christine | 11/03/2014 | Active | Female | Not Hispanic or Latino | White | Director of Human Resources |
| Principe, James G. | 08/25/1997 | Terminated | Male | Not Hispanic or Latino | White | IT Director |
| Rosa, Joseph P | 02/03/2005 | Active | Male | Not Hispanic or Latino | White | Operator Senior Building |
| Serpico, Dina | 09/26/2016 | Active | Female | Not Hispanic or Latino | White | Human Resources Assistant |
| Shawaluk, Richard W. | 05/01/1998 | Active | Male | Not Hispanic or Latino | White | MID METRO TIFF |
| Sicuro Jr, Michael N. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Director Community Development |

VMP-JJS 004343

| | | | | | | |
|---|---|---|---|---|---|---|
| Matarrese, Frank | 12/01/1999 | Active | Male | Not Hispanic or Latino | White | Youth Supervisor |
| Modugno, John | 05/01/2001 | Active | Male | Not Hispanic or Latino | White | YOUTH BRD. MEMBER |
| Coco, Edward L. | 06/09/1997 | Active | Male | Not Hispanic or Latino | White | YOUTH COMM. SUPV. |
| Gulino, Nicole Anne | 06/10/2014 | Terminated | Female | Not Hispanic or Latino | White | Camp Fun |
| Nardiello, Theresa | 06/18/2007 | Active | Female | Not Hispanic or Latino | White | YOUTH COMM. SUPV. |
| Olson, Thomas | 10/25/1977 | Active | Male | Not Hispanic or Latino | White | YOUTH COMM. SUPV. |
| Raffaelli, Angelina | 06/06/2016 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Sansone, Dominique | 06/17/2013 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Smith, Austyn | 06/01/2017 | Terminated | Female | Not Hispanic or Latino | White | Camp Fun |
| Demaria, James A. | 05/22/2006 | Active | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Eleuteri, Michael | 10/01/1996 | Active | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Misasi, Frank E | 01/02/2013 | Terminated | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Pitassi, Sam | 07/01/1974 | Active | Male | Not Hispanic or Latino | White | POLICE DEPT. CHIEF |
| Amabile, John Joseph | 06/01/2015 | Active | Male | Not Hispanic or Latino | White | Police Tactical |
| Anzaldi, Robert S | 10/01/2013 | Active | Male | Not Hispanic or Latino | White | POLICE DETECTIVE |
| Barone, Nello | 04/07/1997 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Bartemio, Leonard J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Police Tactical |
| Bianchi, William | 03/17/2011 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Cacciatore, Eugene J. | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Caira, Peter | 12/01/2016 | Active | Male | Not Hispanic or Latino | White | Special Assistant to Police Chief |
| Castellan, Giovanni | 07/11/2016 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Castellan, Michael A. | 07/15/1983 | Retired | Male | Not Hispanic or Latino | White | PD Deputy Chief |
| Chiappetta, Sam J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Police Tactical Lieutenant |
| Coduti, James J | 07/24/2017 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Damron, Vaughn S. | 04/05/2007 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| DeCarlo, Joseph | 06/20/2016 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Decarlo Jr, Michael D | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Dimaio, Dino B. | 08/10/1987 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Gibson, Adam G | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Graziani, Lido A. | 07/01/1999 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Greco, Anthony G. | 03/01/1999 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Gucciardo, David | 04/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Gvist, Brian | 07/07/1997 | Retired | Male | Not Hispanic or Latino | White | Police Investigator |
| Hilgenberg, David | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Jarecki, Brian | 04/01/2001 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Korsch, Chris W | 01/09/2006 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Lascola, Orlando | 04/07/1997 | Active | Male | Not Hispanic or Latino | White | Police Juvenille Officer |
| Lichter, Michael | 05/08/1995 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Maiello, Nunzio | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Manzo, Gennaro | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE DETECTIVE |
| Menolascino, John A | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Natale, Dennis | 03/16/2008 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Nocita, Phillip P | 04/05/2007 | Active | Male | Not Hispanic or Latino | White | Sergeant |
| Panzani, Joseph | 01/05/2015 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Pesce, Steve | 01/09/2006 | Active | Male | Not Hispanic or Latino | White | Police Tactical SGT |
| Pitassi, Sam J | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Potamianos, William G. | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Richter, Daniel | 02/01/2008 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Rieger, Mark | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Rogowski, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino | White | PD Deputy Chief |
| Rossi, Paul | 01/05/2018 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Sami, Wesley | 07/07/2014 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Scarpelli, Giuseppe A | 07/01/2013 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Scatchell, John | 02/16/1985 | Terminated | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |

| | | | | | | |
|---|---|---|---|---|---|---|
| Scatchell, John A | 01/07/2013 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Schiller, James | 07/11/2016 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Schillinger, John E. | 03/01/1999 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Scudiero, Aldo | 04/16/2011 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Scudiero, Michael J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Shankle, Leslie | 03/01/1999 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Skeens, Vivian | 10/01/2012 | Active | Female | Not Hispanic or Latino | White | POLICE WOMAN |
| Spatafora, Nikole | 10/01/2012 | Active | Female | Not Hispanic or Latino | White | POLICE WOMAN |
| Sullo, Giovanni | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Sullo, Marco L | 07/07/2014 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Thull, Scott | 09/11/1995 | Retired | Male | Not Hispanic or Latino | White | POLICEMAN |
| Treffens, William P. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Police Juvenile Officer |
| Tropea, Salvatore | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Urso, Joseph | 05/08/1995 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Venute, Rocco | 03/01/1999 | Retired | Male | Not Hispanic or Latino | White | POLICEMAN |
| Verde, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Alfano, Maria | 12/06/1982 | Retired | Female | Not Hispanic or Latino | White | CROSSING GUARD |
| Gibbs, Andrew | 08/15/2016 | Active | Male | Not Hispanic or Latino | White | MIS TECH SUPPORT |
| Loochtan, Joseph A | 12/14/2006 | Terminated | Male | Not Hispanic or Latino | White | CUSTOMER SERVICE OFFICER |
| Scudiero, Alex A | 01/21/2004 | Active | Male | Not Hispanic or Latino | White | POLICE DEPT MIS MANAGER |
| Calabria, Robert | 05/01/1989 | Active | Male | Not Hispanic or Latino | White | Computer Technician |
| Cusumano, Anthony | 09/01/2018 | Active | Male | Not Hispanic or Latino | White | Compliance Administrator |
| Laino, Jojette | 03/01/1995 | Active | Female | Not Hispanic or Latino | White | SECRETARY TO POLICE CHIEF |
| Schwartz, Philip | 10/15/1992 | Active | Male | Not Hispanic or Latino | White | COMMUN. ANALYST |
| Wallace, Earl | 10/01/2014 | Active | Male | Not Hispanic or Latino | White | RECORDS CLERK |
| Cappello III, Joseph | 12/11/2016 | Deceased | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Coduti, James J | 07/24/2017 | Terminated | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| DeCarlo, Joseph | 06/20/2016 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Farmer, Darrell | 08/02/1999 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Fatta, Louis V | 07/01/2014 | Active | Male | Not Hispanic or Latino | White | Director of Security |
| Ferolo, George D. | 09/14/2002 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Lorenzo Jr, Sebastian | 08/28/2007 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Montino, Michael | 08/27/2018 | Terminated | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Beltrame, Richard | 06/01/1981 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Aiardo, Aaron | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | FIRE DEPT. CHIEF |
| Andersen, Eric | 08/01/2006 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Barone, Anthony M. | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Barone, Michael | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Beltrame, Michael | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Bond, Shawn R. | 09/01/2001 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Campanelli, Frank J | 02/16/2005 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Campanelli, William | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | Ass't Chief |
| Casale, Robert | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Cemauske, Jason E | 02/16/2005 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Cervone Jr, John | 03/16/2011 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Cesarini, Angelo | 09/17/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Ciancio, Sam | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Dalitto, Richie R | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Datoli, Angelo | 09/01/2015 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| DeCarlo, Anthony | 01/19/2016 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Delpeiscio, James P. | 02/15/2001 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Difazio, Dominic L | 06/01/2003 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Fiore, Nicholas | 09/16/2017 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Greifelt, Kenneth | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |

| Name | Date | Status | Gender | Ethnicity | Race | Title |
|---|---|---|---|---|---|---|
| Hardy, Mark | 03/01/2002 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Karabatsos, James | 09/16/1995 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Klugger, Nick M. | 05/01/2002 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Klugger, Richard W. | 05/01/2005 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| LeCali, Guy | 04/01/2014 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Lorenzo, Sebastian | 04/01/2000 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Loresch, Anthony J | 02/23/2004 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Lullo, John P | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Macino, Vito | 11/01/1987 | Retired | Male | Not Hispanic or Latino | White | Firefighter |
| Marella, Peter | 03/01/1993 | Retired | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Marfiani, Roger | 09/16/1995 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Montino, Michael | 02/27/2018 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Morella, Steven | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | Asst Chief |
| Nardiello, Frank | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Olmastón, Mark | 03/16/2011 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Padula, Joseph | 11/01/1987 | Retired | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Palermo, Francesco | 09/16/2007 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Palermo, Mario | 10/01/2004 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Pilati, Dominic R. | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Pope, Frank John | 06/01/2009 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Posner, Justin | 08/01/2014 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Pulkownik, Pete | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Raffaelli, Anthony | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Saviozzi, Stefano | 03/01/2002 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Scanio, Salvatore | 09/16/1995 | Retired | Male | Not Hispanic or Latino | White | Asst Chief |
| Scudiero, Anthony | 05/01/2005 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Scudiero, Frank | 09/16/1995 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Serpico, Michael V. | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Speta, Ronald C | 10/01/2014 | Active | Female | Not Hispanic or Latino | White | Secretary |
| Taratta, Beth Ann | 05/23/2005 | Terminated | Male | Not Hispanic or Latino | White | Firefighter |
| Tropea, Giuseppe | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Ude, Timothy | 02/16/2005 | Terminated | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Urso, Frank | 05/01/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Vaccaro, Dionisio L. | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Verde, David J. | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Wrosch, James | 06/01/1987 | Retired | Male | Not Hispanic or Latino | White | Firefighter |
| Wrosch, Jason | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Wurtz, Vincent A. | 06/01/2003 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Serpico, Michael V. | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | DIRECTOR ESPS |
| Schwartz, Philip | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | FIRE INSPECTOR |
| Schwartz, Stephanie | 10/15/1992 | Active | Female | Not Hispanic or Latino | White | FIRE INSPECTOR |
| Ciancio, Rose | 01/06/2016 | Active | Female | Not Hispanic or Latino | White | ADMINISTRATION ESPS |
| Felske, Linda Carol | 08/19/2009 | Active | Female | Not Hispanic or Latino | White | LIBRARY CIRC. CLERK |
| Flanagan, Margaret M | 08/16/2005 | Active | Female | Not Hispanic or Latino | White | DIRECTOR LIBRARY |
| Panico, Joseph | 12/01/2011 | Active | Male | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Powers, Donna M | 06/01/2008 | Active | Female | Not Hispanic or Latino | White | Asst. Deputy Director |
| Malello Giuecklich, Cynthia | 11/24/1986 | Terminated | Female | Not Hispanic or Latino | White | DIRECTOR LIBRARY |
| Blanco, Kimberly | 03/10/2014 | Terminated | Female | Not Hispanic or Latino | White | LIBRARY PAGE |
| Clancio, Rosalba | 05/02/2010 | Active | Female | Not Hispanic or Latino | White | LIBRARY PAGE |
| Green, Nicholas G | 01/04/2013 | Active | Male | Not Hispanic or Latino | White | LIBRARY PAGE |
| Marella, Lauren | 03/01/2008 | Terminated | Female | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Sansone, Dominique | 06/17/2013 | Active | Female | Not Hispanic or Latino | White | LIBRARY CIRC. CLERK |
| Severino, Helen | 02/20/2015 | Deceased | Female | Not Hispanic or Latino | White | LIBRARY CIRC. CLERK |

| | | | | | | |
|---|---|---|---|---|---|---|
| Wojcik, Ann Marie | 01/04/2013 | Active | Female | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Prignano, Anthony C | 11/16/2004 | Terminated | Male | Not Hispanic or Latino | White | LIBRARY MAINTENANCE |
| Brandon, Charles | 03/01/2013 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Calato, Joseph | 09/21/2018 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Campo, Marco | 07/01/2012 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Digenova, Vincenzo | 02/01/2007 | Retired | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Dindia, Salvatore N | 10/02/2009 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Dote, Carl R | 12/01/2012 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Frey, Michael | 07/01/1979 | Active | Male | Not Hispanic or Latino | White | DESK |
| Frulla, Richard | 09/16/2017 | Active | Female | Not Hispanic or Latino | White | Driver/Laborer |
| Giglio, Frank A | 05/15/2008 | Terminated | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Giglio, Frank G | 05/16/2008 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Humpf, Stephen F | 06/01/2007 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Iannelli, Sabato | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | Foreman Street |
| Iannelli, Sabino | 04/16/2015 | Active | Male | Not Hispanic or Latino | White | MECHANIC |
| Kalnicky, Charles | 06/05/2001 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Kay, Michael | 05/19/2016 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Kohut, Robert W | 10/12/2008 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Murphy, Frank J | 03/01/2014 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Napier Jr, Arthur | 08/26/2013 | Terminated | Male | Not Hispanic or Latino | White | Security Special Projects |
| Nicholas, Vincent | 01/23/2016 | Terminated | Male | Not Hispanic or Latino | White | Security Special Projects |
| Pieranunzi, Frank | 05/16/2015 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Provenzano, James | 04/01/1996 | Retired | Male | Not Hispanic or Latino | White | SPECIAL PROJECTS |
| Provenzano, James P | 06/06/2016 | Terminated | Male | Not Hispanic or Latino | White | STREET SUPERINTEND. |
| Puccio, Thomas | 03/18/2017 | Terminated | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Ranieri, Luigi B | 05/01/2007 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Ricciardi, Dante | 09/06/2014 | Terminated | Male | Not Hispanic or Latino | White | Fleet Controller I |
| Serpico, Ralph | 02/16/2018 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Serpico, Ralph J | 01/06/2016 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Sgobba, John S. | 06/10/2002 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Sommesi, Danny | 02/21/2014 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Stenberg, Dave A. | 04/16/1998 | Retired | Male | Not Hispanic or Latino | White | LABORER |
| Abello, Carmelo | 01/11/1993 | Terminated | Male | Not Hispanic or Latino | White | LABORER |
| Aliasi, Gilso | 01/16/2003 | Active | Male | Not Hispanic or Latino | White | Lead Utility Locator |
| Battisto, John | 10/05/1982 | Retired | Male | Not Hispanic or Latino | White | LABORER |
| Blumberg, Steve | 03/13/1987 | Retired | Male | Not Hispanic or Latino | White | S&W DRIVER LABORER |
| Camaci, Giovanni | 01/18/2016 | Active | Male | Not Hispanic or Latino | White | S&W LABORER |
| Vandyke, Christopher | 11/07/2002 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Leverenz, Ted | 12/01/2007 | Deceased | Male | Not Hispanic or Latino | White | Foreman Sewer/Water |
| Marella, Nancy | 02/15/1980 | Active | Female | Not Hispanic or Latino | White | Water Shed |
| Marine, Gary M | 06/09/2003 | Active | Male | Not Hispanic or Latino | White | SECRETARY BLDG CMSR |
| Sansone, James | 04/02/2007 | Terminated | Male | Not Hispanic or Latino | White | DIR OF PUBLIC WORKS |
| Capece, Francesco | 12/05/2016 | Active | Male | Not Hispanic or Latino | White | PLUMBING INSPECTOR |
| Carpanzano, Frank A | 06/02/2008 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Carpanzano, Michael | 01/16/1992 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Devita, Michael | 09/18/2000 | Active | Male | Not Hispanic or Latino | White | S&W SUPERTINTEND |
| Egizio, Angelo B. | 05/01/2007 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Gagliardo, Michael | 07/16/2018 | Active | Male | Not Hispanic or Latino | White | LABORER |
| LaGioia, Vincent Anthony | 06/02/2014 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Lagioia, Michael | 09/23/2002 | Active | Male | Not Hispanic or Latino | White | ASST. SUPT. S&W |
| Passarella III, John | 03/06/2017 | Terminated | Male | Not Hispanic or Latino | White | Landscaping Laborer |
| Saether, Terry N | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Smarto, Matthew | 04/02/2018 | Active | Male | Not Hispanic or Latino | White | LANDSCAPER |
| Carparelli, Dominic Joseph | 06/02/2014 | Active | Male | Not Hispanic or Latino | White | SUMMER STREET DEPT. |

VMP-JJS 004347

| Panuncialman, Nicholas | 06/10/2013 | Active | Male | Not Hispanic or Latino | White | SUMMER STREET DEPT. |
| Venute, Rocco C | 06/04/2018 | Terminated | Male | Not Hispanic or Latino | White | SUMMER HELP |
| Di Fazio, Peggy | 05/27/1997 | Active | Female | Not Hispanic or Latino | White | DIR. SPEC. EVENTS |
| Serpico, Terry | 10/01/1988 | Retired | Male | Not Hispanic or Latino | White | CIVIC CNT. MNT.DIR. |
| Cushion, Lawrence A | 02/22/2016 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Dindia, Frank Anthony | 05/22/2008 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Giovenco, James | 08/01/2013 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Hutchinson, Alvin G | 10/20/2012 | Terminated | Male | Not Hispanic or Latino | White | Operator front desk |
| Iannelli, Anthony | 11/10/2014 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| McMillan, Jennifer L | 01/26/2005 | Terminated | Female | Not Hispanic or Latino | White | Dial-A-Ride Operator |
| Paolantonio, John J | 05/01/2003 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Rich, Bill | 04/04/1987 | Active | Male | Not Hispanic or Latino | White | CIVIC CENTER MAINT. |
| Serpico, Raffaele J | 06/16/2016 | Active | Male | Not Hispanic or Latino | White | SUMMER CIVIC CENTER |
| Serpico, Terry | 10/01/1988 | Active | Male | Not Hispanic or Latino | White | Civic Center Manager |
| Shute, Thomas | 01/20/2004 | Active | Male | Not Hispanic or Latino | White | Operator front desk |

VMP-JJS 004348

;TOR

;TOR
IOR SER

VMP-JJS 004349

2019 373 total
6 - African Amer.

| | | | | | | |
|---|---|---|---|---|---|---|
| Start Date | 01/01/2019 | | | | | |
| End Date | 12/31/2019 | | | | | |
| Employment Profile - Effective D: | Effective as of 08/07/2020 | | | | | |
| Payroll Name | Hire Date | Status | Gender | Ethnicity | Race Description | Job Title Description |
| Aguilera, Luis A | 09/30/2019 | Active | Male | Hispanic or Latino | | LABORER |
| Aguirre, Jose A | 06/01/2004 | Active | Male | Hispanic or Latino | | Maintenance |
| Aguirre, Sergio | 05/01/2011 | Active | Male | Hispanic or Latino | | CHAIRMAN |
| Alcala, Raul | 11/21/2005 | Active | Male | Hispanic or Latino | | Maintenance |
| Anguiano, Jaime | 03/10/2008 | Active | Male | Hispanic or Latino | | TRUSTEE |
| Anguiano, Lorena | 08/20/2007 | Active | Female | Hispanic or Latino | | CLERK |
| Aponte, Miguel | 03/04/1985 | Retired | Male | Hispanic or Latino | | S&W FOREMAN |
| Arellano, Celia | 01/02/1990 | Active | Female | Hispanic or Latino | | COMMUNICATIONS.SUPV. |
| Arreola, Soledad | 10/11/2019 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Boy, Ruben | 03/16/2018 | Active | Male | Hispanic or Latino | | Security Special Projects |
| Brown, Jalen | 06/03/2019 | Terminated | Male | Not Hispanic or Latino | | SUMMER STREET DEPT. |
| Calleros, Alma | 05/23/2019 | Terminated | Female | Hispanic or Latino | | CSO OFFICER |
| Casillas, Hector | 12/12/2016 | Active | Male | Hispanic or Latino | | LABORER |
| Castrejon Delgado, Esteban | 06/12/2019 | Terminated | Male | Hispanic or Latino | | SUMMER STREET DEPT. |
| Chavez, Felipe I | 06/06/2016 | Active | Male | Hispanic or Latino | | LANDSCAPER |
| Chavez, Fernando | 05/07/2008 | Active | Male | Hispanic or Latino | | Fleet Controller II |
| Chavez, Israel | 07/01/1997 | Active | Male | Hispanic or Latino | | CODE ENFORCE INSP. |
| Cordero-Andrade, Elizabeth | 02/14/2017 | Active | Female | Hispanic or Latino | | Pining Zning member |
| Cusumano, Danielle | 06/03/2019 | Active | Female | Not Hispanic or Latino | | RECORDS CLERK |
| Dorantes, Eugenio | 04/23/2018 | Active | Male | Hispanic or Latino | | LANDSCAPER |
| Flores III, Luis A | 10/01/2012 | Active | Male | Hispanic or Latino | | Police Tactical |
| Flores, Santos | 06/22/2005 | Active | Male | Hispanic or Latino | | Foreman Sewer/Water |
| Garibay, Lourdes | 04/01/2019 | Active | Female | Hispanic or Latino | | Customer Svc/Reception |
| Godinez, Epigmenio | 05/23/2016 | Active | Male | Hispanic or Latino | | Maintenance |
| Gonzalez, George | 10/01/2017 | Active | Male | Hispanic or Latino | | Security Special Projects |
| Gonzalez, Norma | 05/03/2019 | Active | Female | Hispanic or Latino | | Pace Coordinator |
| Gonzalez, Rudy | 09/03/2019 | Active | Male | Hispanic or Latino | | S&W LABORER |
| Gutierrez, Eric | 06/01/2015 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Gutierrez, Rocky | 05/01/2012 | Active | Male | Hispanic or Latino | | Firefighter |
| Guzman, Eddie | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICE LIEUTENANT |
| Guzman, Juan F | 04/05/2007 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Lomeli, Leticia | 06/01/2001 | Leave | Female | Hispanic or Latino | | CLERK |
| Lomeli, Ruben | 07/11/2016 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Lozano, Everardo B | 04/17/2006 | Active | Male | Hispanic or Latino | | Forman Landscaping |
| Lozano, Sammuel | 08/20/2019 | Active | Male | Hispanic or Latino | | Landscaping Laborer |
| Macias, Jesse | 02/01/2013 | Active | Male | Hispanic or Latino | | Asst. Chamber of Commerce |
| Macias, Judith De La Mora | 05/16/2013 | Active | Female | Hispanic or Latino | | DIR HISPANIC BUS DEV & HIS SENI |
| Medina, Gustavo | 06/12/2017 | Terminated | Male | Hispanic or Latino | | LANDSCAPER |
| Migliore, Vito | 10/01/1999 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Montes, Gandolfa | 01/26/1987 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Montoya, Mario | 02/15/2000 | Active | Male | Hispanic or Latino | | YOUTH BRD. MEMBER |
| Montoya, Pedro | 07/07/2014 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Mota, Arturo | 05/01/2003 | Active | Male | Hispanic or Latino | | TRUSTEE |

| Name | Date | Status | Gender | Ethnicity | Race | Title |
|---|---|---|---|---|---|---|
| Mota, Nora | 10/24/2013 | Terminated | Female | Hispanic or Latino | | LIBRARY ASSISTANT |
| Negron, Phillip | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Nicosia, Elisa | 05/20/2013 | Active | Female | Hispanic or Latino | | CSO OFFICER |
| Ochoa, Gerardo | 04/02/2018 | Active | Male | Hispanic or Latino | | LABORER |
| Orozco, Eric | 07/20/2015 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Orozco, Gloria I | 05/01/2014 | Active | Female | Hispanic or Latino | | Operator front desk |
| Orozco, Ricardo | 06/04/2018 | Terminated | Male | Hispanic or Latino | | SUMMER HELP |
| Ortega Jr, Rigoberto | 06/04/2019 | Terminated | Male | Hispanic or Latino | | SUMMER HELP |
| Ortega, Rigoberto | 09/18/2000 | Active | Male | Hispanic or Latino | | Machine Operator |
| Ortiz, Jessica | 07/07/2014 | Active | Female | Hispanic or Latino | | POLICE WOMAN |
| Perez, Lizet R | 06/06/2005 | Active | Female | Hispanic or Latino | | ASS'T SUPERVISOR |
| Raflores, Vanessa A | 05/01/2014 | Active | Female | Hispanic or Latino | | Pining Zning member |
| Recinos, Michael | 04/07/1997 | Retired | Male | Hispanic or Latino | | POLICEMAN |
| Reyes, Jose L | 04/02/2007 | Active | Male | Hispanic or Latino | | LABORER |
| Rodriguez, Alfonso | 04/01/2001 | Active | Male | Hispanic or Latino | | Sergeant |
| Rodriguez, Alyana | 09/01/2016 | Active | Female | Hispanic or Latino | | CLERK |
| Rodriguez, Bernardino | 09/18/2000 | Active | Male | Hispanic or Latino | | LABORER |
| Rodriguez, Dolores | 05/15/2018 | Terminated | Female | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Rodriguez, Elizabeth | 05/14/2019 | Active | Female | Hispanic or Latino | | Sr CSO |
| Rodriguez, Raul | 07/01/1999 | Active | Male | Hispanic or Latino | | Administrative Division Commander |
| Rojas, Carlos E | 06/01/2006 | Active | Male | Hispanic or Latino | | HISPANIC COMMUNICATION DIREC |
| Rojas, Feliciano | 03/16/2008 | Retired | Male | Hispanic or Latino | | Maintenance |
| Sanchez, Cid | 05/31/2006 | Active | Male | Hispanic or Latino | | INSPECTOR |
| Sanchez, David | 03/11/2019 | Active | Male | Hispanic or Latino | | Security Special Projects |
| Sanchez, Jessica | 07/17/2013 | Active | Female | Hispanic or Latino | | Camp Fun |
| Simental, Leticia | 03/25/2015 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Solis, Mayra | 10/24/2018 | Terminated | Female | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Soto, Jessica | 03/16/2018 | Active | Female | Hispanic or Latino | | CLERK |
| Soto, Juan C | 04/06/2010 | Terminated | Male | Hispanic or Latino | | LABORER |
| Tapia, Carmen | 06/09/1997 | Active | Female | Hispanic or Latino | | YOUTH BRD. MEMBER |
| Tejeda, Jesus Jr. | 04/01/2005 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Terrones, Josh | 06/09/2003 | Active | Male | Hispanic or Latino | | LABORER |
| Terrones, Marlene | 05/19/1998 | Active | Female | Hispanic or Latino | | DEPUTY REGISTRAR |
| Trujillo, Veronica | 01/05/2006 | Active | Female | Hispanic or Latino | | Circulation assistant |
| Urrutia, Eliza | 03/19/2001 | Active | Female | Hispanic or Latino | | RECORDS CLERK |
| Vaca Contreras, Sebastian | 06/04/2018 | Terminated | Male | Hispanic or Latino | | SUMMER HELP |
| Valdivia, Yolanda | 03/04/2019 | Active | Female | Hispanic or Latino | | RECORDS CLERK |
| Valle, Suleima | 08/01/2018 | Active | Female | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Vargas, Isidro | 06/23/2003 | Active | Male | Hispanic or Latino | | Assistant Superintendant |
| Vargas, Martha P. | 06/15/1999 | Active | Female | Hispanic or Latino | | CLERK |
| Vazquez, Rosita | 12/27/2001 | Active | Female | Hispanic or Latino | | WATER BILL CLERK |
| Velazquez, Jose | 07/07/2014 | Active | Male | Hispanic or Latino | | POLICE DETECTIVE |
| Villanueva, Jose | 06/09/1997 | Active | Male | Hispanic or Latino | | Foreman Street |
| Villegas, Luis | 10/16/1989 | Active | Male | Hispanic or Latino | | S&W FOREMAN |
| Wojcik, Alexis | 06/05/2019 | Active | Female | Not Hispanic or Latino | | LIBRARY ASSISTANT |
| Fogg, Chane | 04/01/2005 | Active | Male | Not Hispanic or Latino | Asian | POLICEMAN |
| Baker, Wilma J | 08/22/2008 | Active | Female | Not Hispanic or Latino | Black or African American | CROSSING GUARD |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gregory, Julia M | 04/19/2007 | Active | Female | Not Hispanic or Latino | Black or African American | Ass't Reference |
| Hart, Cynthia L | 11/09/2004 | Terminated | Female | Not Hispanic or Latino | Black or African American | CROSSING GUARD |
| McGee, Patricia | 04/02/2019 | Active | Female | Not Hispanic or Latino | Black or African American | CROSSING GUARD |
| Portee Jr., Cecil | 10/09/1989 | Active | Male | Not Hispanic or Latino | Black or African American | STREET DRIVER LABOR |
| Williams, Carl | 09/16/2008 | Active | Male | Not Hispanic or Latino | Black or African American | AUXILIARY POLICE |
| Boonma, Burton | 09/16/2017 | Active | Male | Not Hispanic or Latino | Native Hawaiian or Other Pac | Firefighter |
| Islami, Florim | 09/15/1995 | Active | Male | Not Hispanic or Latino | Two or more races | FIRE CAPTAIN |
| Morrocco, George | 09/17/2018 | Terminated | Male | Not Hispanic or Latino | Two or more races | CROSSING GUARD |
| Abruzzo, Anthony | 05/01/2009 | Active | Male | Not Hispanic or Latino | White | TRUSTEE |
| Adams, Daniel J. | 05/01/2001 | Active | Male | Not Hispanic or Latino | White | Building Inspector |
| Aiardo, Aaron | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Alfano, Maria | 12/06/1982 | Retired | Female | Not Hispanic or Latino | White | CROSSING GUARD |
| Aliasi, Gilso | 01/16/2003 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Amabile, John Joseph | 06/01/2015 | Active | Male | Not Hispanic or Latino | White | Police Tactical |
| Andersen, Eric | 08/01/2006 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Anzaldi, Robert S | 10/01/2013 | Active | Male | Not Hispanic or Latino | White | POLICE DETECTIVE |
| Barone, Anthony M. | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Barone, Michael | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Bartemio, Leonard J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Police Tactical |
| Battisto, John | 10/05/1982 | Retired | Male | Not Hispanic or Latino | White | S&W DRIVER LABORER |
| Bazbaz, Isaac | 10/01/2018 | Active | Male | Not Hispanic or Latino | White | Chamber of Commerce |
| Beltrame, Michael | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Beltrame, Richard | 06/01/1981 | Active | Male | Not Hispanic or Latino | White | FIRE DEPT. CHIEF |
| Bianchi, William | 03/17/2011 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Bianco, Kimberly | 03/10/2014 | Terminated | Female | Not Hispanic or Latino | White | LIBRARY PAGE |
| Blumberg, Steve | 03/13/1987 | Retired | Male | Not Hispanic or Latino | White | S&W LABORER |
| Bond, Shawn R. | 09/01/2001 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Brandon, Charles | 03/01/2013 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Cacciatore, Eugene J. | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Caira, Peter | 12/01/2016 | Active | Male | Not Hispanic or Latino | White | Special Assistant to Police Chief |
| Calabria, Robert | 05/01/1989 | Active | Male | Not Hispanic or Latino | White | Computer Technician |
| Calato, Joseph | 09/21/2018 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Camaci, Giovanni | 01/18/2016 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Campanelli, Frank J | 02/16/2005 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Campanelli, William | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | Ass't Chief |
| Campo, Marco | 07/01/2012 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Capece, Francesco | 12/05/2016 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Cappello III, Joseph | 12/11/2016 | Deceased | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Capra, Carl J | 06/01/2003 | Active | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Caputo, Michael A. | 06/01/1997 | Active | Male | Not Hispanic or Latino | White | CHAIRMAN |
| Carey, Brian W | 09/01/2003 | Active | Male | Not Hispanic or Latino | White | PROSECUTOR |
| Carpanzano, Frank A | 06/02/2008 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Carpanzano, Michael | 01/16/1992 | Active | Male | Not Hispanic or Latino | White | S&W SUPERTINTEND |
| Carpanzano, Michael S | 06/06/2016 | Active | Male | Not Hispanic or Latino | White | S&W LABORER |
| Carpanzano, Tea | 06/19/2019 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Carparelli, Dominic Joseph | 06/02/2014 | Active | Male | Not Hispanic or Latino | White | SUMMER STREET DEPT. |
| Casale, Robert | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |

VMP-JJS 004352

| Name | Date | Status | Sex | Ethnicity | Race | Title |
|---|---|---|---|---|---|---|
| Castellan, Arianna | 06/06/2016 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Castellan, Giovanni | 07/11/2016 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Castellan, Michael A. | 07/15/1983 | Active | Male | Not Hispanic or Latino | White | Dir of Licensing and Enforcement |
| Cernauske, James | 06/15/1974 | Active | Male | Not Hispanic or Latino | White | Safety Director |
| Cernauske, Jason E | 02/16/2005 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Cervone Jr, John | 03/16/2011 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Cervone, John G. | 05/01/2001 | Active | Male | Not Hispanic or Latino | White | Plning ZnIng member |
| Cesarini, Angelo | 09/17/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Chiappetta, Sam J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Police Tactical Lieutenant |
| Ciancio, Rosalba | 05/02/2010 | Active | Female | Not Hispanic or Latino | White | LIBRARY PAGE |
| Ciancio, Rose | 01/06/2016 | Active | Female | Not Hispanic or Latino | White | LIBRARY CIRC. CLERK |
| Ciancio, Sam | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Cimino, Anthony | 06/01/2015 | Leave | Male | Not Hispanic or Latino | White | PURCHASING DIRECTOR |
| Coco, Edward L. | 06/09/1997 | Active | Male | Not Hispanic or Latino | White | Spec Ass't to Mayor |
| Coduti, James J | 07/24/2017 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Cushion, Lawrence A | 02/22/2016 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Cusumano, Anthony | 09/01/2018 | Active | Male | Not Hispanic or Latino | White | Compliance Administrator |
| Dalitto, Richie R | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Damico, Lisa | 04/01/2012 | Active | Female | Not Hispanic or Latino | White | PROSECUTOR |
| Damron, Vaughn S. | 04/05/2007 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Datoli, Angelo | 09/01/2015 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Decarlo Jr, Michael D | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| DeCarlo, Anthony | 01/19/2016 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| DeCarlo, Joseph | 06/20/2016 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Delpercio, James P. | 02/15/2001 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Demaria, James A. | 05/22/2006 | Active | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Devita, Michael | 09/18/2000 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Devivo, Theresa | 03/11/2019 | Active | Female | Not Hispanic or Latino | White | Security Special Projects |
| Di Fazio, Peggy | 05/27/1997 | Active | Female | Not Hispanic or Latino | White | DIR. SPEC. EVENTS |
| Difazio, Dominic L | 06/01/2003 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Dimaio, Dino B. | 08/10/1987 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Dindia, Frank Anthony | 05/22/2008 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Dindia, Patricia A. | 03/02/1998 | Active | Female | Not Hispanic or Latino | White | SECRETARY TO THE MAYOR |
| Dindia, Salvatore N | 10/02/2009 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Dote, Carl R | 12/01/2012 | Active | Male | Not Hispanic or Latino | White | DESK |
| Egizio, Angelo B. | 05/01/2007 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Egizio, Angelo R. | 08/01/2002 | Terminated | Male | Not Hispanic or Latino | White | SUMMER HELP |
| Eleuteri, Michael | 10/01/1996 | Active | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Eleuteri, Peter | 06/01/1996 | Active | Male | Not Hispanic or Latino | White | COORDINATOR ECONOMIC DEVEL |
| Esposito, Pasquale | 06/01/1997 | Active | Male | Not Hispanic or Latino | White | Secretary |
| Farmer, Darrell | 08/02/1999 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Fatta, Louis V | 07/01/2014 | Active | Male | Not Hispanic or Latino | White | Director of Security |
| Fazio III, Frank M | 01/07/2019 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Felske, Linda Carol | 08/19/2009 | Active | Female | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Ferolo, George D. | 09/14/2002 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Fiore, Nicholas | 09/16/2017 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Flanagan, Margaret M | 08/18/2005 | Active | Female | Not Hispanic or Latino | White | DIRECTOR LIBRARY |

| Name | Date | Status | Gender | Ethnicity | Race | Position |
|---|---|---|---|---|---|---|
| Frey, Michael | 07/01/1979 | Active | Male | Not Hispanic or Latino | White | Driver/Laborer |
| Frulla, Richard | 09/16/2017 | Active | Female | Not Hispanic or Latino | White | RiverWoods Security |
| Gagliardo, Michael | 07/16/2018 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Gibbs, Andrew | 08/15/2016 | Active | Male | Not Hispanic or Latino | White | MIS TECH SUPPORT |
| Gibson, Adam G | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Giglio, Frank A | 08/15/2005 | Terminated | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Giglio, Frank G | 09/16/2008 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Giovenco, James | 08/01/2018 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Graziani, Lido A. | 07/01/1999 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Greco, Anthony G. | 03/01/1999 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Green, Nicholas G | 01/04/2013 | Active | Male | Not Hispanic or Latino | White | LIBRARY PAGE |
| Greitell, Kenneth | 03/11/1993 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Grocdardo, David | 04/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Gulino, Nicole Anne | 06/10/2014 | Terminated | Female | Not Hispanic or Latino | White | Camp Fun |
| Guzzo, Frank | 09/23/2002 | Active | Male | Not Hispanic or Latino | White | Pining Zning member |
| Gvist, Brian | 07/07/1997 | Retired | Male | Not Hispanic or Latino | White | Police Investigator |
| Harty, Mark | 03/01/2002 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Hilgenberg, David | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Humpf, Stephen F | 06/01/2007 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Hutchinson, Alvin G | 10/20/2012 | Terminated | Male | Not Hispanic or Latino | White | Foreman Street |
| Iannelli, Anthony | 11/10/2014 | Active | Male | Not Hispanic or Latino | White | Operator front desk |
| Iannelli, Armando | 03/10/2003 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Iannelli, Michael | 09/01/2017 | Active | Male | Not Hispanic or Latino | White | SUPT. MECH/ELEC |
| Iannelli, Sabato | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | CLERK |
| Iannelli, Sabino | 04/16/2015 | Active | Male | Not Hispanic or Latino | White | MECHANIC |
| Iosco, Denise | 08/01/1997 | Active | Female | Not Hispanic or Latino | White | LABORER |
| Jarecki, Brian | 04/01/2001 | Active | Male | Not Hispanic or Latino | White | TREASURER |
| Julian, Mary | 04/24/2008 | Retired | Female | Not Hispanic or Latino | White | POLICEMAN |
| Kalnicky, Charles | 06/05/2001 | Active | Male | Not Hispanic or Latino | White | SPECIAL PROJECTS |
| Karabatsos, James | 09/15/1995 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Kateeb, Hasson | 01/21/2019 | Terminated | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Kay, Michael | 05/19/2016 | Active | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Klugger, Nick M. | 05/01/2002 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Klugger, Richard | 02/01/2018 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Klugger, Richard W. | 05/01/2005 | Active | Male | Not Hispanic or Latino | White | PLAN BRD MEMBER |
| Kohut, Robert W | 10/12/2006 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Korsch, Chris W | 01/09/2006 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Lagiola, Michael | 09/23/2002 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| LaGiola, Sandra F | 11/17/2014 | Active | Female | Not Hispanic or Latino | White | ACCTS. PAYABLE CLRK |
| LaGiola, Vincent Anthony | 06/02/2014 | Active | Female | Not Hispanic or Latino | White | ASST. SUPT. S&W |
| Laino, Jolette | 03/01/1995 | Active | Female | Not Hispanic or Latino | White | SECRETARY TO POLICE CHIEF |
| LaMontagna, Pat | 05/01/2014 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Lascola, Orlando | 04/07/1997 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| LeGal, Guy | 04/01/2014 | Active | Male | Not Hispanic or Latino | White | Police Juvenile Officer |
| Leverenz, Ted | 12/01/2007 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Lichter, Michael | 05/08/1995 | Deceased | Male | Not Hispanic or Latino | White | Water Shed |
| Lorenzo Jr, Sebastian | 08/28/2007 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| | | | | | | AUXILIARY POLICE |

| Name | Date | Status | Gender | Ethnicity | Race | Title |
|---|---|---|---|---|---|---|
| Lorenzo, Sebastian | 04/01/2000 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Loresch, Anthony J | 02/23/2004 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Lullo, John P | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Maggio, Nina | 05/06/2019 | Active | Female | Not Hispanic or Latino | White | POLICE WOMAN |
| Maiello Gluecklich, Cynthia | 11/24/1986 | Terminated | Female | Not Hispanic or Latino | White | DIRECTOR LIBRARY |
| Maiello, Nunzio | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Manzo, Gennaro | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE DETECTIVE |
| Marchetti, Michael | 05/21/2015 | Active | Male | Not Hispanic or Latino | White | HEALTH INSPECTOR |
| Marella, Lauren | 06/01/2008 | Terminated | Female | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Marella, Nancy | 02/15/1980 | Active | Female | Not Hispanic or Latino | White | SECRETARY BLDG CMSR |
| Marella, Peter | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Mariani, Roger | 09/15/1995 | Retired | Male | Not Hispanic or Latino | White | Firefighter |
| Marine, Gary M | 06/09/2003 | Active | Male | Not Hispanic or Latino | White | DIR OF PUBLIC WORKS |
| Matarrese, Frank | 12/01/1999 | Active | Male | Not Hispanic or Latino | White | Youth Supervisor |
| McMillan, Jennifer L | 01/26/2005 | Terminated | Female | Not Hispanic or Latino | White | Dial-A-Ride Operator |
| Menolascino, John | 06/01/1974 | Terminated | Male | Not Hispanic or Latino | White | SUMMER STREET DEPT. |
| Menolascino, John A | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Mentone, Ronald J | 05/16/2013 | Active | Male | Not Hispanic or Latino | White | ASS'T PROSECUTOR |
| Modugno, John | 05/01/2001 | Active | Male | Not Hispanic or Latino | White | YOUTH BRD. MEMBER |
| Montino, Alexia | 06/06/2016 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Montino, Michael | 08/27/2018 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Morella, Ada | 01/14/2019 | Active | Female | Not Hispanic or Latino | White | RECORDS CLERK |
| Morella, Steven | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | Ass't Chief |
| Murphy, Frank J | 03/01/2014 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Nardiello, Diana M. | 11/01/2002 | Active | Female | Not Hispanic or Latino | White | Sr. Accounts Payable Clerk |
| Nardiello, Frank | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Nardiello, Theresa | 06/18/2007 | Active | Female | Not Hispanic or Latino | White | YOUTH COMM. SUPV. |
| Natale, Dennis | 03/16/2008 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Nicholas, Vincent | 01/23/2016 | Terminated | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Nicotera, Louis | 10/01/2016 | Active | Male | Not Hispanic or Latino | White | TRUSTEE |
| Nocita, Phillip J. | 10/01/1998 | Active | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Nocita, Phillip P | 04/05/2007 | Active | Male | Not Hispanic or Latino | White | Sergeant |
| Nowicki, Christian | 05/01/2019 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Olson, Douglas | 09/01/1977 | Active | Male | Not Hispanic or Latino | White | Director fo Strategic Initiatives BusDev |
| Olson, Thomas | 10/25/1977 | Active | Male | Not Hispanic or Latino | White | YOUTH COMM. SUPV. |
| Otmaskin, Mark | 03/16/2011 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Padula, Joseph | 11/01/1987 | Retired | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Palermo, Francesco | 09/16/2007 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Palermo, Mario | 10/01/2004 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Panico III, Louis | 04/01/2007 | Terminated | Male | Not Hispanic or Latino | White | COMPTROLLER |
| Panico, Joseph | 12/01/2011 | Active | Male | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Penuncialman, Nicholas | 06/10/2013 | Active | Male | Not Hispanic or Latino | White | SUMMER STREET DEPT. |
| Panzani, Joseph | 01/05/2015 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Paolantonio, John J | 05/01/2003 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Paolantonio, Mary Ann | 05/01/1997 | Active | Female | Not Hispanic or Latino | White | Village Clerk |
| Pesce, Steve | 01/09/2006 | Active | Male | Not Hispanic or Latino | White | Police Tactical SGT |
| Piemonte, Christine | 11/03/2014 | Active | Female | Not Hispanic or Latino | White | Director of Human Resources |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pieranunzi, Frank | 05/16/2015 | Active | Male | Not Hispanic or Latino | White | SPECIAL PROJECTS |
| Pilati, Dominic R. | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Pitassi, Sam | 07/01/1974 | Active | Male | Not Hispanic or Latino | White | POLICE DEPT. CHIEF |
| Pitassi, Sam J | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Pones Jr., Anthony | 11/15/1974 | Leave | Male | Not Hispanic or Latino | White | INSPECTOR |
| Pope, Frank | 08/11/1997 | Active | Male | Not Hispanic or Latino | White | PL To Brd Trustees |
| Pope, Frank John | 06/01/2009 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Posner, Justin | 08/01/2014 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Potamianos, William G. | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Powers, Donna M | 08/01/2008 | Active | Female | Not Hispanic or Latino | White | Asst. Deputy Director |
| Prignano, Anthony J. | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | TRUSTEE |
| Principe, James G. | 08/25/1997 | Terminated | Male | Not Hispanic or Latino | White | IT Director |
| Provenzano, James | 04/01/1996 | Retired | Male | Not Hispanic or Latino | White | STREET SUPERINTEND. |
| Provenzano, James P | 06/06/2016 | Terminated | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Pulkownik, Charles | 10/16/2019 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Pulkownik, Pete | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Raffaelli, Angelina | 06/06/2016 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Raffaelli, Anthony | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Raffaelli, Claudia | 03/02/2009 | Active | Female | Not Hispanic or Latino | White | CODE ENFORCEMENT SEC |
| Ranieri, Barbara | 05/01/1993 | Terminated | Female | Not Hispanic or Latino | White | CODE ENFORCEMENT SEC |
| Ranieri, Luigi B | 05/01/2007 | Active | Male | Not Hispanic or Latino | White | Fleet Controller I |
| Ranieri, Michael | 06/04/2018 | Terminated | Male | Not Hispanic or Latino | White | SUMMER STREET DEPT. |
| Rauzi, Mark J | 08/25/2009 | Active | Male | Not Hispanic or Latino | White | FIRE POLICE COMMISSIONER |
| Ricciardi, Aldo | 03/03/2016 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Ricciardi, Dante | 09/06/2014 | Terminated | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Rich, Bill | 04/04/1987 | Active | Male | Not Hispanic or Latino | White | CIVIC CENTER MAINT. |
| Richter, Daniel | 02/01/2008 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Rieger, Mark | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Rogowski, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino | White | PD Deputy Chief |
| Rosa, Joseph P | 02/03/2005 | Active | Male | Not Hispanic or Latino | White | Operator Senior Building |
| Rossi, Paul | 01/05/2018 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Sabatino, Anthony | 07/01/2003 | Active | Male | Not Hispanic or Latino | White | INSPECTOR |
| Saether, Terry N | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Sansone, Dominique | 06/17/2013 | Active | Female | Not Hispanic or Latino | White | LIBRARY CIRC. CLERK |
| Sami, Wesley | 07/07/2014 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Saviozzi, Stefano | 03/01/2002 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Scanio, Salvatore | 09/15/1995 | Retired | Male | Not Hispanic or Latino | White | Ass't Chief |
| Scarpelli, Giuseppe A | 07/01/2013 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Schiller, James | 07/11/2016 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Schillinger, John E. | 03/01/1999 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Schwartz, Philip | 10/15/1992 | Active | Male | Not Hispanic or Latino | White | COMMUN. ANALYST |
| Schwartz, Philip | 10/15/1992 | Active | Male | Not Hispanic or Latino | White | DIRECTOR ESPS |
| Schwartz, Stephanie | 06/01/1991 | Active | Female | Not Hispanic or Latino | White | ADMINISTRATION ESPS |
| Scudiero, Aldo | 04/16/2011 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Scudiero, Aldo J | 06/12/2017 | Terminated | Male | Not Hispanic or Latino | White | SUMMER HELP |
| Scudiero, Alex A | 01/21/2004 | Active | Male | Not Hispanic or Latino | White | POLICE DEPT MIS MANAGER |
| Scudiero, Anthony | 05/01/2005 | Active | Male | Not Hispanic or Latino | White | Firefighter |

VMP-JJS 004356

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Scudiero, Frank | 09/15/1995 | Active | Male | Not Hispanic or Latino | White | | Firefighter |
| Scudiero, Micayla | 06/01/2017 | Active | Female | Not Hispanic or Latino | White | | Camp Fun |
| Scudiero, Michael J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | | POLICE LIEUTENANT |
| Sepe, Frank M | 02/01/2007 | Active | Male | Not Hispanic or Latino | White | | CODE ENFORCE INSP. |
| Serpico, Dina | 09/26/2016 | Active | Female | Not Hispanic or Latino | White | | Human Resources Assistant |
| Serpico, Michael V. | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | | FIRE INSPECTOR |
| Serpico, Raffaele J | 06/16/2016 | Active | Male | Not Hispanic or Latino | White | | SUMMER CIVIC CENTER |
| Serpico, Ralph | 02/16/2018 | Active | Male | Not Hispanic or Latino | White | | RiverWoods Security |
| Serpico, Ralph J | 01/06/2016 | Active | Male | Not Hispanic or Latino | White | | Security Special Projects |
| Serpico, Ronald | 05/01/1997 | Active | Male | Not Hispanic or Latino | White | | MAYOR |
| Serpico, Terry | 10/01/1988 | Active | Male | Not Hispanic or Latino | White | | Civic Center Manager |
| Severino, Helen | 02/02/2015 | Deceased | Female | Not Hispanic or Latino | White | | LIBRARY CIRC. CLERK |
| Sgobba, John S. | 06/10/2002 | Active | Male | Not Hispanic or Latino | White | | LABORER |
| Shankle, Leslie | 03/01/1999 | Active | Female | Not Hispanic or Latino | White | | POLICE SERGEANT |
| Shawaluk, Richard W. | 05/01/1998 | Active | Male | Not Hispanic or Latino | White | | MID METRO TIFF |
| Shute, Thomas | 01/20/2004 | Active | Male | Not Hispanic or Latino | White | | Operator front desk |
| Sicuro Jr, Michael N. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | | Director Community Development |
| Skeens, Vivian | 10/01/2012 | Active | Female | Not Hispanic or Latino | White | | POLICE WOMAN |
| Smarto, Matthew | 04/02/2018 | Active | Male | Not Hispanic or Latino | White | | LANDSCAPER |
| Smith, Austyn | 06/01/2017 | Terminated | Female | Not Hispanic or Latino | White | | Camp Fun |
| Smith, Taylor | 06/19/2019 | Active | Female | Not Hispanic or Latino | White | | Camp Fun |
| Sommesi, Danny | 02/21/2014 | Active | Male | Not Hispanic or Latino | White | | LABORER |
| Sorce, Ralph | 06/01/1989 | Active | Male | Not Hispanic or Latino | White | | BLDG. COMMISSIONER |
| Spata, Ronald C | 10/01/2014 | Active | Male | Not Hispanic or Latino | White | | Firefighter |
| Spatafora, Constance | 03/02/2004 | Active | Female | Not Hispanic or Latino | White | | CLERK |
| Spatafora, Nikole | 10/01/2012 | Active | Female | Not Hispanic or Latino | White | | POLICE WOMAN |
| Stenberg, Dave A. | 04/16/1998 | Retired | Male | Not Hispanic or Latino | White | | LABORER |
| Sullo, Giovanni | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | | POLICEMAN |
| Sullo, Marco L | 07/07/2014 | Active | Male | Not Hispanic or Latino | White | | POLICEMAN |
| Taconi, Mary Frances | 05/01/2007 | Active | Female | Not Hispanic or Latino | White | | TRUSTEE |
| Tarallo, Beth Ann | 05/23/2005 | Active | Female | Not Hispanic or Latino | White | | Secretary |
| Thull, Scott | 09/11/1995 | Retired | Male | Not Hispanic or Latino | White | | POLICEMAN |
| Treffens, William P. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | | Police Juvenile Officer |
| Tropea, Giuseppe | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | | FIRE LIEUTENANT |
| Tropea, Salvatore | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | | POLICEMAN |
| Ude, Timothy | 02/16/2005 | Terminated | Male | Not Hispanic or Latino | White | | Firefighter |
| Urso, Frank | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | | FIRE INSPECTOR |
| Urso, Joseph | 05/08/1995 | Active | Male | Not Hispanic or Latino | White | | POLICE LIEUTENANT |
| Vaccaro, Dionisio L. | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | | Firefighter |
| Vandyke, Christopher | 11/07/2002 | Active | Male | Not Hispanic or Latino | White | | Foreman Sewer/Water |
| Vayda, Gregory S | 08/17/2009 | Active | Male | Not Hispanic or Latino | White | | INSPECTOR |
| Venute, Rocco | 03/01/1999 | Retired | Male | Not Hispanic or Latino | White | | POLICEMAN |
| Verde, David J. | 06/01/1999 | Retired | Male | Not Hispanic or Latino | White | | Firefighter |
| Verde, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino | White | | POLICEMAN |
| Wallace, Earl | 10/01/2014 | Active | Male | Not Hispanic or Latino | White | | RECORDS CLERK |
| Wojcik, Ann Marie | 01/04/2013 | Active | Female | Not Hispanic or Latino | White | | LIBRARY ASSISTANT |
| Wrosch, James | 06/01/1987 | Active | Male | Not Hispanic or Latino | White | | Ass't Chief |

| Wrosch, James Nicholas | 10/16/2019 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Wrosch, Jason | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Wurtz, Vincent A | 06/01/2003 | Active | Male | Not Hispanic or Latino | White | Firefighter |

VMP-JJS 004358

| Payroll Name | Start Date 01/01/2020 | Hire Date | Status | Gender | Ethnicity | Race Description | Job Title Description |
|---|---|---|---|---|---|---|---|
| Aguilera, Luis A | | 09/30/2019 | Active | Male | Hispanic or Latino | | LABORER |
| Aguirre, Jose A | | 08/01/2004 | Active | Male | Hispanic or Latino | | Maintenance |
| Aguirre, Sergio | | 05/01/2011 | Active | Male | Hispanic or Latino | | CHAIRMAN |
| Alcala, Raul | | 11/21/2005 | Active | Male | Hispanic or Latino | | Maintenance |
| Anguiano, Jaime | | 03/16/2008 | Active | Male | Hispanic or Latino | | TRUSTEE |
| Anguiano, Lorena | | 08/20/2007 | Active | Female | Hispanic or Latino | | CLERK |
| Arellano, Celia | | 01/02/1990 | Active | Female | Hispanic or Latino | | COMMUNICATIONS SUPV. |
| Arreola, Reyes | | 02/26/2020 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Arreola, Soledad | | 10/11/2019 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Boy, Ruben | | 03/16/2018 | Active | Male | Hispanic or Latino | | Security Special Projects |
| Calleros, Alma | | 12/12/2016 | Terminated | Female | Hispanic or Latino | | CSO OFFICER |
| Casillas, Hector | | 05/23/2019 | Active | Male | Hispanic or Latino | | LABORER |
| Chavez, Felipe I | | 08/05/2016 | Active | Male | Hispanic or Latino | | LANDSCAPER |
| Chavez, Fernando | | 05/07/2008 | Active | Male | Hispanic or Latino | | Fleet Controller II |
| Chavez, Israel | | 07/01/1997 | Active | Male | Hispanic or Latino | | CODE ENFORCE INSP. |
| Cordero-Andrade, Elizabeth | | 02/14/2017 | Active | Female | Hispanic or Latino | | Census Director |
| Davalos, Ernelio | | 03/16/2020 | Active | Male | Hispanic or Latino | | LANDSCAPER |
| Dorantes, Eugenio | | 04/23/2018 | Active | Male | Hispanic or Latino | | Police Tactical |
| Flores III, Luis A | | 10/01/2012 | Active | Male | Hispanic or Latino | | Forman Sewer/Water |
| Flores, Santos | | 05/22/2005 | Active | Male | Hispanic or Latino | | LABORER |
| Fraire-Lopez, Jose | | 08/22/2020 | Active | Male | Hispanic or Latino | | LABORER |
| Garibay, Lourdes | | 04/01/2019 | Active | Female | Hispanic or Latino | | Customer Svc/Reception |
| Godinez, Epigmenio | | 06/23/2016 | Active | Male | Hispanic or Latino | | Maintenance |
| Gonzalez, George | | 10/01/2017 | Active | Male | Hispanic or Latino | | Security Special Projects |
| Gonzalez, Norma | | 05/03/2019 | Active | Female | Hispanic or Latino | | Pace Coordinator |
| Gonzalez, Rudy | | 09/03/2019 | Active | Male | Hispanic or Latino | | S&W LABORER |
| Gutierrez, Eric | | 08/01/2013 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Gutierrez, Rocky | | 05/01/2012 | Active | Male | Hispanic or Latino | | Firefighter |
| Guzman, Andreas | | 07/13/2020 | Active | Male | Hispanic or Latino | | CUSTOMER SERVICE OFFICER |
| Guzman, Eddie | | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICE LIEUTENANT |
| Guzman, Juan F | | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Lomeli, Leticia | | 04/05/2007 | Leave | Female | Hispanic or Latino | | CLERK |
| Lomeli, Ruben | | 06/01/2001 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Lozano, Evegardo B | | 07/11/2016 | Active | Male | Hispanic or Latino | | Forman Landscaping |
| Lozano, Sammuel | | 04/17/2006 | Active | Male | Hispanic or Latino | | Landscaping Laborer |
| Macias, Jesse | | 08/20/2019 | Active | Male | Hispanic or Latino | | Asst Chamber of Commerce |
| Macias, Judith De La Mora | | 02/01/2013 | Active | Female | Hispanic or Latino | | DIR HISPANIC BUS DEV & HIS SENI |
| Maldonado, Salvador | | 05/16/2013 | Active | Male | Hispanic or Latino | | Maintenance |
| Martinez, Estevan | | 03/02/2020 | Terminated | Male | Hispanic or Latino | | Security Special Projects |
| Miglore, Vito | | 01/06/2020 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Montes, Gandolfa | | 10/01/1999 | Active | Female | Hispanic or Latino | | CROSSING GUARD |
| Montoya, Mario | | 01/26/1987 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Montoya, Pedro | | 02/15/2000 | Active | Male | Hispanic or Latino | | YOUTH BRD. MEMBER |
| Mota, Arturo | | 07/07/2014 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Mota, Arturo | | 05/01/2003 | Active | Male | Hispanic or Latino | | TRUSTEE |
| Mota, Arturo | | 05/01/2003 | Active | Male | Hispanic or Latino | | PERSONNEL COMMITTEE |
| Negron, Phillip | | 04/01/2003 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Nicosia, Elisa | | 05/20/2013 | Active | Female | Hispanic or Latino | | PERSONNEL COMMITTEE |
| Ochoa, Gerardo | | 04/20/2013 | Active | Male | Hispanic or Latino | | POLICEMAN |
| Orozco, Eric | | 04/02/2015 | Active | Male | Hispanic or Latino | | CSO OFFICER |
| Orozco, Gloria I | | 07/20/2015 | Active | Female | Hispanic or Latino | | LABORER |
| Orozco, Gloria I | | 05/01/2014 | Active | Female | Hispanic or Latino | | LABORER |
| Ortega, Rigoberto | | 09/18/2000 | Active | Male | Hispanic or Latino | | POLICEMAN |
| | | | | | | | Operator front desk |
| | | | | | | | Machine Operator |

Handwritten annotation: 2020  300 total  5 African Amer

VMP-JJS 004359

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ortiz, Jessica | 07/07/2014 | Active | Female | Hispanic or Latino | | | POLICE WOMAN |
| Perez, Lizet R | 06/06/2005 | Active | Female | Hispanic or Latino | | | ASS'T SUPERVISOR |
| Raflores, Vanessa A | 05/01/2014 | Active | Female | Hispanic or Latino | | | Plning Zning member |
| Recinos, Michael | 04/07/1997 | Retired | Male | Hispanic or Latino | | | POLICEMAN |
| Reyes, Jose L | 04/02/2007 | Active | Male | Hispanic or Latino | | | LABORER |
| Rodriguez, Alfonso | 04/01/2001 | Active | Male | Hispanic or Latino | | | Sergeant |
| Rodriguez, Alyana | 09/01/2016 | Active | Female | Hispanic or Latino | | | CLERK |
| Rodriguez, Bernardino | 09/18/2000 | Active | Male | Hispanic or Latino | | | LABORER |
| Rodriguez, Elizabeth | 05/14/2019 | Active | Female | Hispanic or Latino | | | Sr CSO |
| Rodriguez, Raul | 07/01/1999 | Active | Male | Hispanic or Latino | | | Administrative Division Commander |
| Rojas, Carlos E | 06/01/2006 | Active | Male | Hispanic or Latino | | | HISPANIC COMMUNICATION DIREC |
| Sanchez, Cid | 05/31/2006 | Active | Male | Hispanic or Latino | | | INSPECTOR |
| Sanchez, David | 03/11/2019 | Active | Male | Hispanic or Latino | | | Security Special Projects |
| Sanchez, Jessica | 07/17/2013 | Active | Female | Hispanic or Latino | | | Camp Fun |
| Simental, Leticia | 03/25/2015 | Active | Female | Hispanic or Latino | | | CROSSING GUARD |
| Solis, Mayra | 10/24/2018 | Terminated | Female | Hispanic or Latino | | | CUSTOMER SERVICE OFFICER |
| Soto, Jessica | 03/16/2018 | Active | Female | Hispanic or Latino | | | CLERK |
| Tapia, Carmen | 06/09/1997 | Active | Female | Hispanic or Latino | | | YOUTH BRD. MEMBER |
| Tejeda, Jesus Jr. | 04/01/2005 | Active | Male | Hispanic or Latino | | | POLICEMAN |
| Terrones, Josh | 06/09/2003 | Active | Male | Hispanic or Latino | | | LABORER |
| Terrones, Marlene | 05/19/1998 | Active | Female | Hispanic or Latino | | | DEPUTY REGISTRAR |
| Trujillo, Veronica | 01/05/2006 | Active | Female | Hispanic or Latino | | | Circulation assistant |
| Urrutia, Eliza | 03/19/2001 | Active | Female | Hispanic or Latino | | | RECORDS CLERK |
| Valdivia, Yolanda | 03/04/2019 | Active | Female | Hispanic or Latino | | | RECORDS CLERK |
| Valle, Suleima | 08/01/2016 | Active | Female | Hispanic or Latino | | | CUSTOMER SERVICE OFFICER |
| Vargas, Isidro | 06/23/2003 | Active | Male | Hispanic or Latino | | | Assistant Superintendant |
| Vargas, Martha P. | 06/15/1999 | Active | Female | Hispanic or Latino | | | CLERK |
| Vasquez, Jose | 02/21/2020 | Active | Male | Hispanic or Latino | | | CUSTOMER SERVICE OFFICER |
| Vazquez, Rosita | 12/27/2001 | Active | Female | Hispanic or Latino | | | WATER BILL CLERK |
| Velazquez, Jose | 07/07/2014 | Active | Male | Hispanic or Latino | | | POLICE DETECTIVE |
| Villanueva, Jose | 06/09/1997 | Active | Male | Hispanic or Latino | | | Foreman Street |
| Villegas, Luis | 10/16/1989 | Active | Male | Hispanic or Latino | | | S&W FOREMAN |
| Wojcik, Alexis | 06/05/2019 | Active | Female | Not Hispanic or Latino | | | LIBRARY ASSISTANT |
| Fogg, Chane | 04/01/2005 | Active | Male | Not Hispanic or Latino | Asian | | POLICEMAN |
| Baker, Wilma J | 08/22/2008 | Active | Female | Not Hispanic or Latino | Black or African American | | CROSSING GUARD |
| Gregory, Julia M | 04/19/2007 | Active | Female | Not Hispanic or Latino | Black or African American | | Ass't Reference |
| McGee, Patricia | 04/02/2019 | Active | Female | Not Hispanic or Latino | Black or African American | | CROSSING GUARD |
| Portee Jr., Cecil | 10/09/1989 | Active | Male | Not Hispanic or Latino | Black or African American | | STREET DRIVER LABOR |
| Williams, Carl | 09/16/2008 | Active | Male | Not Hispanic or Latino | Black or African American | | AUXILIARY POLICE |
| Boonma, Burton | 09/16/2017 | Active | Male | Not Hispanic or Latino | Native Hawaiian/Other Pacific Is | Firefighter | |
| Islami, Florim | 09/15/1995 | Active | Male | Not Hispanic or Latino | Two or more races | | FIRE CAPTAIN |
| Morrocco, George | 09/17/2018 | Terminated | Male | Not Hispanic or Latino | Two or more races | | CROSSING GUARD |
| Abruzzo, Anthony | 05/01/2009 | Active | Male | Not Hispanic or Latino | White | | Zoning Liaison |
| Adams, Daniel J. | 05/01/2001 | Active | Male | Not Hispanic or Latino | White | | Building Inspector |
| Aiardo, Aaron | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | | Firefighter |
| Alfano, Maria | 12/06/1982 | Retired | Female | Not Hispanic or Latino | White | | CROSSING GUARD |
| Aliasi, Gilso | 01/16/2003 | Active | Male | Not Hispanic or Latino | White | | LABORER |
| Amabile, John Joseph | 06/01/2015 | Active | Male | Not Hispanic or Latino | White | | Police Tactical |
| Andersen, Eric | 08/01/2006 | Active | Male | Not Hispanic or Latino | White | | Firefighter |
| Anzaldi, Robert S | 10/01/2013 | Active | Male | Not Hispanic or Latino | White | | POLICE DETECTIVE |
| Barone, Anthony M. | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | | Firefighter |
| Barone, Michael | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | | Firefighter |
| Bartemio, Leonard J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | | Police Tactical |
| Bazbaz, Isaac | 10/01/2018 | Active | Male | Not Hispanic or Latino | White | | Chamber of Commerce |

| Name | Date | Status | Gender | Ethnicity | Race | Position |
|---|---|---|---|---|---|---|
| Beltrame, Michael | 09/01/1999 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Beltrame, Richard | 08/01/1981 | Active | Male | Not Hispanic or Latino | White | FIRE DEPT. CHIEF |
| Bianchi, William | 03/17/2011 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Bond, Shawn R. | 09/01/2001 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Brandon, Charles | 03/01/2013 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Cacciatore, Eugene J. | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Caira, Peter | 12/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Celania, Robert | 03/01/2016 | Active | Male | Not Hispanic or Latino | White | Special Assistant to Police Chief |
| Celeto, Joseph | 09/21/2016 | Active | Male | Not Hispanic or Latino | White | Computer Technician |
| Camaci, Giovanni | 01/18/2016 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Campo, Joseph | 02/16/2005 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Campanelli, Frank J | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Campanelli, William | 07/01/2012 | Active | Male | Not Hispanic or Latino | White | Ass't Chief |
| Campo, Marco | 12/05/2016 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Capece, Francesco | 07/01/2012 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Cappello III, Joseph | 12/11/2016 | Deceased | Male | Not Hispanic or Latino | White | AUXILARY POLICE |
| Capra, Carl J | 09/01/2003 | Active | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Caputo, Michael A. | 09/01/1997 | Active | Male | Not Hispanic or Latino | White | CHAIRMAN |
| Carey, Brian W | 09/01/2003 | Active | Male | Not Hispanic or Latino | White | PROSECUTOR |
| Carpanzano, Frank A | 09/02/2008 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Carpanzano, Michael | 01/16/1992 | Active | Male | Not Hispanic or Latino | White | S&W SUPERINTEND |
| Carpanzano, Michael S | 09/08/2016 | Active | Male | Not Hispanic or Latino | White | S&W LABORER |
| Carpanzano, Tea | 09/19/2013 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Carparelli, Dominic Joseph | 09/02/2014 | Active | Male | Not Hispanic or Latino | White | SUMMER STREET DEPT. |
| Casale, Robert | 09/01/2016 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Castali, Arianna | 09/06/2016 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Castellan, Giovanni | 07/11/2016 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Castellan, Michael A. | 07/15/1983 | Active | Male | Not Hispanic or Latino | White | Dir of Licensing and Enforcement |
| Castellan, James | 08/15/1974 | Active | Male | Not Hispanic or Latino | White | Safety Director |
| Cernauske, Jason E | 02/16/2005 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Cerone Jr, John | 03/16/2011 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Cerone, John G. | 09/01/2001 | Active | Male | Not Hispanic or Latino | White | Police Tactical Lieutenant |
| Cesarini, Angelo | 09/17/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Chiappetta, Sam J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Pining Zning member |
| Ciancio, Rosalba | 05/02/2010 | Active | Female | Not Hispanic or Latino | White | LIBRARY PAGE |
| Ciancio, Rose | 01/08/2016 | Active | Female | Not Hispanic or Latino | White | LIBRARY CIRC. CLERK |
| Ciancio, Sam | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Cintra, Antony | 08/01/2015 | Leave | Male | Not Hispanic or Latino | White | PURCHASING DIRECTOR |
| Coco, Edward L. | 08/09/1997 | Active | Male | Not Hispanic or Latino | White | Spec Ass't to Mayor |
| Codull, James J | 07/24/2017 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Cushion, Lawrence A | 02/22/2016 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Cusumano, Anthony | 09/01/2018 | Active | Male | Not Hispanic or Latino | White | Compliance Administrator |
| Cusumano, Danielle | 09/03/2019 | Active | Female | Not Hispanic or Latino | White | RECORDS CLERK |
| Dalitto, Richie R | 09/01/2010 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Damico, Lisa | 04/01/2012 | Active | Female | Not Hispanic or Latino | White | Firefighter |
| Damon, Vaughn S. | 04/05/2007 | Active | Male | Not Hispanic or Latino | White | PROSECUTOR |
| Datoli, Angelo | 09/01/2015 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Decarlo Jr, Michael D | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| DeCarlo, Anthony | 01/18/2016 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| DeCarlo, Joseph | 08/20/2018 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Delpercio, James P. | 02/15/2001 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Demaria, James A. | 05/22/2006 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Devita, Michael | 09/18/2000 | Active | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Devivo, Theresa | 03/11/2019 | Active | Female | Not Hispanic or Latino | White | LABORER |
| Di Fazio, Peggy | 05/27/1997 | Active | Female | Not Hispanic or Latino | White | Security Special Projects |
| | | | | | | DIR. SPEC. EVENTS |

VMP-JJS 004361

| | | | | | | |
|---|---|---|---|---|---|---|
| Difazio, Dominic L | 06/01/2003 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Dimaio, Dino B. | 08/10/1987 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Dindia, Frank Anthony | 05/22/2008 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Dindia, Patricia A. | 03/02/1998 | Active | Female | Not Hispanic or Latino | White | SECRETARY TO THE MAYOR |
| Dindia, Salvatore N | 10/02/2009 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Dote, Carl R | 12/01/2012 | Active | Male | Not Hispanic or Latino | White | DESK |
| Egizio, Angelo B. | 05/01/2007 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Eleuteri, Michael | 10/01/1996 | Active | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Eleuteri, Peter | 08/01/1996 | Active | Male | Not Hispanic or Latino | White | COORDINATOR ECONOMIC DEVEL |
| Esposito, Pasquale | 06/01/1997 | Active | Male | Not Hispanic or Latino | White | Secretary |
| Farmer, Darrell | 08/02/1999 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Fatta, Louis V | 07/01/2014 | Active | Male | Not Hispanic or Latino | White | Director of Security |
| Fazio III, Frank M | 01/07/2019 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Felske, Linda Carol | 08/19/2009 | Active | Female | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Ferolo, George D. | 09/14/2002 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Fiore, Nicholas | 09/16/2017 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Flanagan, Margaret M | 08/18/2005 | Active | Female | Not Hispanic or Latino | White | DIRECTOR LIBRARY |
| Frey, Michael | 07/01/1979 | Active | Male | Not Hispanic or Latino | White | Driver/Laborer |
| Frulla, Richard | 09/16/2017 | Active | Female | Not Hispanic or Latino | White | RiverWoods Security |
| Gagliardo, Michael | 07/16/2018 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Gibbs, Andrew | 08/15/2016 | Active | Male | Not Hispanic or Latino | White | MIS TECH SUPPORT |
| Gibson, Adam G | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Giglio, Frank G | 06/16/2008 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Giovenco, James | 08/01/2013 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Graziani, Lido A. | 07/01/1989 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Greco, Anthony G. | 03/01/1989 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Green, Nicholas G | 01/04/2013 | Active | Male | Not Hispanic or Latino | White | LIBRARY PAGE |
| Greifelt, Kenneth | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Gucciardo, David | 04/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Guzzo, Frank | 09/23/2002 | Active | Male | Not Hispanic or Latino | White | Plnlng Znlng member |
| Harty, Mark | 03/01/2002 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Hilgenberg, David | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Humpf, Stephen F | 06/01/2007 | Active | Male | Not Hispanic or Latino | White | Foreman Street |
| Hutchinson, Alvin G | 10/20/2012 | Terminated | Male | Not Hispanic or Latino | White | Operator front desk |
| Iannelli, Anthony | 11/10/2014 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Iannelli, Armando | 03/10/2003 | Active | Male | Not Hispanic or Latino | White | SUPT. MECH/ELEC |
| Iannelli, Michael | 06/01/2017 | Active | Male | Not Hispanic or Latino | White | CLERK |
| Iannelli, Sabato | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | MECHANIC |
| Iannelli, Sabino | 04/16/2015 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Iosco, Denise | 08/01/1997 | Active | Female | Not Hispanic or Latino | White | TREASURER |
| Jarecki, Brian | 04/01/2001 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Kalnicky, Charles | 06/05/2001 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Karabatsos, James | 09/15/1995 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Kateeb, Hasson | 01/21/2019 | Terminated | Male | Not Hispanic or Latino | White | MINI-BUS DRIVER |
| Kay, Michael | 05/19/2016 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Klugger, Nick M. | 05/01/2002 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Klugger, Richard | 02/01/2018 | Active | Male | Not Hispanic or Latino | White | PLAN BRD MEMBER |
| Klugger, Richard W. | 05/01/2005 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Kohut, Robert W | 10/12/2008 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Korsch, Chris W | 01/09/2006 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Lagioia, Michael | 09/23/2002 | Active | Male | Not Hispanic or Latino | White | ASST. SUPT. S&W |
| LaGioia, Sandra F | 11/17/2014 | Active | Female | Not Hispanic or Latino | White | ACCTS. PAYABLE CLRK |
| LaGioia, Vincent Anthony | 06/02/2014 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Laino, Jojetta | 03/01/1995 | Active | Female | Not Hispanic or Latino | White | SECRETARY TO POLICE CHIEF |

VMP-JJS 004362

| Name | Date | Status | Gender | Ethnicity | Race | Title |
|---|---|---|---|---|---|---|
| LaMontagna, Pat | 05/01/2014 | Active | Male | Not Hispanic or Latino | White | Maintenance |
| Lascola, Orlando | 04/07/1997 | Active | Male | Not Hispanic or Latino | White | Police Juvenile Officer |
| LeGall, Guy | 04/01/2014 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Leverenz, Ted | 12/01/2007 | Deceased | Male | Not Hispanic or Latino | White | Water Shed |
| Lichter, Michael | 05/08/1995 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Lorenzo Jr, Sebastian | 08/28/2007 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Lorenzo, Sebastian | 04/01/2004 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Loresch, Anthony J | 02/23/2004 | Active | Misc | Not Hispanic or Latino | White | Firefighter |
| Lullo, John P | 05/01/2014 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Maggio, Nina | 05/06/2019 | Active | Female | Not Hispanic or Latino | White | POLICE WOMAN |
| Maiello Glueckich, Cynthia | 11/24/1986 | Terminated | Female | Not Hispanic or Latino | White | DIRECTOR LIBRARY |
| Malello, Nunzio | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Manzo, Gennaro | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE DETECTIVE |
| Marchetti, Michael | 05/21/2015 | Active | Male | Not Hispanic or Latino | White | HEALTH INSPECTOR |
| Marella, Lauren | 08/01/2008 | Terminated | Female | Hispanic or Latino | White | LIBRARY ASSISTANT |
| Marella, Nancy | 02/15/1980 | Active | Female | Not Hispanic or Latino | White | SECRETARY BLDG CMSR |
| Marella, Peter | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Marine, Gary M | 06/09/2003 | Active | Male | Not Hispanic or Latino | White | DIR OF PUBLIC WORKS |
| Materese, Frank | 12/01/1999 | Active | Male | Not Hispanic or Latino | White | Youth Supervisor |
| Menolascino, John A | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Merione, Ronald J | 05/16/2013 | Active | Male | Not Hispanic or Latino | White | ASST PROSECUTOR |
| Migliore, Francesco | 01/05/2020 | Active | Male | Not Hispanic or Latino | White | AUXILIARY POLICE |
| Modugno, John | 05/01/2001 | Active | Male | Not Hispanic or Latino | White | YOUTH BRD. MEMBER |
| Montino, Alexia | 05/05/2016 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Montino, Michael | 08/27/2018 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Morella, Aida | 01/14/2019 | Active | Female | Not Hispanic or Latino | White | RECORDS CLERK |
| Morella, Steven | 03/01/1993 | Active | Male | Not Hispanic or Latino | White | Asst Chief |
| Murphy, Frank J | 03/01/2014 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Nardiello, Diana M. | 11/01/2002 | Active | Female | Not Hispanic or Latino | White | Sr. Accounts Payable Clerk |
| Nardiello, Frank | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Nardiello, Theresa | 08/18/2007 | Active | Female | Not Hispanic or Latino | White | Firefighter |
| Natale, Dennis | 01/23/2016 | Active | Male | Not Hispanic or Latino | White | YOUTH COMM. SUPV. |
| Nicholas, Vincent | 03/16/2008 | Terminated | Male | Not Hispanic or Latino | White | POLICEMAN |
| Nicotera, Louis | 10/01/2016 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Nicotera, Louis | 10/01/2016 | Active | Male | Not Hispanic or Latino | White | TRUSTEE |
| Nocita, Phillip J. | 10/01/1998 | Active | Male | Not Hispanic or Latino | White | Planning |
| Nocita, Phillip P | 04/05/2007 | Active | Male | Not Hispanic or Latino | White | Finance Committee |
| Nowicki, Christian | 05/01/2007 | Active | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Olson, Douglas | 09/01/1977 | Active | Male | Not Hispanic or Latino | White | Sergeant |
| Olson, Thomas | 05/01/2019 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Otmaskin, Mark | 03/16/2011 | Active | Male | Not Hispanic or Latino | White | Director fo Strategic Initiatives BusDen |
| Padula, Joseph | 11/01/1987 | Retired | Male | Not Hispanic or Latino | White | YOUTH COMM. SUPV. |
| Palermo, Francesco | 09/16/2007 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Palermo, Mario | 10/01/2004 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Panico III, Louis | 04/01/2011 | Active | Male | Not Hispanic or Latino | White | FIRE CAPTAIN |
| Panico, Joseph | 12/01/2011 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Panunciaman, Nicholas | 06/10/2013 | Active | Male | Not Hispanic or Latino | White | COMPTROLLER |
| Panzani, Joseph | 01/05/2015 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Paolantonio, John J | 05/01/2003 | Active | Male | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Paolantonio, Mary Ann | 05/01/1997 | Active | Female | Not Hispanic or Latino | White | SUMMER STREET DEPT. |
| Pesce, Steve | 01/09/2006 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Piemonte, Christine | 11/03/2014 | Active | Female | Not Hispanic or Latino | White | Maintenance |
| Piemonte, Joey | 08/01/2020 | Active | Male | Not Hispanic or Latino | White | Village Clerk |
| | | | | | | Police Tactical SGT |
| | | | | | | Director of Human Resources |
| | | | | | | Security Special Projects |

VMP-JJS 004363

| | | | | | | |
|---|---|---|---|---|---|---|
| Pieranunzi, Frank | 05/16/2015 | Active | Male | Not Hispanic or Latino | White | SPECIAL PROJECTS |
| Pilati, Dominic R. | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Pitassi, Sam | 07/01/1974 | Active | Male | Not Hispanic or Latino | White | POLICE DEPT. CHIEF |
| Pitassi, Sam J | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Pones Jr., Anthony | 11/15/1974 | Leave | Male | Not Hispanic or Latino | White | INSPECTOR |
| Pope, Frank | 08/11/1997 | Active | Male | Not Hispanic or Latino | White | PL To Brd Trustees |
| Pope, Frank John | 06/01/2009 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Posner, Justin | 08/01/2014 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Potamianos, William G. | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Powers, Donna M | 08/01/2008 | Active | Female | Not Hispanic or Latino | White | Asst. Deputy Director |
| Prignano, Anthony J. | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | TRUSTEE |
| Prignano, Anthony J. | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | PERSONNEL COMMITTEE |
| Prignano, Anthony J. | 08/01/2002 | Active | Male | Not Hispanic or Latino | White | Zoning Liaison |
| Principe, James G. | 08/25/1997 | Terminated | Male | Not Hispanic or Latino | White | IT Director |
| Pulkownik, Charles | 10/16/2019 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Pulkownik, Pete | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Raffaelli, Angelina | 06/06/2016 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Raffaelli, Anthony | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Raffaelli, Claudia | 03/02/2009 | Active | Female | Not Hispanic or Latino | White | CODE ENFORCEMENT SEC |
| Ranieri, Barbara | 05/01/1993 | Terminated | Female | Not Hispanic or Latino | White | CODE ENFORCEMENT SEC |
| Ranieri, Luigi B | 05/01/2007 | Active | Male | Not Hispanic or Latino | White | Fleet Controller I |
| Rauzi, Mark J | 08/25/2009 | Active | Male | Not Hispanic or Latino | White | FIRE POLICE COMMISSIONER |
| Ricciardi, Aldo | 03/03/2016 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Rich, Bill | 04/04/1987 | Active | Male | Not Hispanic or Latino | White | CIVIC CENTER MAINT. |
| Richter, Daniel | 02/01/2008 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Rieger, Mark | 07/07/1997 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Rogowski, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino | White | PD Deputy Chief |
| Rosa, Joseph P | 02/03/2005 | Active | Male | Not Hispanic or Latino | White | Operator Senior Building |
| Rossi, Paul | 01/05/2018 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Sabatino, Anthony | 07/01/2003 | Active | Male | Not Hispanic or Latino | White | INSPECTOR |
| Saether, Terry N | 05/01/2012 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Sansone, Dominique | 06/17/2013 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Sansone, Dominique | 06/17/2013 | Active | Female | Not Hispanic or Latino | White | LIBRARY CIRC. CLERK |
| Sarni, Wesley | 07/07/2014 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Saviozzi, Stefano | 03/01/2002 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Scanlo, Salvatore | 09/15/1995 | Retired | Male | Not Hispanic or Latino | White | Ass't Chief |
| Scarpelli, Giuseppe A | 07/01/2013 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Schiller, James | 07/11/2016 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Schillinger, John E. | 03/01/1999 | Active | Male | Not Hispanic or Latino | White | POLICE SERGEANT |
| Schwartz, Philip | 10/15/1992 | Active | Male | Not Hispanic or Latino | White | COMMUN. ANALYST |
| Schwartz, Philip | 10/15/1992 | Active | Male | Not Hispanic or Latino | White | DIRECTOR ESPS |
| Schwartz, Stephanie | 06/01/1991 | Active | Female | Not Hispanic or Latino | White | ADMINISTRATION ESPS |
| Scudiero, Alex A | 01/21/2004 | Active | Male | Not Hispanic or Latino | White | POLICE DEPT MIS MANAGER |
| Scudiero, Anthony | 05/01/2005 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Scudiero, Frank | 09/15/1995 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Scudiero, Micayla | 06/01/2017 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Scudiero, Michael J. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Sepe, Frank M | 02/01/2007 | Active | Male | Not Hispanic or Latino | White | CODE ENFORCE INSP. |
| Serpico, Dina | 09/26/2016 | Active | Female | Not Hispanic or Latino | White | Human Resources Assistant |
| Serpico, Michael V. | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | FIRE INSPECTOR |
| Serpico, Raffaele J | 06/16/2016 | Active | Male | Not Hispanic or Latino | White | SUMMER CIVIC CENTER |
| Serpico, Ralph | 02/16/2018 | Active | Male | Not Hispanic or Latino | White | RiverWoods Security |
| Serpico, Ralph J | 01/06/2016 | Active | Male | Not Hispanic or Latino | White | Security Special Projects |
| Serpico, Ronald | 05/01/1997 | Active | Male | Not Hispanic or Latino | White | MAYOR |

VMP-JJS 004364

| Name | Date | Status | Sex | Ethnicity | Race | Title |
|---|---|---|---|---|---|---|
| Serpico, Ronald | 05/01/1997 | Active | Male | Not Hispanic or Latino | White | LIQUOR COMMISSIONER |
| Serpico, Terry | 10/01/1988 | Active | Male | Not Hispanic or Latino | White | Civic Center Manager |
| Severino, Helen | 02/02/2015 | Deceased | Female | Not Hispanic or Latino | White | LIBRARY CIRC. CLERK |
| Sgobba, John S. | 06/10/2002 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Shankle, Leslie | 03/01/1999 | Active | Female | Not Hispanic or Latino | White | POLICE SERGEANT |
| Shawaluk, Richard W. | 05/01/1998 | Active | Male | Not Hispanic or Latino | White | MID METRO TIFF |
| Shute, Thomas | 01/20/2004 | Active | Male | Not Hispanic or Latino | White | Operator front desk |
| Sicuro Jr, Michael N. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Director Community Development |
| Skeens, Vivian | 10/01/2012 | Active | Female | Not Hispanic or Latino | White | POLICE WOMAN |
| Smarto, Matthew | 04/02/2018 | Active | Male | Not Hispanic or Latino | White | LANDSCAPER |
| Smith, Taylor | 06/19/2019 | Active | Female | Not Hispanic or Latino | White | Camp Fun |
| Smyth, Michael A. | 10/01/1999 | Retired | Male | Not Hispanic or Latino | White | POLICEMAN |
| Sommesi, Danny | 02/21/2014 | Active | Male | Not Hispanic or Latino | White | LABORER |
| Sorce, Ralph | 06/01/1989 | Active | Male | Not Hispanic or Latino | White | BLDG. COMMISSIONER |
| Spata, Ronald C | 10/01/2014 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Spatafora, Constance | 03/02/2004 | Active | Female | Not Hispanic or Latino | White | CLERK |
| Spatafora, Nikole | 10/01/2012 | Active | Female | Not Hispanic or Latino | White | POLICE WOMAN |
| Sullo, Giovanni | 10/01/2012 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Sullo, Marco L | 07/07/2014 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Taconi, Mary Frances | 05/01/2007 | Active | Female | Not Hispanic or Latino | White | TRUSTEE |
| Taconi, Mary Frances | 05/01/2007 | Active | Female | Not Hispanic or Latino | White | PERSONNEL COMMITTEE |
| Taconi, Mary Frances | 05/01/2007 | Active | Female | Not Hispanic or Latino | White | Senior Citizen Hsing |
| Tarallo, Beth Ann | 05/23/2005 | Active | Female | Not Hispanic or Latino | White | Secretary |
| Treffens, William P. | 04/01/2003 | Active | Male | Not Hispanic or Latino | White | Police Juvenile Officer |
| Tropea, Giuseppe | 03/01/2003 | Active | Male | Not Hispanic or Latino | White | FIRE LIEUTENANT |
| Tropea, Salvatore | 04/01/2005 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Urso, Frank | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Urso, Frank | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | FIRE INSPECTOR |
| Urso, Joseph | 05/08/1985 | Active | Male | Not Hispanic or Latino | White | POLICE LIEUTENANT |
| Vaccaro, Dionisio L. | 02/01/2000 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Vandyke, Christopher | 11/07/2002 | Active | Male | Not Hispanic or Latino | White | Foreman Sewer/Water |
| Vayda, Gregory S | 08/17/2009 | Active | Male | Not Hispanic or Latino | White | INSPECTOR |
| Venute, Rocco | 03/01/1999 | Retired | Male | Not Hispanic or Latino | White | POLICEMAN |
| Verde, David J. | 06/01/1999 | Retired | Male | Not Hispanic or Latino | White | Firefighter |
| Verde, Steven | 03/01/1997 | Active | Male | Not Hispanic or Latino | White | POLICEMAN |
| Wallace, Earl | 10/01/2014 | Active | Male | Not Hispanic or Latino | White | RECORDS CLERK |
| Wojcik, Ann Marie | 01/04/2013 | Active | Female | Not Hispanic or Latino | White | LIBRARY ASSISTANT |
| Wrosch, James | 06/01/1987 | Active | Male | Not Hispanic or Latino | White | Ass't Chief |
| Wrosch, James Nicholas | 10/16/2019 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Wrosch, Jason | 06/01/1999 | Active | Male | Not Hispanic or Latino | White | Firefighter |
| Wurtz, Vincent A | 06/01/2003 | Active | Male | Not Hispanic or Latino | White | Firefighter |

VMP-JJS 004365

| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LAST NAME | FIRST NAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W009914 | 08/10/2015 | Abella | Carmelo | | Male | Not Hispanic or Latino | White | Craft Workers | ASST. SUPT. S&W | | Yes | EEO Establishment |
| D6W | D6W009916 | 11/16/2015 | Acey | Kenneth | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000957 | 07/31/2015 | Adams | Daniel J. | | Male | Not Hispanic or Latino | White | Administrative Support Workers | Zenith Opus Com.Jobs Liason | | Yes | EEO Establishment |
| D6W | D6W000335 | 10/01/2014 | Adams | Robert | | Male | Not Hispanic or Latino | White | | | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000054 | 08/10/2015 | Aguirre | Jose A | | Male | Hispanic or Latino | | Service Workers | Maintenance | | Yes | EEO Establishment |
| D6W | D6W000059 | 08/10/2015 | Alardo | Aaron | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000051 | 08/10/2015 | Alcala | Raul | | Male | Hispanic or Latino | | Service Workers | Maintenance | | Yes | EEO Establishment |
| D6W | D6W009925 | 07/31/2015 | Alfano | Maria | | Female | Not Hispanic or Latino | White | Service Workers | CROSSING GUARD | | Yes | EEO Establishment |
| D6W | D6W000085 | 08/10/2015 | Aliasi | Gliso | | Male | Not Hispanic or Latino | White | Service Workers | ASST FOREMAN | | Yes | EEO Establishment |
| D6W | D6W000301 | 06/06/2016 | Alibhai | Michael | | Male | Not Hispanic or Latino | White | Laborers and Helpers | SUMMER HELP DEPT. | | Yes | EEO Establishment |
| D6W | D6W000321 | 10/07/2016 | Alsouri | Ibrahim | | Male | Not Hispanic or Latino | Two or more races | Service Workers | CROSSING GUARD | | Yes | EEO Establishment |
| D6W | D6W009934 | 08/10/2015 | Amabile | John | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | CODE ENFORCE INSP. | | Yes | EEO Establishment |
| D6W | D6W000107 | 09/17/2015 | Amabile | John Joseph | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000068 | 08/10/2015 | Andersen | Eric | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000069 | 05/16/2016 | Angulano | Juana | | Female | Hispanic or Latino | | Administrative Support Workers | Youth Commission | | Yes | EEO Establishment |
| D6W | D6W000081 | 05/16/2016 | Angulano | Lorena | | Female | Hispanic or Latino | | Administrative Support Workers | CLERK | | Yes | EEO Establishment |
| D6W | D6W000078 | 07/31/2015 | Angulano | San J | | Female | Hispanic or Latino | | Administrative Support Workers | Hispanic Liaison | | Yes | EEO Establishment |
| D6W | D6W000077 | 07/31/2015 | Anzaldi | Robert S | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000066 | 09/17/2015 | Anzaldi Sr | Robert | | Male | Not Hispanic or Latino | White | Administrative Support Workers | TRAFFIC ENFORCEMENTADMINISTRATOR | | Yes | EEO Establishment |
| D6W | D6W009962 | 08/10/2015 | Aponte | Miguel | | Male | Hispanic or Latino | | Craft Workers | S&W FOREMAN | | Yes | EEO Establishment |
| D6W | D6W009976 | 09/17/2015 | Arellano | Celia | | Female | Hispanic or Latino | | Administrative Support Workers | COMMUNICATIONS SUPV. | | Yes | EEO Establishment |
| D6W | D6W000080 | 07/31/2015 | Arevalos | Gabriel | | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W000295 | 04/19/2016 | Ayala-Flores | Jynette | | Female | Hispanic or Latino | | Administrative Support Workers | Operator front desk | | Yes | EEO Establishment |
| D6W | D6W000249 | 10/01/2014 | BELLE | RONALD A | | Male | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W000338 | 12/11/2014 | Balla | Gail P. | | Female | Not Hispanic or Latino | White | | | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000127 | 07/31/2015 | Baker | Wilma J | | Female | Not Hispanic or Latino | Black or African American | Service Workers | CROSSING GUARD | | Yes | EEO Establishment |
| D6W | D6W000126 | 08/10/2015 | Barone | Anthony M. | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000123 | 08/10/2015 | Barone | Michael | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000124 | 07/31/2015 | Barone | Nello | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000133 | 07/31/2015 | Bartemio | Leonard J. | | Male | Not Hispanic or Latino | White | Service Workers | POLICE DETECTIVE | | Yes | EEO Establishment |
| D6W | D6W000141 | 07/31/2015 | Battaglia | Richard | | Male | Not Hispanic or Latino | White | Administrative Support Workers | Ass't Dir Community Development | | Yes | EEO Establishment |
| D6W | D6W000121 | 09/17/2015 | Battisto | John | | Male | Not Hispanic or Latino | White | Craft Workers | S&W DRIVER LABORER | | Yes | EEO Establishment |
| D6W | D6W000160 | 08/10/2015 | Beltrame | Michael | | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | Yes | EEO Establishment |
| D6W | D6W000058 | 03/02/2016 | Beltrame | Richard | | Male | Not Hispanic or Latino | White | | FIRE DEPT. CHIEF | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000114 | 07/11/2016 | Bianchi | William | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |

VMP-JJS 004166



| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LAST NAME | FIRST NAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W000989 | 07/31/2015 | Bianco | Kimberly | | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY PAGE | | Yes | EEO Establishment |
| D6W | D6W000230 | 08/10/2015 | Blumberg | Steve | | Male | Not Hispanic or Latino | White | Laborers and Helpers | S&W LABORER | | Yes | EEO Establishment |
| D6W | D6W000241 | 08/10/2015 | Bond | Shawn R. | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000244 | 05/05/2016 | Barrego Jr. | David A | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000293 | 03/01/2016 | Bucio | Ericka | | Female | Hispanic or Latino | | | INSTRUCTOR | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000349 | 07/31/2015 | Cacciatore | Eugene J. | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000327 | 12/02/2016 | Caira | Peter | | Male | Not Hispanic or Latino | White | | Special Assistant to Police Chief | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W002673 | 09/17/2015 | Calabria | Robert | | Male | Not Hispanic or Latino | White | Technicians | Computer Technician | | Yes | EEO Establishment |
| D6W | D6W000120 | 07/05/2016 | Camaci | Giovanni | | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W000093 | 08/10/2015 | Camaci | Salvatore | | Male | Not Hispanic or Latino | White | Service Workers | Landscaping Laborer | | Yes | EEO Establishment |
| D6W | D6W000417 | 08/10/2015 | Campanelli | Frank J | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000415 | 08/10/2015 | Campanelli | William | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Ass't Chief | | Yes | EEO Establishment |
| D6W | D6W000389 | 08/10/2015 | Campo | Marco | | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | Yes | EEO Establishment |
| D6W | D6W000419 | 08/10/2015 | Cannici | John P. | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000326 | 12/05/2016 | Capece | Francesco | | Male | Not Hispanic or Latino | White | | LABORER . | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000328 | 12/11/2016 | Cappello III | Joseph | | Male | Not Hispanic or Latino | White | | AUXILIARY POLICE | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000433 | 02/01/2016 | Cepra | Carl J | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | CODE ENFORCE INSP. | | Yes | EEO Establishment |
| D6W | D6W000453 | 07/31/2015 | Carey | Brian W | | Male | Not Hispanic or Latino | White | Professionals | PROSECUTOR | | Yes | EEO Establishment |
| D6W | D6W000356 | 07/11/2015 | Carlini | Michael J | | Male | Not Hispanic or Latino | White | | | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000481 | 08/10/2015 | Carpanzano | Frank A | | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W000438 | 08/10/2015 | Carpanzano | Michael | | Male | Not Hispanic or Latino | White | Craft Workers | S&W SUPERTINTEND | | Yes | EEO Establishment |
| D6W | D6W000307 | 06/06/2016 | Carpanzano | Michael S | | Male | Not Hispanic or Latino | White | Laborers and Helpers | SUMMER HELP | | Yes | EEO Establishment |
| D6W | D6W000076 | 06/06/2016 | Carparelli | Dominic Joseph | | Male | Not Hispanic or Latino | White | Laborers and Helpers | SUMMER HELP | | Yes | EEO Establishment |
| D6W | D6W000472 | 08/10/2015 | Casale | Robert | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000320 | 12/12/2016 | Casillas | Hector | | Male | Hispanic or Latino | | | LABORER | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000322 | 10/17/2016 | Casillas | Sally | | Female | Hispanic or Latino | | Administrative Support Workers | Receptionist | | Yes | EEO Establishment |
| D6W | D6W000304 | 06/06/2016 | Castellan | Arianna | | Female | Not Hispanic or Latino | White | Administrative Support Workers | Camp Fun | | Yes | EEO Establishment |
| D6W | D6W000311 | 07/11/2016 | Castellan | Giovanni | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000486 | 07/31/2015 | Castellan | Michael A. | | Male | Not Hispanic or Latino | White | Service Workers | PD Deputy Chief | | Yes | EEO Establishment |
| D6W | D6W000112 | 09/01/2016 | Castro | Carlos | | Male | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | Yes | EEO Establishment |
| D6W | D6W000113 | 09/01/2015 | Castro | Claudia | | Female | Hispanic or Latino | | Administrative Support Workers | Pining Zning member | | Yes | EEO Establishment |
| D6W | D6W000490 | 07/31/2015 | Cemauske | James | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Safety Director | | Yes | EEO Establishment |
| D6W | D6W000489 | 08/10/2015 | Cemauske | Jasoa E | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000528 | 08/10/2015 | Cervone Jr | John | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000529 | 08/10/2015 | Cesarini | Angelo | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter . | | Yes | EEO Establishment |
| D6W | D6W000302 | 06/06/2016 | Chavez | Felipe I | | Male | Hispanic or Latino | | Laborers and Helpers | SUMMER STREET DEPT. | | Yes | EEO Establishment |

VMP-JJS 004167

| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LAST NAME | FIRST NAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W000571 | 01/15/2016 | Chavez | Fernando | | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W000534 | 02/01/2016 | Chavez | Israel | | Male | Hispanic or Latino | | First/Mid-Level Officials and Managers | CODE ENFORCE INSP. | | Yes | EEO Establishment |
| D6W | D6W000547 | 11/30/2016 | Chiappetta | Sam J. | | Male | Not Hispanic or Latino | White | | POLICE SERGEANT | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000539 | 07/31/2015 | Ciancio | Rosalba | | Female | Not Hispanic or Latino | White | Administrative Support Workers | COMPUTER CENTER | | Yes | EEO Establishment |
| D6W | D6W000119 | 01/07/2016 | Ciancio | Rose | | Female | Not Hispanic or Latino | White | | LIBRARY CIRC. CLERK | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W009562 | 08/10/2015 | Ciancio | Sam | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000103 | 09/16/2016 | Cimino | Anthony | | Male | Not Hispanic or Latino | White | Administrative Support Workers | Operator front desk | | Yes | EEO Establishment |
| D6W | D6W000618 | 08/10/2015 | Coca | Edward L. | | Male | Not Hispanic or Latino | White | Administrative Support Workers | YOUTH COMM. SUPV. | | Yes | EEO Establishment |
| D6W | D6W000105 | 08/06/2016 | Cozzi | Joseph | | Male | Not Hispanic or Latino | White | | SUMMER STREET DEPT. | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000203 | 09/16/2016 | Cushion | Lawrence A | | Male | Not Hispanic or Latino | White | Laborers and Helpers | Maintenance | | Yes | EEO Establishment |
| D6W | D6W000154 | 05/10/2011 | Custardo | Maryann | | Female | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W000680 | 08/10/2015 | Cusumano | Charles F | | Male | Not Hispanic or Latino | White | Service Workers | Maintenance | | Yes | EEO Establishment |
| D6W | D6W000172 | 10/01/2014 | DANIEL | DOUGHERTY | | Male | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W000341 | 10/01/2014 | DE ANGELIS | RAYMOND | | Male | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W000390 | 10/01/2014 | DE BIASIO | ANGELO | | Male | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W000777 | 08/10/2015 | Dalito | Richie R | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000719 | 07/31/2015 | Damico | Lisa | | Female | Not Hispanic or Latino | White | Professionals | PROSECUTOR | | Yes | EEO Establishment |
| D6W | D6W009073 | 07/31/2015 | Damron | Vaughn G. | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000115 | 09/01/2015 | Datoli | Angelo | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000738 | 08/07/2015 | Datoli II | Anthony J. | | Male | Not Hispanic or Latino | White | | POLICEMAN | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000122 | 01/19/2016 | DeCarlo | Anthony | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000308 | 06/20/2016 | DeCarlo | Joseph | | Male | Not Hispanic or Latino | White | Service Workers | AUXILIARY POLICE | | Yes | EEO Establishment |
| D6W | D6W000343 | 10/01/2014 | Decarlo | Michael | | Male | Not Hispanic or Latino | White | | | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000748 | 07/31/2015 | Decarlo Jr | Michael D | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000737 | 07/31/2015 | DeJulus | Alex | | Male | Not Hispanic or Latino | White | Administrative Support Workers | COMMUNITY JOBS LIAISON | | Yes | EEO Establishment |
| D6W | D6W000756 | 08/10/2015 | Delperdo | James P. | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W099752 | 08/10/2015 | Demarie | James A. | | Male | Not Hispanic or Latino | White | Service Workers | Landscaping Laborer | | Yes | EEO Establishment |
| D6W | D6W000795 | 09/21/2016 | Devita | Michael | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | DIRECTOR OF SEASONAL OPERATIONS | | Yes | EEO Establishment |
| D6W | D6W000811 | 11/02/2016 | Di Fazio | Peggy | | Female | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | DIR. SPEC. EVENTS | | Yes | EEO Establishment |
| D6W | D6W000812 | 02/01/2016 | Di Fazio | Victor | | Male | Not Hispanic or Latino | White | | River/Woods Security | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000970 | 07/31/2015 | Diaz | Marisela | | Female | Hispanic or Latino | | Administrative Support Workers | Receptionist | | Yes | EEO Establishment |

| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LAST NAME | FIRST NAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W000827 | 08/10/2015 | Difazio | Dominic L | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000808 | 08/10/2015 | Digenova | Vincenzo | | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | Yes | EEO Establishment |
| D6W | D6W000615 | 07/31/2015 | Dimalo | Dino B. | | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | Yes | EEO Establishment |
| D6W | D6W000821 | 02/16/2016 | Dindia | Frank Anthony | | Male | Not Hispanic or Latino | White | Laborers and Helpers | Maintenance | | Yes | EEO Establishment |
| D6W | D6W000820 | 07/31/2015 | Dindia | Patricia A. | | Female | Not Hispanic or Latino | White | Administrative Support Workers | SECRETARY TO THE MAYOR | | Yes | EEO Establishment |
| D6W | D6W000823 | 08/10/2015 | Dindia | Salvatore N | | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | Yes | EEO Establishment |
| D6W | D6W000313 | 07/31/2016 | Dollar | Alyssa | | Female | Not Hispanic or Latino | White | Service Workers | POLICE WOMAN | | Yes | EEO Establishment |
| D6W | D6W000824 | 08/10/2015 | Dote | Carl R | | Male | Not Hispanic or Latino | White | Administrative Support Workers | DESK | | Yes | EEO Establishment |
| D6W | D6W099827 | 01/01/2016 | Egizio | Angelo B. | | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W000825 | 08/10/2015 | Egizio | Angelo R. | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | INSPECTOR | | Yes | EEO Establishment |
| D6W | D6W000864 | 08/10/2015 | Efeuteri | Michael | | Male | Not Hispanic or Latino | White | Service Workers | STREET DRIVER LABOR | | Yes | EEO Establishment |
| D6W | D6W000863 | 07/31/2015 | Eleuteri | Peter | | Male | Not Hispanic or Latino | White | Administrative Support Workers | COORDINATOR ECONOMIC DEVELOPMENT | | Yes | EEO Establishment |
| D6W | D6W009872 | 07/31/2015 | Espinosa | Gil-Vincent | | Male | Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000865 | 07/05/2016 | Esposito | Pasquale | | Male | Not Hispanic or Latino | White | Administrative Support Workers | Secretary | | Yes | EEO Establishment |
| D6W | D6W000890 | 07/31/2015 | Farmer | Darrell | | Male | Not Hispanic or Latino | White | Service Workers | AUXILIARY POLICE | | Yes | EEO Establishment |
| D6W | D6W000927 | 08/10/2015 | Farmer | Tony | | Male | Not Hispanic or Latino | White | Service Workers | Security Special Projects | | Yes | EEO Establishment |
| D6W | D6W000067 | 07/31/2015 | Fatta | Louis V | | Male | Not Hispanic or Latino | White | Service Workers | Director of Security | | Yes | EEO Establishment |
| D6W | D6W000897 | 07/31/2015 | Felske | Linda Carol | | Female | Not Hispanic or Latino | White | Administrative Support Workers | COMPUTER CENTER | | Yes | EEO Establishment |
| D6W | D6W000921 | 07/31/2015 | Feroto | George D. | | Male | Not Hispanic or Latino | White | Service Workers | AUXILIARY POLICE | | Yes | EEO Establishment |
| D6W | D6W000949 | 08/10/2015 | Figueroa | Anthony | | Male | Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000057 | 08/10/2015 | Figueroa | George | | Male | Hispanic or Latino | White | Service Workers | Security Special Projects | | Yes | EEO Establishment |
| D6W | D6W000958 | 08/10/2015 | Fioccola | Pasquale | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000874 | 08/21/2016 | Flanagan | Margaret M | | Female | Not Hispanic or Latino | White | Professionals | Head Of Reference | | Yes | EEO Establishment |
| D6W | D6W000966 | 08/10/2015 | Flores | Santos | | Male | Not Hispanic or Latino | White | Craft Workers | Foreman Sewer/Water | | Yes | EEO Establishment |
| D6W | D6W099976 | 07/31/2015 | Flores III | Luis A | | Male | Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000972 | 07/31/2015 | Fogg | Chane | | Male | Not Hispanic or Latino | Asian | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000964 | 08/10/2015 | Frey | Michael | | Male | Not Hispanic or Latino | White | Service Workers | Driver/Laborer | | Yes | EEO Establishment |
| D6W | D6W000234 | 08/15/2016 | Gibbs | Andrew | | Male | Not Hispanic or Latino | White | Technicians | MIS TECH SUPPORT | | Yes | EEO Establishment |
| D6W | D6W000992 | 07/31/2015 | Gibson | Adam G | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000999 | 08/10/2015 | Giglio | Frank G | | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | Yes | EEO Establishment |
| D6W | D6W001007 | 09/21/2015 | Giordano | Barbara | | Female | Not Hispanic or Latino | White | Professionals | DIRECTOR LIBRARY | | Yes | EEO Establishment |
| D6W | D6W001070 | 02/16/2016 | Giovenco | James | | Male | Not Hispanic or Latino | White | Administrative Support Workers | Operator front desk | | Yes | EEO Establishment |
| D6W | D6W001009 | 08/10/2015 | Giuffre | John | | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | Yes | EEO Establishment |
| D6W | D6W000299 | 05/23/2016 | Godinez | Epigmenio | | Male | Hispanic or Latino | | Service Workers | LANDSCAPER | | Yes | EEO Establishment |
| D6W | D6W001029 | 07/31/2015 | Graziani | Lido A. | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001094 | 07/31/2015 | Graziano | Salvador | | Male | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY PAGE | | Yes | EEO Establishment |
| D6W | D6W001033 | 07/31/2015 | Greco | Anthony G. | | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | Yes | EEO Establishment |
| D6W | D6W000834 | 07/31/2015 | Green | Nicholas G | | Male | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY PAGE | | Yes | EEO Establishment |

VMP-JJS 004169

| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LAST NAME | FIRST NAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W001071 | 08/21/2015 | Gregory | Julia M | | Female | Not Hispanic or Latino | Black or African American | Professionals | Ass't Reference | | Yes | EEO Establishment |
| D6W | D6W001035 | 08/10/2015 | Greifelt | Kenneth | | Male | Not Hispanic or Latino | White | Professionals | FIRE CAPTAIN | | Yes | EEO Establishment |
| D6W | D6W001074 | 07/31/2015 | Gucciardo | David | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000052 | 06/08/2016 | Gufino | Nicole Anne | | Female | Not Hispanic or Latino | White | Service Workers | Camp Fun | | Yes | EEO Establishment |
| D6W | D6W000104 | 07/31/2015 | Gutierrez | Eric | | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000082 | 09/01/2014 | Gutierrez | Leticia A | | Female | Hispanic or Latino | | First/Mid-Level Officials and Managers | HISPANIC COMMUNICATION DIRECTOR | | Yes | EEO Establishment |
| D6W | D6W091089 | 08/10/2015 | Gutierrez | Rocky | | Male | Hispanic or Latino | | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W001087 | 07/31/2015 | Guzman | Eddie | | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001055 | 07/31/2015 | Guzman | Juan F | | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001086 | 07/31/2015 | Gvisi | Brian | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001052 | 07/31/2015 | Han | Jong Yoon | | Male | Not Hispanic or Latino | Asian | Professionals | INSTRUCTOR | | Yes | EEO Establishment |
| D6W | D6W001061 | 07/31/2015 | Hart | Cynthia L | | Female | Not Hispanic or Latino | Black or African American | Service Workers | CROSSING GUARD | | Yes | EEO Establishment |
| D6W | D6W001068 | 08/10/2015 | Harty | Mark | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W001093 | 07/31/2015 | Hilgenberg | David | | Male | Not Hispanic or Latino | White | Service Workers | POLICE DETECTIVE | | Yes | EEO Establishment |
| D6W | D6W000085 | 07/31/2015 | Hopkins | Rose | | Female | Not Hispanic or Latino | White | Laborers and Helpers | Youth Service Ass't | | Yes | EEO Establishment |
| D6W | D6W001099 | 08/01/2016 | Humpf | Stephen F | | Male | Not Hispanic or Latino | White | Laborers and Helpers | Foreman Street | | Yes | EEO Establishment |
| D6W | D6W001129 | 07/31/2015 | Hutchinson | Alvin G | | Male | Not Hispanic or Latino | White | Administrative Support Workers | Operator front desk | | Yes | EEO Establishment |
| D6W | D6W000204 | 10/01/2014 | IOSCO | VITO M. | | Male | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W000085 | 08/10/2015 | Iannelli | Anthony | | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W001127 | 08/10/2015 | Iannelli | Armando | | Male | Not Hispanic or Latino | White | Craft Workers | SUPT. MECH/ELEC | | Yes | EEO Establishment |
| D6W | D6W001130 | 08/10/2015 | Iannelli | Sabato | | Male | Not Hispanic or Latino | White | Craft Workers | MECHANIC | | Yes | EEO Establishment |
| D6W | D6W000100 | 04/01/2016 | Iannelli | Sabino | | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W668668 | 07/31/2015 | Il lenrf | NCPERS Group Life Ins | | Male | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W001145 | 08/10/2015 | Islami | Florim | | Male | Not Hispanic or Latino | Asian | Professionals | FIRE CAPTAIN | | Yes | EEO Establishment |
| D6W | D6W091147 | 07/31/2015 | Jarecki | Brian | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W091211 | 07/31/2015 | Juan | Jeffrey O. | | Male | Hispanic or Latino | | Service Workers | POLICE DETECTIVE | | Yes | EEO Establishment |
| D6W | D6W001171 | 07/31/2015 | Julian | Mary | | Female | Not Hispanic or Latino | White | Administrative Support Workers | SPECIAL PROJECTS | | Yes | EEO Establishment |
| D6W | D6W091210 | 09/07/2016 | Kalnicky | Charles | | Male | Not Hispanic or Latino | White | | LABORER | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W001219 | 07/31/2015 | Karabatsos | Elaine | | Female | Not Hispanic or Latino | White | Administrative Support Workers | TRIP COORDINATOR | | Yes | EEO Establishment |
| D6W | D6W092839 | 08/10/2015 | Karabatsos | James | | Male | Not Hispanic or Latino | White | Professionals | FIRE CAPTAIN | | Yes | EEO Establishment |
| D6W | D6W000297 | 05/19/2016 | Kay | Michael | | Male | Not Hispanic or Latino | White | Service Workers | Security Special Projects | | Yes | EEO Establishment |
| D6W | D6W000093 | 07/31/2015 | Keir | Margaret | | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY ASSISTANT | | Yes | EEO Establishment |
| D6W | D6W001228 | 09/18/2015 | Klugger | Kathy | | Female | Not Hispanic or Latino | White | Administrative Support Workers | CLERK | | Yes | EEO Establishment |
| D6W | D6W001237 | 08/10/2015 | Klugger | Nick M. | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W091227 | 05/10/2015 | Klugger | Richard W. | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W001281 | 08/10/2015 | Kobut | Robert W | | Male | Not Hispanic or Latino | White | Service Workers | River/Woods Security | | Yes | EEO Establishment |

VMP-JJS 004170

| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LAST NAME | FIRST NAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W001252 | 07/31/2015 | Korsch | Chris W | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001287 | 07/31/2015 | Krawczyk | Ashlee | | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY PAGE | | Yes | EEO Establishment |
| D6W | D6W001280 | 07/31/2015 | Kreft | Barbara | | Female | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | PURCHASING DIRECTOR | | Yes | EEO Establishment |
| D6W | D6W000089 | 07/31/2015 | LaGioia | Sandra F | | Female | Not Hispanic or Latino | White | Administrative Support Workers | ACCTS. PAYABLE CLRK | | Yes | EEO Establishment |
| D6W | D6W999998 | 11/08/2015 | LaGioia | Vincent Anthony | | Male | Not Hispanic or Latino | White | | Youth Commission | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W999992 | 08/10/2015 | LaMontagna | Pat | | Male | Not Hispanic or Latino | White | Craft Workers | Maintenance | | Yes | EEO Establishment |
| D6W | D6W001340 | 08/10/2015 | Lagiola | Michael | | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W009919 | 09/17/2015 | Laino | Jojette | | Female | Not Hispanic or Latino | White | Administrative Support Workers | SECRETARY TO POLICE CHIEF | | Yes | EEO Establishment |
| D6W | D6W000357 | 10/01/2014 | Lamontagna | Carmen | | Male | Not Hispanic or Latino | White | | | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W001333 | 08/10/2015 | Lascola | Orlando | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001337 | 08/10/2015 | Lavalais | Kyll | | Male | Not Hispanic or Latino | Black or African American | Technicians | POLICE SERGEANT | | Yes | EEO Establishment |
| D6W | D6W999960 | 08/10/2015 | LeGal | Guy | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W001316 | 07/31/2015 | Legittino | Marisa | | Female | Not Hispanic or Latino | White | Administrative Support Workers | Youth Service Ass't | | Yes | EEO Establishment |
| D6W | D6W991356 | 08/10/2015 | Leverenz | Ted | | Male | Not Hispanic or Latino | White | Administrative Support Workers | Water Shed | | Yes | EEO Establishment |
| D6W | D6W001380 | 03/07/2016 | Lichtenberger | Scot R. | | Male | Not Hispanic or Latino | White | Laborers and Helpers | Foreman Street | | Yes | EEO Establishment |
| D6W | D6W001374 | 08/10/2015 | Lichter | Michael | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000149 | 02/09/2016 | Lolacono | Anthony | | Male | Not Hispanic or Latino | White | | RiverWoods Security | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W001432 | 04/14/2016 | Lomeli | Leticia | | Female | Hispanic or Latino | | Administrative Support Workers | CLERK | | Yes | EEO Establishment |
| D6W | D6W000312 | 07/11/2016 | Lomeli | Ruben | | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000097 | 09/17/2015 | Lomeli | Sergio | | Male | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | Yes | EEO Establishment |
| D6W | D6W001456 | 09/17/2015 | Loochtan | Joseph A | | Male | Not Hispanic or Latino | White | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | Yes | EEO Establishment |
| D6W | D6W091447 | 08/10/2015 | Loochtan | Mark | | Male | Not Hispanic or Latino | White | Service Workers | POLICE DETECTIVE | | Yes | EEO Establishment |
| D6W | D6W001468 | 07/31/2015 | Lopez | Maria Teresa | | Female | Hispanic or Latino | | Service Workers | CROSSING GUARD | | Yes | EEO Establishment |
| D6W | D6W001460 | 08/10/2015 | Lorenzo | Sebastian | | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | Yes | EEO Establishment |
| D6W | D6W001453 | 07/31/2015 | Lorenzo Jr | Sebastian | | Male | Not Hispanic or Latino | White | Service Workers | AUXILIARY POLICE | | Yes | EEO Establishment |
| D6W | D6W001472 | 08/10/2015 | Loresch | Anthony J | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000308 | 06/07/2016 | Lozano | Betheel | | Female | Not Hispanic or Latino | White | Administrative Support Workers | Camp Fun | | Yes | EEO Establishment |
| D6W | D6W001360 | 08/10/2015 | Lozano | Everardo B | | Male | Hispanic or Latino | | Service Workers | Forman Landscaping | | Yes | EEO Establishment |
| D6W | D6W001465 | 08/10/2015 | Lullo | John P | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000258 | 10/01/2014 | MICHAEL | KLUGGER | | Male | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W001508 | 07/31/2015 | Macias | Judith De La Mora | | Female | Hispanic or Latino | | First/Mid-Level Officials and Managers | DIR HISPANIC BUS DEV & HIS SENIOR SER | | Yes | EEO Establishment |
| D6W | D6W001506 | 08/10/2015 | Macino | Vito | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W001515 | 11/30/2016 | Maiello | Nunzio | | Male | Not Hispanic or Latino | White | | POLICE LIEUTENANT | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W001514 | 04/16/2016 | Maiello Glueckich | Cynthia | | Female | Not Hispanic or Latino | White | Professionals | DIRECTOR LIBRARY | | Yes | EEO Establishment |
| D6W | D6W001760 | 08/10/2015 | Manzo | Gennaro | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |

VMP-JJS 004171

| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LASTNAME | FIRSTNAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W000106 | 07/31/2015 | Manzo | Rosanna | | Female | Not Hispanic or Latino | White | | Camp Fun | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000102 | 09/17/2015 | Marchetti | Michael | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | HEALTH INSPECTOR | | Yes | EEO Establishment |
| D6W | D6W001558 | 07/31/2015 | Marella | Lauren | | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY ASSISTANT | | Yes | EEO Establishment |
| D6W | D6W001527 | 08/10/2015 | Marella | Nancy | | Female | Not Hispanic or Latino | White | Administrative Support Workers | SECRETARY BLDG CMSR | | Yes | EEO Establishment |
| D6W | D6W001528 | 08/10/2015 | Marella | Peter | | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | Yes | EEO Establishment |
| D6W | D6W001530 | 08/10/2015 | Marfani | Roger | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W001547 | 07/31/2015 | Marine | Gary M | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | DIR OF PUBLIC WORKS | | Yes | EEO Establishment |
| D6W | D6W000358 | 06/01/2016 | Marocchi | Mary | | Female | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W999986 | 08/10/2015 | Marrero | Nelson | | Male | Hispanic or Latino | | Service Workers | Security Special Projects | | Yes | EEO Establishment |
| D6W | D6W000292 | 03/07/2016 | Martinez | Dalia | | Female | Hispanic or Latino | | Administrative Support Workers | Receptionist | | Yes | EEO Establishment |
| D6W | D6W000072 | 07/31/2015 | Martinez | Jose-Miguel | | Male | Hispanic or Latino | | Service Workers | Maintenance | | Yes | EEO Establishment |
| D6W | D6W001594 | 07/31/2015 | Matarrese | Frank | | Male | Not Hispanic or Latino | White | Administrative Support Workers | Youth Supervisor | | Yes | EEO Establishment |
| D6W | D6W001620 | 07/31/2015 | McMillen | Jennifer L | | Female | Not Hispanic or Latino | White | Administrative Support Workers | Operator front desk | | Yes | EEO Establishment |
| D6W | D6W001640 | 04/16/2016 | Menotascino | John | | Male | Not Hispanic or Latino | White | Laborers and Helpers | SUMMER STREET DEPT. | | Yes | EEO Establishment |
| D6W | D6W001645 | 08/10/2015 | Menotascino | John A | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001667 | 07/31/2015 | Mentone | Ronald J | | Male | Not Hispanic or Latino | White | Professionals | ASS'T PROSECUTOR | | Yes | EEO Establishment |
| D6W | D6W001649 | 08/10/2015 | Migliore | Vito | | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001683 | 08/10/2015 | Misasi | Frank E | | Male | Not Hispanic or Latino | White | Service Workers | MINI-BUS DRIVER | | Yes | EEO Establishment |
| D6W | D6W001650 | 07/31/2015 | Modugno | John | | Male | Not Hispanic or Latino | White | Administrative Support Workers | YOUTH BRD. MEMBER | | Yes | EEO Establishment |
| D6W | D6W001665 | 07/31/2015 | Montes | Gandolfe | | Female | Not Hispanic or Latino | White | Service Workers | CROSSING GUARD | | Yes | EEO Establishment |
| D6W | D6W000305 | 06/06/2016 | Montino | Alexa | | Female | Not Hispanic or Latino | White | Administrative Support Workers | Camp Fun | | Yes | EEO Establishment |
| D6W | D6W001710 | 07/31/2015 | Montoya | Mario | | Male | Hispanic or Latino | | Administrative Support Workers | YOUTH BRD. MEMBER | | Yes | EEO Establishment |
| D6W | D6W000062 | 08/10/2015 | Montoya | Pedro | | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001704 | 08/10/2015 | Morella | Steven | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W001701 | 07/31/2015 | Moss | Devon T | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001681 | 03/01/2016 | Mota | Nora | | Female | Hispanic or Latino | | Administrative Support Workers | LIBRARY ASSISTANT | | Yes | EEO Establishment |
| D6W | D6W000079 | 04/01/2016 | Mota | Vivian M | | Female | Hispanic or Latino | | Administrative Support Workers | LIBRARY PAGE | | Yes | EEO Establishment |
| D6W | D6W999987 | 08/10/2015 | Murphy | Frank J | | Male | Not Hispanic or Latino | White | Service Workers | Security Special Projects | | Yes | EEO Establishment |
| D6W | D6W000064 | 04/22/2016 | Napier Jr | Arthur | | Male | Not Hispanic or Latino | White | | Security Special Projects | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W001763 | 08/10/2015 | Nardella | Robert V. | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | INSPECTOR | | Yes | EEO Establishment |
| D6W | D6W001775 | 04/01/2016 | Nardiello | Diana M. | | Female | Not Hispanic or Latino | White | Administrative Support Workers | ACCTS. PAYABLE CLRK | | Yes | EEO Establishment |
| D6W | D6W001777 | 08/10/2015 | Nardiello | Frank | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W001776 | 07/31/2015 | Nardiello | Theresa | | Female | Not Hispanic or Latino | White | | Youth Staff | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W091755 | 07/31/2015 | Natale | Dennis | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |

VMP-JJS 004172

| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LAST NAME | FIRST NAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W001723 | 07/31/2015 | Negron | Philip | | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000125 | 01/24/2016 | Nicholas | Vincent | | Male | Not Hispanic or Latino | White | | RiverWoods Security | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000286 | 09/17/2015 | Nicosia | Elsa | | Female | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | Yes | EEO Establishment |
| D6W | D6W001757 | 07/31/2015 | Nocita | Frank S. | | Male | Not Hispanic or Latino | White | Service Workers | Railroad Safety Offi | | Yes | EEO Establishment |
| D6W | D6W001778 | 02/01/2016 | Nocita | Philip J. | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | CODE ENFORCE INSP. | | Yes | EEO Establishment |
| D6W | D6W001779 | 07/31/2015 | Nocita | Philip P | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001780 | 07/31/2015 | Nocita | Rosemary A. | | Female | Not Hispanic or Latino | White | Administrative Support Workers | PAYROLL | | Yes | EEO Establishment |
| D6W | D6W001791 | 08/10/2015 | Nowicki | James | | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | Yes | EEO Establishment |
| D6W | D6W000317 | 09/10/2016 | Ojeda | Blanca | | Female | Hispanic or Latino | | Professionals | Teacher-CID | | Yes | EEO Establishment |
| D6W | D6W001808 | 08/10/2015 | Olson | Douglas | | Male | Not Hispanic or Latino | White | Administrative Support Workers | YOUTH COMM. SUPV. | | Yes | EEO Establishment |
| D6W | D6W001810 | 08/10/2015 | Olson | Thomas | | Male | Not Hispanic or Latino | White | Administrative Support Workers | YOUTH COMM. SUPV. | | Yes | EEO Establishment |
| D6W | D6W001813 | 08/10/2015 | Orona | Vito | | Male | Hispanic or Latino | | Service Workers | Security Special Projects | | Yes | EEO Establishment |
| D6W | D6W000110 | 12/29/2016 | Orozco | Eric | | Male | Hispanic or Latino | | | Security Special Projects | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W999998 | 12/05/2016 | Orozco | Gloria I | | Female | Hispanic or Latino | | Administrative Support Workers | CLERK | | Yes | EEO Establishment |
| D6W | D6W000310 | 07/05/2016 | Orozco | Stephanie | | Female | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | Yes | EEO Establishment |
| D6W | D6W001830 | 02/01/2016 | Ortega | Rigoberto | | Male | Hispanic or Latino | | | ASS'T SUPERVISOR | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000083 | 07/31/2015 | Ortiz | Jessica | | Female | Hispanic or Latino | | Service Workers | POLICE WOMAN | | Yes | EEO Establishment |
| D6W | D6W001840 | 08/10/2015 | Otmaskin | Mark | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W001865 | 08/10/2015 | Paduta | Joseph | | Male | Not Hispanic or Latino | White | Professionals | FIRE CAPTAIN | | Yes | EEO Establishment |
| D6W | D6W001877 | 08/10/2015 | Palermo | Francesco | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W001883 | 08/10/2015 | Palermo | Mario | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W001930 | 08/20/2015 | Panico | Joseph | | Male | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY ASSISTANT | | Yes | EEO Establishment |
| D6W | D6W001908 | 07/31/2015 | Panico III | Louis | | Male | Not Hispanic or Latino | White | Executive/Senior Level Officials and Managers | COMPTROLLER | | Yes | EEO Establishment |
| D6W | D6W000094 | 09/17/2015 | Panzani | Joseph | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W001921 | 07/31/2015 | Paolantonio | John J | | Male | Not Hispanic or Latino | White | Laborers and Helpers | Maintenance | | Yes | EEO Establishment |
| D6W | D6W999114 | 07/31/2015 | Park | Village of Melrose | | Male | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W001981 | 07/31/2015 | Perez | Lizet R | | Female | Hispanic or Latino | | Administrative Support Workers | ASS'T SUPERVISOR | | Yes | EEO Establishment |
| D6W | D6W001985 | 07/31/2015 | Pesce | Steve | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000087 | 08/14/2015 | Piemonte | Christine | | Female | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Director of Human Resources | E | Yes | EEO Establishment |
| D6W | D6W001995 | 08/02/2015 | Piemonte | Kathleen M | | Female | Not Hispanic or Latino | White | | LIBRARY ASSISTANT | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000101 | 08/10/2015 | Pieranunzi | Frank | | Male | Not Hispanic or Latino | White | Service Workers | SPECIAL PROJECTS | | Yes | EEO Establishment |
| D6W | D6W001966 | 08/10/2015 | Pilati | Dominic R. | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000325 | 10/01/2014 | Pirozzoli | August V. | | Male | Not Hispanic or Latino | White | | Firefighter | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000059 | 03/01/2016 | Pitassi | Sam | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | POLICE DEPT. CHIEF | | Yes | EEO Establishment |

VMP-JJS 004173

| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LAST NAME | FIRST NAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W002033 | 07/31/2015 | Pilassi | Sam J | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W092070 | 08/10/2015 | Pones Jr. | Anthony | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | INSPECTOR | | Yes | EEO Establishment |
| D6W | D6W092027 | 08/10/2015 | Pope | Frank John | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W002073 | 08/10/2015 | Portee Jr. | Cecil | | Male | Not Hispanic or Latino | Black or African American | Laborers and Helpers | STREET DRIVER LABOR | | Yes | EEO Establishment |
| D6W | D6W000074 | 08/10/2015 | Posner | Justin | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W092085 | 07/31/2015 | Potamianos | William G. | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002131 | 07/31/2015 | Powers | Donna M | | Female | Not Hispanic or Latino | White | Administrative Support Workers | Dept Head Youth Services | | Yes | EEO Establishment |
| D6W | D6W002094 | 07/31/2015 | Pretzie | Rocco | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002064 | 09/07/2016 | Prignano | Anthony C | | Male | Not Hispanic or Latino | White | Laborers and Helpers | LIBRARY MAINTENANCE | | Yes | EEO Establishment |
| D6W | D6W002837 | 08/10/2015 | Principe | James G. | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | MIS Manager | | Yes | EEO Establishment |
| D6W | D6W002102 | 02/01/2016 | Provenzano | James | | Male | Not Hispanic or Latino | White | | STREET SUPERINTEND. | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000300 | 08/08/2016 | Provenzano | James P | | Male | Not Hispanic or Latino | White | Laborers and Helpers | SUMMER STREET DEPT. | | Yes | EEO Establishment |
| D6W | D6W002145 | 08/10/2015 | Pulkownik | Pete | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000193 | 10/01/2014 | RICHARD J. | GUERINE | | Male | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W000303 | 06/08/2016 | Raffaelli | Angelina | | Female | Not Hispanic or Latino | White | Administrative Support Workers | Camp Fun | | Yes | EEO Establishment |
| D6W | D6W002185 | 08/10/2015 | Raffaelli | Anthony | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W002186 | 04/16/2016 | Raffaelli | Claudia | | Female | Not Hispanic or Latino | White | Administrative Support Workers | CLERK | | Yes | EEO Establishment |
| D6W | D6W002199 | 08/10/2015 | Ranieri | Barbara | | Female | Not Hispanic or Latino | White | Administrative Support Workers | CODE ENFORCEMENT SEC | | Yes | EEO Establishment |
| D6W | D6W002231 | 08/10/2015 | Ranieri | Luigi B | | Male | Not Hispanic or Latino | White | Service Workers | Fleet Controller I | | Yes | EEO Establishment |
| D6W | D6W002147 | 07/05/2016 | Rauzi | Mark J | | Male | Not Hispanic or Latino | White | Administrative Support Workers | FIRE POLICE COMMISSIONER | | Yes | EEO Establishment |
| D6W | D6W002200 | 07/31/2015 | Recinos | Michael | | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W999984 | 07/31/2015 | Remittances | Planconnect | | Male | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W002251 | 08/10/2015 | Reyes | Jose L | | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W002201 | 03/03/2016 | Ricciardi | Aldo | | Male | Not Hispanic or Latino | White | | CROSSING GUARD | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W000084 | 08/10/2015 | Ricciardi | Dante | | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | Yes | EEO Establishment |
| D6W | D6W002209 | 07/31/2015 | Rich | Bill | | Male | Not Hispanic or Latino | White | Laborers and Helpers | CIVIC CENTER MAINT. | | Yes | EEO Establishment |
| D6W | D6W092207 | 07/31/2015 | Richter | Daniel | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002210 | 08/10/2015 | Rieger | Mark | | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | Yes | EEO Establishment |
| D6W | D6W002213 | 09/17/2015 | Rinella | Charles | | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | Yes | EEO Establishment |
| D6W | D6W002226 | 07/31/2015 | Rodriguez | Alfonso | | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000316 | 09/01/2016 | Rodriguez | Alyana | | Female | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | Yes | EEO Establishment |
| D6W | D6W002230 | 08/10/2015 | Rodriguez | Bernardino | | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W002216 | 09/17/2015 | Rodriguez | Raul | | Male | Hispanic or Latino | | Technicians | POLICE SERGEANT | | Yes | EEO Establishment |
| D6W | D6W002218 | 11/29/2016 | Rogowski | Steven | | Male | Not Hispanic or Latino | White | | PD Deputy Chief | | Yes | EEO Establishment, EEOC Job Classification |

VMP-JJS 004174

| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LAST NAME | FIRST NAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W002220 | 07/31/2015 | Rojas | Carlos E | | Male | Hispanic or Latino | | First/Mid-Level Officials and Managers | HISPANIC COMMUNICATION DIRECTOR | | Yes | EEO Establishment |
| D6W | D6W002141 | 02/01/2016 | Rojas | Feliciano | | Male | Hispanic or Latino | | Service Workers | Maintenance | | Yes | EEO Establishment |
| D6W | D6W002172 | 08/10/2015 | Rosa | Joseph P | | Male | Not Hispanic or Latino | White | Administrative Support Workers | Operator Senior Building | | Yes | EEO Establishment |
| D6W | D6W000142 | 03/02/2010 | Rossi | Ruth | | Female | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W000091 | 07/31/2015 | Ruiz | Yesinia | | Female | Hispanic or Latino | | Administrative Support Workers | LIBRARY CIRC. CLERK | | Yes | EEO Establishment |
| D6W | D6W000260 | 10/01/2014 | SPINO | LAWRENCE K | | Male | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |
| D6W | D6W002267 | 08/10/2015 | Sabatino | Anthony | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Electrical Inspector | | Yes | EEO Establishment |
| D6W | D6W002342 | 10/01/2016 | Saether | Terry N | | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W000118 | 11/04/2015 | Salgado | Juan | | Male | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | Yes | EEO Establishment |
| D6W | D6W002318 | 08/10/2015 | Sanchez | Cid | | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W000296 | 04/24/2016 | Sanchez | Daniel A | | Male | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | Yes | EEO Establishment |
| D6W | D6W002311 | 07/31/2015 | Sansone | Dominique | | Female | Not Hispanic or Latino | White | | Camp Fun | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W002303 | 08/10/2015 | Sansone | James | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | PLUMBING INSPECTOR | | Yes | EEO Establishment |
| D6W | D6W000260 | 07/31/2015 | Semi | Wesley | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002317 | 07/31/2015 | Savaglio | Denise | | Female | Not Hispanic or Latino | White | Administrative Support Workers | Circulation Tech | | Yes | EEO Establishment |
| D6W | D6W002327 | 08/10/2015 | Saviozzi | Stefano | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W002341 | 09/21/2015 | Scanio | Salvatore | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Ass't Chief | | Yes | EEO Establishment |
| D6W | D6W002458 | 07/31/2015 | Scarpelli | Giuseppe A | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002350 | 08/10/2015 | Scatchell | John | | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | Yes | EEO Establishment |
| D6W | D6W002384 | 07/31/2015 | Scatchell | John A | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000314 | 07/11/2016 | Schiller | James | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002238 | 07/31/2015 | Schllinger | John E. | | Male | Not Hispanic or Latino | White | Service Workers | POLICE DETECTIVE | | Yes | EEO Establishment |
| D6W | D6W002397 | 07/31/2015 | Schwartz | Philip | | Male | Not Hispanic or Latino | White | Service Workers | DIRECTOR ESPS | | Yes | EEO Establishment |
| D6W | D6W002399 | 07/31/2015 | Schwartz | Stephanie | | Female | Not Hispanic or Latino | White | Administrative Support Workers | ADMINISTRATION ESPS | | Yes | EEO Establishment |
| D6W | D6W002411 | 07/31/2015 | Scudiero | Aldo | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002406 | 09/18/2015 | Scudiero | Alex A | | Male | Not Hispanic or Latino | White | Technicians | POLICE DEPT MIS MANAGER | | Yes | EEO Establishment |
| D6W | D6W002403 | 08/10/2015 | Scudiero | Anthony | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W002402 | 08/10/2015 | Scudiero | Frank | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W002412 | 08/10/2015 | Scudiero | Michael J. | | Male | Not Hispanic or Latino | White | Technicians | POLICE SERGEANT | | Yes | EEO Establishment |
| D6W | D6W002417 | 02/01/2016 | Sepe | Frank M | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | CODE ENFORCE INSP. | | Yes | EEO Establishment |
| D6W | D6W000318 | 09/26/2016 | Serpico | Dina | | Female | Not Hispanic or Latino | White | Professionals | Human Resources Assistant | | Yes | EEO Establishment |
| D6W | D6W002421 | 08/10/2015 | Serpico | Michael V. | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000309 | 08/16/2016 | Serpico | Raffaele J | | Male | Not Hispanic or Latino | White | Laborers and Helpers | SUMMER HELP | | Yes | EEO Establishment |
| D6W | D6W999999 | 01/08/2016 | Serpico | Ralph J | | Male | Not Hispanic or Latino | White | Service Workers | Security Special Projects | | Yes | EEO Establishment |

VMP-JJS 004175

| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LAST NAME | FIRST NAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W002400 | 07/31/2015 | Serpico | Terry | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | CIVIC CNT. MNT.DIR. | | Yes | EEO Establishment |
| D6W | D6W000096 | 08/10/2015 | Severino | Helen | | Female | Not Hispanic or Latino | White | Administrative Support Workers | Senior Building Aide | | Yes | EEO Establishment |
| D6W | D6W092416 | 08/10/2015 | Sgobba | John S. | | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W002435 | 07/31/2015 | Shankla | Leslie | | Female | Not Hispanic or Latino | White | Service Workers | POLICE DETECTIVE | | Yes | EEO Establishment |
| D6W | D6W002431 | 07/31/2015 | Shewaluk | Richard W. | | Male | Not Hispanic or Latino | White | Administrative Support Workers | MID METRO TIFF | | Yes | EEO Establishment |
| D6W | D6W002462 | 08/10/2015 | Shute | Thomas | | Male | Not Hispanic or Latino | White | Service Workers | SEWER/WATER LANDSCAPING | | Yes | EEO Establishment |
| D6W | D6W002448 | 07/31/2015 | Sicuro Jr | Michael N. | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Director Community Development | | Yes | EEO Establishment |
| D6W | D6W000099 | 08/10/2015 | Simental | Leticia | | Female | Hispanic or Latino | | Administrative Support Workers | CROSSING GUARD | | Yes | EEO Establishment |
| D6W | D6W002572 | 07/31/2015 | Simurdiak | Svetlana | | Female | Not Hispanic or Latino | White | Service Workers | CROSSING GUARD | | Yes | EEO Establishment |
| D6W | D6W002457 | 07/31/2015 | Skeens | Vivian | | Female | Not Hispanic or Latino | White | Service Workers | POLICE WOMAN | | Yes | EEO Establishment |
| D6W | D6W002438 | 07/31/2015 | Smyth | Michael A. | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W099965 | 08/10/2015 | Sommesi | Danny | | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | Yes | EEO Establishment |
| D6W | D6W002465 | 08/10/2015 | Sorce | Ralph | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | BLDG. COMMISSIONER | | Yes | EEO Establishment |
| D6W | D6W002454 | 07/31/2015 | Soto | Juan C | | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W000086 | 08/10/2015 | Spata | Ronald C | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W002474 | 07/31/2015 | Spatafora | Constance | | Female | Not Hispanic or Latino | White | Administrative Support Workers | Legal Secretary | | Yes | EEO Establishment |
| D6W | D6W002332 | 07/31/2015 | Spatafora | Nikole | | Female | Not Hispanic or Latino | White | Service Workers | POLICE WOMAN | | Yes | EEO Establishment |
| D6W | D6W002555 | 08/10/2015 | Stenberg | Dave A. | | Male | Not Hispanic or Latino | White | Laborers and Helpers | S&W LABORER | | Yes | EEO Establishment |
| D6W | D6W000298 | 05/16/2016 | Stoner | Erin | | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY ASSISTANT | | Yes | EEO Establishment |
| D6W | D6W092520 | 07/31/2015 | Sullo | Giovanni | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W000061 | 07/31/2015 | Sullo | Marco L | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W092589 | 08/10/2015 | Taddeo | August R. | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W009975 | 07/31/2015 | Tapia | Carmen | | Female | Not Hispanic or Latino | | Administrative Support Workers | YOUTH BRD. MEMBER | | Yes | EEO Establishment |
| D6W | D6W092596 | 07/05/2016 | Tarsito | Beth Ann | | Female | Not Hispanic or Latino | White | Administrative Support Workers | Secretary | | Yes | EEO Establishment |
| D6W | D6W000071 | 06/16/2016 | Tejeda | Cesar | | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W092812 | 07/31/2015 | Tejeda | Jesus Jr. | | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002614 | 08/10/2015 | Terrones | Josh | | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | Yes | EEO Establishment |
| D6W | D6W002605 | 09/17/2015 | Terrones | Marlene | | Female | Hispanic or Latino | | Administrative Support Workers | DEPUTY REGISTRAR | | Yes | EEO Establishment |
| D6W | D6W002598 | 07/31/2015 | Thuff | Scott | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W092828 | 07/31/2015 | Treffens | William P. | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002634 | 08/10/2015 | Tropea | Giuseppe | | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | Yes | EEO Establishment |
| D6W | D6W092842 | 07/31/2015 | Tropea | Salvatore | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002638 | 08/10/2015 | Trujillo | Veronica | | Female | Hispanic or Latino | | Administrative Support Workers | Circulation assistant | | Yes | EEO Establishment |
| D6W | D6W002647 | 08/10/2015 | Ude | Timothy | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W002603 | 09/17/2015 | Urrutia | Eliza | | Female | Hispanic or Latino | | Administrative Support Workers | RECORDS CLERK | | Yes | EEO Establishment |
| D6W | D6W002650 | 08/10/2015 | Urso | Frank | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W002671 | 08/10/2015 | Urso | Joseph | | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | Yes | EEO Establishment |

VMP-JJS 004176

| COMPANY CODE | POSITION ID | POSITION EFFECTIVE | LAST NAME | FIRST NAME | EEO ESTABLISHMENT | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6W | D6W002684 | 08/10/2015 | Vaccaro | Dionisio L. | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W002687 | 08/10/2015 | Vandyke | Christopher | | Male | Not Hispanic or Latino | White | Craft Workers | Foreman Sewer/Water | | Yes | EEO Establishment |
| D6W | D6W002688 | 08/10/2015 | Vargas | Isidro | | Male | Hispanic or Latino | | Craft Workers | FORMAN | | Yes | EEO Establishment |
| D6W | D6W002685 | 08/10/2015 | Vargas | Martha P. | | Female | Hispanic or Latino | | Administrative Support Workers | CLERK | | Yes | EEO Establishment |
| D6W | D6W002681 | 08/10/2015 | Vayda | Gregory S | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | INSPECTOR | | Yes | EEO Establishment |
| D6W | D6W002602 | 08/10/2015 | Vazquez | Rosita | | Female | Hispanic or Latino | | Administrative Support Workers | WATER BILL CLERK | | Yes | EEO Establishment |
| D6W | D6W999991 | 09/17/2015 | Velasquez | Orlando | | Male | Hispanic or Latino | | First/Mid-Level Officials and Managers | INSPECTOR | | Yes | EEO Establishment |
| D6W | D6W000095 | 07/31/2015 | Velazquez | Jose | | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002699 | 07/31/2015 | Venute | Rocco | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002703 | 08/10/2015 | Verde | David J. | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W002701 | 07/31/2015 | Verde | Steven | | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | Yes | EEO Establishment |
| D6W | D6W002732 | 02/01/2010 | Villanueva | Jose | | Male | Hispanic or Latino | | | Foreman Street | | Yes | EEO Establishment, EEOC Job Classification |
| D6W | D6W002737 | 07/31/2015 | Villegas | Luis | | Male | Hispanic or Latino | | Craft Workers | S&W FOREMAN | | Yes | EEO Establishment |
| D6W | D6W092742 | 09/17/2015 | Wallace | Earl | | Male | Not Hispanic or Latino | White | Administrative Support Workers | RECORDS CLERK | | Yes | EEO Establishment |
| D6W | D6W000075 | 07/31/2015 | Watts | Alisha | | Female | Not Hispanic or Latino | Black or African American | Administrative Support Workers | LIBRARY PAGE | | Yes | EEO Establishment |
| D6W | D6W000111 | 02/01/2016 | White | Christopher | | Male | Not Hispanic or Latino | White | Service Workers | SPECIAL PROJECTS | | Yes | EEO Establishment |
| D6W | D6W002765 | 09/17/2015 | Williams | Angela D. | | Female | Not Hispanic or Latino | Black or African American | Administrative Support Workers | DESK OFFICER | | Yes | EEO Establishment |
| D6W | D6W002662 | 07/31/2015 | Williams | Carl | | Male | Not Hispanic or Latino | Black or African American | Service Workers | AUXILIARY POLICE | | Yes | EEO Establishment |
| D6W | D6W002840 | 07/31/2015 | Wojcik | Ann Marie | | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY ASSISTANT | | Yes | EEO Establishment |
| D6W | D6W002799 | 08/01/2016 | Wrosch | James | | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Ass't Chief | | Yes | EEO Establishment |
| D6W | D6W002801 | 08/10/2015 | Wrosch | Jason | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W002807 | 08/10/2015 | Wurtz | Vincent A | | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | Yes | EEO Establishment |
| D6W | D6W000294 | 04/15/2016 | Young | Jerrid | | Male | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY ASSISTANT | | Yes | EEO Establishment |
| D6W | D6W000385 | 10/01/2014 | Zito | Philomena | | Female | | | | | | Yes | EEO Establishment, Ethnicity, Race, EEOC Job Classification |

VMP-JJS 004177

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/2017 | Abello | Carmelo | Male | Not Hispanic or Latino | White | Laborers and Helpers | Lead Utility Locator | | No | |
| 11/01/2017 | Adams | Daniel J. | Male | Not Hispanic or Latino | White | Administrative Support Workers | Building Inspector | | No | |
| 01/11/2017 | Aguirre | Sergio | Male | Hispanic or Latino | | | CHAIRMAN | | Yes | EEOC Job Classification |
| 08/10/2015 | Aguirre | Jose A | Male | Hispanic or Latino | | Service Workers | Maintenance | | No | |
| 08/10/2015 | Alardo | Aaron | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Alcala | Raul | Male | Hispanic or Latino | | Service Workers | Maintenance | | No | |
| 07/31/2015 | Alfano | Maria | Female | Not Hispanic or Latino | White | Service Workers | CROSSING GUARD | | No | |
| 06/01/2017 | Aliasi | Gilso | Male | Not Hispanic or Latino | White | | LABORER | | Yes | EEOC Job Classification |
| 10/07/2016 | Alsouri | Ibrahim | Male | Not Hispanic or Latino | Two or more races | Service Workers | CROSSING GUARD | | No | |
| 09/17/2015 | Amabile | John Joseph | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Andersen | Eric | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 03/06/2018 | Angulano | Lorena | Female | Hispanic or Latino | | Administrative Support Workers | CLERK | | No | |
| 07/31/2015 | Anzaldi | Robert S | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Aponte | Miguel | Male | Hispanic or Latino | | Craft Workers | S&W FOREMAN | | No | |
| 09/17/2015 | Arellano | Celia | Female | Hispanic or Latino | | Administrative Support Workers | COMMUNICATIONS SUPV. | | No | |
| 07/31/2015 | Baker | Wilma J | Female | Not Hispanic or Latino | Black or African | Service Workers | CROSSING GUARD | | No | |
| 07/01/2017 | Barone | Anthony M. | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Barone | Michael | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 07/31/2015 | Barone | Nello | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 01/01/2018 | Bartemio | Leonard J. | Male | Not Hispanic or Latino | White | | Police Tactical | | Yes | EEOC Job Classification |
| 09/17/2015 | Battisto | John | Male | Not Hispanic or Latino | White | Craft Workers | S&W DRIVER LABORER | | No | |
| 10/01/2018 | Bazbaz | Isaac | Male | Not Hispanic or Latino | White | Administrative Support Workers | Chamber of Commerce | | No | |
| 03/02/2016 | Beltrame | Richard | Male | Not Hispanic or Latino | White | | FIRE DEPT. CHIEF | | Yes | EEOC Job Classification |
| 08/10/2015 | Beltrame | Michael | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | No | |
| 07/11/2016 | Bianchi | William | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 07/31/2015 | Bianco | Kimberly | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY PAGE | | No | |
| 08/10/2015 | Blumberg | Steve | Male | Not Hispanic or Latino | White | Laborers and Helpers | S&W LABORER | | No | |
| 08/10/2015 | Bond | Shawn R. | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 09/16/2017 | Boonma | Burton | Male | Not Hispanic or Latino | Native Hawaiian or Other Pacific Islander | Service Workers | Firefighter | | No | |
| 03/16/2018 | Boy | Ruben | Male | Hispanic or Latino | | | Security Special Projects | | Yes | EEOC Job Classification |
| 03/01/2016 | Bucio | Ericka | Female | Hispanic or Latino | | | INSTRUCTOR | | Yes | EEOC Job Classification |
| 05/09/2017 | Cacciatore | Eugene J. | Male | Not Hispanic or Latino | White | Administrative Support Workers | POLICE SERGEANT | | No | |

VMP-JJS 004178

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/02/2016 | Caira | Peter | Male | Not Hispanic or Latino | White | | Special Assistant to Police Chief | | Yes | EEOC Job Classification |
| 09/17/2015 | Calabria | Robert | Male | Not Hispanic or Latino | White | Technicians | Computer Technician | | No | |
| 09/21/2018 | Calato | Joseph | Male | Not Hispanic or Latino | White | | RiverWoods Security | | Yes | EEOC Job Classification |
| 06/01/2017 | Camaci | Giovanni | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | No | |
| 08/10/2015 | Campanelli | Frank J | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Campanelli | William | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Ass't Chief | | No | |
| 08/10/2015 | Campo | Marco | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | No | |
| 12/05/2016 | Capece | Francesco | Male | Not Hispanic or Latino | White | | LABORER | | Yes | EEOC Job Classification |
| 12/11/2016 | Cappello III | Joseph | Male | Not Hispanic or Latino | White | | AUXILIARY POLICE | | Yes | EEOC Job Classification |
| 02/01/2016 | Capra | Carl J | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | CODE ENFORCE INSP. | | No | |
| 07/31/2016 | Carey | Brian W | Male | Not Hispanic or Latino | White | Professionals | PROSECUTOR | | No | |
| 06/04/2018 | Carpanzano | Michael S | Male | Not Hispanic or Latino | White | | SUMMER HELP | | Yes | EEOC Job Classification |
| 08/10/2015 | Carpanzano | Frank A | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | No | |
| 08/10/2015 | Carpanzano | Michael | Male | Not Hispanic or Latino | White | Craft Workers | S&W SUPERTINTEND | | No | |
| 08/10/2015 | Casate | Robert | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 12/12/2016 | Casillas | Hector | Male | Hispanic or Latino | | | LABORER | | Yes | EEOC Job Classification |
| 03/16/2018 | Castellan | Arianna | Female | Not Hispanic or Latino | White | Administrative Support Workers | Camp Fun | | No | |
| 07/11/2016 | Castellan | Giovanni | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 07/31/2015 | Castellan | Michael A. | Male | Not Hispanic or Latino | White | Service Workers | PD Deputy Chief | | No | |
| 09/01/2015 | Cestro | Claudia | Female | Hispanic or Latino | | Administrative Support Workers | Plning Zning member | | No | |
| 07/31/2015 | Cemauske | James | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Safety Director | | No | |
| 06/01/2017 | Cemauske | Jason E | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | No | |
| 08/10/2015 | Cervone Jr | John | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Cesarini | Angelo | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 06/04/2018 | Chavez | Felipe I | Male | Hispanic or Latino | | Laborers and Helpers | SUMMER STREET DEPT. | | No | |
| 04/01/2018 | Chavez | Fernando | Male | Hispanic or Latino | | Administrative Support Workers | Building Inspector | | No | |
| 02/01/2016 | Chavez | Israel | Male | Hispanic or Latino | | First/Mid-Level Officials and Managers | CODE ENFORCE INSP. | | No | |
| 09/25/2018 | Chiappetta | Sam J. | Male | Not Hispanic or Latino | White | Administrative Support Workers | POLICE LIEUTENANT | | No | |
| 01/07/2016 | Ciancio | Rose | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY CIRC. CLERK | | Yes | EEOC Job Classification |
| 05/01/2017 | Ciancio | Rosalba | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY PAGE | | No | |

VMP-JJS 004179

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/2017 | Ciancio | Sam | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | No | |
| 10/16/2017 | Cimino | Anthony | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | PURCHASING DIRECTOR | | No | |
| 08/10/2015 | Coco | Edward L. | Male | Not Hispanic or Latino | White | Administrative Support Workers | YOUTH COMM. SUPV. | | No | |
| 06/01/2018 | Coduti | James J | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 02/14/2017 | Cordero-Andrade | Elizabeth | Female | Hispanic or Latino | | Administrative Support Workers | Pining Zning member | | No | |
| 09/16/2016 | Cushion | Lawrence A | Male | Not Hispanic or Latino | White | Laborers and Helpers | Maintenance | | No | |
| 09/01/2018 | Cusumano | Anthony | Male | Not Hispanic or Latino | White | Administrative Support Workers | Compliance Administrator | | No | |
| 08/10/2015 | Dalitto | Richie R | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 07/31/2015 | Damico | Lisa | Female | Not Hispanic or Latino | White | Professionals | PROSECUTOR | | No | |
| 07/31/2015 | Damron | Vaughn S. | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 09/01/2015 | Datoli | Angelo | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 01/19/2016 | DeCarlo | Anthony | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 01/11/2017 | DeCarlo | Joseph | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 07/31/2015 | Decarlo Jr | Michael D | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Delperdo | James P. | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 02/01/2018 | Demaria | James A. | Male | Not Hispanic or Latino | White | | MINI-BUS DRIVER | | Yes | EEOC Job Classification |
| 09/21/2015 | Devita | Michael | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | DIRECTOR OF SEASONAL OPERATIONS | | No | |
| 11/02/2016 | Di Fazio | Peggy | Female | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | DIR. SPEC. EVENTS | | No | |
| 06/01/2017 | Difazio | Dominic L | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | No | |
| 08/10/2015 | Digenova | Vincenzo | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | No | |
| 07/31/2015 | Dimaio | Dino B. | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | No | |
| 02/01/2018 | Dindia | Frank Anthony | Male | Not Hispanic or Latino | White | | LABORER | | Yes | EEOC Job Classification |
| 07/31/2015 | Dindia | Patricia A. | Female | Not Hispanic or Latino | White | Administrative Support Workers | SECRETARY TO THE MAYOR | | No | |
| 08/10/2015 | Dindia | Salvatore N | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | No | |
| 04/23/2018 | Dorantes | Eugenio | Male | Hispanic or Latino | | | LANDSCAPER | | Yes | EEOC Job Classification |
| 08/10/2015 | Dote | Carl R | Male | Not Hispanic or Latino | White | Administrative Support Workers | DESK | | No | |
| 01/01/2016 | Egizio | Angelo B. | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | No | |
| 08/10/2015 | Egizio | Angelo R. | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | INSPECTOR | | No | |
| 02/01/2018 | Eleuteri | Michael | Male | Not Hispanic or Latino | White | Administrative Support Workers | MINI-BUS DRIVER | | No | |

VMP-JJS 004180

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2015 | Eleuteri | Peter | Male | Not Hispanic or Latino | White | Administrative Support Workers | COORDINATOR ECONOMIC DEVELOPMENT | | No | |
| 07/05/2016 | Esposito | Pasquale | Male | Not Hispanic or Latino | White | Administrative Support Workers | Secretary | | No | |
| 07/31/2015 | Farmer | Darrell | Male | Not Hispanic or Latino | White | Service Workers | AUXILIARY POLICE | | No | |
| 07/31/2015 | Fatta | Louis V | Male | Not Hispanic or Latino | White | Service Workers | Director of Security | | No | |
| 05/01/2017 | Felske | Linda Carol | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY ASSISTANT | | No | |
| 07/31/2015 | Ferolo | George D. | Male | Not Hispanic or Latino | White | Service Workers | AUXILIARY POLICE | | No | |
| 09/16/2017 | Fiore | Nicholas | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/21/2018 | Flanagan | Margaret M | Female | Not Hispanic or Latino | White | Administrative Support Workers | Deputy Director | E | No | |
| 08/10/2015 | Flores | Santos | Male | Hispanic or Latino | | Craft Workers | Foreman Sewer/Water | | No | |
| 07/31/2015 | Flores III | Luis A | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | No | |
| 07/31/2015 | Fogg | Chane | Male | Not Hispanic or Latino | Asian | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Frey | Michael | Male | Not Hispanic or Latino | White | | Driver/Laborer | | No | |
| 02/01/2018 | Frulla | Richard | Female | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | No | |
| 07/16/2018 | Gagliardo | Michael | Male | Not Hispanic or Latino | White | | LABORER | | Yes | EEOC Job Classification |
| 02/02/2017 | Garcia Gomez | Natalia | Female | Hispanic or Latino | | | CUSTOMER SERVICE OFFICER | | Yes | EEOC Job Classification |
| 08/15/2016 | Gibbs | Andrew | Male | Not Hispanic or Latino | White | Technicians | MIS TECH SUPPORT | | No | |
| 07/31/2015 | Gibson | Adam G | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 06/11/2018 | Giglio | Frank K | Male | Not Hispanic or Latino | White | | RiverWoods Security | | Yes | EEOC Job Classification |
| 08/10/2015 | Giglio | Frank G | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | No | |
| 10/01/2017 | Giovenco | James | Male | Not Hispanic or Latino | White | | Maintenance | | Yes | EEOC Job Classification |
| 08/20/2018 | Godinez | Epigmenio | Male | Hispanic or Latino | | Administrative Support Workers | Maintenance | | No | |
| 02/01/2018 | Gonzalez | George | Male | Hispanic or Latino | | Service Workers | Security Special Projects | | No | |
| 07/31/2015 | Graziani | Lido A. | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 07/31/2015 | Greco | Anthony G. | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | No | |
| 07/31/2015 | Green | Nicholas G | Male | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY PAGE | | No | |
| 09/21/2015 | Gregory | Julia M | Female | Not Hispanic or Latino | Black or African | Professionals | Ass't Reference | | No | |
| 08/10/2015 | Greifelt | Kenneth | Male | Not Hispanic or Latino | White | Professionals | FIRE CAPTAIN | | No | |
| 07/31/2015 | Gucciardo | David | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 12/05/2016 | Gulino | Nicole Anne | Female | Not Hispanic or Latino | White | Laborers and Helpers | Camp Fun | | No | |
| 07/31/2015 | Gutierrez | Eric | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | No | |

VMP-JJS 004181

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2016 | Gutierrez | Leticia A | Female | Hispanic or Latino | | First/Mid-Level Officials and Managers | HISPANIC COMMUNICATION DIRECTOR | | No | |
| 08/10/2015 | Gutierrez | Rocky | Male | Hispanic or Latino | | Service Workers | Firefighter | | No | |
| 09/25/2018 | Guzman | Eddie | Male | Hispanic or Latino | | Administrative Support Workers | POLICE LIEUTENANT | | No | |
| 07/31/2015 | Guzman | Juan F | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | No | |
| 01/01/2018 | Gvist | Brian | Male | Not Hispanic or Latino | White | | Police Investigator | | Yes | EEOC Job Classification |
| 07/31/2015 | Hart | Cynthia L | Female | Not Hispanic or Latino | Black or African | Service Workers | CROSSING GUARD | | No | |
| 06/01/2017 | Harty | Mark | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | No | |
| 01/01/2018 | Hilgenberg | David | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 06/01/2016 | Humpf | Stephen F | Male | Not Hispanic or Latino | White | Laborers and Helpers | Foreman Street | | No | |
| 07/31/2015 | Hutchinson | Alvin G | Male | Not Hispanic or Latino | White | Administrative Support Workers | Operator front desk | | No | |
| 08/10/2015 | Iannelli | Anthony | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | No | |
| 08/10/2015 | Iannelli | Armando | Male | Not Hispanic or Latino | White | Craft Workers | SUPT. MECH/ELEC | | No | |
| 04/01/2018 | Iannelli | Michael | Male | Not Hispanic or Latino | White | Administrative Support Workers | Operator front desk | | No | |
| 08/10/2015 | Iannelli | Sabato | Male | Not Hispanic or Latino | White | Craft Workers | MECHANIC | | No | |
| 04/01/2016 | Iannelli | Sabino | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | No | |
| 08/10/2015 | Islami | Florim | Male | Not Hispanic or Latino | Asian | Professionals | FIRE CAPTAIN | | No | |
| 07/31/2015 | Jarecki | Brian | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 07/31/2015 | Julian | Mary | Female | Not Hispanic or Latino | White | Administrative Support Workers | SPECIAL PROJECTS | | No | |
| 09/07/2016 | Kalnicky | Charles | Male | Not Hispanic or Latino | White | | LABORER | | Yes | EEOC Job Classification |
| 08/10/2015 | Karabatsos | James | Male | Not Hispanic or Latino | White | Professionals | FIRE CAPTAIN | | No | |
| 01/01/2017 | Kay | Michael | Male | Not Hispanic or Latino | White | Service Workers | Security Special Projects | | No | |
| 02/01/2018 | Klugger | Richard | Male | Not Hispanic or Latino | White | | PLAN BRD MEMBER | | Yes | EEOC Job Classification |
| 09/18/2015 | Klugger | Kathy | Female | Not Hispanic or Latino | White | Administrative Support Workers | CLERK | | No | |
| 08/10/2015 | Klugger | Nick M. | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Klugger | Richard W. | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Kohut | Robert W | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | No | |
| 09/28/2018 | Korsch | Chris W | Male | Not Hispanic or Latino | White | | POLICE SERGEANT | | Yes | EEOC Job Classification |
| 07/31/2015 | Krefft | Barbara | Female | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | PURCHASING DIRECTOR | | No | |
| 07/31/2015 | LaGioia | Sandra F | Female | Not Hispanic or Latino | White | Administrative Support Workers | ACCTS. PAYABLE CLRK | | No | |
| 06/16/2017 | LaGioia | Vincent Anthony | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | No | |
| 08/10/2015 | LaMontagna | Pat | Male | Not Hispanic or Latino | White | Craft Workers | Maintenance | | No | |

VMP-JJS 004182

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/2017 | Lagioia | Michael | Male | Not Hispanic or Latino | White | | ASST. SUPT. S&W | | Yes | EEOC Job Classification |
| 09/17/2015 | Laino | Jojette | Female | Not Hispanic or Latino | White | Administrative Support Workers | SECRETARY TO POLICE CHIEF | | No | |
| 01/01/2018 | Lascola | Orlando | Male | Not Hispanic or Latino | White | | Police Juvenile Officer | | Yes | EEOC Job Classification |
| 08/14/2017 | Lavalais | Kyli | Male | Not Hispanic or Latino | Black or African | | POLICE LIEUTENANT | | Yes | EEOC Job Classification |
| 08/10/2015 | LeGai | Guy | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Leverenz | Ted | Male | Not Hispanic or Latino | White | Administrative Support Workers | Water Shed | | No | |
| 08/10/2015 | Lichter | Michael | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 04/14/2016 | Lomeli | Leticia | Female | Hispanic or Latino | | Administrative Support Workers | CLERK | | No | |
| 07/11/2016 | Lomeli | Ruben | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | No | |
| 09/17/2015 | Loochtan | Joseph A | Male | Not Hispanic or Latino | White | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | No | |
| 08/10/2015 | Lorenzo | Sebastian | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | No | |
| 07/31/2015 | Lorenzo Jr | Sebastian | Male | Not Hispanic or Latino | White | Service Workers | AUXILIARY POLICE | | No | |
| 08/10/2015 | Loresch | Anthony J | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Lozano | Everardo B | Male | Hispanic or Latino | | Service Workers | Forman Landscaping | | No | |
| 08/10/2015 | Lullo | John P | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 10/01/2018 | Macias | Jesse | Male | Hispanic or Latino | | Administrative Support Workers | Asst. Chamber of Commerce | | No | |
| 07/31/2015 | Macias | Judith De La Mora | Female | Hispanic or Latino | | First/Mid-Level Officials and Managers | DIR HISPANIC BUS DEV & HIS SENIOR SER | | No | |
| 08/10/2015 | Macino | Vito | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 11/30/2016 | Maiello | Nunzio | Male | Not Hispanic or Latino | White | | POLICE LIEUTENANT | | Yes | EEOC Job Classification |
| 04/16/2016 | Maiello Gluecklich | Cynthia | Female | Not Hispanic or Latino | White | Professionals | DIRECTOR LIBRARY | | No | |
| 08/10/2015 | Manzo | Gennaro | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 09/17/2015 | Marchetti | Michael | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | HEALTH INSPECTOR | | No | |
| 08/06/2018 | Marella | Lauren | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY ASSISTANT | | No | |
| 08/10/2015 | Marella | Nancy | Female | Not Hispanic or Latino | White | Administrative Support Workers | SECRETARY BLDG CMSR | | No | |
| 08/10/2015 | Marella | Peter | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | No | |
| 08/10/2015 | Mariani | Roger | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 07/31/2015 | Marine | Gary M | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | DIR OF PUBLIC WORKS | | No | |
| 07/31/2015 | Matarrese | Frank | Male | Not Hispanic or Latino | White | Administrative Support Workers | Youth Supervisor | | No | |
| 12/10/2018 | McMillan | Jennifer L | Female | Not Hispanic or Latino | White | Administrative Support Workers | Dial-A-Ride Operator | | No | |
| 08/16/2018 | Medina | Gustavo | Male | Hispanic or Latino | | | LANDSCAPER | | Yes | EEOC Job Classification |

VMP-JJS 004183

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2016 | Menolascino | John | Male | Not Hispanic or Latino | White | Laborers and Helpers | SUMMER STREET DEPT. | | No | |
| 08/10/2015 | Menolascino | John A | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 07/31/2015 | Mentone | Ronald J | Male | Not Hispanic or Latino | White | Professionals | ASS'T PROSECUTOR | | No | |
| 08/10/2015 | Migliore | Vito | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Misasi | Frank E | Male | Not Hispanic or Latino | White | Service Workers | MINI-BUS DRIVER | | No | |
| 07/31/2015 | Modugno | John | Male | Not Hispanic or Latino | White | Administrative Support Workers | YOUTH BRD. MEMBER | | No | |
| 07/31/2015 | Montes | Gandolfa | Female | Hispanic or Latino | | Service Workers | CROSSING GUARD | | No | |
| 08/27/2018 | Montino | Michael | Male | Not Hispanic or Latino | White | Service Workers | AUXILIARY POLICE | | Yes | EEOC Job Classification |
| 03/16/2018 | Montino | Alexia | Female | Not Hispanic or Latino | White | Administrative Support Workers | Camp Fun | | No | |
| 07/31/2015 | Montoya | Mario | Male | Hispanic or Latino | | Administrative Support Workers | YOUTH BRD. MEMBER | | No | |
| 07/31/2015 | Montoya | Pedro | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Morella | Steven | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 09/17/2018 | Morrocco | George | Male | Not Hispanic or Latino | Two or more races | Administrative Support Workers | CROSSING GUARD | | No | |
| 03/01/2016 | Mota | Nora | Female | Hispanic or Latino | | Administrative Support Workers | LIBRARY ASSISTANT | | No | |
| 07/31/2015 | Mota | Vivian M | Female | Hispanic or Latino | | Administrative Support Workers | LIBRARY PAGE | | No | |
| 08/10/2015 | Murphy | Frank J | Male | Not Hispanic or Latino | White | Service Workers | Security Special Projects | | No | |
| 01/01/2017 | Napier Jr | Arthur | Male | Not Hispanic or Latino | White | Service Workers | Security Special Projects | | No | |
| 04/01/2016 | Nardiello | Diana M. | Female | Not Hispanic or Latino | White | Administrative Support Workers | ACCTS. PAYABLE CLRK | | No | |
| 08/10/2015 | Nardiello | Frank | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 10/01/2018 | Nardiello | Theresa | Female | Not Hispanic or Latino | White | Administrative Support Workers | YOUTH COMM. SUPV. | | No | |
| 07/31/2015 | Natale | Dennis | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 05/24/2018 | Negron | Phillip | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | No | |
| 02/01/2017 | Nicholas | Vincent | Male | Not Hispanic or Latino | White | Service Workers | RiverWoods Security | | No | |
| 09/17/2015 | Nicosia | Elisa | Female | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | No | |
| 02/01/2016 | Nocita | Phillip J. | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | CODE ENFORCE INSP. | | No | |
| 07/31/2015 | Nocita | Phillip P | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 04/02/2018 | Ochoa | Gerardo | Male | Hispanic or Latino | | | LANDSCAPER | | Yes | EEOC Job Classification |
| 09/10/2016 | Ojeda | Blanca | Female | Hispanic or Latino | | Professionals | Teacher-CID | | No | |
| 09/01/2018 | Olson | Douglas | Male | Not Hispanic or Latino | White | Administrative Support Workers | Director fo Strategic Initiatives BusDev | | No | |

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/2015 | Olson | Thomas | Male | Not Hispanic or Latino | White | Administrative Support Workers | YOUTH COMM. SUPV. | | No | |
| 06/04/2018 | Orozco | Ricardo | Male | Hispanic or Latino | | | SUMMER HELP | | Yes | EEOC Job Classification |
| 01/16/2018 | Orozco | Eric | Male | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | No | |
| 02/20/2017 | Orozco | Gloria I | Female | Hispanic or Latino | | Administrative Support Workers | Operator front desk | | No | |
| 02/01/2016 | Ortega | Rigoberto | Male | Hispanic or Latino | | | ASS'T SUPERVISOR | | Yes | EEOC Job Classification |
| 07/31/2015 | Ortiz | Jessica | Female | Hispanic or Latino | | Service Workers | POLICE WOMAN | | No | |
| 08/10/2015 | Otmaskin | Mark | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Padula | Joseph | Male | Not Hispanic or Latino | White | Professionals | FIRE CAPTAIN | | No | |
| 08/10/2015 | Palermo | Francesco | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Palermo | Mario | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/02/2015 | Panico | Joseph | Male | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY ASSISTANT | | No | |
| 07/31/2015 | Panico III | Louis | Male | Not Hispanic or Latino | White | Executive/Senior Level Officials and Managers | COMPTROLLER | | No | |
| 09/17/2015 | Panzani | Joseph | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 07/31/2015 | Paolantonio | John J | Male | Not Hispanic or Latino | White | Laborers and Helpers | Maintenance | | No | |
| 01/01/2018 | Passarella III | John | Male | Not Hispanic or Latino | White | | Landscaping Laborer | | Yes | EEOC Job Classification |
| 07/31/2015 | Perez | Lizet R | Female | Hispanic or Latino | | Administrative Support Workers | ASS'T SUPERVISOR | | No | |
| 07/31/2015 | Pesce | Steve | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 08/14/2015 | Piemonte | Christine | Female | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Director of Human Resources | E | No | |
| 08/10/2015 | Pieranunzi | Frank | Male | Not Hispanic or Latino | White | Service Workers | SPECIAL PROJECTS | | No | |
| 06/01/2017 | Pilati | Dominic R. | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | No | |
| 03/01/2016 | Pitassi | Sam | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | POLICE DEPT. CHIEF | | No | |
| 07/31/2015 | Pitassi | Sam J | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 04/02/2018 | Pones Jr. | Anthony | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | INSPECTOR | | No | |
| 08/10/2015 | Pope | Frank John | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Portee Jr. | Cecil | Male | Not Hispanic or Latino | Black or African American | Laborers and Helpers | STREET DRIVER LABOR | | No | |
| 08/10/2015 | Posner | Justin | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 07/31/2015 | Potamianos | William G. | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 08/21/2018 | Powers | Donna M | Female | Not Hispanic or Latino | White | Administrative Support Workers | Asst. Deputy Director | E | No | |
| 09/07/2016 | Prignano | Anthony C | Male | Not Hispanic or Latino | White | Laborers and Helpers | LIBRARY MAINTENANCE | | No | |

VMP-JJS 004185

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/26/2017 | Principe | James G. | Male | Not Hispanic or Latino | White | Administrative Support Workers | IT Director | | No | |
| 02/01/2016 | Provenzano | James | Male | Not Hispanic or Latino | White | | STREET SUPERINTEND. | | Yes | EEOC Job Classification |
| 09/01/2018 | Provenzano | James P | Male | Not Hispanic or Latino | White | | RiverWoods Security | | Yes | EEOC Job Classification |
| 02/01/2018 | Puccio | Thomas | Male | Not Hispanic or Latino | White | Service Workers | Security Special Projects | | No | |
| 08/10/2015 | Pulkownik | Pete | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 06/04/2018 | Raffaelli | Anthony | Male | Not Hispanic or Latino | White | | SUMMER STREET DEPT. | | Yes | EEOC Job Classification |
| 12/05/2018 | Raffaelli | Angelina | Female | Not Hispanic or Latino | White | Administrative Support Workers | Camp Fun | | No | |
| 08/10/2015 | Raffaelli | Anthony | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 03/08/2018 | Raffaelli | Claudia | Female | Not Hispanic or Latino | White | Administrative Support Workers | CODE ENFORCEMENT SEC | | No | |
| 06/04/2018 | Ranieri | Michael | Male | Not Hispanic or Latino | White | | SUMMER STREET DEPT. | | Yes | EEOC Job Classification |
| 08/10/2015 | Ranieri | Barbara | Female | Not Hispanic or Latino | White | Administrative Support Workers | CODE ENFORCEMENT SEC | | No | |
| 08/10/2015 | Ranieri | Luigi B | Male | Not Hispanic or Latino | White | Service Workers | Fleet Controller I | | No | |
| 07/05/2016 | Rauzi | Mark J | Male | Not Hispanic or Latino | White | Administrative Support Workers | FIRE POLICE COMMISSIONER | | No | |
| 07/31/2015 | Recinos | Michael | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Reyes | Jose L | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | No | |
| 03/03/2016 | Ricciardi | Aldo | Male | Not Hispanic or Latino | White | | CROSSING GUARD | | Yes | EEOC Job Classification |
| 08/10/2015 | Ricciardi | Dante | Male | Not Hispanic or Latino | White | | RiverWoods Security | | No | |
| 07/31/2015 | Rich | Bill | Male | Not Hispanic or Latino | White | Laborers and Helpers | CIVIC CENTER MAINT. | | No | |
| 07/31/2015 | Richter | Daniel | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Rieger | Mark | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | No | |
| 01/06/2017 | Rodriguez | Alfonso | Male | Hispanic or Latino | | | POLICE DETECTIVE | | Yes | EEOC Job Classification |
| 05/15/2018 | Rodriguez | Dolores | Female | Hispanic or Latino | | | CUSTOMER SERVICE OFFICER | | Yes | EEOC Job Classification |
| 09/01/2016 | Rodriguez | Alyana | Female | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | No | |
| 08/10/2015 | Rodriguez | Bernardino | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | No | |
| 09/27/2017 | Rodriguez | Raul | Male | Hispanic or Latino | | Administrative Support Workers | POLICE LIEUTENANT | | No | |
| 11/29/2016 | Rogowski | Steven | Male | Not Hispanic or Latino | White | | PD Deputy Chief | | Yes | EEOC Job Classification |
| 07/31/2015 | Rojas | Carlos E | Male | Hispanic or Latino | | First/Mid-Level Officials and Managers | HISPANIC COMMUNICATION DIRECTOR | | No | |
| 02/01/2016 | Rojas | Feliciano | Male | Hispanic or Latino | | Service Workers | Maintenance | | No | |

VMP-JJS 004186

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/2015 | Rosa | Joseph P | Male | Not Hispanic or Latino | White | Administrative Support Workers | Operator Senior Building | | No | |
| 01/05/2018 | Rossi | Paul | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Sabatino | Anthony | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Electrical Inspector | | No | |
| 10/01/2016 | Saether | Terry N | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | No | |
| 11/04/2015 | Salgaido | Juan | Male | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | No | |
| 08/10/2015 | Sanchez | Cid | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | No | |
| 04/24/2016 | Sanchez | Daniel A | Male | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | No | |
| 03/16/2018 | Sansone | Dominique | Female | Not Hispanic or Latino | White | Administrative Support Workers | Camp Fun | | No | |
| 02/05/2018 | Sansone | James | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | PLUMBING INSPECTOR | | No | |
| 07/31/2015 | Sarni | Wesley | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Saviozzi | Stefano | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 09/21/2015 | Scanio | Salvatore | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Ass't Chief | | No | |
| 07/31/2015 | Scarpelli | Giuseppe A | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Scatchell | John | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | No | |
| 09/03/2018 | Scatchell | John A | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 07/11/2016 | Schiller | James | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 05/09/2017 | Schillinger | John E. | Male | Not Hispanic or Latino | White | Administrative Support Workers | POLICE SERGEANT | | No | |
| 07/31/2015 | Schwartz | Philip | Male | Not Hispanic or Latino | White | Service Workers | DIRECTOR ESPS | | No | |
| 07/31/2015 | Schwartz | Stephanie | Female | Not Hispanic or Latino | White | Administrative Support Workers | ADMINISTRATION ESPS | | No | |
| 06/01/2018 | Scudiero | Aldo J | Male | Not Hispanic or Latino | White | | SUMMER HELP | | Yes | EEOC Job Classification |
| 03/16/2018 | Scudiero | Micayla | Female | Not Hispanic or Latino | White | | Camp Fun | | Yes | EEOC Job Classification |
| 07/31/2015 | Scudiero | Aldo | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 09/18/2015 | Scudiero | Alex A | Male | Not Hispanic or Latino | White | Technicians | POLICE DEPT MIS MANAGER | | No | |
| 08/10/2015 | Scudiero | Anthony | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Scudiero | Frank | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 12/04/2017 | Scudiero | Michael J. | Male | Not Hispanic or Latino | White | Service Workers | POLICE LIEUTENANT | | No | |
| 02/01/2016 | Sepe | Frank M | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | CODE ENFORCE INSP. | | No | |
| 02/16/2018 | Serpico | Ralph | Male | Not Hispanic or Latino | White | | RiverWoods Security | | Yes | EEOC Job Classification |
| 12/01/2017 | Serpico | Dina | Female | Not Hispanic or Latino | White | Professionals | Human Resources Assistant | | No | |
| 10/08/2017 | Serpico | Michael V. | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |

VMP-JJS 004187

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2018 | Serpico | Raffaele J | Male | Not Hispanic or Latino | White | Administrative Support Workers | SUMMER CIVIC CENTER | | No | |
| 11/01/2018 | Serpico | Terry | Male | Not Hispanic or Latino | White | Administrative Support Workers | Civic Center Manager | | No | |
| 05/22/2018 | Severino | Helen | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY CIRC. CLERK | | No | |
| 08/10/2015 | Sgobba | John S. | Male | Not Hispanic or Latino | White | Laborers and Helpers | LABORER | | No | |
| 01/01/2018 | Shankle | Leslie | Female | Not Hispanic or Latino | White | Administrative Support Workers | POLICE WOMAN | | No | |
| 07/31/2015 | Shawaluk | Richard W. | Male | Not Hispanic or Latino | White | Administrative Support Workers | MID METRO TIFF | | No | |
| 04/02/2018 | Shute | Thomas | Male | Not Hispanic or Latino | White | | Operator front desk | | Yes | EEOC Job Classification |
| 07/31/2015 | Sicuro Jr | Michael N. | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Director Community Development | | No | |
| 08/10/2015 | Simental | Leticia | Female | Hispanic or Latino | | Administrative Support Workers | CROSSING GUARD | | No | |
| 07/31/2015 | Skeens | Vivian | Female | Not Hispanic or Latino | White | Service Workers | POLICE WOMAN | | No | |
| 04/02/2018 | Smarto | Matthew | Male | Not Hispanic or Latino | White | | LANDSCAPER | | Yes | EEOC Job Classification |
| 12/05/2018 | Smith | Austyn | Female | Not Hispanic or Latino | White | | Camp Fun | | Yes | EEOC Job Classification |
| 07/31/2015 | Smyth | Michael A. | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 10/24/2018 | Solis | Mayra | Female | Hispanic or Latino | | | CUSTOMER SERVICE OFFICER | | Yes | EEOC Job Classification |
| 02/01/2018 | Sommesi | Danny | Male | Not Hispanic or Latino | White | | LABORER | | Yes | EEOC Job Classification |
| 08/10/2015 | Sorce | Ralph | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | BLDG. COMMISSIONER | | No | |
| 03/16/2018 | Soto | Jessica | Female | Hispanic or Latino | | | CLERK | | Yes | EEOC Job Classification |
| 08/10/2015 | Soto | Juan C | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | No | |
| 08/10/2015 | Spata | Ronald C | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 02/01/2018 | Spatafora | Constance | Female | Not Hispanic or Latino | White | Administrative Support Workers | CLERK | | No | |
| 07/31/2015 | Spatafora | Nikole | Female | Not Hispanic or Latino | White | Service Workers | POLICE WOMAN | | No | |
| 02/01/2018 | Stenberg | Dave A. | Male | Not Hispanic or Latino | White | | LABORER | | Yes | EEOC Job Classification |
| 07/31/2015 | Sullo | Giovanni | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 07/31/2015 | Sullo | Marco L | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 07/31/2015 | Tapia | Carmen | Female | Hispanic or Latino | | Administrative Support Workers | YOUTH BRD. MEMBER | | No | |
| 07/05/2016 | Tarallo | Beth Ann | Female | Not Hispanic or Latino | White | Administrative Support Workers | Secretary | | No | |
| 07/31/2015 | Tejeda | Jesus Jr. | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Terrones | Josh | Male | Hispanic or Latino | | Laborers and Helpers | LABORER | | No | |
| 09/17/2015 | Terrones | Marlene | Female | Hispanic or Latino | | Administrative Support Workers | DEPUTY REGISTRAR | | No | |

VMP-JJS 004188

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/27/2018 | Thull | Scott | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 06/04/2018 | Torres | Cristian | Male | Hispanic or Latino | | | SUMMER HELP | | Yes | EEOC Job Classification |
| 01/01/2018 | Treffens | William P. | Male | Not Hispanic or Latino | White | | Police Juvenile Officer | | Yes | EEOC Job Classification |
| 08/10/2015 | Tropea | Giuseppe | Male | Not Hispanic or Latino | White | Professionals | FIRE LIEUTENANT | | No | |
| 07/31/2015 | Tropea | Salvatore | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 05/16/2018 | Trujillo | Veronica | Female | Hispanic or Latino | | Administrative Support Workers | Circulation assistant | | No | |
| 08/10/2015 | Ude | Timothy | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 09/17/2015 | Urrutia | Eliza | Female | Hispanic or Latino | | Administrative Support Workers | RECORDS CLERK | | No | |
| 08/10/2015 | Urso | Frank | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Urso | Joseph | Male | Not Hispanic or Latino | White | Professionals | POLICE LIEUTENANT | | No | |
| 08/16/2018 | Vaca Contreras | Sebastian | Male | Hispanic or Latino | | | SUMMER HELP | | Yes | EEOC Job Classification |
| 08/10/2015 | Vaccaro | Dionisio L. | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/01/2018 | Valle | Suleima | Female | Hispanic or Latino | | Administrative Support Workers | CUSTOMER SERVICE OFFICER | | No | |
| 08/10/2015 | Vandyke | Christopher | Male | Not Hispanic or Latino | White | Craft Workers | Foreman Sewer/Water | | No | |
| 08/10/2015 | Vargas | Isidro | Male | Hispanic or Latino | | Craft Workers | FORMAN | | No | |
| 08/10/2015 | Vargas | Martha P. | Female | Hispanic or Latino | | Administrative Support Workers | CLERK | | No | |
| 08/10/2015 | Vayda | Gregory S | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | INSPECTOR | | No | |
| 08/10/2015 | Vazquez | Rosita | Female | Hispanic or Latino | | Administrative Support Workers | WATER BILL CLERK | | No | |
| 07/31/2015 | Velazquez | Jose | Male | Hispanic or Latino | | Service Workers | POLICEMAN | | No | |
| 08/16/2018 | Venute | Rocco C | Male | Not Hispanic or Latino | White | | SUMMER HELP | | Yes | EEOC Job Classification |
| 07/31/2015 | Venute | Rocco | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 08/10/2015 | Verde | David J. | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 07/31/2015 | Verde | Steven | Male | Not Hispanic or Latino | White | Service Workers | POLICEMAN | | No | |
| 02/01/2016 | Villanueva | Jose | Male | Hispanic or Latino | | | Foreman Street | | Yes | EEOC Job Classification |
| 08/10/2015 | Villegas | Luis | Male | Hispanic or Latino | | Craft Workers | S&W FOREMAN | | No | |
| 09/17/2015 | Wallace | Earl | Male | Not Hispanic or Latino | White | Administrative Support Workers | RECORDS CLERK | | No | |
| 07/02/2018 | Watts | Brandon | Male | | | | SUMMER HELP | | Yes | Ethnicity, Race, EEOC Job Classification |
| 09/17/2015 | Williams | Angela D. | Female | Not Hispanic or Latino | Black or African American | Administrative Support Workers | DESK OFFICER | | No | |
| 07/31/2015 | Williams | Carl | Male | Not Hispanic or Latino | Black or African American | Service Workers | AUXILIARY POLICE | | No | |
| 07/31/2015 | Wojcik | Ann Marie | Female | Not Hispanic or Latino | White | Administrative Support Workers | LIBRARY ASSISTANT | | No | |

VMP-JJS 004189

| POSITION EFFECTIVE DATE | LAST NAME | FIRST NAME | GENDER | ETHNICITY | RACE | EEOC JOB CLASSIFICATION | JOB TITLE | FLSA CLASSIFICATION | MISSING DATA | MISSING FIELDS |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/2016 | Wrosch | James | Male | Not Hispanic or Latino | White | First/Mid-Level Officials and Managers | Ass't Chief | | No | |
| 08/10/2015 | Wrosch | Jason | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| 08/10/2015 | Wurtz | Vincent A | Male | Not Hispanic or Latino | White | Service Workers | Firefighter | | No | |
| | | | | | | | | | | |

VMP-JJS 004190

World Population Review


You could save $842
Liberty Mutual INSURANCE

## Melrose Park, Illinois Population 2020

# 24,449





Share fast



xfinity

Melrose Park is a city located in Illinois. With a 2020 population of 24,449, it is the 95th largest city in Illinois and the 1577th largest city in the United States. Melrose Park is currently declining at a rate of -0.96% annually and its population has decreased by -3.79% since the most recent census, which recorded a population of 25,411 in 2010. Melrose Park reached it's highest population of 25,647 in 2013. Spanning over 4 miles, Melrose Park has a population density of 5,768 people per square mile.

The average household income in Melrose Park is $64,001 with a poverty rate of 17.02%. The median rental costs in recent years comes to $970 per month, and the median house value is $178,600. The median age in Melrose Park is 33.9 years, 31.6 years for males, and 35.3 years for females. For every 100 females there are 107.2 males.

### Melrose Park Demographics

According to the most recent ACS, the racial composition of Melrose Park was:

- White: 58.29%
- Other race: 33.87%
- Black or African American: 6.07%
- Asian: 0.72%
- Two or more races: 0.61%

| State | Illinois |
|---|---|
| Land Area | 4.2 sq mi |
| Density | 5,768.4/sq mi |
| 2020 Growth Rate | -0.96% |
| Growth Since 2010 | -3.79% |
| Rank In State | 95th |
| Rank In Country | 1577th |

The current population of Melrose Park, Illinois is 24,449, based on our projections of the latest US Census estimates. The US Census estimates the 2018 population at 24,925. The last official US Census in 2010 recorded

VMP-JJS 004191

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)    Page 3 of 1?



Melrose Park Population by Race

| Race | Population | Percentage |
|---|---|---|
| Black or African American | 1,537 | 6.07% |
| Asian | 182 | 0.72% |
| Two or More Races | 154 | 0.61% |
| American Indian and Alaska Native | 111 | 0.44% |

Show Source



Melrose Park Population by Age

**Melrose Park Population Pyramid 2020**

Show Source

**Melrose Park Median Age**

33.9    31.6    35.3
Total    Male    Female

**Melrose Park Adults**

There are 17,981 adults, (2,667 of whom are seniors) in Melrose Park.

**Melrose Park Age Dependency**

65.3    Age Dependency Ratio

17.4    Old Age Dependency Ratio

47.9    Child Dependency Ratio

**Melrose Park Sex Ratio**

| | | |
|---|---|---|
| Female | 12,218 | 48.27% |
| Male | 13,093 | 51.73% |

VMP-JJS 004192

7/28/2020

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)    Page 4 of 1

## Melrose Park Households and Families



**Melrose Park Households and Families**    Show Source

### Melrose Park Renter vs Owner Occupied by Household Type

### Melrose Park Household Types

| Type | Owner ▾ | Renter |
|------|---------|--------|
| Married | 66% | 34% |
| All | 52% | 48% |
| Non Family | 41.6% | 58.4% |
| Female | 38.7% | 61.3% |
| Male | 35.7% | 64.3% |

**52.0%**  Rate of Home Ownership

**Melrose Park Households by Type**

| Type | Count ▾ | Average Size | Owned |
|------|---------|--------------|-------|
| All | 7,678 | 3.28 | 52 |
| Married | 3,578 | 4.11 | 66 |
| Non Family | 2,119 | 1.21 | 41.6 |
| Female | 1,264 | 4.06 | 38.7 |
| Male | 717 | 3.91 | 35.7 |

Households by Type — 46.6%, 9.3%, 16.5%, 27.6%

Married  Male  Female  NonFamily

**3.91**  Average Family Size ❓
**3.28**  Average Household Size ❓

**8.9%**  Unmarried (Opposite Sex) ❓
**0.3%**  Unmarried (Same Sex) ❓

## Melrose Park Education

VMP-JJS 004193

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)



Melrose Park Educational Attainment by Sex (over 25)    Show Source

| Education | Count | Percentage |
|---|---|---|
| Associates Degree | 1,307 | 8.12% |
| Bachelors Degree | 1,317 | 8.18% |
| Graduate Degree | 701 | 4.36% |

Melrose Park Educational Attainment by Race    | Percentage |    Counts

VMP-JJS 004194

7/28/2020

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)



VMP-JJS 004195

7/28/2020



Melrose Park Earnings by Educational Attainment

## Melrose Park Language



### Melrose Park Language by Age

All Ages    5-17    18-64    65+

### Melrose Park Language

28.83% of Melrose Park residents speak only English, while 71.17% speak other languages. The non-English language spoken by the largest group is Spanish, which is spoken by 67.17% of the population.

VMP-JJS 004196

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)          Page 8 of 17



Melrose Park Poverty



Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)

**Melrose Park Poverty**

Show Source

| Name | Total | In Poverty ▼ | Poverty Rate |
|---|---|---|---|
| Native | 111 | 68 | 61.26% |
| Asian | 182 | 5 | 2.75% |

**Melrose Park Poverty Rate by Education**

Show Source



⬇ CSV  ⬇ JSON

| Name | Poverty ▼ |
|---|---|
| Less Than High School | 17.98% |
| High School | 14.52% |
| Some College | 12.43% |
| Bachelors or Greater | 11.35% |

⬇ CSV  ⬇ JSON

| Name | Poverty ▼ |
|---|---|

**VMP-JJS 004198**

7/28/2020

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)



| Name | Poverty ▾ |
|------|-----------|
| Female Unemployed | 32.12% |
| Male Unemployed | 11.96% |
| Female Employed | 8.56% |
| Male Employed | 8.16% |

## Melrose Park Income



| Name | Median | Mean |
|------|--------|------|
| Households | $50,647 | $64,001 |
| Families | $54,199 | $66,522 |
| Married Families | $62,500 | - |
| Non Families | $30,949 | $47,809 |

VMP-JJS 004199

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)

**Income by Household Type**

Show Source



Melrose Park Marital Status



VMP-JJS 004200

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)

**Melrose Park Veterans by War**

Show Source



Veterans by War

33.2%

6.8%

43.8%

14.2%

**Melrose Park Veterans by Age**

Show Source



⬇ CSV   ⬇ JSON

| Age Group | Veterans ⌄ |
|-----------|-----------|
| 75+ | 194 |
| 35 to 54 | 91 |
| 65 to 74 | 82 |
| 55 to 64 | 77 |
| 18 to 34 | 77 |

Percentage    Counts

⬇ CSV   ⬇ JSON

| Name | Veterans ⌄ | % of Total |
|------|-----------|-----------|
| White | 441 | 3.96% |

**VMP-JJS 004201**

7/28/2020

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)   Page 14 of 17



| Name | Veterans ▾ | % of Total |
|------|-----------|-----------|
| Hispanic | 93 | 0.76% |
| Black | 38 | 3.55% |
| Other | 25 | 0.46% |
| 2 or More | 10 | 13.51% |
| Asian | 7 | 4.58% |



Melrose Park Employment Status

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)





VMP-JJS 004203

7/28/2020

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)   Page 16 of 17



Melrose Park Place of Birth

### Melrose Park Place of Birth

**Origin of Non-Citizens**

**Origin of Naturalized Citizens**

| | |
|---|---|
| **56.38%** | Born in Illinois ❓ |
| **66.33%** | Native Born |
| **33.67%** | Foreign Born |
| **19.92%** | Non-Citizen |

Non citizens include legal permanent residents (green card holders), International students, temporary workers, humanitarian migrants, and illegal immigrants.

**Place of Birth**

66.33% of Melrose Park residents were born in the United States, with 56.38% having been born in Illinois. 19.92% of residents are not US citizens. Of those not born in the United States, the largest percentage are from Latin America.

| Year ▾ | Population | Growth | Annual Growth Rate |
|---|---|---|---|
| 2020 | 24,449 | -238 | -0.96% |
| 2019 | 24,687 | -238 | -0.95% |
| 2018 | 24,925 | -243 | -0.97% |

**VMP-JJS 004204**

7/28/2020

Melrose Park, Illinois Population 2020 (Demographics, Maps, Graphs)

**Melrose Park Population by Year**

| Year ⌄ | Population | Growth | Annual Growth Rate |
|---|---|---|---|
| 2017 | 25,168 | -238 | -0.94% |
| 2016 | 25,406 | -65 | -0.26% |
| 2015 | 25,471 | -135 | -0.53% |
| 2014 | 25,606 | -41 | -0.16% |
| 2013 | 25,647 | 50 | 0.20% |
| 2012 | 25,597 | 79 | 0.31% |
| 2011 | 25,518 | 85 | 0.33% |
| 2010 | 25,433 | 2,262 | 0.94% |
| 2000 | 23,171 | 2,312 | 1.06% |
| 1990 | 20,859 | 124 | 0.06% |
| 1980 | 20,735 | -1,981 | -0.91% |
| 1970 | 22,716 | 425 | 0.19% |
| 1960 | 22,291 | 8,925 | 5.25% |
| 1950 | 13,366 | 2,433 | 2.03% |
| 1940 | 10,933 | 192 | 0.18% |
| 1930 | 10,741 | 3,594 | 4.16% |
| 1920 | 7,147 | 2,341 | 4.05% |
| 1910 | 4,806 | 2,214 | 6.37% |
| 1900 | 2,592 | | 0.00% |

Show Sources

© 2020 World Population Review  Privacy Policy  Terms  Contact  About

▷ ✕

Assure You're Carrying Legally
Travel with your gun - free state carry laws map (2020 edition)

OPEN

VMP-JJS 004205

7/28/2020

6 Procedure - Suggested by Mayor
Brought in front of board.

Requirements - certified police
officer

# No procedure for individual decision

2016 - were able to adjust within
current budget - Difference
was not significant (1 mo)

2017 Supercedes - covered resolution
for 2 dept Chief.

7. Depends - formal/informal

informal - HR/Supervisor
investigated -
if warranted discipline

formal - Reported
legal & ins.

EXHIBIT
30
8-12

8 - Draft - To Vaselli 4/18/17
Revised from Julie Denver 5/19/17
3/24/18 - Board - Eff 7/1/18
Abruzzo, Anguiano, Pagnano, Nicotera, Taconi, Mota

q- Racial Comp. 2010 Census

24449

1537 / 6.07% African Amer

VMP-JJS 004367

Run  :  02/28/2018                    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                    Page    1    of    3
Time :  10:47:14                              ACTIVITY LOG

                                              440-2017-06168C

| Date | User | Event |
|---|---|---|
| 02/28/18 10:30 | MSOLOMO | Uploaded Correspondence To/From Respondent's Attorney,Title:FW EEOC Charge No. 440-2017-06168 (John Scatchell v. Village of Melrose Park).msg |
| 12/04/17 13:42 | RESPONDENT | Viewed Amended Charge of Discrimination |
| 12/04/17 13:41 | RESPONDENT | Upon further review, this charge is deemed ineligible for mediation at this time and will be investigated by EEOC. You may be notified at a later date to respond to a Request for Information |
| 12/04/17 13:41 | RESPONDENT | Respondent logged in |
| 12/01/17 13:46 | RESPONDENT | Viewed Amended Charge of Discrimination |
| 12/01/17 13:45 | RESPONDENT | Upon further review, this charge is deemed ineligible for mediation at this time and will be investigated by EEOC. You may be notified at a later date to respond to a Request for Information |
| 12/01/17 13:45 | RESPONDENT | Respondent logged in |
| 12/01/17 13:45 | RESPONDENT | Respondent logged in |
| 12/01/17 13:43 | RESPONDENT | Upon further review, this charge is deemed ineligible for mediation at this time and will be investigated by EEOC. You may be notified at a later date to respond to a Request for Information |
| 12/01/17 13:43 | RESPONDENT | Respondent logged in |
| 12/01/17 13:25 | Brown, Charles | Emailed notification of new Action Notice to zimmer@dlglawgroup.com,grandfield@dlglawgroup.com |
| 12/01/17 13:25 | Brown, Charles M | Mediation changed to No Longer Eligible |
| 11/21/17 19:40 | RESPONDENT | Sent document upload confirmation to zimmer@dlglawgroup.com,grandfield@dlglawgroup.com |
| 11/21/17 19:40 | RESPONDENT | Uploaded Position Statement Attachments - Non-Confidential, title: Exh B |
| 11/21/17 19:40 | RESPONDENT | Sent document upload confirmation to zimmer@dlglawgroup.com,grandfield@dlglawgroup.com |
| 11/21/17 19:40 | RESPONDENT | Uploaded Position Statement Attachments - Non-Confidential, title: Exh A |
| 11/21/17 19:40 | RESPONDENT | Sent document upload confirmation to zimmer@dlglawgroup.com,grandfield@dlglawgroup.com |
| 11/21/17 19:40 | RESPONDENT | Uploaded Position Statement |
| 11/21/17 19:38 | RESPONDENT | Selected mediation option 'No' |
| 11/21/17 19:38 | RESPONDENT | Please select a response to the Mediation Offer on this page by November 07, 2017. If you choose "No", please provide a statement of your position on the issues covered in the amended charge, with any supporting documentation by November 19, 2017.For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information |
| 11/21/17 19:38 | RESPONDENT | Respondent logged in |
| 11/21/17 16:45 | RESPONDENT | Please select a response to the Mediation Offer on this page by November 07, 2017. If you choose "No", please provide a statement of your position on the issues covered in the amended charge, with any supporting documentation by November 19, 2017.For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information |
| 11/21/17 16:45 | RESPONDENT | Respondent logged in |
| 11/07/17 16:21 | RESPONDENT | Sent document upload confirmation to zimmer@dlglawgroup.com,grandfield@dlglawgroup.com |
| 11/07/17 16:21 | RESPONDENT | Uploaded EOA/Letter of Representation From Respondent's Attorney |



EXHIBIT 4
Castellan
Deponent
9-18-19   Rptr. ICJW
WWW.DEPOBOOK.COM

Plaintiff's Doc. Prod.000003

Run  :  02/28/2018
Time :  10:47:14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**ACTIVITY LOG**

**440-2017-06168C**

Page  2  of  3

| Date | User | Event |
|------|------|-------|
| 11/07/17 16:18 | RESPONDENT | Updated Legal Rep contact info |
| 11/07/17 16:18 | RESPONDENT | Added Legal Rep contact info |
| 11/07/17 16:16 | RESPONDENT | Please select a response to the Mediation Offer on this page by November 07, 2017. If you choose "No", please provide a statement of your position on the issues covered in the amended charge, with any supporting documentation by November 19, 2017.For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information |
| 11/07/17 16:16 | RESPONDENT | Respondent logged in |
| 10/24/17 14:50 | RESPONDENT | Viewed Notice of Charge |
| 10/24/17 14:49 | RESPONDENT | Viewed Charge of Discrimination |
| 10/24/17 14:49 | RESPONDENT | Viewed Amended Charge of Discrimination |
| 10/24/17 14:48 | RESPONDENT | Updated Respondent contact info |
| 10/24/17 14:47 | RESPONDENT | Updated Legal Rep contact info |
| 10/24/17 14:45 | RESPONDENT | Updated Respondent contact info |
| 10/24/17 14:44 | RESPONDENT | Please select a response to the Mediation Offer on this page by November 07, 2017. If you choose "No", please provide a statement of your position on the issues covered in the amended charge, with any supporting documentation by November 19, 2017.For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information |
| 10/24/17 14:44 | RESPONDENT | Respondent logged in |
| 10/24/17 14:41 | RESPONDENT | sent password to sutkus@dlglawgroup.com |
| 10/23/17 18:02 | RESPONDENT | Viewed Notice of Charge |
| 10/23/17 18:02 | RESPONDENT | Viewed Charge of Discrimination |
| 10/23/17 18:02 | RESPONDENT | Viewed Amended Charge of Discrimination |
| 10/23/17 18:01 | RESPONDENT | Please select a response to the Mediation Offer on this page by November 07, 2017. If you choose "No", please provide a statement of your position on the issues covered in the amended charge, with any supporting documentation by November 19, 2017.For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information |
| 10/23/17 18:01 | RESPONDENT | Respondent logged in |
| 10/23/17 18:01 | RESPONDENT | Respondent password changed |
| 10/23/17 18:01 | RESPONDENT | Respondent logged in |
| 10/23/17 16:59 | Brown, Charles M | Mediation changed to Eligible |
| 10/23/17 10:32 | Irvin, Tyrone | Uploaded Charging Party's Questionnaire and Attachments (Form 283), Title: 440-2017-06168. SCATCHELL 11 |
| 10/23/17 10:32 | Irvin, Tyrone | Uploaded Charging Party's Questionnaire and Attachments (Form 283), Title: 440-2017-06168. SCATCHELL 10 |
| 10/23/17 10:31 | Irvin, Tyrone | Uploaded Charging Party's Questionnaire and Attachments (Form 283), Title: 440-2017-06168. SCATCHELL 9 |
| 10/23/17 10:31 | Irvin, Tyrone | Uploaded Charging Party's Questionnaire and Attachments (Form 283), Title: 440-2017-06168. SCATCHELL 8 |
| 10/23/17 10:30 | Irvin, Tyrone | Uploaded Charging Party's Questionnaire and Attachments (Form 283), Title: 440-2017-06168. SCATCHELL 7 |

*Plaintiff's Doc. Prod.000004*

Run    :  02/28/2018

Time   :  10:47:14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**ACTIVITY LOG**

**440-2017-06168C**

Page    3   of   3

| Date | User | Event |
|------|------|-------|
| 10/23/17 10:29 | Irvin, Tyrone | Uploaded Charging Party's Questionnaire and Attachments (Form 283), Title: 440-2017-06168. SCATCHELL 6 |
| 10/23/17 10:24 | Irvin, Tyrone | Uploaded Amended Charge of Discrimination, Title: 440-2017-06168. AMENDEDSCATCHELL |
| 10/23/17 10:23 | Irvin, Tyrone | Uploaded Charge of Discrimination, Title: 440-2017-06168. SCATCHELL |
| 10/23/17 10:23 | Irvin, Tyrone | Deleted document Charge of Discrimination, Title: 440-2017-06168. SCATCHELL .pdf |
| 10/23/17 10:23 | Irvin, Tyrone | Uploaded Charge of Discrimination, Title: 440-2017-06168. SCATCHELL |
| 10/23/17 10:22 | Irvin, Tyrone | Deleted document Amended Charge of Discrimination, Title: 440-2017-06168. SCATCHELL .pdf |
| 10/23/17 10:22 | Irvin, Tyrone | Deleted document Charge of Discrimination, Title: 440-2017-06168. AMENDEDSCATCHELL .pdf |
| 10/20/17 13:23 | Payne, Sanora | Uploaded Amended Charge of Discrimination, Title: 440-2017-06168. SCATCHELL |
| 10/20/17 11:56 | Payne, Sanora | Email address unavailable for respondent |
| 10/20/17 11:56 | Payne, Sanora | Uploaded Notice of Charge, Title: Notice of Charge |
| 10/20/17 11:56 | Payne, Sanora | Created Notice of Charge |
| 10/20/17 11:55 | Payne, Sanora | Uploaded Charge of Discrimination, Title: 440-2017-06168. AMENDEDSCATCHELL |
| 10/12/17 16:19 | Galloway, Sherice | |
| 10/12/17 16:19 | Galloway, Sherice | |
| 10/12/17 16:19 | Galloway, Sherice | |
| 10/12/17 16:19 | Galloway, Sherice | |
| 10/12/17 16:19 | Galloway, Sherice | |
| 10/12/17 16:19 | Galloway, Sherice | |
| 10/12/17 16:19 | Galloway, Sherice | |
| 10/12/17 16:19 | Galloway, Sherice | |

(b)(5)

Redacted intra-agency processing category and Investigator's intra-agency case assessment.

Plaintiff's Doc. Prod.000005