# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Scatchell

                    Plaintiff,

v.                                       Case No.: 1:18−cv−03989

                                       Honorable John F. Kness

Village of Melrose Park, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 28, 2024:

      MINUTE entry before the Honorable John F. Kness: By request and agreement of the parties, the status hearing set for 4/24/2024 is stricken and reset to 5/8/2024 at 10:00 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.